Laurence M. Rosen (SBN 219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-2684

*Counsel for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MONTAGE TECHNOLOGY GROUP LIMITED SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | Master File No 3:2014-cv-0722 (SI)<br><br>CLASS ACTION<br><br>Judge: Hon. Susan Illston<br>Courtroom: 10<br>Complaint Filed:  Feb. 14, 2014<br>Hearing Date:  January 30, 2015<br>Trial Date:   None set |

DECLARATION OF JONATHAN STERN

I, Jonathan Stern, hereby declare pursuant to 28 U.S.C. ¶ 1746.

1. I am an attorney associated with the Rosen Law Firm.  This declaration is made in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint.

2. Attached as Exhibit A are charts showing the relationships between Montage Technology Group Limited ("Montage"), LQW, SMMT, and various related individuals, at various relevant times.

3. Attached hereto as Exhibit B are Excerpts from Montage's Registration Statement on Form S-1/A, dated September 11, 2013.

4. Attached hereto as Exhibit C is a copy of Montage's 8-K, Exhibit 99-1 dated October 15, 2014.

5. Attached hereto as Exhibit D is a copy of Montage's 8-K dated November 19, 2014.

6. Attached hereto as Exhibit E are Montage's NT 10-K dated March 31, 2014, and NT 10-Qs dated March 16 2014, August 14, 2014, and November 17, 2014.

7. Attached hereto as Exhibit F is an excerpt of Gravity Research's report titled Initiating Coverage on Montage Techonology Group Ltd. (Nasdaq: Mont) – Strong Sell, dated February 6, 2014.

8. Attached hereto as Exhibit G are excerpts of Exhibit 1.1 of Montage Technology Group Limited's Registration Statement on Form S-1/A, dated September 11, 2013 and January 27, 2014.

9. Attached Hereto as Exhibit H is the linkedin.com profile of Bill Franciscovich, the Vice President of Global Sales for Montage, who identifies his location as California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 21, 2014 at New York, New York.

/s/Jonathan Stern
Jonathan Stern

Dated: November 21, 2014

                              THE ROSEN LAW FIRM, P.A.

                              /s/ [draft]
                              Jonathan Stern (admitted *pro hac vice*)

- 3 -

DECLARATION OF JONATHAN STERN
NO. 3:14-CV-00722 (SI)