SETH ARONSON (S.B. #100153)
saronson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:     (213) 430-6000
Facsimile:     (213) 430-6407

CHARLES E. BACHMAN
(admitted *pro hac vice*)
cbachman@omm.com
EDWARD N. MOSS
(admitted *pro hac vice*)
emoss@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:     (212) 326-2000
Facsimile:     (212) 326-2061

Attorneys for Defendants
MONTAGE TECHNOLOGY GROUP
LIMITED,HOWARD C. YANG, STEPHEN
TAI, AND MARK VOLL

LAURENCE M. ROSEN (SBN 219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

Counsel for Lead Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re MONTAGE TECHNOLOGY
GROUP LIMITED SECURITIES
LITIGATION

This Document Relates To:  All Actions

Master File No 3:2014-cv-0722 (SI)

CLASS ACTION

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINE FOR
MOTION**

        This stipulation is entered into by and between Plaintiff and Defendants (collectively, the "Parties"), by and through their respective counsel of record, based on the following:

        WHEREAS on February 12, 2015, Defendants filed an Answer to the Amended Complaint (the "Answer") (Dkt. No. 63);

        WHEREAS Plaintiff notified Defendants that he was planning to file a Motion to Strike portions of the Answer, and the parties conferred regarding that potential motion; and

1        WHEREAS the parties are attempting to resolve the issue without need for motion practice,

2   but do not believe that they will be able to do so within the time set by the Federal Rules of Civil

3   Procedure to file a Motion to Strike:

4   1.     The Parties Stipulate and Agree, and request that the Court authorize, that Plaintiff's

5   deadline to file a Motion to Strike the Answer shall be extended to March 23, 2015.

STIPULATION AND [PROPOSED] ORDER
NO. 3:14-CV-00722 (SI)

1

Dated: March 6, 2015

Respectfully submitted,

2

THE ROSEN LAW FIRM, P.A.

3

4

/s/ Jonathan Stern

Laurence M. Rosen (SBN 219683)

5

lrosen@rosenlegal.com

THE ROSEN LAW FIRM, P.A.

6

355 South Grand Avenue, Suite 2450

Los Angeles, CA 90071

7

Telephone: (213) 785-2610

Facsimile: (213) 226-4684

8

9

Jonathan Stern (admitted *pro hac vice*)

Phillip Kim (admitted *pro hac vice*)

10

275 Madison Avenue, 34th Floor

New York, New York 10016

11

Tel: (212) 686-1060

Fax: (212) 202-3827

12

Email: jstern@rosenlegal.com

Email: pkim@rosenlegal.com

13

14

*Counsel for Lead Plaintiff and the Class*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
NO. 3:14-CV-00722 (SI)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O'MELVENY & MYERS LLP

By:      /s/ Edward N. Moss
              Edward N. Moss

Seth Aronson (S.B. #100153)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: saronson@omm.com

Charles E. Bachman (admitted *pro hac vice*)
Edward N. Moss (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: cbachman@omm.com
Email: emoss@omm.com

Attorneys for Defendants
MONTAGE TECHNOLOGY GROUP LIMITED,
HOWARD C. YANG, STEPHEN TAI, AND
MARK VOLL

1

**ATTESTATION**

2
   I, Jonathan Stern, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to File a Motion to Strike.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendant, Edward Moss, concurs in this filing.

3

4
                                        /s/ Jonathan Stern
5                                       Jonathan Stern

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

PROOF OF SERVICE

2

I, Jonathan Stern, hereby declare under penalty of perjury as follows: I an attorney at the

3

Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA

4

90071. I am over the age of eighteen. On March 6, 2015, I electronically filed the following

5

STIPULATION AND PROPOSED ORDER with the Clerk of the Court using the CM/ECF system

6

which sent notification of such filing to counsel of record.

7

I certify under penalty of perjury under the laws of the United States of America that the

8

foregoing in true and correct.

9

10

Executed on March 6, 2015.

11

12

/s/ Jonathan Stern
Jonathan Stern

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
NO. 3:14-CV-00722 (SI)

1

## ORDER

2          Based on the stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY

3   ORDERED that the Stipulation is approved.

4          IT IS SO ORDERED

5

6   Dated: 3/9/15

                                    _____
                                    THE HONORABLE SUSAN ILLSTON
7                                   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
NO. 3:14-CV-00722 (SI)