# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re MONTAGE TECHNOLOGY
GROUP LIMITED SECURITIES
LITIGATION

Master File No 3: 14-cv-0722 (SI)

**EXPERT REPORT**

**of**

**HOWARD J. MULCAHEY**

**October 9, 2015**

# TABLE OF CONTENTS

I. INTRODUCTION AND SUMMARY OF OPINIONS ........................................................ 1

II. QUALIFICATIONS AND COMPENSATION ................................................................ 2

III. SUMMARY OF OPINIONS ........................................................................................... 3

IV. MATERIALS REVIEWED ............................................................................................. 6

V. BACKGROUND/COMPANY OVERVIEW ...................................................................... 6
    A.  Montage ........................................................................................................... 6
    B.  Nasdaq Global Market ..................................................................................... 9

VI. BASIS FOR OPINIONS ON INFORMATIONAL EFFICIENCY OF THE MARKET
    FOR MONTAGE COMMON STOCK ........................................................................ 11
    A.  Scholarly Research ......................................................................................... 11
    B.  Challenges to Efficient Markets Hypothesis .................................................. 12
    C.  The Definition of Efficient Markets Generally Accepted by the Courts ............ 16
    D.  Market Efficiency: The Profit Motive ............................................................ 21

VII. ANALYSIS OF INDICIA OF MARKET EFFICIENCY ............................................... 22
    A.  Direct Tests of a Cause and Effect Relationship as Evidence of Informational
    Efficiency ...................................................................................................... 22
          i)   Event Study Explained ...................................................................... 23
          ii)   Reaction to Movements in the Market Index ..................................... 25
          iii)  Cause and Effect Analysis Examining Days with News versus Days
              without News ..................................................................................... 26
          iv)  Reaction to Company Earnings Announcements .................................. 30
          v)   Speed of Price Reaction to New Information ...................................... 33
          vi)  Reverse Event Study .......................................................................... 36
          vii) Correlation of Price Changes and Trading Volume ............................ 40
          viii)Statistical Test for Weak-Form Market Efficiency ............................ 42
          ix)  Conclusions from Direct Tests of a Cause and Effect Relationship ........ 45
    B.  Other Indirect Tests of Informational Efficiency .......................................... 45
          i)   Weekly Trading Volume .................................................................... 45
          ii)   Analyst and Media Coverage ............................................................. 48
          iii) Market Makers and Trading Volume by Market Participants ............... 55
          iv) Form S-3 Eligibility .......................................................................... 60
          v)   Conclusion from Other Indirect Tests of Informational Efficiency ........ 62
    C.  Other Indicia of Market Efficiency ............................................................... 62
          i)   Bid-Ask Spread ................................................................................. 62

ii)  Percentage of Shares Held by Insiders................................................ 64

iii)  Institutional Investors.................................................................. 65

iv)  Short Interest................................................................................ 71

v)  Conclusions from Other Indicia of Market Efficiency ............................ 74

D.  Comparison of Montage's Ranking of Market Efficiency Statistics to Stocks Determined to be Efficient by Courts ............................................................. 74

VIII. CONCLUSION REGARDING THE INFORMATIONAL EFFICIENCY OF MONTAGE COMMON STOCK.................................................................. 78

IX. THE MARKET EFFECT OF THE ALLEGED FRAUD ............................. 79

A.  Plaintiffs' Allegations......................................................................... 79

B.  The Market Effect of Information Released on February 6, 2014 .................... 80

C.  The Market Effect of Information Released on February 7, 2014 .................... 82

D.  Conclusions Regarding the Market Effect of the Alleged Fraud .................... 85

## I.  INTRODUCTION AND SUMMARY OF OPINIONS

1.     As described in greater detail in this Report, I have been retained by Counsel for Lead Plaintiffs, The Rosen Law Firm P.A. ("Lead Counsel") for the proposed Class (the "Class"), to opine on issues relating to the informational efficiency of the market for Montage Technology Group, Ltd. ("Montage" or the "Company") common stock during the proposed Class Period of September 25, 2013 through February 6, 2014, inclusive (the "Class Period").[1]

2.     Scholarly research reveals that the simple intuition behind market efficiency is a profit motive.  The profit motive can be explained as a simple cost-benefit analysis by the investor: an investor will trade when new information changes his appraised value of the stock enough from the market price (benefit) to justify incurring the transaction costs of trading (cost). When there is information flow, the costs of trading are low, and there is competition among investors, then an efficient market for a security will exist.  Many of the tests or factors I use in my analyses that follow as indicia of an efficient market are designed to directly or indirectly measure: i) the degree of information flow; ii) the level of transaction costs; and/or iii) the competition for profits among investors.

3.     In the sections that follow, I will provide detailed explanations of these analyses and the bases for my opinion regarding the informational efficiency of the market for Montage's common stock.  My Report is organized as follows:

> Section II, qualifications and compensation;
>
> Section III, summary of opinions;
>
> Section IV, a summary of materials I reviewed in reaching my opinion;

---

[1] The Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws, dated July 22, 2014 (the "Complaint"), p. 2.

Section V, background information about Montage and its common stock;

Section VI, description of market efficiency, including scholarly research and the definition of efficient markets generally accepted by courts;

Section VII, my analysis of empirical data and basis for my opinion that the market for Montage's common stock traded in an informationally efficient market;

Section VIII, summary of my findings and conclusions; and

Section IX, my analysis of the price impact of Montage's alleged omissions of material information.

4.     I understand that discovery in this case is ongoing.  Therefore, I reserve the right to amend this Report to reflect new information available to me in light of the ongoing discovery process, information provided by other experts in the litigation, documents provided by Counsel, future rulings from the Court in this action, and trial proceedings.

## II.  QUALIFICATIONS AND COMPENSATION

5.     I am a Vice President at Forensic Economics, Inc. located in Rochester, New York, which was founded in 1989.  I have professional experience in senior management positions as Chief Financial Officer, Chief Operating Officer, and Chief Marketing Officer.

6.     I have served as a testifying and consulting expert numerous times in securities class action litigation, including testimony at deposition and trial, as well as by expert report, declaration or affidavit.  I have consulted on numerous litigation engagements pertaining to the analysis of stock price responses to public information, securities class actions, trusts and the performance of investment portfolios, mergers and acquisitions, as well as other economic matters.  In addition, I have co-authored a research paper analyzing the stock price performance of companies that allegedly backdated stock option grants.

2

7.     I hold an MBA in Finance from the University of Rochester's William E. Simon Graduate School of Business Administration (1994), and a Bachelor's degree from Hobart and William Smith Colleges (1978).

8.     My compensation, which is not contingent upon the outcome of this matter, is based on the number of hours worked on this assignment, as well as out-of-pocket expenses.  My hourly rate is $300.  To assist me in this assignment, I have worked with others at Forensic Economics, Inc., who acted under my supervision and direction for this assignment.  The hourly rates of the employees of Forensic Economics who worked on this assignment range from $155 to $290.

9.     My qualifications and expert engagements are summarized in greater detail in my resume, with my education and published article, which is attached as Exhibit 1.

### III.  SUMMARY OF OPINIONS

10.     Based upon the findings discussed in my Report that follow and the preponderance of the evidence I analyzed,[2] which is summarized below, I conclude that the market for Montage's common stock was efficient over the Class Period:

---

[2] Based on my understanding, the courts favor weighing all factors involved, rather than "bright line" tests to determine market efficiency.  In reaching their conclusions in *Halliburton II*, the U.S. Supreme Court stated that: "*Basic*'s presumption of reliance thus does not rest on a "binary" view of market efficiency.  Indeed, in making the presumption rebuttable, *Basic* recognized that market efficiency is a matter of degree and accordingly made it a matter of proof." *Halliburton II,* at 2410.  "Courts have looked to various factors to determine whether stock traded in an efficient market… Courts do not necessarily give the factors equal weight when determining market efficiency… Thus, weighing all of the factors involved, the Court concludes that Plaintiffs have shown the market to be efficient and are entitled to a fraud-on-the-market presumption in this case."  *Lehocky v. Tidel Techs., Inc.*, 220 F.R.D. 491 (S.D. Tex. 2004) ("*Lehocky*"), at 506, 509;  "Nevertheless, based on our assessment of the various factors analyzed above, for which most weigh in favor of market efficiency, we conclude that DVI's common stock traded in an efficient market during the Class Period."  *In re DVI Securities*

a) Several analyses that demonstrate the cause and effect of new value-relevant information regarding the price reaction in Montage's stock price indicate that the stock was responsive to new information.  These analyses include: i) the statistically significant reaction to movements in the market index; ii) the proportion of statistically significant excess returns for Montage common stock on days with news is statistically larger than on days without news;  iii) correspondence of statistically significant price changes to new information; iv) Montage stock price dropped rapidly in response to new information on the two alleged corrective disclosure dates; v) the statistically significant variance in excess returns on days with Montage's announcement of earnings or preliminary financial results compared to days without; vi) the speed of the stock price response to new information on all of the largest excess return days; and vii) the statistically significant correlation of daily returns to trading volume;

b) The absence of systematic arbitrage opportunities to profit on trades based on historical information in Montage's stock returns;

c) Average weekly trading volume of 3.92% as a percentage of shares outstanding;

d) At least 51 analyst reports from 10 different sources covering Montage common stock, an average of over 5 analysts providing buy/sell/hold recommendations, and more than 330 news stories, analyst reports, press releases, and SEC filings, during the 135 calendar days in the Class Period, all providing both information flow and dissemination of information;

e) An average of 27 market makers for Montage during the Class Period who provided liquidity and facilitated trades, which is higher than approximately one-quarter of all Nasdaq securities, and 9 market participants who traded over one million shares of Montage common stock and 12 market participants with 1% or more of total reported volume during the period from September 2013 to February 2014;

f) Montage's average percentage bid-ask spread of 1.02% during the Class Period was: (i) slightly higher than the 0.83% average of the mean spread for all common stocks listed on the Nasdaq but lower than approximately 24% of all Nasdaq stocks (76th percentile); and (ii) lower than approximately 12% of common stocks deemed to be efficient by the courts;

---

*Litigation*, 249 F.R.D. 196 (E.D. Pa. 2008) ("*DVI*"), at 213; "[T]he question of how much evidence of efficiency is necessary in order for a court to accept the fraud-on-the-market presumption of reliance at the class-certification stage is … one of degree… The district court's consideration of four of the *Cammer* factors, and its rejection of the rationality factors advanced by Defendants, was thus proper for purposes of determining market efficiency."  *See In re Xcelera.com Securities Litigation*, 430 F.3d 503 (1st Cir 2005) ("*Xcelera*") at 517-518.

g) The 18.62% of Montage shares held by insiders (thus 81.38% of shares held by the public) weighs in favor of a finding of an efficient market;

h) The level of ownership of Montage common stock by institutional shareholders that is higher than 15% of all Nasdaq firms and higher than 12% of the stocks deemed efficient by the courts, is some support in favor of a finding of an efficient market in Montage common stock;

i) The presence of short sellers in Montage common stock (short interest as a percentage of shares outstanding), although not large (an average of 0.39%), is an indication of arbitrage activity, which is consistent with a well-functioning and efficient market, and the average level of short interest was not an impediment to short selling; and Montage was never listed as a Threshold Security during the Class Period, indicating that short sellers would not have had undue difficulty locating shares; and

j) Montage trading statistics relevant for market efficiency fall within the range of the trading statistics for stocks ruled to be efficient by the courts.

11.   *Cammer* found that eligibility to file a Form S-3 with the SEC is a factor that supports a finding of an efficient market.  I found that Montage met the eligibility requirements to file Form S-3 with the SEC, except that it had not filed reports with the SEC for a full twelve calendar months.  A court found that if a company was ineligible to file a Form S-3 because of timing rather than other requirements, then this factor would not weigh against a finding of efficiency for the stock.[3]

I have also been asked to opine on the market effect of the alleged omissions of material information on Montage's common stock price during the Class Period (i.e., price impact).  In my opinion, the alleged omissions of material information did impact Montage's stock price during the Class Period.  I base my opinion on: i) the statistically significant stock-price declines and extraordinary trading volume in Montage's common stock when the alleged failure to disclose material related party transactions was made public on February 6-7, 2014.

---

[3] *See ScripsAmerica, Inc., v. Ironbridge Global LLC et al,* Fed. Sec. L. Rep. (CCH) P98, 594, (C.D. Cal. 2015) ("*ScripsAmerica*") at 88-89.

## IV.  MATERIALS REVIEWED

12.   In the course of my assignment in this Action, I (or employees of Forensic Economics acting under my supervision) have reviewed numerous case documents, including: the Complaint; data on the trading of Montage common stock and levels of various indexes; Montage SEC filings; news articles; and analyst reports.  Attached as Exhibit 2 is a comprehensive list of materials reviewed in connection with this Report.  Specific documents and information relied upon in reaching my opinions are cited in the text of this Report, exhibits, and appendices.

## V.  BACKGROUND/COMPANY OVERVIEW

### A.  Montage

13.   Montage was a Cayman Islands company, headquartered in Shanghai, China, that conducted business primarily through its wholly owned operating subsidiaries in China, Hong Kong and the United States.[4]  According to Montage, the Company was in the business of designing and selling semiconductor solutions for the global home entertainment and cloud computing markets:[5]

> We are a global fabless provider of analog and mixed-signal
> semiconductor solutions currently addressing the home
> entertainment and cloud computing markets.  Our expertise in
> analog and radio frequency solutions, digital signal processors and
> high speed interfaces serves as the foundation for our technology
> platform.  These technical capabilities enable us to design high
> performance, low power semiconductors. In the home

---

[4] *See* Montage's Form 424B4 filed with the SEC on September 26, 2013, p. 7.

[5] Montage described themselves as a" fabless" provider of semiconductor solutions, which the company described as follows: "As a fabless semiconductor company, we outsource the manufacturing, packaging, assembly and certain testing of our semiconductor solutions to third-party foundries and assembly and testing service providers."  *See* Montage's Form 424B4 filed with the SEC on September 26, 2013, p. 1, 15.

entertainment market, our technology platform enables us to design highly integrated solutions with customized software and support for set-top boxes.  Our solutions are designed to optimize signal processing performance under the challenging operating conditions typically found in emerging market environments, where often broadcast signals received by the set-top box may be weak, distorted or off-specification.  Our solutions contain a number of different technologies that allow for enhanced signal processing, resulting in improved overall video quality under the typically limited existing broadband network infrastructure in emerging markets. In the cloud computing market, we offer high performance, low power memory interface solutions that enable memory-intensive server applications.  Our technology platform approach allows us to provide integrated solutions that meet the expanding needs of our customers through our continuous innovation, cost- and power-efficient design and rapid product development. Since our inception in 2004, we have sold over 230 million integrated circuits, which have been shipped to over 150 end customers worldwide.[6]

14.   Montage was acquired by Shanghai Pudong Science & Technology Investment Co Ltd.  The transaction was announced on March 10, 2014 and completed on November 20, 2014.[7]

15.   According to its prospectus filed with the Securities and Exchange Commission ("SEC"), Montage ordinary shares commenced trading on the NASDAQ Global Market[8] under the symbol "MONT" on September 26, 2013.[9]  A total of 7.1 million shares were offered in its initial public offering ("IPO"), of which 5.3 million were offered by Montage and 1.8 million were offered by the selling shareholders.[10]  Montage had 26.5 million ordinary shares outstanding upon completion of its IPO including the automatic conversion of preferred shares to

---

[6] *See* Montage's Form 424B4 filed with the SEC on September 26, 2013, p. 1.

[7] Source: Bloomberg.

[8] According to Nasdaq, the Nasdaq National Market was renamed the Nasdaq Global Market on July 1, 2006.  Source: http://www.nasdaq.com/about/Top_Tier_Splash.stm.  Accessed September 4, 2015.  Read more:
http://www.nasdaq.com/about/Top_Tier_Splash.stm#ixzz3kmxr9AmF

[9] *See* Montage's Form 424B4 filed with the SEC on January 31, 2014, p. 40.

[10] *See* Montage's Form 424B4 filed with the SEC on September 26, 2013, cover page.

ordinary shares on September 26, 2013;[11] 26.5 million ordinary shares outstanding as of

December 31, 2013;[12] and 27.5 million ordinary shares outstanding after completion of a follow-

on public offering of 1 million ordinary shares on January 31, 2014.[13]

16.   Chart 1 below represents Montage's common stock daily closing price and reported

volume from September 25, 2013 through February 28, 2014.



**Chart 1**
**Montage Technology Group, Ltd. Common Stock Historical Daily Trading Price and**
**Reported Volume from September 25, 2013 to February 28, 2014**

Source of prices and volume:  Bloomberg.

---

[11] *See* Montage's Form 424B4 filed with the SEC on September 26, 2013, p. 8.  I note that Montage treated the IPO and conversion of preferred to common shares as effective on October 1, 2013 (*see* Montage's Form 10-Q filed with the SEC on November 11, 2013, p. 7), but for my analyses, I treated these same shares as outstanding on September 26, 2013, which is when the shares began trading (*see* Montage's Form 424B4 filed with the SEC on January 31, 2014, p. 40 for date the shares began trading).

[12] *See* Montage's Form 424B4 filed with the SEC on January 31, 2014, p. 8.

[13] A total of 5.35 million shares were offered in Montage's follow-on public offering in January 2014, of which 1.0 million were offered by Montage and 4.35 million were offered by the selling shareholders.  *See* Montage's Form 424B4 filed with the SEC on January 31, 2014, cover page and p. 8.

Chart 2 below represents the relative value of $10.00 invested on September 25, 2013 in

Montage Technology Group, Ltd. common stock and the S&P Global SmallCap Index

(SBERGLU) through February 28, 2014.



**Chart 2**
**Relative Value of $10 Invested on September 25, 2013 in Montage Technology Group, Ltd. Common Stock and the S&P Global SmallCap Index through February 28, 2014**

Source of prices and index levels: Bloomberg.

## B. Nasdaq Global Market

17.   According to Nasdaq, the exchange has three listing tiers, and Montage was listed

on the middle tier, the Nasdaq Global Market:

> The Nasdaq Stock Market has three distinctive tiers: The Nasdaq
> Global Select Market®, The Nasdaq Global Market® and The
> Nasdaq Capital Market®.  Applicants must satisfy certain
> financial, liquidity and corporate governance requirements to be
> approved for listing on any of these market tiers. … the initial
> financial and liquidity requirements for the Nasdaq Global Select
> Market are more stringent than those for the Nasdaq Global Market
> and likewise, the initial listing requirements for the Nasdaq Global
> Market are more stringent than those for the Nasdaq Capital

9

Market.  Corporate governance requirements are the same across
all Nasdaq market tiers.

It is important to note that even though a company's securities
meet all enumerated criteria for initial inclusion, Nasdaq may deny
initial listing, or apply additional conditions, if necessary to protect
investors and the public interest.[14]

18.   The listing requirements for the Nasdaq Global Market include: (i) Income from

continuing operations before income taxes (in the latest fiscal year or in two of the last three

fiscal years) of $1 million; (ii) Stockholders' Equity of at least $15 million; (iii) Publicly Held

Shares of 1.1 million; (iv) Market Value of Publicly Held Shares of at least $8 million; (v) Bid

Price of $4; (vi) Shareholders (round lot holders) of 400; and (vii) Market Makers of 3.[15]

Montage exceeded each requirement by a wide margin.[16]

The corporate governance requirements for companies listed on the
Nasdaq include: (i) the company must make its annual and interim
reports available to shareholders, either by mail or electronically
through the company's website; (ii) the company's board of
directors is required to have a majority of independent directors;
(iii) the company is required to have an audit committee consisting
solely of independent directors who also satisfy the requirements
of SEC Rule 10A-3 and who can read and understand fundamental
financial statements. The audit committee must have at least three
members.  One member of the audit committee must have
experience that results in the individual's financial sophistication;
(iv) the company is required to have a compensation committee
consisting solely of independent directors and having at least two
members. … The compensation committee must determine, or

---

[14] Nasdaq Initial Listing Guide, July 2015, p. 5.

[15] Nasdaq Initial Listing Guide, July 2015, p. 8.

[16] Montage had: (i) Income from continuing operations before income taxes of $19.1
million in 2012; (ii) pro-forma Shareholders' Equity of $43.9 million at June 30, 2013; (iii)
Publicly Held Shares of over 20 million; (iv) Market Value of Publicly Held Shares of $276
million on September 26 2013; (v) Closing Bid Price of $12.80 on September 26, 2013; (vi)
approximately 460 shareholders as of January 24, 2014; and (vii) Market Makers ranging from
23 to 31 during the Class Period.  Sources: *See* Montage's Form 424B4 filed with the SEC on
September 26, 2013, pp. F-3 and F-4; *See* Montage's Form 424B4 filed with the SEC on January
31, 2014, p. 40; Bloomberg; CRSP, and Exhibit 9.

recommend to the full board for determination, the compensation of the chief executive officer and all other executive officers; (v) independent directors must select or recommend nominees for directors; (vi) the company must adopt a code of conduct applicable to all directors, officers and employees; (vii) the company is required to hold an annual meeting of shareholders no later than one year after the end of its fiscal year; (viii) the company is required to solicit proxies for all shareholder meetings; (ix) the company must provide for a quorum of not less than 33 1/3% of the outstanding shares of it voting stock for any meeting of the holders of its common stock; (x) the company must conduct appropriate review and oversight of all related party transactions for potential conflict of interest situations; (xi) the company is required to obtain shareholder approval of certain issuances of securities…; and (xii) corporate actions or issuances cannot disparately reduce or restrict the voting rights of existing shareholders.[17]

## VI.  BASIS FOR OPINIONS ON INFORMATIONAL EFFICIENCY OF THE MARKET FOR MONTAGE COMMON STOCK

### A.  Scholarly Research

19.   The literature on the Efficient Market Hypothesis ("EMH") indicates that as new information causes investors to revise their expectations about future cash flows and growth opportunities, a security's market price responds quickly in an unbiased manner to reflect this new information.  As a result, informational efficiency means that prices of securities rapidly change to reflect new, material, public information.  The notion behind efficient markets is that the real-world competition among investors to discover and exploit new profit opportunities drives security prices to quickly reflect all material, publicly available information.  One scholarly researcher has opined that : "I conclude that our stock markets are far more efficient and far less predictable than some recent academic papers would have us believe."[18]

---

[17] Nasdaq Initial Listing Guide, July 2015, pp. 10-11.

[18] Burton G. Malkiel, "The Efficient Market Hypothesis and Its Critics," *Journal of Economic Perspectives* 17(1), Winter 2003, 59-82, p. 60.

20.     The totality of evidence in scholarly research supports the notion of efficient markets for securities.  Dr. Eugene Fama, commonly considered the father of modern finance and a Nobel prize winner, wrote, "We shall conclude that, with but a few exceptions, the efficient markets model stands up well."[19]  Further, Dr. Fama stated: "[i]n short, the evidence in support of the efficient markets model is extensive, and (somewhat uniquely in economics) contradictory evidence is sparse."[20]  In 1991, Fama updated his research and wrote, "The empirical literature on efficiency and asset-pricing models passes the acid test of scientific usefulness."[21]  Fama also wrote:

> …precise inferences about the degree of market efficiency are likely to remain impossible.  Nevertheless, judged on how it has improved our understanding of the behavior of security returns, the past research on market efficiency is among the most successful in empirical economics, with good prospects to remain so in the future.[22]

## B.  Challenges to Efficient Markets Hypothesis

21.     Some economic literature criticizing the EMH can generally be categorized into two general arguments.[23]  The first argument is that anomalies in stock returns seem to show asset mispricing, like stocks with low price/earnings ratios ("Low P/E Stocks") that earn returns

---

[19] Eugene F. Fama, "Efficient Capital Markets; A Review of Theory and Empirical Work," *The Journal of Finance* 25, 383-417, at 383.

[20] *Ibid.* at 416.

[21] Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* 46(5), 1575-1617, December 1991, at 1576.

[22] *Ibid.* at 1576.  *See also* Eugene Fama, "Market efficiency, long-term returns, and behavioral finance," *Journal of Financial Economics*, 49, 1998, 283-306 (1998); G. William Schwert, "Anomalies and Market Efficiency," in Handbook of the Economics of Finance (G. Constantinides et al., eds., 2003); and Burton G. Malkiel, "The Efficient Market Hypothesis and Its Critics," *The Journal of Economics Perspectives*, 17(1) 2003, 59-82.

[23] For a comprehensive review of the economic literature, *see* G. William Schwert, "Anomalies and Market Efficiency*," Handbook of the Economics of Finance*, edited by G.M. Constantinides, M. Harris, and R. Stulz, 2003, Chapter 15

greater than what would be predicted by standard economic or finance models for example. Other research appears to show similar asset mispricing such as excess returns in the month of January (the "January Effect"), or systematically high excess returns earned by small capitalization stocks (the "Size Effect").

22.    However, noted economist scholars show that the anomalies do not contradict the EMH.  The scholarly research that analyzes and responds to anomalies show that such anomalies do not hold in other periods.  To explain the anomalies, researchers hypothesize that investors competing for profits exploit the anomalies and compete away the excess returns.  A second hypothesis is that some anomalies are statistical aberrations that simply do not exist in other time periods.

23.    The second arguments in economic literature criticizing the EMH asserts that stock prices deviate from their correct "fundamental" values and that these deviations are caused by or persist due to investor irrationality.[24]  There is an important distinction between informational efficiency (*i.e.* whether public information is quickly impounded in the stock price), and fundamental efficiency (*i.e.* whether the information is impounded correctly or accurately in the stock price.

24.    Proponents of the fundamental efficiency criticisms of the EMH show that traders may well not be rational, and may bid up asset prices irrationally.  Therefore, competition among (irrational) investors may not eliminate mispricing.  According to some critics of the EMH, this irrationality has been the cause of "market bubbles."   Economists such as Eugene Fama, William Schwert, and Ray Ball have researched and disputed such conclusions, and assert that

---

[24] *See*, for example, Robert J. Shiller, <u>Irrational Exuberance</u>, Second Edition, Princeton University Press, 2005, Chapter 3.

large market changes, which are the defining characteristic of a bubble, are not inconsistent with the EMH.[25]  Professor Ball states: "Under the EMH, then, one can predict that large market changes will occur, but one can't predict when."[26]  Thus, it is easy to identify bubbles in hindsight, but extremely difficult to profit from them.

25.   Fundamental efficiency, as opposed to informational efficiency, continues to be argued by some experts in securities litigation.  Some experts assert that, at any given point in time, a stock price represents the precise value that is held by <u>all</u> investors for that stock.

26.   The price for stocks (or for anything) in an open and developed market represents an equilibrium between buyers and sellers.  Different investors will think a share price is overvalued while some will think it is undervalued at any point in time.  The trading by each group of investors will cause the market price to go up or down as investors buy or sell shares believing that shares are undervalued versus overvalued.  This process continues until a consensus market price is established, in other words when equilibrium is reached.  "Theoretically, the profit opportunities represented by the existence of 'undervalued' and 'overvalued' stocks motivate competitive trading by investors that moves the prices of stocks toward the present value of the future cash flows."[27]  "A kind of equilibrium comes into being where there is just enough

---

[25] *See* Eugene F. Fama, "Efficient Capital Markets: II," *Journal of Finance* 46(5), December 1991, 1575-1617; G. William Schwert, "Anomalies and Market Efficiency," *Handbook of the Economics of Finance*, Edited by G.M. Constantinides, M. Harris, and R. Stulz, 2003, Chapter 15; and Ray Ball, "The Global Financial Crisis and the Efficient Market Hypothesis: What Have We Learned," *Journal of Applied Corporate Finance* 21(4), Fall 2009, 8-16.

[26] *See* Ray Ball, "The Global Financial Crisis and the Efficient Market Hypothesis: What Have We Learned," *Journal of Applied Corporate Finance* 21(4), Fall 2009, 8-16.

[27] The Fortune Encyclopedia of Economics, ed. David R Henderson, Chapter 11, Efficient Capital Markets, Steven L. Jones and Jeffry M. Netter, p.569.

mispricing around for those who are best at identifying it to make a living at it."[28]  But it is hard

to imagine that each and every investor's valuation of a company's stock equals the market share

price at any point in time.  If that were the case, there would be no incentive to trade (profit

motive).

27.   The courts have not accepted fundamental efficiency as a necessary condition for

securities litigation cases.[29]  The U.S. Supreme Court in *Halliburton II* heard arguments based on

fundamental efficiency versus informational efficiency, and discussed fundamental efficiency in

their opinion.  In reaching their conclusions in *Halliburton II*, the U.S. Supreme Court stated:

> That many share price movements seem unrelated to specific
> information strongly suggests that capital markets are not
> fundamentally efficient, and that wide deviations from
> fundamentals . . . can occur.[30]
>
> Such anomalies make it difficult to tell whether, at any given
> moment, a stock's price accurately reflects its value as indicated by
> all publicly available information.[31]

28.   The U.S. Supreme Court concluded that: "Debates about the precise *degree* to

which stock prices <u>accurately</u> reflect public information are thus largely beside the point."[32]

---

[28] Stephen A. Ross, Randolph W. Westerfield, and Bradford D. Jordan, <u>Fundamentals of Corporate Finance,</u> Second Edition, Irwin, 1992 and 1993, p. 360.

[29] *In re Polymedica Corp. Securities Litigation*, 432 F. 3d 1 (1st Cir. 2005) at 8 and 14 ("*Polymedica*") citing Lynn A. Stout, "The Mechanisms of Market Inefficiency: An Introduction to the New Finance," 28 *Iowa Journal of Corporation Law* 635, 639 (2003); Order by United States District Judge Sam Sparks, *In KB Partners I, L.P., et al, v. Pain Therapeutics, Inc., et al*, Case No. A-11-CA-1034-SS, (U.S.D.C. WD Texas 2013) ("*Pain Therapeutics*"), at 16-17, and an order by United States District Judge David O. Carter, *In re: Dalton Petrie; Individually and On Behalf of All Others Similarly Situated vs. Electronic Game Card, Inc. et al,* Case No. SACV-10-00252-DOC (U.S.D.C. SD California 2015) ("*Electronic Game Card,*") at 4; and *Penny Pace, Individually and On Behalf of All Others Similarly Situated; vs. Timothy Quintanilla; Henry Mendoza; Bill Torres; James Francis Berger; and Cindy E. Gonzalez;* Case No. No. SACV 14-02067 (RNBx) (U.S.D.C. SD California 2015), at 23-24.

[30] *Halliburton II* at 2421.

[31] *Halliburton II* at 2421.

29.   In addition to the clarification that fundamental efficiency is *not* required for class certification, the U.S. Supreme Court also discussed that stocks are generally efficient, which is an acceptance of the efficient markets hypothesis for traded securities overall:

> The academic debates [concerning overall market efficiency] discussed by Halliburton have not refuted the modest premise underlying the presumption of reliance.  Even the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices.[33]

### C.  The Definition of Efficient Markets Generally Accepted by the Courts

30.   The Efficient Market Hypothesis has conventionally been divided into three categories, each dealing with a different type of information:

> <u>Weak-form</u>: tests whether all information contained in historic prices is fully reflected in current prices.
> <u>Semi-strong form</u>: tests whether all publicly available information is fully reflected in current prices.
> <u>Strong-form</u>: tests whether all information, public or non-public, is fully reflected in security prices.[34]

31.   Generally, for the purposes of civil securities and class action litigation, a market is considered efficient if it meets the criteria for a "semi-strong efficient market," defined as a "[m]arket in which security prices reflect all publicly available information."[35]  For example, in *Basic, Inc. v. Levinson*, the United States Supreme Court stated:

> [R]ecent empirical studies have tended to confirm Congress' premise that the market price of shares traded on well-developed

---

[32] *Halliburton II* at 2410 (emphasis added).

[33] *Halliburton II* at 2410.

[34] *See* Edwin J. Elton, Martin J. Gruber, Stephen J. Brown and William N. Goetzmann, <u>Modern Portfolio Theory and Investment Analysis</u>, Sixth Edition, John Wiley & Sons, Inc., 2003, p. 402.

[35] Richard A. Brealey and Stewart C. Myers, <u>Principles of Corporate Finance</u>, Fifth Edition, McGraw Hill, 1996, p. G11.

markets reflects all publicly available information, and, hence, any
material misrepresentations.[36]

32.   The literature on the Efficient Market Hypothesis indicates that as new information
causes investors to revise their expectations about future cash flows and growth opportunities, a
security's market price responds quickly in an unbiased manner to reflect this new information.

33.   The courts have accepted many of the factors that economists generally use to
determine whether the market for a security is efficient.  The tests commonly used by courts to
judge if a market for a security is "efficient" for the purposes of establishing the presumption of
reliance under *Basic*,[37] were formulated by the court in *Cammer*, and have been expanded and
modified subsequently by other courts.  For example: s*ee, Cammer v. Bloom*, 711 F. Supp. 1264
(D.N.J. 1989) ("*Cammer*"); *Cheney v. CyberGuard Corp.*, 213 F.R.D. 484 at 501-02 (S.D. Fla.
2003) ("*CyberGuard*"); *DVI*; *Lehocky; Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001) at
478 (citing O'Neil, 165 F.R.D ("*Krogman*"), and *Nguyen vs. Radient Pharm. Corp.*, 287 F.R.D.
563, 573 n.7 (C.D. Cal. 2012) ("*Radient*").

34.   Of the factors that courts commonly utilize to evaluate whether the market in which
the security trades is informationally efficient, many are related to the securities price.

35.   The indicia related to price are primarily used to empirically test whether the market
price for the security rapidly reflects new, unexpected information about the subject company's
future cash flows, which is expected for securities in what economists and the courts generally
refer to as an informationally "efficient market."

---

[36] *Basic, Inc. v. Levinson*, 485 U.S. 224, 108 S.Ct. 978 (1988) ("*Basic*") at 246.
[37] *See Basic* at 224.

36.   Tests related to price are expected to determine: (i) whether there is a rapid price reaction to new information relevant to the valuation of the common stock;[38] and (ii) if a statistical analysis of historical stock price movements violates the EMH, such as the evidence of autocorrelation.[39]

37.   Other tests examine the degree to which the market is developed and open for the security studied.[40]  These factors include an analysis of the trading and arbitrage activity in the market, with the expectation that the market for the security is open and allows easy access to any investor, well-developed with evidence of high trading activity, readily available information, as well as liquid with low costs of trading.

38.   As a result, these other factors and tests are primarily used to examine whether there is sufficient trading and arbitrage activity, along with widespread information dissemination,

---

[38] "Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price.  This, after all, is the essence of an efficient market and the foundation for the fraud on the market theory."  *Cammer*, at 1287.

[39] "Autocorrelation is usually found in time-series data.  Economic time series often display a 'memory' in that variation is not independent from one period to the next."  William H. Greene, Econometric Analysis, Second Edition, Macmillian Publishing Co., 1993, p. 358.  In other words, autocorrelation is the measurement of the relationship between the security return at time *t* and the return of the same security at some fixed time in the past.  First-order autocorrelation would be found when there is a statistically significant relationship between the common stock return today and the common stock return yesterday.  Another way of looking at this concept is that if an observer can use the return from yesterday to predict with some level of certainty the return today, there exists autocorrelation.  *See Lehocky*, at 506 n.20 (noting that both parties' experts agreed on the helpfulness of autocorrelation).

[40] "A developed market is one which has a relatively high level of activity and frequency, and for which trading information (*e.g.*, price and volume) is widely available.  It is principally a secondary market in outstanding securities.  It usually, but not necessarily, has continuity and liquidity (the ability to absorb a reasonable amount of trading with relatively small price changes)."  *See Cammer*, at 1276 n.17, (citing Bromberg & Lowenfels, 4 *Securities Fraud and Commodities Fraud*, § 8.6 (Aug. 1988).

such that it can reasonably be expected that the market price for the security rapidly reflects new information.[41]

39.   The other factors set forth in *Cammer* include a determination of whether:

(1)   there is high average weekly turnover of the common stock;[42]

(2)   there is coverage of the common stock by analysts or other investment professionals, along with regular disclosures by the company;[43]

(3)   there are a sufficiently high number of market makers or broker/dealers of the common stock, along with arbitrageurs;[44] and

(4)   the common stock is eligible to file U.S. Securities and Exchange Commission ("SEC") Form S-3.[45]

---

[41] "In an open and developed market, the dissemination of material misrepresentations or withholding of material information typically affects the price of the stock, and purchasers generally rely on the price of the stock as a reflection of its value."  Raymond K. Peil v. Marvin M. Speiser, et al., 806 F.2d 1154 (3rd Cir. U.S. 1986) ("*Peil*"), at 1161.  "Indeed, nearly every court that has considered the proposition has concluded that where materially misleading statements have been disseminated into an impersonal, well-developed market for securities, the reliance of individual plaintiffs on the integrity of the market price may be presumed."  *See Basic*, at 247.

[42] "[A]verage weekly trading of two percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption."  *Cammer*, at 1286.

[43] "…it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period."  *See Cammer*, at 1286.  *See also Teamsters Local 445 Freight Div. Pension Fund v. Bombardier, Inc.*, 546 F.3d 196 (2nd Cir. 2008), at 205.  ("[T]he greater the number of securities analysts following and reporting on a company's stock, the greater the likelihood that information released by a company is being relied upon by investors.") (quoting *Xcelera*, at 514).  For other examples, *see CyberGuard Corp.* at 501-02 and *DVI* at 208.

[44] "The existence of market makers and arbitrageurs would ensure completion of the market mechanism; these individuals would react swiftly to company news and reported financial results by buying or selling stock and driving it to a changed price level."  *Cammer*, at 1286-87.

[45] "…it would be helpful to allege the Company was entitled to file an S-3 Registration Statement in connection with public offerings or, if ineligible, such ineligibility was only because of timing factors rather than because the minimum stock requirements set forth in the instructions to Form S-3 were not met."  *Cammer*, at 1287.

40.   The court in *Krogman* suggested three additional factors:

    (1)    there is a relatively large market capitalization of the common stock;[46]

    (2)    there is a reasonably small bid-ask price spread;[47] and

    (3)    there is a sufficiently large float of common stock (*i.e.*, the amount of outstanding common stock not held by insiders of the corporation).[48]

41.   In addition to the *Cammer* and *Krogman* factors, some courts have also suggested that other factors may be relevant to determining whether a market is open, developed and efficient for class-certification purposes, including the proportion of institutional holdings of the common stock,[49] and opportunities for arbitrage.[50]  The *Cammer* court articulated that "[t]here are several different characteristics pertaining to the markets for individual stocks which are probative of the degree to which the purchase price of a stock should reflect material company

---

[46] The *Krogman* court stated that "[m]arket capitalization, calculated as the number of shares multiplied by the prevailing share price, may be an indicator of market efficiency because there is a greater incentive for stock purchasers to invest in more highly capitalized corporations."  *Krogman* at 478.  This was preceded by *Cammer*: "Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency." *Cammer*, at 1287.

[47] *See Krogman*, at 478: "A large bid-ask spread is indicative of an inefficient market, because it suggests that the stock is too expensive to trade."

[48] There are restrictions on company insiders and they cannot trade their shares freely because of their privileged, nonpublic information.  They are subject to various trading restrictions (lockups and blackout periods, and restrictions of Rule 10b-5 and the Securities and Exchange Act of 1934 Sections 16(b) and 16(c)), as well as the reporting requirements of Section 16(a).  17 C.F.R. § 240.10b-5 (2011); 15 U.S.C. §§ 78p(b), 78p(c), 78p(a) (2011).

[49] For example, one court decided that the Enron bonds traded in efficient markets partially based on "data on institutional holdings . . . there was active trading . . . during the Class Period, [and] there were a substantial number of institutional investors."  *In re Enron Corporation Securities, Derivative & "ERISA" Litigation,* 529 F. Supp. 2d 644, (S.D. Tex. 2006), at 756.

[50] *See PolyMedica, at 273* ("This Court rejects the assertion that arbitrage is the *only* mechanism of information efficiency, but accepts that the significant role of arbitrageurs toward that end is widely acknowledged in academic commentary.")  (emphasis in original) (footnote omitted).

disclosures."[51]   In other words, these factors should be used as a collection of indicia to establish

the preponderance of economic evidence regarding the degree to which the security market is

open, developed, and informationally efficient, rather than a view that every test or factor clearly

support a finding of an informationally efficient market for a security. [52]

> 42.   This was recently reiterated in *Halliburton II*:

> Moreover, in making the presumption rebuttable, *Basic* recognized that
> market efficiency is a matter of degree and accordingly made it a matter of
> proof.  Halliburton has not identified the kind of fundamental shift in
> economic theory that could justify overruling a precedent on the ground
> that it misunderstood, or has since been overtaken by, economic realities.[53]

## D.  Market Efficiency: The Profit Motive

> 43.   The EMH, scholarly research, and various court interpretations of an efficient

market for a security is easily conceptualized by a popular finance text:

> > What makes a market efficient is competition among investors.
> > Many individuals spend their entire lives trying to find mispriced
> > stocks.  For any given stock, they study what has happened in the
> > past to the stock price and its dividends. They learn, to the extent
> > possible, what a company's earnings have been, how much it owes
> > to creditors, what taxes it pays, what businesses it is in, what new
> > investments are planned, how sensitive it is to changes in the
> > economy, and so on.

---

[51] *Cammer* at 1283.

[52] "The vast majority of courts have used the *Cammer* factors as 'an analytical tool rather than as a checklist.'  Indeed, not even the *Cammer* court considered the fifth factor necessary, stating only that 'it *would be helpful* to a plaintiff seeking to allege an efficient market ...'" *Carpenters Pension Trust Fund of St. Louis et al. v. Barclays PLC, et al.* 2015 U.S. Dist. LEXIS 110382 ("*Barclays*")at *33 (S.D.N.Y. Aug. 20, 2015).  "Different contexts require courts to place greater importance on some factors than on others.  No other court has adopted a per se rule that any one factor is dispositive.  At the same time, courts have found market efficiency in the absence of an event study or where the event study was not definitive." *Barclays* at *34.  "It is widely accepted that analysis of the *Cammer* and *Krogman* factors is a reliable and accepted methodology for establishing market efficiency." *Barclays* at *49.

[53] *Halliburton II,* at "Syllabus."

Not only is there a great deal to know about any particular company, there is a powerful incentive for knowing it, namely, the profit motive.  If you know more about some company than other investors in the marketplace, you can profit from that knowledge by investing in the company's stock if you have good news and selling it if you have bad news.

The logical consequence of all this information being gathered and analyzed is that mispriced stocks will become fewer and fewer.  In other words, because of competition among investors, the market will become increasingly efficient.  A kind of equilibrium comes into being where there is just enough mispricing around for those who are best at identifying it to make a living at it.  For most other investors, the activity of information gathering and analysis will not pay.[54]

44.   The profit motive can be viewed as simply a cost-benefit proposition by any investor with a profit motive: An investor will trade when, in his judgment, the value of the stock differs from the market price (benefit) by a sufficient margin to justify incurring the transaction costs of trading (cost) and still make a profit (or avoid/minimize a loss).

45.   The analysis that follows uses the commonly accepted indicia of an efficient market for the market for Montage's common stock described above.

## VII.  ANALYSIS OF INDICIA OF MARKET EFFICIENCY

**A.  Direct Tests of a Cause and Effect Relationship as Evidence of Informational Efficiency**

46.   In *Cammer*, the fifth factor is evidence of the stock price reacting to information important to investors: is "…a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."[55]  *Cammer* states that:

…one of the most convincing ways to demonstrate [market] efficiency would be to illustrate, over time, a cause and effect

---

[54] Stephen A. Ross, Randolph W. Westerfield, and Bradford D. Jordan, Fundamentals of Corporate Finance, Second Edition, Irwin, 1992 and 1993, pp. 359-60, (emphasis added).

[55] *See Cammer*, at 1264.

relationship between company disclosures and resulting movements in stock price.[56]

47.   New information, if important to investors, will result in fairly rapid changes in a stock price in an efficient market.  Economists in academia and private practice have published scholarly research studies that present various analyses and statistical methods that can provide probative economic evidence concerning the existence of a cause and effect relationship between new information and changes in market price, consistent with market efficiency.[57]  *Cammer* does not specify tests that courts should rely on to determine the existence of an adequate cause and effect relationship.  Therefore, in this section, I discuss several analyses that assess the efficiency of Montage common stock related to the effect of the release of new information and the rationale for using such analyses.  As discussed above, I would expect that a finding of cause-and-effect will occur if there is information flow, low costs of trading, and competition among investors.

### i)   *Event Study Explained*

48.   For many of the analyses I used to detect the presence of a cause and effect relationship between relevant news events and resulting movements in the price of Montage common stock, I rely on event study methodology, which is discussed in Appendix B.  The use

---

[56] *See Cammer* at 1291 (emphasis added).

[57] Both the courts and academic literature use event studies as a test of semi-strong market efficiency.  Professor Eugene Fama wrote: "Event studies are the cleanest evidence we have on efficiency (the least encumbered by the joint-hypothesis problem).  With few exceptions, the evidence is supportive."  *See* Eugene F. Fama, Efficient Capital Markets: II, *The Journal of Finance* 46(5), 1575-1617, December 1991, at 1602.  Examples of event study analysis used by courts as part of the determination of whether a market is efficient include: *Xcelera* at pp. 512-14 and *Barrie v. Intervoice-Brite, Inc.*, No. 3:01-CV-1071-K, 2006 WL 2792199 (N.D. Tex. 2006) ("*Barrie*"), at 32-34.

of empirical analyses based on event study methodology to determine economic cause-and-effect has been accepted by the courts.[58]

49.   When new information about the company is disclosed to the market, the market model is used to determine the component of the security return that would have been expected based on the return predicted by the market model.  The remaining component of the security return (that which cannot be explained by the return predicted by the market model, known as the "excess return" or "abnormal return") is attributed to new company-specific information if the disclosure of company-specific information is accompanied by an excess return that is "statistically significant."  Statistical significance means that the excess return is outside of the stock's normal volatility as measured by the market model.  Thus, the measure of statistical significance, called a t-statistic, allows the researcher to assess the probability that a security price movement is due to new information disclosed on a particular date and not due to chance.

50.   Not every news item is expected to generate a measurable stock-price effect.  For example, if the news story, analyst report or company disclosure only repeats information that was already fully known, or merely confirms investors' current expectations, no price reaction in the security would be expected.  A news story, analyst report or company disclosure will cause an unusually large and statistically significant return only when the information is new and unexpected, and when the information changes the mix of information in the market in an economically significant way.  Similarly, a disclosure that omits such material information

---

[58] The Supreme Court recently noted the use of event study analysis as part of the determination of whether a market is efficient.  *See Halliburton II,* at 2415.  Examples of event study analysis used by courts as part of the determination of whether a market is efficient include: *Xcelera.com,* at 512-14, *Barrie,* at 8, and *Radient, at 29.*

would not be expected to change the price of the security.[59]  According the Halliburton II

opinion: "If the misrepresentation was not publicly known, then it could not have distorted the

stock's market price."[60]  Thus, in applying the fifth *Cammer* factor, it is relevant to test whether

the stock-price changes are in response to important, unexpected news by analyzing the new

information that accompanies significant stock returns.

### ii) *Reaction to Movements in the Market Index*

51.   In the following sections, I discuss several empirical tests for Montage's common

stock that provide economic evidence concerning cause-and-effect relationships relevant to

determining market efficiency.  Each of these tests is based on my event study using my market

model I describe in Appendix B.

52.   The market model regression analysis discussed in Appendix B is a one-factor

model.  It produces a slope coefficient that quantifies the sensitivity of Montage's daily stock

return to the daily returns on the market index, the S&P Global SmallCap Index (Bloomberg

ticker: SBERGLU), which is 1.556 with a t-statistic of 2.52 and statistically significant at greater

than the 95% confidence level.[61]  This evidence shows that that the market model for Montage

clearly shows that the daily returns for Montage are significantly, positively related to the returns

on the S&P Global SmallCap Index, that Montage's stock price generally reacted

---

[59] *See*, for example, Frank Torchio, "Proper Event Study Analysis in Securities Litigation," *The Journal of Corporation Law*, 35(1), 2009, pp.159-168.

[60] *Halliburton II*, at 2413.

[61] A t-statistic greater than or equal to 1.96 in absolute value (i.e., either positive or negative) means that the excess return is statistically significant at the 95% confidence level; a t-statistic greater than or equal to 2.58 in absolute value means that the excess return is significant at the 99% confidence level.  As is common in financial economics research, I consider excess returns with a t-statistic greater than or equal to 1.96 in absolute value to be statistically significant.

contemporaneously to new market information over the Class Period.  *See* the cover page to Appendix A for the Montage market model.

### iii) Cause and Effect Analysis Examining Days with News versus Days without News

53.     One test of a cause-and-effect relationship that has been employed by both plaintiff and defense experts in securities litigation and accepted by the courts[62] is a statistical comparison of the stock-price movements related to days in the Class Period on which firm-specific news was released to days on which no such firm-specific news was released.

54.     This statistical analysis, which I refer to as "News Days" and "Non-News Days," is described by Ferrillo, Dunbar, and Tabak in an article published in the *St. John's Law Review* in 2004:

> In terms of the application of the EMH to securities class actions, an important question is whether any allegedly fraudulent information would cause a change in the issuer's stock price. However, because the market does not know (at the time) whether any information it receives is legitimate or fraudulent, this question can be answered by testing whether the market for a particular issuer's stock responds to news more generally.  If it does, then one is more confident that the stock price would be affected by any material false information or would have responded to material omitted information.  If the stock price does not generally respond to news, then the presumption should then become that the stock was not affected by any false news and may not have responded to allegedly omitted information.[63]

---

[62] Citing a similar analysis performed in *Alstom,* the court stated that: "'Alstom was over 6 times more likely to have a statistically significant stock return on a day with news than on a day with no news.'"  *See In re Alstom SA Sec. Litig.*, 253 F.R.D. 266 (S.D.N.Y. 2008) ("*Alstom*"), at 280 (citation omitted).  Regarding a similar analysis where days with company issued press releases were four times more likely to have a statistically significant stock return than days without, the court in *Radient* stated that the plaintiff's expert's analyses "support a finding of market efficiency for the core *Cammer* factor."  *See Radient* at 30.

[63] Paul A. Ferrillo, Frederick C. Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases," *St. John's Law Review* 78(81), Winter 2004, 81-129 ("Ferrillo, Dunbar, and Tabak"), at 119.

55.     Ferrillo, Dunbar, and Tabak suggest searching a sample of days and separating those on which there is specifically defined news regarding the company and those without such news.  The analyst would have to objectively define the specific sources or types of news considered for the test, and would have to assign the news to the proper stock return dates (*i.e.*, based on the timing of the release of the news, one would have to determine when the news would have potentially affected the company's stock price).

56.     For my analysis, I define a news day as a day that contained (i) a primary analyst report; or (ii) a day that contained either a primary or a secondary analyst report.  *See* the section paragraphs 102 to 107 for the definition of primary and secondary analyst reports.  Thus, I compare the proportion of statistically significant stock-price reactions on news days to the same proportion on non-news days for two sets of analyst reports: (i) days that contained all primary analyst reports; and (ii) days that contained all primary and all secondary analyst reports.[64]  If Montage's stock price did react to news during the Class Period, then the proportion of statistically significant stock-price reactions is greater on news days than on non-news days, which is evidence that Montage's stock price reacted to news during the Class Period.  Conversely, if Montage's stock price did not react to news during the Class Period, I would expect that the proportion of statistically significant stock-price reactions on news days would be equal to (or not be statistically significantly different than) the proportion of statistically significant stock-price reactions on non-news days.

---

[64] The source for analyst reports is Thomson One, Thomson Reuters Knowledge, Capital IQ electronic databases, Bloomberg, gravityresearchgroup.com, and news articles in Appendix A.  The source for the times that the analyst reports were issued is Thomson Reuters, Capital IQ, and the time of the news articles in Appendix A.  If the time of the report was not available, and if the analyst report contained Montage's closing stock price on the date in which the report was dated, I considered the next trading day as the proper measurement day.  Otherwise, I used the date of the analyst report as the measurement day.

57.     After objectively defining news, I compared the share-price reactions on "news days" to a control group of "non-news days" using two separate statistical tests.[65]  I do this by calculating excess returns (net of market influences) using my market model described in Appendix B and statistically comparing the proportion of news days and non-news days with statistically significant stock-price reactions.[66]  Ferrillo, Dunbar, and Tabak describe this step as follows:

> The final step involves comparing the percentage of days with news that have a statistically significant price movement to the percentage of days without news that have a statistically significant price movement.  For example, if seven percent of the days with news have statistically significant price movements and four percent of the days without news have statistically significant price movements, then the analyst would test whether the difference between the seven percent and the four percent is statistically significant.  If it is, then the evidence would show that, on average, the defendant's stock price reacts to news announcements; if the difference is not statistically significant, then there would be no basis for saying that the defendant's stock price is affected by news.[67]

58.   I expect the test to show that not every news item is expected to generate a statistically significant stock price.  As stated in paragraph 50, if the news story, analyst report or company disclosure only repeats information that was already fully known, or merely confirms investors' current expectations, no price reaction in the security would be expected.[68,]  A news

---

[65] As suggested by Ferrillo, Dunbar, and Tabak, to control for the timing of these news items, I measured the share-price reactions on the same trading day if the news item was issued before the market closed on that day.  If the news item was issued after the market closed, I measured the share-price reaction on the following trading day.

[66] As suggested by Ferrillo, Dunbar, and Tabak, to control for the timing of these news items, I measured the share-price reactions on the same trading day if the news item was issued before the market closed on that day.  If the news item was issued after the market closed, I measured the share-price reaction on the following trading day.

[67] Ferrillo, Dunbar, and Tabak at 120-21.

[68] A lack of significant price reaction when there is no economically significant news is

story, analyst report or company disclosure will cause an unusually large and statistically significant return only when the information is new and unexpected, and when the information changes the mix of information in the market in an economically significant way.  Similarly, a disclosure that *omits* such material information would not be expected to change the price of the security.

59.   For the first set of analyst reports, I find that the excess returns on 5 of the 16 days during the Class Period that contain primary analyst reports (31.3%) are statistically significant at the 95% or higher confidence level, compared to 7 of the 77 (9.1%) days without primary analyst reports, indicating that Montage's stock is over 3 times (31.3% / 9.1%) more likely to react in a statistically significant way on days that contain primary analyst reports (news days) than on the other 77 control days.  The z-statistic on the difference of these proportions is 2.41 and the p-value is 1.61%, meaning that the difference is statistically significant at the 95% level of confidence.[69,70]  *See* Exhibit 3.

60.   For the second set of analyst reports, I find that the excess returns on 7 of the 30 days during the Class Period that contain all primary and secondary analyst reports (23.3%) are statistically significant at the 95% or higher confidence level, compared to 5 of the 63 (7.9%) days without all primary and secondary analyst reports, indicating that Montage's stock is nearly 3 times (23.3% / 7.9%) more likely to react in a statistically significant way on days that contain

---

relevant in establishing market efficiency.  *See*, e.g., Ferrillo, Dunbar, and Tabak, pp. 81-129. This makes economic sense because if there is no news, the expectation for future cash flows doesn't change, and if the market is efficient, then the stock price wouldn't be expected to change.

[69] A z-statistic is used to determine the statistical significance of the difference.

[70] The test is performed using excess returns from September 26, 2013 to February 7, 2014.  If September 26, 2013 is excluded from the analysis, the p-value is lowered to 0.89% meaning the confidence level, that the proportion of statistically significant news days and statistically significant non-news days are different, is increased.

primary and secondary analyst reports (news days) than on the other 63 control days.  The z-statistic on the difference of these proportions is 2.07 and the p-value is 3.84%, meaning that the difference is statistically significant at the 95% level of confidence.[71]  *See* Exhibit 3.

61.   This test objectively predefines news events, and performs a scientifically valid test. The results of this test shows that, during the Class Period, the proportion of statistically significant days on those days (i) with primary analyst reports; and (ii) with all analyst reports (primary and secondary), are larger than on days without an analyst report.  These findings are consistent with a cause and effect relationship for Montage common stock, and support a finding of market efficiency for Montage common stock during the Class Period.

### iv) Reaction to Company Earnings Announcements

62.   For this analysis, I examined Montage's stock price return volatility on days when the Company announced earnings (including days when the Company announced preliminary financial results)[72] compared to days without Company earnings announcements.  Academic research has shown that excess stock returns on earnings-release dates are significantly more volatile than for other trading days for the same company.  If earnings days on average provide more value-relevant information than other days, as economists naturally expect, then this implies that stock returns in large samples should be more volatile for earnings days than for other days.  The expected volatility is driven by profit-motivated investors who value the value-

---

[71] The test is performed using excess returns from September 26, 2013 to February 7, 2014.  If September 26, 2013 is excluded from the analysis, the p-value is lowered to 1.93% meaning the confidence level, that the proportion of statistically significant news days and statistically significant non-news days are different, is increased.

[72] I consider 3 days during the Class Period as earnings announcements: (i) November 7, 2013, when Montage reported third quarter 2013 financial results; (ii) January 9, 2014, when Montage reported preliminary fourth quarter revenue and gross margin results; and (iii) January 27, 2014 when the Company reported preliminary financial results for the fourth quarter of 2013, including revenue, gross margin, operating expenses and net income.

relevant information differently, causing changes in the stock price of the subject company. Empirical findings are consistent with this implication.

63.    The change in volatility around earnings announcements has been an area of study in academia for over 45 years.  The widespread finding is that since earnings announcements generally contain valuable information to investors, the release of earnings figures generally result in changes in stock prices and therefore increases in volatility on the announcement day. *See* for example the pivotal paper by Beaver (1968) which concludes that "If earnings reports possess information content, $u_{it}^2$ should be greater during the week 0 than during the non-report period.  The mean of $u_{it}^2$ during the non-report period is simply the variance of that variable $(s_{it}^2)$…In summary, the behavior of the price changes uniformly supports the contention that earnings reports possess information content."[73]

---

[73] *See* William H. Beaver, "The Informational Content of Annual Earnings Announcements," *Journal of Accounting Research*, 6, 1968, 67–92, at 79 and 82, footnote omitted.  Acker (2002) finds that "The tests on volatility changes around [earnings] announcements indicate that announcements that are easy to interpret or announcements of good news are both associated with a volatility peak on the day of the announcement itself.  The volatility reactions to bad and difficult-to-interpret news are delayed until the day after the announcement."  *See* Daniella Acker, "Implied Standard Deviations and Post-earnings Announcement Volatility," *The Journal of Business Finance & Accounting*, 29(3&4), April/May 2002, 429-456, at 452-453.  Donders, Kouwenberg, and Vorst (2000) find that for a sample of European firms, "On the announcement day, stock return volatilities are approximately 30% higher than normal."  *See* Monique W. M. Donders, Roy Kouwenberg, and Ton C. F. Vorst, "Options And Earnings Announcements: An Empirical Study of Volatility, Trading Volume, Open Interest and Liquidity," *European Financial Management*, 6(2), 2000, 149-171, at 166.  Truong, Corrado, and Chen (2012) find that "The impact of accounting earnings has been extensively examined in the equity market and more recently in the bond market… We examine the options' market response to earnings news from the change in implied volatility over a short window after an earnings announcement.  A change in implied volatility represents a good proxy for a general change in option value beyond that driven by a change in the underlying stock price. We find that earnings news has a profound impact on options values as manifested by changes in implied volatility."  *See* Cameron Truong, Charles Corrado, Yangyang Chen, "The options market response to accounting earnings announcements," *Journal of International Financial Markets, Institutions & Money*, 22, 2012, 423-450, at 447.

64.    To test whether the variance of the excess returns on the three Montage's earnings

days are the same as on non-earnings days, I perform a standard F-test.  The F-test determines

whether the null hypothesis – the volatility of Montage's excess stock returns on earnings days is

less than or equal to the volatility on non-earnings days against the *alternative* hypothesis – the

volatility of Montage's excess stock returns on earnings days is greater than on non-earnings

days.[74]

65.    As shown in Exhibit 4, during the Class Period, the variance of excess returns on the

3 earnings days was 3.1 times as large as the variance on non-earnings days.[75]  With an F-

statistic during the Class Period of 3.13 and p-value of 4.84%, the difference of these variances is

statistically significant at the 95% confidence level.[76]

66.    The F-test above confirms that, consistent with the vast academic literature, the

variance in Montage's excess returns on days with earnings announcements was significantly

greater than for the control sample of days without earnings announcements during the Class

Period.

---

[74] For a detailed discussion of the F-test, *see* David R. Anderson, Dennis J. Sweeney, and Thomas A. Williams, Statistics for Business and Economics, Ninth Edition, Thomson Learning, 2005, pp. 498-499; Christiaan Heij, Paul de Boer, Philip Hans Franses, Teun Kloek, and Herman K. van Dijk, Econometric Methods with Applications in Business and Economies, Oxford University Press, 2004, p. 62; Teresa Bradley, Essential Statistics for Economics, Business and Management, Wiley, 2007, pp. 378-381; and R. Mark Sirkin, Statistics for the Social Sciences, Sage Publications, Inc., Third Edition, 2006, pp. 275-287.

[75] The source for the date and time of Montage earnings announcements is GlobeNewswire articles on 11/7/2013 (3Q 2013 earnings) and 1/9/2014 (4Q 2013 preliminary revenue and gross margin); and *see* Montage's Form 8-K filed with the SEC on 1/27/2014 (4Q 2013 expected operating expenses and net income).

[76] I note here that there are only 3 earnings disclosures during the Class Period.

*v)* *Speed of Price Reaction to New Information*

67.   One indicia of market efficiency is prompt incorporation of the effects of new information in stock prices through trading activity in the market.[77]  One of the most widely-cited characteristic of an efficient market for a security is the prompt incorporation of the effects of new information in stock prices through trading activity in the market.[78]

68.   It is well known that large stock-price returns and news events are highly correlated, so to test for the speed of reaction of Montage's stock price to important, company-specific news events, I use an event study that is not confined to any particular kind of new information, but instead assumes that any unusually large one-day change in the net-of-market price of Montage's stock qualifies as a news event.  Consistent with scholarly research, I first assume that unusually large excess stock returns generally reflect the reaction by investors to value-relevant news being disseminated into the marketplace.[79]  Then, on these big return days, I check the returns on the following days to directly test the speed of reaction to whatever news caused the big return on

---

[77] *See* Eugene Fama, "Efficient Capital Markets: II," *Journal of Finance* 46(5) (December 1991): pp. 1575-1617; and Eugene Fama, Lawrence Fisher, Michael Jensen and Richard Roll, "The Adjustment of Stock Prices to New Information," *International Economic Review* 10(1) (February 1969): pp. 1-21.

[78] *See* Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* 46(5), December 1991, 1575-1617, at 1601-1602.

[79] I note here that there is published scholarly research that also performs an event study and starts with "…major stock price and trading volume movements and then explore[s] directly for those economically significant information events driving such movements."  *See* Paul Ryan and Richard J. Taffler, "Are Economically Significant Stock Returns and Trading Volumes Driven by Firm-Specific News Releases?" *Journal of Business Finance & Accounting*, 31(1) & (2), January/March 2004, 49-82, p. 50.  Another study focused on stock price movements as a "…sufficient statistic for information events."  *See* Jennifer Conrad, Bradford Cornell, Wayne R. Landsman, and Brian R. Rountree, "How Do Analyst Recommendations Respond to Major News?" *Journal of Financial and Quantitative Analysis* 41(1), March 2006, 25-49, p. 31. *See also*, Eugene Fama, "Efficient Capital Markets: II," *Journal of Finance* 46(5) (December 1991): pp. 1575-1617; and Eugene Fama, Lawrence Fisher, Michael Jensen and Richard Roll, "The Adjustment of Stock Prices to New Information," *International Economic Review* 10(1) (February 1969): pp. 1-21.

the first day to see how long it takes for Montage's common stock to fully adjust to these pre-selected big-news days.  *See* Exhibit 5.

69.     This test reflects the presumption that, in general, such big-return days will also have material news of some sort being released which corresponds to the big returns.   However, as discussed above, the selection of the big-return days by scientific design is blind with respect to the news actually disclosed on those days, consistent with scholarly research.

70.     One court has found that only a one day window is acceptable (when a disclosure on day 1 is coupled with a lack of price impact on day 1),[80] while other courts found that two or more days are proper.[81]  This test assumes that the majority of news is incorporated into the stock price of Montage within one trading day.  If there is a statistically significant price change on the day following the big return day, I review the news on the second day to determine if the second day is reacting to the news on the big return from the prior day, or some other new information.

71.     I first identified the 7 trading days during the Class Period for Montage with excess returns that were significant at the 99% confidence level (*i.e.* "big-return days").  They are all identified with ** in Appendix A.  I then examined the excess return for the *day after* each of the 7 big-return days (*i.e.* day +1) and found that in 4 of the 7 cases, or 57%, Montage common stock did not experience a statistically significant stock price movement at the 95% confidence level or higher.  Thus, regardless of the kind of news that caused Montage's big-return days, this

---

[80] *See* Memorandum order and opinion of U.S. District Judge Barbara G. Lynn in *Halliburton Co. v. Erica P. John Fund, Inc.,* Case No. 3:02-CV-1152 (U.S.D.C. ND Texas Dallas 2015) ("*Halliburton*"), at 29.

[81] For example, citing another case, the court in *Barclays* stated:  "Defendants' insistence that it is impermissible for [Plaintiffs' expert] Dr. Finnerty to rely on empirical evidence from the day following the Class Period has no support.  A two- to three-day window is common in event studies.  Because it is standard for experts to utilize an event window including both the day of the event and the day following an event, this event window was proper."  *Barclays*, at 78 (footnote omitted).

test shows that for approximately 57% of these days, Montage's stock price incorporated this information within a one-day event window.

72. On the 3 days that had statistically significant price movements on the day following a big return day (*i.e.* day +1),[82] I find that all 3 have news that could explain the price movement. On September 27, 2013, the second day of trading after its IPO, Montage stock price closed at $15.15, which was higher than the previous day close of $12.80, and there were news articles reporting that Montage stock price extended its initial-public-offering rally, after the IPO was priced at $10, at the bottom of the indicative range of $10-$11, and below the previous indicative range of $12-$14. On January 9, 2014, Montage announced preliminary revenue results for the fourth quarter 2013 of $35.0 to $35.5 million, exceeding its previously announced guidance of $32.0 to $34.0 million, and exceeding the current consensus revenue estimate of $33.1 million. On February 7, 2014: (i) Montage responded to the allegations in the February 6, 2014 Gravity Research Report and stated that the allegations and accusations in the Gravity Report lacked merit and contained numerous errors of fact; (ii) Deutsche Bank and Stifel noted Montage's response and maintained their Buy ratings on the stock; (iii) news articles reported that Montage continued to suffer from the effects of Gravity Research's claim that the Company's reported revenue is false; (iv), a Zacks Investment Research report lowered its price target to $20.90 from $25.30; and (v) several news articles reported that law firms were investigating possible violations of federal securities laws. *See* Exhibits 5 and 6 for the news and statistics on the 3 days.

73. Finally, none of 3 days (0%) that had statistically significant price movements on the day following a big return day (*i.e.* day +1), had statistically significant price movements on

---

[82] The 3 days are: September 27, 2013; January 9, 2013; and February 7, 2014.

the next trading day (*i.e.* day +2).[83],[84]  Thus, for 7 of 7 (or 100%) of the days following a big-return day, either the stock price was not statistically significant (4 days) or there was new information that appears to explain the price movement (3 days).  *See* Appendix A.

74.   I conclude that the speed of price reaction to new information test for Montage's common stock supports a finding of the efficiency of the market for Montage common stock.

*vi) **Reverse Event Study***

*a)  All Statistically Significant Days in the Class Period*

75.   As a cross-check of my analysis of cause and effect above, I study the cause-and-effect relationship between Montage's stock price returns and economic news by analyzing days in the Class Period for which the excess stock price returns were statistically significant at the 95% or greater confidence level.  I refer to this analysis as a reverse event study.

---

[83] In large samples, one would expect to see 5% of the days in the Class Period to be statistically significant at the 95% confidence level in the absence of any news, on average.  So, on average, it is likely that some percentage of the days in a class period will have statistically significant price changes without any news causing the change.

[84] It is common in academic studies to look at periods greater than one day.  "In practice the period of interest is often expanded to multiple days, including at least the day of the announcement and they day after the announcement.  This captures the price effects of announcements which occur after the stock market closes on the announcement day.  The periods prior to and after the event may also be of interest."  A. MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature* 35, March 1997, 13-39, 15; "The end of the event window is somewhat more arbitrary.  In securities fraud cases, many experts have adopted the convention of looking at one-day, two-day, or five-day periods following an announcement.  The most recent academic pronouncement expresses support for the shorter, one-day or two-day window, though it recognizes that in practice longer windows.  [fn omitted]" D. Tabak and F. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in Litigation Services Handbook: The Role of the Financial Expert, Third Edition, ed. by R. Weil, M. Wagner and P. Frank, Wiley, 2001, 19-4.  "As with other expert decisions, it is helpful to have some rationale for the length of the event window chosen.  For example, one can employ a standard period over different cases, cutting short the window when new information reaches the public.  Alternatively, one can look at some other indicator of materiality, such as trading volume or the quantity of news coverage, to decide the period in which the market was reacting to the new information."  *Ibid.* fn 20, 19-19.

76.     The event study methodology commonly found in academic studies are large scale studies that to first select a type of event of interest (*e.g.*, merger announcement or earnings report), search news/media sources for the predefined informational event occurring among publicly traded firms, and then perform various statistical analyses on the price reaction for the firms experiencing the defined event.  In other words, the event is selected first and then the price reaction is assessed (*a priori* event identification).

77.     There are other event study methods that can be used to assess market efficiency for an individual stock without selecting the informational event first.  This can be an important analysis because for any individual stock analyzed over a limited time period, there may not be sufficient sample size of a particular type of event.

78.     This analysis does not require a pre-defined news event to determine whether it contains potential value-relevant news, and serves to validate on my news/no news analysis above.  Further, I note that there is scholarly research that also performs a reverse event study, which starts with "… major stock price and trading volume movements and then explore[s] directly for those economically significant information events driving such movements."[85]  Another study focused on stock price movements as a "… sufficient statistic for information events."[86]

---

[85] *See* Paul Ryan and Richard J. Taffler, "Are Economically Significant Stock Returns and Trading Volumes Driven by Firm-Specific News Releases? A Nonlinear Test of the Random-Walk Hypothesis," *Journal of Business Finance & Accounting*, 31(1) & (2), January/March 2004, 49-82, p. 50.  Another study focused on stock price movements as a "… sufficient statistic for information events."  *See* Jennifer Conrad, Bradford Cornell, Wayne R. Landsman, and Brian R. Rountree, "How Do Analyst Recommendations Respond to Major News?" *Journal of Financial and Quantitative Analysis* 41(1), March 2006, 25-49, p. 31.

[86] *See* Jennifer Conrad, Bradford Cornell, Wayne R. Landsman, and Brian R. Rountree, "How Do Analyst Recommendations Respond to Major News?" *Journal of Financial and Quantitative Analysis* 41(1), March 2006, 25-49, p. 31.

79.   I first present an analysis that tests the relationship between Montage's stock-price returns and economic news by studying all 12 days when Montage's common stock had excess returns that were statistically significant at greater than the 95% confidence level during the Class Period.  Then, I study the actual news disclosed on those 12 days to evaluate the information disclosed on those days, and then compare the information with the direction and magnitude of the excess return and t-statistic on that day.[87]

80.   Specifically, I studied all 12 days that had statistically significant stock price changes for Montage during the Class Period (September 25, 2013 through February 7, 2014, inclusive) to determine what, if any, information may be responsible for the stock price movements.[88]  Each of the 12 days were accompanied by heavy trading volume (the average daily reported volume for the 12 days was 1.59 million shares which was 5.5 times the average daily reported volume during the Class Period of 287,837 shares).  *See* Exhibit 6.

81.   The 12 days are represented by nine positive and three negative t-statistics.  As shown in my event study in Exhibit 6, on nine of the twelve days (75%), I observe that the direction and general magnitude of the t-statistics is consistent with the news disclosed on each day.  I note that on February 7, 2014, Montage's stock price continued to decline despite the Company's rebuttal of the assertions in the Gravity Research Report on February 6, 2014, and

---

[87] I also note that US courts have recently recognized such reverse event study analyses as evidence of market efficiency.  For example, in *DVI* the court stated: "…Lead Plaintiffs' method of first identifying those days with significant stock returns and then identifying news events to explain the price change is a reasonable method of demonstrating the cause-and-effect relationship associated with an efficient market… Furthermore, a study that first focused on news events and only then attempted to analyze price fluctuations would be ambiguous: if a stock price was seemingly unaffected on the date of a news release, one would not be able to discern whether this was due to market inefficiency or simply investor indifference to that particular news event."  *See DVI* at 211. *See also Pain Therapeutics,* at 29-30.

[88] This analysis is not meant to identify or discuss all news or information disclosed on the dates analyzed in this section.

two underwriter analysts maintaining their ratings and price targets.  Neither the Company nor

the two underwriter analysts offered counter points to sufficiently refute the extensive and

specific information in the Gravity Report.  Further, another analyst report reduces their price

target to $20.90 from $25.30.  *See* also Section IX.  for a discussion of the news on February 6-7,

2014.  Thus, the excess stock returns on at least nine of the twelve statistically significant days

(75%) can be explained by accompanying news.  This is much better than findings of market

efficiency in scholarly research and court opinions.[89]

   82.   Therefore, because of the association between the large t-statistics, trading volume,

and the news released on the same day about Montage, I conclude that Montage's stock price

was responsive to new information, and these results support a finding of market efficiency for

Montage's common stock over the Class Period.

---

[89] Academic literature shows that only one-third of abnormally large stock price movements are associated with important news disclosures.  For instance, in a nearly 18 year study of price movements for the S&P 500, only 69 of the 220 (31%) of the movements that were deemed to be abnormally large were accompanied by news that could explain the movements.  *See* Ray C. Fair, "Events That Shook the Market," *Journal of Business*, 75(4), 2002 at 713- 731.  Likewise, a two-year study of all common stock traded on the NYSE and Amex showed that abnormally large stock price reactions are accompanied by public announcements that could explain the movements in roughly one-third of the days.  *See* Mahesh Pritamani and Vijay Singal, "Return Predictability Following Large Price Changes and Information Releases," *Journal of Banking & Finance*, 25, 2001, at 631-656.  Both of these studies imply that two-thirds of the days with large stock price movements are days with no news.

   In addition, the courts have accepted a similar analysis where 60% of a company's large stock price movements were associated with news, stating: "Because approximately 60% of the changes in DVI's stock price can be linked to identifiable news events, the Court finds that this level of correlation strongly suggests a relatively efficient market.  Accordingly, this factor weighs in favor of efficiency."  *See DVI* at 212.

   The decision was upheld on appeal with the court stating "The District Court credited two studies offered by plaintiffs, which found that on average 'only about one-third of statistically significant changes in the stock price of publicly traded companies are actually associated with identifiable news or events…'"  "The District Court's factual findings that 60% and 65% correlations between news releases and price changes in DVI stock and Notes weigh in favor of market efficiency were not clearly erroneous."  *See DVI* at 635.

### b)   Cause and Effect Analysis Examining Alleged Disclosure Dates

83.   I note that 2 of the 12 days analyzed in the Reverse Event Study section above that were statistically significant at the 95% confidence level are alleged corrective disclosure days (February 6, 2014 and February 7, 2014) and I find that Montage stock price dropped rapidly in response to new, allegedly corrective information, including that Montage's largest distributor, LQW, was effectively controlled by Montage, and that the direction and general magnitude of the t-statistics is consistent with the news disclosed on both of these days.  *See* Exhibit 6 and section IX. of this Report.

### vii) *Correlation of Price Changes and Trading Volume*

84.   Next, I perform a test that is designed to determine the statistical relationship between absolute return and volume over the Class Period.  I do this by performing a statistical test to establish the correlation between the daily absolute stock-price returns of Montage common stock and its daily trading volume over the Class Period.[90]

85.   Economists have studied the empirical correlation between absolute stock returns and volume since 1970 for stocks and other securities traded in the U.S. and elsewhere.[91]  A

---

[90] An "absolute return" means that each negative return is transformed into a positive return (*i.e.*, only the magnitude but not the direction of the return is considered).

[91] For a survey of the literature, *see* Jonathan M. Karpoff, "The Relation between Price Changes and Trading Volume: A Survey," *Journal of Financial and Quantitative Analysis* 22(1), March 1987, 109-126.  *See also*, R. L. Crouch, "A Nonlinear Test of the Random-Walk Hypothesis," *American Economic Review*, March 1970, 199-202; Thomas W. Epps and Mary Lee Epps, "The Stochastic Dependence of Security Price Changes and Transaction Volumes: Implications for the Mixture-Of-Distributions Hypothesis," *Econometrica* 44(2), March 1976, 305-321; Lawrence Harris, "Cross-Security Tests of the Mixture of Distributions Hypothesis," *Journal of Financial and Quantitative Analysis* 21(1), March 1986, 39-46; Lawrence Harris, "Transaction Data Tests of the Mixture of Distributions Hypothesis," *Journal of Financial and Quantitative Analysis* 22(2), June 1987, 127-141; and Randolph Westerfield, "The Distribution of Common Stock Price Changes: An Application of Transactions Time and Subordinated Stochastic Models," *Journal of Financial and Quantitative Analysis* 12(5), December 1977, 743-765.  *See also See* Paul Ryan and Richard Taffler, "Are Economically Significant Stock Returns

strong, direct relationship is the widespread finding, and this evidence is generally interpreted as meaning that both volume and stock-price changes have common ties to the flow of new information about the security.[92]  Thus, new material information about a company that is perceived by different investors as having differing valuation effects for the security will typically also cause greater than normal trading volume.  By definition, important new information generally results in unusually large stock price changes (either up for positive news or down for negative news).  Also, such information typically causes greater-than-normal differences among individual investors' expectations about the exact value implications of the important new information.  Differences in expectations among investors generally yield higher than normal trading volume.  These differences in expectations can follow important new information.

86.    Thus, I check for this statistical correlation between volume and returns using both the absolute stock returns and the absolute excess stock returns of Montage's common stock, each regressed on (the natural log of) Montage's daily trading volume over the Class Period. These two regressions for the Class Period are presented in Exhibit 7.

87.    In both regressions for the Class Period, I find a strong, positive relationship between daily volume and the absolute value of Montage common stock-price returns.  During the Class Period, the t-statistics of 9.84 (daily returns and volume) and 9.73 (daily excess returns and volume) indicate that these two estimated coefficients are positive and statistically significant at the 99% level of confidence.[93]

---

and Trading Volumes Driven by Firm-Specific News Releases?" *Journal of Business Finance & Accounting* 31 (1) & (2) (January/March 2004)

[92] *Ibid*.

[93] The regressions are for the period from September 26, 2013 to February 7, 2014.

88.   This evidence supports a finding of market efficiency for the Class Period because it reflects a very active trading market for Montage common stock and is consistent with the general economic finding that a significant correlation between volume and returns implies that the stock is reacting to new, important information.

### viii)   Statistical Test for Weak-Form Market Efficiency

89.   I also conducted statistical tests to determine if the returns for Montage common stock exhibited "autocorrelation" (also known as "serial correlation").[94]   Autocorrelation in a stock's returns means that tomorrow's stock price movement can be predicted with a degree of statistical confidence based solely on the price movement today.   Weak-form market efficiency requires that all information contained in historic prices is fully reflected in current prices so that there are no profitable arbitrage opportunities available to investors.[95]

90.   However, autocorrelation can exist without violating the EMH or a "random walk" as pointed out by Professor Eugene Fama in his seminal paper on the behavior of stock prices:

> "Now in fact we can probably never hope to find a time series [of stock prices] that is characterized by perfect independence.   Thus, strictly speaking, the random walk theory cannot be a completely accurate description of reality.   For practical purposes, however, we may be willing to accept the independence assumption of the model as long as the dependence in the series of successive price changes is not above some 'minimum acceptable' level."[96]

---

[94] Autocorrelation has been widely studied in the financial economics literature.   For example, *see* Burton G.   Malkiel ("Malkiel"), "efficient market hypothesis," in The New Palgrave: A Dictionary of Economics, vol.  2, E to J, ed. by John Eatwell, Murray Milgate and Peter Newman, Macmillan, 1998, pp. 120-123: "The term 'random walk' is usually used loosely in the finance literature to characterize a price series where all subsequent price changes represent random departures from previous prices.   Thus, changes in price will be unrelated to past price changes."  *See also Lehocky* at 506-507; *Polymedica* 2006 at 276-277.

[95] Weak form efficiency is a necessary condition for semi-strong form efficiency because semi-strong efficiency encompasses all public information, including past prices.

[96] Fama, Eugene, "The Behavior of Stock-Market Prices," *Journal of Business*, 38(1), 1965, 34-105, at 35.

91.   The presence of autocorrelation implies that an investor might have an exploitable arbitrage opportunity if the arbitrage profit is greater than trading costs.  For example, negative autocorrelation means that an *above*-average return tomorrow is likely to be followed by a *below*-average return on the following day.  Similarly, a *below*-average return tomorrow is likely to be followed by an *above*-average return on the following day).  The ability to successfully predict the movement in a stock price tomorrow based on what it did today would allow a knowledgeable investor create a trading strategy and earn abnormal returns based on this pattern, absent transaction costs.  If the arbitrage opportunity is statistically significant, but unprofitable given positive trading costs, then the serial correlation would not be economically significant. Further, if the investor cannot create a trading strategy to systematically exploit observed autocorrelation, then the autocorrelation is not economically material and does not violate a random walk or the EMH.[97]

92.   Economists have long used the first-order autocorrelation of a stock's returns to check for potential market inefficiency.[98]  Courts have issued mixed opinions regarding serial correlation.  Some courts have acknowledged that "…if there is a serial correlation in the stock prices, it lends to a finding of market inefficiency."[99]  However, at least one court found that a stock with autocorrelation traded in an efficient market.[100]

---

[97] "The 'weak form' of the [efficient markets] hypothesis provides that an investor cannot earn an above-market return by trading on historical price data. … The "strong form" provides that investors cannot achieve above-market returns even by trading on nonpublic information. … The weak form is generally accepted; the strong form is not."  *See Halliburton II,* THOMAS, J., concurring in judgment, fn 4.

[98] For example, *see* Eugene F. Fama, "Efficient Capital Markets: II," *Journal of Finance* 46(5), December 1991, 1575-1617.  *See also*, John Y. Campbell, Andrew W. Lo and A. Craig MacKinlay, The Econometrics of Financial Markets, Princeton University Press, 1997, p. 44.

[99] *See Lehocky* at 506-07.  *See also Polymedica* 2006 at 276-277.

[100] A finding of autocorrelation in *DVI* at 213 did not deter the court from a finding of

93.   To test for autocorrelation, I performed two tests using a regression analysis of Montage's daily common stock returns on the return from the previous day over the Class Period for both raw returns and excess returns.[101]  For the period from September 27, 2013 to February 6, 2014, I found significant autocorrelation for Montage's raw and excess returns at the 95% confidence level (*see* Exhibit 8, Panel A).[102]

94.   By shortening the beginning of the period by one day, thus for the period September 30, 2013 (the next trading day after September 27, 2013) to February 6, 2014, I found no significant autocorrelation for Montage's raw and excess returns at the 95% confidence level.[103] *See* Exhibit 8, Panel B.  In addition, by shortening the end of the period by one day, thus for the period September 27, 2013 to February 5, 2014 (one trading day before the end of the Class Period), I found no significant autocorrelation for Montage's raw and excess returns at the 95% confidence level.[104]  *See* Exhibit 8, Panel C.

---

market efficiency for DVI common stock.  The decision was upheld on appeal *DVI 2011* at 635.

[101] Montage common stock began trading on 9/26/2013, which is the date of the first daily return and the first pair of daily and previous daily returns was on 9/27/2013, which is the date when the autocorrelation regressions begin.

[102] The coefficient for Montage's stock return from the previous day over the Class Period is  0.197 with a t-statistic of 2.07, which is significant at the 95% confidence level.  The coefficient for Montage's excess return from the previous day over the Class Period is 0.201 with a t-statistic of 2.08, which is also statistically significant at the 95% confidence level.  *See* Exhibit 8, Panel A.

[103] The coefficient for Montage's stock return from the previous day over the Class Period is  0.023 with a t-statistic of 0.22, which is not significant at the 95% confidence level. The coefficient for Montage's excess return from the previous day over the Class Period is 0.020 with a t-statistic of 0.19, which is also not statistically significant at the 95% confidence level. *See* Exhibit 8, Panel B.

[104] The coefficient for Montage's stock return from the previous day over the Class Period is  0.154 with a t-statistic of 1.71, which is not significant at the 95% confidence level. The coefficient for Montage's excess return from the previous day over the Class Period is 0.152 with a t-statistic of 1.69, which is also not statistically significant at the 95% confidence level. *See* Exhibit 8, Panel C.

95.   These tests for autocorrelation are consistent with a random walk[105] and support my opinion that there were no systematic arbitrage opportunities to profit on trades based on historical information, which supports a finding that Montage's stock traded in an efficient market during the Class Period.

### ix) Conclusions from Direct Tests of a Cause and Effect Relationship

96.   I conclude that the overall results weighted together from my analyses above of the cause and effect of new information on Montage's common stock and whether Montage's stock was responsive to new information supports a finding of market efficiency for Montage common stock over the Class Period.

## B.  Other Indirect Tests of Informational Efficiency

### i)   Weekly Trading Volume

97.   The first significant indication of an efficient market in *Cammer* is the average trading volume per week as a percentage of shares outstanding.  *Cammer* states that: "…average weekly trading of two percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption."[106]

98.   Trading volume is generally viewed as indicia of market efficiency because high trading volume implies significant investor "interest" in the company.  Such interest, in turn, implies that investors are trading on the basis of new, publicly disclosed information.  Further,

---

[105] "The term 'random walk' is usually used loosely in the finance literature to characterize a price series where all subsequent price changes represent random departures from previous prices.  Thus, changes in price will be unrelated to past price changes." (Burton G. Malkiel, "efficient market hypothesis," in The New Palgrave: A Dictionary of Economics, vol. 2, E to J, ed. by John Eatwell, Murray Milgate and Peter Newman, Macmillan., 1998, pp. 120-123, p. 120).

[106] *See Cammer*, at 1286.

trading volume is a key indicator of market efficiency because high volume generally implies significant investor interest in the company, which facilitates an active and liquid market.[107]  As a general rule, the more liquid a market is, the lower the costs will be of trading in that market.

99.    The total reported trading volume during the Class Period for Montage's common stock was 26.5 million shares, which is equal to the 26.5 million average shares outstanding over the Class Period.  The average weekly trading volume as a percentage of shares outstanding was 3.92% over the Class Period, which exceeds the "strong presumption" *Cammer* benchmark of two percent.[108]  *See* Exhibit 9.  Exhibit 9 also contains each week's trading volume as a

---

[107] For example, in *Pain Therapeutics*, the Court stated: "'A high weekly stock trading volume suggests the presence of active, informed investors.'"  *Pain Therapeutics* at 15 (quoting Unger v. Amedisys Inc., 401 F.3d 316, 324 (5th Cir. 2005)).

[108] I calculate weekly volume as the sum of the daily volume during the week beginning on Monday and ending on Friday.  The number of common shares outstanding was obtained from Montage's SEC filings.  Between SEC reporting dates, the ratio of weekly volume to common shares is calculated by dividing the weekly volume by the outstanding common shares last reported in Montage's SEC filings.  The first partial week at the start of the Class Period (thus, the week that includes the Montage IPO) is excluded from my analysis to omit any IPO-influence on trading volume.  If I include the first partial week at the start of the Class Period, the average weekly volume as a percentage of shares outstanding is 4.92%.  If I exclude the partial weeks at both the start and end of the Class Period (thus, also excluding the partial week that includes the alleged corrective disclosures on February 6-7, 2014), the average weekly volume as a percentage of shares outstanding is 2.55%.

I note that some argue that weekly trading volume must be discounted for the volume from market maker participation in most trades between investors and both trades being reported, which by some estimates is between 24.66% and 58%.  Several studies suggested adjustment to Nasdaq volume ranging from 24.66% to 58% to eliminate the effect of double counting.  *See* Allen B. Atkins and Edward A. Dyl, "Market Structure and Reported Trading Volume: NASDAQ Versus The NYSE," *The Journal of Financial Research*, 20(3) Fall 1997, 291-304, at 299-300; Anne-Marie Anderson and Edward A. Dyl, "Market Structure and Trading Volume," *The Journal of Financial Research*, 28(1) Spring 2005, 115-131, at 121-125; David Tabak, "Intraday Trading Rates in Shareholder Class Actions," NERA working paper, June 2002, footnote 3; and Michael Barclay & Frank Torchio, "A Comparison of Trading Models Used for Calculating Aggregate Damages in Securities Litigation," *Law and Contemporary Problems,* 64(2-3), Spring/Summer 2001, citing to John F. Gould & Allan W. Kleidon, "Market Maker Activity on NASDAQ: Implications for Trading Volume," *Stanford Journal of Law, Business & Finance*, Fall 1994, at 11, 14, 21.  However, recent academic research shows that the double

percentage of shares outstanding, which ranges from 0.61% to 28.43% during the Class

Period.[109]

100.  In addition, I compare Montage's share turnover (dollar value traded relative to

market capitalization) to the turnover of the approximately 2,270[110] securities that comprised the

Nasdaq Composite Index,[111] which I obtain from Bloomberg at the end of each calendar month

ending within the Class Period: September 30, 2013; October 31, 2013, November 29, 2013;

December 31, 2013; and January 31, 2014.[112]  For each security in the index on each date, I

---

counting from market-maker trades has been greatly reduced, and possibly eliminated by 2009.
*See*, for example, Lawrence Harris, "The Homogenization of US Equity Trading," Working
Paper, September 30, 2011, 1-28.  In addition, I asked Nasdaq's chief economist about the
double counting of trades, and was informed that double counting had been significantly reduced
by 2006.  Further, I note that *Cammer* does not contemplate such a discount.

I do not make any adjustment for such double counting.  If an adjustment were
appropriate, the weekly trading volume of Montage common stock during the Class Period
would still be 1.64% with a 58% reduction in the reported trading volume (or 2.07% if the partial
weeks at the start and end of the Class Period are included or 1.07% if the partial weeks at the
start and end of the Class Period are excluded), which exceeds *Cammer*'s one percent threshold,
which would "justify a substantial presumption" that Montage common stock traded in an
efficient market.

[109] Excludes the first partial week at the start of the Class Period and includes the last
partial week at the end of the Class Period.  If I include the first partial week at the start of the
Class Period, the weekly volume as a percentage of shares outstanding also ranges from 0.61%
to 28.43%.

[110] For certain benchmarking analyses that I discuss in my Report, I use data on Nasdaq-
traded stocks that I obtain from Bloomberg.  For other benchmarking analyses, I use daily data
on Nasdaq-traded stocks that I obtain from the University of Chicago's Center for Research in
Security Prices ("CRSP") database over the entire Class Period.  Because of data availability and
sample restrictions, as well as sampling over different time intervals, the number of securities in
each benchmarking analysis will be different.

[111] The Nasdaq Composite Index "is a broad-based capitalization-weighted index of
stocks in all three Nasdaq tiers: Global Select, Global Market and Capital Market."  Source:
Bloomberg.

[112] At the end of each month, I obtain the members of the Nasdaq Composite.  I then
perform the analysis only on securities that Bloomberg has a "Security Type" of "common
stock" and a Primary Security Composite Exchange Code of "US."  The number of securities
that met the criteria for my analysis each calendar month range from 2,269 to 2,277.

download from Bloomberg the dollar value of the trading in the security over the month and the average market capitalization.[113]  I then calculate for each security for each month the ratio of the dollar value of the trades in the security over each month to the average market capitalization. Finally, I calculate Montage's percentile rank (*i.e.*, the percentage of securities with a lower turnover than Montage) for each month.  On average, Montage's turnover of 11.2% is at the 51st percentile of the Nasdaq Composite securities (median of 9.1%), meaning that only about 49% of the stocks in the Nasdaq Composite have turnover that exceed Montage's turnover over the Class Period, whereas about 51% have lower turnover.

101.    For market efficiency, trading volume implies liquidity and significant investor "interest" in the company.  Investor interest implies that investors are trading on the basis of new, publicly disclosed information.  The trading volume for Montage common stock supports a finding that Montage common stock traded in an informationally efficient market during the Class Period.

### ii)  *Analyst and Media Coverage*

#### a)  Analyst Coverage

102.    The number of securities analysts that regularly report on a stock can be a useful indicator of market efficiency.  *Cammer* states: "…it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period."[114]

103.    Analyst reports disseminate publicly available information to investors regarding stocks, as well as analysis and recommendations from the analysts and the firms covering the

---

[113] The Bloomberg data is "Turnover / Traded Value" and "Average Historical Market Capitalization."

[114] *See Cammer*, at 1286 (footnote omitted).

stock.  Analyst reports and their analyses imply that information about the company is disseminated to investors quickly.  The greater the number of analysts, the more likely useful information about the company is promptly analyzed, disseminated, and impounded via trading activity into stock prices.[115]

104.  In *Cammer*, indicia of a "substantial interest by analysts" were based on 15 research reports issued over a 12 month period.[116]  During the approximate 4½ month Class Period, there were 51 research reports covering Montage common stock.[117]  Of the 51 research reports, 28 were published by 8 different "primary analysts" and 23 were published by 2 different "secondary analysts."  *See* Exhibit 10.  On an annualized basis, the 51 reports equate to approximately 136 per year (composed of 75 primary and 61 secondary reports),[118] which is well above the 15 reports per year referenced in *Cammer*.[119]

---

[115] For example, in *Xcelera*, the court stated that the greater the number of analysts, the more likely information about the company is "relied upon by investors."  *See Xcelera* at 514. *See also*, Randall Thomas and James Cotter, "Measuring Securities Market Efficiency in the Regulatory Setting," *Law & Contemporary Problems. 63*(3) (Summer 2000) at 111-112; Nont Dhiensiri, Akin Sayrak, and Paul Zarowin, "The Impact of Analyst Coverage Initiation on the Market's Ability to Anticipate Future Earnings," (working paper, February, 2005); and Joseph Piotroski and Darren Roulstone, "The Influence of Analysts, Institutional Investors, and Insiders on the Incorporation of Market, Industry, and Firm-Specific Information into Stock Prices," *The Accounting Review* 79(4)(October 2004) at 1119-1151.

[116] In *Cammer*, analysts published at least 15 research reports on Coated Sales during the Class Period from May 6, 1987 through June 14, 1988 (*See Cammer*, at 1271, 1283).  In *DVI*, there were at least three analysts covering DVI stock who published at least 80 reports over the four year Class Period from August 10, 1999 through August 13, 2003 (*see DVI* at 200, 210).

[117] Based on reports currently available on Thomson One, Thomson Reuters Knowledge and Capital IQ electronic databases, Bloomberg, gravityresearchgroup.com, and news articles in Appendix A.

[118] To annualize, I divided the number of reports by the 4.5 month Class Period and multiply by 12.

[119] I note here that *Xcelera,* the court found in favor of market efficiency for a common stock that had only one analyst covering the stock and that had issued only one analyst report over the Class Period from April 1, 1999 through August 8, 2000.  *See Xcelera* at 505-514.

105. The 8 primary analysts (with the number of reports in parentheses) are: Barclays (3); Chardan Capital Markets (2); Deutsche Bank Equity Research (4); Gravity Research (1); Needham & Company (3); Stifel (2); Topeka Capital Markets (4); and Wells Fargo Securities (9). These analysts provided comprehensive qualitative and quantitative research that is commonly found in professional analyst reports, and typically included:

- Qualitative analysis of the company, its financial performance, and recent events;
- An analysis of recent earnings reports or value-changing events;
- An investment rating (buy/hold/sell recommendation) and/or price target;
- Revenue and EPS forecasts and historical earnings trends and analyses;
- A comparison to peer companies; and
- The names of the analysts.

106. While not all of these analysts' reports are associated with the most well-known research firms or large Wall Street banks, this is not unusual for smaller capitalization companies like Montage.[120]

107. The 2 secondary analysts (with the number of reports in parentheses) are S&P Capital IQ Compustat Company (3); and Zacks Investment Research Inc. (20). These analysts provided reports that were more quantitative and less qualitative in nature. These reports, however, provided much of the same analysis and recommendations as the comprehensive research reports published by the primary analysts, including:

---

[120] I note that *Cammer* does not specify that analyst reports must be issued by well-known research firms or large Wall Street banks to be considered as analyst coverage for this factor.

- An investment recommendation relative to market (e.g. outperform);
- An analysis of recent earnings reports or value-changing events;
- Revenue and EPS forecasts, price target, and historical earnings trends and analyses; and
- A comparison to peer companies and industry averages (e.g. price to earnings, earnings growth)

108. In addition to the analyst reports issued during the Class Period, the number of analysts providing Buy/Sell/Hold recommendations for Montage stock ranged from 0 to 8, with an average of 5.3 over the Class Period. *See* Exhibit 9.

109. I note that the number of analysts providing Buy/Sell/Hold recommendations for Montage stock was -0- from the start of the Class Period to October 18, 2013 (18 trading days), when on October 21, 2013 (the 26th calendar day from its IPO) coverage of Montage was initiated by 5 analysts (*see* Exhibits 9 and 10). The 5 analysts (Barclays, Deutsche Bank, Needham & Company, Stifel, and Wells Fargo Securities) were the same firms that underwrote Montage's IPO. The lack of research reports until the 26th calendar day after Montage's IPO is consistent with securities industry practices at the time.

110. According to my research, even though securities rules no longer prohibited underwriters from publishing research reports immediately after an IPO for a new category of issuers termed emerging growth companies (EGCs),[121] underwriters had "settled on a 'best

---

[121] *See* FINRA Rule 2711 f (2) effective from April 7, 2008 to October 10, 2012 that stated: "No member that has agreed to participate or is participating as an underwriter or dealer (other than as manager or co-manager) of an issuer's initial public offering may publish or otherwise distribute a research report or make a public appearance regarding that issuer for 25 calendar days after the date of the offering." This rule was modified in 2012, *see* FINRA Rule 2711 f (5) effective from October 11, 2012 to September 25, 2015 that stated: "Paragraphs (f)(1), (f)(2) and (f)(4) shall not apply to the publication or distribution of a research report or a public appearance following an initial public offering or secondary offering of the securities of an Emerging Growth Company." An Emerging Growth Company ("EGC") was defined in Section 3(a)(80) of the Securities Exchange Act of 1934 as an "…an issuer that had total annual gross revenues of less than $1 billion … during its most recently completed fiscal year." Montage

practices' consensus that research should be published no earlier than 25 days after the date of

the EGC IPO, so as not to compete with the IPO prospectus during the prospectus delivery

period."[122]  Subsequent to this 25 day "quiet period," Montage was covered by at least 5 and up

to 8 analysts providing Buy/Sell/Hold recommendations.  *See* Exhibit 9.

111.  The lack of formal analyst coverage in the first days after an IPO is also mitigated

by the information provided to investors in the Company's registration statement, the due

diligence and analysis conducted by the underwriter(s) to investigate the company and verify the

information disclosed to investors,[123] as well as the price stabilization activities conducted by

underwriters after an IPO.[124]  Further, all five underwriters that had the duty and responsible to

perform due diligence of the offering and all of whom issued analyst reports at the end of the

---

qualified as an EGC because it reported total revenues of $78.2 million for its most recent fiscal year ended December 31, 2012.  *See* Montage's Form 424B4 filed with the SEC on September 26, 2013, p. 42.  In 2012, "…the Jumpstart Our Business Startups Act (the JOBS Act), a package of legislative measures intended to ease regulatory burdens on smaller companies and facilitate public and private capital formation, was signed into law. …The JOBS Act permits a broker-dealer to publish or distribute a research report about an EGC that proposes to register an equity offering under the Securities Act or has a registration statement covering an equity offering pending, and the research report will not be deemed an 'offer' under the Securities Act, even if the broker-dealer is participating or will participate in the offering.  Together with recent NYSE and FINRA rulemaking, the JOBS Act also eliminates, for IPOs of EGCs, the existing FINRA-based 40-day (for managing underwriters and co-managers) and 25-day (for other syndicate members) quiet periods imposed immediately after IPOs and the 15-day (for managers and co-managers) quiet period extension imposed prior to and after the expiration, waiver or termination of a lock-up agreement. … An EGC is defined as an issuer (including a foreign private issuer) with total annual gross revenues of less than $1 billion during its most recently completed fiscal year."  *See* "The JOBS Act: What We Learned in the First Nine Months," Corporate Finance Alert, Skadden, Arps, Slate, Meagher & Flom LLP, January 2013, pp. 1, 5, 7 (footnote omitted).

[122] *See* "The JOBS Act: What We Learned in the First Nine Months," Corporate Finance Alert, Skadden, Arps, Slate, Meagher & Flom LLP, January 2013, pp. 7.  *See* also "The JOBS Act, Two Years Later: An Updated Look at the IPO Landscape," Latham & Watkins LLP, April 5, 2014, p. 17.

[123] *See* Katrina Ellis, Roni Michaely, and Maureen O'Hara, "A Guide to the Initial Public Offering Process," January 1999, pp. 4-5.

[124] Reena Aggarwal, "Stabilization Activities by Underwriters after Initial Public Offerings," *The Journal of Finance*, 55(3), June 2000.

quiet period, clearly continued to follow the stock.  Thus, I do not consider that the absence of analyst reports during the quiet period to weigh against my opinion that the number of analysts covering Montage common stock over the Class Period supports a finding that Montage traded in an informationally efficient market.

112.    As an added test regarding the analyst coverage of Montage stock during the Class Period, I compare the number of analysts providing Buy/Sell/Hold recommendations for Montage stock to the members of the Nasdaq Composite.  I obtain the analyst coverage (based on analysts providing recommendations) at the start and end of the Class Period and as of the end of each calendar month during the Class Period.[125]  At each point in time, I obtain from Bloomberg the members of the Nasdaq Composite Index and the analyst coverage of each member, where available.[126]  I then calculate Montage's percentile rank (*i.e.*, the percentage of firms with lower analyst coverage than Montage at the point in time).  On average, analyst coverage for the Company is at the 46th percentile of the Nasdaq Composite securities.  This means that approximately 46% of the securities listed on the Nasdaq Composite had lower analyst coverage than Montage over the Class Period.

### b)  Media Coverage

113. In addition to analyst reports, another measure of information available about a company is the sheer amount of media coverage including company press releases, and other news events available to the market.  In *CyberGuard,* the court stated:

---

[125] At the start and end of the Class Period and at the end of each month, I obtain the members of the Nasdaq Composite.  I then perform the analysis only on securities that Bloomberg has a "Security Type" of "common stock" and a Primary Security Composite Exchange Code of "US."

[126] The Bloomberg data is "Total Analyst Recommendations," which is the number of firms supplying Buy/Sell/Hold recommendations.

> "Plaintiffs have shown that CyberGuard was featured in a significant number of news items indicating that information regarding CyberGuard may have been widely distributed, which would support a finding of efficiency."[127]

114.  Therefore, I measure the sheer amount of media coverage, company information, and news stories available to the U.S. trading market during the Class Period.  Montage appeared in financial publications and newswires in over 330 news events during the Class Period.   The 330 news events were from sources that included Associated Press Newswires, Dow Jones News Service, Bloomberg News, Business Wire, Briefing.com, GlobeNewswire, Midnight Trader Live Briefs, Reuters, Reuters Significant Developments, Sinocast China Business Beat, Theflyonthewall.com, The New York Times, US Fed News, and others.  On an annualized basis, the approximately 330 news stories equates to approximately 880 per year or approximately 2.4 news stories per calendar day.[128]

115.  Additional information about Montage was distributed through Montage's 16 SEC filings during the Class Period, 51 analyst reports, and over 330 news stories and press releases.[129]

116.  I have provided a chronology (the "Montage Chronology") spanning the period September 25, 2013 to February 28, 2014 that lists analyst reports, news stories, press releases and SEC filings disseminated during this time period.  *See* Appendix A.[130]

---

[127] *See CyberGuard* at 499.

[128] To annualize, I divided the number of news stories by the 4.5 month Class Period and multiply by 12.  For the number of news stories per day, I divide the approximately 330 news stories by the 135 calendar days in the Class Period.

[129] Source: Appendix A.

[130] For the Montage Chronology, I compiled a list of all Montage SEC filings from the SEC EDGAR database.  The list of analyst reports is based on reports available from the Thomson One, Thomson Reuters Knowledge and Capital IQ electronic databases, Bloomberg, gravityresearchgroup.com, and news articles in Appendix A.  For news stories, I searched

### c) Conclusion

117. In my view, the number of analyst reports and analysts covering Montage is consistent with an efficient market.

118. Further, I find that the wide dissemination of information about Montage from approximately 400 news events supports a finding that Montage common stock traded in an efficient market.  The news events included SEC filings, analyst reports, company press releases, and news from well-regarded and widely-read sources in the news media such as Bloomberg News, Dow Jones News Service, GlobeNewswire, and Reuters also supports a finding that Montage's common stock traded in an efficient market.  The flow and dissemination of information about the Company was the subject of media coverage and thus readily available to investors.

### iii) Market Makers and Trading Volume by Market Participants

119. Market makers provide liquidity to traders, which facilitate economically efficient stock trades and are an indicator of an efficient market.[131, 132]

120. The presence of market makers is an indication of an efficient market in *Cammer*.[133] The *Cammer* market maker factor relates to Nasdaq or over-the-counter ("OTC") stocks that are

---

Bloomberg, Factiva and LexisNexis.  For Bloomberg, I used a keyword search for "Montage Technology" and searched for all sources with "medium" relevance.  For Factiva, I searched for the Company "Montage Technology Group Ltd."  For LexisNexis, I searched for news for the keywords "Montage Technology" using "All English Language News."

[131] *See* Larry Harris, <u>Trading & Exchanges: Market Microstructure for Practitioners</u>, Oxford University Press, 2003, pp. 401, 408.

[132] According to the SEC, a market maker is: "… a firm that stands ready to buy and sell a particular stock on a regular and continuous basis at a publicly quoted price."  Source: http://www.sec.gov/answers/mktmaker.htm.

[133] *See Cammer* at 1286-87.

traded in a quote-driven system.  For quote-driven markets, the larger the number of market

makers, the greater the confidence of high liquidity.

121.  This *Cammer* factor related to a stock that was traded in the 1980's over-the-counter

or on the early version of NASDAQ (which was not a national exchange, but instead was a

reporting network in which transactions in securities are reported to the National Association of

Securities Dealers for publication).[134]  The *Cammer* Court understood that the degree of market-

making infrastructure of a stock market is indicative of its efficiency.[135]

122.  Montage traded on the Nasdaq Global Market during the Class Period.[136]  The

NASDAQ exchange is decentralized and includes the participation of numerous *market makers*,

broker/dealers or financial intermediaries who stand ready to buy or sell in order to ensure there

is adequate liquidity and orderly trading.  Because market makers make it easier for investors to

execute trades in a timely fashion and with reasonable transaction costs, a larger number of

market makers signals widespread interest and participation in the market for the particular

security and results generally in a relatively higher degree of liquidity and narrower bid-ask

spreads.  These are attributes of open, well-developed and efficient markets.

123.  NASDAQ has become a national exchange and has grown to rival the NYSE in

size, liquidity and information dissemination.[137]  10-K filed by NASDAQ OMX for the year

ended 2013 stated: "[NASDAQ is] a leading global exchange group that delivers trading,

clearing, exchange technology, regulatory, securities listing, and public company services across

---

[134] *Cammer*, at 1271 n.4.

[135] *See also ibid,* at n 27, 1282-1283.

[136] *See* Form 424B4 filed by Montage on January 31, 2014, p. 40.

[137] For example, in 2007, NASDAQ became a "…fully operational as an independent registered national securities exchange…"  The Nasdaq OMX Group, Inc., SEC Form 10-K filed February 24, 2014 for the period ending December 31, 2013, p. 2.

six continents."[138]  "The NASDAQ Stock Market is the largest single cash equities securities market in the U.S. in terms of listed companies and in the world in terms of share value traded."[139]  As of December 31, 2013, "The NASDAQ Stock Market was home to 2,637 listed companies with a combined market capitalization of approximately $7.0 trillion."[140]

124.  Large, well-established exchanges such as the NASDAQ Global Market have processes and systems to provide liquidity and allow investors to execute trades quickly and efficiently.  Thus, the fact that a company's stock is listed on such an exchange is generally considered a good general indication of market efficiency for that stock.[141]  In the recent *Groupon* Decision, the Court noted that even the Defendants' economic expert conceded that most securities traded on the NASDAQ exchange traded in an efficient market.[142]

---

[138] "Our global offerings are diverse and include trading and clearing across multiple asset classes, market data products, financial indexes, capital formation solutions, financial services, corporate solutions and market technology products and services.  Our technology powers markets across the globe, supporting derivatives trading, clearing and settlement, cash equity trading, fixed income trading and many other functions.  In the U.S., we operate The NASDAQ Stock Market, a registered national securities exchange." *Id.* at 2.

[139] *Ibid.* at 2.

[140] *Ibid.* at 2.

[141] Recent research has shown that NASDAQ's market structure is now indistinguishable from the New York Stock Exchange ("NYSE").  For instance, one study concludes that: "This study provides evidence of the homogenization of trading in the United States.  The empirical results show that two significant characteristics of market quality—trading volume and transitory volatility—have become indistinguishable, on average, between NASDAQ stocks and those listed at the traditional listing [NYSE] exchanges.  These results provide concrete evidence of a reality that is obvious to most practitioners: The market structures used for trading stocks are now essentially the same regardless of their primary listing markets."  *See* Lawrence Harris, "The Homogenization of US Equity Trading," Working Paper, September 30, 2011, p. 2.  *See also*, in *Nguyen v. Radient Pharm. Corp.*, the court quoted *In re Initial Pub. Offering Sec. Litig.*, 544 F. Supp. 2d 277, 296 n.133 (S.D.N.Y. 2008): "'[T]he federal courts are unanimous in their agreement that a listing on the NASDAQ or a similar national market is a good indicator of efficiency.'"  *Radient* at 26, fn 7. .

[142] "…Defendants' expert, did not dispute [Plaintiffs expert's] conclusions that (1) the NASDAQ exchange—on which Groupon shares traded—was a well-developed exchange on which most company's stocks traded efficiently most of the time…."  *In re Groupon, Inc.*

125. Therefore the Montage investors benefit from having market makers, who competed against one another.  For Montage common stock, there were at least 23 and as many as 31 market makers in Montage common stock during the Class Period, with an average of 27.  *See* Exhibit 9.

126. I also compare the number of market makers for Montage stock to the number of market makers for 2,288 securities listed on the Nasdaq (which excludes those securities with less than 80 observations).  I obtained the number of market makers for each security over the Class Period, and found the average number of market makers for these Nasdaq securities was 38.4 during the Class Period.[143]  In comparison, Montage's average number of market makers of 27 is at the $23^{nd}$ percentile of all Nasdaq securities.  This means that approximately 23% of all Nasdaq securities have a lower average number of market makers than Montage.

127. To test whether the market makers in Montage stock actually provided liquidity and traded in Montage stock, I also obtained the volume of Montage shares traded by market participants (*e.g.* broker-dealers, including market makers) from September 2013 through February 2014.[144]  According to Nasdaq, market participants are described as:

---

*Securities Litigation*, No. 12-CV-2450, (N.D. Ill. Mar. 5, 2015), at 11-12.  *See also In re Initial Public Offering Securities Litigation*, 243 F.R.D. 79, 91 (S.D.N.Y. 2009) (characterizing NASDAQ as an efficient market).

[143] I calculate the average number of market makers for ordinary common shares of U.S. companies (share code less than or equal to 11) and non-U.S. companies (share code equal to 12) listed on the Nasdaq (exchange code equal to 3) using the number of market makers obtained from the University of Chicago's Center for Research in Security Prices ("CRSP") database.  I exclude observations for the following reasons: non-active (trade status not equal to A); and missing closing price or shares outstanding.  If the number of market makers is not available, I carry over the last available number of market makers, and compute the daily average number of market makers of each security.  From this, I then calculate the average across securities of each security's average number of market makers (excluding those securities with less than 80 observations, resulting in 2,288 securities).

[144] According to Nasdaq, "NASDAQ market makers are independent dealers competing

NASDAQ market participants—approximately 1,000—are made up of market makers, order entry firms, and alternative trading systems (ATSs) that include electronic communication networks (ECNs) and unlisted trading privileges (UTP) exchanges. …

Electronic Communication Networks (ECNs) are electronic trading systems that display orders in NASDAQ.  ECNs were integrated into the market in 1997 as part of implementation of the Securities and Exchange Commission (SEC) order handling rules.  Certified by the SEC, ECNs must be registered with NASDAQ and NASD to participate in the NASDAQ market.  ECNs display either one-sided or two-sided quotes, which reflect actual orders.

NASDAQ market makers are independent dealers competing for investor orders by displaying buy and sell interest in NASDAQ-listed securities.  Nearly 300 active registered firms commit capital in the securities in which they choose to make a market.  Market makers display both quotes and orders in NASDAQ, in compliance with the 1997 Securities and Exchange Commission Order Handling Rules.  Displaying two-sided quotes in all securities that they choose to make a market in, market makers are subject to disciplinary action if they fail to honor their quoted prices.  NASDAQ achieves market depth averaging 14 market makers per stock.

A NASDAQ order-entry firm is a type of broker/dealer that enters customer orders into the NASDAQ system.  Adding to the market's liquidity by bringing additional orders into NASDAQ, order-entry firms have the ability to access bid and ask quotes for market makers and NASDAQ-listed securities.  However, they differ from market makers in that they do not commit capital.[145]

128. Exhibit 11 shows that there were 9 market participants that reported trading volume

of over one million shares of Montage and 12 market participants with 1% or more of total

---

for investor orders by displaying buy and sell interest in NASDAQ-listed securities."  Source: Nasdaq.  Available at: http://www.nasdaq.com/about/market_participants.pdf (accessed September 18, 2015.

[145] Source: Nasdaq.  Available at: http://www.nasdaq.com/about/market_participants.pdf (accessed September 18, 2015).

reported volume during the period from September 2013 through February 2014, which is evidence of market participants actively trading in Montage common stock.[146]

129.  Therefore, the presence of at least 23 and as many as 31 market makers would provide assurance to investors that liquidity would be available if needed.  The presence of an average of 27 market makers in Montage common stock during the Class Period, which is higher than approximately one-quarter of all Nasdaq securities, and 9 market participants that reported trading over one million shares of Montage and 12 market participants with 1% or more of total reported volume, supports a finding of an efficient market for Montage common stock.

### iv)  Form S-3 Eligibility

130.  The fourth indication of an efficient market in *Cammer* is the eligibility of the company to file a Form S-3 with the SEC.  The *Cammer* court found that eligibility to file a Form S-3 is a factor that supports a finding of an efficient market.[147]

131.  During the Class Period, to be eligible to file a Form S-3 registration statement, a firm was required to file periodic reports with the SEC under the Securities Exchange Act of 1934 for twelve calendar months prior to the Form S-3 filing and to have $75 million of stock held by non-affiliates.[148]

132.  Montage met the threshold of $75 million of stock held by non-affiliates throughout the Class Period (*see* Exhibit 9), but because Montage completed an IPO at the start of the Class

---

[146] According to the SEC, a broker is:  "any person engaged in the business of effecting transactions in securities for the account of others" and a dealer is "any person engaged in the business of buying and selling securities for his own account, through a broker or otherwise."  Source: http://www.sec.gov/divisions/marketreg/bdguide.htm.

[147] *See Cammer* at 1284-1285.

[148] *See* SEC 1379, "Form S-3, Registration Statement under the Securities Act of 1933," updated January 2012 (expires October 31, 2014), pp. 2-3.  Since *Cammer* was issued, the SEC has modified the requirements for filing a Form S-3.

Period, the Company did not meet the requirement for filing reports with the SEC for twelve calendar months.

133. In *Cammer*, the Court noted that the eligibility to file a Form S-3 was not determinative by itself.

> It is not logical to draw bright line tests -- such as whether a company is listed on a national exchange or is entitled to register securities on SEC Form S-3 -- to assist fact finders in determining whether a stock trades in an "open and efficient market." A well established and widely followed company may choose for any number of unrelated reasons not to list itself on a national exchange. Furthermore, there may be a company whose stock trades in an efficient market, but which just missed or recently failed to meet the qualifications for Form S-3 registrants.[149]

134. Another court, citing *Cammer*, found that ineligibility to file From S-3 merely because of timing factors did not weigh against a finding of efficiency:

> If a company is ineligible to file Form S-3 "because [*89] of timing factors rather than because the minimum stock requirements set forth in the instructions to Form S-3 were not met," however, this factor will not weigh against a finding of efficiency. *Cammer*, at 1287.[150]

135. Further, another Court found that falling short of the eligibility requirements for an S-3 filing is not fatal to a finding of an efficient market:

> Thus, this factor does not support market efficiency, but it is not fatal to Plaintiffs' Motion. This Court recognizes that *Cammer* factors are "an analytical tool, not a checklist" of requirements.[151]

136. Since Montage met the requirements to file Form S-3 with the SEC, except that it had not filed reports with the SEC for a full twelve calendar months, I find that this factor is not determinative.

---

[149] *See Cammer* at 1287.

[150] *See ScripsAmerica,* at 88-89.

[151] *See Radient* at 29.

### *v)  Conclusion from Other Indirect Tests of Informational Efficiency*

137.  I conclude that the overall results weighted together from my analyses above of the cause and effect of new information on Montage's common stock and whether Montage's stock was responsive to new information supports a finding of market efficiency for Montage common stock over the Class Period.

## C.  Other Indicia of Market Efficiency

### *i)  Bid-Ask Spread*

138.  The bid-ask spread (i.e., ask quote minus bid quote) is an often-used measure of liquidity or a cost of trading.[152]  A low bid-ask spread implies that there is a sufficient number of investors willing to buy or sell the security, thus the cost of executing a trade is lower, *ceteris paribus*.  Lower costs of trading imply that there are fewer impediments for investors to trade on new information.

139.  Courts have used excessive bid-ask spreads as an indication of a less efficient market because very large spreads can make transactions in a security prohibitively expensive. For example, *Cyberguard* cited another case where the court found that a bid-ask spread "…of 5.6% was extremely high, suggesting market inefficiency."[153]  Whereas in *CyberGuard*, the Court found that a bid-ask spread of 2.44% "…weighs in favor of market efficiency …."[154]

140.   The average and median percentage bid-ask spread for Montage common stock over the Class Period was 1.02% and 0.87%, respectively, both well below the bid-ask spread of 2.44% deemed to support a finding of efficiency in *CyberGuard*.

---

[152] *See* Larry Harris, <u>Trading & Exchanges: Market Microstructure for Practitioners</u>, Oxford University Press, 2003, pp. 69-71.

[153] *See CyberGuard*, at 501, (citing *Krogman v. Sterritt*, 202 F.R.D. 467, 474 (N.D. Tex. 2001)).

[154] *See CyberGuard.*, at 501.

141. I conducted an empirical study of daily bid-ask spreads representing 2,284 securities listed on the Nasdaq (excluding those securities with less than 80 observations).  I computed the average bid-ask spread for each security over the Class Period, and found the average of the mean percentage bid-ask spread for these Nasdaq securities was 0.83% and the average of the median was 0.73% during the Class Period.[155]  In comparison, Montage's average (median) bid-ask spread of 1.02% (0.87%) is at the 76th percentile of all Nasdaq securities.  This means that approximately 24% of all Nasdaq securities have a higher average (median) bid-ask spreads than Montage.

142. This evidence shows that Montage's average percentage bid-ask spread of 1.02% (76th percentile) compares somewhat favorably to all Nasdaq firms.  Further, Montage's average bid-ask spread is well below the bid-ask spread of 2.44% accepted in *CyberGuard*.

143. In my analysis of court cases ruled to be efficient (*see* Exhibit 12), I note four other cases with bid-ask spreads that were higher than Montage's average bid-ask spread of 1.02%.[156]

---

[155] I calculate the median (average) bid-ask spread for ordinary common shares of U.S. companies (share code less than or equal to 11) and non-U.S. companies (share code equal to 12) listed on the Nasdaq (exchange code equal to 3) using bid and ask prices obtained from the University of Chicago's Center for Research in Security Prices ("CRSP") database.  I exclude observations for the following reasons: non-active (trade status not equal to A); ask price less than or equal to the bid price; ask price that is more than $5 greater than the bid price; missing bid price, ask price, closing price or shares outstanding.  I calculate the daily bid-ask spread for each security (based on CUSIP) over the Class Period as the ask price less the bid price, all divided by the average of the bid and ask prices.  From this, I then calculate the average and median across securities of each security's average daily bid-ask spread (excluding those securities with less than 80 observations, resulting in 2,284 securities).  The average (median) market capitalization of the Nasdaq companies was $2.5 billion ($309 million).  I also calculate the average (median) bid-ask spread for securities with average market caps similar to that of Montage's average of $452.9 million during the Class Period.  For companies with average market caps of between $250 million and $750 million (530 securities), the average of the mean bid-ask spreads is 0.29% and the average of the median bid-ask spreads is 0.26% over the Class Period.

[156] The four other cases (and the average bid-ask spread in parentheses) are: Keyuan

144. Relative to all Nasdaq stocks, an average bid-ask spread of 1.02% during the Class Period would not be a significant deterrent to investor trading activity in Montage common stock and weighs in favor of a finding that Montage common stock traded in an informationally efficient market during the Class Period.

### ii) *Percentage of Shares Held by Insiders*

145. In *CyberGuard*, the Court found that "…a high percentage of insiders holding stock and a relatively low float weigh against a finding of market efficiency."[157] Further, the Court in *CyberGuard* found that "… insiders only held five (5) % of the shares outstanding.… As a result, *CyberGuard* maintained a large float which suggests market efficiency."[158] In another case where the stock was ruled to be efficient, the court opinion cited the level of insider holdings: "Here, insiders held an average of 12.6% of EGC stock during the Class Period."[159]

146. In *Krogman v. Sterritt,* the court observed that "[i]n determining efficiency, courts also consider the percentage of shares held by the public, rather than insiders."[160] The *Krogman* decision found that 54% of shares outstanding held by insiders (i.e., a 46% float) "weighs against" a finding of market efficiency.

147. The percentage of Montage's shares held by insiders was an average of 18.62% during the Class Period,[161] which is higher than the 5% found in *Cyberguard* and the 12.6%

---

Petrochemicals, Inc. (2.61%); Electronic Game Card, Inc. (3.45%); Tronox Inc. (Class B) (1.49%); and Inyx Inc. (1.59%).

[157] *See CyberGuard.*, at 502.

[158] *See CyberGuard*, at 502.

[159] *See Electronic Game Card* at 51.

[160] *Krogman,* at 478 (citing O'Neil, 165 F.R.D. at 503).

[161] Source of insider holdings: Montage SEC filings. Insider holdings include shares held by: (i) officers and directors after the IPO (shares purchased in the IPO not reflected, and excluding shares from unexercised options), plus (ii) 235,000 shares at 9/26/2013 purchased by executive officers in the Montage IPO, which is approximated as the difference between the

found in Electronic Game Card, and far lower than the 54% found in *Krogman*.  *See* Exhibit 9.

In my view, the 18.62% of Montage shares held by insiders (thus 81.38% held by the public

including institutions)[162] does support a finding that Montage traded in an informationally

efficient market.

### iii) Institutional Investors

148.  Another indication of market efficiency is the presence in the market of institutional

investors, arbitrageurs, and other professional full-time investors.  Such investors are generally

considered to be sophisticated investors who attempt to profit from trading in temporarily

mispriced securities.  If the price of a security is too low, arbitrageurs can profit simply by

purchasing the security and holding until it appreciates.  If the price is too high, however, the

arbitrageur can sell its holdings, or perhaps even "short" the stock (*i.e.*, sell a stock that the

arbitrageur does not own).  In general, such "buy low-sell high" and "sell high-buy low" trading

by sophisticated investors should tend to eliminate significant mispricing and enhance

informational efficiency.  In addition, large holdings by institutions are often available for

borrowing by short sellers.  Thus, the shares held by institutions also contribute to an efficient

market by facilitating short sales.

149.  Generally, institutional investors have significant experience in evaluating

investments and assessing the effect of new information on future prospects of a traded

company's stock.  The following studies comment on the use of institutional holdings as a proxy

for market efficiency.  Thomas and Cotter state that an available proxy for market efficiency is

---

respective executive officer holdings after the IPO (shares purchased in the IPO not reflected)
and the executive officer holdings at December 31, 2013; and (ii) 2.4 million shares held by
AsiaVest after the IPO and after exercise of the over-allotment shares (AsiaVest was assumed to
be an insider because a partner of AsiaVest was a member of Montage board of directors).

[162] 81.38% = 100% minus 18.62%.

the level of institutional investors' ownership in a company's stock.[163]  Bernard, Botosan and

Phillips state in their study: "A small number of studies suggest that market inefficiencies are

greater when institutional involvement is lower..."[164]

150.    In addition, numerous sophisticated investors, many of whom are institutional

investors, attempt to profit from trading mispriced securities.  If the price of a security is too low,

these "arbitrageurs" can profit simply by purchasing the security and holding it until it

appreciates.  If the price is too high, however, the arbitrageurs can short the stock (sell a stock

that the arbitrageur does not own).

### a)  Institutional Holdings of Montage Stock

151.  During the Class Period, there were an average of 19 (increasing from 9 to 29

between September 30, 2013 and December 31, 2013) institutional investors and investment

advisors that participated in the market for Montage common stock either on their own behalf or

on the behalf of other beneficial owners.  These institutional investors imply that a group of

sophisticated investors were participating in the market for Montage common stock.[165]  These

---

[163] *See* Randall S. Thomas and James F. Cotter, "Measuring Securities Market Efficiency in the Regulatory Setting," *Law and Contemporary Problems* 63(3), Summer 2000, 105-122, p. 106.

[164] *See* Victor L. Bernard, Christine Botosan, and Gregory D. Phillips, "Challenges to the Efficient Market Hypothesis: Limits to the Applicability of Fraud-on-the-Market Theory," *Nebraska Law Review* 73, 1994, 781-811, at 792.

[165] I note here that the number of institutional investors holding Montage stock increased to 445 as of March 31, 2014, from 29 as of December 31, 2013.  Similarly, the number of shares held by institutions increased to 39.7% of shares outstanding as of March 31, 2014, from 28.3% as of December 31, 2013.  The institutional holdings as of March 31, 2014 signal an increasing interest in holding Montage stock.  While the shares held by institutional investors at the end of the Class Period on February 6, 2014 is not disclosed in Schedule 13-F filings, clearly of institutional holdings are increasing.

institutional investors held between 11.10% and 28.28% of Montage's common shares outstanding, or an average (median) of 16.01% (11.10%).[166]  *See* Exhibit 9.

152.  However, the reported institutional holdings at September 30, 2013 apparently do not accurately include shares that may have been purchased by institutions in Montage's IPO or in the open market.  According to Montage, the underwriters in Montage's IPO delivered the shares to purchasers of IPO shares on October 1, 2013.[167]  Since institutions only report holdings at the end of each quarter, the institutional holdings reported at September 30, 2013 may not reflect institutional investor's purchases of IPO shares.  Thus, institutional purchases of IPO shares may not be reflected until the Schedule 13-F filing for December 31, 2013.  So, in my opinion, my analysis of institutional holdings will understate the total institutional holdings of Montage's common stock for the majority of the Class Period (October 1 through December 31), which would affect the measure of average and median holdings as a percentage of shares outstanding.

153.  Additionally, Montage was not on the SEC's List of Section 13(f) Securities (the "SEC List") for Q3 2013[168] and listed as an "added" security for Q4 2013.[169]  With Montage

---

[166] Source: Thomson Reuters; Montage's Form 424B4 filed with the SEC on 9/26/2013, p. 105 and Montage's Form 424B4 filed with the SEC on 1/31/2014, p. 109 (for shares held by Intel Capital at 9/30/2013 that were not included in the Thomson Reuters data).

I note here that, according to Thomson, there were 9, 29, and 45 different institutional holders of Montage's common stock and of September 30, 2013, December 31, 2013, and March 31, 2014, respectively.  As of March 31, 2014, Thomson reported a 46% increase in institutional holdings of Montage's common stock to 10.9 million shares from 7.5 million shares on December 31, 2013.  It is likely that institutional holdings increased throughout the period from December 31, 2013 to March 31, 2014.

[167] *See* Montage's Form 424B4 filed with the SEC on September 26, 2013, cover page, which states: "The underwriters expect to deliver the shares to purchasers on October 1, 2013."

[168] "List of Section 13F Securities, Third Quarter - FY 2013, on the SEC website: http://www.sec.gov/divisions/investment/13f/13flist2013q3.pdf.

[169] "List of Section 13F Securities, Third Quarter - FY 2013, on the SEC website:

excluded from the SEC List for Q3 2013, this further supports my view that institutional

holdings may have been understated for Q3 2013. The Official List for September 30, 2013,

which does not list Montage as a security to be reported, states that:

> This list is current as of September 15, 2013, and may be relied on
> by institutional investment managers filing Form 13F reports for
> the calendar quarter ending September 30, 2013. Institutional
> investment managers should report holdings--number of shares and
> fair market value--as of the last day of the calendar quarter as
> required by [ Section 13(f)(1) and Rule 13f-1] thereunder.[170]

154. Nonetheless, some institutions did report Montage common stock holdings.

Montage institutional holdings were 2.9 million shares as of September 30, 2013 (11.10% of

shares outstanding); 7.5 million shares as of December 31, 2013 (28.28% of shares outstanding);

and 10.9 million shares as of March 31, 2014 (39.69% of shares outstanding).[171] The data also

show a growing level of institutional holdings in Montage over this period, thus a growing level

of interest by institutions.

155. Institutional investors actively adjusted their holdings of Montage's common stock.

As a proxy for trading volume, I computed the number of Montage shares traded by institutions

for each quarter during the Class Period as the sum of the absolute values of the quarterly

changes in Montage common stock held by the institutional investors, which was 5.6 million,

---

http://www.sec.gov/divisions/investment/13f/13flist2013q4.pdf, p. 9.

[170] "List of Section 13F Securities, Third Quarter - FY 2013, on the SEC website:
http://www.sec.gov/divisions/investment/13f/13flist2013q3.pdf.

[171] Source: Thomson Reuters; Montage's Form 424B4 filed with the SEC on 9/26/2013,
p. 105 and Montage's Form 424B4 filed with the SEC on 1/31/2014, p. 109 (for shares held by
Intel Capital at 9/30/2013 that were not included in the Thomson Reuters data).  I note that the
institutional shares as of September 30, 2013; December 31, 2013 and March 31, 2014 exclude
2.4 million, 2.4 million, and 0.1 million shares, respectively, held by Asia Vest Partners, because
I have considered this entity as an insider (because a partner of AsiaVest was a member of
Montage board of directors) and included their shares with insider holdings.

and 6.9 million for the fourth quarter (Q4) 2013 and first quarter (Q1) 2014, respectively.[172]  I also computed the quarterly institutional trading volume as a percentage of total reported volume, which was <u>101%</u> and 19% for Q4 2013 and Q1 2014, respectively.[173]

156.  Note that the Schedule 13-F filings report the holdings of institutional investors on a single date in each calendar quarter.  Using the quarterly filings to compute trading volume as the net change in holdings can understate the total volume of trading by these institutional shareholders by failing to account for instances where institutional shareholders bought and sold shares during the respective periods (*i.e.* only net changes are reported).  Thus, my estimation of the volume of institutional trading in Montage's common stock is conservative.

### *b)  Institutional Holdings Benchmark*

157.  I compared Montage's institutional ownership as a percent of shares outstanding to the institutional ownership as a percent of shares outstanding of the members of the Nasdaq.  I calculated the institutional ownership as a percent of shares outstanding at the start and the end of the Class Period and as of the end of each calendar month during the Class Period.  At each point in time, I obtained the members of the Nasdaq index from Bloomberg, along with the

---

[172] Source of institutional holdings data: Thomson Reuters.

[173] For Q4 2013, 101% = quarterly institutional trading volume of 5.6 million shares divided by reported volume of 5.5 million shares; and for Q1 2014, 19% = quarterly institutional trading volume of 6.9 million shares divided by reported volume of 36.0 million shares.  The 101% computed for Q4 2013 is further evidence that the September 30, 2013 Schedule 13-F filings of institutional investors do not reflect the purchases of shares from Montage's IPO.

If I instead only use the sum of the positive quarterly changes (net purchases) in Montage common stock held by institutional investors, the percentage of institutional to total reported trading volume for Q4 2013 is 92% and still nearly all of the reported trading volume for that quarter.  The sum of the positive quarterly changes conservatively assumes that *all* negative quarterly changes (net sales) were to other institutions, which is unlikely.  Source: Thomson Reuters; Montage's Form 424B4 filed with the SEC on 9/26/2013, p. 105 and Montage's Form 424B4 filed with the SEC on 1/31/2014, p. 109 (for shares held by Intel Capital at 9/30/2013 that were not included in the Thomson Reuters data).

institutional ownership as a percent of shares outstanding of each member, where available.  For consistency, I calculated Montage's institutional ownership as a percent of shares outstanding using the same methodology (Bloomberg's "Instit Owner % Shares_Out" data field and Institutional ownership of greater than 100% was excluded from the analysis).  According to Bloomberg, Montage's institutional ownership as a percent of shares outstanding over the Class Period (where data was available) was an average of 15%, which was at the 14th percentile of all Nasdaq firms.  This means that 14% of the firms listed on the Nasdaq had lower institutional ownership than Montage over the Class Period.[174]

158.  In my analysis of court cases ruled to be efficient (*see* Exhibit 12), I note four other cases with institutional ownership levels that were below Montage's average of 16.01% and found to be efficient.[175]

### c) Institutional Holdings Conclusion

159.  In my opinion, the institutional investors reported holdings as of September 30, 2013 apparently do not accurately include Montage's IPO shares.  Nonetheless, in my view, the level of ownership of Montage common stock by institutional shareholders that is an average of 16.01% and higher than 14% of all Nasdaq firms (and may have been affected by underreported institutional ownership for a majority of the Class Period) is support in favor of a finding of an efficient market in Montage common stock.[176]

---

[174] I note that Bloomberg's calculation of Montage's institutional ownership as a percent of shares outstanding differs from my calculation as discussed above and in Exhibit 9.

[175] The four other cases (and the institutional holdings as a % of shares outstanding(in parentheses) are: Radient Pharmaceuticals Corporation  (3.7%); China MediaExpress Holdings, Inc. (14.2%); LDK Solar Co., Ltd. (10.5%); and Inyx Inc. (12.8%).

[176] I note here that the courts have found in favor of market efficiency for other stocks with low levels of institutional holdings.  For example, *In re Xcelera.com Securities Litigation*, the court found in favor of market efficiency despite the fact that "…the Xcelera market lacked

### iv) Short Interest

160.    The presence of arbitrageurs, who would attempt to profit from trading mispriced securities, is important for an efficient market.  If the price of a security is too low, these arbitrageurs can profit simply by purchasing the security and holding it until it appreciates.  If the price is too high, however, the arbitrageur might attempt to "short" the stock (sell a stock that the arbitrageur does not own).

161. The amount of short interest for Montage common stock during the Class Period ranges between 0.01% and 2.48% of Montage common shares outstanding, with an average of 0.39%.  *See* Exhibit 9.

162. I also compared Montage's ratio of short interest to shares outstanding to the ratio of short interest to shares outstanding of the members of the Nasdaq.  I obtained the short interest and shares outstanding at the start and the end of the Class Period and as of the end of each calendar month during the Class Period.  At each point in time, I obtained from Bloomberg the members of the Nasdaq index along with the short interest and shares outstanding of each member, where available.  For consistency, I calculated Montage's average ratio of short interest to shares outstanding using the same methodology (Bloomberg's "Short Interest" divided by "Current Shares Outstanding").  The average and median short interest as a percentage of shares outstanding for all Nasdaq firms during the Class Period were 3.91% and 1.72%, respectively. On average, Montage's ratio of short interest to shares outstanding is at the 28th percentile of the NASDAQ Composite securities.  This means that 28% of the securities listed on the NASDAQ Composite have lower short interest as a percentage of shares outstanding than Montage over the

---

the presence of sophisticated institutional investors who 'search out, distill, trade on, and disseminate information affecting an issuer' and who are thus vital to an efficient market."  *See Xcelera* at 514 - 515.

Class Period.  The presence of short sellers in Montage common stock, at a level above

approximately one-quarter of Nasdaq securities, is an indication of arbitrage activity, which is

consistent with a well-functioning and efficient market.  Further, the level of short interest

relative to the shares outstanding does not indicate any constraint on short selling activities

during the Class Period, such as the inability to locate or borrow the necessary shares to initiate a

short position.[177]

163.  To examine arbitrageurs' ability to cover a short position (*i.e.*, purchase shares that

were previously sold short), I also examined the short interest ratio, which indicates how many

trading days its takes on average to cover short positions.[178]  The average short interest ratio for

Montage common stock was 0.62 days during the Class Period, and ranged between 0.00 days

and 2.15 days.  *See* Exhibit 9.  This indicates that, on average, it would take short sellers less

than one trading day to cover their entire short position in Montage common stock, assuming that

historical trading volume remained constant.

164.  Another indication of short-sale constraints could be persistent "delivery failures,"

which can occur when a short seller sells stock that it fails to borrow and deliver to the buyer (so

called "naked" short selling).[179]  Persistent delivery failures usually indicate that shares are

difficult or expensive to locate and borrow.  Regulation SHO reflects the SEC's intention to

---

[177] Before an investor can sell shares in a company that the investor does not already own, the investor (*i.e.*, short seller) typically must first locate or borrow shares from its broker. Those borrowed shares then can be sold by the short seller.  However, if the short interest in a particular security is exceptionally high, short sellers may experience difficulties in locating a sufficient amount of shares available to be borrowed.  Such difficulties could limit the exploitation of arbitrage opportunities, thereby potentially impairing market efficiency.

[178] The short interest ratio equals short interest divided by average daily trading volume. For this analysis, I use a rolling daily average volume for the 20 trading days up to and including the measurement day.

[179] *See* Division of Market Regulation: Key Points About Regulation SHO, April 11, 2005 (http://www.sec.gov/spotlight/keyregshoissues.htm).

reduce the prevalence in the marketplace of potential failures to deliver by limiting the time in which a broker can permit any "fail to deliver" to persist.[180]  Companies with high levels of delivery failures may be classified as Threshold Securities.  According to the Nasdaq, Rule 203(c)(6) of the Securities and Exchange Commission's Regulation SHO defines a Threshold Security as any Section 12 registered issuer, or issuer that is required to report under Section 15(d) of the Exchange Act, where, for five consecutive settlement days:

a) there are aggregate fails to deliver at a registered clearing agency of 10,000 shares or more per security;

b) the level of fails is equal to at least one-half of one percent of the issuer's total shares outstanding; and

c) the security is included on a list published by a self-regulatory organization.[181]

165. According to the SEC:

> These fails to deliver may result from either short or long sales of stock.  There may be many reasons for a fail to deliver.  For example, human or mechanical errors or processing delays can result from transferring securities in physical certificate rather than book-entry form, thus causing a failure to deliver on a long sale within the normal three-day settlement period.  Also, broker-dealers that make a market in a security ("market makers") and who sell short thinly-traded, illiquid stock in response to customer demand may encounter difficulty in obtaining securities when the time for delivery arrives."[182]

166. From my search of the Nasdaq Daily Historical Threshold Lists, Montage was not listed as a Threshold Security on any of the trading days in the Class Period indicating that short sellers would have had no unusual difficulty locating shares during the Class Period.[183]

---

[180] *See* Division of Market Regulation: Key Points About Regulation SHO, April 11, 2005 (http://www.sec.gov/spotlight/keyregshoissues.htm).

[181] S*ee* http://www.nasdaqtrader.com/trader.aspx?id=regshothreshold.

[182] *See* SEC Release No. 34-56212; File No. S7-12-06, p. 3, n.6.

[183] S*ee* ftp://ftp.nasdaqtrader.com/SymbolDirectory/regsho/, which provides the daily

### *v)  Conclusions from Other Indicia of Market Efficiency*

167.  My analysis of the bid-ask spread, insider holdings, and short interest all support a finding that Montage stock traded in an informationally efficient market.  Further, I performed a benchmarking analysis of the Montage stock against Nasdaq stocks and those found to be efficient by the courts, which provides additional evidence that the market for Montage stock is efficient.  My analysis of Montage's institutional holdings and trading provides some support for a finding that Montage stock is efficient.  Due to timing issues, it is my opinion that Montage's institutional holdings were likely understated until December 31, 2013.

168.  Based on the preponderance of the evidence of the other indicia of market efficiency in the above section, it is my opinion that Montage's stock traded in an efficient market.

## D.  Comparison of Montage's Ranking of Market Efficiency Statistics to Stocks Determined to be Efficient by Courts

169.  As an additional benchmark, I compared several trading statistics for Montage to common stocks that the courts have ruled to be efficient.[184]  For this compilation of 34 common stocks ("34 Efficient Stocks"), I searched Lexis Nexis for all decisions that could potentially address market efficiency for which the class periods began in 2004 or later.[185]  I identified the court opinion in each matter, and gathered the following data for each of these trading statistics: Weekly Volume/Shares Outstanding; Market Capitalization; No. of Analysts; Market Makers;

---

Nasdaq Historical Threshold Lists.  I searched the daily lists for Montage's ticker: MONT.

[184] I searched Lexis Nexis for all decisions that could potentially address market efficiency, identified decisions in which the court opined that the market for the subject common stock was efficient, and gathered data for those cases for which the class periods began in 2004 or later.

[185] Specifically, I searched Lexis Nexis, within U.S. Cases, using the search term for the word "cammer" between January 1, 2004 (the date when institutional holdings data are first available from the data source) and September 30, 2015, and the court decision was regarding common stocks.

Bid-Ask Spread (in percentage); Short Interest as a Percentage of Shares Outstanding; and Institutional Holdings as Percentage of Shares Outstanding.

170. Exhibit 12 shows the analysis of the 34 stocks deemed to be trading in an efficient market ("Efficient Stocks").  These Efficient Stocks had class periods starting as early as March 2004 and ending as recently as October 2013.  The year of the court opinion that these stocks traded in an efficient market range from 2008 to 2015.  The summary comparison of Montage to the efficient stocks shows Montage's percentile ranking to all 34 of the Efficient Stocks.

171. I note that the average market capitalizations of the Efficient Stocks over their respective class period's ranges from a high of $155.3 billion (JPMorgan Chase & Co.) to a low of $41.7 million (Electronic Game Card, Inc.).  For a more comparable dataset, I look at a subset of the Efficient Stocks with market capitalizations of $1 billion or less ("Efficient Small Caps").  *See* Exhibit 12.

172.     The opinions for these 18 Efficient Small Caps ruled to be efficient were all issued between 2008 and 2015.  Of the 18 Efficient Small Caps, 11 traded on the Nasdaq, 5 on the NYSE, and 2 on the OTC.  *See* Exhibit 12.

173.     Figure 1 below shows how Montage statistics compare to the statistics of the Efficient Small Caps.[186]  These statistics are often used as factors to analyze market efficiency in securities litigation, and frequently cited by courts in their opinions regarding market efficiency.

---

[186] For some factors, not all stocks have data.  For example, the count of market makers only applies to Nasdaq stocks.  Further, I did not perform event study analyses for the stocks because of the significant cost and time required for such analyses.



**Figure 1**
**Comparison of Montage Technology Group, Ltd.'s Percentile Rank of Market Efficiency Statistics**
**to Stocks Determined to be Efficient by the Courts**
**For stocks with average market capitalization of less than $1 billion**

Note: Montage's percentile rank reflects the percentage of securities with a lower value than Montage, except for bid-ask spread % which represents the percentage of securities with a higher bid-ask spread % than Montage.

174.     I first note that all of Montage's statistics shown in Figure 1 fall within the range of the trading statistics for all of the Efficient Small Caps (*i.e.* Montage's percentile rank is above zero percentile).[187]  *See* Exhibit 12.

175.     Montage statistics were more favorable than the majority of the Efficient Small Caps (i.e. Montage's statistics were above the 50th percentile) for three tests: (i) market capitalization (83rd percentile); (ii) analyst coverage (77th percentile); and (iii) short interest as a percentage of shares outstanding (94th percentile).  Montage statistics were between the 50th and 20th percentiles of the Efficient Small Caps for: (i) volume turnover (33rd percentile); and (ii) bid-

---

[187] I note here that Montage statistics also fall within the range of the trading statistics for all 34 Efficient Stocks over their respective class periods.  *See* Exhibit 12.

ask spread percentage (22nd percentile).  Finally, Montage statistics were just below the 20th percentile of the Efficient Small Caps for: (i) market makers (18th percentile) and (ii) percent of shares held by institutions (17th percentile).

176.     Overall, I note that while Montage compares favorably the Efficient Small Caps statistics, it does fall to the lower end of the ranges for market makers and institutional holdings.

177.     Further, my search also retrieved three decisions in which the court found the stocks to be inefficient.  In one case, the court found the stock to have been inefficient primarily because the misrepresentation occurred before the company's initial public offering and thus before there was a public trading market for its shares.[188]  Consequently, I could not compute trading statistics before the IPO.  The second case involved China Agritech Inc.[189]  I note that the trading statistics for China Agritech common stock are also within the range of the 34 efficient stocks where data is available.  According to the *China Agritech* decision, the primary basis (in addition to the lack of information about analyst coverage) for the finding of an inefficient market was because there was only one statistically significant event that correlated to new information over the class period.[190]  The third case involved China Automotive.[191]  The court found that: i) "three named plaintiffs are neither typical nor adequate. As such, they cannot

---

[188] This case involved the common stock of Horizon Lines, Inc. *See City of Roseville Employees' Retirement System, et al. v. Horizon Lines, Inc., et al.*, 713 F. Supp. 2d 378; (Del., 2010).

[189] *Theodore E. Dean v. China Agritech, Inc. et al.*, No. CV-11-01331-RGK (PJWx), (C.D. Cal. 2012) ("*China Agritech*").

[190] *China Agritech* at 19-20.

[191] *Nancy George, et al., vs China Automotive Systems, Inc*., et al.,  11 Civ. 7533 (KBF) (S.D.N.Y 2013) ("*China Automotive*").

represent the class, and therefore class certification must be denied on these bases alone;"[192] and ii) the stock did not consistently react to news.[193]

178.    My comparison of the seven trading statistics in Figure 1 above and Exhibit 12 finds that Montage market efficiency trading statistics fall within the range of the trading statistics of other common stocks deemed to be efficient by the courts.  Some of Montage's trading statistics strongly support a finding of market efficiency, others less so.  Overall, in my view, the comparison of the trading characteristics of Montage common stock to the trading for common stocks that the courts have ruled to be efficient supports a finding that Montage common stock traded in an efficient market during the Class Period.

## VIII.  CONCLUSION REGARDING THE INFORMATIONAL EFFICIENCY OF MONTAGE COMMON STOCK

179. I find support that weighs in favor of a finding of an efficient market for Montage common stock in all analyses testing the cause and effect of new information, in the statistical test for autocorrelation, weekly trading volume, analyst coverage, market makers, bid-ask spread percentage, short interest, and insider holdings.  I find that the percentage of shares held by institutions is some support for a finding of an efficient market for Montage common stock.  The eligibility to file a Form S-3 neither weighs in favor nor weighs against a finding of an efficient market for Montage common stock.

180. It is my understanding that there are no broadly accepted bright-line empirical tests that allow one to classify a particular market as "efficient" or "inefficient," but one should consider the predominance of the economic evidence from the tests of efficiency as a whole.[194]

---

[192] *China Automotive* at 14. (footnote omitted).
[193] *China Automotive* at 19-20.

181.  In this matter, the evidence includes my analyses of the *Cammer* factors, *Krogman* factors, as well as factors, suggested by the courts.  Further, I benchmark the results of the factors to stocks both traded on Nasdaq and deemed efficient by the courts.  *See* Exhibit 13. Based on all of these tests, it is my opinion that the predominance of the evidence I present in this Report supports an opinion that Montage common stock traded in an efficient market with regard to publicly disclosed information during the Class Period.

## IX.  THE MARKET EFFECT OF THE ALLEGED FRAUD

### A.  Plaintiffs' Allegations

182.  The Company Complaint alleges that:

> Throughout the Class Period, Defendants failed to disclose material related party transactions.  Specifically, Montage failed to disclose that it owned and controlled its largest distributor, LQW, which represented 50% ($39.1 mm) of Montage's revenue in fiscal 2012, and 67% ($30.4 mm) for the first six months of 2013. Failure to disclose these material related party transactions is a violation of generally accepted accounting principles ("GAAP"), which rendered Montage's financial statements false and misleading at all times.[195]

---

[194] Based on my understanding, the courts favor weighing all factors involved, rather than "bright line" tests to determine market efficiency.  "Courts have looked to various factors to determine whether stock traded in an efficient market… Courts do not necessarily give the factors equal weight when determining market efficiency… Thus, weighing all of the factors involved, the Court concludes that Plaintiffs have shown the market to be efficient and are entitled to a fraud-on-the-market presumption in this case." *Lehocky* at 506, 509.  "Nevertheless, based on our assessment of the various factors analyzed above, for which most weigh in favor of market efficiency, we conclude that DVI''s common stock traded in an efficient market during the Class Period." *DVI* at 213.  "[T]he question of how much evidence of efficiency is necessary in order for a court to accept the fraud-on-the-market presumption of reliance at the class-certification stage is … one of degree… The district court's consideration of four of the *Cammer* factors, and its rejection of the rationality factors advanced by Defendants, was thus proper for purposes of determining market efficiency." *Xcelera* at 517-518.

[195] Complaint, ¶ 2.

183.  Thus, plaintiffs allege that a large and economically material portion of Montage's revenue came from related party transactions, which is also an alleged violation of GAAP to omit such information, and signals a risk that Montage's financial statements were misstated.

184.  Pursuant to the Supreme Court's decision in *Halliburton II*, I have been asked to opine on the market effect of the alleged omissions of material information on Montages stock price during the Class Period (*i.e.,* price impact).  I measure this market effect by observing the effect on Montage's stock price when the revelations of the alleged omissions of material information were disclosed to the market beginning on February 6, 2014.[196]  Below is a summary of the information disclosed to the market beginning on February 6, 2014 that revealed the alleged omissions of material facts.

**B.  The Market Effect of Information Released on February 6, 2014**

185.  During the morning trading hours on Thursday, February 6, 2014, news articles reported that Montage's stock price declined because of the information in a Gravity Research report, for example:

> Montage sinks after Gravity Research questions revenue - Shares
> of semiconductor solutions company Montage Technology

---

[196] I note that because the alleged omissions of material fact contained in the Company's SEC filings and other public releases were also omitted from previous Company filings, it would be improper to attempt to measure price impact when the Company's SEC filings and other public releases were disclosed to the market.  *See, e.g.*, Frank Torchio, "Proper Event Study Analysis in Securities Litigation," *The Journal of Corporation Law* 35(1), 2009, 159-168.  "Consequently, it is improper and a misapplication of event study methodology to draw any conclusion from the lack of statistically significant price reactions on days that merely reiterate the first instance of a misrepresentation."  (Torchio *supra* at 160).  "It is widely recognized and understood that one would not expect to observe a price reaction to an omission because of the nature of an event.  By definition, an omitted fact is not disclosed to the market.  An event study is designed to quantify the effect of *disclosed* information, not undisclosed information. . . . Information that is misstated, but which is consistent with current expectations, would not cause investors to revalue the company, and thus would not cause a significant stock price reaction."  (Torchio *supra* at 163-164, emphasis in original, footnotes omitted).

(MONT) are sinking after Gravity Research initiated the stock with a Sell Strong rating in a report posted on its website.[197]

186.  In its report dated February 6, 2014, Gravity Research stated:

> We believe that Montage Technology Group Ltd. ("MONT") is committing fraud, and that MONT's actual revenue is significantly lower than MONT has reported to investors due to overwhelming evidence that MONT's largest distributor is nothing more than a shell company used to help fabricate MONT's financials.  LQW Technology Company Limited ("LQW"), a Hong Kong entity…is secretly 100% owned by Shanghai Montage Microelectronics Technology Co. Ltd. ("SMMT"), an undisclosed entity established by MONT and a MONT employee.
>
> …
>
> As of today (February 6, 2014), the registered address of SMMT is Room 303-30, Building 33, 680 Guiping Rd., Shanghai.  We tried to visit the purported office. Room 303-30 does not exist and SMMT had no office anywhere on the floor or in the building.
>
> …
>
> We also asked staff at other offices on the floor, and they claimed to have never heard of SMMT. We also visited LQW. LQW's registered "office" is actually nothing more than a small warehouse room that we estimate to be between 1,000 and 1,500 square feet. We visited the registered address of LQW on a recent weekday afternoon, where we found LQW's door padlocked and did not see any employees. A security guard working at the building during the day said that LQW had moved into its room a few months ago, but that he had never seen anyone from LQW entering or exiting the premises.
>
> **…**
>
> …we believe that SMMT is effectively controlled by MONT… [198]

---

[197] "MONT: Hot Stocks," Theflyonthewall.com, February 6, 2014, 10:46 am.

[198] "Initiating Coverage on Montage Technology Group Ltd. (NASDAQ:MONT) – Strong Sell, Is MONT Still "Fabless" If It is Fabricating Its Revenue?," Gravity Research Report, February 6, 2014, pp. 1, 3, 4, 13 (emphasis in original omitted).

187.  I note that a news article reported that "Montage Technology shares defended at Deutsche Bank,"[199] which likely tempered the decline in Montage's stock price.

188.  Shares of Montage closed at $17.45 per share on Thursday, February 6, 2014, down $3.76 per share, or 17.73% from the previous trading day's closing price of $21.21 per share. The excess return of negative 20.16% (or $4.28 per share), with a t-statistic of negative 5.29, is statistically significant at the 99% confidence level.[200]   The daily trading volume was 6.4 million shares, or 22.2 times the average daily volume of 287,837 shares during the Class Period.

189.  In my opinion, Montage's statistically significant negative excess stock-price return and heavy trading volume on Thursday, February 6, 2014, were attributable to the information disclosed in the Gravity Research report, including that its largest distributor, LQW, was effectively controlled by Montage and corresponds with Plaintiffs' allegations that Montage failed to disclose material related party transactions.

## C.  The Market Effect of Information Released on February 7, 2014

190.  Before the market opened on Friday, February 7, 2014, Montage issued a statement that refuted the allegations in the Gravity Research report and stated:

> Montage … today issued a statement in response to allegations raised in a research report dated February 6, 2014 issued by a group called Gravity Research.
>
> The company believes that the allegations and accusations in the report lack merit and contain numerous errors of fact, misleading speculation and misinterpretation of events.  Montage fully stands behind the integrity of its audited financial statements, which have been audited by its independent accountants, PricewaterhouseCoopers Zhong Tian LLP.  Montage also disclaims any suggestion that LQW Technology Company, an independent distributor of semiconductor products to the end

---

[199] "MONT: Recommendations," Theflyonthewall.com, February 6, 2014, 11:13 am.
[200] Source: Appendix A.

customers of Montage and other technology companies, is an affiliate of Montage.  Montage plans to release additional information refuting the allegations made by Gravity Research in due course.  Montage is committed to providing full and accurate disclosure to investors and to preserving confidence in Montage's business, management, financial performance, operations and corporate structure.[201]

191.  On the same day, a news article reported that analyst firm Stifel had previously

verified the company does business with its key customers and suppliers as part of its IPO due

diligence:

Stifel says due diligence validated Montage's business - Stifel said its due diligence as part of Montage Technology's initial public offering verified the company does business with its key customers and suppliers.  The firm added that several of Montage's competitors said the company is a significant player in the STB and Memory Interface markets.  Stifel keeps a Buy rating on Montage with a $25 price target after Gravity Research yesterday accused the company as being a fraud.[202]

192.  On the same day, Deutsche Bank issued a research report that stated the analyst

maintained the Buy rating on Montage's stock:

Yesterday, a heretofore unknown entity published a report accusing Montage Technologies of fraud on a number of counts, causing a significant drop in MONT's share price.  This morning, MONT issued a press release responding to and refuting these accusations, noting the report contained factual errors, misleading speculations, and misinterpreted events.  Specifically, MONT highlighted its confidence in its financials as audited by PricewaterhouseCoopers Zhong Tian and the independence and legitimacy of primary distributor LQW Technology Company.  Furthermore, MONT indicated that it would provide additional details to refute these accusations in due time.

We expect to hear a more detailed response when the co reports earnings on the previously scheduled date of Feb 20 2014.  Based

---

[201] "Montage Technology Issues a Statement in Response to Allegation and Misinformation in Report," GlobeNewswire, February 7, 2014, 7:15 am.

[202] "MONT: Recommendations," Theflyonthewall.com, February 7, 2014, 12:50 pm.

on all information currently available to us, we maintain our Buy rating and look forward to receiving more details on Feb 20.[203]

193.   But, a Zacks Investment Research report, issued after the market close on February 6, 2014,[204] lowered its price target on Montage stock to $20.90 from $25.30.[205]

194.   An afternoon news article on Friday, February 7, 2014 explained why Montage's stock price continued to fall this day:

> Montage Technology Group was falling 14.84% to $14.86 shortly after 2 p.m. on Friday as it continued to suffer from the effects of Gravity Research's claim on Thursday that Montage's reported revenue is false.[206]

195.   That same day, there were several news reports of potential securities litigation actions against Montage as a result of the allegations in the Gravity Report.[207]

196.   Shares of Montage closed at $15.72 per share on Friday, February 7, 2014, down $1.73 per share, or 9.91% from the previous trading day's closing price of $17.45 per share.  The excess return of negative 12.02% (or $2.10 per share), with a t-statistic of negative 3.16, is

---

[203] "Montage responds," Deutsche Bank Markets Research Report, February 7, 2014, 8:49 am.

[204] I note that the Zack's Investment Research Report was dated February 6, 2014, but contained Montage's February 6, 2014 closing stock price, thus was issued after the market close on February 6, 2014  and thus the market reaction date would be February 7, 2014

[205] "Zacks Snapshot Report as of 02/06/14," Zacks Investment Research Report, February 6, 2014; and "Zacks Snapshot Report as of 01/27/14," Zacks Investment Research Report, January 27, 2014.

[206] "Why Montage Technology Group (MONT) Is Plummeting Today," TheStreet.com, February 7, 2014, 2:31 pm.

[207] For example: "Press Release: SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Montage Technology Group Limited – MONT," Dow Jones Institutional News, February 7, 2014, 1:50 pm; and "Montage Technology Group Limited Class Action Lawsuit Investigation Initiated by Milberg LLP," Business Wire, February 7, 2014, 3:07 pm.

statistically significant at the 99% confidence level.[208]  The daily trading volume was 3.5 million shares, or 12.2 times the average daily volume of 287,837 shares during the Class Period.

197.  I note that on February 7, 2014, Montage's stock price continued to decline despite Montage's rebuttal of the assertions in the Gravity Research Report on February 6, 2014, and two underwriter analysts maintaining their ratings and price targets.  Neither Montage nor the two underwriter analysts offered counter points to sufficiently refute the extensive and specific information in the Gravity Report.  Further, another analyst report reduces their price target to $20.90 from $25.30.

198.  In my opinion, Montage's statistically significant negative excess stock-price return and heavy trading volume on Friday, February 7, 2014, were attributable to a continuation of the markets' analysis of the news in the Gravity Research report, that included one analyst report issued a lower price target for the stock, and the effects of potential securities litigation against the Company, all of which corresponds with Plaintiffs' allegations that Montage failed to disclose material related party transactions.

**D.  Conclusions Regarding the Market Effect of the Alleged Fraud**

199.  In my opinion, the alleged failure to disclose material related party transactions, including that the Company owned and controlled its largest distributor, impacted Montage's stock price during the Class Period.  I base my opinion on the statistically significant stock-price declines and extraordinary trading volume in Montage's common stock when the alleged omissions were revealed on February 6-7, 2014.

200.  I understand that discovery in this case is ongoing.  Therefore, I reserve the right to amend this Report to reflect new information available to me in light of the ongoing discovery

---

[208] Source: Appendix A.

process, information provided by other experts in the litigation, documents provided by Lead

Counsel, future rulings from the Court in this Action, and trial proceedings.

I certify that, to the best of my knowledge and belief:

- – the statements of fact contained in this Report are true and correct;

- – the reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial and unbiased professional analyses, opinions and conclusions;

- – I have no present or prospective interest in the subject business to this case, and I have no personal interest or bias with respect to the parties involved;

- – my compensation is not contingent upon the value reported or upon any predetermined result or value; and

- – my compensation is not contingent on an action or event resulting from the analyses, opinions or conclusions in, or the use of, this Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_10/9/2015_
Date

Howard J. Mulcahey

**List of Exhibits**

1    Mulcahey Resume

2    Materials Reviewed

3    News/No News - Analyst Reports - Proportions

4    Volatility of Earnings Release Days (F Test)

5    Speed of Reaction

6    Reaction to News

7    Correlation of Absolute Stock Returns with Trading Volume

8    Autocorrelation

9    Market Efficiency Statistics

10   List of Analyst Reports

11   Broker Dealer Volume

12   Court Decisions Benchmarking

13   Market Efficiency Summary

**Exhibit 1**

# Howard J. Mulcahey_____

**16 Hurlingham Drive, Honeoye Falls, NY 14472 Office (585) 385-7440, Home (585) 624-4690**

---

### SUMMARY

- Participated in numerous business and professional practice, licensee and small business valuations, securities class actions, breach of contract damages, wrongful dismissal and wrongful death damages, regulatory enforcement proceedings, and economic support for various legal proceedings
- Expert witness and testifying expert in Federal and New York State Court for securities litigation, testimony regarding liability, materiality, and damages
- Masters of Business Administration in Finance with Corporate Accounting course work, William E. Simon Graduate School of Business Administration, University of Rochester, Rochester, NY
- Guest Lecturer, University of Rochester (2002), LeMoyne College (2007, and 2008), and Elizabethtown College (2010)
- Seminar Expert for finance, economics and valuations, Freddie Mac, McLean, VA (2002 and 2003)

---

### EMPLOYMENT

**FORENSIC ECONOMICS, INC., Rochester, NY**                                    *January 2002 - Present*
*Vice President and Chief Operating Officer*

Provide financial and economic consulting and expert testimony for litigation, prepare business valuations, and conduct finance seminars. Economic consulting and expert testimony generally involve class action securities litigation, mergers and acquisitions, buy-sell agreements, intellectual property and other intangible assets, breach of contract, lost profits and other analyses as requested. Consulting and expert witness testimony requires analysis employing accounting, finance and economics expertise, including studies of general economic, business, and financial conditions to litigation, mediation or arbitration. I have prepared economic damage assessments, equity, debt, warrant, and option valuations, as well as other financial and economic consulting services. Appointed Chief Operating Officer in December 2011.

**ANAEROBICS, INC., Aurora, NY**                                              *May 1999 - January 2002*
*Vice President-Finance and Chief Financial Officer*

A start-up company with new environmental/energy technology. Responsible for developing, leading and managing all financial management functions, including accounting, budgeting, financial and operational analysis/reporting, tax, treasury, risk management/insurance, human resource, information technology, purchasing and corporate legal functions. Led or actively participated in the strategy, plans and execution for relations with institutional and individual investors and financial analysts including venture capitalists. Regularly met with investment banks, venture capitalists, large and small individual investors and commercial banks. Developed terms, Offering Memorandum, roadshow and launched offering in 2000 raising $5 million in equity. Developed new commercial bank relationship and closed and funded $1.2 million in senior debt. Developed, implemented and managed the Company's finance strategy, capital structure, internal control systems, pricing and IT infrastructure. Designed, sourced and installed new network and computing platform for all employees. Responsible for developing the annual business plan, projections and valuation analysis, planning and analysis of financial and operational performance and the financial aspects of strategic partner opportunities. Successfully negotiated price and contract terms with largest customer. Developed processes, controls, checks and balances as revenues increased from $432,000 in 1999 to $1.4 million in 2001. Managed annual audit with big 5 accounting firm. Report to CEO/Chairman. Participate quarterly in Board meetings.

**EASTMAN KODAK CO., BUSINESS IMAGING SYSTEMS DIVISION (BIS), Rochester, NY**

*Aug 1994 - May 1999*

*Director, Worldwide Financial Reporting and Analysis*

A $700 million division focused on providing imaging solutions to the commercial market.  Division experienced declining revenues and declining profitability.  Hired as part of a turnaround effort.  Responsible for analyzing, understanding and communicating worldwide business issues, plans, and past and future performance to division President, Board of Directors, Senior/Middle Managers worldwide as well as corporate finance and senior management.  Participated in implementing a radical restructuring plan which drove worldwide improvement in pre-tax earnings from -2.2% to 15% of revenues with Economic Profit of over $108 million.  Actively led measurement, analysis and reporting of improvement initiatives.  Developed and managed new worldwide processes to gauge progress and performance to goal after restructuring.  Recommended and implemented corrective actions to ensure continued progress.  Developed worldwide annual operating plan & process.  Developed monthly revenue and operating forecasts and reporting of results for Division COO and President, and Kodak's CFO and other Senior Management.  Participated in restructuring product portfolio and change in distribution model from direct sales to indirect distribution channels.  Led continuing efforts to define and track standard costs, and optimize manufacturing costs, inventories, and monthly analysis of overall worldwide operating performance and improvement action plans.  Led Division efforts for corporate worldwide implementation of ERP/SAP financial systems and reengineering of financial reporting.  Led successful implementation of worldwide Economic Profit performance measurement systems including training key worldwide finance staff.  Reported to COO.

*Various Other Positions*

Participated in Division M&A activity.  Co-authored business plan for new worldwide hardware, software, services strategy leading to $260 million investment and $50 million revenue growth.  Successfully led deployment of technology, automation and processes which led to improved forecasting, lower costs ($1M) and higher quarterly revenues.  Designed and developed PC-based modeling tools successfully applied to compensation and performance measurement.  Designed, deployed and managed a new sales pipeline tool and forecasting process.  Awarded Division's only "MVP" honors in 1997 for high performance.

**VISUAL NUMERICS, INC., Boulder, CO**                                            *June 1993-Sept. 1993*

*Finance Consultant*

Hired by turnaround consultant to work with a software client with $30 million in annual revenues.  Reported to CFO.  Co-developed and implemented policies increasing cash flow.  Cash increased to $1 million from under $178,000 in seven weeks. Jointly authored a private placement document and road show.  Implemented TQM processes.  Performed financial benchmarking with similar firms to establish credible performance criteria.  Developed a quantitative model to predict sales opportunities in foreign countries.  Initiated a cross-functional reengineering project to improve the order and fulfillment processes.  Contributed to turnaround success.

**BOMBARDIER CAPITAL INC., Burlington, VT (sub. of Bombardier, Inc.)**          *Sept. 1981-Oct. 1991*

One of three original managers and corporate officers of this start-up business offering inventory, open account, and retail financing, leasing services and a captive insurance subsidiary.  Over ten years, grew business from $3 million in assets to over $500 million in assets with 300 employees, eight branches and annual financing volume of $800 million.  Grew OEM client base from one to 560.  Achieved average profitability of 22% ROE.  Led effort to being ranked 5th in North America in inventory financing in 1991.

### *Vice-President, Product Groups*                                    *Oct. 1990-Oct. 1991*

P&L responsibility for $270 million in assets and $28 million in revenues.  Directed 85 employees in sales, service, operations, MIS, data entry and accounting.  Reduced cost by $1 million and obtained $65 million in new business through TQM project including mainframe systems development and process reengineering.  Led diversification process resulting in $40 million asset growth after first year.

### *Vice-President, Operations, and COO*                               *July 1989-Sept. 1990*

Responsible for turnaround of internal operations.  Total assets over $400 million, revenues of $34 million.  Reengineered policies, procedures and organization structure resulting in improved processes and reduced finance risks.  Directed M&A activity for portfolio acquisitions leading to three acquisitions.  Contributed to raising $500 million in capital with group of international banks.

### *Vice-President, Marketing*                                         *Oct. 1987-June 1989*

Directed all sales and marketing.  Staff of 40.  Planned, staffed and launched sales, marketing, telemarketing and customer service.  Opened three new offices.  Increased customer base by 121%, assets by 210%, and margin by 11%.  Successfully managed 100% annual growth rate.  Participated in raising $400 million in capital.

### *Various Other Positions*                                           *Sept. 1981-Oct 1987*

Initiated portfolio diversification efforts.  Recruited, hired and trained additional staff.  Created and implemented control processes.  Led mainframe systems design and development efforts.

### FORD MOTOR CREDIT CO., Houston and Beaumont, TX                     *Feb. 1979-Aug. 1981*

Hired for turnaround of branch operation offering retail and wholesale auto, truck and equipment financing.  Promoted three times in two years after demonstrating exemplary performance.

---

### *Education and Career Enhancement*

### WILLIAM E. SIMON GRADUATE SCHOOL OF BUSINESS, UNIVERSITY OF ROCHESTER, Rochester, NY

*Sept. 1992-June 1994*

MBA in Corporate Finance.  Dean's Leadership Award.  Chair & founding member of **VISION** program.  VISION is a student managed and School funded organization focused on the development of leadership, interpersonal skills and diversity through creative, cross-functional events, which complements the academic curriculum and is required for all fulltime MBA students.

### HOBART COLLEGE, Geneva, NY                                          *Sept. 1974-June 1978*

B. A. degree, Football Co-Captain, National Scholarship/Leadership Award.

*June 2008-June 2012*

President of Board of Directors, Statesmen Athletic Association, Hobart College

*June 2001-June 2008*

Vice-President (4 years) and member of Board of Directors, Statesmen Athletic Association, Hobart College

### MEMBERSHIPS

The National Association of Forensic Economics, and the American Economic Association
American Society of Appraisers (ASA), Applicant Status
Patriot Guard Riders of New York, Region 2

### EXECUTIVE DEVELOPMENT

Skilled user of Access, Excel, Word, PowerPoint and other PC-based analysis tools.  Several seminars and other formal training classes in Access and Excel.  Experience with Hyperion, SAP, JD Edwards financial systems and reporting tools, Bloomberg, Capital IQ, and FactSet.  Trained in, and experienced with, TQM/Quality programs and Hoshin Planning Process.  Various seminars and programs in management, finance and strategic planning.  Toastmasters.

### *Publications*

"The Effect of the Options Backdating Scandal on the Stock Price Performance of 110 Accused Companies," with Gennaro Bernile and Gregg A. Jarrell, The Social Science Research Network, December 21, 2006.

---

### *Expert Reports and Testimony*

Expert Report of Howard Mulcahey for The Estate of Dr. Lepage, an analysis of lost income (September 2015)

Expert Report of Howard Mulcahey for A.B. Data and the Securities and Exchange Commission, a verification of the allocation of settlement proceeds in the In the Matter of Value Line, Inc., Value Line Securities, Inc., Jean Bernhard Buttner, and David Henigson as a result of Administrative Proceeding, File No. 3-13675 (August 2015)

Supplemental Declaration In re re: Dalton Petrie; Individually and On Behalf of All Others Similarly Situated vs. Electronic Game Card, Inc.; Lee J. Cole; Linden Boyne; Kevin Donovan; Paul Farrell; Eugene Christiansen; Anna Houssels; and The Estate of Lord Leonard Steinberg and Lynne Rochelle Attias and Jonathan Steinberg as Executors of The Estate of Lord Leonard Steinberg; United States District Court Central District of California Southern Division, Case No. SACV-10-00252-DOC(RNBx); and Penny Pace, Individually and On Behalf of All Others Similarly Situated; vs. Timothy Quintanilla; Henry Mendoza; Bill Torres; James Francis Berger; and Cindy E. Gonzalez; Case No. No. SACV 14-02067-DOC (RNBx) (June 2015)

Expert Rebuttal Report of Howard Mulcahey In re: Dalton Petrie; Individually and On Behalf of All Others Similarly Situated vs. Electronic Game Card, Inc.; Lee J. Cole; Linden Boyne; Kevin Donovan; Paul Farrell; Eugene Christiansen; Anna Houssels; and The Estate of Lord Leonard Steinberg and Lynne Rochelle Attias and Jonathan Steinberg as Executors of The Estate of Lord Leonard Steinberg; United States District Court Central District of California Southern Division, Case No. SACV-10-00252-DOC(RNBx); and

Penny Pace, Individually and On Behalf of All Others Similarly Situated; vs. Timothy Quintanilla; Henry Mendoza; Bill Torres; James Francis Berger; and Cindy E. Gonzalez; Case No. No. SACV 14-02067-DOC (RNBx) (June 2015)

Deposition of Howard Mulcahey In re: Dalton Petrie; Individually and On Behalf of All Others Similarly Situated vs. Electronic Game Card, Inc.; Lee J. Cole; Linden Boyne; Kevin Donovan; Paul Farrell; Eugene Christiansen; Anna Houssels; and The Estate of Lord Leonard Steinberg and Lynne Rochelle Attias and Jonathan Steinberg as Executors of The Estate of Lord Leonard Steinberg; United States District Court Central District of California Southern Division, Case No. SACV-10-00252-DOC(RNBx); and Penny Pace, Individually and On Behalf of All Others Similarly Situated; vs. Timothy Quintanilla; Henry Mendoza; Bill Torres; James Francis Berger; and Cindy E. Gonzalez; Case No. No. SACV 14-02067-DOC (RNBx) (May 2015)

Expert Report of Howard Mulcahey In re: Dalton Petrie; Individually and On Behalf of All Others Similarly Situated vs. Electronic Game Card, Inc.; Lee J. Cole; Linden Boyne; Kevin Donovan; Paul Farrell; Eugene Christiansen; Anna Houssels; and The Estate of Lord Leonard Steinberg and Lynne Rochelle Attias and Jonathan Steinberg as Executors of The Estate of Lord Leonard Steinberg; United States District Court Central District of California Southern Division, Case No. SACV-10-00252-DOC(RNBx); and Penny Pace, Individually and On Behalf of All Others Similarly Situated; vs. Timothy Quintanilla; Henry Mendoza; Bill Torres; James Francis Berger; and Cindy E. Gonzalez; Case No. No. SACV 14-02067-DOC (RNBx) (March 2015)

Expert Report of Howard Mulcahey In re: Chaz Campton and Cynthea Rumenapp, Individually and On Behalf of All Others Similarly Situated vs. Ignite Restaurant Group, Inc., Raymond A. Blanchette, III, Jeffrey L. Rager, Edward W. Engel, Credit Suisse Securities USA LLC, Robert W. Baird & Co. Inc., Piper Jaffray & Co., Keybanc Capital Markets, Inc., Lazard Capital Markets LLC, and Raymond James & Associates, Inc., United States District Court, Southern District of Texas, Case No.: 4:12-cv-02196 (April 2014)

Expert Report of Howard Mulcahey In re: Kevin Smyth, Te Gyun Kim, Premium Alliance Investment Limited, Sang Chul Han, HSP Investments Limited, Seung Ho Lee, Individually and On Behalf of All Others Similarly Situated v. China Agritech, Inc. Yu Chang, Yau-Sing Tang a/k/a Gareth Tang, Gene Michael Bennett, Xiao Rong Teng, Ming Fang Zhu, Zheng "Anne" Wang, Charles Law, a/k/a Charles C. Law, Chien-Lee C. Loh, Charles Chien-Lee Law, and Charles Chien-Lee Loh, Lun Zhang Dai, and Hal Lin Zhang, United States District Court, Central District of California, Southern Division, Case No.: CV- 13-03008 (RGK) (PJWx) (August 2013)

Declaration In re: In re General Electric Co. Securities Litigation in the United States District Court, Southern District Of New York, Civ. No. 09-CIV-1951 (DC) (May 2013).

Deposition of Howard Mulcahey In re: Vinh Nguyen, Individually and on Behalf of All Others Similarly Situated v. Radient Pharmaceuticals Corporation, Douglas C. Maclellan, and Akio Ariura, United States District Court, Central District of California, Southern Division, Case No.: CV-11-0406-DOC (MLGx) (April 2013)

Expert Report of Howard Mulcahey In re: Vinh Nguyen, Individually and on Behalf of All Others Similarly Situated v. Radient Pharmaceuticals Corporation, Douglas C. Maclellan, and Akio Ariura, United States District Court, Central District of California, Southern Division, Case No.: CV-11-0406-DOC (MLGx) (March 2013)

Rebuttal Declaration of Howard Mulcahey In re: Vinh Nguyen, Individually and on Behalf of All Others Similarly Situated v. Radient Pharmaceuticals Corporation, Douglas C. Maclellan, and Akio Ariura, United States District Court, Central District of California, Southern Division, Case No.: CV-11-0406-DOC (MLGx) (October 2012)

Expert Analysis and Report for Frisch's Restaurants, Inc. of the efficiency for the market of Frisch's common stock, and the price impact from small sized block transactions (August 2012).

Expert Report of Howard Mulcahey In re: Vinh Nguyen, Individually and on Behalf of All Others Similarly Situated v. Radient Pharmaceuticals Corporation, Douglas C. Maclellan, and Akio Ariura, United States District Court, Central District of California, Southern Division, Case No.: CV-11-0406-DOC (MLGx) (March 2012)

Expert Report of Howard Mulcahey In re: Credit Suisse-AOL Securities Litigation, United States District Court For The District Of Massachusetts, Civil Action No. 02cv12146-NG (February 2012)

Expert In re: Iroquois Master Fund, Ltd, individually and as Agent for 13 Purchasers, v. Cel-Sci Corporation, in the United States District Court, Southern District Of New York, Case No. 09-CIV-8912 (HB) (February 2011).

Expert In re: In the Matter of Value Line, Inc., Value Line Securities, Inc., Jean Bernhard Buttner, and David Henigson before the Securities And Exchange Commission, Administrative Proceeding, File No. 3-13675 (September 2010).

Expert In re: Maxim Integrated, Inc. Securities Litigation, in the United States District Court, Northern District of California, San Jose Division, Case No. C-08-00832-JW (August 2010).

Expert Report of Howard Mulcahey In re: United States Securities and Exchange Commission v. Kenneth L. Schroeder, in the United States District Court for the Northern District Of California, San Jose Division, Case No. C 07- 3798 JW (May 2010).

Trial Testimony of Howard Mulcahey in In re: United States Securities And Exchange Commission v. Carl W. Jasper, in the United States District Court for the Northern District Of California, San Jose Division, Case No. CV 07-6122 (JW) (April 2010).

Expert In re: MRV Communications, Inc., Securities Litigation, in the United States District Court for the Central District Of California, Civil Action No. CV 08-04561 GAF (RCx) (January 2010).

Declaration of Howard Mulcahey in In re: Royal Bank of Scotland Group plc Securities Litigation, in the United States District Court for the Southern District of New York, Case Number 09 Civ. 300 (DAB) (ECF Case) (January 2010).

Deposition of Howard Mulcahey in In re: United States Securities And Exchange Commission v. Raj P. Sabhlok and Michael C. Pattison, in the United States District Court for the Northern District Of California, San Francisco Division, Case No. CV 08-4238 (BZ) (January 2010).

Declaration Of Howard J. Mulcahey for the Plan of Allocation In re: International Rectifier Corporation Securities Litigation, in the United States District Court for the Central District Of California, Case No. CV 07-02544-JFW (January 2010).

Expert Report of Howard Mulcahey In re: United States Securities and Exchange Commission v. Raj P. Sabhlok and Michael C. Pattison, in the United States District Court for the Northern District Of California, San Francisco Division, Case No. CV 08-4238 (BZ) (December 2009).

Deposition of Howard Mulcahey in In re: United States Securities And Exchange Commission v. Carl W. Jasper, in the United States District Court for the Northern District Of California, San Jose Division, Case No. CV 07-6122 (JW) (October 2009).

Expert Report of Howard Mulcahey In re: United States Securities And Exchange Commission v. Carl W. Jasper, in the United States District Court for the Northern District Of California, San Jose Division, Case No. CV 07-6122 (JW) (August 2009).

Trial Testimony of Howard Mulcahey in The Matter of the Judicial Settlement of Estate of Eleanor G. Kopec, in the State Of New York Surrogate's Court, Monroe County, File No. 2001 DT 01229 (May 2009).

Declaration Of Howard Mulcahey for the Plan of Allocation In re: Openwave Systems Securities Litigation, in the United States District Court for the Southern District of New York, Case Number 07-CV-1309 (DLC) (Judge Cote) (February 2009).

Expert In re: American Tower Corporation Securities Litigation, in the United States District Court for the Northern District of Massachusetts, Case Number 06-CV-10933 (MLW) (Judge Mark L. Wolf) (April 2008).

Expert In re: Russell Carlson, Individually And On Behalf Of All Others Similarly Situated v. Xerox Corporation, KPMG LLP, Paul A. Allaire, G. Richard Thoman, Anne Mulcahy, Barry D. Romeril, Gregory Tayler And Philip Fishbach in the United States District Court District of Connecticut, 3:00-CV-1621 (AWT) (March 2008).

6

Expert Report of Howard J. Mulcahey in Cathy Louise Maney v. CDI Technical Services/CDI Corporation, Corning, Incorporated, And Supervisor Phillip Huber as aider and abettor, in the United States District Court Western District of New York, Case Number 04CV6480 (June 2006).

Declaration of Howard Mulcahey In Support of Plaintiff Bunch's Memorandum In Opposition To State Street Bank And Trust Company's Motion To Dismiss Plaintiffs' Amended Consolidated Complaint, in the United States District Court For The District Of Massachusetts, Civil Action Consolidated Case No. 04-11380-WGY (February 2006).

Expert Report of Howard J. Mulcahey in re Valuation of Robert J. Cummings Interests In Ecovation, Inc. (formerly known as AnAerobics, Inc.) as of January 1, 2005 (December 2005).

Expert Report of Howard J. Mulcahey in re An Evaluation Of The Cruther's Interests in Manchester Sports and Clothing, Inc. & Cruthers & Munro Reality, LLC (November 2003).

Deposition of Howard J. Mulcahey in Nettech Solutions, L.L.C. and ePARK, L.L.C., v. Zippark.com, et al., in the United States District Court Southern District of New York, 01 Civ. 2683 (SAS) (July, 2002).

Expert Report of Howard J. Mulcahey in Nettech Solutions, L.L.C. and ePARK, L.L.C., v. Zippark.com, et al., in the United States District Court Southern District of New York, 01 Civ. 2683 (SAS) (July 2002).

---

### *Expert Consulting Experience*

Consulting Expert In re: MPG Office Trust, Inc., Preferred Shareholder, Litigation, In The Circuit Court for Baltimore City, Maryland, Consolidated Case No. 24-C-13-004097 (September 2014).

Consulting Expert In re: Construction Workers Pension Trust Fund – Lake County and Vicinity, Individually and on Behalf of All Others Similarly Situated, v. Navistar International Corporation, Daniel C. Ustian, Andrew J. Cederoth, Jack Allen, and Eric Tech, United States District Court Northern District Of Illinois Eastern District, Civ. No. 1:13-cv-2111 (September 2014).

Consulting Expert In re: Vamsi Andavarapu, Individually And On Behalf Of All Others Similarly Situated, v. iBio, Inc. Robert B. Kay, and Robert Erwin, United States District Court District Of Delaware, Case No. 14-1343-RGA (September 2014).

Consulting Expert In re: DFC Global Corp. Securities Litigaition, United States District Court Eastern District Of Pennsylvania, Civ. A. No. 2:13-cv-06731-BMS (August 2014).

Consulting Expert In re: Frank Simmons, Individually and On Behalf of All Others Similarly Situated, v. Christopher J. Spencer, John Busshaus, and Fab Universal Corp., , United States District Court Southern District of New York, Case No. 13-CV-8216 (RWS) (June 2014).

Consulting Expert In re: Tejinder Singh, Individually and on Behalf of All Others Similarly Situated, v. Orthofix International N.V., Alan W. Milinazzo, Robert S. Vaters, Brian Mccollum, and Emily V. Buxton,  v. Navistar International Corporation, Daniel C. Ustian, Andrew J. Cederoth, Jack Allen, and Eric Tech, United States District Court Southern District of New York, Case No.: 1:13-cv-5696-JGK (May 2014).

Consulting Expert In re: Anthony Marcoccia et al vs. The Pittsford Central School District, Edward J. Walsh, State of New York Supreme Court, County Of Monroe, Index No. 2013/06195 (December 2014).

Consulting Expert In re: Joseph Bascom and A&J Enterprises of Rochester, LLC and the value of his interest in Steriliz LLC. (June 2014).

7

Consulting Expert In re: Joy Singh, Individually and on Behalf of All Others Similarly Situated v. Tri-Tech Holding, Inc.; Warren Zhao, Yunxiang Fan, a/k/a Phil Fan; Guang Cheng a/k/a Gavin Cheng; Pengyu Dong, a/k/a Peter Dong; Eric Hanson, Peter Zhou, John Mcauliffe, Peiyao Zhang, Da-Zhuang Guo, and Ming Zhu, in the United States District Court, Southern District of New York, Civil Action No. 13-cv-9031 (KWM) (June 2014).

Consulting Expert In re: Lightinthebox Holding Co., Ltd. Securities Litigation, in the United States District Court, Southern District of New York, Civil Action No.   13 Civ. 6016 (PKC) (June 2014).

Consulting Expert In re: George Pio, Individually and on Behalf of All Others Similarly Situated v. General Motors Company, Mary T. Barra, Daniel Ammann, Alan S. Batey, James B. Deluca, and Daniel F. Akerson, in the United States District Court, Eastern District of Michigan, Civil Action No. 2:14-cv-11191-RHC-MKM (June 2014).

Consulting Expert In re: Jeff Mills, Individually and on Behalf of All Others Similarly Situated v. L & L Energy, Inc., Dickson V. Lee, Jung Mei (Rosemary) Wang, and Ian G. Robinson, in the United States District Court, Western District of Washington at Seattle, Civil Action No.   1:14-cv-03860-ER (April 2014).

Consulting Expert In re: Poseidon Concepts Securities Litigation, in the United States District Court, Southern District of New York, Civil Action No.   13 Civ. 1213 (DLC) (April 2014).

Neil VanLeeuwen and Rodney Omanoff, Individually and on Behalf of All Others Similarly Situated, v. Keyuan Petrochemicals, Inc., Chunfeng Tao, Aichun Li, Weifeng Xue, Delight Reward Limited, in the United States District Court, Southern District of New York, CV-11-09495-PSG (JCGx) (March 2014).

Albert Snellink, Individually and on Behalf of All Others Similarly Situated, v. Universal Travel Group, Inc., Jiangping Jiang, Yizhao Zhang, Jiang Xie, Jiduan Yuan, Lawrence Lee, and Lizong Wang, in the United States District Court, Southern District of New York, 2:11-cv-02164 (KM) (MCA) (March 2014).

Consulting Expert In re: Byron Brown, Ttanqing Zhang and Roberto Salazar , Individually and on Behalf of All Others Similarly Situated v. Ambow Education Holding Ltd.,   J1n Huang, Paul Chow, Xuejijn Xie, Mark Robert Harris, Lisa Lo, Daniel Phillips, Tao Sun and Sasha Chang, in the United States District Court, Central District of California, Case No. CV 12-cv-5062 PSG (AJWx) (February 2014).

Consulting Expert In re: Star Scientific, Inc. Securities Litigation, in the United States District Court, Eastern District of Virginia, Richmond Division, Master File No.: 3:13-CV-00183-JAG (February 2014).

Consulting Expert In re: Amgen Inc. Securities Litigation, in the United States District Court, Central District of California, Western Division, Case No. CV 07-2536 PSG (PLAx) (January 2014).

Consulting Expert In re: Valuation of Mann Partnership As of December 31, 2013 (December 2103).

Consulting Expert In re: Ilene Richman, Individually and on behalf of all others similarly situated, v. Goldman Sachs Group, Inc, et al., in the United States District Court, Southern District of New York, Civil Action No.   10 Civ. 3461 (PAC) (August 2013).

Consulting Expert In re: City of St. Clair Shores General Employees' Retirement System, Individually and on Behalf of All Others Similarly Situated vs. Lender Processing Services, Inc., in the United States District Court, Middle District of Florida, Jacksonville Division, Civil Action No. 3:10-cv-01073-TJC-JBT (April 2013).

8

Consulting Expert In re: Francis Howard, Individually and on Behalf of All Others Similarly Situated vs. Chanticleer Holdings, Inc., Michael D. Pruitt, Eric S. Lederer, Michael Carroll, Paul I. Moskowitz, Keith Johnson, Mark Hezlett, Merriman Capital, Inc., Dawson James Securities, Inc., Creason & Associates P.L.L.C., in the United States District Court, Southern District of Florida, Case No. 12-81123-CIV-Cohn/Seltzer (March 2013).

Consulting expert in re: Dell, Inc. Shareholder Litigation, in the Court of Chancery of the State of Delaware, Consolidated C.A. No. 8329-CS (March 2013).

Consulting Expert in E. Eddy Bayens, John Sinclair, Luc Fortin, Pierre Racicot and Stanley Short, in their capacity as Trustees of the Musicians, Pension Fund of Canada v. Kinross Gold Corporation, Tye W. Burt, Paul H. Barry, Glen J. Masterman and Kenneth G. Thomas in the Superior Court of Justice, Ontario, Canada, Court File No.: CY-12-44865100CP (September 2012).

Consulting Expert In re: In re Bruce Toll v. Leonard Tannenbaum civil litigation in the United States District Court, The Eastern District Of Pennsylvania, Civil Action No. 2:11-cv-07141-ER (August 2012).

Consulting Expert Economist in Signature Group Holdings, Inc. proxy fight, in support of the company's largest individual shareholder (July 2012).

Consulting Expert In re: In re General Electric Co. Securities Litigation in the United States District Court, Southern District Of New York, Civ. No. 09-CIV-1951 (DC) (June 2012).

Consulting Expert In re: Pfizer Inc. Securities Litigation, in the United States District Court, Southern District Of New York, Case No. 04 Civ. 9866 (R0) (December 2011).

Consulting Expert In re: Fuqi International, Inc. Securities Litigation, in the United States District Court, Southern District Of New York, Case No. 10 Civ. 2515 (DAB) (December 2011).

Consulting Expert In re: State of New York; Andrew M. Cuomo, in his capacity as Governor of the State of New York; Eric T. Schneiderman, in his capacity as Attorney General of the State of New York; Madison County, New York; and Oneida County, New York, v. Kenneth Salazar, Secretary, United States Department of the Interior; James E. Cason, Associate Deputy Secretary of the Interior; P. Lynn Scarlett, Deputy Secretary of the Interior; Franklin Keel, Eastern Regional Director, Bureau of Indian Affairs; United States Department of the Interior, Bureau of Indian Affairs; United States Department of Interior; United States of America, and Oneida Nation of New York, in the United States District Court, Northern District Of New York, Case No. 74-CV-187 (November 2011).

Consulting Expert In re: The St. Joe Company Securities Litigation, in the United States District Court, Northern District Of Flordia, Case No. 10 5:11-cv-00027-RS-EMT (September 2011).

Consulting Expert for Tuckerbrook Alternative Investments, LP, a family of alternative investment hedge funds, to calculate lost income (September 2011).

Consulting Expert In re: Charles Allen v. Aspen Group Resources Corporation, Jack E. Wheeler, James E. Hogue, Wayne T. Egan, Anne Holland, Randall B. Kahn, Lenard Brisco, Peter Lucas, Lane Gorman Trubitt L.L.P. and Weirfoulds LLP, in the Ontario Superior Court Of Justice, Toronto, Ontario, Canada, Court file No: Q2-CV-241587-CP (September 2011).

Consulting Expert In re: Coinstar, Inc, Securities Litigation, in the United States District Court, Western District of Washington at Seattle, Case No. C11-133 MJP (September 2011).

Consulting Expert In re: Nicholas Vlachos & Ors v. Centro Properties Ltd & Ors, and Nicholas Vlachos & Ors v PricewaterhouseCoopers, in the In The Federal Court Of Australia (Fca) Victoria Registry - Federal Court Of Australia General Division (August 2011).

Consulting Expert In re: Carlos Cartagena, Administrator of the Estate Of Francisco Portillo v. Massachusetts Bay Transportation Authority, Schindler Elevator Company, and Montgomery Kone, Inc., in the Superior Court of the Commonwealth Of Massachusetts, Civil Action No. 06-5362 (August 2011).

Consulting Expert In re: United States Of America v. Joseph Queri, Jr., Benjamin Viloski, Gary Gosson, also known as "Goose," and Gary Camp, In The United State District Court For The Northern District Of New York, Criminal Number: 5:09-CR-418-DNH (July 2011).

Consulting Expert for the Plan of Allocation In re: Michael Rubin, v. MF Global, Ltd., et al., in the United States District Court, Southern District Of New York Case, Case No. 08 Civ. 2233 (VM) (May 2011).

Consulting Expert to the U.S. Attorneys Office In re: U.S. v. Decinces and U.S. v. Yook and Kronenburg, United States District Court, Central District of California Click (March 2011).

Consulting Expert In re: Michael Rubin, v. MF Global, Ltd., et al., in the United States District Court, Southern District Of New York Case, Case No. 08 Civ. 2233 (VM) (December 2010)

Consulting Expert In re: United States Of America v. Bruce E. Karatz, in the United States District Court For The Central District Of California Western Division, Criminal Case No. CR-09-203-ODW (March 2010).

Consulting Expert In re: Maxim Integrated, Inc. Securities Litigation, in the United States District Court, Northern District of California, San Jose Division, Case No. C-08-00832-JW (December 2009).

Consulting Expert In re: MRV Communications, Inc., Securities Litigation, in the United States District Court for the Central District Of California, Civil Action No. CV 08-04561 GAF (RCx) (October 2009).

Consulting Expert In re: In re: Smith & Wesson Holding Securities Litigation, in the United States District Court, District Of Massachusetts, Civil Action No. 07-CV-30238-MAP) (March 2009).

Consulting Expert In re: Cbeyond, Inc. Securities Litigation, in the United States District Court for the Northern District Of Georgia (Atlanta Division) Civil Action No. 1:08-cv-1666 (CC) (February 2009).

Consulting Expert In re: Amkor Technology, Inc. Securities Litigation, in the United States District Court for the Eastern District Of Pennsylvania, Civil Action No. 2:06-CV-298 (LP) (November 2008).

Consulting Expert In re: International Rectifier Corporation Securities Litigation, in the United States District Court for the Central District Of California, Case No. CV 07-02544-JFW (October 2008).

Consulting Expert In re: Louisiana Municipal Police Employees Retirement System, Individually And On Behalf of All Others Similarly Situated v. Sealed Air Corporation and T. J. Dermot Dunphy, in the United States District Court for the District Of New Jersey, Civil Action No.: 03-CV-4372 (DMC) Plaintiffs (October 2008).

Consulting Expert In re: Lehman Brothers Holdings, Inc. Securities Litigation, in the United States District Court for the Southern District of New York, Civil Action No. 08-CV-5523(LAK) (October 2008).

Consulting Expert In re: Force Protection, Inc., Securities Litigation, in the United States District Court for the District Of South Carolina, Charleston Division, Civil Action  No. 2:08-1207-CWH (September 2008).

Consulting Expert In re: Washington Mutual, Inc. Securities Litigation, in the United States District Court for the Western District Of Washington at Seattle, Lead Case No. C08-387 MJP (August 2008).

Consulting Expert In re: Rosalind Maiden, On Behalf of herself and Others Similarly Situated, v. Merge, Inc. (d.b.a. Merge Healthcare), Richard A. Linden, and Scott T. Veech, in the United States District Court for the Eastern District Of Wisconsin Milwaukee Division, Civil No. 2:06-00349-RTR (April 2008).

Consulting Expert In re: Countrywide Financial, Inc. Securities Litigation, in the United States District Court for the Central District of California, Western Division, Case Number CV08-00492ODW (Judge Pfaelzer) (March 2008).

Consulting Expert In re: Russell Carlson, Individually And On Behalf Of All Others Similarly Situated v. Xerox Corporation, KPMG LLP, Paul A. Allaire, G. Richard Thoman, Anne Mulcahy, Barry D. Romeril, Gregory Tayler And Philip Fishbach in the United States District Court District of Connecticut, 3:00-CV-1621 (AWT) (March 2008).

Consulting Expert In re:  International Business Machines Corp. Securities Litigation in the United States District Court for the Southern District of New York, Case Number 1:05-cv--6279 (AKH) (Judge Hellerstein) (March 2008).

Consulting Expert In re: Freddie Mac F.k.a. Federal Home Loan Mortgage Corporation in the United States District Court for the Northern District of Ohio, Eastern Ohio (Youngstown), Civil Action , 4:08-cv-00160-PCE (January, 2008).

Consulting Expert In re: Openwave Systems Securities Litigation, in the United States District Court for the Southern District of New York, Case Number 07-CV-1309 (DLC) (Judge Cote) (January 2008).

Consulting Expert In re: Monster Worldwide, Inc. Securities Litigation, in the United States District Court for the Southern District of New York, Case Number 07 CV 2237 (Judge Rakoff) (November 2007).

Consulting Expert In re: HCC Insurance Holdings, Inc. Securities Litigation, in the United States District Court for the Southern District of Texas Houston Division, Case Number 07-CV-00801 (KPE) (Judge Keith P. Ellison) (November, 2007).

Consulting Expert In re: American Tower Corporation Securities Litigation, in the United States District Court for the Northern District of Massachusetts, Case Number 06-CV-10933 (MLW) (Judge Mark L. Wolf) (October, 2007).

Consulting Expert In re: Sunrise Equity Partners, L.P., et al. v. Workstream, Inc. et al.. in the United States District Court for the Southern District of New York, Civil Action No. 06-Civ-7754 (CLB) (MDF) (October 9, 2007).

Consulting Expert In re: Mercury Interactive Corporation Securities Litigation, in the United States District Court for the Northern District of California San Jose Division, Case Number C 05-3395 JF (PVT) (Judge Jeremy Fogel) (September, 2007).

Consulting Expert In re: KLA-Tencor Corp. Securities Litigation, in the United States District Court for the Northern District of California, Case Number 06-cv-04065-MJJ (KPE) (Judge Martin J. Jenkins) (August, 2007).

Consulting Expert In re: UnitedHealth Group Incorporated PSLRA Litigation, in the United States District Court for the District of Minnesota, Civ. No. 0:06-cv-01691-JMR-FLN (July 2007).

Consulting Expert In re: Donna Conrad, Plaintiff, v. Arthur M. Blank, Basil L. Anderson, Brenda C. Barnes, John B. Wilson, John C. Bingleman, John J. Mahoney, Joseph S. Vassalluzzo, Louis R. Pepi, Martin E. Hanaka, Martin  Rust, Mary E. Burton, Paul F. Walsh, Robert C. Nakasone, Ronald  L. Sargent, Rowland T. Moriarty, Susan S. Hoyt, Thomas G.  Stemberg, James E. Flavin, Robert K. Mayerson, Patrick A. Hickey, Jack A. Van Woerkom, and Jeffrey E. Nachbor, Defendants, and Staples, Inc., a Derivative Action Complaint, Nominal Defendant, in the Court of Chancery of the State of Delaware in and for New Castle County, C.A. No. 2611-VCL (July 2007).

Consulting Expert In re: In the Matter of the Trust Created Under Agreement of Craig Sklodowski, in the Superior Court of New Jersey, Chancery division, Probate Part-Burlington County, Docket No. 2004-0579 (March 2007).

Consulting Expert In re: Ruth Rosenberg, Individually and on Behalf of All Others Similarly Situated, v. David B. Gould, Nicholas Discombe, William Evans, Joel G Katz, Thomas J . Crotty, Loren Wimpfheimer and Witness Systems, Inc., Civil Action Number 1-06 CV-1894 (March 2007).

Consulting Expert In re: Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and Ohio Bureau of Workers' Compensation v. Federal National Mortgage Association (operating as Fannie Mae), Franklin Raines, J. Timothy Howard and Leanne G. Spencer in The United States District Court For The Southern District of Ohio Eastern Division, Civil Action No. C2-04-1106 (March 2007).

Consulting Expert In re: Vitesse Semiconductor Corporation Securities Litigation, in the United States District Court for the Central District of California, Case Number CV06-2639 RGK(PLAx) (March 2007).

Consulting Expert In re: A Review of the Draft Environmental Impact Statement For the Oneida Nation of New York Conveyance of Lands into Trust before the United States Department of Interior (February 2007).

Consulting Expert in re: Keri Evans v. John F. Akers, et al., and Lawrence W. Bunch, et al. v. W. R. Grace & Co., et al. in the United States District Court For the District of Massachusetts, Consolidated Case No. 04-11380-WAY (February 2007).

Consulting Expert In re: Russell Carlson, Individually And On Behalf Of All Others Similarly Situated v. Xerox Corporation, KPMG LLP, Paul A. Allaire, G. Richard Thoman, Anne Mulcahy, Barry D. Romeril, Gregory Tayler and Philip Fishbach in the United States District Court District of Connecticut, 3:00-CV-1621 (AWT) (January 2007).

Consulting Expert In re: Freddie Mac F.k.a. Federal Home Loan Mortgage Corporation in the United States District Court for the Southern District of New York, Civil Action , MDL – 1584, Lead Case No. 03-CV-4261 (JES) (October 2006).

Consulting Expert In re: Take It Away, Inc. v. Home Depot, Inc. before the United States District Court for the  District of Massachusetts, Civil Action No. 05-12484-DPW (September 2006).

Consulting Expert In re: Lumenis, Ltd. Securities Litigation, in the United States District Court Southern District of New York, Case Number 02-CV-1989 (DAB) (Judge Deborah A. Batts) (September 2006).

Consulting Expert In re: PMA Capital Corp. Securities Litigation before the United States District Court, Eastern District of Pennsylvania, File No. 03-CV-6121 (April 2006).

Consulting Expert In re: The Matter of the Judicial Settlement of the Intermediate Accounting of Proceedings of Glenns Falls National Banks And Trust Company and Samual P. Hoopes as Trustees under the Will of Charlotte P. Hyde, Deceased, Article Ninth Trust (for Louis H. Whitney, and The Matter of the Judicial Settlement of the Intermediate Accounting of Proceedings of BankNorth, N.A and Byron J. Lapham, Jr., as

Co-Trustees under the Trust created by Nell Pruyn Cunningham, in the Surrogate's Court of the State of New York, County of Warren, File Nos. 16,241 and 26,916 (October 2005).

Consulting Expert In re: 7-Eleven, Inc. Shareholder Litigation, Cause No. 05-08944-M; Gillespie v. Suzuki, et al., Cause No. CC-05-11878-C and Alaska Laborers Employers Retirement Fund v. Seven-Eleven Japan Co., et al., Cause No. CC-05-12893-D (October 2005).

Consulting Expert In re: Safeguard Scientifics Civil Action before the United States District Court for the Eastern District of Pennsylvania, Civil Action No. 01-3208 (April 2004).

Consulting Expert In re: Eaton Vance Corporation Securities Litigation, in the United States District Court, District of Massachusetts, Civil Action No. 01CV10911 EFH (April 2004).
Consulting Expert In re: Safety-Kleen Corp. Bondholders Litigation, in the United States District Court for the District of South Carolina, Consol. Case No. 3:00-1145 17 (July 2003).

Consulting Expert In re: Harold Hicks, on behalf of himself and all others similarly situated v. Morgan Stanley & Co., Morgan Stanley Dean Witter Prime Income Trust, Charles A. Fiumefreddo, Mitchell M. Merin, Michael Bozic, Edwin J. Garn, Wayne E. Hedien, Manuel H. Johnson, Michael E. Nugent, Sheila A. Finnerty and Peter Gewirtz, in the United States District Court, Southern District of New York, No. 01 Civ.10071 (HB) (July 2003).

Consulting Expert In re: Dresser, Inc., v. Mark Langenhan, Barbara Langenhan, Daryl Piontek, and Total Piping Solutions, Inc., before the United States District Court for the Western District of New York, Case No. 02-CV-0163S(Sc) (April 2003).

Consulting Expert In re: Irene Abrams v. Van Kampen Funds, Inc. et al., in the United States District Court, Northern District of Illinois Eastern Division, Case No. 01 C 7538 (Judge William T. Hart) (March 2003).

Consulting Expert to determine Fair Royalty Rates for the use of licensed trademarks owned by for the SWIMC, lnc. and DIMC: Inc., subsidiaries of The Sherwin-Williams Company (June 2002).

**Exhibit 2**
**Materials Reviewed**

The Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws dated July 22, 2014 (the "Complaint").

Daily reported volume and prices for Montage Technology Group, Ltd. common stock ("MONT") for the period September 2013 – March 2014.  Source: Bloomberg.

MONT common stock capital change and dividend history.  Source: Bloomberg.

MONT SEC filings for the period September 2013 – March 2014.  Sources: Morningstar Document Research; SEC EDGAR database.

Form 13F filings with the SEC for holders of MONT.  Source: Morningstar Document Research.

Daily index levels for the following indexes for the period September 2013 – March 2014 (Bloomberg tickers in parentheses):  S&P 500 Total Return Index  (SPTR), NASDAQ Composite Total Return Index (XCMP), S&P Global 1200 Index (SPGLOB); S&P 600 SmallCap Index (SML); China-Hong Kong Stocks in U.S. Index (CHINAUS); S&P China BMI Index (SCRTCN); China-US Equity Index (CH55BN); Nasdaq Computer Index (IKX); S&P Global SmallCap Index (SBERGLU); S&P Global BMI Information Technology Index (SGU18B); S&P Global BMI Semiconductor & Semiconductor Equipment Index (SGU25B); S&P 500 Semiconductor & Semiconductor Equipment Index (S5SSEQ); S&P 500 Semiconductors (S5SECO); S&P 500 Semiconductor Equipment (S5SEEQ); S&P 600 Semiconductor & Semiconductor Equipment Index (S6SSEQ); S&P 600 Semiconductors (S6SECO); S&P 600 Semiconductor Equipment (S6SEEQ).  Chicago Board Options Exchange (VIX) Index and Chicago Board Options Exchange Nasdaq-100 Volatility Index (VXN).  Source: Bloomberg.

Quarterly institutional holdings for MONT common stock.  Source: Thomson Reuters On Demand.

Analyst consensus earnings per share estimates for MONT during the Class Period.  Source: Thomson Estimates via Capital IQ.

Number of analysts providing Buy/Sell recommendations for MONT during the Class Period.  Source: Bloomberg.

MONT's closing bid and ask prices during the Class Period.  Source: CRSP.

Daily count of market makers in MONT common stock.  Source: CRSP.

Monthly/bi-monthly short interest in MONT common stock during the Class Period.  Source: Bloomberg.

Shares outstanding and insider holdings for MONT during the Class Period.  Source: SEC Filings.

**Exhibit 2**
**Materials Reviewed**

News stories and press releases regarding MONT during the Class Period.  Sources: Bloomberg, Factiva, and Lexis-Nexis.

Analyst Report List for MONT during the Class Period.  Source: Thomson One, Thomson Reuters Knowledge, and Capital IQ, Bloomberg, gravityresearchgroup.com, and news articles.

Select analyst reports for MONT.  Source: Thomson One, Thomson Reuters Knowledge, Capital IQ, and gravityresearchgroup.com.

Selected analyst report time stamps.  Source: Thomson Reuters.

Traded volume by market participant for MONT from September 2013 to February 2014. Source: Nasdaq.

NASDAQ Daily Historical Threshold Lists available at: ftp://ftp.nasdaqtrader.com/SymbolDirectory/regsho/.

Members of the NASDAQ Composite Index on September 26, 2013, at the end of each calendar month from September 30, 2013 to January 31, 2014, and on February 6, 2014.  Source: Bloomberg.

Data for members of the NASDAQ Composite Index on September 26, 2013, at the end of each calendar month from September 30, 2013 to January 31, 2014, and on February 6, 2014: Members, Shares Outstanding, Total Analyst Recommendations, Short Interest, Short Interest Ratio, Institutional Ownership as a Percentage of Shares Outstanding, Turnover, Average Historical Market Capitalization, Primary Security Composite Exchange, and Security Type. Source: Bloomberg.

Daily bid price, ask price, closing price, shares outstanding, trade status, CUSIP, and share code for members of the NASDAQ Composite Index during the Class Period.  Source: CRSP.

Court decisions and opinions involving *Cammer* factors and market efficiency for the following stocks:  Radient Pharmaceuticals Corporation; Keyuan Petrochemicals, Inc.; FCStone Group, Inc.; Computer Sciences Corporation; Caraco Pharmaceutical Laboratories Ltd.; Regions Financial Corporation; Synchronoss Technologies, Inc.; Westinghouse Solar, Inc. (Akeena Solar); SuperMedia Inc. (Idearc, Inc.); LDK Solar Co., Ltd.; Sonoco Products Co.; Merck & Co. Inc.; Schering-Plough Corporation; Moody's Corp.; Tronox Inc. (Class A); Tronox Inc. (Class B); Inyx Inc.; NetBank Inc.; Nature's Sunshine Products Inc.; Amgen Inc.; Countrywide Financial Corp.; Pain Therapeutics, Inc.; Sprint Nextel Corp.; First Solar, Inc.; Diamond Foods, Inc.; Heckmann Corp.; China MediaExpress Holdings, Inc.; China Integrated Energy Inc.; Catalyst Pharmaceutical Partners Inc.; China Agritech Inc.; Horizon Lines, Inc.; JPMorgan Chase & Co.; Exide Technologies, Inc.; Prudential Financial, Inc.; Electronic Game Card, Inc.; The Goldman Sachs Group, Inc.  Source: Lexis Nexis and PACER.

Data for stocks in court decisions and opinions involving *Cammer* factors and market efficiency during their respective class periods:

**Exhibit 2**
**Materials Reviewed**

Stock price, volume, and bid-ask prices for all the stocks, except for Keyuan Petrochemicals, and Inyx Inc.  Source: CRSP.
Stock price, volume, and bid-ask prices for Keyuan Petrochemicals, and Inyx Inc.  Source: Capital IQ.
Shares outstanding.  Source: SEC filings.
Total analyst recommendations and short interest. Source: Bloomberg.
Institutional holdings.  Source: Capital IQ.
Market maker count for all the stocks that were listed on NASDAQ.  Source: CRSP.

## Legal Citations

*Lehocky v. Tidel Techs., Inc.*, 220 F.R.D. 491 (S.D. TEX. 2004).

*In re DVI Securities Litigation*, 249 F.R.D. 196 (E.D. PA. 2008).

*In re DVI Securities Litigation*, 639 F.3D 623 (3rd Cir App 2011).

*In re Xcelera.com Securities Litigation*, 430 F.3d (1st Cir 2005).

*Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989).

*Cheney v. CyberGuard Corp.*, 213 F.R.D. 484 (S.D. FLA. 2003).

*Vinh Nguyen vs. Radient Pharm. Corp.*, 287 F.R.D. (C.D. CAL. 2012).

*Basic, Inc. v. Levinson*, 485 U.S. 224, 108 (S.Ct. 978 1988).

*KB Partners I, LP, v. Pain Therapeutics*, 287 F.R.D. 533 (WD TEX 2013).

*Barrie v. Intervoice-Brite, Inc.*, No. 3:01-CV-1071-K, 2006 WL 2792199, (N.D. TEX 2006).

*Halliburton co., et al., v. Erica P. John Fund, Inc.* 134 S.Ct. 2398 (2014).

*In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008).

*In re Polymedica Corp. Sec. Litig.*, 453 F. Supp. 2d 260 (D. Mass. 2006).

*City of Roseville Employees' Retirement System, et al. v. Horizon Lines, Inc., et al.*, 713 F. Supp. 2d 378; (Del., 2010).

*Dean v. China Agritech, Inc.*, No. cv-11-01331-RGK (PJWx), (C.D. Cal. 2012).

*In re Northfield Labs., Inc. Securities Litigation.*, 267 F.R.D. (N.D. Ill. 2010).

*In re Xcelera.com Securities Litigation*, Civil Action No. 00-116649-RWZ, Order of Judge Rya W. Zobel, April 25, 2008.

**Exhibit 2**
**Materials Reviewed**

*George, et al., vs China Automotive Systems, Inc., et al.*, 11 Civ. 7533 (KBF) (S.D.N.Y 2013).

*Elmer Krogman, et al., v. R. Dale Sterritt, et al.,* 202 F.R.D. 467 (N.D. TEX 2001).

*Hazelwood School District v. United States*, 433 U.S. 299 (1977).

*Castaneda v. Partida*, 430 U.S. 482 (1977).

*ScripsAmerica, Inc., v.Ironbridge Global LLC et al,* Fed Sec. L. Rep. (CCH) P98, 594, 2015 U.S. Dist. LEXIS 105494 (C.D. Cal. 2015).

Raymond K. Peil v. Marvin M Speiser, et al., 806 F.2d 1154 (3rd Cir. U.S. 1986)

*Teamsters Local 445 Freight Div. Pension Fund v. Bombardier, Inc.*, 546 F.3d 196 (2nd Cir. 2008)

*In re Enron Corporation Securities, Derivative & "ERISA" Litigation, 529 F. Supp. 2d 644, (S.D. Tex. 2006)*

*Carpenters Pension Trust Fund of St. Louis v. Barclays PLC*, 2015 U.S. Dist. LEXIS 110382 at *33 (S.D.N.Y. Aug. 20, 2015)

*In re Groupon, Inc. Securities Litigation*, No. 12-cv-2450, 2015 WL 1043321, at *5 (N.D. Ill. Mar. 5, 2015)

*In re Initial Public Offering Securities Litigation*, 243 F.R.D. 79, 91 (S.D.N.Y. 2007)

## Books and Articles

Stephen A. Ross, Randolph W. Westerfield, and Bradford D. Jordon, <u>Fundamentals of Corporate Finance,</u> Second Edition, Irwin, 1992 and 1993.

Edwin J. Elton, Martin J. Gruber, Stephen J. Brown and William N. Goetzmann, <u>Modern Portfolio Theory and Investment Analysis, Sixth Edition</u>, John Wiley & Sons, Inc., 2003.

Richard A. Brealey and Stewart C. Myers, <u>Principles of Corporate Finance</u>, Fifth Edition, McGraw Hill, 1996.

G. William Schwert, "Anomalies and Market Efficiency*," Handbook of the Economics of Finance*, edited by G.M. Constantinides, M. Harris, and R. Stulz, 2003, Chapter 15.

Robert J. Shiller, <u>Irrational Exuberance</u>, Second Edition, Princeton University Press, 2005.

Burton G. Malkiel, "The Efficient Market Hypothesis and Its Critics," *Journal of Economic Perspectives* 17(1), Winter 2003.

**Exhibit 2**
**Materials Reviewed**

Randall S. Thomas and James F. Cotter, "Measuring Securities Market Efficiency in the Regulatory Setting," *Law and Contemporary Problems* 63(3), Summer 2000.

Nont Dhiensiri, Akin Sayrak, and Paul Zarowin, "The Impact of Analyst Coverage Initiation on the Market's Ability to Anticipate Future Earnings," (working paper, February, 2005).

Joseph Piotroski and Darren Roulstone, "The Influence of Analysts, Institutional Investors, and Insiders on the Incorporation of Market, Industry, and Firm-Specific Information into Stock Prices," *The Accounting Review* 79 (4) (October 2004).

Larry Harris, Trading & Exchanges: Market Microstructure for Practitioners, Oxford University Press, 2003.

Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* 46, 1575-1617, December 1991.

Eugene Fama, Lawrence Fisher, Michael Jensen and Richard Roll, "The Adjustment of Stock Prices to New Information," *International Economic Review* 10(1) (February 1969).

Frank Torchio, "Proper Event Study Analysis in Securities Litigation," *The Journal of Corporation Law*, 35(1), 2009.

Paul Ryan and Richard J. Taffler, "Are Economically Significant Stock Returns and Trading Volumes Driven by Firm-Specific News Releases? A Nonlinear Test of the Random-Walk Hypothesis," *Journal of Business Finance & Accounting*, 31(1) & (2), January/March 2004.

Jennifer Conrad, Bradford Cornell, Wayne R. Landsman, and Brian R. Rountree, "How Do Analyst Recommendations Respond to Major News?" *Journal of Financial and Quantitative Analysis* 41(1), March 2006.

Ray C. Fair, "Events That Shook the Market," *Journal of Business*, 75(4), 2002.

Mahesh Pritamani and Vijay Singal, "Return Predictability Following Large Price Changes and Information Releases," *Journal of Banking & Finance*, 25, 2001.

Paul A. Ferrillo, Frederick C. Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases," *St. John's Law Review* 78(1), Winter 2004.

William H. Beaver, "The Informational Content of Annual Earnings Announcements," *Journal of Accounting Research*, 6, 1968.

Daniella Acker, "Implied Standard Deviations and Post-earnings Announcement Volatility," *The Journal of Business Finance & Accounting*, 29(3&4), April/May 2002.

**Exhibit 2**
**Materials Reviewed**

Monique W. M. Donders, Roy Kouwenberg, and Ton C. F. Vorst, "Options And Earnings Announcements: An Empirical Study of Volatility, Trading Volume, Open Interest and Liquidity," *European Financial Management*, 6(2), 2000.

Cameron Truong, Charles Corrado, Yangyang Chen, "The options market response to accounting earnings announcements," *Journal of International Financial Markets, Institutions & Money*, 22, 2012, 423-450.

David R. Anderson, Dennis J. Sweeney, and Thomas A. Williams, Statistics for Business and Economics, Ninth Edition, Thomson Learning, 2005.

Christiaan Heij, Paul de Boer, Philip Hans Franses, Teun Kloek, and Herman K. van Dijk, Econometric Methods with Applications in Business and Economies, Oxford University Press, 2004.

Teresa Bradley, Essential Statistics for Economics, Business and Management, Wiley, 2007.

R. Mark Sirkin, Statistics for the Social Sciences, Sage Publications, Inc., Third Edition, 2006.

Litigation Services Handbook: The Role of the Financial Expert, Third Edition, ed. by R. Weil, M. Wagner and P. Frank, Wiley, 2001.

Jonathan M. Karpoff, "The Relation between Price Changes and Trading Volume: A Survey," *Journal of Financial and Quantitative Analysis* 22(1), March 1987.

R. L. Crouch, "A Nonlinear Test of the Random-Walk Hypothesis," *American Economic Review*, March 1970.

Thomas W. Epps and Mary Lee Epps, "The Stochastic Dependence of Security Price Changes and Transaction Volumes: Implications for the Mixture-Of-Distributions Hypothesis," *Econometrica* 44(2), March 1976.

Lawrence Harris, "Cross-Security Tests of the Mixture of Distributions Hypothesis," *Journal of Financial and Quantitative Analysis* 21(1), March 1986.

Lawrence Harris, "Transaction Data Tests of the Mixture of Distributions Hypothesis," *Journal of Financial and Quantitative Analysis* 22(2), June 1987.

Randolph Westerfield, "The Distribution of Common Stock Price Changes: An Application of Transactions Time and Subordinated Stochastic Models," *Journal of Financial and Quantitative Analysis* 12(5), December 1977.

The New Palgrave: A Dictionary of Economics, vol. 2, E to J, ed. by John Eatwell, Murray Milgate and Peter Newman, Macmillan, 1998.

**Exhibit 2**
**Materials Reviewed**

John Y. Campbell, Andrew W. Lo and A. Craig MacKinlay, <u>The Econometrics of Financial Markets</u>, Princeton University Press, 1997.

Victor L. Bernard, Christine Botosan, and Gregory D. Phillips, "Challenges to the Efficient Market Hypothesis: Limits to the Applicability of Fraud-on-the-Market Theory," *Nebraska Law Review* 73, 1994.

Qi Chen, Itay Goldstein, and Wei Jiang, "Price Informativeness and Investment Sensitivity to Stock Price," *The Review of Financial Studies*, 20(3) 2007.

Steven S. Crawford, Darren T. Roulstone, and Eric C. So, "Analyst Initiations of Coverage and Stock Return Synchronicity*," The Accounting Review*, 87(5), 2012.

Sudipto Dasgupta, Jie Gan, and Ning Gao, "Transparency, Price Informativeness, and Stock Return Synchronicity: Theory and Evidence," *Journal of Financial and Quantitative Analysis*, 45(5), Oct. 2010.

William H. Greene, Econometric Analysis, Second Edition, Macmillian Publishing Co., 1993, p. 358.

Allen B. Atkins and Edward A. Dyl, "Market Structure and Reported Trading Volume: NASDAQ Versus The NYSE," *The Journal of Financial Research*, 20(3) Fall 1997, 291-304

John M. Griffin, Jeffrey H. Harris, and Selim Topaloglu, "Why are IPO investors net buyers through lead underwriters?," *Journal of Financial Economics* 85 (2007) 518–551

Reena Aggarwal, "Stabilization Activities by Underwriters after Initial Public Offerings," *The Journal of Finance*, Vol.55(3), June 2000

Katrina Ellis, Roni Michaely, and Maureen O'Hara, "A Guide to the Initial Public Offering Process," January 1999

Glenn V. Henderson, Jr., "Problems and Solutions in Conducting Event Studies," *The Journal of Risk and Insurance*, 57, 1990

Brown, Stephen J., and Jerold B. Warner, "Using Daily Stock Returns – The Case of Event Studies,"*Journal of Financial Economics*, 14, 1985, 3-31

Kenneth R. Ahern, "Sample Selection and Event Study Estimation," *Journal of Empirical Finance*, 16, 2009

John J. Binder, "The Event Study Methodology Since 1969," *Review of Quantitative Finance and Accounting*, 11, 1998, 111-137.

John J. Binder, "Measuring the Effects of Regulation with Stock Price Data," *Rand Journal of Economics*, 16(2), 1985, 167-183

**Exhibit 2**
**Materials Reviewed**

<u>Misc</u>

http://www.nasdaqtrader.com/trader.aspx?id=regshothreshold.

ftp://ftp.nasdaqtrader.com/SymbolDirectory/regsho/, which provides the daily Nasdaq Historical Threshold Lists.

SEC 1379, "Form S-3, Registration Statement under the Securities Act of 1933," updated January 2012 (expires October 31, 2014).

SEC 1379, "Form S-3, Registration Statement under the Securities Act of 1933, General Instructions," updated April 2009.

Division of Market Regulation: Key Points About Regulation SHO, April 11, 2005 (http://www.sec.gov/spotlight/keyregshoissues.htm).

SEC Release No. 34-56212; File No. S7-12-06.

SEC List of Section 13F Securities for Q3 and Q4 2013.  Source: sec.gov.

Nasdaq Initial Listing Guide, July 2015

SEC Investor Bulletin No.133

FINRA Rule 2711 f (5) effective from October 11, 2012 to September 25, 2015

FINRA Rule 2711 f (2) effective from April 7, 2008 to October 10, 2012

"The JOBS Act: What We Learned in the First Nine Months," Corporate Finance Alert, Skadden, Arps, Slate, Meagher & Flom LLP, January 2013

The JOBS Act, Two Years Later: An Updated Look at the IPO Landscape," Latham & Watkins LLP, April 5, 2014

All other materials cited in the text of the Report, Appendix, or Exhibits.

**Exhibit 3**

**Comparison of Proportion of Statistically Significant Excess Returns on News Days vs. Non-News Days for Montage Technology Group Ltd. Common Stock**
**from September 26, 2013 to February 7, 2014**

| Definition of News | Note | News Days | | | Non-News Days | | | Difference Between News and Non-News Days | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Num. of Days | Num. of Stat. Sig. Days | Proportion Stat. Sig. Days | Num. of Days | Num. of Stat. Sig. Days | Proportion Stat. Sig. Days | Difference of Proportions | z-stat | p-value |
| | | [1] | [2] | [3] = [2] / [1] | [4] | [5] | [6] = [5] / [4] | [7] = [3] - [6] | [8] | [9] |
| **Days with Primary Analyst Reports** | **[10]** | 16 | 5 | 31.3% | 77 | 7 | 9.1% | 22.2% | 2.41 | 1.61% |
| **Days with All Analyst Reports** | **[11]** | 30 | 7 | 23.3% | 63 | 5 | 7.9% | 15.4% | 2.07 | 3.84% |

**Notes:**

[1]   Number of trading days that pass criteria defined in [10] or [11].

[2]   Number of trading days in [1] that are associated with statistically significant excess stock returns at the 95% confidence level.

[3]   Proportion of statistically significant trading days in [1].

[4]   Number of trading days that did not pass criteria defined in [10] or [11].

[5]   Number of trading days in [4] that are associated with statistically significant excess stock returns at the 95% confidence level.

[6]   Proportion of statistically significant trading days in [4].

[7]   Difference of proportions of statistically significant news days vs. non-news days.

[8]   = [7] / sqrt(p(1-p)(1/[1] + 1/[4]), where p = ([2] + [5])/([1] + [4]).

[9]   Probability that difference of proportions in [7] is zero in population.  Equals 2 x (1 - standard normal distribution of [8]).

[10]   Days when primary analyst reports were issued from 9/26/2013 to 2/7/2014.  Source:  Appendix A and Exhibit 10.

[11]   Days when all primary and secondary analyst reports were issued from 9/26/2013 to 2/7/2014.  Source:  Appendix A and Exhibit 10.

Source for stock-price reaction data: Appendix A.

Montage common stock began trading on 9/26/2013, which is the date of the first daily return and when this analysis begins.  If 9/26/2013 is excluded, the p-value is lowered meaning the confidence level, that the proportion of statistically significant news days and statistically significant non-news days are different, is increased.

**Exhibit 4**

**F-Test Two Sample for Variances of Excess Returns on Earnings Days and
Non-Earnings Days from September 26, 2013 - February 7, 2014**

|  | *Earnings* | *Non-Earnings* |
|---|---|---|
| Mean | 1.20% | 0.04% |
| Variance | 1.046% | 0.334% [1] |
| Observations | 3 | 90 |
| df | 2 | 89 |
| F | 3.13 | |
| P(F<=f) one-tail | 4.84% | |
| F Critical one-tail | 3.10 | |

**Notes:**

[1] The variance in Montage excess returns on earnings release days is 3.13 times the
variance in excess returns on non-earnings release days (1.046% / 0.334% = 3.13).

Montage Technology Group Ltd. common stock began trading on 9/26/2013, which is
the date of the first daily return and when this analysis begins.

Source for earnings release dates: based on date and time of Montage earnings release in
GlobeNewswire articles on 11/7/2013 (3Q 2013 earnings) and 1/9/2014 (4Q 2013
preliminary revenue and gross margin); and a Form 8-K filing on 1/27/2014 (4Q 2013
expected operating expenses and net income).

Source for stock-price reaction data: Appendix A.

**Exhibit 5**
**Summary of Consecutive Days with Statistically Significant Excess Returns in Montage Technology Group, Ltd.**
**Common Stock from September 26, 2013 to February 7, 2014**

| | | |
|---|---|---|
| [1] | Number of days with statistically significant returns at the 99% significance level on event day | 7 |
| [2] | Number of days with statistically significant returns at the 95% significance level on event day +1 | 3 |
| [3] | Number of days with statistically significant returns at the 95% significance level on event day +2 | 0 |

**Notes:**
The data are for the period from 9/26/2013 (the first daily return) to 2/7/2014.
Source: Appendix A for daily return data.

**Exhibit 6**
**Summary of Montage Technology Group Ltd. News on All 12 Statistically Significant Days from September 25, 2013 to February 7, 2014**

| [1] | [1] | [1] | [1] | [1] | [1] | [1] | [1] | [1] | [2] | [3] | [4] | [5] Is There News That Corresponds with t-stat? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Montage Volume | Montage Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | * | t-stat Rank | Volume Ratio | News | |
| 9/26/2013 | 5,026,889 | $12 80 | 28 00% | 0 18% | 0 78% | 27 22% | 7 15 | ** | 1 | 17 5x | Montage Technology Group Limited (Nasdaq:MONT) ("Montage"), a global fabless provider of analog and mixed-signal semiconductor solutions currently addressing the home entertainment and cloud computing markets **today announced the pricing of its initial public offering of 7,100,000 ordinary shares at a price to the public of $10.00 per share**  Of the 7,100,000 ordinary shares, 5,325,000 ordinary shares are being offered by Montage and 1,775,000 ordinary shares are being offered by certain selling shareholders  In addition, the selling shareholders have granted the underwriters a 30-day option to purchase up to an additional 1,065,000 ordinary shares to cover over-allotments, if any  The Shares are expected to begin trading on the Nasdaq Global Market on September 26, 2013 under the symbol "MONT "  ["Montage Technology Group Limited Announces Pricing of Initial Public Offering," GlobeNewswire, 9/26/2013, 9:15 am (emphasis added)]  <br><br>A health care information company and two technology businesses rose in their market debuts Thursday as investors warm to IPOs  **Recent gains in the stock market have helped boost demand for initial public offerings**    Montage Technology Group Ltd  is a Chinese provider of chips for set-top boxes  **Its stock climbed 28 percent to $12.80 after the company raised $71 million. Shares priced below expectations.**  ["3 companies climb, 1 drops in market debuts as investors place more bets on IPOs," Associated Press Newswires, 9/26/2013, 4:38 pm (emphasis added) ]  <br><br>Theflyonthewall com's **Deal Analysis**:  09/24/13 -- The deal is developing a price sensitive order book at the low-end of the price range and lower  Stay tuned  12:35 update  09/24/13 -- The price range has been decreased to $10 00-11 00 from $12 00-14 00  15:30 update  09/25/13 -- We are hearing a low end of the range price sensitive order book  15:15 update  **09/26/13 -- The deal priced at the bottom of the revised $10.00-$11.00 range**  06:10 update  ["SYNDICATE: MONTAGE TECHNOLOGY (MONT) - WEDNESDAY NIGHT IN THE WEEK OF 9/23/13," FlyOnTheWall - Syndicate Feed, 9/26/2013, 11:02 am (emphasis added)]  *Note: a news article approximately two weeks earlier on 9/11/2013 stated:*  Chinese semiconductor company Montage Technology Group Ltd  estimated the terms of its proposed initial public offering Wednesday, saying it **plans to sell 7.1 million shares at $12 to $14 each.**  ["Montage Technology Estimates IPO at 7 1M Shares, $12-$14 a Share,"VentureWire, 9/11/2013, 1:31 pm (emphasis added)] | Yes |
| 9/27/2013 | 1,334,945 | $15 15 | 18 36% | -0 06% | 0 41% | 17 95% | 4 71 | ** | 3 | 4 6x | Montage Technology Group, a China-based semiconductor manufacturer, has become the second private equity-invested Chinese company to go public in the United States this year     Montage Technology backed by AsiaVest Partners and Intel Capital, **saw its stock jump 28% to close at US$12.80 on its first day of trading on Nasdaq. Montage's IPO raised US$71 million after pricing at US$10 per share, below the indicative range of US$12 to US$14**  The company set its IPO terms in September, planning to sell 7 1 million shares to raise up to US$99 4 million  It was originally targeting up to US$115 million  ["Montage Technology Becomes 2nd VC-backed Firm Completing US IPO," Greater China Private Equity Review Daily, 9/27/2013 (emphasis added)]  <br><br>**Shares of Montage Technology Group Ltd. (MONT)**, a semiconductor provider targeting the home-entertainment and cloud-computing markets, **extended their initial-public-offering rally Friday, posting double-digit gains for the second day in a row.**  After climbing 28% Thursday, its first day of public trading, the stock soared another 20% in Friday afternoon trading, up $2 55 at $15 35  At its high of the day, the stock reached $16 40, 64% above the $10 IPO price  ["Montage Technology Extends IPO Rally With Another Day of Double-Digit Gains," Midnight Trader Live Briefs, 9/27/2013, 2:19 pm (emphasis added) ] | Yes |
| 10/4/2013 | 434,444 | $13 48 | -8 30% | 0 26% | 0 91% | -9 21% | -2 42 | * | 8 | 1 5x | No news | No |

**Exhibit 6**
**Summary of Montage Technology Group Ltd. News on All 12 Statistically Significant Days from September 25, 2013 to February 7, 2014**

| [1] Date | [1] Montage Volume | [1] Montage Price | [1] Montage Return | [1] Market Return | [1] Predicted Return | [1] Excess Return | [1] t-stat | [1] * | [2] t-stat Rank | [3] Volume Ratio | [4] News | [5] Is There News That Corresponds with t-stat? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/22/2013 | 479,588 | $17 75 | 13 78% | 0 40% | 1 12% | 12 66% | 3 32 | ** | 5 | 1 7x | Montage Technology Group Ltd : **Stifel raises price target to $20 from $18**; rating buy ["RESEARCH ALERT-Montage Technology: Stifel raises price target," Reuters News, 11/22/2013, 8:22 am (emphasis added)]<br><br>In a report published Friday, Stifel analyst Tore Svanberg reiterated a Buy rating on Montage Technology Group Ltd (NASDAQ: MONT[http://www benzinga com/stock/mont#NASDAQ]), and **raised the price target from $18.00 to $20.00.** In the report, Stifel noted, We hosted investor meetings with CFO Mark Voll and remain positive on the near-term prospects in each of its end-markets, longer-term demand drivers for meaningful top-line growth and further operating leverage to the model **We believe the company remains well positioned to capitalize on its expanding technology portfolio to drive share gains and expand its dollar content across each of its end market applications. We also believe there remains room for expansion of its Operating margin** as the company remains firm on its commitment to achieve its target operating model of 55%-60%/25%-30% (GM%/OPM%) Following are our key takeaways from meetings with investors ["UPDATE: Stifel Reiterates on Montage Technology Group Following Investor Meetings, Benzinga com, 11/22/2013, 9:14 am (emphasis added)] | Yes |
| 12/13/2013 | 88,552 | $17 95 | 9 25% | 0 14% | 0 72% | 8 53% | 2 24 | * | 10 | 0 3x | No news | No |
| 1/2/2014 | 179,029 | $17 65 | 8 22% | -0 79% | -0 73% | 8 94% | 2 35 | * | 9 | 0 6x | **Zacks Investment Research report** issued that (i) **upgraded its recommendation to Outperform from Neutral**; (ii) **raised its Zacks (1-5) Quantitative Score (1=Highest) to 1 from 2**; (iii) maintained its price target of $19 00; and (iv) **established EPS and sales forecasts for fiscal year 2015 of $1.42 (12% growth over 2014 estimate) and 187 million (19% growth over 2014 estimate), respectively.** Zacks prior report was issued on 12/20/2013 ["Zacks Snapshot Report as of 01/01/14," Zacks Investment Research Report, 1/1/2014 (*note that 1/1/2014 was not a trading day*) and "Zacks Snapshot Report as of 12/20/2013," Zacks Investment Research Report, 12/20/2013] | Yes |
| 1/8/2014 | 273,163 | $19 60 | 13 56% | 0 27% | 0 92% | 12 64% | 3 32 | ** | 6 | 0 9x | **Where We Would Put Money to Work: While we believe 2014 will be another positive year for semiconductor stocks, we expect some rotation within the group as P/E multiples in the industry are at multi-year highs.** Specifically, we believe some of the communication IC stocks, including Broadcom (BRCM) and RF Micro Devices (RFMD), that were out of favor in 2013 may come back into favor in 2014 With the prospect of higher interest rates making stocks with high dividend yields less attractive, we also believe secular growth names will be a good place to put money to work **Our top growth stock ideas include Cavium (CAVM), Inphi Corporation (IPHI), MaxLinear (MXL) and Montage Technology (MONT).** ["Equity Research Morning Summary," Needham & Company, LLC Morning Summary, 1/8/2014, p 5 (original emphasis removed and emphasis added); and "Communication ICs, 2013 Recap & 2014 Outlook," Needham Industry Analyst Report, 1/8/2014, p 1 (original emphasis removed and emphasis added)] *Note: the reports were assumed to have been issued before or during trading hours on 1/8/2014; the first report dated 1/8/2014 has "Morning Summary" in the title and the second report dated 1/8/2014 has the Montage closing price on 1/7/2014 of $17.26 in the report.* | Yes |

**Exhibit 6**
**Summary of Montage Technology Group Ltd. News on All 12 Statistically Significant Days from September 25, 2013 to February 7, 2014**

| [1] Date | [1] Montage Volume | [1] Montage Price | [1] Montage Return | [1] Market Return | [1] Predicted Return | [1] Excess Return | [1] t-stat | [1] * | [2] t-stat Rank | [3] Volume Ratio | [4] News | [5] Is There News That Corresponds with t-stat? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2014 | 632,990 | $22 14 | 12 96% | -0 16% | 0 25% | 12 71% | 3 34 | ** | 4 | 2 2x | Montage Technology Group Limited (Nasdaq:MONT) ("Montage"), a global fabless provider of analog and mixed-signal semiconductor solutions addressing the home entertainment and cloud computing markets, today **announced preliminary revenue results for the fourth quarter 2013 of $35.0 to $35.5 million, exceeding its previously announced guidance of $32.0 to $34.0 million** The increased revenue expectations reflect higher sales of its memory interface solutions due to growing demand for its products as well as continued growth of its set-top box products in China and the emerging markets  Set-top box revenue is expected to be up more than 10% sequentially and memory interface revenue up more than 80% sequentially  Gross margin for the fourth quarter of 2013 is expected to be in the range of 62 percent to 63 percent<br>["Montage Technology Announces Preliminary Fourth Quarter Revenue Results Exceeding Guidance; to Report Fourth Quarter and Full Year 2013 Results on February 20," GlobeNewswire, 1/9/2014, 7:00 am (emphasis added)]<br><br>**Montage Technology Group Ltd: Sees Q4 2013 revenue of $35.0 million to $35.5 million, exceeding its previously announced guidance of $32.0 to $34.0 million. Revenues of $33.06 for Q4 2013 - Thomson Reuters I/B/E/S Estimates.**<br>["Montage Technology Group Ltd raises Q4 2013 revenue guidance," Reuters Significant Developments, 1/9/2014 (emphasis added) ]<br><br>**Montage Technology Group Limited (NASDAQ: MONT)** said it now expects fourth quarter revenue of $35.0 million to $35.5 million. The company's **previous guidance was revenue of $32.0 million to $34.0 million and the current consensus revenue estimate is $33.1 million for the quarter ending December 31, 2013.**<br>["Montage Technology Raises Guidance," Earnings Whispers/Stock Selector, 1/9/2014, 7:12 am (emphasis added)]<br><br>**Zacks Investment Research report issued that raised its price target to $20.60 from $19.00.** Zacks prior report was issued on 1/7/2014<br>["Zacks Snapshot Report as of 01/08/14," Zacks Investment Research Report, 1/8/2014 (*note that this report was likely issued after the market close on 1/8/2014 because the report contains the Montage closing price on 1/8/2014 of $19.60*); and "Zacks Snapshot Report as of 01/07/14," Zacks Investment Research Report, 1/7/2014] | Yes |
| 1/9/2014 | continued | | | | | | | | | | This morning, Montage raised its guidance for 4Q14 to reflect higher sales of memory interface solutions and continued growth in set top box (STB) products in China and emerging markets  Revenue is now expected in the range of $35-35 5M (prior $32-34M) with STB up more than 10% sequentially and memory interface up over 80% sequentially  Additionally, gross margin for the 4th quarter is expected to be in the range of 62-63% (prior 59-61%)    All told, the higher revenue and GM implies Q4 EPS of $0 31 vs  consensus of $0 24  **We maintain our Overweight rating and raise our price target to $20 [from $17] to reflect higher revenues going forward.  Raising Estimates to Reflect Higher Revenue: Our CY13 revenue/EPS move to $111M/$1.03 (prior $108M/$0.96), CY14 moves to $153M/$1.41 (prior $148M/$1.32), and CY15 moves to $189M/$1.61 (prior $182M/$1.47).**<br>["Raises Q4 Guidance on Stronger Memory Interface and STB Sales," Barclays Analyst Report, 1/9/2014, 12:38 pm (emphasis added)]<br><br>With both the revenue and GM guidance now above our prior estimates, **we raise our 4Q13 to $35.1m (+17% q/q)/PF EPS $0.29 compared to our $33m (+10% q/q)/$0.24 previously. Our 2014E is now $153m (+39% y/y)/PF EPS $1.50, up from $150m (+38% y/y)/$1.40 previously**  This 2014 estimate update assumes a more conservative -14% q/q drop in 1Q revs (-10% q/q prior) as well as only a slight increase in GM for the year (from 59% to 60%)<br>    **we are reiterating our Buy rating and raising our price target to $23 (up from $18)**<br>["4Q13 Results: Positive preannouncement," Deutsche Bank Analyst Report, 1/9/2014, 10:31 am (emphasis added)] | |
| 1/16/2014 | 192,808 | $23 99 | 8 65% | -0 01% | 0 48% | 8 17% | 2 15 | * | 11 | 0 7x | No news | No |

**Exhibit 6**
**Summary of Montage Technology Group Ltd. News on All 12 Statistically Significant Days from September 25, 2013 to February 7, 2014**

| [1] | [1] | [1] | [1] | [1] | [1] | [1] | [1] | [1] | [2] | [3] | [4] | [5] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Montage Volume | Montage Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | * | t-stat Rank | Volume Ratio | News | Is There News That Corresponds with t-stat? |
| 2/4/2014 | 555,174 | $22 52 | 8 01% | -0 11% | 0 32% | 7 69% | 2 02 | * | 12 | 1 9x | **On its earnings conference call yesterday (February 3) after market close, Inphi made the following comments on its memory register/buffer business, which we interpret as implying a solid market environment for Montage.** Montage has already positively pre-announced its December quarter results (January 9) **We are increasing our valuation range on Montage to $24-28 (from $22-25), based on 26-31x our 2014 EPS estimate of $0.91.** ["MONT: RDIMM/LRDIMM Comments From Inphi's Earnings Call," Wells Fargo Securities Analyst Report, 2/4/2014 2:06 pm (emphasis added)] | Yes |
| 2/6/2014 | 6,394,104 | $17 45 | -17 73% | 1 24% | 2 43% | -20 16% | -5 29 | ** | 2 | 22 2x | 10:54 MORE: **Montage Tech Down; Rated New Strong Sell: Gravity Research** 10:41 *MONTAGE TECHNOLOGY RATED NEW STRONG SELL AT GRAVITY RESEARCH ["Montage Technology Down; Rated New Strong Sell: Gravity Research," Bloomberg First Word, 2/6/2014, 10:45 am (emphasis added)]<br><br>**We believe that Montage Technology Group Ltd. ("MONT") is committing fraud, and that MONT's actual revenue is significantly lower than MONT has reported to investors due to overwhelming evidence that MONT's largest distributor is nothing more than a shell company used to help fabricate MONT's financials** LQW Technology Company Limited ("LQW"), a Hong Kong entity which MONT claims accounted for 71% of its revenue in the first 9M of 2013 (up from 50% in 2012), is secretly 100% owned by Shanghai Montage Microelectronics Technology Co Ltd ("SMMT"), an undisclosed entity established by MONT and a MONT employee **Based on the evidence we have uncovered, we believe MONT is producing significantly less revenue than it claims and is likely not profitable** ["Initiating Coverage on Montage Technology Group Ltd (NASDAQ:MONT) – Strong Sell, Is MONT Still "Fabless" I It is Fabricating Its Revenue?," Gravity Research Report, 2/6/2014 (emphasis in original and added; some original emphasis removed)]<br><br>**Montage sinks after Gravity Research questions revenue** - Shares of semiconductor solutions company Montage Technology (MONT) are sinking after Gravity Research initiated the stock with a Sell Strong rating in a report posted on its website  Gravity said it does not believe Montage's claimed revenue is real   Shares of Montage are down 8%, or $1 75, to $19 46 in morning trading ["MONT: Hot Stocks," Theflyonthewall com, 2/6/2014, 10:46 am (emphasis added)]<br><br>The Rosen Law Firm announces that it is**investigating potential securities claims against Montage Technology** Group Limited (NASDAQ: MONT) resulting from allegations that the Company may have issued materially misleading business information to the investing public ["EQUITY ALERT: The Rosen Law Firm Announces Investigation of Securities Claims Against Montage Technology Group Limited- MONT," Business Wire, 2/6/2014, 1:49 pm (emphasis added)] | Yes |

**Exhibit 6**
**Summary of Montage Technology Group Ltd. News on All 12 Statistically Significant Days from September 25, 2013 to February 7, 2014**

| [1] Date | [1] Montage Volume | [1] Montage Price | [1] Montage Return | [1] Market Return | [1] Predicted Return | [1] Excess Return | [1] t-stat | [1] * | [2] t-stat Rank | [3] Volume Ratio | [4] News | [5] Is There News That Corresponds with t-stat? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/7/2014 | 3,498,493 | $15 72 | -9 91% | 1 03% | 2 11% | -12 02% | -3 16 | ** | 7 | 12 2x | **Montage** Technology Group Limited (Nasdaq:MONT) ("Montage"), a global fabless provider of analog and mixed-signal semiconductor solutions addressing the home entertainment and cloud computing markets, today **issued a statement in response to allegations raised in a research report dated February 6, 2014 issued by a group called Gravity Research.  The company believes that the allegations and accusations in the report lack merit and contain numerous errors of fact, misleading speculation and misinterpretation of events. Montage fully stands behind the integrity of its audited financial statements, which have been audited by its independent accountants,** PricewaterhouseCoopers Zhong Tian LLP  Montage also disclaims any suggestion that LQW Technology Company, an independent distributor of semiconductor products to the end customers of Montage and other technology companies, is an affiliate of Montage  Montage plans to release additional information refuting the allegations made by Gravity Research in due course  Montage is committed to providing full and accurate disclosure to investors and to preserving confidence in Montage's business, management, financial performance, operations and corporate structure ["Montage Technology Issues a Statement in Response to Allegation and Misinformation in Report," GlobeNewswire, 2/7/2014, 7:15 am (emphasis added)] | Yes |
| | | | | | | | | | | | MONT responds to and refutes accusations Yesterday, a heretofore unknown entity published a report accusing Montage Technologies of fraud on a number of counts, causing a significant drop in MONT's share price  This morning, MONT issued a press release responding to and refuting these accusations, noting the report contained factual errors, misleading speculations, and misinterpreted events  Specifically, MONT highlighted its confidence in its financials as audited by PricewaterhouseCoopers Zhong Tian and the independence and legitimacy of primary distributor LQW Technology Company  Furthermore, MONT indicated that it would provide additional details to refute these accusations in due time  More details on the way We expect to hear a more detailed response when the co reports earnings on the previously scheduled date of Feb 20 2014  **Based on all information currently available to us, we maintain our Buy rating and look forward to receiving more details on Feb 20.** ["Montage responds," Deutsche Bank Analyst Report, 2/7/2014, 8:49 am (emphasis added)] | |
| 2/7/2014 | continued | | | | | | | | | | **Stifel says due diligence validated Montage's business - Stifel** said its due diligence as part of Montage Technology's initial public offering verified the company does business with its key customers and suppliers.The firm added that several of Montage's competitors said the company is a significant player in the STB and Memory Interface markets  **Stifel keeps a Buy rating on Montage with a $25 price target** after Gravity Research yesterday accused the company as being a fraud ["MONT: Recommendations," Theflyonthewall com, 2/7/2014, 12:50 pm (emphasis added)]

**Zacks Investment Research report issued that lowered its price target to $20.90 on 2/6/2014 from $25.30 on 1/27/2014.** ["Zacks Snapshot Report as of 02/06/14," Zacks Investment Research Report, 2/6/2014 (*note that this report was likely issued after the market close on 2/6/2014 because the report contains the Montage closing price on 2/6/2014 of $17.45* ); and "Zacks Snapshot Report as of 01/27/14," Zacks Investment Research Report, 1/27/2014]

**Montage Technology Group  was falling 14.84% to $14.86 shortly after 2 p.m. on Friday as it continued to suffer from the effects of Gravity Research's claim on Thursday that Montage's reported revenue is false.**  Gravity made the claim in a report posted on its websitein which it also initiated a "strong sell" rating on the semiconductor company   On Friday, Montage posted a response on its own website to Gravity's claim ["Why Montage Technology Group (MONT) Is Plummeting Today," TheStreet com, 2/7/2014, 2:31 pm (emphasis added)]

**Law Offices of Howard G. Smith announces that it is investigating potential claims on behalf of investors of Montage Technology Group Limited ("Montage" or the "Company") (NASDAQ:MONT) concerning possible violations of federal securities laws** ["Law Offices of Howard G  Smith Announces Investigation on Behalf of Investors of Montage Technology Group Limited," Business Wire, 2/6/2014, 4:57 pm (emphasis added)] | |

**Exhibit 6**
**Summary of Montage Technology Group Ltd. News on All 12 Statistically Significant Days from September 25, 2013 to February 7, 2014**

| [1] | [1] | [1] | [1] | [1] | [1] | [1] | [1] | [1] | [2] | [3] | [4] | [5] Is There News That Corresponds with t-stat? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Montage Volume | Montage Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | * | t-stat Rank | Volume Ratio | News | |
| 2/7/2014 | continued | | | | | | | | | | **Pomerantz LLP is investigating claims on behalf of investors of Montage Technology Limited ("Montage Technology" or the "Company") (NasdaqGS: MONT).** ["SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Montage Technology Group Limited - MONT," PR Newswire (U S ), 2/7/2014, 1:50 pm (emphasis added)] | |
| | | | | | | | | | | | **Milberg LLP is investigating potential violations of U.S. federal securities laws by Montage Technology Group Limited ("Montage Technology" or the "Company") (NASDAQ:MONT), its senior executives and board members, and the underwriters of the Company's secondary equity offering** ["Montage Technology Group Limited Class Action Lawsuit Investigation Initiated by Milberg LLP," Business Wire, 2/7/2014, 3:07 pm (emphasis added)] | |
| | | | | | | | | | | | **Holzer & Holzer, LLC is investigating whether Montage Technology Group Limited ("Montage" or the "Company") (NASDAQ: MONT) and/or certain of its officers and directors complied with federal securities laws when making public statements between January 9, 2014 and February 5, 2014** ["Investor Alert: Holzer & Holzer, LLC Announces Investigation into Montage Technology Group Limited," Business Wire, 2/7/2014, 3:46 pm (emphasis added)] | |

**Notes:**
[1] Source: Appendix A
[2] Equals rank of absolute value of t-statistic with respect to absolute value of all t-statistics from 9/25/2013 - 2/7/2014
[3] Equals volume for the respective day divided by the average daily volume for the Class Period
[4] Source: Appendix A
[5] Assessment of whether news corresponds with t-statistic

| Summary - All 12 Days | # | % |
|---|---|---|
| [5] = "Yes" | 9 | 75% |
| [5] = "No" | 3 | 25% |
| Total | 12 | 100% |

**Exhibit 7**
**Regressions for Montage Technology Group, Ltd. Common Stock from Returns and**
**Trading Volume  from September 26, 2013 to February 7, 2014**

| Regression Results for Absolute Return on the Natural Log of Trading Volume | | |
|---|---|---|
| Intercept (t-statistic) | -0.2752 | *(-8.61)* |
| Coefficient on Natural Log of Trading Volume (t-statistic) | 0.0270 | *(9.84)* |
| Adjusted R-Squared | 0.5100 | |
| Standard Error | 0.0317 | |
| F-Statistic | 96.7 | |
| Observations (9/26/2013 - 2/7/2014) | 93 | |

| Regression Results for Absolute Excess Return on the Natural Log of Trading Volume | | |
|---|---|---|
| Intercept (t-statistic) | -0.2694 | *(-8.48)* |
| Coefficient on Natural Log of Trading Volume (t-statistic) | 0.0265 | *(9.73)* |
| Adjusted R-Squared | 0.5046 | |
| Standard Error | 0.0315 | |
| F-Statistic | 94.7 | |
| Observations (9/26/2013 - 2/7/2014) | 93 | |

**Notes:**
Montage Technology Group Ltd. common stock began trading on 9/26/2013, which is the date of the first daily
return and when this analysis begins.
See Appendix A for daily return and volume data.

**Exhibit 8**
**Results of Tests for Autocorrelation in Daily Montage Technology Group Ltd.  Common Stock Returns**
**from September 26, 2013 to February 6, 2014**

*Panel A:*

| Dependent Variable | Daily Montage Technology Group Ltd. Return [1] | |
|---|---|---|
| Intercept (t-statistic) | 0.003 | *(0.52)* |
| Coefficient on Montage Technology Group Ltd. Previous Day Returns (t-statistic) | 0.197 | *(2.07)* |
| Observations **(9/27/2013 - 2/6/2014)** | 91 | |
| Standard Error | 4.97% | |
| Adjusted R-squared | 3.51% | |

| Dependent Variable | Daily Montage Technology Group Ltd. Excess Return [2] | |
|---|---|---|
| Intercept (t-statistic) | -0.002 | *(-0.33)* |
| Coefficient on Montage Technology Group Ltd. Previous Day Excess Returns (t-statistic) | 0.201 | *(2.08)* |
| Observations **(9/27/2013 - 2/6/2014)** | 91 | |
| Standard Error | 4.96% | |
| Adjusted R-squared | 3.55% | |

**Exhibit 8**
**Results of Tests for Autocorrelation in Daily Montage Technology Group Ltd.  Common Stock Returns**
**from September 26, 2013 to February 6, 2014**

*Panel B:*

| Dependent Variable | Daily Montage Technology Group Ltd. Return [3] | |
|---|---|---|
| Intercept (t-statistic) | 0.003 | *(0.50)* |
| Coefficient on Montage Technology Group Ltd. Previous Day Returns (t-statistic) | 0.023 | *(0.22)* |
| Observations **(9/30/2013 - 2/6/2014)** | 90 | |
| Standard Error | 4.75% | |
| Adjusted R-squared | -1.08% | |

| Dependent Variable | Daily Montage Technology Group Ltd. Excess Return [4] | |
|---|---|---|
| Intercept (t-statistic) | -0.003 | *(-0.58)* |
| Coefficient on Montage Technology Group Ltd. Previous Day Excess Returns (t-statistic) | 0.020 | *(0.19)* |
| Observations **(9/30/2013 - 2/6/2014)** | 90 | |
| Standard Error | 4.73% | |
| Adjusted R-squared | -1.10% | |

**Exhibit 8**

**Results of Tests for Autocorrelation in Daily Montage Technology Group Ltd.  Common Stock Returns**
**from September 26, 2013 to February 6, 2014**

*Panel C:*

| Dependent Variable | Daily Montage Technology Group Ltd. Return [5] | |
|---|---|---|
| Intercept (t-statistic) | 0.005 | *(1.01)* |
| Coefficient on Montage Technology Group Ltd. Previous Day Returns (t-statistic) | 0.154 | *(1.71)* |
| Observations **(9/27/2013 - 2/5/2014)** | 90 | |
| Standard Error | 4.66% | |
| Adjusted R-squared | 2.10% | |

| Dependent Variable | Daily Montage Technology Group Ltd. Excess Return [6] | |
|---|---|---|
| Intercept (t-statistic) | 0.001 | *(0.12)* |
| Coefficient on Montage Technology Group Ltd. Previous Day Excess Returns (t-statistic) | 0.152 | *(1.69)* |
| Observations **(9/27/2013 - 2/5/2014)** | 90 | |
| Standard Error | 4.56% | |
| Adjusted R-squared | 2.05% | |

**Exhibit 8**
**Results of Tests for Autocorrelation in Daily Montage Technology Group Ltd.  Common Stock Returns**
**from September 26, 2013 to February 6, 2014**

<u>**Notes:**</u>

Source for returns and excess returns: Appendix A.

Montage Technology Group Ltd. common stock began trading on 9/26/2013, which is the date of the first daily return and the first pair of daily and previous daily returns was on 9/27/2013, which is the date when the autocorrelation regressions begin.

[1]  Regression of daily Montage common stock returns on previous day returns from 9/27/2013 to 2/6/2014.

[2]  Regression of daily Montage common stock excess returns on previous day excess returns from 9/27/2013 to 2/6/2014.

[3]  Regression of daily Montage common stock returns on previous day returns from 9/30/2013 to 2/6/2014.

[4]  Regression of daily Montage common stock excess returns on previous day excess returns from 9/30/2013 to 2/6/2014.

[5]  Regression of daily Montage common stock returns on previous day returns from 9/27/2013 to 2/5/2014.

[6]  Regression of daily Montage common stock excess returns on previous day excess returns from 9/27/2013 to 2/5/2014.

**Exhibit 9**
**Market Efficiency Statistics for Montage Technology Group Ltd. Common Stock**
**September 25, 2013 through February 6, 2014**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] | [18] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Volume / Shares Outstanding | Analyst Coverage | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | % Bid-Ask Spread | Institutional Holdings | Institutional Holdings as % of Shares Outstanding | Short Interest | Short Interest as a % of Shares Outstanding | Short Interest Ratio (days) | % of Shares Held by Insiders |
| 9/25/2013 | na | --- | --- | 0 | na | na | na | $10 00 | na | na | na | na | na | na | na | na | 18 66% |
| 9/26/2013 | 5,026,889 | --- | --- | 0 | 26 | 26,479,343 | 4,940,632 | $12 80 | $338,935,590 | $275,695,501 | 0 78% | na | na | na | na | na | 18 66% |
| 9/27/2013 | 1,334,945 | 6,361,834 | 24 03% | 0 | 23 | 26,479,343 | 4,940,632 | $15 15 | $401,162,046 | $326,311,472 | 1 19% | na | na | na | na | na | 18 66% |
| 9/30/2013 | 267,492 | --- | --- | 0 | 23 | 26,479,343 | 4,940,632 | $14 20 | $376,006,671 | $305,849,696 | 1 26% | 2,938,729 | 11 10% | 1,650 | 0 01% | 0 00 | 18 66% |
| 10/1/2013 | 135,232 | --- | --- | 0 | 23 | 26,479,343 | 4,940,632 | $13 69 | $362,502,206 | $294,864,954 | 1 17% | 2,938,729 | 11 10% | 1,650 | 0 01% | 0 00 | 18 66% |
| 10/2/2013 | 67,214 | --- | --- | 0 | 23 | 26,479,343 | 4,940,632 | $13 76 | $364,355,760 | $296,372,663 | 1 73% | 2,938,729 | 11 10% | 1,650 | 0 01% | 0 00 | 18 66% |
| 10/3/2013 | 88,040 | --- | --- | 0 | 24 | 26,479,343 | 4,940,632 | $14 70 | $389,246,342 | $316,619,052 | 2 02% | 2,938,729 | 11 10% | 1,650 | 0 01% | 0 00 | 18 66% |
| 10/4/2013 | 434,444 | 992,422 | 3 75% | 0 | 23 | 26,479,343 | 4,940,632 | $13 48 | $356,941,544 | $290,341,824 | 0 89% | 2,938,729 | 11 10% | 1,650 | 0 01% | 0 00 | 18 66% |
| 10/7/2013 | 27,522 | --- | --- | 0 | 24 | 26,479,343 | 4,940,632 | $13 67 | $361,972,619 | $294,434,179 | 0 29% | 2,938,729 | 11 10% | 1,650 | 0 01% | 0 00 | 18 66% |
| 10/8/2013 | 111,153 | --- | --- | 0 | 26 | 26,479,343 | 4,940,632 | $13 15 | $348,203,360 | $283,234,050 | 1 68% | 2,938,729 | 11 10% | 1,650 | 0 01% | 0 00 | 18 66% |
| 10/9/2013 | 49,582 | --- | --- | 0 | 26 | 26,479,343 | 4,940,632 | $13 00 | $344,231,459 | $280,003,243 | 1 22% | 2,938,729 | 11 10% | 1,650 | 0 01% | 0 00 | 18 66% |
| 10/10/2013 | 51,433 | --- | --- | 0 | 27 | 26,479,343 | 4,940,632 | $13 35 | $353,499,229 | $287,541,792 | 0 89% | 2,938,729 | 11 10% | 1,650 | 0 01% | 0 00 | 18 66% |
| 10/11/2013 | 27,409 | 267,099 | 1 01% | 0 | 26 | 26,479,343 | 4,940,632 | $13 53 | $358,265,511 | $291,418,760 | 1 32% | 2,938,729 | 11 10% | 1,650 | 0 01% | 0 00 | 18 66% |
| 10/14/2013 | 14,332 | --- | --- | 0 | 27 | 26,479,343 | 4,940,632 | $13 50 | $357,471,131 | $290,772,599 | 0 15% | 2,938,729 | 11 10% | 1,650 | 0 01% | 0 00 | 18 66% |
| 10/15/2013 | 26,538 | --- | --- | 0 | 26 | 26,479,343 | 4,940,632 | $13 81 | $365,679,727 | $297,449,599 | 0 87% | 2,938,729 | 11 10% | 111,267 | 0 42% | 0 20 | 18 66% |
| 10/16/2013 | 43,227 | --- | --- | 0 | 25 | 26,479,343 | 4,940,632 | $13 60 | $360,119,065 | $292,926,470 | 0 81% | 2,938,729 | 11 10% | 111,267 | 0 42% | 0 22 | 18 66% |
| 10/17/2013 | 87,385 | --- | --- | 0 | 26 | 26,479,343 | 4,940,632 | $14 10 | $373,358,736 | $303,695,825 | 2 80% | 2,938,729 | 11 10% | 111,267 | 0 42% | 0 23 | 18 66% |
| 10/18/2013 | 45,447 | 216,929 | 0 82% | 0 | 26 | 26,479,343 | 4,940,632 | $14 61 | $386,863,201 | $314,680,568 | 0 41% | 2,938,729 | 11 10% | 111,267 | 0 42% | 0 24 | 18 66% |
| 10/21/2013 | 156,543 | --- | --- | 5 | 26 | 26,479,343 | 4,940,632 | $14 83 | $392,688,657 | $319,419,084 | 0 53% | 2,938,729 | 11 10% | 111,267 | 0 42% | 0 25 | 18 66% |
| 10/22/2013 | 53,690 | --- | --- | 5 | 27 | 26,479,343 | 4,940,632 | $14 76 | $390,835,103 | $317,911,374 | 1 22% | 2,938,729 | 11 10% | 111,267 | 0 42% | 0 26 | 18 66% |
| 10/23/2013 | 28,368 | --- | --- | 5 | 27 | 26,479,343 | 4,940,632 | $14 56 | $385,539,234 | $313,603,632 | 0 28% | 2,938,729 | 11 10% | 111,267 | 0 42% | 0 28 | 18 66% |
| 10/24/2013 | 85,512 | --- | --- | 5 | 27 | 26,479,343 | 4,940,632 | $14 41 | $381,567,333 | $310,372,826 | 0 77% | 2,938,729 | 11 10% | 111,267 | 0 42% | 0 71 | 18 66% |
| 10/25/2013 | 27,128 | 351,241 | 1 33% | 5 | 27 | 26,479,343 | 4,940,632 | $14 33 | $379,448,985 | $308,649,729 | 0 14% | 2,938,729 | 11 10% | 111,267 | 0 42% | 1 22 | 18 66% |
| 10/28/2013 | 66,903 | --- | --- | 5 | 28 | 26,479,343 | 4,940,632 | $13 94 | $369,122,041 | $300,249,631 | 0 14% | 2,938,729 | 11 10% | 111,267 | 0 42% | 1 37 | 18 66% |
| 10/29/2013 | 136,690 | --- | --- | 5 | 28 | 26,479,343 | 4,940,632 | $13 70 | $362,766,999 | $295,080,341 | 4 71% | 2,938,729 | 11 10% | 111,267 | 0 42% | 1 37 | 18 66% |
| 10/30/2013 | 38,995 | --- | --- | 5 | 27 | 26,479,343 | 4,940,632 | $13 69 | $362,502,206 | $294,864,954 | 2 53% | 2,938,729 | 11 10% | 111,267 | 0 42% | 1 39 | 18 66% |
| 10/31/2013 | 45,254 | --- | --- | 5 | 27 | 26,479,343 | 4,940,632 | $14 08 | $372,829,149 | $303,265,051 | 2 40% | 2,938,729 | 11 10% | 46,088 | 0 17% | 0 59 | 18 66% |
| 11/1/2013 | 87,527 | 375,369 | 1 42% | 5 | 28 | 26,479,343 | 4,940,632 | $13 99 | $370,446,009 | $301,326,567 | 2 05% | 2,938,729 | 11 10% | 46,088 | 0 17% | 0 76 | 18 66% |
| 11/4/2013 | 52,828 | --- | --- | 5 | 28 | 26,479,343 | 4,940,632 | $14 57 | $385,804,028 | $313,819,019 | 2 15% | 2,938,729 | 11 10% | 46,088 | 0 17% | 0 75 | 18 66% |
| 11/5/2013 | 41,942 | --- | --- | 5 | 28 | 26,479,343 | 4,940,632 | $14 16 | $374,947,497 | $304,988,148 | 1 68% | 2,938,729 | 11 10% | 46,088 | 0 17% | 0 79 | 18 66% |
| 11/6/2013 | 62,464 | --- | --- | 5 | 27 | 26,479,343 | 4,940,632 | $14 70 | $389,246,342 | $316,619,052 | 1 92% | 2,938,729 | 11 10% | 46,088 | 0 17% | 0 78 | 18 66% |
| 11/7/2013 | 140,605 | --- | --- | 5 | 27 | 26,479,343 | 4,940,632 | $14 15 | $374,682,703 | $304,772,761 | 1 78% | 2,938,729 | 11 10% | 46,088 | 0 17% | 0 73 | 18 66% |
| 11/8/2013 | 43,345 | 341,184 | 1 29% | 5 | 28 | 26,476,143 | 4,940,632 | $13 88 | $367,488,865 | $298,912,893 | 0 86% | 2,938,729 | 11 10% | 46,088 | 0 17% | 0 72 | 18 66% |
| 11/11/2013 | 41,271 | --- | --- | 5 | 28 | 26,476,143 | 4,940,632 | $14 23 | $376,755,515 | $306,450,322 | 1 06% | 2,938,729 | 11 10% | 46,088 | 0 17% | 0 70 | 18 66% |
| 11/12/2013 | 71,839 | --- | --- | 5 | 27 | 26,476,143 | 4,940,632 | $14 15 | $374,637,423 | $304,727,481 | 0 99% | 2,938,729 | 11 10% | 46,088 | 0 17% | 0 68 | 18 66% |
| 11/13/2013 | 57,707 | --- | --- | 5 | 27 | 26,476,143 | 4,940,632 | $14 04 | $371,725,048 | $302,358,574 | 0 64% | 2,938,729 | 11 10% | 46,088 | 0 17% | 0 67 | 18 66% |
| 11/14/2013 | 62,174 | --- | --- | 5 | 27 | 26,476,143 | 4,940,632 | $14 05 | $371,989,809 | $302,573,930 | 0 50% | 2,938,729 | 11 10% | 46,088 | 0 17% | 0 68 | 18 66% |
| 11/15/2013 | 88,516 | 321,507 | 1 21% | 5 | 27 | 26,476,143 | 4,940,632 | $14 82 | $392,376,439 | $319,156,273 | 1 36% | 2,938,729 | 11 10% | 46,843 | 0 18% | 0 67 | 18 66% |
| 11/18/2013 | 130,654 | --- | --- | 5 | 27 | 26,476,143 | 4,940,632 | $14 99 | $396,877,384 | $322,817,310 | 1 93% | 2,938,729 | 11 10% | 46,843 | 0 18% | 0 69 | 18 66% |
| 11/19/2013 | 60,635 | --- | --- | 5 | 27 | 26,476,143 | 4,940,632 | $15 35 | $406,408,795 | $330,570,094 | 0 20% | 2,938,729 | 11 10% | 46,843 | 0 18% | 0 68 | 18 66% |
| 11/20/2013 | 15,548 | --- | --- | 5 | 27 | 26,476,143 | 4,940,632 | $15 18 | $401,907,851 | $326,909,057 | 0 72% | 2,938,729 | 11 10% | 46,843 | 0 18% | 0 69 | 18 66% |
| 11/21/2013 | 79,257 | --- | --- | 5 | 27 | 26,476,143 | 4,940,632 | $15 60 | $413,027,831 | $335,953,972 | 1 59% | 2,938,729 | 11 10% | 46,843 | 0 18% | 0 69 | 18 66% |
| 11/22/2013 | 479,588 | 765,682 | 2 89% | 5 | 28 | 26,476,143 | 4,940,632 | $17 75 | $469,951,538 | $382,255,320 | 1 58% | 2,938,729 | 11 10% | 46,843 | 0 18% | 0 52 | 18 66% |
| 11/25/2013 | 104,990 | --- | --- | 6 | 28 | 26,476,143 | 4,940,632 | $18 50 | $489,808,646 | $398,406,954 | 0 16% | 2,938,729 | 11 10% | 46,843 | 0 18% | 0 51 | 18 66% |
| 11/26/2013 | 62,663 | --- | --- | 6 | 27 | 26,476,143 | 4,940,632 | $17 82 | $471,804,868 | $383,762,806 | 0 45% | 2,938,729 | 11 10% | 46,843 | 0 18% | 0 53 | 18 66% |
| 11/27/2013 | 46,676 | --- | --- | 6 | 27 | 26,476,143 | 4,940,632 | $17 82 | $471,804,868 | $383,762,806 | 0 90% | 2,938,729 | 11 10% | 46,843 | 0 18% | 0 53 | 18 66% |
| 11/29/2013 | 30,494 | 244,823 | 0 92% | 6 | 27 | 26,476,143 | 4,940,632 | $18 10 | $479,218,188 | $389,792,749 | 1 28% | 2,938,729 | 11 10% | 54,375 | 0 21% | 0 62 | 18 66% |
| 12/2/2013 | 84,148 | --- | --- | 6 | 27 | 26,476,143 | 4,940,632 | $16 92 | $447,976,340 | $364,380,846 | 0 77% | 2,938,729 | 11 10% | 54,375 | 0 21% | 0 62 | 18 66% |
| 12/3/2013 | 74,555 | --- | --- | 6 | 27 | 26,476,143 | 4,940,632 | $17 43 | $461,479,172 | $375,363,957 | 0 40% | 2,938,729 | 11 10% | 54,375 | 0 21% | 0 61 | 18 66% |
| 12/4/2013 | 106,030 | --- | --- | 6 | 27 | 26,476,143 | 4,940,632 | $17 74 | $469,686,777 | $382,039,965 | 2 16% | 2,938,729 | 11 10% | 54,375 | 0 21% | 0 59 | 18 66% |
| 12/5/2013 | 86,742 | --- | --- | 6 | 28 | 26,476,143 | 4,940,632 | $17 02 | $450,623,954 | $366,534,397 | 1 01% | 2,938,729 | 11 10% | 54,375 | 0 21% | 0 58 | 18 66% |
| 12/6/2013 | 90,508 | 441,983 | 1 67% | 6 | 28 | 26,476,143 | 4,940,632 | $16 70 | $442,151,588 | $359,643,034 | 1 14% | 2,938,729 | 11 10% | 54,375 | 0 21% | 0 60 | 18 66% |
| 12/9/2013 | 218,210 | --- | --- | 6 | 28 | 26,476,143 | 4,940,632 | $17 18 | $454,860,137 | $369,980,079 | 0 46% | 2,938,729 | 11 10% | 54,375 | 0 21% | 0 55 | 18 66% |

**Exhibit 9**
**Market Efficiency Statistics for Montage Technology Group Ltd. Common Stock**
**September 25, 2013 through February 6, 2014**

| [1] Date | [2] Daily Volume | [3] Weekly Volume | [4] Weekly Volume / Shares Outstanding | [5] Analyst Coverage | [6] Market Makers | [7] Shares Outstanding | [8] Insider Holdings | [9] Price | [10] Market Capitalization of Equity | [11] Market Capitalization of Public Float | [12] % Bid-Ask Spread | [13] Institutional Holdings | [14] Institutional Holdings as % of Shares Outstanding | [15] Short Interest | [16] Short Interest as a % of Shares Outstanding | [17] Short Interest Ratio (days) | [18] % of Shares Held by Insiders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/2013 | 32,413 | --- | --- | 6 | 26 | 26,476,143 | 4,940,632 | $16 78 | $444,269,680 | $361,365,875 | 1 18% | 2,938,729 | 11 10% | 54,375 | 0 21% | 0 55 | 18 66% |
| 12/11/2013 | 53,948 | --- | --- | 6 | 26 | 26,476,143 | 4,940,632 | $16 46 | $435,797,314 | $354,474,511 | 0 48% | 2,938,729 | 11 10% | 54,375 | 0 21% | 0 55 | 18 66% |
| 12/12/2013 | 68,512 | --- | --- | 6 | 26 | 26,476,143 | 4,940,632 | $16 43 | $435,003,029 | $353,828,446 | 0 49% | 2,938,729 | 11 10% | 54,375 | 0 21% | 0 55 | 18 66% |
| 12/13/2013 | 88,552 | 461,635 | 1 74% | 6 | 26 | 26,476,143 | 4,940,632 | $17 95 | $475,246,767 | $386,562,422 | 0 28% | 2,938,729 | 11 10% | 17,997 | 0 07% | 0 18 | 18 66% |
| 12/16/2013 | 88,499 | --- | --- | 7 | 26 | 26,476,143 | 4,940,632 | $17 95 | $475,246,767 | $386,562,422 | 0 22% | 2,938,729 | 11 10% | 17,997 | 0 07% | 0 18 | 18 66% |
| 12/17/2013 | 148,552 | --- | --- | 7 | 27 | 26,476,143 | 4,940,632 | $17 61 | $466,244,878 | $379,240,349 | 0 57% | 2,938,729 | 11 10% | 17,997 | 0 07% | 0 18 | 18 66% |
| 12/18/2013 | 295,279 | --- | --- | 7 | 24 | 26,476,143 | 4,940,632 | $17 90 | $473,922,960 | $385,485,647 | 0 62% | 2,938,729 | 11 10% | 17,997 | 0 07% | 0 16 | 18 66% |
| 12/19/2013 | 36,543 | --- | --- | 8 | 26 | 26,476,143 | 4,940,632 | $17 74 | $469,686,777 | $382,039,965 | 0 73% | 2,938,729 | 11 10% | 17,997 | 0 07% | 0 16 | 18 66% |
| 12/20/2013 | 64,464 | 633,337 | 2 39% | 8 | 26 | 26,476,143 | 4,940,632 | $17 65 | $467,303,924 | $380,101,769 | 0 34% | 2,938,729 | 11 10% | 17,997 | 0 07% | 0 16 | 18 66% |
| 12/23/2013 | 56,469 | --- | --- | 8 | 28 | 26,476,143 | 4,940,632 | $17 25 | $456,713,467 | $371,487,565 | 1 61% | 2,938,729 | 11 10% | 17,997 | 0 07% | 0 20 | 18 66% |
| 12/24/2013 | 5,461 | --- | --- | 8 | 27 | 26,476,143 | 4,940,632 | $17 28 | $457,507,751 | $372,133,630 | 0 92% | 2,938,729 | 11 10% | 17,997 | 0 07% | 0 21 | 18 66% |
| 12/26/2013 | 44,461 | --- | --- | 8 | 27 | 26,476,143 | 4,940,632 | $17 29 | $457,772,512 | $372,348,985 | 0 92% | 2,938,729 | 11 10% | 17,997 | 0 07% | 0 21 | 18 66% |
| 12/27/2013 | 55,957 | 162,348 | 0 61% | 8 | 28 | 26,476,143 | 4,940,632 | $17 04 | $451,153,477 | $366,965,107 | 0 71% | 2,938,729 | 11 10% | 17,997 | 0 07% | 0 21 | 18 66% |
| 12/30/2013 | 108,778 | --- | --- | 8 | 28 | 26,476,143 | 4,940,632 | $16 51 | $437,121,121 | $355,551,287 | 0 61% | 2,938,729 | 11 10% | 17,997 | 0 07% | 0 20 | 18 66% |
| 12/31/2013 | 91,595 | --- | --- | 8 | 28 | 26,498,043 | 4,940,632 | $16 31 | $432,183,081 | $351,601,373 | 1 46% | 7,493,612 | 28 28% | 12,376 | 0 05% | 0 14 | 18 65% |
| 1/2/2014 | 179,029 | --- | --- | 8 | 27 | 26,498,043 | 4,940,632 | $17 65 | $467,690,459 | $380,488,304 | 1 77% | 7,493,612 | 28 28% | 12,376 | 0 05% | 0 13 | 18 65% |
| 1/3/2014 | 43,480 | 422,882 | 1 60% | 8 | 27 | 26,498,043 | 4,940,632 | $17 42 | $461,595,909 | $375,530,100 | 1 08% | 7,493,612 | 28 28% | 12,376 | 0 05% | 0 13 | 18 65% |
| 1/6/2014 | 37,889 | --- | --- | 8 | 26 | 26,498,043 | 4,940,632 | $17 29 | $458,151,163 | $372,727,636 | 1 90% | 7,493,612 | 28 28% | 12,376 | 0 05% | 0 14 | 18 65% |
| 1/7/2014 | 45,171 | --- | --- | 8 | 25 | 26,498,043 | 4,940,632 | $17 26 | $457,356,222 | $372,080,914 | 1 78% | 7,493,612 | 28 28% | 12,376 | 0 05% | 0 14 | 18 65% |
| 1/8/2014 | 273,163 | --- | --- | 8 | 27 | 26,498,043 | 4,940,632 | $19 60 | $519,361,643 | $422,525,256 | 0 15% | 7,493,612 | 28 28% | 12,376 | 0 05% | 0 14 | 18 65% |
| 1/9/2014 | 632,990 | --- | --- | 8 | 27 | 26,498,043 | 4,940,632 | $22 14 | $586,666,672 | $477,281,080 | 0 72% | 7,493,612 | 28 28% | 12,376 | 0 05% | 0 10 | 18 65% |
| 1/10/2014 | 260,051 | 1,249,264 | 4 71% | 8 | 26 | 26,498,043 | 4,940,632 | $23 06 | $611,044,872 | $497,113,898 | 2 54% | 7,493,612 | 28 28% | 12,376 | 0 05% | 0 09 | 18 65% |
| 1/13/2014 | 342,514 | --- | --- | 8 | 27 | 26,498,043 | 4,940,632 | $23 19 | $614,489,617 | $499,916,361 | 0 86% | 7,493,612 | 28 28% | 12,376 | 0 05% | 0 09 | 18 65% |
| 1/14/2014 | 127,110 | --- | --- | 8 | 28 | 26,498,043 | 4,940,632 | $22 32 | $591,436,320 | $481,161,414 | 0 54% | 7,493,612 | 28 28% | 12,376 | 0 05% | 0 08 | 18 65% |
| 1/15/2014 | 96,484 | --- | --- | 8 | 26 | 26,498,043 | 4,940,632 | $22 08 | $585,076,789 | $475,987,635 | 0 50% | 7,493,612 | 28 28% | 265,338 | 1 00% | 1 80 | 18 65% |
| 1/16/2014 | 192,808 | --- | --- | 8 | 28 | 26,498,043 | 4,940,632 | $23 99 | $635,688,052 | $517,162,290 | 0 96% | 7,493,612 | 28 28% | 265,338 | 1 00% | 1 78 | 18 65% |
| 1/17/2014 | 357,645 | 1,116,561 | 4 21% | 8 | 28 | 26,498,043 | 4,940,632 | $25 63 | $679,144,842 | $552,516,444 | 0 85% | 7,493,612 | 28 28% | 265,338 | 1 00% | 1 74 | 18 65% |
| 1/21/2014 | 128,244 | --- | --- | 8 | 28 | 26,498,043 | 4,940,632 | $24 29 | $643,637,464 | $523,629,513 | 0 66% | 7,493,612 | 28 28% | 265,338 | 1 00% | 1 69 | 18 65% |
| 1/22/2014 | 89,874 | --- | --- | 8 | 26 | 26,498,043 | 4,940,632 | $23 96 | $634,893,110 | $516,515,568 | 0 71% | 7,493,612 | 28 28% | 265,338 | 1 00% | 1 67 | 18 65% |
| 1/23/2014 | 165,506 | --- | --- | 8 | 26 | 26,498,043 | 4,940,632 | $23 91 | $633,568,208 | $515,437,697 | 0 88% | 7,493,612 | 28 28% | 265,338 | 1 00% | 1 62 | 18 65% |
| 1/24/2014 | 145,203 | 528,827 | 2 00% | 8 | 28 | 26,498,043 | 4,940,632 | $22 99 | $609,190,009 | $495,604,879 | 0 30% | 7,493,612 | 28 28% | 265,338 | 1 00% | 1 55 | 18 65% |
| 1/27/2014 | 311,848 | --- | --- | 8 | 26 | 26,498,043 | 4,940,632 | $21 06 | $557,916,295 | $453,891,289 | 1 28% | 7,493,612 | 28 28% | 265,338 | 1 00% | 1 44 | 18 65% |
| 1/28/2014 | 440,902 | --- | --- | 8 | 28 | 26,498,043 | 4,940,632 | $22 60 | $598,855,772 | $487,197,489 | 0 04% | 7,493,612 | 28 28% | 265,338 | 1 00% | 1 30 | 18 65% |
| 1/29/2014 | 330,969 | --- | --- | 8 | 27 | 26,498,043 | 4,940,632 | $21 80 | $577,657,337 | $469,951,560 | 0 55% | 7,493,612 | 28 28% | 265,338 | 1 00% | 1 24 | 18 65% |
| 1/30/2014 | 328,299 | --- | --- | 8 | 28 | 26,498,043 | 4,940,632 | $21 70 | $575,007,533 | $467,795,819 | 0 37% | 7,493,612 | 28 28% | 265,338 | 1 00% | 1 17 | 18 65% |
| 1/31/2014 | 1,995,581 | 3,407,601 | 12 39% | 8 | 30 | 27,498,043 | 4,940,632 | $21 98 | $604,406,985 | $495,811,894 | 0 05% | 7,493,612 | 27 25% | 682,790 | 2 48% | 2 15 | 17 97% |
| 2/3/2014 | 367,910 | --- | --- | 8 | 31 | 27,498,043 | 4,940,632 | $20 85 | $573,334,197 | $470,322,019 | 0 95% | 7,493,612 | 27 25% | 682,790 | 2 48% | 2 05 | 17 97% |
| 2/4/2014 | 555,174 | --- | --- | 8 | 31 | 27,498,043 | 4,940,632 | $22 52 | $619,255,928 | $507,992,896 | 0 04% | 7,493,612 | 27 25% | 682,790 | 2 48% | 1 90 | 17 97% |
| 2/5/2014 | 501,327 | --- | --- | 8 | 30 | 27,498,043 | 4,940,632 | $21 21 | $583,233,492 | $478,442,687 | 0 61% | 7,493,612 | 27 25% | 682,790 | 2 48% | 1 79 | 17 97% |
| 2/6/2014 | 6,394,104 | 7,818,515 | 28 43% | 8 | 31 | 27,498,043 | 4,940,632 | $17 45 | $479,840,850 | $393,626,822 | 0 23% | 7,493,612 | 27 25% | 682,790 | 2 48% | 0 99 | 17 97% |

**Class Period (9/25/2013 - 2/6/2014)**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 26,481,043 | 20,119,209 | | | | | | | | | | | | | | | |
| Maximum | 6,394,104 | 7,818,515 | 28 43% | 8 0 | 31 | 27,498,043 | 4,940,632 | $25 63 | $679,144,842 | $552,516,444 | 4 71% | 7,493,612 | 28 28% | 682,790 | 2 48% | 2 15 | 18 66% |
| Average | 287,837 | 1,058,906 | 3 92% | 5 3 | 27 | 26,537,758 | 4,940,632 | $16 98 | $452,907,334 | $368,630,087 | 1 02% | 4,254,584 | 16 01% | 105,334 | 0 39% | 0 62 | 18 62% |
| Median | 87,456 | 441,983 | 1 67% | 6 0 | 27 | 26,479,343 | 4,940,632 | $16 70 | $443,210,634 | $360,504,454 | 0 87% | 2,938,729 | 11 10% | 46,843 | 0 18% | 0 55 | 18 66% |
| Minimum | 5,461 | 162,348 | 0 61% | 0 0 | 23 | 26,476,143 | 4,940,632 | $10 00 | $338,935,590 | $275,695,501 | 0 04% | 2,938,729 | 11 10% | 1,650 | 0 01% | 0 00 | 17 97% |

**Exhibit 9**
**Market Efficiency Statistics for Montage Technology Group Ltd. Common Stock**
**September 25, 2013 through February 6, 2014**

| [1] | [2] | [3] | [4] Weekly Volume / Shares Outstanding | [5] Analyst Coverage | [6] Market Makers | [7] Shares Outstanding | [8] Insider Holdings | [9] Price | [10] Market Capitalization of Equity | [11] Market Capitalization of Public Float | [12] % Bid-Ask Spread | [13] Institutional Holdings | [14] Institutional Holdings as % of Shares Outstanding | [15] Short Interest | [16] Short Interest as a % of Shares Outstanding | [17] Short Interest Ratio (days) | [18] % of Shares Held by Insiders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | | | | | | | | | | | | | | | |

**Notes:**

[1] Trading date

[2] Reported daily composite volume   Source: Bloomberg

[3] Weekly volume is sum of volume during the week (partial week at the beginning of the Class Period is excluded and partial week at the end of the Class Period is included)

[4] = [3] / [7]

[5] Equals total analysts making a recommendation on the stock   Source: Bloomberg

[6] Source: The Center for Research in Security Prices (CRSP)

[7] Source: Company SEC filings  Shares outstanding as set to n/a on 9/25/2013   Shares from the Montage initial public offering ("IPO") and converted preferred to common shares are considered outstanding beginning on 9/26/2013

[8] Source: Company SEC filings  Insider shares are set to n/a on 9/25/2013   Insider shares are considered outstanding beginning on 9/26/2013 consistent with [7] above   Insider holdings include shares held by: (i) officers and directors after the IPO (shares purchased in the IPO not reflected, and excluding shares from unexercised options), plus (ii) 235,000 shares at 9/26/2013 purchased by executive officers in the Montage IPO, which is approximated as the difference between the respective executive officer holdings after the IPO (shares purchased in the IPO not reflected) and the executive officer holdings at December 31, 2013; and (ii) 2 4 million shares held by AsiaVest after the IPO and after exercise of the over-allotment shares (AsiaVest was assumed to be an insider because a partner of AsiaVest was a member of Montage board of directors)

[9] Closing composite stock price   Source: Bloomberg

[10] = [7] x [9]

[11] = ([7]-[8]) x [9]

[12] % Bid-Ask Spread   Closing ask price minus closing bid price, divided by the mid-point of bid-ask prices   Non-positive bid-ask spreads are reported as "--"   Source: CRSP

[13] Institutional holdings measured at end of each quarter   Institutional holdings are set to "n/a" before 9/30/2013 when the data was first provided   Source: Thomson Reuters; Montage Form 424B4 filed on 9/26/2013, p  105 and Montage Form 424B4 filed on 1/31/2014, p  109 (for shares held by Intel Capital at 9/30/2013 that were not included in the Thomson Reuters data)

[14] = [13] / [7]

[15] Source: Bloomberg   Short interest is set to "n/a" before 9/30/2013 when no data was reported

[16] = [15] / [7]

[17] = [15] / rolling average volume for 20 trading days through the current day from [2]   Prior to 10/23/2013, the average trading volume equals the average trading volume from 9/26/2013 to the current day

[18] = [8] / [7]

**Exhibit 10**
**Montage Analyst Reports from September 25, 2013 to February 7, 2014**

| Date | Time | Note | Analyst | Title | Primary Report | Secondary Report |
|------|------|------|---------|-------|----------------|------------------|
| 10/21/2013 | 12:11 AM | [1] | Barclays | Montage Technology Group Ltd.: Initiating OW - Memory Interface Builds on Emerging Market STB Base | x | |
| 10/21/2013 | 4:18 AM | [1] | Wells Fargo Securities | MONT: Initiating Coverage On Montage With An Outperform Rating | x | |
| 10/21/2013 | 3:11 AM | [2] | Deutsche Bank Equity Research | Montage Technology : Initiate with Buy rating on STB and buffer chip leader | x | |
| 10/21/2013 | 7:06 AM | [1] | Needham & Company | Initiating Coverage of Leading Chinese Analog IC Supplier with a Buy Rating | x | |
| 10/21/2013 | 9:45 AM | [3] | Stifel | Montage Technology Group Rated New 'Buy' at Stifel [Bloomberg News article headline] | x | |
| 10/28/2013 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 10/29/2013 | 9:31 AM | [1] | Wells Fargo Securities | MONT: A Look At Montage's LRDIMM Opportunity | x | |
| 10/30/2013 | 10:26 AM | [1] | Wells Fargo Securities | MONT: RDIMM/LRDIMM Comments From Inphi's Earnings Call | x | |
| 11/4/2013 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 11/5/2013 | 6:08 AM | [2] | Deutsche Bank Equity Research | Montage Technology Alert : 3Q13 Preview: Expect few surprises | x | |
| 11/7/2013 | 12:55 PM | [1] | Barclays | Montage Technology Group Ltd.: Story on Track with a Solid First Quarter out of the Box | x | |
| 11/7/2013 | 7:33 AM | [1] | Wells Fargo Securities | MONT: Montage's Earnings - Quick First Thoughts Prior To Call | x | |
| 11/7/2013 | 1:04 PM | [1] | Wells Fargo Securities | MONT: 6-13%Sequential Growth In December Quarter | x | |
| 11/7/2013 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 11/7/2013 | 2:03 PM | [2] | Deutsche Bank Equity Research | Montage Technology : 3Q13 Results: Product cycles drive upside | x | |
| 11/7/2013 | 4:27 PM | [1] | Needham & Company | Jumps Out of the Box with Strong Results and Guidance | x | |
| 11/13/2013 | 4:24 PM | [1] | Wells Fargo Securities | MONT: TMT Conference Presentation | x | |
| 11/14/2013 | 2:31 PM | [1] | Wells Fargo Securities | MONT: Solid Profitability, Good Growth Prospects. | x | |
| 11/15/2013 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 11/19/2013 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 11/22/2013 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 11/22/2013 | 9:14 AM | [3] | Stifel | UPDATE: Stifel Reiterates on Montage Technology Group Following Investor Meetings [Bloomberg News article headline] | x | |
| 11/25/2013 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 12/5/2013 | 2:00 AM | [2] | S&P Capital IQ Compustat Company | Montage Technology Group Ltd 2013_12_05 | | x |
| 12/10/2013 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 12/16/2013 | 7:56 AM | [2] | Chardan Capital Markets, LLC | Poised for Growth in STB and Memory IC Markets; Initiating Coverage; $26 PT | x | |
| 12/19/2013 | 4:21 PM | [2] | Topeka Capital Markets | Emerging Consumer and Cloud Semiconductor Play - Initiating With a Buy | x | |
| 12/20/2013 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 1/1/2014 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 1/2/2014 | 2:16 PM | [2] | S&P Capital IQ Compustat Company | Montage Technology Group Ltd 2014_01_02 | | x |
| 1/6/2014 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 1/7/2014 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 1/8/2014 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 1/9/2014 | 12:38 PM | [1] | Barclays | Montage Technology Group Ltd.: Raises Q4 Guidance on Stronger Memory Interface and STB Sales | x | |
| 1/9/2014 | 9:45 AM | [1] | Wells Fargo Securities | MONT: Announces Preliminary Q4 Results Above Guidance | x | |
| 1/9/2014 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 1/9/2014 | 8:21 AM | [2] | Chardan Capital Markets, LLC | Raises Q4:13 guidance on Strength in Memory Interface Segment; Reiterate Buy | x | |
| 1/9/2014 | 10:28 AM | [2] | Topeka Capital Markets | Broad Upside in Quarter Ahead of Prior Expectations; Reiterate Buy Rating | x | |
| 1/9/2014 | 10:31 AM | [2] | Deutsche Bank Equity Research | Montage Technology Alert : 4Q13 Results: Positive pre-announcement | x | |
| 1/9/2014 | 1:15 PM | [1] | Needham & Company | Memory Products Drive Upside to 4Q13 Guidance; Raising Price Target to $25 | x | |
| 1/10/2014 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |

**Exhibit 10**
**Montage Analyst Reports from September 25, 2013 to February 7, 2014**

| Date | Time | Note | Analyst | Title | Primary Report | Secondary Report |
|---|---|---|---|---|---|---|
| 1/10/2014 | 7:32 AM | [2] | Topeka Capital Markets | Topeka First Point - Jan 10 2014 AVY GPS AEO ANF SIG PSUN MONT XEC Internet | x | |
| 1/16/2014 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 1/17/2014 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 1/20/2014 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 1/27/2014 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 1/27/2014 | 10:03 AM | [2] | Topeka Capital Markets | Expense Update Following Positive Revenue Preannouncement; Raising PT to $32 | x | |
| 2/4/2014 | 2:06 PM | [1] | Wells Fargo Securities | MONT: RDIMM/LRDIMM Comments From Inphi's Earnings Call | x | |
| 2/6/2014 | NA | | Zacks Investment Research Inc. | MONTAGE TECH GP (MONT) Zacks Company Snapshot | | x |
| 2/6/2014 | 12:49 PM | [2] | S&P Capital IQ Compustat Company | Montage Technology Group Ltd 2014_02_06 | | x |
| 2/6/2014 | 10:45 AM | [3] | Gravity Research | Initiating Coverage on Montage Technology Group Ltd. (NASDAQ:MONT) – Strong Sell | x | |
| 2/7/2014 | 8:49 AM | [2] | Deutsche Bank Equity Research | Montage Technology Alert : Montage responds | x | |
| 2/7/2014 | 12:50 PM | [3] | Stifel | MONT: Recommendations [Bloomberg News article headline] | x | |
| | | | | Total Count (9/25/2013 to 2/6/2014) | 28 | 23 |

| | Count and Classification of Reports by Analyst: | Primary Report | Secondary Report |
|---|---|---|---|
| | Barclays | 3 | |
| | Chardan Capital Markets, LLC | 2 | |
| | Deutsche Bank Equity Research | 4 | |
| | Gravity Research | 1 | |
| | Needham & Company | 3 | |
| | S&P Capital IQ Compustat Company | | 3 |
| | Stifel | 2 | |
| | Topeka Capital Markets | 4 | |
| | Wells Fargo Securities | 9 | |
| | Zacks Investment Research Inc. | | 20 |
| | Total Count (9/25/2013 to 2/6/2014) | 28 | 23 |

**Notes:**
[1] Source for time that report was issued: Thomson Reuters.
[2] Source for time that report was issued: Capital IQ.
[3] Source for time that report was issued: Bloomberg.
*Source  Thomson One, Thomson Reuters Knowledge, Capital IQ electronic databases, Bloomberg, gravityresearchgroup.com, and news articles in Appendix A.*
*See  Report for criteria used to classify reports as primary or secondary.*

**Exhibit 11A**
**Traded Volume by Market Participant for Montage Technology Group, Ltd.**
**Common Stock from September 2013 to February 2014**
**(in Traded Volume Order)**

| [1] | [2] | [3] | [4] |
|---|---|---|---|
| # | Market Participant | Traded Volume | % of Reported Volume |
| 1 | Interactive Brokers LLC | 2,523,368 | 6.9% |
| 2 | UBS Securities LLC | 1,753,749 | 4.8% |
| 3 | Morgan Stanley & Co. LLC | 1,652,539 | 4.5% |
| 4 | Instinet, LLC | 1,629,231 | 4.5% |
| 5 | Credit Suisse Securities (USA) LLC | 1,360,528 | 3.7% |
| 6 | Barclays Capital Inc. | 1,161,041 | 3.2% |
| 7 | Wedbush Securities Inc. | 1,086,735 | 3.0% |
| 8 | Knight Capital Americas LLC | 1,057,622 | 2.9% |
| 9 | Goldman, Sachs & Co. | 1,054,214 | 2.9% |
| 10 | Deutsche Bank Securities Inc. | 845,364 | 2.3% |
| 11 | J.P. Morgan Securities LLC | 385,556 | 1.1% |
| 12 | Citadel Securities LLC | 362,826 | 1.0% |
| 13 | Automated Trading Desk Financial Services, LLC | 245,647 | 0.7% |
| 14 | Lime Brokerage LLC | 215,845 | 0.6% |
| 15 | Dart Executions, LLC | 211,387 | 0.6% |
| 16 | Electronic Transaction Clearing, Inc. | 179,273 | 0.5% |
| 17 | Tradebot Systems, Inc. | 123,993 | 0.3% |
| 18 | E*Trade Securities LLC | 112,794 | 0.3% |
| 19 | SG Americas Securities, LLC | 95,512 | 0.3% |
| 20 | Weeden & Co.L.P. | 91,598 | 0.3% |
| 21 | Citigroup Global Markets Inc. | 87,986 | 0.2% |
| 22 | Convergex Execution Solutions LLC | 84,868 | 0.2% |
| 23 | Janney Montgomery Scott Inc. | 68,551 | 0.2% |
| 24 | ITG Inc. | 66,863 | 0.2% |
| 25 | MKM Partners LLC | 65,000 | 0.2% |
| 26 | RJL Capital Group, LLC | 56,650 | 0.2% |
| 27 | Vandham Securities Corp. | 47,550 | 0.1% |
| 28 | Bloomberg Tradebook LLC | 47,103 | 0.1% |
| 29 | Livingston Monroe Capital Group Inc. | 46,300 | 0.1% |
| 30 | Wells Fargo Securities, LLC. | 45,549 | 0.1% |
| 31 | Triad Securities Corp | 39,000 | 0.1% |
| 32 | Potamus Trading, LLC | 38,841 | 0.1% |
| 33 | PDQ ATS. Inc. | 38,636 | 0.1% |
| 34 | Cuttone & Co., INC. | 33,333 | 0.1% |
| 35 | First Clearing, LLC | 25,474 | 0.1% |
| 36 | Jefferies LLC | 24,243 | 0.1% |
| 37 | Global-American Investments, Inc. | 22,900 | 0.1% |
| 38 | Maxim Group LLC | 20,808 | 0.1% |
| 39 | Lek Securities Corporation | 20,124 | 0.1% |
| 40 | National Financial Services LLC | 17,988 | 0.0% |
| 41 | Tradestation Securities, Inc. | 17,758 | 0.0% |

**Exhibit 11A**
**Traded Volume by Market Participant for Montage Technology Group, Ltd.**
**Common Stock from September 2013 to February 2014**
**(in Traded Volume Order)**

| [1] | [2] | [3] | [4] |
|---|---|---|---|
| | | | % of |
| | | Traded | Reported |
| # | Market Participant | Volume | Volume |
| 42 | BTIG, LLC | 15,547 | 0.0% |
| 43 | Needham & Company, LLC | 15,375 | 0.0% |
| 44 | TD Ameritrade Clearing, INC. | 10,563 | 0.0% |
| 45 | Trade Manage Capital, Inc. | 10,480 | 0.0% |
| 46 | Essex Radez LLC | 10,414 | 0.0% |
| 47 | Cantor Fitzgerald & Co. | 9,489 | 0.0% |
| 48 | White Bay PT LLC | 8,815 | 0.0% |
| 49 | Sungard Brokerage & Securities Services, LLC | 8,403 | 0.0% |
| 50 | Robert W. Baird & Co. Incorporated | 8,091 | 0.0% |
| 51 | Viewtrade Securities, Inc. | 8,026 | 0.0% |
| 52 | M. S. Howells & Co. | 7,408 | 0.0% |
| 53 | Sanford C. Bernstein & Co., LLC | 6,487 | 0.0% |
| 54 | KCCI, Ltd. | 5,500 | 0.0% |
| 55 | Brut, LLC | 5,112 | 0.0% |
| 56 | Piper Jaffray & Co. | 5,000 | 0.0% |
| 57 | Johnson Rice & Company L.L.C. | 4,500 | 0.0% |
| 58 | Stifel, Nicolaus & Company, Incorporated | 4,427 | 0.0% |
| 59 | Albert Fried & Company, LLC | 4,050 | 0.0% |
| 60 | Ladenburg, Thalmann & Co., Inc. | 3,800 | 0.0% |
| 61 | Stock USA Investments | 2,500 | 0.0% |
| 62 | Montecito Advisors, Inc. | 2,350 | 0.0% |
| 63 | Rafferty Capital Markets, LLC | 2,300 | 0.0% |
| 64 | Speedroute LLC | 2,293 | 0.0% |
| 65 | Wolverine Execution Services, LLC | 1,912 | 0.0% |
| 66 | Legend Securities, Inc. | 1,200 | 0.0% |
| 67 | O'Neil Securities, Incorporated | 1,165 | 0.0% |
| 68 | Charles Schwab & Co., Inc. | 1,000 | 0.0% |
| 69 | Cutler Group, LP | 1,000 | 0.0% |
| 70 | First New York Securities L.L.C. | 800 | 0.0% |
| 71 | Kepler Capital Markets, Inc. | 700 | 0.0% |
| 72 | BMA SECURITIES | 400 | 0.0% |
| 73 | ABN Amro Clearing LLC | 300 | 0.0% |
| 74 | ATM Execution LLC | 100 | 0.0% |
| 75 | JonesTrading | 100 | 0.0% |
| 76 | MB Trading | 50 | 0.0% |
| 77 | Other | 1,222,510 | 3.3% |
| | Total | 18,456,514 | 50.4% |

**Exhibit 11B**
**Traded Volume by Market Participant for Montage Technology Group, Ltd.**
**Common Stock from September 2013 to February 2014**
**(in Alphabetical Order)**

| [1] | [2] | [3] | [4] |
|---|---|---|---|
| | | | **% of** |
| | | **Traded** | **Reported** |
| **#** | **Market Participant** | **Volume** | **Volume** |
| 1 | ABN Amro Clearing LLC | 300 | 0.0% |
| 2 | Albert Fried & Company, LLC | 4,050 | 0.0% |
| 3 | ATM Execution LLC | 100 | 0.0% |
| 4 | Automated Trading Desk Financial Services, LLC | 245,647 | 0.7% |
| 5 | Barclays Capital Inc. | 1,161,041 | 3.2% |
| 6 | Bloomberg Tradebook LLC | 47,103 | 0.1% |
| 7 | BMA SECURITIES | 400 | 0.0% |
| 8 | Brut, LLC | 5,112 | 0.0% |
| 9 | BTIG, LLC | 15,547 | 0.0% |
| 10 | Cantor Fitzgerald & Co. | 9,489 | 0.0% |
| 11 | Charles Schwab & Co., Inc. | 1,000 | 0.0% |
| 12 | Citadel Securities LLC | 362,826 | 1.0% |
| 13 | Citigroup Global Markets Inc. | 87,986 | 0.2% |
| 14 | Convergex Execution Solutions LLC | 84,868 | 0.2% |
| 15 | Credit Suisse Securities (USA) LLC | 1,360,528 | 3.7% |
| 16 | Cutler Group, LP | 1,000 | 0.0% |
| 17 | Cuttone & Co., INC. | 33,333 | 0.1% |
| 18 | Dart Executions, LLC | 211,387 | 0.6% |
| 19 | Deutsche Bank Securities Inc. | 845,364 | 2.3% |
| 20 | E*Trade Securities LLC | 112,794 | 0.3% |
| 21 | Electronic Transaction Clearing, Inc. | 179,273 | 0.5% |
| 22 | Essex Radez LLC | 10,414 | 0.0% |
| 23 | First Clearing, LLC | 25,474 | 0.1% |
| 24 | First New York Securities L.L.C. | 800 | 0.0% |
| 25 | Global-American Investments, Inc. | 22,900 | 0.1% |
| 26 | Goldman, Sachs & Co. | 1,054,214 | 2.9% |
| 27 | Instinet, LLC | 1,629,231 | 4.5% |
| 28 | Interactive Brokers LLC | 2,523,368 | 6.9% |
| 29 | ITG Inc. | 66,863 | 0.2% |
| 30 | J.P. Morgan Securities LLC | 385,556 | 1.1% |
| 31 | Janney Montgomery Scott Inc. | 68,551 | 0.2% |
| 32 | Jefferies LLC | 24,243 | 0.1% |
| 33 | Johnson Rice & Company L.L.C. | 4,500 | 0.0% |
| 34 | JonesTrading | 100 | 0.0% |
| 35 | KCCI, Ltd. | 5,500 | 0.0% |
| 36 | Kepler Capital Markets, Inc. | 700 | 0.0% |
| 37 | Knight Capital Americas LLC | 1,057,622 | 2.9% |
| 38 | Ladenburg, Thalmann & Co., Inc. | 3,800 | 0.0% |
| 39 | Legend Securities, Inc. | 1,200 | 0.0% |
| 40 | Lek Securities Corporation | 20,124 | 0.1% |
| 41 | Lime Brokerage LLC | 215,845 | 0.6% |

**Exhibit 11B**
**Traded Volume by Market Participant for Montage Technology Group, Ltd.**
**Common Stock from September 2013 to February 2014**
**(in Alphabetical Order)**

| [1] | [2] | [3] | [4] |
|---|---|---|---|
| | | | **% of** |
| | | **Traded** | **Reported** |
| **#** | **Market Participant** | **Volume** | **Volume** |
| 42 | Livingston Monroe Capital Group Inc. | 46,300 | 0.1% |
| 43 | M. S. Howells & Co. | 7,408 | 0.0% |
| 44 | Maxim Group LLC | 20,808 | 0.1% |
| 45 | MB Trading | 50 | 0.0% |
| 46 | MKM Partners LLC | 65,000 | 0.2% |
| 47 | Montecito Advisors, Inc. | 2,350 | 0.0% |
| 48 | Morgan Stanley & Co. LLC | 1,652,539 | 4.5% |
| 49 | National Financial Services LLC | 17,988 | 0.0% |
| 50 | Needham & Company, LLC | 15,375 | 0.0% |
| 51 | O'Neil Securities, Incorporated | 1,165 | 0.0% |
| 52 | PDQ ATS. Inc. | 38,636 | 0.1% |
| 53 | Piper Jaffray & Co. | 5,000 | 0.0% |
| 54 | Potamus Trading, LLC | 38,841 | 0.1% |
| 55 | Rafferty Capital Markets, LLC | 2,300 | 0.0% |
| 56 | RJL Capital Group, LLC | 56,650 | 0.2% |
| 57 | Robert W. Baird & Co. Incorporated | 8,091 | 0.0% |
| 58 | Sanford C. Bernstein & Co., LLC | 6,487 | 0.0% |
| 59 | SG Americas Securities, LLC | 95,512 | 0.3% |
| 60 | Speedroute LLC | 2,293 | 0.0% |
| 61 | Stifel, Nicolaus & Company, Incorporated | 4,427 | 0.0% |
| 62 | Stock USA Investments | 2,500 | 0.0% |
| 63 | Sungard Brokerage & Securities Services, LLC | 8,403 | 0.0% |
| 64 | TD Ameritrade Clearing, INC. | 10,563 | 0.0% |
| 65 | Trade Manage Capital, Inc. | 10,480 | 0.0% |
| 66 | Tradebot Systems, Inc. | 123,993 | 0.3% |
| 67 | Tradestation Securities, Inc. | 17,758 | 0.0% |
| 68 | Triad Securities Corp | 39,000 | 0.1% |
| 69 | UBS Securities LLC | 1,753,749 | 4.8% |
| 70 | Vandham Securities Corp. | 47,550 | 0.1% |
| 71 | Viewtrade Securities, Inc. | 8,026 | 0.0% |
| 72 | Wedbush Securities Inc. | 1,086,735 | 3.0% |
| 73 | Weeden & Co.L.P. | 91,598 | 0.3% |
| 74 | Wells Fargo Securities, LLC. | 45,549 | 0.1% |
| 75 | White Bay PT LLC | 8,815 | 0.0% |
| 76 | Wolverine Execution Services, LLC | 1,912 | 0.0% |
| 77 | Other | 1,222,510 | 3.3% |
| | Total | 18,456,514 | 50.4% |

**Exhibit 11B**
**Traded Volume by Market Participant for Montage Technology Group, Ltd.**
**Common Stock from September 2013 to February 2014**
**(in Alphabetical Order)**

| [1] | [2] | [3] | [4] |
|---|---|---|---|
|  |  |  | **% of** |
|  |  | **Traded** | **Reported** |
| **#** | **Market Participant** | **Volume** | **Volume** |

**Notes:**

[1]  Number of market participants in [2] from September 2013 to February 2014.

[2]  Market participant ("MP") name that traded Montage stock on Nasdaq.  MPs with the same name, but different MP identification code ("MPID") have been combined into a single MP name.  Data for Wells Fargo Prime Services, LLC and Wells Fargo Securities, LLC. were combined as Wells Fargo Securities, LLC.  MP name for MPID "BLTR" obtained from the Nasdaq symbol directory downloaded from http://ftp nasdaqtrader.com/symboldirectory/mpidlist.txt.  Data for MPIDs with no MP name have been combined as Other.

[3]  Volume of shares traded by market participant from September 2013 to February 2014.

[4]  Equals [3] divided by total reported volume from September 26, 2013 to February 28, 2014. Source of data: Nasdaq.

**Exhibit 12 - Comparison of Montage's Ranking of Market Efficiency Statistics**

| Security Name | Exchange | Class Period Start | Class Period End | Decision | Decision Year | Weekly Volume/Shares Outstanding | Market Cap | # of Analysts[1] | Market Makers[2] | Bid-Ask Spread % | Short Interest as % of Shares Outstanding | Institutional Holdings as % of Shares Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Catalyst Pharmaceutical Partners Inc | NASDAQ | 8/27/2013 | 10/18/2013 | Efficient | 2014 | 24 6% | $135,629,167 | 3 4 | 35 | 0 42% | 11 1% | 19 5% |
| JPMorgan Chase & Co | NYSE | 4/13/2012 | 5/21/2012 | Efficient | 2015 | 6 2% | $155,321,944,457 | 40 0 | NYSE | 0 02% | 0 7% | 75 9% |
| Exide Technologies, Inc | NASDAQ | 6/1/2011 | 5/24/2013 | Efficient | 2015 | 6 2% | $272,232,872 | 7 6 | 53 | 0 31% | 6 7% | 78 5% |
| Radient Pharmaceuticals Corporation | NYSE | 1/18/2011 | 3/4/2011 | Efficient | 2012 | 31 7% | $56,075,784 | n/a | NYSE | 0 58% | 4 2% | 3 7% |
| Pain Therapeutics, Inc | NASDAQ | 12/27/2010 | 6/26/2011 | Efficient | 2013 | 4 7% | $350,863,503 | 2 1 | 47 | 0 15% | 4 7% | 64 4% |
| Diamond Foods, Inc | NASDAQ | 10/5/2010 | 2/8/2012 | Efficient | 2013 | 17 3% | $1,231,815,245 | 13 2 | 51 | 0 09% | 33 7% | 100 0% |
| Keyuan Petrochemicals, Inc | NASDAQ | 8/16/2010 | 10/7/2011 | Efficient | 2012 | 3 6% | $126,324,108 | 1 0 | 14 | 2 61% | 0 3% | 23 1% |
| Prudential Financial, Inc | NYSE | 5/5/2010 | 11/4/2011 | Efficient | 2015 | 4 6% | $27,110,007,732 | 20 2 | NYSE | 0 02% | 1 1% | 61 9% |
| China MediaExpress Holdings, Inc | NASDAQ | 4/1/2010 | 3/11/2011 | Efficient | 2014 | 17 1% | $456,609,546 | 1 9 | 29 | 0 25% | 9 2% | 14 2% |
| China Integrated Energy Inc | NASDAQ | 3/31/2010 | 4/21/2011 | Efficient | 2015 | 7 6% | $262,476,470 | 3 6 | 32 | 0 36% | 5 9% | 22 8% |
| FCStone Group, Inc | NASDAQ | 11/3/2008 | 2/24/2009 | Efficient | 2012 | 11 1% | $108,347,452 | 5 4 | 44 | 0 59% | 5 3% | 66 2% |
| Computer Sciences Corporation | NYSE | 8/5/2008 | 8/9/2011 | Efficient | 2012 | 4 2% | $6,913,687,657 | 14 5 | NYSE | 0 06% | 2 2% | 90 9% |
| Caraco Pharmaceutical Laboratories Ltd | NYSE | 5/29/2008 | 6/25/2009 | Efficient | 2012 | 1 3% | $287,290,708 | 1 0 | NYSE | 0 56% | 1 2% | 17 9% |
| Heckmann Corp | NYSE | 5/20/2008 | 5/8/2009 | Efficient | 2013 | 4 3% | $607,183,628 | 0 8 | NYSE | 0 51% | 4 8% | 72 7% |
| First Solar, Inc | NASDAQ | 4/30/2008 | 2/28/2012 | Efficient | 2013 | 18 0% | $11,593,238,152 | 40 7 | 63 | 0 10% | 14 5% | 72 5% |
| Regions Financial Corporation | NYSE | 2/27/2008 | 1/19/2009 | Efficient | 2014 | 10 1% | $9,279,673,743 | 18 8 | NYSE | 0 20% | 8 2% | 47 6% |
| Synchronoss Technologies, Inc | NASDAQ | 2/4/2008 | 6/9/2008 | Efficient | 2010 | 18 8% | $578,066,205 | 8 1 | 42 | 0 16% | 12 6% | 81 1% |
| Westinghouse Solar, Inc (Akeena Solar) | NASDAQ | 12/26/2007 | 3/13/2008 | Efficient | 2011 | 53 2% | $219,438,949 | 1 6 | 43 | 0 43% | 7 5% | 26 9% |
| SuperMedia Inc (Idearc, Inc ) | NYSE | 8/9/2007 | 10/30/2008 | Efficient | 2011 | 9 6% | $1,725,156,911 | 5 8 | NYSE | 0 59% | 15 3% | 86 8% |
| LDK Solar Co , Ltd | NYSE | 6/1/2007 | 10/7/2007 | Efficient | 2009 | 8 0% | $4,494,360,940 | 4 9 | NYSE | 0 45% | 0 7% | 10 5% |
| Electronic Game Card, Inc [3] | OTC | 4/5/2007 | 5/18/2010 | Efficient | 2015 | 3 3% | $41,683,552 | 0 6 | n/a | 3 45% | 1 0% | 20 2% |
| Sonoco Products Co | NYSE | 2/7/2007 | 9/18/2007 | Efficient | 2010 | 2 6% | $3,947,062,651 | 7 4 | NYSE | 0 15% | 1 2% | 75 0% |
| The Goldman Sachs Group, Inc | NYSE | 2/5/2007 | 6/10/2010 | Efficient | 2015 | 16 0% | $73,065,899,775 | 22 5 | NYSE | 0 08% | 2 4% | 75 2% |
| Schering-Plough Corporation | NYSE | 1/3/2007 | 3/28/2008 | Efficient | 2012 | 4 0% | $42,458,565,920 | 21 2 | NYSE | 0 07% | 1 2% | 86 1% |
| Merck & Co  Inc | NYSE | 12/6/2006 | 3/28/2008 | Efficient | 2012 | 2 8% | $108,129,479,548 | 23 6 | NYSE | 0 06% | 1 1% | 76 8% |
| Sprint Nextel Corp | NYSE | 10/26/2006 | 2/27/2008 | Efficient | 2014 | 3 8% | $50,354,657,900 | 32 2 | NYSE | 0 12% | 1 8% | 99 7% |
| Moody's Corp | NYSE | 2/3/2006 | 10/24/2007 | Efficient | 2011 | 4 4% | $17,270,587,190 | 12 9 | NYSE | 0 08% | 3 9% | 97 0% |
| Tronox Inc  (Class A) | NYSE | 11/21/2005 | 1/12/2009 | Efficient | 2010 | 8 8% | $195,960,865 | 3 5 | NYSE | 0 68% | 5 1% | 100 0% |
| Tronox Inc  (Class B) | NYSE | 11/21/2005 | 1/12/2009 | Efficient | 2010 | 5 1% | $228,485,532 | 3 5 | NYSE | 1 49% | 9 8% | 100 0% |
| Inyx Inc [4] | OTC | 4/1/2005 | 7/2/2007 | Efficient | 2011 | 2 4% | $98,461,345 | 1 6 | n/a | 1 59% | n/a | 12 8% |
| NetBank Inc | NASDAQ | 3/16/2005 | 5/21/2007 | Efficient | 2009 | 2 7% | $300,271,809 | 8 9 | 49 | 0 29% | 5 6% | 81 8% |
| Nature's Sunshine Products Inc | NASDAQ | 3/16/2005 | 3/20/2006 | Efficient | 2008 | 1 9% | $283,580,159 | 2 6 | 21 | 0 32% | 2 6% | 56 1% |
| Amgen Inc | NASDAQ | 4/22/2004 | 5/10/2007 | Efficient | 2009 | 3 6% | $81,262,340,136 | 27 6 | 79 | 0 03% | 2 0% | 74 7% |
| Countrywide Financial Corp | NYSE | 3/12/2004 | 3/7/2008 | Efficient | 2009 | 9 5% | $18,858,335,598 | 20 0 | NYSE | 0 09% | 5 9% | 100 0% |
| China Agritech Inc | NASDAQ | 11/12/2009 | 3/11/2011 | Inefficient | 2012 | 28 7% | $251,749,041 | n/a | 28 | 0 33% | 8 1% | 25 5% |
| China Automotive Systems, Inc | NASDAQ | 5/12/2009 | 3/17/2011 | Inefficient | 2013 | 8 6% | $397,381,293 | 5 1 | 32 | 0 37% | 3 5% | 6 3% |
| Horizon Lines, Inc | NYSE | 9/26/2005 | 4/25/2008 | Inefficient | 2010 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

**Summary Comparison of Montage To the Efficient Stocks**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Montage Technologies Group[5] | NASDAQ | 9/25/2013 | 2/6/2014 | | | 3 9% | $452,907,334 | 5 3 | 27 | 1 02% | 0 4% | 16 0% |
| *Montage Technologies Group's Percentile (within efficient securities with market cap. of <= $1 billion) [6]* | | | | | | *33.3%* | *83.3%* | *76.5%* | *18.2%* | *22.2%* | *94.1%* | *16.7%* |
| *Montage Technologies Group's Percentile (all efficient securities)* | | | | | | *29.4%* | *44.1%* | *42.4%* | *14.3%* | *11.8%* | *97.0%* | *11.8%* |

**Exhibit 12 - Comparison of Montage's Ranking of Market Efficiency Statistics**

| Security Name | Exchange | Class Period | | | Decision Year | Average over Class Period | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Start | End | Decision | | Weekly Volume/Shares Outstanding | Market Cap | # of Analysts[1] | Market Makers[2] | Bid-Ask Spread % | Short Interest as % of Shares Outstanding | Institutional Holdings as % of Shares Outstanding |
| **Statistics for All Decisions Deemed Efficient:** | | | | | | | | | | | | |
| *Maximum* | | | | | | 53 2% | $155,321,944,457 | 40 7 | 79 | 3 45% | 33 7% | 100 0% |
| *75th Percentile* | | | | | | 12 4% | $17,667,524,292 | 20 1 | 52 | 0 56% | 7 8% | 86 3% |
| *Median* | | | | | | 5 6% | $592,624,917 | 7 4 | 44 | 0 27% | 4 7% | 73 7% |
| *25th Percentile* | | | | | | 3 6% | $226,223,886 | 2 3 | 32 | 0 09% | 1 2% | 23 1% |
| *Minimum* | | | | | | 1 3% | $41,683,552 | 0 6 | 14 | 0 02% | 0 3% | 3 7% |

**Notes:**

[1] In general, the amount of analyst coverage indicated in the Court opinions exceeded that from the data obtained from Bloomberg  The Court opinions indicated analyst coverage of: JPMorgan (33), Radient Pharma (2), Keyuan Petrochemicals (several), FCStone (15), Computer Sciences Corp  (39), Caraco Pharma (16), Akeena Solar (numerous), Electronic Game Card (5), NetBank Inc  (14-15), China Integrated Energy (5+), Regions Financials (29) and China Agritech (13)

[2] The number of market makers obtained from University of Chicago's Center of Research in Security Prices ("CRSP") are different from those discussed in the Court opinions  The Court opinions indicated the number of market makers as: JPMorgan (155), FCStone (12), Electronic Game Card (27), NetBank Inc  (73), First Solar (31), Diamond Foods (19), China MediaExpress (20), China Integrated Energy (21), Catalyst Pharma  (47), and China Agritech (6)

[3] Electronic Game Card, Inc  statistics were computed using the same data sources and methodology as the other cases in this exhibit and, therefore, may not match the statistics in the Expert Report of Howard J  Mulcahey dated March 2, 2015

[4] Inyx traded on OTC (source: Bloomberg), and not NASDAQ as cited in the Inyx decision

[5] For Montage's statistics, see Mulcahey Report, Market Efficiency Statistics Exhibit

[6] Montage's percentile for a particular statistic is calculated as the number of efficient stocks (whose market cap  is less than or equal to $1 billion) with statistics worse than Montage divided by the total number of efficient stocks for which the statistic was available  Note that securities trading on NYSE are excluded when calculating the percentile for market makers

**Data Sources:**

1  Court decisions were obtained from LexisNexis, within legal U S  Cases, using the search term "cammer" between January 1, 2004 (the date when institutional holdings data are first available from the data source) and September 30, 2015, with a class period start date of 2004 or later, and the decision was regarding common stocks

2  Stock price, volume, and bid-ask prices were obtained from CRSP for all companies except Keyuan Petrochemicals and Inyx Inc  because CRSP data was not available or was incomplete  For these two companies the stock price, volume and bid-ask prices were obtained from Capital IQ

3  Shares outstanding were obtained from SEC filings

4  Analyst coverage and short interest was obtained from Bloomberg for all companies

5  Institutional holdings, measured at the end of each quarter, were obtained from Capital IQ for all companies

6  Market makers were obtained from CRSP for all companies that were listed on NASDAQ during the class period

**Calculation Explanations:**

1  All relevant statistics were calculated in the same manner as those calculated for Montage in the Mulcahey Report  See Mulcahey Report, Market Efficiency Exhibit

2  Additionally, when calculating the volume turnover, partial weeks at the beginning and/or the end of the class periods were excluded

**Data Anomalies:**

1  Keyuan Petrochemicals' trading on NASDAQ was halted on April 1, 2011  On October 7, 2011 it started trading on the OTC market  Trading data was therefore not available from April 1, 2011 to October 6, 2011  Hence, April 1, 2011 to October 7, 2011 (including the last day of the class period when it traded on OTC) was excluded from the analysis

2  Tronox, Inc  moved from NYSE to OTC in September 2008  OTC data was unavailable for Tronox's Class A & B common stock, therefore the data ends on September 29, 2008 for Tronox  Moreover, the data for Tronox's Class B shares does not start until March 31, 2006

3  For Horizon Lines, Inc , the allegations were about misrepresentations that occurred before the company's IPO on September 26, 2005  No data was available for Horizon Lines, Inc  prior to its IPO

4  Short Interest:
 i) For Inyx, short interest data was available for only a small portion of the class period (April 13, 2007 to May 15, 2007), therefore we do not calculate the short interest statistic for it

5  Institutional Holdings:
 i) For Countrywide Financial Corp , the institutional data was available as of March 31, 2004

**Exhibit 12 - Comparison of Montage's Ranking of Market Efficiency Statistics**

| | | Class Period | | | | Average over Class Period | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security Name | Exchange | Start | End | Decision | Decision Year | Weekly Volume/Shares Outstanding | Market Cap | # of Analysts[1] | Market Makers[2] | Bid-Ask Spread % | Short Interest as % of Shares Outstanding | Institutional Holdings as % of Shares Outstanding |

6  Analysts:

   i) No analyst data was available for Radient Pharmaceuticals Corp and China Agritech

   ii) For Keyuan Petrochemicals, analyst data was available as of February 9, 2011

   iii) For LDK Solar, analyst data was available as of July 11, 2007

   iv) For Tronox, analyst data was available as of January 3, 2006 for Class A shares  Analyst data was not available for Class B shares, therefore the number of analysts used are the same as those for Class A shares

   v) For Inyx, analyst data was available March 22, 2006 onwards

7  Bid Ask Prices:

   i) For Inyx, bid ask prices were not available after June 18, 2007

8  Heckmann Corp  started trading on NYSE on May 23, 2008, prior to which it traded on AMEX

9  China MediaExpress started trading on Nasdaq on June 3, 2010, prior to which it traded on AMEX

**Exhibit 13**
**Summary of Tests of Market Efficiency for Montage Technology Group Ltd. Common Stock**

| | *Cammer* Benchmarks | Montage Class Period Findings | Nasdaq Benchmark (Median) [1] |
|---|---|---|---|
| **Cammer Factor 1:  Weekly Trading Volume** | | | |
| Average weekly trading volume as % of shares outstanding | 1 0% | 3 9% | -- |
| Turnover (value traded divided by average market capitalization) | n/a | 11 2% | 9 1% |
| | | | |
| **Cammer Factor 2:  Analyst/Media Coverage** | | | |
| Number of analysts - buy/sell/hold recommendations (average) | Significant Coverage | 5 3 | 4 0 |
| Number of analyst reports | n/a | 51 | |
| Number of news stories and SEC filings | n/a | over 330 | -- |
| | | | |
| **Cammer Factor 3:  Market Makers** | | | |
| Number of market makers (average) | 5 or more market makers | 27 | 38 |
| Number of broker dealers that traded more than 1 million Company shares | n/a | 9 | |
| | | | |
| **Cammer Factor 4:  Form S-3 Eligibility** | | | |
| Ability to file Form S-3 | Eligibility to file | Eligible to file, except did not file reports with SEC for 12 months | -- |
| | | | |
| **Cammer Factor 5:  Price Reaction to Unexpected Information** | | | |
| Reaction to Movements in the Market Index | Reacts to Market Information | Statistically Significant | -- |
| Reaction to New Information (Reverse Event Study) | Cause and Effect Relationship | Cause and Effect Relationship | -- |
| Reaction on News Days vs No News Days (News = Analyst Reports) | Cause and Effect Relationship | Statistically Significant | -- |
| Reaction to Company Earnings Announcements | Cause and Effect Relationship | Statistically Significant | -- |
| Speed of Price Reaction to New Information | Reacts Quickly to News | Reacts Quickly to News | -- |
| Correlation of Absolute Stock Returns with Trading Volume | Cause and Effect Relationship | Statistically Significant | -- |
| | | | |
| **Market Capitalization of Equity:** | | | |
| Range | n/a | $338 9 mn - $679 1 mn | -- |
| Average | n/a | $452 9 mn | $309 3 mn |
| | | | |
| **Bid-Ask Spread:** | | | |
| Average % spread | n/a | 1 02% | 0 29% |
| | | | |
| **Statistical Test for Weak-Form Market Efficiency:** | | | |
| Regression of stock's returns on a one-day lag [9/27/2013 - 2/6/2014] | n/a | Significant Serial Correlation | -- |
| Regression of stock's returns on a one-day lag [9/30/2013 - 2/6/2014] | n/a | No Significant Serial Correlation | -- |
| Regression of stock's returns on a one-day lag [9/27/2013 - 2/5/2014] | n/a | No Significant Serial Correlation | -- |
| Durbin-Watson statistic [market model regression 10/10/2013 - 3/7/2014; dummy variables on 2/6/2014 and 2/7/2014] | n/a | 1 90 | -- |
| | | | |
| **Institutional Investors:** | | | |
| Range of institutional holdings as % of shares outstanding | n/a | 11 1% - 28 3% | -- |
| Average institutional holdings as % of shares outstanding | n/a | 16 0% | 56 4% |
| | | | |
| **Shares Held by Insiders** | | | |
| Average % of shares held by insiders | n/a | 18 6% | |
| | | | |
| **Short Interest:** | | | |
| Range of short interest as % of shares outstanding | n/a | 0 0% - 2 5% | -- |
| Average short interest as % of shares outstanding | n/a | 0 4% | 1 7% |
| % of Trading Days on Threshold List | n/a | 0 0% | -- |

**Note:**
[1] For the Nasdaq benchmark, the value is the median, except for the following which are the median of the average value (excluding those securities with less than 80 observations):
(i) Number of Market Makers; (ii) Market Capitalization of Equity; and (iii) Bid-Ask Spread

**Appendix A**
**Montage Technology Group, Ltd. Common Stock – Market Model and Chronology**

A Chronology is an effective way to analyze the stock market's reaction to new information about a public company by observing the daily stock price changes, as well as other data, associated with new information disseminated to the market on that day (sources: Bloomberg, Factiva, LexisNexis, Morningstar Document Research, EDGAR, Capital IQ, Thomson One, Thomson Reuters Knowledge, Thomson Reuters On Demand, and gravityresearchgroup.com). The Chronology is based on "event study" methodology, which has been used widely by financial economists to study and research the pricing behavior of financial securities.

The Chronology contains headlines from news stories and other information sources juxtaposed to daily stock price data. The daily data shown in the Chronology includes reported trading volume, closing stock prices and returns for Montage Technology Group, Ltd.'s common stock ("Montage"), as well as the S&P Global SmallCap Index (Bloomberg ticker: SBERGLU) returns ("Market Index"), Montage's predicted returns, Montage's excess returns, and t-statistics. Returns for any day $t$ ($R_t$) are computed as the closing stock price ($P_t$) plus any dividends ($D_t$) on that day (if applicable) divided by the closing stock price from the preceding trading day ($P_{t-1}$) less one:

$$R_t = \frac{P_t + D_t}{P_{t-1}} - 1$$

Excess returns are computed as the actual returns minus the returns predicted by the market model shown below. The daily predicted return from the market model, using an estimation period of October 10, 2013 to March 7, 2014 (with dummy variables used to exclude two dates when the alleged truth emerged on February 6, 2014 and February 7, 2014), is the sum of: (1) the intercept term; and (2) the product of the coefficient for the Market Index and the actual return on the Market Index for that day. Montage's common stock data and the Market Index levels are from Bloomberg.

The daily t-statistic is a statistical measure of the significance of the daily excess return relative to the normal volatility of the excess returns. Each t-statistic is computed as the daily excess return divided by the standard error of the market model, which is an estimate of normal volatility. A t-statistic greater than 1.96, in absolute value, indicates a statistically significant price movement at the 95% confidence level (indicated by a single asterisk in the Chronology). A t-statistic greater than 2.58, in absolute value, indicates that the price movement is statistically significant at the 99% confidence level (indicated by a double asterisk).

**Appendix A**
**Montage Technology Group, Ltd. Common Stock – Market Model and Chronology**

| Market Model for Montage Technology Group, Ltd. Common Stock | | |
|---|---|---|
| Intercept (*t-statistic*) | 0.005 | *(1.29)* |
| Coefficient on Market Index (*t-statistic*) | 1.556 | *(2.52)* |
| Coefficient on February 6, 2014 Dummy Variable (*t-statistic*) | -0.202 | *(-5.18)* |
| Coefficient on February 7, 2014 Dummy Variable (*t-statistic*) | -0.120 | *(-3.10)* |
| Adjusted R-squared | 25.05% | |
| Standard Error of Regression | 3.81% | |
| Durbin-Watson Statistic | 1.90 | |
| Observations (10/10/2013 – 03/07/2014) | 102 | |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| 9/25/2013 | Wed | 0 | $10.00 | 0.00% | -0.02% | 0.46% | 0.00% | | $0.00 | Foundation Medicine, Ophthotech, Rise In IPO Debuts (Investor's Business Daily - Factiva, 09/25/2013) |
| | | | | | | | | | | Montage Technology to List on NASDAQ (Sinocast China Business Beat - Lexis-Nexis, 09/25/2013) |
| | | | | | | | | | | Montage Technology to List on NASDAQ (SinoCast Computers & Electronics Beat - Factiva, 09/25/2013) |
| | | | | | | | | | | Montage Technology to List on NASDAQ (SinoCast - Lexis-Nexis, 09/25/2013 08:57 AM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD CERTNAS Accepted 2013-09-25 10:58:57 (SEC - SEC Edgar, 09/25/2013 10:58 AM) |
| | | | | | | | | | | Calendar Of Equity Issues Expected To Price This Week (Dow Jones News Service - Factiva, 09/25/2013 12:00 PM) |
| | | | | | | | | | | DJ Calendar Of Equity Issues Expected To Price This Week (Dow Jones Newswires - Factiva, 09/25/2013 12:00 PM) |
| | | | | | | | | | | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - WEDNESDAY NIGHT IN THE WEEK OF 9/23/13 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 09/25/2013 03:19 PM) |
| | | | | | | | | | | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - WEDNESDAY NIGHT IN THE WEEK OF 9/23/13 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 09/25/2013 04:54 PM) |
| 9/26/2013 | Thu | 5,026,889 | $12.80 | 28.00% | 0.18% | 0.78% | 27.22% | 7.15 ** | $2.72 | Covisint, Montage IPOs Rise On First Day Of Trading (Investor's Business Daily - Factiva, 09/26/2013) |
| | | | | | | | | | | Montage Technology Group Ltd Announces Pricing Of Initial Public Offering (Reuters Significant Developments - Factiva, 09/26/2013) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD EFFECT Accepted 2013-09-26 00:15:13 (SEC - SEC Edgar, 09/26/2013 12:15 AM) |
| | | | | | | | | | | Montage Technology Group Ltd : EFFECT (Edgar SEC-Online - Bloomberg, 09/26/2013 06:01 AM) |
| | | | | | | | | | | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - WEDNESDAY NIGHT IN THE WEEK OF 9/23/13 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 09/26/2013 06:02 AM) |
| | | | | | | | | | | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - WEDNESDAY NIGHT IN THE WEEK OF 9/23/13 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 09/26/2013 06:02 AM) |
| | | | | | | | | | | MONT: Syndicate (Theflyonthewall.com - Lexis-Nexis, 09/26/2013 06:12 AM) |
| | | | | | | | | | | Montage Technology Group Limited [MONT] to Ring The NASDAQ Stock Market Closing Bell in Celebration of IPO (GlobeNewswire - Lexis-Nexis, 09/26/2013 07:00 AM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD CT ORDER Accepted 2013-09-26 08:31:18 (SEC - SEC Edgar, 09/26/2013 08:31 AM) |
| | | | | | | | | | | Montage Technology Group Limited Announces Pricing of Initial Public Offering (GlobeNewswire - Factiva, 09/26/2013 09:15 AM) |
| | | | | | | | | | | Press Release: Montage Technology Group Limited Announces Pricing of Initial Public Offering (Dow Jones Newswires - Factiva, 09/26/2013 09:15 AM) |
| | | | | | | | | | | Montage Technology Group Limited Announces Pricing of Initial Public Offering (PrimeZone Media Network - Bloomberg, 09/26/2013 09:15 AM) |
| | | | | | | | | | | Montage Technology Prices IPO at $10/Share: Stock to Begin Trading Today (Midnight Trader Live Briefs - Lexis-Nexis, 09/26/2013 09:21 AM) |
| | | | | | | | | | | Montage Technology Group Ltd : CT ORDER (Edgar SEC-Online - Bloomberg, 09/26/2013 09:22 AM) |
| | | | | | | | | | | Montage Technology Group Limited Announces Pricing of Initial Public Offering (GlobeNewswire - Lexis-Nexis, 09/26/2013 10:15 AM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| | | | | | | | | | | *DJ Montage Technology Group (MONT) Resumed Trading (Dow Jones Newswires - Factiva, 09/26/2013 10:45 AM) |
| | | | | | | | | | | MONT: Syndicate (Theflyonthewall.com - Lexis-Nexis, 09/26/2013 10:59 AM) |
| | | | | | | | | | | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - WEDNESDAY NIGHT IN THE WEEK OF 9/23/13 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 09/26/2013 11:02 AM) |
| | | | | | | | | | | *DJ Montage Technology Group (MONT) Resumed Trading (Dow Jones Newswires - Factiva, 09/26/2013 11:05 AM) |
| | | | | | | | | | | MONT: Syndicate (Theflyonthewall.com - Lexis-Nexis, 09/26/2013 11:05 AM) |
| | | | | | | | | | | *MONTAGE TECHNOLOGY GROUP LTD OPENS AT $10.00, IPO AT $10.00 (BLOOMBERG News - Bloomberg, 09/26/2013 11:05 AM) |
| | | | | | | | | | | MW Montage Tech rises after IPO priced below range (MarketWatch - Factiva, 09/26/2013 11:09 AM) |
| | | | | | | | | | | UPDATE: Montage Technology Prices IPO at $10 Per Share: Stock Jumps 10% in Initial Trade (Midnight Trader Live Briefs - Lexis-Nexis, 09/26/2013 11:19 AM) |
| | | | | | | | | | | Press Release: NASDAQ Welcomes Montage Technology Group Limited (NASDAQ: MONT) to The NASDAQ Stock Market (Dow Jones Newswires - Factiva, 09/26/2013 12:30 PM) |
| | | | | | | | | | | NASDAQ Welcomes Montage Technology Group Limited (NASDAQ: MONT) to The NASDAQ Stock Market (GlobeNewswire - Factiva, 09/26/2013 12:31 PM) |
| | | | | | | | | | | NASDAQ Welcomes Montage Technology Group Limited (NASDAQ: MONT) to The NASDAQ Stock Market (PrimeZone Media Network - Bloomberg, 09/26/2013 12:31 PM) |
| | | | | | | | | | | NASDAQ Welcomes Montage Technology Group Limited (NASDAQ: MONT) to The NASDAQ Stock Market (GlobeNewswire - Lexis-Nexis, 09/26/2013 01:30 PM) |
| | | | | | | | | | | UPDATE: Montage Technology Shares Jump As Much As 33% Above IPO Price on First Day of Trading (Midnight Trader Live Briefs - Lexis-Nexis, 09/26/2013 02:37 PM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD 424B4 Accepted 2013-09-26 15:36:04 (SEC - SEC Edgar, 09/26/2013 03:36 PM) |
| | | | | | | | | | | Montage Technology Group Ltd : 424B4 (Edgar SEC-Online - Bloomberg, 09/26/2013 03:36 PM) |
| | | | | | | | | | | 3 companies climb, 1 drops in market debuts as investors place more bets on IPOs (Associated Press Newswires - Factiva, 09/26/2013 04:38 PM) |
| | | | | | | | | | | IPOs rise as market heats up (Associated Press Financial Wire - Lexis-Nexis, 09/26/2013 04:38 PM) |
| | | | | | | | | | | IPOs rise as market heats up (Associated Press Online - Lexis-Nexis, 09/26/2013 04:38 PM) |
| | | | | | | | | | | IPOs rise as market heats up (The Associated Press (24 hour delay) - Lexis-Nexis, 09/26/2013 04:38 PM) |
| | | | | | | | | | | IPOs Rise as Market Heats Up (Associated Press Newswires - Bloomberg, 09/26/2013 04:38 PM) |
| | | | | | | | | | | Montage Tech. listed on NASDAQ Stock Market on Thu., raising totaling USD71 mln (Xinhua's China Economic Information Service - Factiva, 09/26/2013 10:22 PM) |
| 9/27/2013 | Fri | 1,334,945 | $15.15 | 18.36% | -0.06% | 0.41% | 17.95% | 4.71 | ** | $2.30 | ECONOMY (Investor&apos;s Business Daily - Lexis-Nexis, 09/27/2013) |
| | | | | | | | | | | IPO Market Streak Continues (Investor's Business Daily - Factiva, 09/27/2013) |
| | | | | | | | | | | Montage Technology Becomes 2nd VC-backed Firm Completing US IPO (Greater China Private Equity Review Daily - Factiva, 09/27/2013) |

**Appendix A: Montage Technology Group, Ltd. Common Stock Chronology**

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-1, General Form For Registration of Securities Under The Securities Act of 1933 [Amend] (Sept. 11, 2013) (Economics Week - Factiva, 09/27/2013) |
| | | | | | | | | | | String Of Successful IPOs Continues (Investor&apos;s Business Daily - Lexis-Nexis, 09/27/2013) |
| | | | | | | | | | | Top 10 Nasdaq-traded stocks posting largest percentage increases (Associated Press Newswires - Factiva, 09/27/2013 01:22 PM) |
| | | | | | | | | | | Montage Technology Extends IPO Rally With Another Day of Double-Digit Gains (Midnight Trader Live Briefs - Lexis-Nexis, 09/27/2013 02:19 PM) |
| | | | | | | | | | | The Associated Press September 27, 2013 Friday 07:06 PM GMT (The Associated Press (24 hour delay) - Lexis-Nexis, 09/27/2013 03:06 PM) |
| | | | | | | | | | | A Losing Day for the Indices (Advice Trade - Lexis-Nexis, 09/27/2013 06:37 PM) |
| 9/28/2013 | Sat | | | | | | | | | |
| 9/29/2013 | Sun | | | | | | | | | |
| 9/30/2013 | Mon | 267,492 | $14.20 | -6.27% | -0.26% | 0.10% | -6.37% | -1.67 | ($0.97) | Baiduâ€™s Travel Service Qunar Files for $125 Million U.S. IPO (BLOOMBERG News - Bloomberg, 09/30/2013 06:13 PM) |
| 10/1/2013 | Tue | 135,232 | $13.69 | -3.59% | 0.85% | 1.82% | -5.42% | -1.42 | ($0.77) | Montage Technology Shanghai Co Ltd Files Chinese Patent Application for Signal Delay Control Circuit (Global IP News. Electrical Patent News - Lexis-Nexis, 10/01/2013) |
| | | | | | | | | | | Baidu Unit Qunar Files for $125 Million U.S. Listing (Dow Jones Global Equities News - Factiva, 10/01/2013 01:14 AM) |
| | | | | | | | | | | Cash Dividends, Earnings Schedules, Acquisition Agreements, Retirement Plans and Trading Updates - Research Report on Realty Income, Prologis, Plum Creek, Nasdaq OMX, and World Acceptance (PR Newswire - Lexis-Nexis, 10/01/2013 08:00 AM) |
| | | | | | | | | | | Cash Dividends, Earnings Schedules, Acquisition Agreements, Retirement Plans and Trading Updates - Research Report on Realty (PR Newswire - Bloomberg, 10/01/2013 08:00 AM) |
| | | | | | | | | | | Cash Dividends, Earnings Schedules, Acquisition Agreements, Retirement Plans and Trading Updates - Research Report on Realty Income, Prologis, Plum Creek, Nasdaq OMX, and World Acceptance (PR Newswire (U.S.) - Factiva, 10/01/2013 08:02 AM) |
| | | | | | | | | | | VENTURE-BACKED IPO EXIT ACTIVITY KEEPS MOMENTUM IN Q3 2013 WITH FIRST CONSECUTIVE QUARTERS OF 20+ OFFERINGS SINCE 2004 (Thomson Reuters ONE - Lexis-Nexis, 10/01/2013 09:12 AM) |
| | | | | | | | | | | Thomson Reuters Corporation: VENTURE-BACKED IPO EXIT ACTIVITY KEEPS MOMENTUM IN Q3 2013 WITH FIRST CONSECUTIVE QUARTERS OF 20+ (Banc One Capital Markets, Inc. - Bloomberg, 10/01/2013 09:12 AM) |
| | | | | | | | | | | VENTURE-BACKED IPO EXIT ACTIVITY KEEPS MOMENTUM IN Q3 2013 WITH FIRST CONSECUTIVE QUARTERS OF 20+ OFFERINGS SINCE 2004 (Hugin - English - Lexis-Nexis, 10/01/2013 11:12 AM) |
| 10/2/2013 | Wed | 67,214 | $13.76 | 0.51% | -0.16% | 0.25% | 0.27% | 0.07 | $0.04 | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 8-A12B, Registration of Securities [Section 12(B)] (Sept. 12, 2013) (Journal of Engineering - Factiva, 10/02/2013) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 8-A12B, Registration of Securities [Section 12(B)] (Sept. 12, 2013) (Telecommunications Weekly - Factiva, 10/02/2013) |
| | | | | | | | | | | Emerging Markets Mid-Day Roundup: Are Chinese Companies Willing And Able To Be Back For US IPOs? (WSJ Blogs - Factiva, 10/02/2013 01:03 PM) |
| 10/3/2013 | Thu | 88,040 | $14.70 | 6.83% | -0.48% | -0.24% | 7.07% | 1.86 | $0.97 | |
| 10/4/2013 | Fri | 434,444 | $13.48 | -8.30% | 0.26% | 0.91% | -9.21% | -2.42 * | ($1.35) | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 8-A12B, Registration of Securities [Section 12(B)] (Sept. 12, 2013) (Economics Week - Factiva, 10/04/2013) |
| 10/5/2013 | Sat | | | | | | | | | |
| 10/6/2013 | Sun | | | | | | | | | |
| 10/7/2013 | Mon | 27,522 | $13.67 | 1.41% | -0.87% | -0.86% | 2.27% | 0.6 | $0.31 | Montage Technology Lists on NASDAQ (Asia Private Equity Review - News Flash! - Lexis-Nexis, 10/07/2013) |

**Appendix A: Montage Technology Group, Ltd. Common Stock Chronology**

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|---------------|---------------|------------------|---------------|--------|---------------------|--------|
| | | | | | | | | | | Montage Technology Lists on NASDAQ (Asia Private Equity Review News Flash - Factiva, 10/07/2013) |
| 10/8/2013 | Tue | 111,153 | $13.15 | -3.80% | -0.84% | -0.80% | -3.00% | -0.79 | ($0.41) | US Patent Issued to Montage Technology (Shanghai) on Oct. 8 for "Data rate conversion device and method" (Chinese Inventors) (US Fed News - Lexis-Nexis, 10/08/2013 11:25 PM) |
| 10/9/2013 | Wed | 49,582 | $13.00 | -1.14% | -0.42% | -0.15% | -0.99% | -0.26 | ($0.13) | Montage Technology Granted United States Patent for Data Rate Conversion Device and Method (Global IP News. Information Technology Patent News - Lexis-Nexis, 10/09/2013) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form CERTNAS, Certification By The National Association of Securities Dealers Automated Quotation Approving Securities For Listing (Sept. 25, 2013) (Journal of Engineering - Factiva, 10/09/2013) |
| | | | | | | | | | | USFedNewsService: US Patent Issued to Montage Technology (Shanghai) on Oct. 8 for "Data rate conversion device and method" (RE1 - Bloomberg, 10/09/2013 12:14 PM) |
| 10/10/2013 | Thu | 51,433 | $13.35 | 2.69% | 1.60% | 2.99% | -0.29% | -0.08 | ($0.04) | US Patent granted to Montage Technology (Shanghai) Co., Ltd. (CN) on October 08 titled as "Data rate conversion device and method" (Plus Patent News - Lexis-Nexis, 10/10/2013) |
| 10/11/2013 | Fri | 27,409 | $13.53 | 1.35% | 0.91% | 1.92% | -0.57% | -0.15 | ($0.08) | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form CERTNAS, Certification By The National Association of Securities Dealers Automated Quotation Approving Securities For Listing (Sept. 25, 2013) (Economics Week - Factiva, 10/11/2013) |
| | | | | | | | | | | DJ IPO Scorecard: Update on Selected Initial Stock Offerings (Dow Jones Newswires - Factiva, 10/11/2013 02:23 PM) |
| | | | | | | | | | | IPO Scorecard: Update on Selected Initial Stock Offerings (Dow Jones News Service - Factiva, 10/11/2013 02:23 PM) |
| 10/12/2013 | Sat | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form CERTNAS, Certification By The National Association of Securities Dealers Automated Quotation Approving Securities For Listing (Sept. 25, 2013) (Investment Weekly News - Factiva, 10/12/2013) |
| 10/13/2013 | Sun | | | | | | | | | |
| 10/14/2013 | Mon | 14,332 | $13.50 | -0.22% | 0.30% | 0.97% | -1.19% | -0.31 | ($0.16) | |
| 10/15/2013 | Tue | 26,538 | $13.81 | 2.30% | -0.35% | -0.05% | 2.35% | 0.62 | $0.32 | |
| 10/16/2013 | Wed | 43,227 | $13.60 | -1.52% | 0.55% | 1.35% | -2.87% | -0.75 | ($0.40) | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 424B4, Prospectus [Rule 424(B)(4)] (Sept. 26, 2013) (Journal of Engineering - Factiva, 10/16/2013) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 424B4, Prospectus [Rule 424(B)(4)] (Sept. 26, 2013) (Telecommunications Weekly - Factiva, 10/16/2013) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form CT ORDER, Confidential Treatment Order (Sept. 26, 2013) (Journal of Engineering - Factiva, 10/16/2013) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form CT ORDER, Confidential Treatment Order (Sept. 26, 2013) (Telecommunications Weekly - Factiva, 10/16/2013) |
| 10/17/2013 | Thu | 87,385 | $14.10 | 3.68% | 1.14% | 2.27% | 1.40% | 0.37 | $0.19 | Chinese Fabless Montage Lists on the Nasdaq (Sramanamitra.com - Lexis-Nexis, 10/17/2013 06:30 AM) |
| | | | | | | | | | | Montage Technology Group Ltd. to Announce Third Quarter 2013 Financial Results on November 7 (GlobeNewswire - Factiva, 10/17/2013 10:30 AM) |
| | | | | | | | | | | Montage Technology Group Ltd. to Announce Third Quarter 2013 Financial Results on November 7 (PrimeZone Media Network - Bloomberg, 10/17/2013 10:30 AM) |
| | | | | | | | | | | Press Release: Montage Technology Group Ltd. to Announce Third Quarter 2013 Financial Results on November 7 (Dow Jones Institutional News - Factiva, 10/17/2013 10:38 AM) |
| | | | | | | | | | | Montage Technology Group Ltd. to Announce Third Quarter 2013 Financial Results on November 7 (GlobeNewswire - Lexis-Nexis, 10/17/2013 11:30 AM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| 10/18/2013 | Fri | 45,447 | $14.61 | 3.62% | 0.91% | 1.91% | 1.71% | 0.45 | $0.24 | Montage Technology Shanghai Co Ltd Files Chinese Patent Application for Calibration Method of High-Speed Broadcast Channel (Global IP News. Broadband and Wireless Network News - Lexis-Nexis, 10/18/2013) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 424B4, Prospectus [Rule 424(B)(4)] (Sept. 26, 2013) (Economics Week - Factiva, 10/18/2013) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form CT ORDER, Confidential Treatment Order (Sept. 26, 2013) (Economics Week - Factiva, 10/18/2013) |
| 10/19/2013 | Sat | | | | | | | | | |
| 10/20/2013 | Sun | | | | | | | | | |
| 10/21/2013 | Mon | 156,543 | $14.83 | 1.51% | 0.22% | 0.84% | 0.67% | 0.17 | $0.10 | BARCLAYS Analyst Report (Thomson - Manual Entry, 10/21/2013) |
| | | | | | | | | | | Stifel Analyst Report (Bloomberg - Manual Entry, 10/21/2013) |
| | | | | | | | | | | Deutsche Bank Analyst Report (CIQ - Manual Entry, 10/21/2013) |
| | | | | | | | | | | Needham Analyst Report (Bloomberg - Bloomberg, 10/21/2013) |
| | | | | | | | | | | Needham Non-Analyst Report (Bloomberg - Bloomberg, 10/21/2013) |
| | | | | | | | | | | WELLS FARGO SECURITIES, LLC Analyst Report (Thomson - Manual Entry, 10/21/2013) |
| | | | | | | | | | | Montage Technology Group Rated New 'Buy' at Deutsche Bank (BLOOMBERG News - Bloomberg, 10/21/2013 03:29 AM) |
| | | | | | | | | | | *MONTAGE TECHNOLOGY RATED NEW OVERWEIGHT AT BARCLAYS, PT $16 (Bloomberg First Word - Bloomberg, 10/21/2013 04:16 AM) |
| | | | | | | | | | | *MONTAGE TECHNOLOGY RATED NEW BUY AT DEUTSCHE BANK, PT $18 (Bloomberg First Word - Bloomberg, 10/21/2013 05:34 AM) |
| | | | | | | | | | | MONT: Rec-Initiate (Theflyonthewall.com - Lexis-Nexis, 10/21/2013 05:40 AM) |
| | | | | | | | | | | MONT: Rec-Initiate (Theflyonthewall.com - Lexis-Nexis, 10/21/2013 05:42 AM) |
| | | | | | | | | | | *MONTAGE TECHNOLOGY RATED NEW OUTPERFORM AT WELLS FARGO (Bloomberg First Word - Bloomberg, 10/21/2013 05:43 AM) |
| | | | | | | | | | | MONT: Rec-Initiate (Theflyonthewall.com - Lexis-Nexis, 10/21/2013 05:58 AM) |
| | | | | | | | | | | MONT: Rec-Initiate (Theflyonthewall.com - Lexis-Nexis, 10/21/2013 07:23 AM) |
| | | | | | | | | | | CORRECT U.S. ANALYST RATINGS: Upgrades, Downgrades, Initiations (Bloomberg First Word - Bloomberg, 10/21/2013 07:46 AM) |
| | | | | | | | | | | MONT: Rec-Initiate (Theflyonthewall.com - Lexis-Nexis, 10/21/2013 07:50 AM) |
| | | | | | | | | | | *MONTAGE TECHNOLOGY RATED NEW BUY AT STIFEL NICOLAUS, PT $18 (Bloomberg First Word - Bloomberg, 10/21/2013 08:31 AM) |
| | | | | | | | | | | UPDATE: Deutsche Bank Initiates Coverage on Montage Technology Group on Strong Track Record (Benzinga.com - Lexis-Nexis, 10/21/2013 08:41 AM) |
| | | | | | | | | | | UPDATE: Deutsche Bank Initiates Coverage on Montage Technology Group on Strong Track Record (Benzinga.com - Factiva, 10/21/2013 08:41 AM) |
| | | | | | | | | | | Montage Technology Group Rated New 'Buy' at Stifel (BLOOMBERG News - Bloomberg, 10/21/2013 09:45 AM) |
| | | | | | | | | | | Montage Technology Group Rated New 'Buy' at Needham & Co. (BLOOMBERG News - Bloomberg, 10/21/2013 09:46 AM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| | | | | | | | | | | *MONTAGE TECHNOLOGY RATED NEW BUY AT NEEDHAM, PT $19 (EARLIER) (Bloomberg First Word - Bloomberg, 10/21/2013 09:52 AM) |
| | | | | | | | | | | ATVI, AAOL ARWR, CPTA, COVS, FMI, MONT, NCLH, OPHT, PINC, XOOM, HMC, TM, PRGO, SCTY, PLX, ENV, SUI, UMH: Rec-Initiate (Theflyonthewall.com - Lexis-Nexis, 10/21/2013 10:03 AM) |
| | | | | | | | | | | UPDATE: Stifel Initiates Coverage on Montage Technology Group on Earnings Estimate, DCF Analysis (Benzinga.com - Factiva, 10/21/2013 12:30 PM) |
| | | | | | | | | | | UPDATE: Stifel Initiates Coverage on Montage Technology Group on Earnings Estimate, DCF Analysis (Benzinga.com - Lexis-Nexis, 10/21/2013 12:30 PM) |
| | | | | | | | | | | Rating Changes, New Coverage on North American Stocks (BLOOMBERG News - Bloomberg, 10/21/2013 04:00 PM) |
| | | | | | | | | | | North and South American Stock Rating Changes, New Coverage (BLOOMBERG News - Bloomberg, 10/21/2013 04:00 PM) |
| 10/22/2013 | Tue | 53,690 | $14.76 | -0.47% | 0.49% | 1.27% | -1.74% | -0.46 | ($0.26) | |
| 10/23/2013 | Wed | 28,368 | $14.56 | -1.36% | -0.54% | -0.34% | -1.02% | -0.27 | ($0.15) | |
| 10/24/2013 | Thu | 85,512 | $14.41 | -1.03% | 0.43% | 1.17% | -2.20% | -0.58 | ($0.32) | USPTO Published Patent application of MONTAGE TECHNOLOGY (SHANGHAI) CO., LTD. titled as "RADIO FREQUENCY SIGNAL RECEIVING DEVICE" (Plus Patent News - Lexis-Nexis, 10/24/2013) |
| | | | | | | | | | | Montage Technology Group Ltd : UPLOAD (Edgar SEC-Online - Bloomberg, 10/24/2013 08:28 AM) |
| 10/25/2013 | Fri | 27,128 | $14.33 | -0.56% | -0.09% | 0.36% | -0.92% | -0.24 | ($0.13) | |
| 10/26/2013 | Sat | | | | | | | | | |
| 10/27/2013 | Sun | | | | | | | | | |
| 10/28/2013 | Mon | 66,903 | $13.94 | -2.72% | -0.13% | 0.30% | -3.02% | -0.79 | ($0.43) | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 10/28/2013) |
| 10/29/2013 | Tue | 136,690 | $13.70 | -1.72% | 0.11% | 0.66% | -2.38% | -0.63 | ($0.33) | WELLS FARGO SECURITIES, LLC Analyst Report (Thomson - Manual Entry, 10/29/2013) |
| 10/30/2013 | Wed | 38,995 | $13.69 | -0.07% | -0.36% | -0.06% | -0.01% | 0 | $0.00 | News Digest; SECURITIES ACT REGISTRATIONS (Government Publications & Documents - Lexis-Nexis, 10/30/2013) |
| | | | | | | | | | | WELLS FARGO SECURITIES, LLC Analyst Report (Thomson - Manual Entry, 10/30/2013) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD S-8 Accepted 2013-10-30 17:13:23 (SEC - SEC Edgar, 10/30/2013 05:13 PM) |
| | | | | | | | | | | Montage Technology Group Ltd : S-8 (Edgar SEC-Online - Bloomberg, 10/30/2013 05:14 PM) |
| 10/31/2013 | Thu | 45,254 | $14.08 | 2.85% | -0.39% | -0.11% | 2.96% | 0.78 | $0.41 | SEC NEWS DIGEST ISSUE 2013-209 OCTOBER 30, 2013 (States News Service - Lexis-Nexis, 10/31/2013) |
| | | | | | | | | | | 58.Com Jumps in U.S. Debut as China's Craigslist Lures Investors (BLOOMBERG News - Bloomberg, 10/31/2013 10:36 AM) |
| | | | | | | | | | | 58.Com Jumps in Debut as China's Craigslist Lures Investors (1) (BLOOMBERG News - Bloomberg, 10/31/2013 02:08 PM) |
| | | | | | | | | | | Craigslist-Like 58.Com Soars in Debut Trading: China Overnight (BLOOMBERG News - Bloomberg, 10/31/2013 04:54 PM) |
| 11/1/2013 | Fri | 87,527 | $13.99 | -0.64% | -0.55% | -0.36% | -0.28% | -0.07 | ($0.04) | Chinese I.P.O.'s Try to Make a Comeback in U.S. (The New York Times Blogs - Lexis-Nexis, 11/01/2013) |
| | | | | | | | | | | China's answer to Craigslist surges on US debut (FTI - Bloomberg, 11/01/2013 01:33 AM) |
| | | | | | | | | | | 58.com Makes Stellar Trading Debut in New York (Dow Jones Newswires Chinese (English) - Factiva, 11/01/2013 02:53 AM) |
| | | | | | | | | | | Cool Welcome (The New York Times - Bloomberg, 11/01/2013 05:00 AM) |
| | | | | | | | | | | Dealbook: Chinese I.P.O.'s Attempt a Comeback in U.S. (The New York Times - Bloomberg, 11/01/2013 08:52 AM) |
| | | | | | | | | | | Baidu's Qunar Raises $167 Million as China IPOs Surge (Correct) (BLOOMBERG News - Bloomberg, 11/01/2013 11:07 AM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|--------|--------|--------|--------|--------|--------|--------|
| | | | | | | | | | | Baiduâ€™s Qunar Jumps as $167 Million IPO Priced Above Target (2) (BLOOMBERG News - Bloomberg, 11/01/2013 02:37 PM) |
| | | | | | | | | | | Dealbook: Chinese I.P.O.â€™s Try a Comeback in U.S. (The New York Times - Bloomberg, 11/01/2013 06:28 PM) |
| | | | | | | | | | | Montage Technology Group LimitedCorporate Event Announcement Notice (Wall Street Horizon - Lexis-Nexis, 11/01/2013 09:17 PM) |
| | | | | | | | | | | Montage Technology Group LimitedCorporate Event Announcement Notice (Wall Street Horizon - Lexis-Nexis, 11/01/2013 10:04 PM) |
| 11/2/2013 | Sat | | | | | | | | | China begins a return to stock sales in U.S. markets; After years of delistings and scandals, several companies plan I.P.O.'s (International New York Times - Lexis-Nexis, 11/02/2013) |
| | | | | | | | | | | Montage Technology Shanghai Co Ltd Files Chinese Patent Application for Parameter Dynamic Calibration Circuit and Devices Capable of Dynamically Calibrating Parameters (Global IP News. Electrical Patent News - Lexis-Nexis, 11/02/2013) |
| | | | | | | | | | | Top Stories: Stocks (BLOOMBERG News - Bloomberg, 11/02/2013 05:05 PM) |
| | | | | | | | | | | Montage Technology Group LimitedCorporate Event Announcement Notice (Wall Street Horizon - Lexis-Nexis, 11/02/2013 08:50 PM) |
| 11/3/2013 | Sun | | | | | | | | | |
| 11/4/2013 | Mon | 52,828 | $14.57 | 4.15% | 0.63% | 1.47% | 2.67% | 0.7 | $0.37 | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 11/04/2013) |
| 11/5/2013 | Tue | 41,942 | $14.16 | -2.81% | -0.35% | -0.04% | -2.77% | -0.73 | ($0.40) | Deutsche Bank Analyst Report (CIQ - Manual Entry, 11/05/2013) |
| | | | | | | | | | | Montage Technology to Present at the Wells Fargo Securities 2013 Technology, Media & Telecom Conference on November 13 (GlobeNewswire - Lexis-Nexis, 11/05/2013 07:30 AM) |
| | | | | | | | | | | Montage Technology to Present at the Wells Fargo Securities 2013 Technology, Media & Telecom Conference on November 13 (GlobeNewswire - Lexis-Nexis, 11/05/2013 07:30 AM) |
| | | | | | | | | | | Montage Technology to Present at the Wells Fargo Securities 2013 Technology, Media & Telecom Conference on November 13 (GlobeNewswire - Lexis-Nexis, 11/05/2013 07:30 AM) |
| | | | | | | | | | | Montage Technology to Present at the Wells Fargo Securities 2013 Technology, Media & Telecom Conference on November 13 (GlobeNewswire - Lexis-Nexis, 11/05/2013 07:30 AM) |
| | | | | | | | | | | Montage Technology to Present at the Wells Fargo Securities 2013 Technology, Media & Telecom Conference on November 13 (GlobeNewswire - Lexis-Nexis, 11/05/2013 07:30 AM) |
| | | | | | | | | | | Montage Technology to Present at the Wells Fargo Securities 2013 Technology, Media & Telecom Conference on November 13 (GlobeNewswire - Lexis-Nexis, 11/05/2013 07:30 AM) |
| | | | | | | | | | | Montage Technology to Present at the Wells Fargo Securities 2013 Technology, Media & Telecom Conference on November 13 (GlobeNewswire - Lexis-Nexis, 11/05/2013 07:30 AM) |
| | | | | | | | | | | Montage Technology to Present at the Wells Fargo Securities 2013 Technology, Media & Telecom Conference on November 13 (GlobeNewswire - Lexis-Nexis, 11/05/2013 07:30 AM) |
| | | | | | | | | | | Montage Technology to Present at the Wells Fargo Securities 2013 Technology, Media & Telecom Conference on November 13 (GlobeNewswire - Factiva, 11/05/2013 07:30 AM) |
| | | | | | | | | | | Press Release: Montage Technology to Present at the Wells Fargo Securities 2013 Technology, Media & Telecom Conference on November 13 (Dow Jones Institutional News - Factiva, 11/05/2013 08:34 AM) |
| 11/6/2013 | Wed | 62,464 | $14.70 | 3.81% | 0.10% | 0.65% | 3.16% | 0.83 | $0.45 | |
| 11/7/2013 | Thu | 140,605 | $14.15 | -3.74% | -1.30% | -1.52% | -2.22% | -0.58 | ($0.33) | BARCLAYS Analyst Report (Thomson - Manual Entry, 11/07/2013) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| | | | | | | | | | | Cool Welcome (The New York Times - Lexis-Nexis, 11/07/2013) |
| | | | | | | | | | | Deutsche Bank Analyst Report (CIQ - Manual Entry, 11/07/2013) |
| | | | | | | | | | | FORM 8-K: MONTAGE TECHNOLOGY GROUP LTD FILES Current report (US Official News - Lexis-Nexis, 11/07/2013) |
| | | | | | | | | | | Montage Technology Group Ltd Issues Q4 2013 Revenue Guidance (Reuters Significant Developments - Factiva, 11/07/2013) |
| | | | | | | | | | | Needham Analyst Report (Bloomberg - Bloomberg, 11/07/2013) |
| | | | | | | | | | | WELLS FARGO SECURITIES, LLC Analyst Report 1 (Thomson - Manual Entry, 11/07/2013) |
| | | | | | | | | | | WELLS FARGO SECURITIES, LLC Analyst Report 2 (Thomson - Manual Entry, 11/07/2013) |
| | | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 11/07/2013) |
| | | | | | | | | | | Montage Technology Group Earnings Teleconference MONT US (Bloomberg Transcripts - Bloomberg, 11/07/2013 02:58 AM) |
| | | | | | | | | | | Montage Technology Reports Third Quarter 2013 Financial Results; Achieves Record Revenue of $30.1 Million, 63.7% Gross Margin and 28.8% Operating Margin (GlobeNewswire - Lexis-Nexis, 11/07/2013 05:30 AM) |
| | | | | | | | | | | Montage Technology Reports Third Quarter 2013 Financial Results (GlobeNewswire - Factiva, 11/07/2013 06:30 AM) |
| | | | | | | | | | | Press Release: Montage Technology Reports Third Quarter 2013 Financial Results (Dow Jones Institutional News - Factiva, 11/07/2013 06:30 AM) |
| | | | | | | | | | | Montage Technology Reports Third Quarter 2013 Financial Results (PrimeZone Media Network - Bloomberg, 11/07/2013 06:30 AM) |
| | | | | | | | | | | Montage Technology Reports Third Quarter 2013 Financial Results (PrimeZone Media Network - Bloomberg, 11/07/2013 06:30 AM) |
| | | | | | | | | | | Montage Technology Reports Third Quarter 2013 Financial Results (PrimeZone Media Network - Bloomberg, 11/07/2013 06:30 AM) |
| | | | | | | | | | | Montage Technology Reports Third Quarter 2013 Financial Results (PrimeZone Media Network - Bloomberg, 11/07/2013 06:30 AM) |
| | | | | | | | | | | Montage Technology Reports Third Quarter 2013 Financial Results (PrimeZone Media Network - Bloomberg, 11/07/2013 06:30 AM) |
| | | | | | | | | | | Montage Technology Reports Third Quarter 2013 Financial Results (PrimeZone Media Network - Bloomberg, 11/07/2013 06:30 AM) |
| | | | | | | | | | | Montage Technology Reports Third Quarter 2013 Financial Results (PrimeZone Media Network - Bloomberg, 11/07/2013 06:30 AM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD 8-K Accepted 2013-11-07 06:33:59 (SEC - SEC Edgar, 11/07/2013 06:33 AM) |
| | | | | | | | | | | Montage Technology Group Ltd : 8-K 11/7/2013 (Edgar SEC-Online - Bloomberg, 11/07/2013 06:34 AM) |
| | | | | | | | | | | MONT: Earnings (Theflyonthewall.com - Lexis-Nexis, 11/07/2013 06:35 AM) |
| | | | | | | | | | | MONT: Earnings (Theflyonthewall.com - Lexis-Nexis, 11/07/2013 06:35 AM) |
| | | | | | | | | | | Montage Technology 3Q Rev. $30.1m, Est. $28.3m (Bloomberg First Word - Bloomberg, 11/07/2013 06:37 AM) |
| | | | | | | | | | | Montage Technology Group Earnings Q3 2013 Earnings Call (Bloomberg Transcripts - Bloomberg, 11/07/2013 08:49 AM) |
| | | | | | | | | | | Montage Guides In-line (Earnings Whispers/Stock Selector - Lexis-Nexis, 11/07/2013 07:21 PM) |
| 11/8/2013 | Fri | 43,345 | $13.88 | -1.91% | 0.43% | 1.17% | -3.08% | -0.81 | ($0.44) | Montage Technology Q3 Makes More Money (Sinocast China Business Beat - Lexis-Nexis, 11/08/2013) |
| | | | | | | | | | | Needham Non-Analyst Report (Bloomberg - Bloomberg, 11/08/2013) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| | | | | | | | | | | Montage Technology Q3 Makes More Money (SinoCast - Lexis-Nexis, 11/08/2013 07:04 AM) |
| | | | | | | | | | | DealSpace - Equity New Issues 11/8/13 (Company and Economic Releases - Bloomberg, 11/08/2013 01:35 PM) |
| | | | | | | | | | | Montage Technology Group LimitedCorporate Event Announcement Notice (Wall Street Horizon - Lexis-Nexis, 11/08/2013 10:01 PM) |
| 11/9/2013 | Sat | | | | | | | | | Montage Technology Group LimitedCorporate Event Announcement Notice (Wall Street Horizon - Lexis-Nexis, 11/09/2013 09:00 PM) |
| 11/10/2013 | Sun | | | | | | | | | |
| 11/11/2013 | Mon | 41,271 | $14.23 | 2.52% | 0.27% | 0.92% | 1.60% | 0.42 | $0.22 | |
| 11/12/2013 | Tue | 71,839 | $14.15 | -0.56% | -0.10% | 0.34% | -0.91% | -0.24 | ($0.13) | Montage Technology to Present at the Barclays Select Growth Conference on November 19 (GlobeNewswire - Lexis-Nexis, 11/12/2013 08:00 AM) |
| | | | | | | | | | | Montage Technology to Present at the Barclays Select Growth Conference on November 19 (GlobeNewswire - Factiva, 11/12/2013 09:00 AM) |
| | | | | | | | | | | Montage Technology to Present at the Barclays Select Growth Conference on November 19 (PrimeZone Media Network - Bloomberg, 11/12/2013 09:00 AM) |
| | | | | | | | | | | Press Release: Montage Technology to Present at the Barclays Select Growth Conference on November 19 (Dow Jones Institutional News - Factiva, 11/12/2013 09:24 AM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD 10-Q Accepted 2013-11-12 17:09:00 (SEC - SEC Edgar, 11/12/2013 05:09 PM) |
| | | | | | | | | | | Montage Technology Group Ltd : 10-Q 9/30/2013 (Edgar SEC-Online - Bloomberg, 11/12/2013 05:10 PM) |
| 11/13/2013 | Wed | 57,707 | $14.04 | -0.78% | 0.17% | 0.76% | -1.54% | -0.4 | ($0.22) | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-8, Securities To Be Offered To Employees in Employee Benefit Plans (Oct. 30, 2013) (Electronics Newsweekly - Factiva, 11/13/2013) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-8, Securities To Be Offered To Employees in Employee Benefit Plans (Oct. 30, 2013) (Journal of Engineering - Factiva, 11/13/2013) |
| | | | | | | | | | | WELLS FARGO SECURITIES, LLC Analyst Report (Thomson - Manual Entry, 11/13/2013) |
| 11/14/2013 | Thu | 62,174 | $14.05 | 0.07% | 0.60% | 1.43% | -1.36% | -0.36 | ($0.19) | WELLS FARGO SECURITIES, LLC Analyst Report (Thomson - Manual Entry, 11/14/2013) |
| | | | | | | | | | | Alyeska Investment Group, L.P. : 13F-HR 9/30/2013 (Edgar SEC-Online - Bloomberg, 11/14/2013 10:09 AM) |
| | | | | | | | | | | Ameriprise Financial Inc : 13F-HR 9/30/2013 (Edgar SEC-Online - Bloomberg, 11/14/2013 10:48 AM) |
| | | | | | | | | | | Citadel Advisors Llc : 13F-HR 9/30/2013 (Edgar SEC-Online - Bloomberg, 11/14/2013 12:37 PM) |
| | | | | | | | | | | Driehaus Capital Management Ll : 13F-HR 9/30/2013 (Edgar SEC-Online - Bloomberg, 11/14/2013 01:11 PM) |
| | | | | | | | | | | Grandeur Peak Global Advisors, : 13F-HR 9/30/2013 (Edgar SEC-Online - Bloomberg, 11/14/2013 04:22 PM) |
| 11/15/2013 | Fri | 88,516 | $14.82 | 5.48% | 0.48% | 1.24% | 4.24% | 1.11 | $0.60 | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-8, Securities To Be Offered To Employees in Employee Benefit Plans (Oct. 30, 2013) (Economics Week - Factiva, 11/15/2013) |
| | | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 11/15/2013) |
| 11/16/2013 | Sat | | | | | | | | | |
| 11/17/2013 | Sun | | | | | | | | | |
| 11/18/2013 | Mon | 130,654 | $14.99 | 1.15% | -0.02% | 0.46% | 0.69% | 0.18 | $0.10 | |
| 11/19/2013 | Tue | 60,635 | $15.35 | 2.40% | -0.50% | -0.28% | 2.68% | 0.7 | $0.40 | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 11/19/2013) |

### Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | | Excess Price Change | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/20/2013 | Wed | 15,548 | $15.18 | -1.11% | -0.28% | 0.06% | -1.16% | -0.31 | | ($0.18) | |
| 11/21/2013 | Thu | 79,257 | $15.60 | 2.77% | 0.42% | 1.15% | 1.61% | 0.42 | | $0.25 | |
| 11/22/2013 | Fri | 479,588 | $17.75 | 13.78% | 0.40% | 1.12% | 12.66% | 3.32 | ** | $1.97 | Stifel Analyst Report (Bloomberg - Manual Entry, 11/22/2013) |
| | | | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 11/22/2013) |
| | | | | | | | | | | | RESEARCH ALERT-Montage Technology: Stifel raises price target (Reuters News - Factiva, 11/22/2013 08:22 AM) |
| | | | | | | | | | | | UPDATE: Stifel Reiterates on Montage Technology Group Following Investor Meetings (Benzinga.com - Factiva, 11/22/2013 09:14 AM) |
| | | | | | | | | | | | UPDATE: Stifel Reiterates on Montage Technology Group Following Investor Meetings (Benzinga - Lexis-Nexis, 11/22/2013 09:14 AM) |
| | | | | | | | | | | | Top 10 Nasdaq-traded stocks posting largest percentage increases (Associated Press Newswires - Factiva, 11/22/2013 01:26 PM) |
| | | | | | | | | | | | Nasdaq Stocks Posting Largest Percentage Increases (Associated Press Newswires - Bloomberg, 11/22/2013 01:26 PM) |
| 11/23/2013 | Sat | | | | | | | | | | |
| 11/24/2013 | Sun | | | | | | | | | | |
| 11/25/2013 | Mon | 104,990 | $18.50 | 4.23% | 0.03% | 0.54% | 3.68% | 0.97 | | $0.65 | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 11/25/2013) |
| 11/26/2013 | Tue | 62,663 | $17.82 | -3.68% | 0.31% | 0.98% | -4.66% | -1.22 | | ($0.86) | Montage Technology Shanghai Co Ltd Files Chinese Patent Application for Master-Slave Type Leading Load Compensation Voltage Stabilizer (Global IP News. Electrical Patent News - Lexis-Nexis, 11/26/2013) |
| | | | | | | | | | | | Montage Technology Shanghai Co Ltd Files Chinese Patent Application for Voltage and Time Sequence Calibration Method Used for Memory System (Global IP News. Semiconductor Patent News - Lexis-Nexis, 11/26/2013) |
| | | | | | | | | | | | Driehaus Mutual Funds : N-Q 9/30/2013 (Edgar SEC-Online - Bloomberg, 11/26/2014 12:29 PM) |
| 11/27/2013 | Wed | 46,676 | $17.82 | 0.00% | 0.25% | 0.89% | -0.89% | -0.23 | | ($0.16) | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 10-Q, Quarterly Report [Sections 13 Or 15(D)] (Nov. 12, 2013) (Journal of Engineering - Factiva, 11/27/2013) |
| | | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 10-Q, Quarterly Report [Sections 13 Or 15(D)] (Nov. 12, 2013) (Telecommunications Weekly - Factiva, 11/27/2013) |
| | | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 8-K, Current Report (Nov. 7, 2013) (Journal of Engineering - Factiva, 11/27/2013) |
| | | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 8-K, Current Report (Nov. 7, 2013) (Telecommunications Weekly - Factiva, 11/27/2013) |
| | | | | | | | | | | | United Microelectronics Corp : 6-K 9/30/2013 (Edgar SEC-Online - Bloomberg, 11/27/2013 06:13 AM) |
| | | | | | | | | | | | Hartford Series Fund Inc : N-Q 9/30/2013 (Edgar SEC-Online - Bloomberg, 11/27/2013 09:40 AM) |
| | | | | | | | | | | | Axa Premier Vip Trust : N-Q 9/30/2013 (Edgar SEC-Online - Bloomberg, 11/27/2013 12:52 PM) |
| | | | | | | | | | | | Columbia Funds Variable Series : N-Q 9/30/2013 (Edgar SEC-Online - Bloomberg, 11/27/2013 02:12 PM) |
| 11/28/2013 | Thu | | | | | | | | | | |
| 11/29/2013 | Fri | 30,494 | $18.10 | 1.57% | 0.35% | 1.05% | 0.53% | 0.14 | | $0.09 | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 10-Q, Quarterly Report [Sections 13 Or 15(D)] (Nov. 12, 2013) (Economics Week - Factiva, 11/29/2013) |
| | | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 8-K, Current Report (Nov. 7, 2013) (Economics Week - Factiva, 11/29/2013) |
| 11/30/2013 | Sat | | | | | | | | | | |
| 12/1/2013 | Sun | | | | | | | | | | Chinese US IPO pipeline to ride out auditor dispute (Global Capital Asiamoney - Lexis-Nexis, 12/01/2013) |

**Appendix A: Montage Technology Group, Ltd. Common Stock Chronology**

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | | Excess Price Change | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Chinese US IPO pipeline to ride out auditor dispute (Global Capital Asiamoney - Lexis-Nexis, 12/01/2013) |
| 12/2/2013 | Mon | 84,148 | $16.92 | -6.52% | -0.56% | -0.37% | -6.15% | -1.61 | | ($1.11) | |
| 12/3/2013 | Tue | 74,555 | $17.43 | 3.01% | -0.56% | -0.37% | 3.39% | 0.89 | | $0.57 | |
| 12/4/2013 | Wed | 106,030 | $17.74 | 1.78% | -0.40% | -0.13% | 1.91% | 0.5 | | $0.33 | |
| 12/5/2013 | Thu | 86,742 | $17.02 | -4.06% | 0.04% | 0.56% | -4.62% | -1.21 | | ($0.82) | S&P Capital IQ Compustat Company Analysis Analyst Report (CIQ - Manual Entry, 12/05/2013) |
| | | | | | | | | | | | Top 10 Nasdaq-traded stocks posting largest percentage decreases (Associated Press Newswires - Factiva, 12/05/2013 02:06 PM) |
| 12/6/2013 | Fri | 90,508 | $16.70 | -1.88% | 0.58% | 1.40% | -3.28% | -0.86 | | ($0.56) | |
| 12/7/2013 | Sat | | | | | | | | | | |
| 12/8/2013 | Sun | | | | | | | | | | |
| 12/9/2013 | Mon | 218,210 | $17.18 | 2.87% | 0.23% | 0.86% | 2.02% | 0.53 | | $0.34 | Nasdaq stocks posting largest percentage decreases (Associated Press Financial Wire - Lexis-Nexis, 12/09/2013 01:33 PM) |
| | | | | | | | | | | | Nasdaq Stocks Posting Largest Percentage Decreases (Associated Press Newswires - Bloomberg, 12/09/2013 01:33 PM) |
| | | | | | | | | | | | Top 10 Nasdaq-traded stocks posting largest percentage decreases (Associated Press Newswires - Factiva, 12/09/2013 01:34 PM) |
| | | | | | | | | | | | Renaissance Capital Greenwich : N-CSR/A 9/30/2013 (Edgar SEC-Online - Bloomberg, 12/09/2013 04:36 PM) |
| 12/10/2013 | Tue | 32,413 | $16.78 | -2.33% | -0.17% | 0.24% | -2.57% | -0.67 | | ($0.44) | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 12/10/2013) |
| 12/11/2013 | Wed | 53,948 | $16.46 | -1.91% | -1.06% | -1.15% | -0.76% | -0.2 | | ($0.13) | No Longer Toxic, Chinese IPOs Pop (WSJ Blogs - Factiva, 12/11/2013 12:45 AM) |
| | | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD 10-Q/A Accepted 2013-12-11 17:08:52 (SEC - SEC Edgar, 12/11/2013 05:08 PM) |
| | | | | | | | | | | | Montage Technology Group Ltd : 10-Q/A 9/30/2013 (Edgar SEC-Online - Bloomberg, 12/11/2013 05:09 PM) |
| | | | | | | | | | | | No Longer Toxic, Chinese IPOs Pop (WSJ Blogs - Factiva, 12/11/2013 10:44 PM) |
| 12/12/2013 | Thu | 68,512 | $16.43 | -0.18% | -0.52% | -0.31% | 0.12% | 0.03 | | $0.02 | |
| 12/13/2013 | Fri | 88,552 | $17.95 | 9.25% | 0.14% | 0.72% | 8.53% | 2.24 | * | $1.40 | |
| 12/14/2013 | Sat | | | | | | | | | | |
| 12/15/2013 | Sun | | | | | | | | | | |
| 12/16/2013 | Mon | 88,499 | $17.95 | 0.00% | 0.59% | 1.42% | -1.42% | -0.37 | | ($0.26) | Chardan Capital Markets, LLC Analyst Report (CIQ - Manual Entry, 12/16/2013) |
| | | | | | | | | | | | *MONTAGE TECHNOLOGY RATED NEW BUY AT CHARDAN CAPITAL, PT $26 (Bloomberg First Word - Bloomberg, 12/16/2013 07:56 AM) |
| | | | | | | | | | | | Analyst Actions: Montage Technology Climbs Pre-market on Buy Rating, $26 Target From Chardan (Midnight Trader Live Briefs - Lexis-Nexis, 12/16/2013 09:20 AM) |
| | | | | | | | | | | | Montage Technology Group Initiated at Chardan Capital Markets (BLOOMBERG News - Bloomberg, 12/16/2013 09:53 AM) |
| | | | | | | | | | | | Rating Changes, New Coverage on North American Stocks (BLOOMBERG News - Bloomberg, 12/16/2013 04:00 PM) |
| | | | | | | | | | | | North and South American Stock Rating Changes, New Coverage (BLOOMBERG News - Bloomberg, 12/16/2013 04:00 PM) |
| 12/17/2013 | Tue | 148,552 | $17.61 | -1.89% | -0.07% | 0.39% | -2.28% | -0.6 | | ($0.41) | |
| 12/18/2013 | Wed | 295,279 | $17.90 | 1.65% | 0.88% | 1.87% | -0.22% | -0.06 | | ($0.04) | MIIT reveals list of IC design firms, totaling 395 (Xinhua Economic News Service - Lexis-Nexis, 12/18/2013 01:15 AM) |
| | | | | | | | | | | | MIIT reveals list of IC design firms, totaling 395 (Xinhua Economic News Service - Lexis-Nexis, 12/18/2013 08:55 AM) |
| 12/19/2013 | Thu | 36,543 | $17.74 | -0.89% | -0.17% | 0.23% | -1.12% | -0.3 | | ($0.20) | Topeka Capital Markets Inc. Analyst Report (CIQ - Manual Entry, 12/19/2013) |
| | | | | | | | | | | | MONT: Rec-Initiate (Theflyonthewall.com - Lexis-Nexis, 12/19/2013 04:28 PM) |
| 12/20/2013 | Fri | 64,464 | $17.65 | -0.51% | 0.88% | 1.87% | -2.38% | -0.62 | | ($0.42) | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 12/20/2013) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | | Excess Price Change | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | U.S. ANALYST RATINGS: Upgrades, Downgrades, Initiations (Bloomberg First Word - Bloomberg, 12/20/2013 07:37 AM) |
| | | | | | | | | | | | U.S. TMT Pre-Mkt: BBRY, Foxconn Partnership; RHT Raises View (Bloomberg First Word - Bloomberg, 12/20/2013 07:45 AM) |
| 12/21/2013 | Sat | | | | | | | | | | |
| 12/22/2013 | Sun | | | | | | | | | | |
| 12/23/2013 | Mon | 56,469 | $17.25 | -2.27% | 0.78% | 1.71% | -3.98% | -1.04 | | ($0.70) | |
| 12/24/2013 | Tue | 5,461 | $17.28 | 0.17% | 0.21% | 0.82% | -0.64% | -0.17 | | ($0.11) | |
| 12/25/2013 | Wed | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 10-Q, Quarterly Report [Sections 13 Or 15(D)] [Amend] (Dec. 11, 2013) (Journal of Engineering - Factiva, 12/25/2013) |
| | | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 10-Q, Quarterly Report [Sections 13 Or 15(D)] [Amend] (Dec. 11, 2013) (Telecommunications Weekly - Factiva, 12/25/2013) |
| 12/26/2013 | Thu | 44,461 | $17.29 | 0.06% | 0.24% | 0.87% | -0.81% | -0.21 | | ($0.14) | |
| 12/27/2013 | Fri | 55,957 | $17.04 | -1.45% | 0.44% | 1.18% | -2.62% | -0.69 | | ($0.45) | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 10-Q, Quarterly Report [Sections 13 Or 15(D)] [Amend] (Dec. 11, 2013) (Economics Week - Factiva, 12/27/2013) |
| 12/28/2013 | Sat | | | | | | | | | | |
| 12/29/2013 | Sun | | | | | | | | | | |
| 12/30/2013 | Mon | 108,778 | $16.51 | -3.11% | 0.37% | 1.07% | -4.18% | -1.1 | | ($0.71) | Sunamerica Series Trust : N-Q 10/31/2013 (Edgar SEC-Online - Bloomberg, 12/30/2013 12:26 PM) |
| 12/31/2013 | Tue | 91,595 | $16.31 | -1.21% | 0.26% | 0.91% | -2.12% | -0.56 | | ($0.35) | Montage Technology Group Ltd : S-8 POS (Edgar SEC-Online - Bloomberg, 12/31/2013 06:18 AM) |
| 1/1/2014 | Wed | | | | | | | | | | Chinese US IPO pipeline to ride out auditor dispute (Global Capital Asiamoney - Lexis-Nexis, 01/01/2014) |
| | | | | | | | | | | | Chinese US IPO pipeline to ride out auditor dispute (Global Capital Asiamoney - Lexis-Nexis, 01/01/2014) |
| | | | | | | | | | | | Chinese US IPO pipeline to ride out auditor dispute (Global Capital Asiamoney - Lexis-Nexis, 01/01/2014) |
| | | | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 01/01/2014) |
| 1/2/2014 | Thu | 179,029 | $17.65 | 8.22% | -0.79% | -0.73% | 8.94% | 2.35 | * | $1.46 | S&P Capital IQ Compustat Company Analysis Analyst Report (CIQ - Manual Entry, 01/02/2014) |
| 1/3/2014 | Fri | 43,480 | $17.42 | -1.30% | 0.35% | 1.04% | -2.34% | -0.61 | | ($0.41) | Columbia Funds Series Trust Ii : N-CSR 10/31/2013 (Edgar SEC-Online - Bloomberg, 01/03/2014 03:21 PM) |
| 1/4/2014 | Sat | | | | | | | | | | |
| 1/5/2014 | Sun | | | | | | | | | | |
| 1/6/2014 | Mon | 37,889 | $17.29 | -0.75% | -0.30% | 0.03% | -0.78% | -0.2 | | ($0.14) | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 01/06/2014) |
| | | | | | | | | | | | Financial Investors Trust : N-CSRS 10/31/2013 (Edgar SEC-Online - Bloomberg, 01/06/2014 01:16 PM) |
| 1/7/2014 | Tue | 45,171 | $17.26 | -0.17% | 0.41% | 1.14% | -1.31% | -0.34 | | ($0.23) | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 01/07/2014) |
| | | | | | | | | | | | Hartford Mutual Funds Inc/ct : N-CSR 10/31/2013 (Edgar SEC-Online - Bloomberg, 01/07/2014 10:37 AM) |
| 1/8/2014 | Wed | 273,163 | $19.60 | 13.56% | 0.27% | 0.92% | 12.64% | 3.32 | ** | $2.18 | Needham Industry Analyst Report (Bloomberg - Bloomberg, 01/08/2014) |
| | | | | | | | | | | | Needham Non-Analyst Report (Bloomberg - Bloomberg, 01/08/2014) |
| | | | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 01/08/2014) |
| 1/9/2014 | Thu | 632,990 | $22.14 | 12.96% | -0.16% | 0.25% | 12.71% | 3.34 | ** | $2.49 | BARCLAYS Analyst Report (Thomson - Manual Entry, 01/09/2014) |
| | | | | | | | | | | | Chardan Capital Markets, LLC Analyst Report (CIQ - Manual Entry, 01/09/2014) |
| | | | | | | | | | | | Deutsche Bank Analyst Report (CIQ - Manual Entry, 01/09/2014) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| | | | | | | | | | | Montage Technology Group Ltd raises Q4 2013 revenue guidance (Reuters Significant Developments - Factiva, 01/09/2014) |
| | | | | | | | | | | Montage Technology Preliminary Q4 Revenue Exceeds Guidance - Quick Facts (RTT News (United States) - Lexis-Nexis, 01/09/2014) |
| | | | | | | | | | | Needham Analyst Report (Bloomberg - Bloomberg, 01/09/2014) |
| | | | | | | | | | | Topeka Capital Markets Inc. Analyst Report (CIQ - Manual Entry, 01/09/2014) |
| | | | | | | | | | | WELLS FARGO SECURITIES, LLC Analyst Report (Thomson - Manual Entry, 01/09/2014) |
| | | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 01/09/2014) |
| | | | | | | | | | | Montage Technology Announces Preliminary Fourth Quarter Revenue Results Exceeding Guidance; to Report Fourth Quarter and Full Year 2013 Results on February 20 (GlobeNewswire - Lexis-Nexis, 01/09/2014 06:00 AM) |
| | | | | | | | | | | Montage Technology Announces Preliminary Fourth Quarter Revenue Results Exceeding Guidance; to Report Fourth Quarter and Full Year 2013 Results on February 20 (GlobeNewswire - Lexis-Nexis, 01/09/2014 06:00 AM) |
| | | | | | | | | | | *Montage Technology Announces Preliminary 4Q Rev Results Exceeding Guidance; To Report 4Q And Full Yr 2013 Results On Feb 20 (Dow Jones Institutional News - Factiva, 01/09/2014 07:00 AM) |
| | | | | | | | | | | Montage Technology Announces Preliminary Fourth Quarter Revenue Results Exceeding Guidance; to Report Fourth Quarter and Full Year 2013 Results on February 20 (GlobeNewswire - Factiva, 01/09/2014 07:00 AM) |
| | | | | | | | | | | Montage Technology Announces Preliminary Fourth Quarter Revenue Results Exceeding Guidance; to Report Fourth Quarter and Full (PrimeZone Media Network - Bloomberg, 01/09/2014 07:00 AM) |
| | | | | | | | | | | Montage Technology Announces Preliminary Fourth Quarter Revenue Results Exceeding Guidance; to Report Fourth Quarter and Full (PrimeZone Media Network - Bloomberg, 01/09/2014 07:00 AM) |
| | | | | | | | | | | MONT: Earnings (Theflyonthewall.com - Lexis-Nexis, 01/09/2014 07:06 AM) |
| | | | | | | | | | | Montage Technology Raises Guidance (Earnings Whispers/Stock Selector - Lexis-Nexis, 01/09/2014 07:12 AM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD 8-K Accepted 2014-01-09 07:16:39 (SEC - SEC Edgar, 01/09/2014 07:16 AM) |
| | | | | | | | | | | Montage Technology Group Ltd : 8-K 1/9/2014 (Edgar SEC-Online - Bloomberg, 01/09/2014 07:16 AM) |
| | | | | | | | | | | Press Release: Montage Technology Announces Preliminary Fourth Quarter Revenue Results Exceeding Guidance; to Report Fourth Quarter and Full Year 2013 Results on February 20 (Dow Jones Institutional News - Factiva, 01/09/2014 07:17 AM) |
| | | | | | | | | | | Nasdaq stocks posting largest percentage increases (Associated Press Financial Wire - Lexis-Nexis, 01/09/2014 01:48 PM) |
| | | | | | | | | | | Top 10 Nasdaq-traded stocks posting largest percentage increases (Associated Press Newswires - Factiva, 01/09/2014 01:48 PM) |
| | | | | | | | | | | Nasdaq Stocks Posting Largest Percentage Increases (Associated Press Newswires - Bloomberg, 01/09/2014 01:48 PM) |
| | | | | | | | | | | Montage Technology Preliminary Q4 Revenue Exceeds Prior Guiance; Shares Hit All-time High (Midnight Trader Live Briefs - Lexis-Nexis, 01/09/2014 02:05 PM) |
| | | | | | | | | | | Montage Technology Group LimitedCorporate Event Announcement Notice (Wall Street Horizon - Lexis-Nexis, 01/09/2014 09:05 PM) |
| 1/10/2014 | Fri | 260,051 | $23.06 | 4.16% | 0.89% | 1.88% | 2.27% | 0.6 | $0.50 | Needham Non-Analyst Report (Bloomberg - Bloomberg, 01/10/2014) |
| | | | | | | | | | | Topeka Capital Markets Inc. Analyst Report (CIQ - Manual Entry, 01/10/2014) |
| | | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 01/10/2014) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Montage Technology Group LimitedCorporate Event Announcement Notice (Wall Street Horizon - Lexis-Nexis, 01/10/2014 09:03 PM) |
| 1/11/2014 | Sat | | | | | | | | | |
| 1/12/2014 | Sun | | | | | | | | | FORM 8-K: MONTAGE TECHNOLOGY GROUP FILES CURRENT REPORT (US Fed News - Factiva, 01/12/2014) |
| | | | | | | | | | | FORM 8-K: MONTAGE TECHNOLOGY GROUP FILES CURRENT REPORT (US Fed News - Lexis-Nexis, 01/12/2014 03:57 PM) |
| 1/13/2014 | Mon | 342,514 | $23.19 | 0.56% | -0.45% | -0.21% | 0.77% | 0.2 | $0.18 | U.S. Investors Gobble Up China-Based Internet IPOs (Investor's Business Daily - Factiva, 01/13/2014) |
| | | | | | | | | | | USFedNewsService: FORM 8-K: MONTAGE TECHNOLOGY GROUP FILES CURRENT REPORT (RE1 - Bloomberg, 01/13/2014 03:58 AM) |
| 1/14/2014 | Tue | 127,110 | $22.32 | -3.75% | 0.41% | 1.13% | -4.88% | -1.28 | ($1.13) | SEMI: CES 2014 Semiconductor Recap (condensed) (TCN - Bloomberg, 01/14/2014 07:48 AM) |
| 1/15/2014 | Wed | 96,484 | $22.08 | -1.08% | 0.42% | 1.15% | -2.22% | -0.58 | ($0.50) | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-8 POS, Securities To Be Offered To Employees in Employee Benefit Plans, Post-effective Amendments (Dec. 31, 2013) (Journal of Engineering - Factiva, 01/15/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-8 POS, Securities To Be Offered To Employees in Employee Benefit Plans, Post-effective Amendments (Dec. 31, 2013) (Telecommunications Weekly - Factiva, 01/15/2014) |
| 1/16/2014 | Thu | 192,808 | $23.99 | 8.65% | -0.01% | 0.48% | 8.17% | 2.15 * | $1.80 | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 01/16/2014) |
| 1/17/2014 | Fri | 357,645 | $25.63 | 6.84% | -0.06% | 0.40% | 6.44% | 1.69 | $1.54 | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-8 POS, Securities To Be Offered To Employees in Employee Benefit Plans, Post-effective Amendments (Dec. 31, 2013) (Economics Week - Factiva, 01/17/2014) |
| | | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 01/17/2014) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD S-1 Accepted 2014-01-17 16:34:49 (SEC - SEC Edgar, 01/17/2014 04:34 PM) |
| | | | | | | | | | | Montage Technology Group Ltd : S-1 (Edgar SEC-Online - Bloomberg, 01/17/2014 04:36 PM) |
| | | | | | | | | | | *MONTAGE TECHNOLOGY FILES TO OFFER 5M SHARES (Bloomberg First Word - Bloomberg, 01/17/2014 04:36 PM) |
| | | | | | | | | | | *MONTAGE TECHNOLOGY TO OFFER SHRS VIA DEUTSCHE, BARCLAYS, STIFEL (BLOOMBERG News - Bloomberg, 01/17/2014 04:36 PM) |
| | | | | | | | | | | MONT: Syndicate (Theflyonthewall.com - Lexis-Nexis, 01/17/2014 04:37 PM) |
| | | | | | | | | | | Montage Technology Files for 5m-Shr Offering (Bloomberg First Word - Bloomberg, 01/17/2014 04:49 PM) |
| | | | | | | | | | | U.S. AFTER-HOURS WRAP: BRCD Sells Unit; Moody's Raises Ireland (Bloomberg First Word - Bloomberg, 01/17/2014 05:58 PM) |
| 1/18/2014 | Sat | | | | | | | | | |
| 1/19/2014 | Sun | | | | | | | | | |
| 1/20/2014 | Mon | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 01/20/2014) |
| 1/21/2014 | Tue | 128,244 | $24.29 | -5.23% | 0.18% | 0.77% | -6.00% | -1.58 | ($1.54) | Nasdaq stocks posting largest percentage decreases (Associated Press Financial Wire - Lexis-Nexis, 01/21/2014 01:56 PM) |
| | | | | | | | | | | Nasdaq Stocks Posting Largest Percentage Decreases (Associated Press Newswires - Bloomberg, 01/21/2014 01:56 PM) |
| | | | | | | | | | | Top 10 Nasdaq-traded stocks posting largest percentage decreases (Associated Press Newswires - Factiva, 01/21/2014 01:57 PM) |
| 1/22/2014 | Wed | 89,874 | $23.96 | -1.36% | 0.33% | 1.01% | -2.37% | -0.62 | ($0.58) | |
| 1/23/2014 | Thu | 165,506 | $23.91 | -0.21% | -0.62% | -0.47% | 0.26% | 0.07 | $0.06 | Nordea Investment Management A : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 01/23/2014 02:22 PM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/24/2014 | Fri | 145,203 | $22.99 | -3.85% | -2.07% | -2.71% | -1.13% | -0.3 | ($0.27) | |
| 1/25/2014 | Sat | | | | | | | | | |
| 1/26/2014 | Sun | | | | | | | | | |
| 1/27/2014 | Mon | 311,848 | $21.06 | -8.42% | -1.31% | -1.55% | -6.87% | -1.8 | ($1.58) | Chinese US IPO pipeline to ride out auditor dispute (Global Capital Euroweek - Lexis-Nexis, 01/27/2014) |
| | | | | | | | | | | Topeka Capital Markets Inc. Analyst Report (CIQ - Manual Entry, 01/27/2014) |
| | | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 01/27/2014) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD S-1/A Accepted 2014-01-27 06:09:17 (SEC - SEC Edgar, 01/27/2014 06:09 AM) |
| | | | | | | | | | | Montage Technology Group Ltd : S-1/A (Edgar SEC-Online - Bloomberg, 01/27/2014 06:10 AM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD 8-K Accepted 2014-01-27 06:11:36 (SEC - SEC Edgar, 01/27/2014 06:11 AM) |
| | | | | | | | | | | Montage Technology Group Ltd : 8-K 1/27/2014 (Edgar SEC-Online - Bloomberg, 01/27/2014 06:11 AM) |
| | | | | | | | | | | Montage Technology Group Files 8K - Regulation FD >MONT (Dow Jones Institutional News - Factiva, 01/27/2014 06:12 AM) |
| 1/28/2014 | Tue | 440,902 | $22.60 | 7.34% | 0.80% | 1.74% | 5.60% | 1.47 | $1.18 | Chinese US IPO pipeline to ride out auditor dispute (Global Capital Euroweek - Lexis-Nexis, 01/28/2014) |
| | | | | | | | | | | FORM 8-K: MONTAGE TECHNOLOGY GROUP FILES CURRENT REPORT (US Fed News - Factiva, 01/28/2014) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD SC 13G Accepted 2014-01-28 10:19:02 (SEC - SEC Edgar, 01/28/2014 10:19 AM) |
| | | | | | | | | | | Montage Technology Group Ltd | INTEL CORP : SC 13G (Edgar SEC-Online - Bloomberg, 01/28/2014 10:19 AM) |
| | | | | | | | | | | MONT, INTC: Hot Stocks (Theflyonthewall.com - Lexis-Nexis, 01/28/2014 10:21 AM) |
| | | | | | | | | | | FORM 8-K: MONTAGE TECHNOLOGY GROUP FILES CURRENT REPORT (US Fed News - Lexis-Nexis, 01/28/2014 02:49 PM) |
| 1/29/2014 | Wed | 330,969 | $21.80 | -3.54% | -0.32% | -0.01% | -3.53% | -0.93 | ($0.80) | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 8-K, Current Report (Jan. 9, 2014) (Journal of Engineering - Factiva, 01/29/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 8-K, Current Report (Jan. 9, 2014) (Telecommunications Weekly - Factiva, 01/29/2014) |
| | | | | | | | | | | USFedNewsService: FORM 8-K: MONTAGE TECHNOLOGY GROUP FILES CURRENT REPORT (RE1 - Bloomberg, 01/29/2014 04:21 AM) |
| | | | | | | | | | | Magee Thomson Investment Partn : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 01/29/2014 06:03 AM) |
| | | | | | | | | | | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - THURSDAY NIGHT IN THE WEEK OF 1/27/14 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 01/29/2014 11:25 AM) |
| | | | | | | | | | | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - THURSDAY NIGHT IN THE WEEK OF 1/27/14 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 01/29/2014 11:25 AM) |
| 1/30/2014 | Thu | 328,299 | $21.70 | -0.46% | 0.38% | 1.09% | -1.55% | -0.41 | ($0.34) | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - THURSDAY NIGHT IN THE WEEK OF 1/27/14 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 01/30/2014 12:13 PM) |
| | | | | | | | | | | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - THURSDAY NIGHT IN THE WEEK OF 1/27/14 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 01/30/2014 12:13 PM) |
| | | | | | | | | | | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - THURSDAY NIGHT IN THE WEEK OF 1/27/14 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 01/30/2014 01:25 PM) |
| | | | | | | | | | | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - THURSDAY NIGHT IN THE WEEK OF 1/27/14 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 01/30/2014 02:18 PM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| 1/31/2014 | Fri | 1,995,583 | $21.98 | 1.29% | -0.41% | -0.15% | 1.44% | 0.38 | $0.31 | MONTAGE TECHNOLOGY GROUP LTD S-1MEF Accepted 2014-01-30 21:52:20 (SEC - SEC Edgar, 01/30/2014 09:52 PM) |
| | | | | | | | | | | Montage Technology Group Ltd : S-1MEF (Edgar SEC-Online - Bloomberg, 01/30/2014 09:52 PM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY PRICES STOCK SALE (TR Daily - Factiva, 01/31/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 8-K, Current Report (Jan. 9, 2014) (Economics Week - Factiva, 01/31/2014) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD EFFECT Accepted 2014-01-31 00:15:14 (SEC - SEC Edgar, 01/31/2014 12:15 AM) |
| | | | | | | | | | | Montage Technology Group Ltd : EFFECT (Edgar SEC-Online - Bloomberg, 01/31/2014 06:01 AM) |
| | | | | | | | | | | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - THURSDAY NIGHT IN THE WEEK OF 1/27/14 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 01/31/2014 06:06 AM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD 424B4 Accepted 2014-01-31 06:11:03 (SEC - SEC Edgar, 01/31/2014 06:11 AM) |
| | | | | | | | | | | Montage Technology Group Ltd : 424B4 (Edgar SEC-Online - Bloomberg, 01/31/2014 06:11 AM) |
| | | | | | | | | | | MONT: Syndicate (Theflyonthewall.com - Lexis-Nexis, 01/31/2014 06:16 AM) |
| | | | | | | | | | | Montage Technology Prices 5.35m Shrs at $21/Shr (Bloomberg First Word - Bloomberg, 01/31/2014 06:45 AM) |
| | | | | | | | | | | Montage Technology Prices 5.35m Shrs at $21/Shr (Bloomberg First Word - Bloomberg, 01/31/2014 06:45 AM) |
| | | | | | | | | | | Montage Technology Group Limited Announces Pricing of Follow-On Public Offering (GlobeNewswire - Lexis-Nexis, 01/31/2014 08:00 AM) |
| | | | | | | | | | | Montage Technology Group Limited Announces Pricing of Follow-On Public Offering (GlobeNewswire - Lexis-Nexis, 01/31/2014 08:00 AM) |
| | | | | | | | | | | SYNDICATE: MONTAGE TECHNOLOGY (MONT) - THURSDAY NIGHT IN THE WEEK OF 1/27/14 (FlyOnTheWall - Syndicate Feed - Lexis-Nexis, 01/31/2014 08:06 AM) |
| | | | | | | | | | | Montage Technology Group Limited Announces Pricing of Follow-On Public Offering (GlobeNewswire - Factiva, 01/31/2014 09:00 AM) |
| | | | | | | | | | | Press Release: Montage Technology Group Limited Announces Pricing of Follow-On Public Offering (Dow Jones Institutional News - Factiva, 01/31/2014 09:00 AM) |
| | | | | | | | | | | Montage Technology Group Limited Announces Pricing of Follow-On Public Offering (PrimeZone Media Network - Bloomberg, 01/31/2014 09:00 AM) |
| | | | | | | | | | | Montage Technology Edges Lower Pre-Bell, Prices Follow-On Stock Sale at $21/ Share (Midnight Trader Live Briefs - Lexis-Nexis, 01/31/2014 09:17 AM) |
| | | | | | | | | | | Briefing.com: Hourly In Play (R) - 10:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 10:34 AM) |
| | | | | | | | | | | Briefing.com: Hourly In Play (R) - 11:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 11:20 AM) |
| | | | | | | | | | | Briefing.com: Hourly In Play (R) - 12:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 12:25 PM) |
| | | | | | | | | | | Briefing.com: Hourly In Play (R) - 13:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 01:06 PM) |
| | | | | | | | | | | Briefing.com: Hourly In Play (R) - 14:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 02:12 PM) |
| | | | | | | | | | | Tower Research Capital Llc : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 01/31/2014 02:13 PM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | | Excess Price Change | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Briefing.com: Hourly In Play (R) - 15:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 03:18 PM) |
| | | | | | | | | | | | Briefing.com: Hourly In Play (R) - 16:01 ET (Briefing.com - Lexis-Nexis, 01/31/2014 04:24 PM) |
| | | | | | | | | | | | Briefing.com: Hourly In Play (R) - 17:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 05:19 PM) |
| | | | | | | | | | | | Briefing.com: Hourly In Play (R) - 18:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 06:10 PM) |
| | | | | | | | | | | | Briefing.com: Hourly In Play (R) - 19:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 07:11 PM) |
| | | | | | | | | | | | Briefing.com: Hourly In Play (R) - 20:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 08:32 PM) |
| | | | | | | | | | | | Briefing.com: Hourly In Play (R) - 21:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 09:07 PM) |
| | | | | | | | | | | | Briefing.com: Hourly In Play (R) - 22:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 10:18 PM) |
| | | | | | | | | | | | Briefing.com: Hourly In Play (R) - 23:00 ET (Briefing.com - Lexis-Nexis, 01/31/2014 11:14 PM) |
| 2/1/2014 | Sat | | | | | | | | | | Briefing.com: Hourly In Play (R) - 00:00 ET (Briefing.com - Lexis-Nexis, 02/01/2014 12:20 AM) |
| 2/2/2014 | Sun | | | | | | | | | | Briefing.com: Hourly In Play (R) - 00:00 ET (Briefing.com - Lexis-Nexis, 02/02/2014 12:34 AM) |
| 2/3/2014 | Mon | 367,910 | $20.85 | -5.14% | -2.09% | -2.75% | -2.39% | -0.63 | | ($0.53) | |
| 2/4/2014 | Tue | 555,174 | $22.52 | 8.01% | -0.11% | 0.32% | 7.69% | 2.02 | * | $1.60 | WELLS FARGO SECURITIES, LLC Analyst Report (Thomson - Manual Entry, 02/04/2014) |
| 2/5/2014 | Wed | 501,327 | $21.21 | -5.82% | -0.04% | 0.43% | -6.25% | -1.64 | | ($1.41) | Montage Technology Shanghai Co Ltd Files Taiwan Patent Application for Radio-Frequency Signal Receiving Apparatus (Global IP News. Broadband and Wireless Network News - Lexis-Nexis, 02/05/2014) |
| | | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-1, General Form For Registration of Securities Under The Securities Act of 1933 (Jan. 17, 2014) (Journal of Engineering - Factiva, 02/05/2014) |
| | | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-1, General Form For Registration of Securities Under The Securities Act of 1933 (Jan. 17, 2014) (Telecommunications Weekly - Factiva, 02/05/2014) |
| 2/6/2014 | Thu | 6,394,104 | $17.45 | -17.73% | 1.24% | 2.43% | -20.16% | -5.29 | ** | ($4.28) | Gravity Research Analyst Report (Internet - Manual Entry, 02/06/2014) |
| | | | | | | | | | | | S&P Capital IQ Compustat Company Analysis Analyst Report (CIQ - Manual Entry, 02/06/2014) |
| | | | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 02/06/2014) |
| | | | | | | | | | | | MONT: Periodicals (Theflyonthewall.com - Lexis-Nexis, 02/06/2014 10:40 AM) |
| | | | | | | | | | | | Social Velocity Alert for Montage Technology Group Ltd (MONT) (BSV - Bloomberg, 02/06/2014 10:43 AM) |
| | | | | | | | | | | | Montage Technology Down; Rated New Strong Sell: Gravity Research (Bloomberg First Word - Bloomberg, 02/06/2014 10:45 AM) |
| | | | | | | | | | | | Montage Technology Down; Rated New Strong Sell: Gravity Research (Bloomberg First Word - Bloomberg, 02/06/2014 10:45 AM) |
| | | | | | | | | | | | MONT: Hot Stocks (Theflyonthewall.com - Lexis-Nexis, 02/06/2014 10:46 AM) |
| | | | | | | | | | | | MONT: Recommendations (Theflyonthewall.com - Lexis-Nexis, 02/06/2014 11:13 AM) |
| | | | | | | | | | | | Wells Fargo & Company/mn : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/06/2014 01:23 PM) |
| | | | | | | | | | | | EQUITY ALERT: The Rosen Law Firm Announces Investigation of Securities Claims Against Montage Technology Group Limited- MONT (Business Wire - Factiva, 02/06/2014 01:49 PM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---|---------------------|--------|
| | | | | | | | | | | | EQUITY ALERT: The Rosen Law Firm Announces Investigation of Securities Claims Against Montage Technology Group Limited- MONT (Business Wire - Lexis-Nexis, 02/06/2014 01:49 PM) |
| | | | | | | | | | | | EQUITY ALERT: The Rosen Law Firm Announces Investigation of Securities Claims Against Montage Technology Group Limited- MONT (Business Wire - Bloomberg, 02/06/2014 01:49 PM) |
| | | | | | | | | | | | Law Offices of Howard G. Smith Announces Investigation on Behalf of Investors of Montage Technology Group Limited (Business Wire - Bloomberg, 02/06/2014 04:57 PM) |
| | | | | | | | | | | | Law Offices of Howard G. Smith Announces Investigation on Behalf of Investors of Montage Technology Group Limited (Business Wire - Lexis-Nexis, 02/06/2014 04:57 PM) |
| | | | | | | | | | | | Law Offices of Howard G. Smith Announces Investigation on Behalf of Investors of Montage Technology Group Limited (Business Wire - Factiva, 02/06/2014 04:57 PM) |
| 2/7/2014 | Fri | 3,498,493 | $15.72 | -9.91% | 1.03% | 2.11% | -12.02% | -3.16 | ** | ($2.10) | Deutsche Bank Analyst Report (CIQ - Manual Entry, 02/07/2014) |
| | | | | | | | | | | | Stifel Analyst Report (Bloomberg - Manual Entry, 02/07/2014) |
| | | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-1, General Form For Registration of Securities Under The Securities Act of 1933 (Jan. 17, 2014) (Economics Week - Factiva, 02/07/2014) |
| | | | | | | | | | | | Montage Technology Issues a Statement in Response to Allegation and Misinformation in Report (GlobeNewswire - Lexis-Nexis, 02/07/2014 04:15 PM) |
| | | | | | | | | | | | Montage Technology Issues a Statement in Response to Allegation and Misinformation in Report (GlobeNewswire - Lexis-Nexis, 02/07/2014 04:15 PM) |
| | | | | | | | | | | | Montage Technology Issues a Statement in Response to Allegation and Misinformation in Report (GlobeNewswire - Factiva, 02/07/2014 07:15 AM) |
| | | | | | | | | | | | Press Release: Montage Technology Issues a Statement in Response to Allegation and Misinformation in Report (Dow Jones Institutional News - Factiva, 02/07/2014 07:15 AM) |
| | | | | | | | | | | | Montage Technology Issues a Statement in Response to Allegation and Misinformation in Report (PrimeZone Media Network - Bloomberg, 02/07/2014 07:15 AM) |
| | | | | | | | | | | | Montage Technology Issues Statement In Response To Research Report (Dow Jones Newswires Chinese (English) - Factiva, 02/07/2014 07:19 AM) |
| | | | | | | | | | | | MONT: Hot Stocks (Theflyonthewall.com - Lexis-Nexis, 02/07/2014 07:20 AM) |
| | | | | | | | | | | | Montage Technology: Allegations, Accusations In Report Lack Merit (Dow Jones Newswires Chinese (English) - Factiva, 02/07/2014 07:20 AM) |
| | | | | | | | | | | | Montage Technology Fully Stands Behind Integrity Of Audited Fincl Statements&apo (Dow Jones Newswires Chinese (English) - Factiva, 02/07/2014 07:22 AM) |
| | | | | | | | | | | | Ssi Investment Management Inc : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/07/2014 08:47 AM) |
| | | | | | | | | | | | Valic Co I : N-CSRS 11/30/2013 (Edgar SEC-Online - Bloomberg, 02/07/2014 12:16 PM) |
| | | | | | | | | | | | MONT: Recommendations (Theflyonthewall.com - Lexis-Nexis, 02/07/2014 12:50 PM) |
| | | | | | | | | | | | Social Velocity Alert for Montage Technology Group Ltd (MONT) (BSV - Bloomberg, 02/07/2014 01:00 PM) |
| | | | | | | | | | | | Press Release: SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Montage Technology Group Limited - MONT (Dow Jones Institutional News - Factiva, 02/07/2014 01:50 PM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| | | | | | | | | | | SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Montage Technology Group Limited - MONT (PR Newswire - Lexis-Nexis, 02/07/2014 01:50 PM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Montage Technology Group Limited - MONT (PR Newswire (U.S.) - Factiva, 02/07/2014 01:50 PM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Montage Technology Group Limited - MONT (PR Newswire - Bloomberg, 02/07/2014 01:50 PM) |
| | | | | | | | | | | Why Montage Technology Group (MONT) Is Plummeting Today (TheStreet.com - Lexis-Nexis, 02/07/2014 02:31 PM) |
| | | | | | | | | | | Montage Technology Group Limited Class Action Lawsuit Investigation Initiated by Milberg LLP (Business Wire - Factiva, 02/07/2014 03:07 PM) |
| | | | | | | | | | | Montage Technology Group Limited Class Action Lawsuit Investigation Initiated by Milberg LLP (Business Wire - Lexis-Nexis, 02/07/2014 03:07 PM) |
| | | | | | | | | | | Montage Technology Group Limited Class Action Lawsuit Investigation Initiated by Milberg LLP (Business Wire - Bloomberg, 02/07/2014 03:07 PM) |
| | | | | | | | | | | Investor Alert: Holzer & Holzer, LLC Announces Investigation into Montage Technology Group Limited (Business Wire - Bloomberg, 02/07/2014 03:46 PM) |
| | | | | | | | | | | Investor Alert: Holzer & Holzer, LLC Announces Investigation into Montage Technology Group Limited (Business Wire - Factiva, 02/07/2014 03:46 PM) |
| | | | | | | | | | | Investor Alert: Holzer & Holzer, LLC Announces Investigation into Montage Technology Group Limited (Business Wire - Lexis-Nexis, 02/07/2014 03:46 PM) |
| | | | | | | | | | | Docket: (S.D.N.Y.) Graham v. Yang, et al., Docket No. 1:14-cv (Bloomberg Legal Bloomberg News - Bloomberg, 02/07/2014 05:30 PM) |
| | | | | | | | | | | New cases filed in United States District Court for the Southern (Bloomberg Legal Bloomberg News - Bloomberg, 02/07/2014 06:30 PM) |
| | | | | | | | | | | Attention Montage Shareholders: Shareholder Rights Law Firm Johnson & Weaver, LLP Announces Investigation of Alleged Fraud (Business Wire - Bloomberg, 02/07/2014 06:52 PM) |
| | | | | | | | | | | Attention Montage Shareholders: Shareholder Rights Law Firm Johnson & Weaver, LLP Announces Investigation of Alleged Fraud Committed by Montage Technology Group and Certain of its Officers (Business Wire - Factiva, 02/07/2014 06:52 PM) |
| | | | | | | | | | | Attention Montage Shareholders: Shareholder Rights Law Firm Johnson & Weaver, LLP Announces Investigation of Alleged Fraud Committed by Montage Technology Group and Certain of its Officers (Business Wire - Lexis-Nexis, 02/07/2014 06:52 PM) |
| | | | | | | | | | | ALERT: The Rosen Law Firm Files Securities Fraud Class Action Against Montage Technology Group Limited -- MONT (GlobeNewswire - Lexis-Nexis, 02/07/2014 08:30 PM) |
| | | | | | | | | | | ALERT: The Rosen Law Firm Files Securities Fraud Class Action Against Montage Technology Group Limited -- MONT (GlobeNewswire - Lexis-Nexis, 02/07/2014 08:30 PM) |
| | | | | | | | | | | ALERT: The Rosen Law Firm Files Securities Fraud Class Action Against Montage Technology Group Limited -- MONT (GlobeNewswire - Factiva, 02/07/2014 11:30 PM) |
| | | | | | | | | | | ALERT: The Rosen Law Firm Files Securities Fraud Class Action Against Montage Technology Group Limited -- MONT (PrimeZone Media Network - Bloomberg, 02/07/2014 11:30 PM) |
| 2/8/2014 | Sat | | | | | | | | | |
| 2/9/2014 | Sun | | | | | | | | | |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| 2/10/2014 | Mon | 1,202,392 | $15.90 | 1.15% | 0.34% | 1.03% | 0.11% | 0.03 | $0.02 | Block & Leviton Launches Investigation of Montage Technology Group Ltd. for Possible Violations of the Federal Securities Laws (Legal Monitor Worldwide - Lexis-Nexis, 02/10/2014) |
| | | | | | | | | | | Chardan Capital Markets, LLC Analyst Report (CIQ - Manual Entry, 02/10/2014) |
| | | | | | | | | | | Deutsche Bank Analyst Report (CIQ - Manual Entry, 02/10/2014) |
| | | | | | | | | | | Needham Analyst Report 1 (Bloomberg - Bloomberg, 02/10/2014) |
| | | | | | | | | | | Needham Analyst Report 2 (Bloomberg - Bloomberg, 02/10/2014) |
| | | | | | | | | | | WELLS FARGO SECURITIES, LLC Analyst Report (Thomson - Manual Entry, 02/10/2014) |
| | | | | | | | | | | Block & Leviton Launches Investigation of Montage Technology Group Ltd. for Possible Violations of the Federal Securities Laws (PR Newswire (U.S.) - Factiva, 02/10/2014 04:30 AM) |
| | | | | | | | | | | Block & Leviton Launches Investigation of Montage Technology Group Ltd. for Possible Violations of the Federal Securities Laws (PR Newswire - Lexis-Nexis, 02/10/2014 04:30 AM) |
| | | | | | | | | | | Press Release: Block & Leviton Launches Investigation of Montage Technology Group Ltd. for Possible Violations of the Federal Securities Laws (Dow Jones Institutional News - Factiva, 02/10/2014 04:30 AM) |
| | | | | | | | | | | Block & Leviton Launches Investigation of Montage Technology Group Ltd. for Possible Violations of the Federal Securities Laws (PR Newswire - Bloomberg, 02/10/2014 04:30 AM) |
| | | | | | | | | | | Montage Technology Responds to Allegations in Gravity Research Report (GlobeNewswire - Lexis-Nexis, 02/10/2014 04:34 AM) |
| | | | | | | | | | | Montage Technology Responds to Allegations in Gravity Research Report (GlobeNewswire - Lexis-Nexis, 02/10/2014 04:34 AM) |
| | | | | | | | | | | *Montage Technology Responds To Allegations In Gravity Research Report (Dow Jones Institutional News - Factiva, 02/10/2014 07:34 AM) |
| | | | | | | | | | | Montage Technology Responds to Allegations in Gravity Research Report (GlobeNewswire - Factiva, 02/10/2014 07:34 AM) |
| | | | | | | | | | | Montage Technology Responds to Allegations in Gravity Research Report (PrimeZone Media Network - Bloomberg, 02/10/2014 07:34 AM) |
| | | | | | | | | | | Montage Technology Responds to Allegations in Gravity Research Report (PrimeZone Media Network - Bloomberg, 02/10/2014 07:34 AM) |
| | | | | | | | | | | MONT: Hot Stocks (Theflyonthewall.com - Lexis-Nexis, 02/10/2014 07:41 AM) |
| | | | | | | | | | | Shareholder Alert: Bronstein, Gewirtz & Grossman, LLC Notifies Investors of Class Action against Montage Technology Group Limited and Lead Plaintiff Deadline of April 8, 2014 (PR Newswire (U.S.) - Factiva, 02/10/2014 08:45 AM) |
| | | | | | | | | | | Shareholder Alert: Bronstein, Gewirtz & Grossman, LLC Notifies Investors of Class Action against Montage Technology Group Limited and Lead Plaintiff Deadline of April 8, 2014 (PR Newswire - Lexis-Nexis, 02/10/2014 08:45 AM) |
| | | | | | | | | | | Shareholder Alert: Bronstein, Gewirtz & Grossman, LLC Notifies Investors of Class Action against Montage Technology Group (PR Newswire - Bloomberg, 02/10/2014 08:45 AM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD SC 13G Accepted 2014-02-10 09:26:11 (SEC - SEC Edgar, 02/10/2014 09:26 AM) |
| | | | | | | | | | | Montage Technology Group Ltd \| WELLINGTON MANAGEM : SC 13G (Edgar SEC-Online - Bloomberg, 02/10/2014 09:27 AM) |
| | | | | | | | | | | Montage Technology Gains Nearly 8%; Denies Claims Made in Gravity Research Report (Midnight Trader Live Briefs - Lexis-Nexis, 02/10/2014 10:00 AM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| | | | | | | | | | | Ryan & Maniskas, LLP Announces Class Action Lawsuit Against Montage Technology Group Limited (PR Newswire (U.S.) - Factiva, 02/10/2014 07:00 PM) |
| | | | | | | | | | | Ryan & Maniskas, LLP Announces Class Action Lawsuit Against Montage Technology Group Limited (PR Newswire - Lexis-Nexis, 02/10/2014 07:00 PM) |
| | | | | | | | | | | Ryan & Maniskas, LLP Announces Class Action Lawsuit Against Montage Technology Group Limited (PR Newswire - Bloomberg, 02/10/2014 07:00 PM) |
| 2/11/2014 | Tue | 651,880 | $15.99 | 0.57% | 0.88% | 1.86% | -1.30% | -0.34 | ($0.21) | Glancy Binkow & Goldberg LLP announces class action lawsuit on behalf of investors of Montage Technology Group Limited (Reuters Significant Developments - Factiva, 02/11/2014) |
| | | | | | | | | | | Needham Non-Analyst Report (Bloomberg - Bloomberg, 02/11/2014) |
| | | | | | | | | | | Ryan & Maniskas, LLP Announces Class Action Lawsuit Against Montage Technology Group Ltd (Reuters Significant Developments - Factiva, 02/11/2014) |
| | | | | | | | | | | Gruber & Mcbaine Capital Manag : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/11/2014 06:01 AM) |
| | | | | | | | | | | SFMS Announces Investigation of Montage Technology Group Limited for Securities Fraud on Behalf of Shareholders (GlobeNewswire - Lexis-Nexis, 02/11/2014 10:50 AM) |
| | | | | | | | | | | SFMS Announces Investigation of Montage Technology Group Limited for Securities Fraud on Behalf of Shareholders (GlobeNewswire - Lexis-Nexis, 02/11/2014 10:50 AM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $150,000 From Investment in Montage Technology Group Limited to Contact Brower Piven Before the April 8, 2014 Lead Plaintiff Deadline -- MONT (GlobeNewswire - Lexis-Nexis, 02/11/2014 01:56 PM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $150,000 From Investment in Montage Technology Group Limited to Contact Brower Piven Before the April 8, 2014 Lead Plaintiff Deadline -- MONT (GlobeNewswire - Lexis-Nexis, 02/11/2014 01:56 PM) |
| | | | | | | | | | | Intel Corp : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/11/2014 02:29 PM) |
| | | | | | | | | | | Gainey McKenna & Egleston Announces a Class Action Lawsuit Has Been Filed Against Montage Technology Group Limited -- MONT (GlobeNewswire - Lexis-Nexis, 02/11/2014 03:30 PM) |
| | | | | | | | | | | Gainey McKenna & Egleston Announces a Class Action Lawsuit Has Been Filed Against Montage Technology Group Limited -- MONT (GlobeNewswire - Lexis-Nexis, 02/11/2014 03:30 PM) |
| | | | | | | | | | | Glancy Binkow & Goldberg LLP Announces Class Action Lawsuit on Behalf of Investors of Montage Technology Group Limited (Business Wire - Factiva, 02/11/2014 04:32 PM) |
| | | | | | | | | | | Glancy Binkow & Goldberg LLP Announces Class Action Lawsuit on Behalf of Investors of Montage Technology Group Limited (Business Wire - Bloomberg, 02/11/2014 04:32 PM) |
| | | | | | | | | | | Glancy Binkow & Goldberg LLP Announces Class Action Lawsuit on Behalf of Investors of Montage Technology Group Limited (Business Wire - Lexis-Nexis, 02/11/2014 04:32 PM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $150,000 From Investment in Montage Technology (PrimeZone Media Network - Bloomberg, 02/11/2014 04:57 PM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $150,000 From Investment in Montage Technology Group Limited to Contact Brower Piven Before the April 8, 2014 Lead Plaintiff Deadline -- MONT (GlobeNewswire - Factiva, 02/11/2014 04:57 PM) |
| | | | | | | | | | | Gainey McKenna & Egleston Announces a Class Action Lawsuit Has Been Filed Against Montage Technology Group Limited -- MONT (GlobeNewswire - Factiva, 02/11/2014 06:30 PM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| 2/12/2014 | Wed | 275,839 | $15.99 | 0.00% | 0.42% | 1.15% | -1.15% | -0.3 | ($0.18) | Gainey McKenna & Egleston Announces a Class Action Lawsuit Has Been Filed Against Montage Technology Group Limited -- MONT (PrimeZone Media Network - Bloomberg, 02/11/2014 06:30 PM) |
| | | | | | | | | | | Attention Montage Shareholders: Shareholder Rights Law Firm Johnson & Weaver Investigating Alleged Fraud Committed by Montage Technology Group and Certain of its Officers (Wireless News - Factiva, 02/12/2014) |
| | | | | | | | | | | Attention Montage Shareholders: Shareholder Rights Law Firm Johnson & Weaver Investigating Alleged Fraud Committed by Montage Technology Group and Certain of its Officers (Wireless News(Close-up Media) - Lexis-Nexis, 02/12/2014) |
| | | | | | | | | | | Montage Technology Group Limited Class Action Lawsuit Investigation Begun by Milberg (Wireless News - Factiva, 02/12/2014) |
| | | | | | | | | | | Montage Technology Group Limited Class Action Lawsuit Investigation Begun by Milberg (Wireless News(Close-up Media) - Lexis-Nexis, 02/12/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 8-K, Current Report (Jan. 27, 2014) (Electronics Newsweekly - Factiva, 02/12/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 8-K, Current Report (Jan. 27, 2014) (Telecommunications Weekly - Factiva, 02/12/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-1, General Form For Registration of Securities Under The Securities Act of 1933 [Amend] (Jan. 27, 2014) (Electronics Newsweekly - Factiva, 02/12/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-1, General Form For Registration of Securities Under The Securities Act of 1933 [Amend] (Jan. 27, 2014) (Telecommunications Weekly - Factiva, 02/12/2014) |
| | | | | | | | | | | Wolf Haldenstein announces securities class action has been filed against Montage Technology Group Ltd (Reuters Significant Developments - Factiva, 02/12/2014) |
| | | | | | | | | | | Wolf Haldenstein Announces That a Securities Class Action Has Been Filed against Montage Technology Group Ltd. (Business Wire - Lexis-Nexis, 02/12/2014 08:00 AM) |
| | | | | | | | | | | Wolf Haldenstein Announces That a Securities Class Action Has Been Filed against Montage Technology Group Ltd. (Business Wire - Factiva, 02/12/2014 08:00 AM) |
| | | | | | | | | | | Wolf Haldenstein Announces That a Securities Class Action Has Been Filed against Montage Technology Group Ltd. (Business Wire - Bloomberg, 02/12/2014 08:00 AM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD SC 13G Accepted 2014-02-12 12:41:03 (SEC - SEC Edgar, 02/12/2014 12:41 PM) |
| | | | | | | | | | | Montage Technology Group Ltd | ASIAVEST OPPORTUNI : SC 13G (Edgar SEC-Online - Bloomberg, 02/12/2014 12:41 PM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD SC 13G Accepted 2014-02-12 16:20:54 (SEC - SEC Edgar, 02/12/2014 04:20 PM) |
| | | | | | | | | | | Montage Technology Group Ltd | GILDER GAGNON HOWE : SC 13G (Edgar SEC-Online - Bloomberg, 02/12/2014 04:21 PM) |
| 2/13/2014 | Thu | 713,818 | $15.77 | -1.38% | 0.51% | 1.30% | -2.67% | -0.7 | ($0.43) | Gravity Research Analyst Report (Internet - Manual Entry, 02/13/2014) |
| | | | | | | | | | | Law Offices of Howard G. Smith files a class action lawsuite against Montage Technology Group Ltd (Reuters Significant Developments - Factiva, 02/13/2014) |
| | | | | | | | | | | Morgan Stanley : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/13/2014 09:25 AM) |
| | | | | | | | | | | Driehaus Capital Management LI : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/13/2014 09:56 AM) |
| | | | | | | | | | | Law Offices of Howard G. Smith Announces a Shareholder Class Action Lawsuit Has Been Filed Against Montage Technology Group (Business Wire - Bloomberg, 02/13/2014 10:32 AM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|---------------|---------------|-----------------|---------------|--------|--------------------|--------|
| | | | | | | | | | | Law Offices of Howard G. Smith Announces a Shareholder Class Action Lawsuit Has Been Filed Against Montage Technology Group Limited (Business Wire - Lexis-Nexis, 02/13/2014 10:32 AM) |
| | | | | | | | | | | Law Offices of Howard G. Smith Announces a Shareholder Class Action Lawsuit Has Been Filed Against Montage Technology Group Limited (Business Wire - Factiva, 02/13/2014 10:32 AM) |
| | | | | | | | | | | MONT: Hot Stocks (Theflyonthewall.com - Lexis-Nexis, 02/13/2014 10:48 AM) |
| | | | | | | | | | | Social Velocity Alert for Montage Technology Group Ltd (MONT) (BSV - Bloomberg, 02/13/2014 10:56 AM) |
| | | | | | | | | | | Spark Investment Management Ll : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/13/2014 03:19 PM) |
| | | | | | | | | | | Granite Point Capital Manageme : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/13/2014 03:55 PM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD SC 13G Accepted 2014-02-13 16:50:36 (SEC - SEC Edgar, 02/13/2014 04:50 PM) |
| | | | | | | | | | | Montage Technology Group Ltd | Yang Howard C : SC 13G (Edgar SEC-Online - Bloomberg, 02/13/2014 04:51 PM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD SC 13G Accepted 2014-02-13 17:12:18 (SEC - SEC Edgar, 02/13/2014 05:12 PM) |
| | | | | | | | | | | Montage Technology Group Ltd | Capital World Inve : SC 13G (Edgar SEC-Online - Bloomberg, 02/13/2014 05:13 PM) |
| | | | | | | | | | | Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Montage Technology Group Limited (Business Wire - Lexis-Nexis, 02/13/2014 08:16 PM) |
| 2/14/2014 | Fri | 453,571 | $15.83 | 0.38% | 0.40% | 1.12% | -0.74% | -0.19 | ($0.12) | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 8-K, Current Report (Jan. 27, 2014) (Economics Week - Factiva, 02/14/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-1, General Form For Registration of Securities Under The Securities Act of 1933 [Amend] (Jan. 27, 2014) (Economics Week - Factiva, 02/14/2014) |
| | | | | | | | | | | Grandeur Peak Global Advisors, : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 06:07 AM) |
| | | | | | | | | | | Ubs Ag : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 06:18 AM) |
| | | | | | | | | | | Wellington Management Co Llp : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 09:58 AM) |
| | | | | | | | | | | Ameriprise Financial Inc : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 10:46 AM) |
| | | | | | | | | | | United Services Automobile Ass : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 10:56 AM) |
| | | | | | | | | | | Oberweis Asset Management Inc/ : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 11:31 AM) |
| | | | | | | | | | | Springbok Capital Management, : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 11:50 AM) |
| | | | | | | | | | | Gilder Gagnon Howe & Co Llc : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 12:36 PM) |
| | | | | | | | | | | Capital World Investors : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 01:30 PM) |
| | | | | | | | | | | Wexford Capital Lp : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 01:51 PM) |
| | | | | | | | | | | Goldman Sachs Group Inc : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 03:31 PM) |
| | | | | | | | | | | Symmetry Peak Management Llc : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 04:01 PM) |
| | | | | | | | | | | Harvest Capital Strategies Llc : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/14/2014 04:11 PM) |
| | | | | | | | | | | Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Montage Technology Group Limited (Business Wire - Factiva, 02/14/2014 08:16 PM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| | | | | | | | | | | Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Montage Technology Group Limited (Business Wire - Bloomberg, 02/14/2014 08:16 PM) |
| | | | | | | | | | | Kenny v. Montage Technology Group Limited et al (Bloomberg Legal Bloomberg News - Bloomberg, 02/14/2014 08:27 PM) |
| 2/15/2014 | Sat | | | | | | | | | New Federal Court Cases - Securities (Bloomberg Legal Bloomberg News - Bloomberg, 02/15/2014 04:00 AM) |
| 2/16/2014 | Sun | | | | | | | | | |
| 2/17/2014 | Mon | | | | | | | | | Deutsche Bank Analyst Report (CIQ - Manual Entry, 02/17/2014) |
| | | | | | | | | | | EQUITY NOTICE: The Rosen Law Firm Reminds Montage Technology Group Investors of Important Deadline in Class Action Filed by the Firm -- MONT (NoticiasFinancieras - Factiva, 02/17/2014) |
| | | | | | | | | | | EQUITY NOTICE: The Rosen Law Firm Reminds Montage Technology Group Investors of Important Deadline in Class Action Filed by the Firm -- MONT (NoticiasFinancieras - Lexis-Nexis, 02/17/2014) |
| | | | | | | | | | | EQUITY NOTICE: The Rosen Law Firm Reminds Montage Technology Group Investors of Important Deadline in Class Action Filed by the Firm -- MONT (Marketwired - Lexis-Nexis, 02/17/2014 01:13 AM) |
| | | | | | | | | | | EQUITY NOTICE: The Rosen Law Firm Reminds Montage Technology Group Investors of Important Deadline in Class Action Filed by the (Market Wire - Bloomberg, 02/17/2014 09:14 AM) |
| | | | | | | | | | | Reminds Montage Technology Group Investors Of Important Deadline In Class Action Filed By The Firm Mont (Market News Publishing - Lexis-Nexis, 02/17/2014 08:29 PM) |
| 2/18/2014 | Tue | 538,842 | $16.12 | 1.83% | 0.85% | 1.83% | 0.01% | 0 | $0.00 | Bank Of America Corp /de/ : 13F-HR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/18/2014 06:02 AM) |
| | | | | | | | | | | MONT US: Reminds Montage Technology Group Investors Of Important (Market News Publishing - Bloomberg, 02/18/2014 08:02 AM) |
| | | | | | | | | | | Glancy Binkow & Goldberg Reminds Investors of the Lead Plaintiff Deadline in the Class Action Lawsuit against Montage Technology (Business Wire - Bloomberg, 02/18/2014 10:32 AM) |
| | | | | | | | | | | Glancy Binkow & Goldberg Reminds Investors of the Lead Plaintiff Deadline in the Class Action Lawsuit against Montage Technology Group Limited (Business Wire - Factiva, 02/18/2014 10:32 AM) |
| | | | | | | | | | | Glancy Binkow & Goldberg Reminds Investors of the Lead Plaintiff Deadline in the Class Action Lawsuit against Montage Technology Group Limited (Business Wire - Lexis-Nexis, 02/18/2014 10:32 AM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $150,000 From Investment in Montage Technology Group Limited to Contact Brower Piven Before the April 8, 2014 Lead Plaintiff Deadline -- MONT (GlobeNewswire - Lexis-Nexis, 02/18/2014 01:00 PM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $150,000 From Investment in Montage Technology Group Limited to Contact Brower Piven Before the April 8, 2014 Lead Plaintiff Deadline -- MONT (GlobeNewswire - Lexis-Nexis, 02/18/2014 01:00 PM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $150,000 From Investment in Montage Technology Group Limited to Contact Brower Piven Before the April 8, 2014 Lead Plaintiff Deadline -- MONT (GlobeNewswire - Factiva, 02/18/2014 04:00 PM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $150,000 From Investment in Montage Technology (PrimeZone Media Network - Bloomberg, 02/18/2014 04:00 PM) |
| | | | | | | | | | | US Patent Issued to Montage Technology on Feb. 18 for "Registered DIMM memory system" (Chinese, American Inventors) (US Fed News - Lexis-Nexis, 02/18/2014 11:29 PM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/19/2014 | Wed | 443,952 | $16.16 | 0.25% | -0.42% | -0.15% | 0.40% | 0.11 | $0.06 | Law Offices of Howard G. Smith; Law Offices of Howard G. Smith Announces Investigation on Behalf of Investors of Montage Technology Group Limited (Journal of Engineering - Factiva, 02/19/2014) |
| | | | | | | | | | | Law Offices of Howard G. Smith; Law Offices of Howard G. Smith Announces Investigation on Behalf of Investors of Montage Technology Group Limited (Telecommunications Weekly - Factiva, 02/19/2014) |
| | | | | | | | | | | Montage Technology Inc Granted United States Patent for Registered DIMM Memory System (Global IP News. Semiconductor Patent News - Lexis-Nexis, 02/19/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 424B4, Prospectus [Rule 424(B)(4)] (Jan. 31, 2014) (Journal of Engineering - Factiva, 02/19/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 424B4, Prospectus [Rule 424(B)(4)] (Jan. 31, 2014) (Telecommunications Weekly - Factiva, 02/19/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-1MEF, Registration Adding Securities To Prior Form S-1 Registration [Rule 462(B)] (Jan. 30, 2014) (Journal of Engineering - Factiva, 02/19/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-1MEF, Registration Adding Securities To Prior Form S-1 Registration [Rule 462(B)] (Jan. 30, 2014) (Telecommunications Weekly - Factiva, 02/19/2014) |
| | | | | | | | | | | The Rosen Law Firm P.A. EQUITY ALERT: The Rosen Law Firm Announces Investigation of Securities Claims Against Montage Technology Group Limited - MONT (Journal of Engineering - Factiva, 02/19/2014) |
| | | | | | | | | | | The Rosen Law Firm P.A. EQUITY ALERT: The Rosen Law Firm Announces Investigation of Securities Claims Against Montage Technology Group Limited - MONT (Telecommunications Weekly - Factiva, 02/19/2014) |
| | | | | | | | | | | US Patent granted to Montage Technology Inc (California) on February 18 titled as "Registered DIMM memory system" (Plus Patent News - Lexis-Nexis, 02/19/2014) |
| | | | | | | | | | | US Patent granted to Montage Technology Inc (California) on February 18 titled as "Registered DIMM memory system" (US Official News - Lexis-Nexis, 02/19/2014) |
| | | | | | | | | | | Lawsuit on Behalf of Investors in Montage Technology Group Ltd (MONT) Announced by Shareholders Foundation (GlobeNewswire - Lexis-Nexis, 02/19/2014 06:40 AM) |
| | | | | | | | | | | Lawsuit on Behalf of Investors in Montage Technology Group Ltd (MONT) Announced by Shareholders Foundation (GlobeNewswire - Lexis-Nexis, 02/19/2014 06:40 AM) |
| | | | | | | | | | | USFedNewsService: US Patent Issued to Montage Technology on Feb. 18 for "Registered DIMM memory system" (Chinese, American (RE1 - Bloomberg, 02/19/2014 09:24 AM) |
| | | | | | | | | | | Lawsuit on Behalf of Investors in Montage Technology Group Ltd (MONT) Announced by Shareholders Foundation (GlobeNewswire - Factiva, 02/19/2014 09:40 AM) |
| | | | | | | | | | | Lawsuit on Behalf of Investors in Montage Technology Group Ltd (MONT) Announced by Shareholders Foundation (PrimeZone Media Network - Bloomberg, 02/19/2014 09:40 AM) |
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD 8-K Accepted 2014-02-19 16:03:06 (SEC - SEC Edgar, 02/19/2014 04:03 PM) |
| | | | | | | | | | | Montage Technology Group Ltd : 8-K 2/17/2014 (Edgar SEC-Online - Bloomberg, 02/19/2014 04:04 PM) |
| | | | | | | | | | | Docket: (S.D.N.Y.) Ghilardotti v. Montage Technology Group (Bloomberg Legal Bloomberg News - Bloomberg, 02/19/2014 04:30 PM) |
| | | | | | | | | | | Ghilardotti v. Montage Technology Group Limited, et al. (Bloomberg Legal Bloomberg News - Bloomberg, 02/19/2014 04:30 PM) |
| | | | | | | | | | | New cases filed in United States District Court for the Southern (Bloomberg Legal Bloomberg News - Bloomberg, 02/19/2014 06:30 PM) |

**Appendix A: Montage Technology Group, Ltd. Common Stock Chronology**

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| 2/20/2014 | Thu | 794,570 | $15.68 | -2.97% | 0.16% | 0.75% | -3.72% | -0.98 | ($0.60) | Deutsche Bank Analyst Report (CIQ - Manual Entry, 02/20/2014) |
| | | | | | | | | | | FORM 8-K: MONTAGE TECHNOLOGY GROUP LTD FILES Current report (US Official News - Lexis-Nexis, 02/20/2014) |
| | | | | | | | | | | Montage Technology Group Ltd gives Q1 2014 revenue guidance in line with analysts' estimates (Reuters Significant Developments - Factiva, 02/20/2014) |
| | | | | | | | | | | Needham Analyst Report (Bloomberg - Bloomberg, 02/20/2014) |
| | | | | | | | | | | Q4 2013 Montage Technology Group Ltd Earnings Conference Call - Final (CQ FD Disclosure - Factiva, 02/20/2014) |
| | | | | | | | | | | Q4 2013 Montage Technology Group Ltd Earnings Conference Call - Final (FD (FAIR DISCLOSURE) WIRE - Lexis-Nexis, 02/20/2014) |
| | | | | | | | | | | Saxena White P.A. files securities fraud class action against Montage Technology Group Ltd (Reuters Significant Developments - Factiva, 02/20/2014) |
| | | | | | | | | | | Topeka Capital Markets Inc. Analyst Report (CIQ - Manual Entry, 02/20/2014) |
| | | | | | | | | | | WELLS FARGO SECURITIES, LLC Analyst Report 1 (Thomson - Manual Entry, 02/20/2014) |
| | | | | | | | | | | WELLS FARGO SECURITIES, LLC Analyst Report 2 (Thomson - Manual Entry, 02/20/2014) |
| | | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 02/20/2014) |
| | | | | | | | | | | Saxena White P.A. Files Securities Fraud Class Action Against Montage Technology Group Limited (Marketwired - Lexis-Nexis, 02/20/2014 02:58 AM) |
| | | | | | | | | | | Montage Technology Reports Fourth Quarter and Fiscal 2013 Financial Results; Fourth Quarter Revenue Increases 17.9 Sequentially and 49.5% Year-Over-Year to $35.4 Million; Gross Margin Was 62.4% and Operating Margin 25.1% (GlobeNewswire - Lexis-Nexis, 02/20/2014 03:30 AM) |
| | | | | | | | | | | Montage Technology Reports Fourth Quarter and Fiscal 2013 Financial Results; Fourth Quarter Revenue Increases 17.9 Sequentially and 49.5% Year-Over-Year to $35.4 Million; Gross Margin Was 62.4% and Operating Margin 25.1% (GlobeNewswire - Lexis-Nexis, 02/20/2014 03:30 AM) |
| | | | | | | | | | | New Federal Court Cases - Securities (Bloomberg Legal Bloomberg News - Bloomberg, 02/20/2014 04:00 AM) |
| | | | | | | | | | | Saxena White P.A. Files Securities Fraud Class Action Against Montage Technology Group Limited (Market News Publishing - Lexis-Nexis, 02/20/2014 05:01 AM) |
| | | | | | | | | | | Montage Technology Reports Fourth Quarter and Fiscal 2013 Financial Results (GlobeNewswire - Factiva, 02/20/2014 06:30 AM) |
| | | | | | | | | | | Press Release: Montage Technology Reports Fourth Quarter and Fiscal 2013 Financial Results (Dow Jones Institutional News - Factiva, 02/20/2014 06:30 AM) |
| | | | | | | | | | | Montage Technology Reports Fourth Quarter and Fiscal 2013 Financial Results (PrimeZone Media Network - Bloomberg, 02/20/2014 06:30 AM) |
| | | | | | | | | | | Montage Technology Reports Fourth Quarter and Fiscal 2013 Financial Results (PrimeZone Media Network - Bloomberg, 02/20/2014 06:30 AM) |
| | | | | | | | | | | MONT: Earnings (Theflyonthewall.com - Lexis-Nexis, 02/20/2014 06:35 AM) |
| | | | | | | | | | | MONT: Earnings (Theflyonthewall.com - Lexis-Nexis, 02/20/2014 06:36 AM) |
| | | | | | | | | | | Montage Technology Guides I-line (Earnings Whispers/Stock Selector - Lexis-Nexis, 02/20/2014 07:27 AM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | MONTAGE TECHNOLOGY GROUP LTD 8-K Accepted 2014-02-20 07:37:59 (SEC - SEC Edgar, 02/20/2014 07:37 AM) |
| | | | | | | | | | | Montage Technology Group Ltd : 8-K 2/20/2014 (Edgar SEC-Online - Bloomberg, 02/20/2014 07:38 AM) |
| | | | | | | | | | | Montage Technology Group Ltd : 8-K 2/20/2014 (Edgar SEC-Online - Bloomberg, 02/20/2014 07:38 AM) |
| | | | | | | | | | | Law Offices of Howard G. Smith Reminds Investors of the Lead Plaintiff Deadline in the Class Action Lawsuit Against Montage Technology Group Limited (Business Wire - Lexis-Nexis, 02/20/2014 10:32 AM) |
| | | | | | | | | | | Law Offices of Howard G. Smith Reminds Investors of the Lead Plaintiff Deadline in the Class Action Lawsuit Against Montage Technology Group Limited (Business Wire - Factiva, 02/20/2014 10:32 AM) |
| | | | | | | | | | | Law Offices of Howard G. Smith Reminds Investors of the Lead Plaintiff Deadline in the Class Action Lawsuit Against Montage (Business Wire - Bloomberg, 02/20/2014 10:32 AM) |
| | | | | | | | | | | RDA Drops; Tsinghua May Still Need NDRC Approval: DealReporter (Bloomberg First Word - Bloomberg, 02/20/2014 10:52 AM) |
| | | | | | | | | | | Saxena White P.A. Files Securities Fraud Class Action Against Montage Technology Group Limited (Market Wire - Bloomberg, 02/20/2014 10:59 AM) |
| | | | | | | | | | | Montage Q4 EPS of $0.37 Beats Forecasts, Q1 Sales Guidance Indicates Slowdown; Shares Drop 3% (Midnight Trader Live Briefs - Lexis-Nexis, 02/20/2014 11:01 AM) |
| | | | | | | | | | | MONT, RDA: Periodicals (Theflyonthewall.com - Lexis-Nexis, 02/20/2014 11:22 AM) |
| | | | | | | | | | | MONT US: Saxena White P.A. Files Securities Fraud Class Action A (Market News Publishing - Bloomberg, 02/20/2014 11:44 AM) |
| | | | | | | | | | | Montage Technology Group LimitedCorporate Event Announcement Notice (Wall Street Horizon - Lexis-Nexis, 02/20/2014 09:29 PM) |
| 2/21/2014 | Fri | 285,212 | $15.99 | 1.98% | 0.49% | 1.25% | 0.72% | 0.19 | $0.11 | BARCLAYS Analyst Report (Thomson - Manual Entry, 02/21/2014) |
| | | | | | | | | | | Chardan Capital Markets, LLC Analyst Report (CIQ - Manual Entry, 02/21/2014) |
| | | | | | | | | | | FORM 8-K: MONTAGE TECHNOLOGY GROUP FILES CURRENT REPORT (US Fed News - Factiva, 02/21/2014) |
| | | | | | | | | | | Montage Technology Group Q4 Makes More Money (Sinocast China Business Beat - Lexis-Nexis, 02/21/2014) |
| | | | | | | | | | | Montage Technology Group Q4 Makes More Money (SinoCast Computers & Electronics Beat - Factiva, 02/21/2014) |
| | | | | | | | | | | Needham Non-Analyst Report (Bloomberg - Bloomberg, 02/21/2014) |
| | | | | | | | | | | Pomerantz law firm announces filing of class action against Montage Technology Group Ltd. and Certain Officers (Reuters Significant Developments - Factiva, 02/21/2014) |
| | | | | | | | | | | Ryan & Maniskas, LLP Files Class Action Lawsuit Against Montage Technology Group Limited (India Banking News - Factiva, 02/21/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form 424B4, Prospectus [Rule 424(B)(4)] (Jan. 31, 2014) (Economics Week - Factiva, 02/21/2014) |
| | | | | | | | | | | Semiconductors and Related Devices; Montage Technology Group Ltd Files SEC Form S-1MEF, Registration Adding Securities To Prior Form S-1 Registration [Rule 462(B)] (Jan. 30, 2014) (Economics Week - Factiva, 02/21/2014) |
| | | | | | | | | | | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 02/21/2014) |
| | | | | | | | | | | FORM 8-K: MONTAGE TECHNOLOGY GROUP FILES CURRENT REPORT (US Fed News - Lexis-Nexis, 02/21/2014 01:05 AM) |
| | | | | | | | | | | Montage Technology Assigned Patent (Targeted News Service - Lexis-Nexis, 02/21/2014 04:12 AM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|--------------------|--------|
| | | | | | | | | | | MONT: Rec-Downgrade (Theflyonthewall.com - Lexis-Nexis, 02/21/2014 05:58 AM) |
| | | | | | | | | | | Montage Technology Group Q4 Makes More Money (SinoCast - Lexis-Nexis, 02/21/2014 06:13 AM) |
| | | | | | | | | | | USFedNewsService: FORM 8-K: MONTAGE TECHNOLOGY GROUP FILES CURRENT REPORT (RE1 - Bloomberg, 02/21/2014 06:16 AM) |
| | | | | | | | | | | Ryan & Maniskas, LLP Files Class Action Lawsuit Against Montage Technology Group Limited (Indian Banking News - Lexis-Nexis, 02/21/2014 06:30 AM) |
| | | | | | | | | | | UPDATE: Barclays Capital Downgrades Montage Technology Following Q4 Revenue Report (Benzinga.com - Factiva, 02/21/2014 09:29 AM) |
| | | | | | | | | | | UPDATE: Barclays Capital Downgrades Montage Technology Following Q4 Revenue Report (Benzinga.com - Lexis-Nexis, 02/21/2014 09:29 AM) |
| | | | | | | | | | | COLM, ESNT, GRPN, IHG, MHK, MONT, NCMI, OIS, JWN, PEG, PFMT, PM, PHG, SXL, PODD, TAC, WMT, CHSP, RPTP: Rec-Downgrade (Theflyonthewall.com - Lexis-Nexis, 02/21/2014 10:00 AM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Montage Technology Group Ltd. and Certain Officers -- MONT (GlobeNewswire - Lexis-Nexis, 02/21/2014 01:35 PM) |
| | | | | | | | | | | U.S. Patents Awarded to Inventors in California (Feb. 21) (Targeted News Service - Lexis-Nexis, 02/21/2014 02:03 PM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Montage Technology Group Ltd. and Certain Officers -- MONT (GlobeNewswire - Factiva, 02/21/2014 04:35 PM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Montage Technology Group Ltd. and Certain (PrimeZone Media Network - Bloomberg, 02/21/2014 04:35 PM) |
| | | | | | | | | | | Erdi v. Montage Technology Group Limited, et al. (Bloomberg Legal Bloomberg News - Bloomberg, 02/21/2014 05:15 PM) |
| | | | | | | | | | | Docket: (S.D.N.Y.) Erdi v. Montage Technology Group Limited, et (Bloomberg Legal Bloomberg News - Bloomberg, 02/21/2014 05:15 PM) |
| | | | | | | | | | | New cases filed in United States District Court for the Southern (Bloomberg Legal Bloomberg News - Bloomberg, 02/21/2014 06:30 PM) |
| | | | | | | | | | | Press Release: Ryan & Maniskas, LLP Files Class Action Lawsuit Against Montage Technology Group Limited (Dow Jones Institutional News - Factiva, 02/21/2014 07:00 PM) |
| | | | | | | | | | | Ryan & Maniskas, LLP Files Class Action Lawsuit Against Montage Technology Group Limited (PR Newswire (U.S.) - Factiva, 02/21/2014 07:00 PM) |
| | | | | | | | | | | Ryan & Maniskas, LLP Files Class Action Lawsuit Against Montage Technology Group Limited (PR Newswire - Lexis-Nexis, 02/21/2014 07:00 PM) |
| | | | | | | | | | | Ryan & Maniskas, LLP Files Class Action Lawsuit Against Montage Technology Group Limited (PR Newswire - Bloomberg, 02/21/2014 07:00 PM) |
| | | | | | | | | | | Montage Technology Group LimitedCorporate Event Announcement Notice (Wall Street Horizon - Lexis-Nexis, 02/21/2014 09:38 PM) |
| 2/22/2014 | Sat | | | | | | | | | FORM 8-K: MONTAGE TECHNOLOGY GROUP FILES CURRENT REPORT (US Fed News - Factiva, 02/22/2014) |
| | | | | | | | | | | FORM 8-K: MONTAGE TECHNOLOGY GROUP FILES CURRENT REPORT (US Fed News - Lexis-Nexis, 02/22/2014 12:14 AM) |
| | | | | | | | | | | New Federal Court Cases - Securities (Bloomberg Legal Bloomberg News - Bloomberg, 02/22/2014 04:00 AM) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| 2/23/2014 | Sun | | | | | | | | | |
| 2/24/2014 | Mon | 149,558 | $16.08 | 0.56% | 0.50% | 1.27% | -0.71% | -0.19 | ($0.11) | Zacks Investment Research Inc. Analyst Report (Reuters - Manual Entry, 02/24/2014) |
| | | | | | | | | | | Montage Technology to Present at Upcoming Financial Conferences (GlobeNewswire - Lexis-Nexis, 02/24/2014 06:20 AM) |
| | | | | | | | | | | Montage Technology to Present at Upcoming Financial Conferences (GlobeNewswire - Factiva, 02/24/2014 09:20 AM) |
| | | | | | | | | | | Montage Technology to Present at Upcoming Financial Conferences (PrimeZone Media Network - Bloomberg, 02/24/2014 09:20 AM) |
| | | | | | | | | | | Montage Technology Group LimitedCorporate Event Announcement Notice (Wall Street Horizon - Lexis-Nexis, 02/24/2014 09:08 PM) |
| 2/25/2014 | Tue | 589,092 | $15.89 | -1.18% | 0.14% | 0.72% | -1.90% | -0.5 | ($0.31) | SHAREHOLDER ALERT: Levi & Korsinsky, LLP Announces Class Action Involving MONTAGE TECHNOLOGY GROUP and Its Board of Directors and a Deadline of April 8, 2014 to Seek a Lead Plaintiff Position -- MONT (GlobeNewswire - Lexis-Nexis, 02/25/2014 01:54 PM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Levi & Korsinsky, LLP Announces Class Action Involving MONTAGE TECHNOLOGY GROUP and Its Board of Directors and a Deadline of April 8, 2014 to Seek a Lead Plaintiff Position -- MONT (GlobeNewswire - Factiva, 02/25/2014 04:54 PM) |
| | | | | | | | | | | SHAREHOLDER ALERT: Levi & Korsinsky, LLP Announces Class Action Involving MONTAGE TECHNOLOGY GROUP and Its Board of Directors (PrimeZone Media Network - Bloomberg, 02/25/2014 04:54 PM) |
| | | | | | | | | | | Montage Technology Group LimitedCorporate Event Announcement Notice (Wall Street Horizon - Lexis-Nexis, 02/25/2014 09:42 PM) |
| 2/26/2014 | Wed | 165,840 | $15.99 | 0.63% | 0.03% | 0.54% | 0.09% | 0.02 | $0.01 | Block & Leviton Llp; Block & Leviton Launches Investigation of Montage Technology Group Ltd. for Possible Violations of the Federal Securities Laws (Journal of Engineering - Factiva, 02/26/2014) |
| | | | | | | | | | | Block & Leviton Llp; Block & Leviton Launches Investigation of Montage Technology Group Ltd. for Possible Violations of the Federal Securities Laws (Telecommunications Weekly - Factiva, 02/26/2014) |
| | | | | | | | | | | Bronstein, Gewirtz & Grossman, Llc; Shareholder Alert: Bronstein, Gewirtz & Grossman, LLC Notifies Investors of Class Action against Montage Technology Group Limited and Lead Plaintiff Deadline of April 8, 2014 (Journal of Engineering - Factiva, 02/26/2014) |
| | | | | | | | | | | Bronstein, Gewirtz & Grossman, Llc; Shareholder Alert: Bronstein, Gewirtz & Grossman, LLC Notifies Investors of Class Action against Montage Technology Group Limited and Lead Plaintiff Deadline of April 8, 2014 (Telecommunications Weekly - Factiva, 02/26/2014) |
| | | | | | | | | | | Holzer & Holzer, LLC; Investor Alert: Holzer & Holzer, LLC Announces Investigation into Montage Technology Group Limited (Journal of Engineering - Factiva, 02/26/2014) |
| | | | | | | | | | | Holzer & Holzer, LLC; Investor Alert: Holzer & Holzer, LLC Announces Investigation into Montage Technology Group Limited (Telecommunications Weekly - Factiva, 02/26/2014) |
| | | | | | | | | | | Johnson & Weaver, LLP; Attention Montage Shareholders: Shareholder Rights Law Firm Johnson & Weaver, LLP Announces Investigation of Alleged Fraud Committed by Montage Technology Group and Certain of its Officers (Journal of Engineering - Factiva, 02/26/2014) |
| | | | | | | | | | | Johnson & Weaver, LLP; Attention Montage Shareholders: Shareholder Rights Law Firm Johnson & Weaver, LLP Announces Investigation of Alleged Fraud Committed by Montage Technology Group and Certain of its Officers (Telecommunications Weekly - Factiva, 02/26/2014) |
| | | | | | | | | | | Milberg LLP; Montage Technology Group Limited Class Action Lawsuit Investigation Initiated by Milberg LLP (Journal of Engineering - Factiva, 02/26/2014) |

Appendix A: Montage Technology Group, Ltd. Common Stock Chronology

| Date | Day | Volume | Price | Montage Return | Market Return | Predicted Return | Excess Return | t-stat | Excess Price Change | Events |
|------|-----|--------|-------|----------------|---------------|------------------|---------------|--------|---------------------|--------|
| | | | | | | | | | | Milberg LLP; Montage Technology Group Limited Class Action Lawsuit Investigation Initiated by Milberg LLP (Telecommunications Weekly - Factiva, 02/26/2014) |
| | | | | | | | | | | Pomerantz Llp; SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Montage Technology Group Limited - MONT (Journal of Engineering - Factiva, 02/26/2014) |
| | | | | | | | | | | Pomerantz Llp; SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Montage Technology Group Limited - MONT (Telecommunications Weekly - Factiva, 02/26/2014) |
| | | | | | | | | | | Wolf Haldenstein Adler Freeman & Herz LLP; Wolf Haldenstein Announces That a Securities Class Action Has Been Filed against Montage Technology Group Ltd. (Journal of Engineering - Factiva, 02/26/2014) |
| | | | | | | | | | | Wolf Haldenstein Adler Freeman & Herz LLP; Wolf Haldenstein Announces That a Securities Class Action Has Been Filed against Montage Technology Group Ltd. (Telecommunications Weekly - Factiva, 02/26/2014) |
| 2/27/2014 | Thu | 186,495 | $16.00 | 0.06% | 0.29% | 0.95% | -0.89% | -0.23 | ($0.14) | Eq Advisors Trust : N-14 (Edgar SEC-Online - Bloomberg, 02/27/2014 04:56 PM) |
| 2/28/2014 | Fri | 164,698 | $15.73 | -1.69% | 0.47% | 1.24% | -2.93% | -0.77 | ($0.47) | Kenny v. Montage Tech. Group Ltd., No. 14-0722 ( ) (Securities Class Action Reporter - Lexis-Nexis, 02/28/2014) |
| | | | | | | | | | | Smallcap World Fund Inc : N-Q 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/28/2014 02:30 PM) |
| | | | | | | | | | | Rigrodsky & Long, P.A. Announces A Securities Fraud Class Action Lawsuit Has Been Filed Against Montage Technology Group (Business Wire - Bloomberg, 02/28/2014 03:08 PM) |
| | | | | | | | | | | Rigrodsky & Long, P.A. Announces A Securities Fraud Class Action Lawsuit Has Been Filed Against Montage Technology Group Limited (Business Wire - Factiva, 02/28/2014 03:08 PM) |
| | | | | | | | | | | Rigrodsky & Long, P.A. Announces A Securities Fraud Class Action Lawsuit Has Been Filed Against Montage Technology Group Limited (Business Wire - Lexis-Nexis, 02/28/2014 03:08 PM) |
| | | | | | | | | | | Axa Premier Vip Trust : N-CSR 12/31/2013 (Edgar SEC-Online - Bloomberg, 02/28/2014 04:30 PM) |

**APPENDIX B**
**OVERVIEW OF EVENT STUDY ANALYSIS**

## A.  Event Study Method

1.      As a general proposition, modern finance theory holds that the market price of a common stock reflects the discounted value of expected future cash flows to the stockholder. Thus, new information that causes the market to significantly alter its expectation of future cash flows will cause a prompt re-pricing of the security to reflect the new expectations.[1]

2.      New information, if important to investors, will result in a fairly rapid change in a stock price in an efficient market.[2]  An event study is a widely accepted and commonly used empirical technique that measures the effect of new information on the market price of a company's publicly traded securities.  This is done by comparing the day-to-day percentage change in the market price of a company's security (known as a "return") to the return predicted by a "market model."  The market model describes the normal relation between the return on the company's security and the return on a market index, such as the S&P 500 Index or the Nasdaq Composite Index, and possibly an industry index.

---

[1] *See* Eugene F. Fama, "Efficient Capital Markets: II," *Journal of Finance* 46(5), December 1991, 1575-1617; Robert Jennings and Laura Starks, "Information Content and the Speed of Stock Price Adjustments," *Journal of Accounting Research* 23(1), Spring 1985, 336-350; James M. Patell and Mark A. Wolfson, "The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements," *Journal of Financial Economics* 13, 1984, 223-252; and Catherine S. Woodruff and A. J. Senchack, Jr., "Intradaily Price-Volume Adjustments of NYSE Stocks to Unexpected Earnings," *Journal of Finance* 43(2), June 1988, 467-491.

[2] Since the publication in 1969 of a classic paper by Fama, Fisher, Jensen, and Roll, financial economists have used the event study methodology as a tool to measure the effect on market prices of new information relevant to a company's equity valuation.  New information may include, for example, earnings reports, dividend changes, stock-splits, regulatory rulings, acquisition bids, asset sales, company press releases, ratings agency actions and analyst reports. *See* Eugene F. Fama, Lawrence Fisher, Michael C. Jensen and Richard Roll, "The Adjustment of Stock Prices to New Information," *International Economic Review* 10(1), February 1969, 1-21.

3.     When new information about the company is disclosed to the market, the market model is used to determine the component of the security's return that would have been expected based on the return predicted by the market model.  The remaining component of the security's return (that cannot be explained by the market model) is attributed to new, company-specific information if the disclosure of company-specific information is accompanied by an excess return that is "statistically significant."  Statistical significance means that the return is outside of the stock's normal volatility (range of returns) as predicted by the market model.  Thus, the measure of statistical significance, called a t-statistic, allows the researcher to assess the likelihood that a security's price movement was due to new information disclosed on a particular date and not due to chance.

4.     Event studies are most useful in determining the effects of new information on security prices when:

> (i) there are well-defined public disclosures or announcements;
> (ii) the time that the news items reach the market is known;
> (iii) there is no reason to believe that the market anticipated the news items; and
> (iv) it is possible to isolate the effect of the news items from market, industry, and other issuer-specific factors simultaneously affecting the issuer's security prices.[3]

5.     As stated above, to conduct an event study one must determine an appropriate market model of the daily returns of the subject company's stock.  This involves the following well-defined steps:

> a)   A market model is estimated to permit the removal of market and possibly industry-wide effects from the day-to-day security returns;

---

[3] David I. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in <u>Litigation Services Handbook: The Role of the Financial Expert</u>, Third <u>Edition</u>, ed. by Roman L. Weil, Michael J. Wagner and Peter B. Frank, Wiley, 2001, 19.2.

b) The market model is used to calculate predicted returns for the issuer's security;

c) The predicted returns are then subtracted from the issuer's actual returns to calculate excess returns, which are the price movements in the issuer's security, net-of-market and possibly industry-wide effects; and

d) On the day or days on which significant new information is disclosed to the market, the excess returns are used to quantify the effects of those disclosures on the market price of the security.[4]

**B.  The Market Model**

6.    As stated above, to conduct an event study one must determine an appropriate market model of the daily returns of the subject company's stock.  The determination of the appropriate market model involves the selection of a broad-based market index as a proxy for the market, customarily the S&P 500 Index or the NASDAQ Composite Index for stocks listed on U.S. exchanges, and usually a proxy for the industry.  The return on the industry index is generally measured "net-of-market" to minimize the effects of a statistical phenomenon called multicollinearity, in which two or more predictor variables in a multiple regression model are highly correlated.  To quantify the relation between the returns on the selected market and industry indexes and the returns for a particular security, a statistical technique known as regression analysis is used.[5]

7.    The selection of a specific market model is based on how well the market model explains the data.  Measures used to select one model among several candidates include the standard error of the regression, the adjusted R-squared, the t-statistic for each beta, and the F-statistic for the model.

---

[4] David I. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in Litigation Services Handbook: The Role of the Financial Expert, Third Edition, ed. by Roman L. Weil, Michael J. Wagner and Peter B. Frank, Wiley, 2001, 19.2-3.

[5] See John Y. Campbell, Andrew W. Lo, and A. Craig MacKinlay, The Econometrics of Financial Markets, Princeton University Press, 1997, pp. 155-156 for a more complete description of the market model.

8.    The regression analysis produces a "constant" term, also called an "intercept" term, and one or more slope coefficients, called "betas."  The slope coefficients or betas quantify the sensitivity of a stock's return to the return on the market index and also the return on any industry indexes (net-of-market), if used.[6]  A stock with a market beta of 1.0 is expected to increase (decrease) by one percent for each one percent increase (decrease) in the market index.  Similarly, a stock with a market beta of 2.0 is expected to increase (decrease) by two percent for each one percent increase (decrease) in the market index.

## C.  Market Model for Montage

### i)  Estimation Period

9.    In the context of securities litigation, it is customary to estimate the market model regression based on stock prices before the beginning of a class period because it is likely untainted by the alleged fraud and comparable to the event period studied (i.e. the Class Period). This approach minimizes the effect that the alleged misrepresentations have on the determination of a proper market model.  However, other time periods may be more appropriate based on the specifics of the matter under analysis.[7]

10.    There are circumstances, however, in which estimating the market model during the class period may be preferred over estimating the market model before the class period.  This is due to an underlying assumption in the market model approach that the market/industry volatility over the class period should be relatively similar to, or stationary compared with, the

---

[6] The return on the industry index is generally measured "net-of-market" to minimize the effects of a statistical phenomenon called multicollinearity, in which two or more predictor variables in a multiple regression model are correlated.

[7] For event studies, there are four choices for the estimation period, (1) before the event period, (2) during the event period, (3) after the event period, or (4) around the event period.  *See* Glenn V. Henderson, Jr., "Problems and Solutions in Conducting Event Studies," *The Journal of Risk and Insurance*, 57(2), 1990, 282-306, at 291.

market/industry volatility over the regression/estimation period (*i.e.*, the period over which the market model is estimated).  Substantial differences between market/industry conditions during the class period and the conditions that existed before the class period can potentially result in market model estimates that are not representative of the underlying relationships between the company's stock and the market and the industry during the class period.[8]  For the same reason, it is often preferable to estimate the market model during the class period when the class period is sufficiently long.  Thus, the determination of the regression period often depends on the market/industry conditions and the specifics of the matter under study.

11.   However, when using the event period to estimate the market model, it is also necessary to isolate the effects of any alleged fraud on the security's price prior to calculating the security's abnormal returns.  One method of estimating abnormal returns during the class period is to add to the regression model certain dummy variables on the alleged event dates (i.e. alleged to be fraud-related) to control for the effect of fraud-related events on the parameter estimation.[9]

### ii) Specifying a Market Model for Montage's Common Stock

12.   For my market model in this case, I selected the S&P Global SmallCap Index[10] as the proxy for the market.  I also selected an estimation period of October 10, 2013 (after 10

---

[8] *See* Brown, Stephen J., and Jerold B. Warner, "Using Daily Stock Returns – The Case of Event Studies,"*Journal of Financial Economics*, 14, 1985, 3-31.  *See also* Kenneth R. Ahern, "Sample Selection and Event Study Estimation," *Journal of Empirical Finance*, 16, 2009, pages 466-482.

[9] A study by John Binder describes an approach that parameterizes the abnormal returns in the regression model by including a set of dummy variables.  Each dummy variable takes on the value one for a particular event, and the coefficient of the dummy variable measures the abnormal return associated with the event.  *See* John J. Binder, "The Event Study Methodology Since 1969," *Review of Quantitative Finance and Accounting*, 11, 1998, 111-137.  *See also* John J. Binder, "Measuring the Effects of Regulation with Stock Price Data," *Rand Journal of Economics*, 16(2), 1985, 167-183, and Glenn V. Henderson, Jr., "Problems and Solutions in Conducting Event Studies," *Journal of Risk and Insurance*, 57(2), 1990, 282-306.

[10] According to Bloomberg, there were 7,717 members of the S&P Global SmallCap

trading days since Montage's stock began trading on September 26, 2013) to March 7, 2014 (the

trading day before Montage received an offer on March 10, 2014 to be acquired from Shanghai

Pudong Science & Technology Investment Co Ltd.).[11]  I used dummy variables[12] to exclude the

returns on two dates when the alleged truth emerged (dummy variables were used on February 6,

2014 and February 7, 2014).[13]  My market model resulted in a market index beta of 1.556, which

is statistically significant at 5%, an adjusted R-squared of 25.05%, and a standard error of 3.81%.

The results of the Montage market model regression are reported on the cover page to Appendix

A.

      13.     I selected this model after giving consideration to:  (i) Montage began trading on

September 26, 2013, thus no publicly traded prices were available prior to the start of the Class

Period; (ii) the relatively short Class Period that extends approximately 4 ½ months from

September 25, 2013 to February 6, 2014; (iii) the  "goodness of statistical fit" during my selected

estimation period (the adjusted R-squared for my selected estimation period is 25.05%);[14] (iv)

the relatively stable volatility of Montage common stock (after approximately the first 30 trading

days after the IPO), as measured by the rolling 30-day annualized standard deviation of Montage

---

Index (Bloomberg ticker: SBERGLU) on September 26, 2013 and 7,723 members on February 6, 2014.  Montage was a member of SBERGLU from December 23, 2013 (with a weight of .0018% on that date) to November 20, 2014 (with a weight of .0019% on February 6, 2014). Source: Bloomberg.

    [11] The acquisition of Montage was completed on November 20, 2014.  Source: Bloomberg.

    [12] The use of dummy variables is a common and accepted component of securities fraud event studies, although courts have cautioned against their overuse.  *See In re Northfield Labs., Inc. Securities Litigation*, WL 2011945 (N.D. ILL. 2010) at 11; and the Order of Judge Rya W. Zobel in *Xcelera*, April 25, 2008 at 1.

    [13] *See* Complaint, ¶¶ 38-39.

    [14] I did not consider longer estimation periods that might extend beyond March 7, 2010 because Montage's share price would have been influenced by the pending offer from Shanghai Pudong Science & Technology Investment Co Ltd.  *See* Montage's Form 8-K filing with the SEC on March 10, 2014.

returns, as well as general market volatility, as reflected in the Chicago Board Options Exchange Nasdaq-100 Volatility Index[15] (*see* Exhibit B-1 below); and (v) the changing market beta over the estimation period (s*ee* Exhibit B-2 below).

14.     The Chicago Board Options Exchange NASDAQ-100 Volatility Index[SM] (Bloomberg ticker: VXN) is a key measure of market expectations of near-term volatility conveyed by NASDAQ-100 Index (NDX) option prices.  It measures the market's expectation of 30-day volatility implicit in the prices of near-term NASDAQ-100 options (source: http://www.cboe.com/micro/vxn/).

---

[15] The Chicago Board Options Exchange Nasdaq -100 Volatility Index[SM] (Bloomberg ticker: VXN) "…is a key measure of market expectations of near-term volatility conveyed by Nasdaq -100 Index (NDX) option prices.  It measures the market's expectation of 30-day volatility implicit in the prices of near-term Nasdaq -100 options."  Source: http://www.cboe.com/micro/vxn/.



**Exhibit B-1**
**Rolling 30-Day Annualized Standard Deviation of Returns for Montage Technology Group, Ltd.**
**Common Stock and Daily Level of the NASDAQ-100 Volatility Index (VXN)**
**from October 10, 2013 to March 7, 2014**

Note that the first annualized standard deviation with a full 30-trading day period begins on November 6, 2013.  Source of prices and index levels:  Bloomberg.

15.     As is evident from Exhibit B-1, the market volatility as measured by the VXN Index remained relatively stable throughout the selected estimation period and Montage's volatility stabilizes after approximately the first 30 trading days in mid-November 2013.

16.     Another key consideration is the relationship between Montage daily returns and the market index, or beta.  As is evident from Exhibit B-2, the rolling 60-day beta (or slope coefficient) of Montage regressed on the market index varied from a high of 1.95 to a low of 0.05, but varied between 1.95 and 0.67 after the first full 60-trading day "rolling" period begins on December 19, 2013.  *See* Exhibit B-2.



**Exhibit B-2**
**60-Day Rolling Slope Coefficient of Montage Technology Group, Ltd. Common Stock Regressed on the**
**S&P Global SmallCap Index (SBERGLU) from October 10, 2013 to March 7, 2014**

Note that the first slope coefficient with a full 60-trading day period begins on December 19, 2013.  The market model regression also uses 'dummy' variables  on 2 days (2/6/2014 and 2/7/2014), therefore the rolling  60-day betas use a value of 0 for Montage and SBERGLU Index  returns on the 2 dummy days.  Source of prices and index levels: Bloomberg.

17.     Estimating the market model over the period that includes the Class Period as the estimation period, with dummy variables, allows my market model to capture the impact of the changing volatility and beta.

**D.  Computation of Predicted Returns, Excess Returns, and Statistical Significance**

18.     After estimating the market model, one can then calculate the daily predicted returns for the common stock.  Daily predicted returns are equal to the intercept or the constant term from the market model regression, plus the market beta times the return on the Market Index.  Daily excess returns are then calculated by subtracting the predicted return from the actual return on each day.[16]

---

[16] The excess price change is the amount of the change in the stock price after accounting

19.     In general, actual returns deviate from predicted returns even when no discernible event has occurred.  Accordingly, the event study methodology requires a determination of whether an excess return is attributable to chance.  This is done by testing whether the excess return is statistically significant.  The statistical significance of daily excess returns is assessed using a "t-statistic."  A t-statistic is generally computed as the excess return on a given day divided by the standard error of the market model regression.  The standard error of the regression is a measure of the "normal" volatility of excess returns.  The higher the standard error, the greater the threshold for determining statistical significance.

20.     A t-statistic greater than or equal to 1.96 in absolute value (*i.e.*, either positive or negative) means that the excess return is statistically significant at the 95% confidence level; a t-statistic greater than or equal to 2.58 in absolute value means that the excess return is significant at the 99% confidence level.  As is common in financial economics research, I consider an excess return with a t-statistic greater than or equal to 1.96 in absolute value to be statistically significant.  A statistically significant stock-price return is a test of the economic importance of new information to investors.[17]

---

for the movement in the market.  It is computed as the excess return multiplied by the closing price on the previous trading day.

[17] Data at the 95% confidence level or higher is considered to be "statistically significant" by the Supreme Court, which has accepted what is called the "two standard error rule," (virtually identical to the use of the 95 percent confidence level in hypothesis testing).  *See Castaneda v. Partida*, 430 U.S. 482 (1977), footnote 17.  *See also Hazelwood School District v. United States*, 433 U.S. 299 (1977), footnote 14.  *See* D. S. Moore and G. P. McCabe, Introduction to the Practice of Statistics, Fourth Edition, W. H. Freeman and Company, 2003, pp. 442-452.