1  Seth Aronson (S.B. #100153)
   saronson@omm.com
2  Courtney Gould (S.B. #274417)
   cgould@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA  90071-2899
   Telephone: (213) 430-6000
5  Facsimile: (213) 430-6407

6  Charles E. Bachman (admitted *pro hac vice*)
   cbachman@omm.com
7  Edward N. Moss (admitted *pro hac vice*)
   emoss@omm.com
8  O'MELVENY & MYERS LLP
   7 Times Square
9  New York, NY 10036
   Telephone: (212) 326-2000
10 Facsimile: (212) 326-2061

11 *Counsel for Defendants Montage Technology*
   *Group Limited, Howard C. Yang, Stephen Tai,*
12 *and Mark Voll*

   Laurence M. Rosen (S.B. #219683)
   lrosen@rosenlegal.com
   Phillip Kim (admitted *pro hac vice*)
   pkim@rosenlegal.com
   Jonathan Stern (admitted *pro hac vice*)
   jstern@rosenlegal.com
   THE ROSEN LAW FIRM, P.A.
   355 South Grand Avenue, Suite 2450
   Los Angeles, CA 90071
   Telephone: (213) 785-2610
   Facsimile: (213) 226-4684

   *Counsel for Lead Plaintiff Martin Graham,*
   *Plaintiff Shaun Shen, and the Class*

13
14                **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16
17                                          Case No. 3:14-cv-00722-SI

18                                          CLASS ACTION

19 In re MONTAGE TECHNOLOGY GROUP          **STIPULATION AND [PROPOSED]**
   LIMITED SECURITIES LITIGATION           **ORDER EXTENDING DEADLINES**
20                                          **FOR OPPOSITION TO MOTION FOR**
                                            **CLASS CERTIFICATION AND REPLY**
21
                                            Judge: Hon. Susan Illston
22                                          Courtroom: 10
                                            Complaint Filed: February 14, 2014
23                                          Trial Date: None set

24
25
26
27
28

IT IS HEREBY STIPULATED AND AGREED by and between Lead Plaintiff Martin Graham and Plaintiff Shaun Shen (collectively, "Plaintiffs") and Defendants Montage Technology Group Limited, Howard C. Yang, Stephen Tai, and Mark Voll (collectively, "Defendants"), pursuant to Rule 6-1(b) of the Local Civil Rules of the United States District Court for the Northern District of California, that:

WHEREAS the following time modifications have been ordered in this case:

- May 15, 2014: Order authorizing stipulation to postpone Case Management Conference and to set deadlines for filing Consolidated Amended Complaint ("CAC") and for Motion to Dismiss briefing (Docket No. 35);

- August 19, 2014: Order authorizing stipulation to extend deadline for mediation (Docket No. 40);

- March 9, 2015: Order authorizing stipulation to extend deadline for Plaintiffs to file Motion to Strike Defendants' Answer to CAC (Docket No. 65); and

- March 24, 2015: Order authorizing stipulation to extend deadline for Plaintiffs to file Motion to Strike Defendants' Answer to CAC or, in the alternative, for Defendants to file an Amended Answer (Docket No. 67);

WHEREAS on July 10, 2015, the Court entered an Order setting the following deadlines for class certification briefing and hearing (Docket No. 74):

- Plaintiffs' Motion for Class Certification due October 9, 2015;

- Defendants' Opposition to Plaintiffs' Motion due December 11, 2015;

- Plaintiffs' Reply to Defendants' Opposition due February 12, 2016; and

- Hearing for Plaintiffs' Motion for Class Certification scheduled for March 4, 2016.

WHEREAS Plaintiffs filed their Motion for Class Certification on October 9, 2015 (Docket No. 75);

WHEREAS due to a conflict with respect to scheduling the deposition of Plaintiffs' expert, Plaintiffs and Defendants respectfully request a one week extension of the deadlines to file the Class Certification Opposition and Reply;

WHEREAS, the Parties do not expect that the requested modification would affect other deadlines in the case;

1     NOW THEREFORE, the Parties hereby stipulate and agree, and request that the Court

2   authorize, that Defendants' deadline to file an Opposition to Plaintiffs' Motion for Class

3   Certification shall be extended to December 18, 2015, and that Plaintiffs' deadline to file a Reply

4   to Defendants' Opposition shall be extended to February 19, 2016.

5     **IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER
NO. 3:14-CV-00722-SI

1

Dated: November 2, 2015                Respectfully submitted,

2

O'MELVENY & MYERS LLP

3

By:___/s/ Seth Aronson_____

4

Seth Aronson

5

Seth Aronson (S.B. #100153)
Courtney Gould (S.B. #274417)

6

400 South Hope Street
Los Angeles, CA 90071

7

Telephone: (213) 430-6000
Facsimile: (213) 430-6407

8

Charles E. Bachman (admitted *pro hac vice*)

9

Edward N. Moss (admitted *pro hac vice*)
7 Times Square

10

New York, NY 10036
Telephone: (212) 326-2000

11

Facsimile: (212) 326-2061

12

*Counsel for Defendants Montage Technology*
*Group Limited, Howard C. Yang, Stephen Tai,*

13

*and Mark Voll*

14

15

THE ROSEN LAW FIRM, P.A.

16

By:___/s/ Jonathan Stern_____

17

Jonathan Stern

18

Laurence M. Rosen (S.B. #219683)
Phillip Kim (admitted *pro hac vice*)

19

Jonathan Stern (admitted *pro hac vice*)
355 South Grand Avenue, Suite 2450

20

Los Angeles, CA 90071
Telephone: (213) 785-2610

21

Facsimile: (213) 226-4684

22

*Counsel for Lead Plaintiff Martin Graham,*
*Plaintiff Shaun Shen, and the Class*

23

24

25

26

27

28

**ATTESTATION**

I, Seth Aronson, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Granting Leave for Defendants to File an Amended Answer.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, Jonathan Stern, concurs in this filing.

Dated: November 2, 2015

/s/ Seth Aronson

Seth Aronson

STIPULATION AND [PROPOSED] ORDER
NO. 3:14-CV-00722-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court having reviewed the foregoing Stipulation of the Parties, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Defendants' deadline to file an Opposition to Plaintiffs' Motion for Class Certification shall be extended to December 18, 2015, and that Plaintiffs' deadline to file a Reply to Defendants' Opposition shall be extended to February 19, 2016.

IT IS SO ORDERED.

Dated: _____          _____

THE HONORABLE SUSAN ILLSTON

UNITED STATES DISTRICT JUDGE