Seth Aronson (S.B. #100153)
saronson@omm.com
Brittany Rogers (S.B. #274432)
brogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Charles E. Bachman (admitted *pro hac vice*)
cbachman@omm.com
Edward N. Moss (admitted *pro hac vice*)
emoss@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Counsel for Defendants Montage Technology Group Limited, Howard C. Yang, Stephen Tai, and Mark Voll*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MONTAGE TECHNOLOGY GROUP LIMITED SECURITIES LITIGATION | Case No. 3:14-cv-00722-SI <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF EDWARD MOSS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Date: March 4, 2016 <br> Courtroom: 10 <br> Judge: The Honorable Susan Illston <br> Complaint Filed: Feb. 14, 2014 <br> Trial Date: None Set |

I, Edward Moss, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at O'Melveny & Myers LLP, counsel for Defendants Montage Technology Group Limited ("Montage"), Howard C. Yang, Stephen Tai, and Mark Voll (collectively, "Defendants"). I am duly licensed in the State of New York and admitted *pro hac vice* before this Court. I have personal knowledge of the information provided below, and if called to testify I could and would testify to the truth of that information. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

2. Attached as Exhibit A is a true and correct copy of excerpts from the certified transcript of the December 8, 2015 deposition of Shaun Shen.

3. Attached as Exhibit B is a true and correct copy of an excerpt from Montage's Prospectus, filed with the SEC on September 25, 2013. It was downloaded on or about December 16, 2015, from the Thomson Reuters Westlaw Business Law Research LIVEDGAR website, a commercially available database maintained by Thomson Reuters that contains the documents available through EDGAR (the SEC's Electronic Data Gathering, Analysis, and Retrieval system). A copy of the document is also publicly available directly from EDGAR (http://www.sec.gov/edgar/searchedgar/webusers.htm).

4. Attached as Exhibit C is a true and correct copy of Montage's Form 8-K, filed with the SEC on January 9, 2014. It was downloaded on or about December 16, 2015, from the Thomson Reuters Westlaw Business Law Research LIVEDGAR website, a commercially available database maintained by Thomson Reuters that contains the documents available through EDGAR (the SEC's Electronic Data Gathering, Analysis, and Retrieval system). A copy of the document is also publicly available directly from EDGAR (http://www.sec.gov/edgar/searchedgar/webusers.htm).

5. Attached as Exhibit D is a true and correct copy of an excerpt from Montage's Prospectus, filed with the SEC on January 31, 2014. It was downloaded on or about December 16, 2015, from the Thomson Reuters Westlaw Business Law Research LIVEDGAR website, a commercially available database maintained by Thomson Reuters that contains the documents available through EDGAR (the SEC's Electronic Data Gathering, Analysis, and Retrieval

1  system).  A copy of the document is also publicly available directly from EDGAR (http://www
2  .sec.gov/edgar/searchedgar/webusers.htm).

3      6.     Attached as <u>Exhibit E</u> is a true and correct copy of a chart of Montage's stock
4  prices throughout the Proposed Class Period.  It was retrieved on or about December 16, 2015,
5  from Bloomberg via a Bloomberg Terminal.

6      7.     Attached as <u>Exhibit F</u> are true and correct copies of Montage's press releases,
7  published on its website on February 7, 2014 and February 10, 2014.  It was printed on or about
8  December 18, 2015, from http://www.montage-tech.com/Press_Releases/index.html.

9      8.     Attached as <u>Exhibit G</u> is a true and correct copy of The Rosen Law Firm's
10  February 6, 2014 press release.  It was printed on or about November 17, 2015, from
11  http://www.businesswire.com/news/home/20140206006301/en/EQUITY-ALERT-Rosen-Law-
12  Firm-Announces-Investigation.

13     9.     Attached as <u>Exhibit H</u> is a true and correct copy of excerpts from the certified
14  transcript of the December 4, 2015 deposition of Martin Graham.

15    10.    Attached as <u>Exhibit I</u> is a true and correct copy of a document produced by
16  Plaintiffs, Bates Numbered RLF_000001 to RLF_000014, purporting to reflect the trade
17  confirmations of Lead Plaintiff Martin Graham.

18    11.    Attached as <u>Exhibit J</u>  is a true and correct copy of a document produced by
19  Plaintiffs, Bates Numbered marked RLF_000015 to RLF_000027, purporting to reflect the trade
20  confirmations of Plaintiff Shaun Shen.

21    12.    Attached as <u>Exhibit K</u> is a true and correct copy of Financial Accounting
22  Standards Board ("FASB") Statement of Fin. Accounting Standards No. 57.  It was printed on or
23  about December 18, 2015, from http://www.fasb.org/pdf/fas57.pdf.

24    13.    Attached as <u>Exhibit L</u> is a true and correct copy of the Expert Report of Paul A.
25  Gompers, Ph.D., dated December 18, 2015.

26    14.    Attached as <u>Exhibit M</u> is a true and correct copy of the certified transcript of the
27  November 19, 2015 deposition of Howard J. Mulcahey.  Sections of the text that Defendants rely
28  on are highlighted throughout.

15. Attached as <u>Exhibit N</u> is a chart Defendants created using information contained in Exhibit 12 to the Mulcahey Report.

16. Attached as <u>Exhibit O</u> is a true and correct copy of the *Class Actions FAQ* page from The Rosen Law Firm's website. It was printed on or about December 18, 2015, from http://www.rosenlegal.com/about-questions.html. A copy of the document is available from that website.

I declare under penalty of perjury under the laws of California and of the United States of America that the foregoing statements are true and correct.

Executed this 18th day of December 2015 in New York, New York.

      /s/ Edward N. Moss
      Edward N. Moss