# Exhibit M

```
 1  UNITED STATES DISTRICT COURT

 2  NORTHERN DISTRICT OF CALIFORNIA

 3  -----------------------------------x

 4  In re MONTAGE TECHNOLOGY          Case No.

 5  GROUP LIMITED SECURITIES     3:2014-cv-0722(SI)

 6  LITIGATION

 7  -----------------------------------x

 8                    November 19, 2015

 9                    9:56 a.m.

10

11        *** C O N F I D E N T I A L ***

12

13        Videotaped Deposition of HOWARD

14  J. MULCAHEY, taken by Defendants, at the

15  offices of O'MELVENY & MYERS LLP, 7 Times

16  Square, New York, New York, before Frank

17  J. Bas, a Registered Professional Reporter,

18  Certified Realtime Reporter and Notary Public

19  within and for the State of New York.

20

21

22

23

24

25
```

```
 1  A P P E A R A N C E S:

 2

 3  THE ROSEN LAW FIRM, P.A.

 4  Attorneys for Plaintiffs and the Witness

 5       275 Madison Avenue, 34th Floor

 6       New York, New York 10016

 7  BY:  JONATHAN STERN, ESQ.

 8       jstern@rosenlegal.com

 9

10

11  O'MELVENY & MYERS LLP

12  Attorneys for Defendants

13       Times Square Tower

14       7 Times Square

15       New York, New York 10036

16  BY:  EDWARD N. MOSS, ESQ.

17       emoss@omm.com

18

19

20  ALSO PRESENT:

21  LILLIAN J. LEE, Law Clerk, O'Melveny & Myers

22  DANIEL M. GARRETT, Ph.D., Cornerstone Research

23  ROBERT GIBBS, Videographer, DTI

24

25
```

```
 1                    H. MULCAHEY

 2                 November 19, 2015

 3                 New York, New York

 4                       ---

 5                 THE VIDEOGRAPHER:  Good          09:56:23

 6  morning, everyone.  This is the video operator  09:56:25

 7  speaking, Robert Gibbs of DTI Global, 1345      09:56:27

 8  Sixth Avenue, New York City, New York 10105.    09:56:31

 9                 Today is November 19, 2015 and   09:56:35

10  the time is 9:56 a.m.                            09:56:38

11                 We are at the offices of          09:56:41

12  O'Melveny & Myers, LLP, 7 Times Square,          09:56:45

13  New York City, New York 10036, to take the       09:56:48

14  videotaped deposition of Mr. Howard              09:56:52

15  J. Mulcahey in the matter -- In re -- pardon     09:56:55

16  me -- Montage Technology Group Limited           09:57:00

17  Securities Litigation, in the United States      09:57:03

18  District Court, Northern District of             09:57:04

19  California, Case No. 2014-cv-0722(SI).           09:57:06

20                 Will counsel please introduce    09:57:13

21  themselves for the record.                       09:57:14

22                 MR. STERN:  Jonathan Stern of     09:57:16

23  The Rosen Law Firm representing plaintiffs.      09:57:18

24                 MR. MOSS:  Edward Moss from       09:57:21

25  O'Melveny & Myers representing -- representing   09:57:23
```

```
 1                      H. MULCAHEY
 2   the defendants.                              09:57:26
 3              Also here with me observing are   09:57:27
 4   Lillian Lee from O'Melveny and Dan Garrett   09:57:28
 5   from Cornerstone Research.                   09:57:33
 6              THE VIDEOGRAPHER:  Thanks so      09:57:36
 7   much.                                        09:57:37
 8              Will the court reporter, Frank    09:57:37
 9   Bas of DTI Global, please swear the witness. 09:57:38
10                      — — —                     09:57:43
11   H O W A R D   J.   M U L C A H E Y,
12       called as a witness, having been duly
13       sworn by a Notary Public (Frank J. Bas),
14       was examined and testified as follows:   09:57:59
15              THE VIDEOGRAPHER:  You may        09:57:59
16   continue, Mr. Moss.                          09:57:59
17   EXAMINATION BY                               09:58:00
18   MR. MOSS:                                    09:58:01
19       Q.   Good morning, Mr. Mulcahey.         09:58:01
20       A.   Good morning Mr. Moss.              09:58:03
21       Q.   We met earlier, but for the         09:58:04
22   record my name is Edward Moss, I'm with      09:58:06
23   O'Melveny & Myers, and we represent the      09:58:07
24   defendants in this litigation.               09:58:09
25              Now, I know you've been deposed   09:58:11
```

```
 1                       H. MULCAHEY
 2  several times in your capacity as an expert        09:58:13
 3  witness.  Is that correct?                         09:58:16
 4          A.    Correct.                             09:58:17
 5          Q.    And safe to assume that you          09:58:18
 6  understand the basic ground rules of a             09:58:20
 7  deposition?                                        09:58:21
 8          A.    I do.                                09:58:21
 9          Q.    Okay.  If you don't understand       09:58:22
10  one of my questions, please ask me to clarify      09:58:24
11  and I'll do my best to rephrase it.  Is that       09:58:26
12  fair?                                              09:58:28
13          A.    Fair enough.                         09:58:28
14          Q.    Okay.  And if you do answer          09:58:29
15  I'll assume that you understood my question        09:58:33
16  and answered it to the best of your ability.       09:58:36
17  Is that fair?                                      09:58:38
18          A.    Fair enough.                         09:58:39
19          Q.    You understand that you're           09:58:40
20  testifying under oath?                             09:58:43
21          A.    I do.                                09:58:43
22          Q.    Is there any reason that you         09:58:44
23  cannot testify truthfully and accurately           09:58:46
24  today?                                             09:58:48
25          A.    Not that I know of.                  09:58:49
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                Page 6

```
 1                    H. MULCAHEY
 2          Q.    You're not taking any              09:58:50
 3   medications that would impair your ability      09:58:52
 4   to testify?                                     09:58:55
 5          A.    Not that I know of.                09:58:55
 6          Q.    No other reason you can think      09:58:56
 7   of that would impair your ability to testify?  09:58:58
 8          A.    No other reason.                   09:59:00
 9          Q.    What was your major at Hobart      09:59:01
10   and William Smith College?                      09:59:04
11          A.    A smattering of liberal arts       09:59:05
12   courses.                                        09:59:07
13          Q.    Did you have a major?              09:59:08
14          A.    I just had a liberal arts          09:59:09
15   degree.                                         09:59:13
16          Q.    You didn't major in economics,     09:59:13
17   right?                                          09:59:14
18          A.    I didn't.  I took economics,       09:59:14
19   physics, astrophysics, chemistry, psychology,   09:59:16
20   philosophy.  A little of everything.            09:59:21
21          Q.    So the answer to the question,     09:59:22
22   just so I'm clear, is no, you did not major in  09:59:25
23   economics?                                      09:59:28
24          A.    Correct.                           09:59:28
25          Q.    You have an MBA in corporate       09:59:29
```

CONFIDENTIAL

```
 1                    H. MULCAHEY
 2   finance from the Simon School?            09:59:32
 3        A.    Correct.                       09:59:33
 4        Q.    You don't have a master's      09:59:33
 5   degree in anything else?                  09:59:35
 6        A.    I do not.                      09:59:37
 7        Q.    No master's in economics?      09:59:38
 8        A.    An MBA.                        09:59:39
 9        Q.    Okay.  You don't have a        09:59:41
10   master's degree in economics?            09:59:42
11        A.    A master's in business         09:59:44
12   administration, is what I have.           09:59:46
13        Q.    You don't have a Ph.D.?        09:59:47
14        A.    That's correct.                09:59:49
15        Q.    You mention in your résumé that 09:59:50
16   you've been a guest lecturer at various   09:59:56
17   colleges.  Have you ever taught a full-length 09:59:58
18   course?                                   10:00:00
19        A.    No, I have not.                10:00:02
20        Q.    There's one reference under    10:00:02
21   "Publications" on your résumé that's to a 2006 10:00:08
22   article on the effect of options backdating in 10:00:11
23   the Social Science Research Network.  Is that 10:00:16
24   correct?                                  10:00:18
25        A.    Correct.                       10:00:18
```

http://www.youlaw.net/help

|   |   |   |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | Q.   And was that a -- would you | 10:00:18 |
| 3 | refer to that as a working paper? | 10:00:20 |
| 4 | A.   I would. | 10:00:22 |
| 5 | Q.   You co-wrote that with Gregg | 10:00:23 |
| 6 | Jarrell? | 10:00:27 |
| 7 | A.   And Gennaro Bernile. | 10:00:27 |
| 8 | Q.   Mr. Jarrell has a -- | 10:00:30 |
| 9 | A.   Dr. Jarrell. | 10:00:33 |
| 10 | Q.   I'm sorry.  You're right.  That | 10:00:34 |
| 11 | was my question. | 10:00:35 |
| 12 | Dr. Jarrell has a Ph.D. in | 10:00:36 |
| 13 | economics, correct? | 10:00:38 |
| 14 | A.   He's got a Ph.D.  I'm not sure | 10:00:39 |
| 15 | if it's economics, finance.  Something. | 10:00:42 |
| 16 | Q.   And he's a professor of | 10:00:43 |
| 17 | economics? | 10:00:45 |
| 18 | A.   He is. | 10:00:45 |
| 19 | Q.   The Social Science Research | 10:00:46 |
| 20 | Network is an online depository of articles, | 10:00:50 |
| 21 | is that fair? | 10:00:53 |
| 22 | A.   Fair enough. | 10:00:54 |
| 23 | Q.   And your article was not | 10:00:54 |
| 24 | peer-reviewed -- your working paper was not | 10:00:57 |
| 25 | peer-reviewed? | 10:00:59 |

```
 1                      H. MULCAHEY
 2           A.    That's correct.                       10:01:00
 3           Q.    You've never published -- or          10:01:00
 4  have you ever published any article in any           10:01:04
 5  peer-reviewed academic journal?                      10:01:05
 6           A.    I have not.                            10:01:08
 7           Q.    You're not an attorney,                10:01:09
 8  correct?                                             10:01:10
 9           A.    That is correct as well.               10:01:11
10           Q.    And you don't have a law               10:01:12
11  degree?                                              10:01:15
12           A.    Correct.                               10:01:15
13           Q.    Are you offering any legal             10:01:16
14  opinions in this case?                               10:01:17
15           A.    Not that I know of.                    10:01:18
16           Q.    In what areas, Mr. Mulcahey, do        10:01:20
17  you consider yourself an expert?                     10:01:22
18           A.    Economics generally.  Event           10:01:25
19  studies.  Securities damages.  Certain               10:01:30
20  valuation topics.                                    10:01:37
21           Q.    Anything else?                         10:01:38
22           A.    Nothing comes to mind right            10:01:39
23  now.                                                 10:01:45
24           Q.    So by my count, this is the            10:01:45
25  fourth case in which you've testified for a          10:01:49
```

```
 1                    H. MULCAHEY
 2  private plaintiff putative class in a federal      10:01:53
 3  securities class action at the class              10:01:57
 4  certification phase.                              10:02:01
 5             Let me help you.  I have               10:02:02
 6  Radient, China Agritech, Electronic Game Card     10:02:03
 7  and Montage.  Is that right?                      10:02:06
 8        A.    Do we consider expert reports         10:02:07
 9  as testimony?                                     10:02:09
10        Q.    Yes.                                  10:02:10
11        A.    Well, I think there's more than       10:02:12
12  four, then.                                       10:02:13
13        Q.    More than four expert reports         10:02:14
14  relating to market efficiency at the class        10:02:18
15  certification phase in a private plaintiff        10:02:20
16  case?                                             10:02:24
17        A.    I'll have to take your word for       10:02:26
18  it.  I haven't counted them.  I know I've done    10:02:27
19  more expert reports.  Some were directly and      10:02:30
20  specifically solely in market efficiencies.      10:02:35
21  Other -- others touched on it, because market     10:02:37
22  efficiency wasn't as highly contested in years    10:02:42
23  past.                                             10:02:45
24        Q.    So can you think of any               10:02:46
25  other -- I understand that market efficiency      10:02:47
```

1                    H. MULCAHEY

2   may be relevant to damages, and I understand          10:02:49

3   that there were SEC matters that you                  10:02:52

4   testified to.  I'm just trying to talk about          10:02:54

5   private plaintiff federal securities actions          10:02:58

6   where you've offered an opinion at the class          10:03:00

7   certification stage of the case --                    10:03:03

8          A.    Mm-hmm.                                  10:03:05

9          Q.    -- relating to market                    10:03:06

10  efficiency.  And my question is, can you think         10:03:07

11  of any others besides Radient, China Agritech          10:03:10

12  and Electronic Game Card?                             10:03:15

13         A.    I can't off the top of my head.          10:03:17

14  If I have, then they're on my résumé, and it          10:03:18

15  may not be obvious, but that's where they             10:03:20

16  would be.                                             10:03:24

17         Q.    Was the Ignite case a class              10:03:24

18  certification report?                                 10:03:28

19         A.    That was a Section 11 claim.             10:03:29

20  So no, it was not class certification.                10:03:32

21         Q.    And there are no others that             10:03:37

22  you can think of?                                     10:03:38

23         A.    Well, as I said, the landscape          10:03:39

24  has changed over the past almost -- almost 15         10:03:43

25  years since I've been with Forensic Economics,        10:03:49

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 12

```
 1                      H. MULCAHEY
 2   and in years past a class certification, or at      10:03:51
 3   the damage phase, you would do both market          10:03:55
 4   efficiency and damages.                             10:03:57
 5                  So I guess for class                 10:04:00
 6   certification, you know, I would have to -- I        10:04:01
 7   would have to agree with you.  I mean, I don't       10:04:03
 8   have the count off the top of my head.              10:04:06
 9           Q.    Okay.  So in Radient, China          10:04:10
10   Agritech and Electronic Game Card the              10:04:13
11   plaintiffs' law firm in all of those cases was      10:04:15
12   The Rosen Firm, is that right?                      10:04:17
13           A.    I think that's right.                10:04:20
14           Q.    And The Rosen Law Firm is            10:04:22
15   obviously the plaintiffs' law firm in this          10:04:25
16   case, too, right?                                   10:04:26
17           A.    In this case, too.                   10:04:27
18           Q.    Okay.  In all four of the            10:04:28
19   cases -- class certification reports that           10:04:31
20   you've written for The Rosen Law Firm in            10:04:35
21   securities class actions you've found that the      10:04:38
22   stock was trading in an efficient market,           10:04:41
23   correct?                                            10:04:42
24           A.    Correct.                             10:04:43
25           Q.    You've never opined in a class       10:04:44
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 13

```
 1                      H. MULCAHEY
 2   certification report that a stock was trading          10:04:47
 3   in an inefficient market?                              10:04:49
 4            A.    Well, before I accept a case I          10:04:52
 5   take a quick look, you know, and if I don't            10:04:54
 6   think it's trading in an efficient market I'm          10:04:56
 7   forthright about that, and obviously, you              10:05:00
 8   know, I wouldn't be hired for that case.               10:05:02
 9            Q.    Now, of the four cases with The         10:05:04
10   Rosen Law Firm on class certification --               10:05:09
11   Radient, China Agritech, Electronic Game Card          10:05:11
12   and Montage -- could you rank them for me in           10:05:14
13   terms of how confident you were that the stock         10:05:16
14   was trading in an efficient market, to least           10:05:20
15   confident?                                             10:05:23
16            A.    I haven't thought about it like         10:05:25
17   that.  I would have to go back and review              10:05:28
18   them, the characteristics and so on.  So no, I         10:05:32
19   don't think I could rank them.                         10:05:41
20            Q.    Okay.  Now, you also, in                10:05:42
21   addition to these four opinions, you've also           10:05:53
22   consulted for The Rosen Law Firm on, I think           10:05:56
23   you said in a past deposition, about 8 to 10           10:05:59
24   cases where you didn't prepare an expert               10:06:01
25   report, is that fair?                                  10:06:03
```

```
 1                    H. MULCAHEY

 2         A.    I haven't counted them, but,        10:06:06

 3  you know, beside Rosen there's Labaton,          10:06:08

 4  there's Berman DeValerio, there's Bernstein      10:06:13

 5  Litowitz, there's a number of other firms that   10:06:17

 6  I've consulted for.                              10:06:19

 7         Q.    Sure.  I'm just talking about       10:06:20

 8  Rosen.                                           10:06:22

 9              Do you have a sense of the           10:06:23

10  consulting engagements that you've had with      10:06:24

11  the Rosen firm that didn't result in expert      10:06:25

12  reports?                                         10:06:29

13              MR. STERN:  I'm just going to        10:06:29

14  mark this answer confidential.                   10:06:31

15              MR. MOSS:  Sure.                      10:06:32

16         A.    I have not counted them.  I         10:06:32

17  don't keep track.                                10:06:34

18         Q.    If I tell you that you've           10:06:34

19  testified before that it was approximately 8     10:06:36

20  to 10, does that sound about right?              10:06:38

21         A.    I would take your word for it.      10:06:39

22         Q.    Do you have any sense of how        10:06:40

23  much money The Rosen Law Firm has paid to you    10:06:45

24  for all of your engagements for them?            10:06:49

25              MR. STERN:  I want to mark his       10:06:51
```

```
 1                      H. MULCAHEY
 2   answer confidential.                              10:06:53
 3            A.    I haven't -- I haven't tallied     10:06:54
 4   it up.  No.                                       10:06:56
 5            Q.    Thousands of dollars?              10:06:57
 6            A.    I would say thousands, yes.        10:06:59
 7            Q.    Tens of thousands?                 10:07:01
 8            A.    Likely.                            10:07:03
 9            Q.    A hundred?                         10:07:03
10            MR. STERN:  To be clear, so I            10:07:06
11   don't have to keep doing it, the entire line      10:07:07
12   I'm marking confidential.                         10:07:10
13            MR. MOSS:  Okay.                         10:07:11
14            A.    Some of these cases were six       10:07:12
15   figures.                                          10:07:15
16            Q.    Do you think they paid you half    10:07:16
17   a million dollars in total in your career?        10:07:19
18            A.    I don't know.                      10:07:21
19            Q.    It's possible?                     10:07:22
20            A.    It's possible.  It could be        10:07:23
21   less.  I don't know.                              10:07:25
22            Q.    Have you -- has your testimony     10:07:27
23   ever been the subject of a Daubert challenge?     10:07:42
24            A.    You know, I don't keep track of    10:07:44
25   that.  I don't know.  I'm sure there's been       10:07:52
```

```
 1                        H. MULCAHEY
 2  challenges.  I don't know if it's Daubert or       10:07:55
 3  not.                                               10:07:57
 4          Q.    Has it ever been excluded based      10:07:57
 5  on Daubert?                                        10:07:59
 6          A.    Not to my knowledge, no.             10:08:00
 7          Q.    Has it ever been excluded based      10:08:02
 8  on any other reason?                               10:08:03
 9          A.    Not to my knowledge.                 10:08:04
10          Q.    And that's consistent.  I just       10:08:05
11  wanted to check.                                   10:08:08
12                Has a court ever held that a         10:08:09
13  defendant has successfully attacked your           10:08:14
14  credibility?                                       10:08:17
15          A.    What do you mean, a defendant?       10:08:18
16          Q.    Fair question.                       10:08:21
17                Has a court ever held that the       10:08:23
18  party opposing the party that engaged you has      10:08:26
19  successfully attacked your credibility?            10:08:30
20                MR. STERN:  Objection; vague.        10:08:32
21          A.    I'm not sure what you're after.      10:08:35
22  I don't know what you mean.  Successfully          10:08:37
23  attacked my credibility?  I don't -- you got       10:08:41
24  me.  Don't know.                                   10:08:44
25          Q.    Okay.  Has a court, to your          10:08:45
```

```
 1                    H. MULCAHEY
 2  knowledge, ever found an opposing party's           10:08:48
 3  criticisms of your work persuasive?                 10:08:52
 4            MR. STERN:  Objection.  That's            10:08:54
 5  broader than credibility, I would say.              10:08:55
 6            MR. MOSS:  Okay.  So it's a                10:08:58
 7  different question.                                 10:08:59
 8            MR. STERN:  Okay.                          10:09:00
 9       A.    I think the court, in some of            10:09:02
10  the -- of the opinions in the matters I've          10:09:05
11  been involved in, have given weight to an           10:09:09
12  opposing expert's criticism, yeah.  I would         10:09:15
13  think that's consistent with every case I've        10:09:18
14  been involved in as an expert, or just              10:09:19
15  consulting.                                         10:09:22
16       Q.    What do you mean it's                     10:09:23
17  consistent with every case you've been              10:09:24
18  involved in?                                        10:09:25
19       A.    Well, sometimes I support other          10:09:26
20  experts, whether it be Frank Torchio or Gregg       10:09:28
21  Jarrell, or, you know, maybe another expert,        10:09:32
22  Jerry Warner, and, you know, it's a series of       10:09:34
23  arguments, and sometimes the judge sides with       10:09:39
24  one party.  Sometimes another.  Just part of        10:09:42
25  the business.                                       10:09:45
```

```
 1                    H. MULCAHEY
 2         Q.    But --                          10:09:45
 3         A.    As I'm sure you're aware.       10:09:46
 4         Q.    But when you've been a          10:09:47
 5  testifying expert, I just want to understand, 10:09:49
 6  has a court ever found that an opposing       10:09:51
 7  party's criticisms of your work as a         10:09:55
 8  testifying expert have been persuasive?      10:09:57
 9              MR. STERN:  I feel like this     10:10:02
10  needs clarification.  Because the earlier    10:10:04
11  question was about credibility.  But this is 10:10:05
12  have they found that any criticism of any part 10:10:07
13  of his report, on the merits, might be       10:10:10
14  persuasive, in any aspect?                   10:10:12
15              MR. MOSS:  First of all, please  10:10:14
16  let's limit the speaking objections.         10:10:15
17              And second of all, I'm not sure  10:10:17
18  why you're confused about the fact that there 10:10:19
19  are two separate questions.  One has nothing 10:10:22
20  to do with the other.  They're separate      10:10:24
21  questions.                                   10:10:25
22  BY MR. MOSS:                                 10:10:27
23         Q.    Do you need that read back to   10:10:28
24  you?                                         10:10:29
25         A.    Let me just say this.  I mean,  10:10:30
```

```
 1                    H. MULCAHEY
 2   I think in some of the opinions that I've          10:10:32
 3   served as an expert the court has agreed with      10:10:33
 4   many of the things that I've done, and have        10:10:38
 5   agreed with an opposing expert on some of the      10:10:39
 6   things that they've done.                          10:10:42
 7        Q.    Has a court ever found that             10:10:44
 8   you've made arbitrary choices in your              10:10:46
 9   regression analyses?                               10:10:52
10        A.    I do not -- excuse me.  I do            10:10:55
11   not recall anything like that.                     10:11:02
12        Q.    Has a court ever found that you         10:11:04
13   made puzzling choices in your regression           10:11:05
14   analyses?                                          10:11:09
15        A.    I don't remember anything about         10:11:10
16   a regression analysis and a puzzlement.            10:11:12
17        Q.    Well, I said regression                 10:11:17
18   analyses.  Let me just ask it another way.         10:11:23
19             Has a court ever found that              10:11:25
20   you've made arbitrary choices in any of your       10:11:27
21   economic analyses?                                 10:11:30
22        A.    I don't recall.                         10:11:32
23        Q.    The same question.  Has a court         10:11:46
24   ever found that you made puzzling choices in       10:11:48
25   any of your economic analyses?                     10:11:51
```

```
 1                    H. MULCAHEY

 2          A.    Again, I don't recall.              10:11:52

 3          Q.    When were you first engaged in      10:11:54

 4    this case, Mr. Mulcahey?                        10:11:59

 5          A.    August, September, perhaps,         10:12:00

 6    this year.                                      10:12:06

 7          Q.    Of this year.                       10:12:07

 8                How many hours, approximately,      10:12:09

 9    did you spend on your report?                   10:12:09

10          A.    You know, I think I should have     10:12:11

11    looked at that, but I didn't.  50, 60, maybe.   10:12:16

12    70, maybe.  I'm not sure.                       10:12:24

13          Q.    Is it fair to say that a lot of     10:12:26

14    the material in the report, sort of the --      10:12:30

15    some of the articles you cited and some of the  10:12:34

16    basic structure and basic language background   10:12:36

17    is taken from prior reports?                    10:12:38

18          A.    I would say that's true.            10:12:42

19          Q.    All of the opinions that you're     10:12:44

20    offering in the class certification phase of    10:12:47

21    this case are contained in the report that you  10:12:51

22    submitted, including exhibits and appendixes,   10:12:52

23    is that right?                                  10:12:57

24          A.    All of my opinions regarding        10:12:57

25    the efficient market for Montage stock,         10:12:58
```

```
 1                       H. MULCAHEY
 2   that's correct.                                    10:13:00
 3          Q.    And you're not offering any          10:13:01
 4   opinions that aren't in the report, in this       10:13:02
 5   case, at the class certification phase?           10:13:08
 6          A.    Other than the market for            10:13:10
 7   Montage stock is efficient, no.                   10:13:12
 8          Q.    Well, everything -- let's just       10:13:15
 9   say that everything -- if everything in your      10:13:18
10   report is opinion -- I'm just trying to           10:13:20
11   understand:  Is there anything that's not in      10:13:22
12   your report that you are going to be offering     10:13:24
13   as an opinion at the class certification phase    10:13:26
14   of this case?                                     10:13:28
15          A.    I doubt it.  I don't know.  It       10:13:31
16   depends on what's going to be required on         10:13:34
17   rebuttal.  Is that your question?                 10:13:36
18          Q.    So you may offer new opinions        10:13:39
19   in your rebuttal report?                          10:13:41
20          A.    Defensive opinions.  Maybe           10:13:42
21   some new analysis.  It depends on what issues     10:13:45
22   come up.                                          10:13:47
23          Q.    All of the opinions that you         10:13:48
24   have formed so far that you're offering in --     10:13:50
25          A.    In the report.
```

```
 1                         H. MULCAHEY
 2             Q.     -- the class certification      10:13:52
 3  phase are in the report?                          10:13:54
 4             A.     That's correct.                 10:13:54
 5             Q.     And all of the bases for the    10:14:02
 6  opinions that you're offering in this report      10:14:04
 7  are also -- in this case -- are also in the       10:14:05
 8  report?                                           10:14:08
 9             A.     Well, there was the matter of   10:14:12
10  the purchasers of -- of the IPO, and I guess      10:14:16
11  that was requested.  I don't have that yet.  I    10:14:22
12  was hoping to have that in the report.  It's      10:14:24
13  not there.  But when I get it I expect to         10:14:27
14  analyze it and supplement the report.            10:14:29
15             Q.     I understand.  And that goes to 10:14:31
16  the point about institutional holder --           10:14:32
17  institutional investors of Montage stock,         10:14:35
18  right?                                            10:14:39
19             A.     Institutional investors, and    10:14:39
20  institutional trading, et cetera.                 10:14:41
21             Q.     Other than that, are there any  10:14:43
22  other bases for your opinions that are not        10:14:46
23  included in your report?                          10:14:49
24             A.     Not at this time, no.           10:14:50
25             Q.     Your opinion is that Montage    10:14:52
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 23

```
 1                      H. MULCAHEY
 2   common stock during the class period was        10:14:58
 3   informationally efficient, is that right?       10:15:00
 4          A.    That is correct.                    10:15:03
 5          Q.    You're not opining on the           10:15:04
 6   efficiency of any other Montage security         10:15:08
 7   besides the common stock?                        10:15:11
 8          A.    Only common stock.                   10:15:13
 9          Q.    And you are not opining in this     10:15:14
10   report on loss causation?                        10:15:19
11          A.    Correct.                             10:15:22
12          Q.    You're not opining on              10:15:23
13   materiality?                                      10:15:24
14          A.    Correct.                             10:15:25
15          Q.    You're not opining on damages?      10:15:25
16          A.    Correct again.                       10:15:28
17          Q.    Your report, I'll represent to     10:15:29
18   you, other than in a footnote where you're       10:15:32
19   citing a working paper that has the word        10:15:34
20   "Damages" in the title, your report doesn't      10:15:36
21   even mention the word "damages"; does that       10:15:39
22   sound right?                                       10:15:41
23          A.    That sounds correct.                 10:15:41
24          Q.    Now, in reaching your opinion      10:15:43
25   that Montage stock was informationally           10:15:47
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | efficient, did you arrive at any opinion as to | 10:15:48 |
| 3 | whether or not the stock was also | 10:15:52 |
| 4 | fundamentally efficient? | 10:15:54 |
| 5 | A.    No. | 10:15:56 |
| 6 | Q.    You don't have any opinion as | 10:15:57 |
| 7 | to whether or not Montage is fundamentally | 10:15:59 |
| 8 | efficient? | 10:16:01 |
| 9 | A.    I think that's irrelevant. | 10:16:01 |
| 10 | Q.    So the answer is you don't have | 10:16:03 |
| 11 | an opinion? | 10:16:05 |
| 12 | A.    Correct. | 10:16:06 |
| 13 | Q.    It's possible it is; it's | 10:16:06 |
| 14 | possible it isn't? | 10:16:08 |
| 15 | A.    Correct again. | 10:16:11 |
| 16 | Q.    In your opinion, does a stock | 10:16:12 |
| 17 | that is not fundamentally efficient create any | 10:16:17 |
| 18 | problems for measuring damages? | 10:16:20 |
| 19 | A.    Well, I haven't really | 10:16:23 |
| 20 | considered that question, so I don't have an | 10:16:29 |
| 21 | opinion on that. | 10:16:34 |
| 22 | Q.    Well, when you measure price | 10:16:35 |
| 23 | impact of a corrective disclosure, right, one | 10:16:37 |
| 24 | of the things you're looking at is you're | 10:16:44 |
| 25 | looking at the price before the corrective | 10:16:44 |

1                    H. MULCAHEY
2  disclosure and the price after, right?          10:16:46
3          A.    Mm-hmm.                            10:16:48
4          Q.    And if there's no fundamental      10:16:48
5  efficiency, then you can't really have          10:16:52
6  confidence that the price before and the price  10:16:54
7  after are accurately incorporating all of the   10:16:56
8  publicly available information, right?           10:17:01
9          A.    Well, that's an academic debate   10:17:04
10 that's been going on for years.  The father of  10:17:11
11 market efficiency, Fama, finds that to be an    10:17:13
12 untestable hypothesis, the joint hypothesis     10:17:17
13 about the level of prices.                       10:17:19
14              But what is really clear is         10:17:22
15 that new information causes the revaluation of  10:17:24
16 securities, of assets, and they go to an        10:17:28
17 equilibrium market price, a consensus price.    10:17:32
18              So I think it's very difficult      10:17:35
19 to make the argument that you can't measure     10:17:37
20 damages if you haven't proven fundamental       10:17:42
21 efficiency, period.  I mean, the market price,  10:17:47
22 the consensus price of hundreds or thousands    10:17:58
23 of investors trading on new information is the  10:18:01
24 best estimate of the value of that security at  10:18:04
25 that point in time.  And there are instances    10:18:07

```
 1                    H. MULCAHEY
 2  of, you know, irrational exuberance, there's      10:18:11
 3  irrational investors.                             10:18:17
 4             One of the papers I cited in my        10:18:19
 5  report from Bill Schwert, and another one from    10:18:20
 6  Mr. Fama -- Dr. Fama, both say that over time     10:18:24
 7  those things cancel out.                          10:18:30
 8             And the Supreme Court,                 10:18:31
 9  Halliburton II, says fundamental efficiency is    10:18:33
10  not relevant for securities litigation.  So       10:18:35
11  that's my opinion.                                10:18:40
12        Q.    So is it your opinion that --         10:18:41
13  let me just try it again -- that you can          10:18:46
14  accurately calculate damages even if you don't    10:18:51
15  have an opinion on whether a stock is             10:18:54
16  fundamentally efficient?                          10:18:55
17        A.    Yeah, I think you can                 10:18:56
18  accurately calculate damages if you haven't       10:18:59
19  proven fundamental efficiency, I think that's     10:19:02
20  true.                                             10:19:05
21        Q.    Have you read the consolidated        10:19:08
22  amended complaint in this case?                   10:19:10
23        A.    I have.                               10:19:12
24        Q.    The whole thing?                      10:19:12
25        A.    Well, I don't spend a lot of          10:19:13
```

```
 1                    H. MULCAHEY
 2   time on some of the legalese stuff, but yeah,      10:19:18
 3   I went through the whole thing.                    10:19:20
 4          Q.    I just want to make sure I            10:19:22
 5   understand the answer.  You say you don't          10:19:24
 6   spend a lot of time on it.  Does that mean         10:19:27
 7   you've read the whole thing or you haven't         10:19:29
 8   read the whole thing?                              10:19:31
 9          A.    I read the whole thing.  I read       10:19:32
10   the whole complaint, start to finish, a couple     10:19:33
11   of times.                                          10:19:36
12          Q.    Okay.  Have you read the              10:19:37
13   Gravity report?                                    10:19:39
14          A.    I have.                               10:19:40
15          Q.    The whole thing?                      10:19:40
16          A.    I read it.  I did.  The whole         10:19:41
17   thing.  From start to finish.  All 27 pages.       10:19:42
18          Q.    Have you read all of the             10:19:45
19   analyst reports cited in your event study?         10:19:46
20          A.    I have not.                           10:19:50
21          Q.    Do you know how many there            10:19:51
22   were?                                              10:19:52
23          A.    I think there were a total of        10:19:53
24   51 analyst reports over the class period.          10:19:58
25          Q.    And several of them were not in       10:20:01
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 28

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | your production, and I just want to see if I | 10:20:08 |
| 3 | can understand why.  Is that because -- did | 10:20:12 |
| 4 | you not have all of the reports in your | 10:20:14 |
| 5 | possession? | 10:20:15 |
| 6 | A.    I did not, no. | 10:20:17 |
| 7 | Q.    Did you read any of the | 10:20:18 |
| 8 | reports? | 10:20:23 |
| 9 | A.    A few. | 10:20:24 |
| 10 | Q.    About how many? | 10:20:25 |
| 11 | A.    The ones I had to to -- to | 10:20:26 |
| 12 | complete my tests. | 10:20:34 |
| 13 | Q.    Can you put a ballpark number | 10:20:36 |
| 14 | on that? | 10:20:38 |
| 15 | A.    When you get to the exhibits, I | 10:20:39 |
| 16 | think I can. | 10:20:43 |
| 17 | Q.    But sitting here today you | 10:20:44 |
| 18 | don't know how many you read? | 10:20:46 |
| 19 | A.    I don't remember. | 10:20:47 |
| 20 | Q.    But you know you didn't read | 10:20:48 |
| 21 | all of them? | 10:20:50 |
| 22 | A.    I did not, no.  It's not | 10:20:50 |
| 23 | relevant for my -- most of my analysis. | 10:20:52 |
| 24 | Q.    You cited about 330 or so press | 10:20:55 |
| 25 | releases and news articles.  Does that sound | 10:21:04 |

| | |
|---|---|
| 1                    H. MULCAHEY | |
| 2   about right to you? | 10:21:06 |
| 3           A.   I think that's right. | 10:21:09 |
| 4           Q.   Sometimes a media outlet, | 10:21:10 |
| 5   several different media outlets, will pick up | 10:21:13 |
| 6   the same story. | 10:21:16 |
| 7           A.   Mm-hmm. | 10:21:17 |
| 8           Q.   And I just want to understand. | 10:21:17 |
| 9   Did you do anything in that 330 number to | 10:21:18 |
| 10  avoid duplication? | 10:21:21 |
| 11          A.   Oh, no.  Absolutely not.  I | 10:21:24 |
| 12  mean, dissemination and -- and republication | 10:21:26 |
| 13  is part of getting the word out.  I mean, if | 10:21:30 |
| 14  you have one news report that goes out, it | 10:21:32 |
| 15  doesn't mean every investor is going to see | 10:21:34 |
| 16  it.  So it has to go in multiple channels and | 10:21:36 |
| 17  it all goes to dissemination.  If it's not | 10:21:39 |
| 18  republished, then it's not likely to reach all | 10:21:42 |
| 19  of the investors necessary. | 10:21:44 |
| 20          Q.   I understand. | 10:21:46 |
| 21               So if you have one story that | 10:21:46 |
| 22  was disseminated by 30 different news outlets, | 10:21:48 |
| 23  that would count as 30 in your 330? | 10:21:53 |
| 24          A.   That is correct. | 10:21:55 |
| 25          Q.   I want to turn quickly to a | 10:21:56 |

```
 1                    H. MULCAHEY
 2  couple of questions about your market          10:22:12
 3  efficiency statistics, the indirect tests.     10:22:15
 4             You have an exhibit in your          10:22:21
 5  report --                                       10:22:24
 6             MR. MOSS:  This will be
 7  Exhibit 1.
 8                    ---
 9             (Mulcahey Exhibit 1, One-page
10  document headed "Market Efficiency Statistics"
11  was marked for identification)
12                    ---
13  BY MR. MOSS:                                    10:22:38
14        Q.    You have an Exhibit 12 in your      10:22:38
15  report, Mr. Mulcahey, which compares Montage's  10:22:40
16  market efficiency statistics to those of some   10:22:46
17  other -- or I think all of the other cases you  10:22:47
18  were able to find in certain parameters in a    10:22:50
19  certain time frame?                             10:22:53
20        A.    For other cases that were found     10:22:54
21  efficient by the court.                         10:22:57
22        Q.    And inefficient?                     10:22:58
23        A.    And three that were                 10:22:59
24  inefficient.                                    10:23:01
25        Q.    Yes.  Okay.                          10:23:02
```

|   |   |   |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | And you have seven different | 10:23:03 |
| 3 | statistics that you talk about on that chart. | 10:23:06 |
| 4 | And what I've just put in front | 10:23:09 |
| 5 | of you is an exhibit that, just so it's not a | 10:23:11 |
| 6 | memory test, it's an exhibit that simply lists | 10:23:13 |
| 7 | all seven of those different statistics. | 10:23:17 |
| 8 | And I'm wondering whether or | 10:23:19 |
| 9 | not you can take a look at this and rank these | 10:23:20 |
| 10 | different factors for me from 1 to 7, in terms | 10:23:26 |
| 11 | of 1 being the most important to a finding of | 10:23:30 |
| 12 | market efficiency, and 7 being the least | 10:23:34 |
| 13 | important? | 10:23:36 |
| 14 | A.    No.  I can't do that. | 10:23:38 |
| 15 | Q.    Okay.  Why not? | 10:23:41 |
| 16 | A.    Market efficiency is -- is | 10:23:43 |
| 17 | the preponderance of the evidence.  I mean, | 10:23:48 |
| 18 | it's -- in Halliburton II the Supreme Court | 10:23:51 |
| 19 | says that the market for the security has to | 10:23:54 |
| 20 | be generally efficient, and it's not a matter | 10:23:56 |
| 21 | of one factor being more important than the | 10:23:58 |
| 22 | other, it's a collection of evidence. | 10:24:00 |
| 23 | So these are all binary.  Do | 10:24:02 |
| 24 | they work; do they don't.  And to some degree | 10:24:07 |
| 25 | it's a sliding scale.  So I don't think one is | 10:24:10 |

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 32

```
 1                    H. MULCAHEY
 2   more important than the other.  I mean,          10:24:15
 3   they're all important in their own way.  They    10:24:16
 4   all measure different things.                     10:24:19
 5            Q.    So, for example, in your          10:24:20
 6   opinion the market capitalization of a given     10:24:23
 7   stock is just as important as the bid/ask         10:24:28
 8   spread of that stock, in determining market      10:24:35
 9   efficiency?                                       10:24:37
10            A.    You know, that's a pretty good    10:24:38
11   example.  I think market cap is a proxy for      10:24:40
12   how much attention a particular stock would      10:24:46
13   get.  Bid/ask spread is a direct estimate of     10:24:47
14   the cost of trading.  So the cost of trading,    10:24:53
15   it probably would trump market cap.              10:24:57
16               But, again, I consider them all      10:25:00
17   as -- as part of an evaluation, rather than      10:25:02
18   ranking them from most important to least.       10:25:05
19               Does that make sense?                10:25:09
20            Q.    It does, although I think I       10:25:10
21   understand your answer to be saying that you     10:25:12
22   can, at least for that one example, you can      10:25:14
23   say that, in general, bid/ask spread is more     10:25:16
24   important than market cap?                        10:25:20
25            A.    Probably.                          10:25:21
```

http://www.deposition.com

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 33

```
 1                    H. MULCAHEY
 2            Q.    Okay.  And can you do that for    10:25:22
 3   any of the others?  Can you give me the top 3?   10:25:23
 4   Or the bottom 3?  Or the middle 3?              10:25:29
 5            A.    Well, I would say that there      10:25:33
 6   are some -- some of these factors are direct    10:25:49
 7   measurements.  Others are indirect.  All        10:25:51
 8   right?                                          10:25:53
 9                  And when I say "direct           10:25:53
10   measurements," I mean --                        10:25:55
11                  MR. STERN:  Don't write on       10:25:56
12   that.                                           10:25:57
13                  THE WITNESS:  I'm sorry?         10:25:58
14                  MR. STERN:  Don't write on       10:25:58
15   that.                                           10:25:59
16                  THE WITNESS:  I'm sorry.  I      10:25:59
17   wrote on that.                                  10:26:00
18   BY MR. MOSS:                                    10:26:01
19            Q.    If you want to write on one, I   10:26:01
20   can give you another one that's identical.      10:26:03
21            A.    I'm kind of a doodler guy.       10:26:06
22            Q.    That's fine.                     10:26:07
23            A.    So weekly volume is a direct     10:26:08
24   measure of trading activity.  So I would say    10:26:10
25   it's a direct measure, and it's important.      10:26:12
```

http://www.youtube.net/help

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 34

```
 1                    H. MULCAHEY
 2              Market-makers are a direct          10:26:16
 3  measure of liquidity in the market.  If there   10:26:20
 4  were one market-maker versus five, I think      10:26:23
 5  it's a significant difference.  But over a      10:26:26
 6  certain threshold, if you get over 15, for      10:26:28
 7  example, just to pick a number out of the air,  10:26:30
 8  it doesn't really matter if you have 15 or      10:26:32
 9  1,500.  I mean, you're still going to have a    10:26:34
10  liquid market.  So I would say that's a direct  10:26:37
11  measure.                                        10:26:41
12              Bid/ask spread is a direct          10:26:42
13  measure of trading costs.  I think that's       10:26:43
14  important.                                      10:26:45
15              Short interest is a direct          10:26:46
16  measure of arbitrage activity.  You know, a     10:26:47
17  low level of short interest means maybe         10:26:51
18  there's not a lot of arbitrage opportunity.  A  10:26:54
19  very high level means that arbitrage is going   10:26:57
20  to be difficult, because it's difficult to      10:26:59
21  borrow, and expensive to borrow, shares to      10:27:01
22  short.  So arbitrage is limited.  So that's a   10:27:04
23  direct measure of market efficiency.            10:27:11
24              The number of analysts is           10:27:12
25  really kind of an information context.  I put   10:27:14
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 35

```
 1                      H. MULCAHEY
 2   the number of analysts in with institutional      10:27:17
 3   holdings, and news stories, as a less -- as       10:27:21
 4   information content.  It's not a direct           10:27:27
 5   measure of efficiency, but, you know, you have    10:27:29
 6   to have information.  If you have information,     10:27:32
 7   low trading costs and competition, you're         10:27:35
 8   going to have an efficient market.  And these     10:27:38
 9   things in one way or another all measure that.    10:27:40
10                   So the direct measures I          10:27:43
11   mentioned -- the volume, market-makers,           10:27:45
12   bid/ask, short interest -- those are direct.      10:27:50
13   Those are easy.                                   10:27:52
14                   Analysts, institution, they       10:27:53
15   measure more information content interest in      10:27:55
16   the stock.                                        10:27:58
17                   You know, and I think market      10:28:01
18   cap is -- it's an indication of how much          10:28:01
19   interest a security would get, but, you know,     10:28:06
20   personally I don't put a lot of weight on         10:28:10
21   that.  That's just my own opinion.                10:28:12
22             Q.    So in your opinion, generally     10:28:14
23   the direct factors, which are weekly volume,      10:28:16
24   market makers, bid/ask spread and short           10:28:19
25   interest, would be --                             10:28:23
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 36

```
 1                    H. MULCAHEY

 2          A.    Important direct measures.      10:28:24

 3          Q.    -- the most important of the    10:28:26

 4  seven on this list?                           10:28:28

 5          A.    I'm not going to say the most   10:28:28

 6  important, but I would say they're important  10:28:30

 7  direct measures.                              10:28:31

 8                I put these in two categories.  10:28:32

 9  Right?  Important, and what I would consider  10:28:34

10  not terribly important.  And I would say      10:28:35

11  market cap is probably not terribly important. 10:28:38

12  The other ones are probably more important.   10:28:43

13  But they all play together.                   10:28:44

14                I mean, the question you're     10:28:46

15  asking is very difficult to answer, because it 10:28:47

16  depends on the context.  It depends on the    10:28:50

17  security.  It depends on a lot of other       10:28:53

18  factors that aren't listed here.  But, you    10:28:55

19  know, they're all relevant measures.          10:28:58

20          Q.    Generally, are the direct       10:28:59

21  measures more important than the indirect     10:29:01

22  measures?                                     10:29:04

23          A.    The direct measures are easier  10:29:04

24  to quantify.  I'll say that.  But I'm going to 10:29:12

25  stop short of saying they're more important,  10:29:18
```

```
 1                    H. MULCAHEY

 2  because it's -- what's a good analogy?  It's        10:29:20

 3  like buying a house.  Okay?  There are things        10:29:25

 4  that are really important to you and things          10:29:27

 5  that aren't, but when you go to see a house          10:29:29

 6  it's the mix of everything, it's the totality        10:29:32

 7  of the property, and where it is, and the            10:29:35

 8  price, and the financing, and, you know, how         10:29:37

 9  Wellcome you feel, the colors.                       10:29:40

10            So, I mean, in this case it's              10:29:42

11  the collection of these things, they all have        10:29:46

12  different importance, and different values,           10:29:48

13  and they bring you to one conclusion, that the       10:29:51

14  market for Montage stock is informationally          10:29:55

15  efficient.                                            10:29:58

16            So the only two that I would               10:29:58

17  say that personally I don't put a lot of             10:30:02

18  weight on are market cap and the S-3 filing.         10:30:05

19  I don't see where those are very reliable            10:30:09

20  measures.  But, you know, they're considered.        10:30:12

21  They're important to some people.  Just not to       10:30:15

22  me.                                                   10:30:17

23       Q.   Let's now get into the direct             10:30:17

24  tests of market efficiency.  Your opinion is         10:30:27

25  that a market that meets the semi-strong             10:30:39
```

```
 1                     H. MULCAHEY
 2   definition of efficiency is a market in which      10:30:42
 3   security prices reflect all publicly available     10:30:44
 4   information?                                        10:30:46
 5           A.    Could you say that again?            10:30:47
 6           Q.    Is your opinion that a market         10:30:49
 7   that meets the semi-strong definition of           10:30:51
 8   efficiency, a market in which security prices      10:30:53
 9   reflect all publicly available information?        10:30:56
10           A.    With one qualifier.  Weak-form        10:31:02
11   efficient, I agree.  And security prices           10:31:11
12   reflect all publicly available information to      10:31:14
13   the point where the costs of trading exceed        10:31:16
14   the benefits expected.  So -- and that's           10:31:20
15   Dr. Jensen's and Dr. Fama's definition of          10:31:25
16   market efficiency.                                 10:31:28
17           Q.    So you just mentioned                 10:31:30
18   "weak-form," and I'm just asking you --            10:31:32
19           A.    Semi-strong.  I'm sorry.  I          10:31:33
20   meant semi-strong.                                 10:31:35
21           Q.    -- semi-strong.  Okay.               10:31:37
22                 Is an efficient stock -- and          10:31:40
23   I'm talking about semi-strong efficiency -- is     10:31:42
24   an efficient stock one that should react to        10:31:45
25   all new value-relevant company-specific            10:31:47
```

```
 1                       H. MULCAHEY
 2   information?                                        10:31:50
 3           A.    If it's material.                     10:31:50
 4           Q.    Yes.  If it's material.               10:31:52
 5           A.    Agreed.                               10:31:54
 6           Q.    Do you agree that direction is        10:31:54
 7   an element of market efficiency?                    10:31:59
 8           A.    I think it's an element of            10:32:01
 9   fundamental efficiency.  I mean, information        10:32:03
10   content will move prices, and the way that          10:32:06
11   information content, value-relevant                 10:32:08
12   information, is interpreted by investors can        10:32:11
13   be different.                                       10:32:15
14               And that's why -- I don't want          10:32:17
15   to write on that, but, you know, if you have        10:32:20
16   got a stock price and new information comes          10:32:22
17   out, you see the stock price do this.  Right?       10:32:24
18   And that same information means different            10:32:26
19   things to different people.  And you end up          10:32:28
20   with an equilibrium price, a market price --         10:32:30
21   we talked about a little bit ago --                  10:32:33
22               MR. STERN:  For the record,             10:32:36
23   Mr. Mulcahey drew a line that's going up and        10:32:37
24   down.  He can't say.                                10:32:40
25               A.    Right.  It represents             10:32:42
```

```
 1                    H. MULCAHEY
 2  volatility based on new information.  It's        10:32:43
 3  another paper I cited in my report.              10:32:47
 4             So, you know, when I'm doing          10:32:50
 5  market efficiency I don't consider the           10:32:51
 6  magnitude of direction.  That's not the point.   10:32:55
 7  The point is value-relevant information causes   10:32:57
 8  trading volume, investors to trade, creating     10:33:00
 9  volume, and price changes.                       10:33:02
10        Q.    If a stock went down in a            10:33:05
11  statistically significant way every time the     10:33:10
12  company released new, material, surprising,      10:33:12
13  value-relevant news, in your opinion would       10:33:18
14  that stock be efficient?                          10:33:20
15        A.    That's a product of analysis.        10:33:26
16  I mean, it's moving -- you know, it depends      10:33:29
17  when it's not moving as well.  I mean -- so      10:33:32
18  that's not enough to make a determination.  If   10:33:38
19  it were, my report would be far shorter.          10:33:40
20        Q.    So it's possible, in your            10:33:44
21  opinion, that a stock can go down in a            10:33:48
22  statistically significant way every single       10:33:50
23  time the company releases value-relevant, new,  10:33:53
24  surprising news that's positive, and that        10:33:56
25  stock can be trading in an efficient market?     10:34:01
```

```
 1                     H. MULCAHEY
 2          A.    Well, they don't have to do        10:34:05
 3   that many times before they're out of          10:34:06
 4   business, because you go to zero pretty quick.  10:34:09
 5   But I think your hypothetical is farfetched.    10:34:12
 6          Q.    Okay.  But just humor me.           10:34:15
 7   Okay?  There is a stock that goes down, the     10:34:17
 8   price goes down in a statistically significant  10:34:21
 9   way every time the company releases new         10:34:23
10   value-relevant news.                            10:34:28
11          A.    New value-relevant news.           10:34:31
12          Q.    Material.                          10:34:32
13          A.    Material value-relevant news,      10:34:34
14   it goes down every time.                        10:34:36
15          Q.    And it's positive                  10:34:38
16   value-relevant news?  Okay?  They beat          10:34:39
17   earnings.  Every time the company beat          10:34:42
18   earnings.                                       10:34:45
19          A.    It's possible it's efficient.      10:34:45
20   Maybe the market expected earnings to be more   10:34:46
21   positive.  That happens all the time.  Set      10:34:48
22   expectation they'd have 10 bucks a share in     10:34:51
23   earnings, you end up with 8.  Growth rate, the  10:34:53
24   rate goes down, the risk of owning the stock    10:34:55
25   goes down, and the price goes down.  Because    10:34:58
```

```
 1                     H. MULCAHEY
 2  of the new positive information.  It's not        10:35:00
 3  that simple.                                       10:35:04
 4         Q.    Let me change it for you a            10:35:05
 5  little bit.                                        10:35:07
 6             The stock goes down in a                10:35:08
 7  statistically significant way --                   10:35:09
 8         A.    Mm-hmm.                                10:35:10
 9         Q.    -- every time the company             10:35:11
10  releases new, positive, value-relevant news        10:35:12
11  that's surprising and exceeds everybody's          10:35:17
12  expectations.  Can that stock be trading, in       10:35:22
13  your opinion, in an efficient market?              10:35:24
14         A.    I don't know.  There's not            10:35:26
15  enough information to make a determination.        10:35:30
16         Q.    What more information do you          10:35:31
17  need?                                              10:35:32
18         A.    I would have to perform other         10:35:33
19  tests.  I would have to find out, besides the      10:35:34
20  instances you're talking about, what else is       10:35:41
21  going on with the stock.                           10:35:43
22             If it's going down, maybe every         10:35:45
23  time this positive information comes out, and      10:35:48
24  it's a surprise, maybe there's some other          10:35:52
25  indication in the news that this stock is          10:35:56
```

```
 1                    H. MULCAHEY
 2   risky to hold.  I don't know.  There's a lot        10:35:59
 3   of unknowns there.                                  10:36:03
 4           Q.    So it's possible that the stock       10:36:04
 5   that I just described, in your opinion, can be      10:36:06
 6   trading efficiently?                                10:36:07
 7           A.    It's an unknown right now,            10:36:10
 8   based on the hypothetical you have presented.       10:36:12
 9           Q.    I think you just agreed that          10:36:15
10   it's possible, is that right?                       10:36:19
11           A.    I agreed it's not determinable.       10:36:23
12   And there's other things I would look at.           10:36:26
13           Q.    Would a stock trading in an           10:36:30
14   efficient market react to news released            10:36:41
15   outside of the United States?                       10:36:45
16           A.    That depends.  It depends if          10:36:48
17   that news outside the United States got to the      10:36:57
18   investors who are actually trading in the           10:37:00
19   stock.  If the news is not disseminated to the      10:37:03
20   investors that hold the stock, they can't           10:37:06
21   assess the value-relevant news.                     10:37:09
22           Q.    But isn't part of whether or          10:37:12
23   not a stock is trading efficiently the extent       10:37:14
24   to which news would get disseminated to the         10:37:16
25   investors?                                          10:37:19
```

| | |
|---|---|
| 1                   H. MULCAHEY | |
| 2          A.    I don't understand your | 10:37:20 |
| 3  question. | 10:37:21 |
| 4          Q.    Well, I think what you're | 10:37:21 |
| 5  saying is that, right -- I asked you if a | 10:37:23 |
| 6  stock trading in an efficient market would | 10:37:26 |
| 7  react to news outside the United States, and | 10:37:28 |
| 8  you said:  "It depends if the news got to | 10:37:30 |
| 9  investors." | 10:37:33 |
| 10             Right? | 10:37:33 |
| 11          A.    Correct. | 10:37:34 |
| 12          Q.    I am asking you whether or not | 10:37:34 |
| 13  the news getting to investors is part of | 10:37:36 |
| 14  efficiency?  In other words, if the news | 10:37:40 |
| 15  didn't get to investors, doesn't that suggest | 10:37:44 |
| 16  that the stock is not trading efficiently? | 10:37:47 |
| 17          A.    Well, let me put it a different | 10:37:49 |
| 18  way.  I mean, the semi-strong form of | 10:37:55 |
| 19  efficiency means the stock trades on publicly | 10:37:57 |
| 20  available information.  If it's not publicly | 10:38:01 |
| 21  available, meaning to the investors, you know, | 10:38:03 |
| 22  if it's -- if it's something that doesn't hit | 10:38:07 |
| 23  the newswires, if it's something that's | 10:38:12 |
| 24  hidden, if it's some kind of insider | 10:38:16 |
| 25  information, in another country, or in the | 10:38:19 |

```
 1                    H. MULCAHEY
 2  same country, it doesn't matter, it will not      10:38:21
 3  be reflected in the stock.                        10:38:23
 4              Does that make sense to you?          10:38:29
 5        Q.    I think so.  Let me maybe try         10:38:31
 6  it another way.                                   10:38:33
 7        A.    I think your question is, is          10:38:38
 8  dissemination of information part of an           10:38:41
 9  efficient market.  And the answer is yes.         10:38:44
10  Right?  If information is not disseminated, if    10:38:46
11  there's some material omission, if there's        10:38:49
12  something important that's hidden, that's part    10:38:51
13  of, you know, the assessment of an                10:38:55
14  informationally efficient market.                 10:38:58
15              Does that make sense?                 10:39:00
16        Q.    It does.  When you say                10:39:01
17  "hidden," what do you mean?  Do you mean          10:39:03
18  something that the company is hiding, hasn't      10:39:04
19  disclosed?                                        10:39:07
20        A.    Let's say that -- let's pick on       10:39:07
21  General Electric.  General Electric, big          10:39:16
22  global company.  Let's say that they had an       10:39:18
23  accident in China that is going to impair         10:39:21
24  their airplane production by 50 percent over      10:39:25
25  the next six months.                              10:39:30
```

```
 1                      H. MULCAHEY
 2               If nobody knows about that,        10:39:30
 3  then they can't revalue General Electric?      10:39:31
 4  Right?  If the news is not disseminated, if    10:39:34
 5  it's not published in the newspapers over      10:39:36
 6  there, if it's a complete secret, it will not  10:39:38
 7  affect the stock price.  Company management     10:39:42
 8  knows it.  But the investors don't.  That's    10:39:44
 9  the difference that I am talking about.  Does   10:39:46
10  that make sense?                                10:39:49
11          Q.    It completely makes sense.  So   10:39:50
12  I think your answer to my question was yes.    10:39:52
13  When you say "hidden," you mean something that  10:39:54
14  the company is hiding that an investor can't   10:39:56
15  find out because it's within the company?       10:39:58
16          A.    If something is hidden, yes,     10:40:04
17  the company would know about it; management    10:40:07
18  would know about it; maybe the directors would 10:40:08
19  know about it, I don't know; employees would   10:40:10
20  know about it; investors would not.  That's    10:40:12
21  the definition of omission:  Hiding the ball.  10:40:15
22          Q.    Investors wouldn't be able to    10:40:18
23  get that information from public sources?       10:40:19
24          A.    They could not incorporate that  10:40:21
25  into their valuation of the security.          10:40:22
```

```
 1                        H. MULCAHEY
 2            Q.    But you would expect that          10:40:24
 3   information that could be obtained from public    10:40:25
 4   sources would be incorporated into the stock      10:40:27
 5   price of a stock that's trading efficiently,      10:40:30
 6   whether that information is in public sources     10:40:32
 7   in one country or another?                        10:40:35
 8            A.    Well, you're crossing into a       10:40:39
 9   gray area, though.  Let's say that -- here's a    10:40:41
10   good example -- that the CEO of Bausch + Lomb     10:40:45
11   had on his résumé graduating from business        10:40:50
12   school with an MBA.  Right?  Anybody could        10:40:52
13   find that out by going to the school and          10:40:54
14   finding -- and asking the question.  And          10:40:56
15   nobody does.  And until that's brought to the     10:40:59
16   investors' attention, it's an omission.  It's     10:41:01
17   a fabrication.  You know, it's false.  Right?     10:41:06
18                 When it comes public, the stock     10:41:09
19   price of Bausch + Lomb falls down.  Why?          10:41:12
20   Because it's a reputation effect.                 10:41:16
21   Management -- senior management, the CEO, is      10:41:18
22   entrusted with the most important aspects of      10:41:20
23   running this business, and it's what's called,   10:41:22
24   in economics, an agency problem.  So if he's      10:41:25
25   lying about his MBA, what else is going on?       10:41:28
```

```
 1                      H. MULCAHEY
 2   What else is being hidden?  Is there something      10:41:31
 3   else we don't know?                                 10:41:34
 4              So that's an example of                  10:41:35
 5   something that's -- that's really in the            10:41:37
 6   public domain that's not publicly known, and        10:41:40
 7   when it is publicly known, and disclosed            10:41:44
 8   publicly, it causes a price reaction.               10:41:46
 9        Q.    But you would expect that that           10:41:48
10   information would be found much more quickly         10:41:50
11   in the context of a stock that was trading           10:41:57
12   efficiently than a stock that was not trading       10:42:00
13   efficiently, right?                                 10:42:02
14        A.    There are lots of examples               10:42:03
15   where that doesn't happen.  This is one             10:42:04
16   example, in Montage.  That information is in a      10:42:07
17   foreign country, it's exposed by this Gravity       10:42:09
18   report, and it's very detailed.  I mean, this       10:42:12
19   takes a lot of time and effort to disclose.         10:42:14
20              And in talking about Montage             10:42:16
21   for a second, this was an IPO.  You have five       10:42:18
22   different underwriters.  They're charged with       10:42:21
23   diligence.  They have to go and uncover -- you      10:42:23
24   know, turn over all the stones, uncover the         10:42:26
25   problems, make sure investors know about this.      10:42:29
```

| | |
|---|---|
| 1 | H. MULCAHEY | |
| 2 | And if they don't, you know, then they have | 10:42:31 |
| 3 | failed in their responsibility.  That's part | 10:42:34 |
| 4 | of the diligence process of an IPO. | 10:42:36 |
| 5 | So investors rely on the | 10:42:39 |
| 6 | diligence factor of underwriters in an IPO to | 10:42:42 |
| 7 | uncover those things.  And if it's not, it | 10:42:47 |
| 8 | undermines the confidence investors have in | 10:42:50 |
| 9 | that particular company, and the risk of | 10:42:54 |
| 10 | holding that security goes way up.  What else | 10:42:58 |
| 11 | is not known? | 10:43:00 |
| 12 | So even though it's public -- I | 10:43:01 |
| 13 | mean, who is going to go to China and check | 10:43:03 |
| 14 | every aspect of -- of, you know, this | 10:43:07 |
| 15 | distributor and where it's located, or | 10:43:10 |
| 16 | collocated, and, you know, padlocks on the | 10:43:13 |
| 17 | doors, and, you know, the ownership tracing | 10:43:16 |
| 18 | back through different people.  That's | 10:43:18 |
| 19 | expensive information to uncover.  It's very | 10:43:20 |
| 20 | expensive.  You can do it. | 10:43:23 |
| 21 | And in the analyst world, where | 10:43:25 |
| 22 | they are brokers of information, there's what | 10:43:30 |
| 23 | they call a mosaic effect.  Right?  Or mosaic | 10:43:32 |
| 24 | process.  Where they gather all kinds of | 10:43:36 |
| 25 | little tidbits of information, and make a | 10:43:38 |

```
 1                    H. MULCAHEY
 2   cohesive story.  That's one of the things they      10:43:41
 3   sell, is information.  That's why analysts'         10:43:43
 4   reports are expensive, and there are highly         10:43:45
 5   paid analysts doing this, and people -- people      10:43:48
 6   gladly pay for the information because they         10:43:51
 7   don't have to go get it themselves.                 10:43:53
 8   Information has a cost.  And going to China         10:43:56
 9   and gathering all of that information has a         10:43:58
10   huge cost.  And most investors aren't going to      10:44:01
11   do it.  They're going to rely on the vetting        10:44:03
12   process of an IPO to uncover those things.          10:44:08
13           Q.   So do you agree or disagree            10:44:11
14   that publicly available information abroad          10:44:14
15   will be more likely to be quickly incorporated      10:44:24
16   into the stock price of a stock that's trading      10:44:27
17   efficiently versus a stock that's trading           10:44:30
18   inefficiently?                                      10:44:33
19           A.   When it's publicly disclosed.          10:44:33
20           Q.   Well, what in the -- as long as        10:44:37
21   we're talking about the Gravity report.  What       10:44:39
22   in the Gravity report was not public                10:44:41
23   information?                                         10:44:42
24           MR. STERN:  Objection.  He                  10:44:44
25   didn't say public information.  He said             10:44:45
```

```
 1                      H. MULCAHEY
 2  publicly disclosed.                               10:44:47
 3           A.    There's a difference --            10:44:50
 4           Q.    You can answer the question.       10:44:51
 5           A.    -- between public information      10:44:53
 6  and publicly disclosed.  There's a lot of         10:44:53
 7  litigation -- there was one several years ago     10:44:59
 8  about somebody who owned a lot of land in         10:44:59
 9  Florida and they said that they were building     10:45:00
10  homes, and when someone went down to actually     10:45:02
11  take pictures, the homes weren't there.  So       10:45:05
12  there was a lawsuit over it.                      10:45:06
13                So it's public information,         10:45:07
14  it's publicly available, but it's not publicly    10:45:09
15  disclosed.  There's a difference.                 10:45:11
16                MR. MOSS:  Please limit the         10:45:17
17  speaking objections, because he just answered     10:45:19
18  the question you asked and not the question I     10:45:21
19  asked.                                            10:45:23
20           A.    I think that is what we were       10:45:26
21  trying to get at, though, right?                  10:45:28
22           Q.    Let's talk about the direct        10:45:32
23  test of market efficiency.  Your direct tests     10:45:35
24  that you have in your report are meant to         10:45:37
25  address the fifth Cammer factor, right?  The      10:45:39
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 52

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | cause-and-effect relationship? | 10:45:43 |
| 3 | A.   Well, there's a lot of tests. | 10:45:44 |
| 4 | But I did do cause and effect. | 10:45:46 |
| 5 | Q.   So -- | 10:45:48 |
| 6 | A.   Direct tests of cause and | 10:45:50 |
| 7 | effect. | 10:45:52 |
| 8 | Q.   Okay.  And Cammer said that the | 10:45:52 |
| 9 | cause-and-effect factor, the fifth factor, is | 10:45:56 |
| 10 | the essence of an efficient market and the | 10:45:58 |
| 11 | foundation for fraud-on-the-market theory. | 10:46:00 |
| 12 | You quote that in your report, | 10:46:03 |
| 13 | right? | 10:46:04 |
| 14 | A.   I did. | 10:46:04 |
| 15 | Q.   Now, do you agree that the | 10:46:05 |
| 16 | fifth Cammer factor is necessary to proving an | 10:46:09 |
| 17 | efficient market? | 10:46:13 |
| 18 | A.   I think it's important, like -- | 10:46:15 |
| 19 | like all of the other factors.  Like the | 10:46:18 |
| 20 | Krogman factors.  Like all the of the other | 10:46:21 |
| 21 | factors I list in the report. | 10:46:25 |
| 22 | Q.   If plaintiff cannot prove cause | 10:46:27 |
| 23 | and effect, is it your opinion that the | 10:46:29 |
| 24 | plaintiff can prove that there's an efficient | 10:46:32 |
| 25 | market? | 10:46:35 |

```
 1                      H. MULCAHEY
 2           A.    I think it's very difficult.        10:46:35
 3           Q.    Is it possible?                     10:46:37
 4           A.    Probably not.                       10:46:38
 5           Q.    And you, yourself, have never       10:46:41
 6  offered an opinion that a stock traded             10:46:44
 7  efficiently where you couldn't find that there     10:46:46
 8  was cause and effect, correct?                     10:46:48
 9           A.    I don't think I testified to        10:46:50
10  that, no.  But I think that's the case.            10:46:52
11           Q.    Every time that you've              10:46:55
12  testified that a stock was efficient, you          10:46:56
13  found that there was a cause and effect, based     10:46:59
14  on the analysis you performed?                     10:47:02
15           A.    I think that's right.               10:47:03
16           Q.    And you couldn't offer the          10:47:04
17  opinion that it was efficient without finding      10:47:05
18  cause and effect?                                  10:47:07
19           A.    I couldn't offer an opinion of      10:47:08
20  an informationally efficient market without        10:47:11
21  cause and effect, and probably without other       10:47:15
22  tests as well.                                     10:47:19
23           Q.    Which other tests are               10:47:20
24  necessary?                                         10:47:21
25           A.    Again, it's the totality of the     10:47:21
```

1                        H. MULCAHEY

2    information.  Cause and effect is an important          10:47:23

3    piece, but if you have cause and effect but             10:47:26

4    you don't pass the threshold on any other               10:47:29

5    tests, I think informational efficiency would           10:47:32

6    be a difficult opinion.                                 10:47:35

7              Q.    What, in your opinion, are the          10:47:37

8    threshold tests that you would have to pass in          10:47:38

9    order to get to the cause-and-effect analysis?          10:47:41

10             A.    All of the other things.  The           10:47:43

11   other indicators.  You know, weekly volume,             10:47:44

12   bid/ask spread, short interest, arbitrage               10:47:48

13   activity.  Things of that nature.  I list them          10:47:51

14   in the report.                                          10:47:53

15             Q.    So if you can't find any of             10:47:53

16   those, those are threshold tests?                       10:47:55

17             A.    If it fails all of those other          10:47:56

18   tests, then, again, the totality of                     10:47:58

19   information -- you could have great cause and           10:48:00

20   effect, but if you have fail everything else,           10:48:02

21   I think it would be a difficult opinion.  Not           10:48:05

22   impossible, but difficult.                              10:48:09

23             Q.    Now, the direct tests that you          10:48:12

24   did, the no-news versus news test, the                  10:48:17

25   reaction to company earnings announcement,              10:48:20

```
 1                    H. MULCAHEY
 2   which you did as an f-test, the speed test,       10:48:22
 3   the reverse event study, the autocorrelation     10:48:26
 4   test, and the correlation of price and trading   10:48:29
 5   volume test, those were all based on a market    10:48:31
 6   model that you did, right?                        10:48:34
 7         A.    Everything in the event study        10:48:36
 8   was the -- relied on a market model, but the     10:48:43
 9   correlation of volume and price is a different   10:48:50
10   regression.  Autocorrelation is a different      10:48:55
11   regression.                                       10:48:59
12         Q.    Using a different model?              10:49:00
13         A.    It's a different statistical         10:49:01
14   test, right.  It's not the same -- it's not      10:49:03
15   the same market model used for the event study   10:49:05
16   as it is for autocorrelation, or for the         10:49:09
17   correlation of trading volume and price.  It's   10:49:15
18   different.                                        10:49:18
19         Q.    And do you explain anywhere in       10:49:18
20   your report what the market model -- the model   10:49:20
21   you used for autocorrelation and for             10:49:24
22   correlation of trading volume and price?         10:49:27
23         A.    Yes.                                  10:49:29
24         Q.    How is it different?                  10:49:31
25         A.    Well, a market model uses a          10:49:33
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | benchmark market index of some kind to -- as a | 10:49:39 |
| 3 | baseline to judge how you can predict the | 10:49:43 |
| 4 | price of a particular security.  It's a | 10:49:46 |
| 5 | standard technique.  I'm sure Mr. Garrett | 10:49:49 |
| 6 | knows what it is. | 10:49:52 |
| 7 | But an autocorrelation looks at | 10:49:54 |
| 8 | today's price compared to yesterday's price. | 10:49:54 |
| 9 | It's a completely different analysis.  The | 10:49:57 |
| 10 | market's not in there. | 10:49:58 |
| 11 | If you analyze trading volume | 10:50:00 |
| 12 | and changes in price, I mean, you're not -- | 10:50:03 |
| 13 | you don't have a market factor in there. | 10:50:08 |
| 14 | Q.   So -- | 10:50:11 |
| 15 | A.   It's the same statistical | 10:50:11 |
| 16 | analysis, but different inputs. | 10:50:13 |
| 17 | Q.   I understand.  So you used your | 10:50:15 |
| 18 | market model for news/no news, the f-test, the | 10:50:18 |
| 19 | speed test, and the reverse event study? | 10:50:22 |
| 20 | A.   I think that's right. | 10:50:25 |
| 21 | Q.   Your market model had an | 10:50:26 |
| 22 | estimation period of October 10, 2013 to March | 10:50:30 |
| 23 | 7, 2014.  Does that sound right? | 10:50:34 |
| 24 | A.   I think that's right. | 10:50:37 |
| 25 | Q.   And you started -- Montage's | 10:50:37 |

```
 1                      H. MULCAHEY
 2   IPO was on September 26, 2013?              10:50:41
 3          A.    First trading day was the 26th.  10:50:43
 4          Q.    Right.  And you started your    10:50:45
 5   estimation period ten days after the first   10:50:48
 6   trading day?                                 10:50:52
 7          A.    Mm-hmm.                          10:50:53
 8          Q.    And you go until the day before  10:50:54
 9   the Pudong transaction?                      10:50:57
10          A.    Correct.                         10:50:59
11          Q.    And that's a period, your        10:51:01
12   estimation period is a period of just less   10:51:04
13   than five months?                            10:51:06
14          A.    Yeah, I think it's a             10:51:07
15   hundred-and-something days.                  10:51:09
16          Q.    And one of the reasons you say   10:51:10
17   in your report that you used this estimation 10:51:11
18   period is because the shorter class period,  10:51:15
19   4.5 months, was relatively short?            10:51:18
20          A.    Correct.                         10:51:21
21          Q.    And --                           10:51:21
22          A.    But by going to March 7 I added  10:51:23
23   basically a month.  It gives you more -- it  10:51:26
24   gives you a larger sample for your regression. 10:51:31
25          Q.    That's what I was going to ask   10:51:33
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 58

```
 1                    H. MULCAHEY
```

 2   you, but maybe you've answered it.  Why, all          10:51:34

 3   things being equal, would a longer period be          10:51:36

 4   preferable?                                            10:51:38

 5            A.    More data points, more               10:51:39

 6   confidence.                                            10:51:41

 7            Q.    Why did you exclude the ten           10:51:42

 8   trading days after the IPO?                            10:51:45

 9            A.    Typically there's a lot of            10:51:47

10   volatility right after an IPO.  You could tell         10:51:50

11   by my report and in Appendix A, the chronology         10:51:52

12   of events, the first two days are                      10:51:55

13   statistically significant.  The stock price           10:51:57

14   went from its IPO price, it went up                    10:51:59

15   significantly over two days.  And typically           10:52:03

16   there is, you know, for a week, ten days,             10:52:06

17   sometimes a month, there's high volatility.           10:52:09

18                    But in this particular case we      10:52:12

19   have bookends.  We have the IPO and we have           10:52:14

20   the takeover.  So, I mean, it's all you've got        10:52:17

21   to work with.                                          10:52:20

22            Q.    And when you say there's high         10:52:20

23   volatility in the time after an IPO, does that        10:52:22

24   mean that the stock's not trading efficiently         10:52:28

25   for some time after an IPO?                            10:52:30

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 59

```
 1                     H. MULCAHEY

 2          A.    No.  I mean, the same reason          10:52:33

 3   you have quiet period that ends 25 days after      10:52:35

 4   the IPO, you have investors looking at the         10:52:37

 5   prospectus, valuing the company, looking at        10:52:41

 6   the market price, changing the valuation           10:52:45

 7   opinions.  You have people trading on what's       10:52:47

 8   arguably new information, complex information,      10:52:49

 9   associated with the company, and there's a         10:52:52

10   substantial document in the prospectus.            10:52:56

11                So they continue to trade on          10:52:58

12   their expected value of this company, and you      10:53:02

13   have investors who have different opinions.        10:53:04

14   So it just takes time for the equilibrium          10:53:07

15   price, market consensus, to settle out.            10:53:08

16          Q.    So do you have an opinion as to       10:53:12

17   whether or not the stock was trading               10:53:14

18   efficiently during the ten days following          10:53:15

19   the IPO?                                            10:53:17

20          A.    I think it was trading               10:53:18

21   efficiently, yes.                                   10:53:19

22          Q.    Well, then why would you             10:53:20

23   exclude the ten days from your market model?       10:53:23

24          A.    Common practice, and                 10:53:26

25   convention.                                         10:53:30
```

```
 1                    H. MULCAHEY
 2          Q.    Well, what's it based on?          10:53:30
 3   There's got to be something different about --  10:53:32
 4   you must have determined that there was         10:53:34
 5   something different about those ten days such   10:53:35
 6   that it would be appropriate to exclude them    10:53:37
 7   from your market model?                         10:53:40
 8          A.    If I did ten days or seven         10:53:41
 9   days, or two days, I'm not sure it would        10:53:43
10   affect the market model a whole lot.  I just    10:53:45
11   picked a ten-day period.  If you want to make   10:53:48
12   the case that the first ten days is not         10:53:51
13   trading in an efficient market, I didn't look   10:53:53
14   specifically at that.  But I doubt that that's  10:53:57
15   the case.                                       10:53:59
16          Q.    It's possible that that's the      10:53:59
17   case?                                           10:54:01
18          A.    No, I don't -- frankly, I don't    10:54:02
19   know, but I -- I think it's highly improbable.  10:54:06
20   You started out with 26 market-makers.  It had  10:54:14
21   news from before the IPO.  I mean, it had the   10:54:16
22   prospectus, which is far more extensive         10:54:19
23   information than you would ever get in a        10:54:22
24   single analyst report.  You have the five       10:54:24
25   underwriters continuing to help                 10:54:27
```

```
 1                     H. MULCAHEY                          10:54:29
 2  price-stabilize and manage that IPO for -- for         10:54:29
 3  a period of days.  There was a lot of things           10:54:34
 4  going on that would lead me to believe it's            10:54:36
 5  trading in an efficient market for those ten           10:54:39
 6  days.                                                  10:54:42
 7           Q.    Do you or do you not have an            10:54:42
 8  opinion on whether or not the stock was                10:54:43
 9  trading in an efficient market for those ten           10:54:45
10  days?                                                  10:54:47
11           A.    In my opinion the stock was             10:54:47
12  trading in an efficient market for the entire          10:54:49
13  class period.                                          10:54:52
14           Q.    If you just looked at the               10:54:53
15  ten-day period, do you have an opinion as to           10:54:54
16  whether or not the stock was trading --                10:54:56
17                 MR. STERN:  Objection; asked            10:54:57
18  and answered.                                          10:54:58
19           Q.    -- efficiently during those ten         10:54:58
20  days?                                                  10:55:00
21           A.    I believe it was.  But I did            10:55:01
22  not look at those ten days.  Ten days is a             10:55:02
23  very short period of time for a class period,          10:55:04
24  so ...  I didn't look at those.  I have no             10:55:06
25  objective criteria for dividing the class              10:55:09
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 62

```
 1                      H. MULCAHEY

 2   period into two different periods, the first      10:55:13

 3   ten days and every day after that.  I don't       10:55:15

 4   think that that's a reasonable thing to do.       10:55:18

 5            Q.    But then why did you exclude        10:55:20

 6   the ten days from your market model?              10:55:22

 7            A.    It's common practice.              10:55:24

 8            Q.    How --                             10:55:25

 9            A.    Good practice.                     10:55:26

10            Q.    How did you determine ten days     10:55:27

11   should be excluded, as opposed to two, five,      10:55:29

12   or 20?                                            10:55:32

13            A.    It's just the way I've done it,    10:55:32

14   it's the way I've always done it, when there's    10:55:34

15   an IPO.  Some people exclude the first 30         10:55:36

16   days.  I don't have that luxury here.  On         10:55:39

17   March 7, a hundred-some-odd days later, it's      10:55:42

18   no longer trading on the fundamentals of the      10:55:45

19   company but the probability that the company      10:55:47

20   will be acquired at the announced price.  All     10:55:49

21   right?  So the fundamentals stop there.  You      10:55:52

22   can't go past March 7.  That's all.               10:55:54

23            Q.    Other than your past practice,     10:55:56

24   what was the decision to exclude ten days as      10:55:58

25   opposed to some other number?                     10:56:02
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 63

```
 1                    H. MULCAHEY
 2          A.    It was just my decision.              10:56:03
 3          Q.    Not based on any academic             10:56:06
 4  literature?                                         10:56:07
 5          A.    Academic literature, um, if I         10:56:07
 6  recall correctly, calls for a longer window         10:56:11
 7  after the IPO before you start your market          10:56:16
 8  model.  But again, as I've just said a few          10:56:18
 9  minutes ago, I didn't have that luxury.             10:56:21
10  Because we don't have enough days in the class      10:56:23
11  period.                                             10:56:25
12          Q.    Are you familiar with academic        10:56:27
13  literature showing that there are stock price       10:56:31
14  anomalies in the period following an IPO?           10:56:34
15          A.    Mm-hmm.                               10:56:35
16          Q.    Can you list any examples of          10:56:36
17  that research?                                      10:56:38
18          A.    Not off the top of my head.           10:56:41
19          Q.    Given that the IPO day was the        10:56:43
20  first day of the class period, did you              10:56:47
21  consider any of this research in forming your       10:56:50
22  opinion on market efficiency?                       10:56:52
23          A.    Yes, I did.                           10:56:55
24          Q.    And which research did you            10:56:56
25  consider?                                           10:57:03
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015              Page 64

```
 1                    H. MULCAHEY

 2            A.    Again, I can't come up with it      10:57:03

 3   right now.                                         10:57:07

 4            Q.    And when you say you considered     10:57:11

 5   it, did it change or adjust your analysis, or      10:57:13

 6   did you consider it and determine that it          10:57:17

 7   shouldn't change your analysis?                    10:57:19

 8            A.    That's the reason I start the       10:57:20

 9   regression at day 10.  There's volatility, as      10:57:23

10   I said, there's volatility following an IPO,       10:57:28

11   as investors try to establish the equilibrium      10:57:31

12   price.                                             10:57:34

13            Q.    So you start -- so in light of      10:57:35

14   the academic research you started your market      10:57:46

15   model ten days after the IPO, but you still        10:57:49

16   believed that the stock was trading                10:57:53

17   efficiently for those ten days?                    10:57:55

18            A.    Yes.  And let me give you a         10:57:57

19   different example.  If Montage had been            10:58:01

20   trading for a few years, I would start the         10:58:07

21   market model a year before the start of the        10:58:10

22   class period.  So am I saying the year before      10:58:13

23   the start of the class period is efficient or      10:58:15

24   not?  No, I am not.  I'm not saying that at        10:58:17

25   all.  I'm just trying to establish for the         10:58:19
```

1                    H. MULCAHEY

2  market model a period of time where I can          10:58:21

3  establish the correlation between Montage's        10:58:25

4  daily stock price returns and the returns of a     10:58:30

5  benchmark, a market index.                         10:58:33

6              So -- and you can actually --          10:58:35

7  you can use a market model -- it's accepted        10:58:40

8  practice, and I have it in my report -- you        10:58:43

9  can use a market model for the time period         10:58:44

10 after the class period.  Does that mean that       10:58:47

11 the class period is not efficient?  No.            10:58:49

12 You're just trying to get parameters from a        10:58:51

13 statistical analysis that gives you a basis        10:58:55

14 for establishing a predicted price for             10:58:59

15 Montage's daily stock price returns compared       10:59:03

16 to a market benchmark.                             10:59:05

17              So whether the market model           10:59:07

18 starts on day one of the IPO or day ten or day     10:59:09

19 30 is not relevant.  What's relevant is, is        10:59:12

20 establishing a good baseline from which you        10:59:17

21 can predict Montage's price as it relates to       10:59:19

22 reaction to the news and corrective               10:59:25

23 disclosures.                                       10:59:28

24         Q.    And the reason you didn't            10:59:28

25 include the ten days in trying to establish        10:59:30

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    Page 66

```
 1                    H. MULCAHEY
 2   the good benchmark is because there are          10:59:33
 3   abnormalities in a stock price trading in the    10:59:36
 4   ten days following an IPO?                        10:59:38
 5          A.    I didn't say abnormalities.  I      10:59:40
 6   said high volatility.  I have that in            10:59:41
 7   Appendix B.  You know, I'm happy to go through   10:59:46
 8   it.  If you want to produce the report, we'll    10:59:50
 9   walk right through it.                            10:59:52
10          Q.    So in your market model you         10:59:55
11   used the S&P Global Small-Cap Index, is that     11:00:03
12   right?                                            11:00:08
13          A.    I think that's right.               11:00:08
14          Q.    And --                               11:00:08
15          A.    Now I would have to refer to my     11:00:11
16   report, so, you know --                           11:00:12
17          Q.    Does that sound right to you?       11:00:14
18   I'll represent to you that that's what's in      11:00:17
19   your report.                                      11:00:19
20          A.    Well, then that's it.               11:00:20
21          Q.    Okay.  And Montage, you say in      11:00:21
22   your report, was part of the index for about     11:00:23
23   half the class -- for about half the period of   11:00:27
24   your market model, and it was not part of the    11:00:29
25   index for about the other half, is that right?   11:00:31
```

```
 1                    H. MULCAHEY
 2  Does that sound right?                        11:00:34
 3          A.    I would have to refer to my     11:00:35
 4  report.                                       11:00:36
 5          Q.    Do you recall that Montage was  11:00:36
 6  part of the index for some time?              11:00:38
 7          A.    I think it was some remarkably  11:00:39
 8  small percentage.                             11:00:43
 9          Q.    Is it fair to say that if a     11:00:46
10  stock is part of a certain index and you      11:00:51
11  measure its movements against that index, then 11:00:55
12  you would have a contamination of your market  11:00:58
13  model?                                        11:01:00
14          A.    If it's -- if it's, you know, a 11:01:01
15  material amount, yeah.  Let's take GE, in the  11:01:07
16  S&P 500.  It's a barely measurable amount in   11:01:15
17  the S&P 500.  Does that mean GE has            11:01:18
18  contaminated the S&P 500 as a market benchmark 11:01:20
19  for a market model?  No, not at all.           11:01:24
20              MR. STERN:  How are you doing?     11:01:33
21  It's just been an hour.                        11:01:34
22  BY MR. MOSS:                                   11:01:41
23          Q.    Did you do anything to           11:01:41
24  determine whether or not your market model     11:01:42
25  here was contaminated because Montage was part 11:01:47
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 68

```
 1                    H. MULCAHEY
 2  of the index that you were looking at?        11:01:49
 3        A.   Yeah, I looked at the             11:01:51
 4  percentage that Montage was of the index and,  11:01:53
 5  you know, my general rule of thumb is 2        11:01:57
 6  percent or less really doesn't matter.  And    11:01:58
 7  from -- you know, I don't remember the exact   11:02:01
 8  percentage, but it was far, far less than      11:02:03
 9  that.                                          11:02:05
10        Q.   So you didn't make any             11:02:05
11  adjustment?                                    11:02:08
12        A.   I did not.  And if I did, I        11:02:08
13  don't -- I can't imagine it would make any     11:02:14
14  measurable impact.                             11:02:16
15             MR. MOSS:  Maybe now is a fine     11:02:23
16  time to take a quick break, since we've been   11:02:24
17  going for an hour.                             11:02:26
18             THE VIDEOGRAPHER:  Here now        11:02:28
19  marks the end of Tape 1 of the deposition of  11:02:31
20  Mr. Howard J. Mulcahey.  The time is 11:02     11:02:33
21  a.m.  We're now off the record.               11:02:36
22                    ---                          11:02:37
23        (Recess from 11:02 to 11:13.)
24                    ---                          11:13:52
25             THE VIDEOGRAPHER:  Here now        11:13:52
```

```
 1                    H. MULCAHEY
 2  marks the beginning of Tape 2 of the          11:14:03
 3  deposition of Mr. Howard J. Mulcahey.  The    11:14:06
 4  time is 11:13 a.m.  Back on the record.       11:14:08
 5  BY MR. MOSS:                                  11:14:12
 6         Q.   Mr. Mulcahey, do you agree that   11:14:12
 7  not every news item would be expected to      11:14:15
 8  generate a statistically significant stock    11:14:18
 9  price effect?                                 11:14:21
10         A.   I do.  And I say that in my       11:14:22
11  report.                                       11:14:25
12         Q.   And for example, reports that     11:14:25
13  only repeat information in the market or      11:14:29
14  confirm expectations that were already in the 11:14:31
15  market, those would not be expected to move   11:14:33
16  the stock?                                    11:14:35
17         A.   You know, I want to agree with    11:14:37
18  you, but there's a caveat.  When you say      11:14:42
19  information is already in the market, it has  11:14:46
20  to be publicly disclosed.  All right?         11:14:48
21  Publicly disclosed information in the market  11:14:50
22  that previously existed.  Unless something has 11:14:53
23  changed about that information, it would not  11:14:56
24  be expected to change the price.              11:14:58
25         Q.   Fair enough.  And you believe     11:14:59
```

```
 1                     H. MULCAHEY
 2  that news will cause an unusually large and          11:15:01
 3  statistically significant return only when           11:15:04
 4  the information is new and unexpected, and            11:15:07
 5  when the information changes the mix of               11:15:10
 6  information in the market in an economically          11:15:12
 7  significant way?                                      11:15:14
 8            A.    I think that's right.                 11:15:15
 9            Q.    In the economic literature an         11:15:24
10  event study is when one first identifies an          11:15:28
11  event, new and value-relevant information, and       11:15:31
12  then predicts which way it should move the           11:15:35
13  stock, and then tests those predictions, is          11:15:37
14  that fair?                                            11:15:40
15            A.    No, I don't think that's right       11:15:40
16  at all.                                               11:15:42
17            Q.    Why not?                              11:15:44
18            A.    Read the question back, please?      11:15:45
19            Q.    In the economic literature an         11:15:48
20  event study is when one first identifies an          11:15:50
21  event, new and value-relevant information, and       11:15:52
22  then predicts which way it should move the           11:15:57
23  stock, and then tests those predictions?             11:15:59
24            A.    Well, the information that I         11:16:04
25  think you're referring to, some of the              11:16:07
```

```
 1                     H. MULCAHEY
 2  literature does that, where, for example, if      11:16:12
 3  it's a dividend, right, there's a dividend        11:16:17
 4  increase, it should increase the price.  And      11:16:21
 5  there will be a big cross-sectional event         11:16:24
 6  study, multi-firm event study, maybe over many    11:16:27
 7  years.  So some of that does happen, yes.         11:16:31
 8          Q.    Do you agree that to conduct an     11:16:35
 9  event study first you have to identify an         11:16:37
10  event?                                            11:16:39
11          A.    You have to identify news           11:16:42
12  events objectively, correct.  Yes, I think        11:16:44
13  that's right.  Yeah, okay.  I will agree with     11:16:48
14  that.                                             11:16:50
15          Q.    And then you have to come up        11:16:50
16  with some sort of ex ante hypothesis about the    11:16:52
17  way in which the stock price will move?           11:16:57
18          A.    Not for market efficiency.  Not     11:16:59
19  for informational efficiency.                     11:17:02
20              Again, you know, we're crossing       11:17:04
21  the line between some of the academic work        11:17:05
22  which has a joint hypothesis, which you just      11:17:10
23  enunciated, which is information and price        11:17:13
24  movement.  All right?                             11:17:17
25              And as the Fama paper that I          11:17:20
```

```
 1                    H. MULCAHEY
 2  cite in my report, and Bill Schwert's paper I       11:17:22
 3  cite in my report, and Malkiel's paper I cite       11:17:25
 4  in my report, that joint hypothesis is              11:17:29
 5  difficult, because the ability to identify the      11:17:33
 6  value of that information with the equilibrium      11:17:37
 7  price is daunting, and it's -- it hasn't been       11:17:39
 8  done.  I mean, people can't predict that.           11:17:46
 9             But for a single form event              11:17:48
10  study, for market efficiency, we're only just       11:17:50
11  testing informational.  Not fundamental.  I         11:17:54
12  don't predict the direction, I don't predict        11:17:56
13  the magnitude.  That's not how it's done.           11:17:58
14             Q.    But do you predict that the        11:18:02
15  particular piece of news, ex ante, will move        11:18:03
16  the stock?  Putting aside whether or not you        11:18:07
17  predict the magnitude and the direction.            11:18:08
18             A.    Yeah, there are certain types      11:18:11
19  of news you would expect to have more               11:18:14
20  value-relevant content, like analyst reports,       11:18:16
21  earnings announcements, and sometimes block         11:18:19
22  trades of insiders.  Insider sales conveys          11:18:22
23  information.  Information asymmetry.  Insiders       11:18:28
24  have information, they're selling, or they're       11:18:31
25  buying.  That conveys information.                   11:18:32
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 73

```
 1                    H. MULCAHEY
 2            So there are certain types of          11:18:33
 3    news events that are objectively               11:18:36
 4    value-relevant.  Correct.                      11:18:40
 5            Q.    Did you conduct any traditional   11:18:41
 6    event studies in this case?                    11:18:50
 7            A.    You have to define                11:18:53
 8    "traditional" for me.                          11:18:56
 9            Q.    That's a fair point.              11:18:57
10            Which one of your tests, if            11:19:02
11    any, would you refer to here as an event       11:19:03
12    study?                                         11:19:07
13            A.    The ones that I call event       11:19:07
14    studies in the report.                         11:19:11
15            Q.    I don't think you call any       11:19:14
16    event studies, so let me just see if I -- let  11:19:17
17    me just see if I can make it more clear.       11:19:19
18            The news versus no-news test,          11:19:21
19    the Ferrillo/Dunbar/Tabak test that you ran,   11:19:24
20    would you refer to that as an event study?     11:19:27
21            A.    Yeah, I think so.  But not in    11:19:31
22    the traditional sense.  It's not -- you know,  11:19:34
23    I don't know what you mean by "traditional,"   11:19:41
24    but if you mean traditional like the academic  11:19:43
25    studies, those are all -- are large-scale      11:19:47
```

```
 1                      H. MULCAHEY
 2    tests over -- for many firms, typically        11:19:52
 3    they're cross-sectional, they're looking for   11:19:56
 4    one event:  merger, announcement, dividend,    11:19:57
 5    split, something.  This is different.  This is  11:20:00
 6    single-firm event study.  So -- which I         11:20:03
 7    described in my report.  I won't go into it     11:20:06
 8    now, because you've obviously read it.          11:20:11
 9          Q.    Would you refer to the --           11:20:16
10    strike that.                                    11:20:23
11                Are there any other tests in        11:20:24
12    your report that you would refer to as event    11:20:27
13    studies?                                        11:20:32
14          A.    Let's look at the report.  I'll     11:20:34
15    walk you through them.                          11:20:37
16          Q.    Well, let me mark -- first I am     11:20:38
17    just going to mark your China Agritech report.  11:20:42
18    Because there you have a couple of tests that   11:20:45
19    you refer to as event studies, and I just want  11:20:46
20    to walk through those.                          11:20:48
21                MR. MOSS:  This is Exhibit 2.       11:20:58
22                      ---                           11:20:59
23                (Mulcahey Exhibit 2,
24    Declaration of Howard J. Mulcahey dated August
25    5, 2013, In Re Smyth, et al., v. China
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 75

```
 1                    H. MULCAHEY

 2  Agritech, et al. was marked for

 3  identification)

 4                    ---                          11:21:20

 5             MR. MOSS:  This is Exhibit 2,       11:21:20

 6  Mr. Mulcahey.                                  11:21:21

 7  BY MR. MOSS:                                   11:21:22

 8        Q.    Is this a copy of the report       11:21:23

 9  that you submitted in the China Agritech       11:21:25

10  litigation, in the class certification phase?  11:21:35

11        A.    It appears to be.                  11:21:35

12        Q.    And if you -- we could just        11:21:37

13  start with the Table of Contents.  You see     11:21:39

14  that you do -- well, actually, let's start on  11:21:41

15  page 36.  That's easier.                       11:21:45

16             Page 36, you have what you          11:21:50

17  refer to as an "Event Study of Earnings        11:21:52

18  Surprises"?                                    11:21:56

19        A.    Mm-hmm.                            11:21:57

20        Q.    And in this event study you'll     11:21:58

21  see, as you flip through, you have -- you      11:22:04

22  explain what an earnings surprise is.  You     11:22:07

23  make ex ante assumptions about the stock price 11:22:11

24  movement.                                      11:22:16

25             And I just want to confirm.         11:22:23
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 76

```
 1                    H. MULCAHEY

 2    You didn't do that type of analysis here in      11:22:24

 3    this case, right?                                 11:22:27

 4              A.    No.                                11:22:27

 5              Q.    So you refer -- the reason I      11:22:28

 6    just wanted to make sure, you refer to this as    11:22:34

 7    an event study, and then you also refer to an     11:22:36

 8    event study as your event study of analyst        11:22:39

 9    ratings actions on page 46.  And there again      11:22:42

10    you define what the news is, the ratings          11:22:54

11    actions, and you have ex ante expectations of     11:22:58

12    the ratings actions.  Correct?                    11:23:03

13              A.    Correct.                           11:23:05

14              Q.    And so this is more of the type   11:23:05

15    of event study that's done in the academic        11:23:08

16    analysis, is that fair?  I'm sorry.  In the       11:23:11

17    academic literature?                              11:23:13

18              A.    It's a different style.  And I    11:23:14

19    could do it here because we had more events to    11:23:22

20    study.  So yeah, that was -- I call that an       11:23:25

21    event study.  It is an event study.  It's         11:23:29

22    closer to the academic event studies with        11:23:32

23    enough of a sample size to make a difference.     11:23:36

24              Q.    So when you say -- I just want    11:23:39

25    to make sure the record's clear.  When you say    11:23:41
```

```
 1                    H. MULCAHEY
 2  "I could do it here because we had more events      11:23:43
 3  to study," you mean in China Agritech?              11:23:45
 4            A.    In China Agritech there were        11:23:47
 5  more events to study.  Earnings events and          11:23:48
 6  rating changes events.                              11:23:50
 7            Q.    Right.  The "here" you were          11:23:52
 8  referring to, I just wanted to make clear as        11:23:54
 9  to what you're referring to.                        11:23:56
10            A.    China Agritech.                      11:23:57
11            Q.    And I think you hinted at this,      11:23:58
12  but is there a reason why you didn't conduct        11:24:00
13  this type of -- this same type of study in         11:24:02
14  Montage?                                            11:24:05
15            A.    Yeah, we -- we had -- I didn't      11:24:05
16  have enough earnings announcements, I didn't       11:24:07
17  have enough rating changes.  Sample size.          11:24:09
18            Q.    Is this a -- is this a better       11:24:14
19  test, in your opinion, of market efficiency        11:24:18
20  than any of the tests that you have in your        11:24:20
21  Montage report?                                     11:24:23
22            A.    I wouldn't say it's better.  I      11:24:24
23  would say it's different.  The tests that I        11:24:28
24  chose for Montage I think are powerful and         11:24:35
25  objective and, you know, reference the             11:24:37
```

| | |
|---|---|
| 1 |                   H. MULCAHEY | |

```
 1                    H. MULCAHEY
 2  Tabak/Dunbar article and how it's set up,        11:24:40
 3  objectively defined.  So I think that is an      11:24:45
 4  event study, even if I don't refer to it as an   11:24:47
 5  event study.  But it is an event study.  But     11:24:51
 6  it's a different style.                          11:24:53
 7         Q.   If you had had a sufficient          11:24:58
 8  sample size would you have run the more          11:25:00
 9  traditional event study in this case?            11:25:01
10         A.   Likely, yes.                         11:25:03
11         Q.   How come?                            11:25:05
12         A.   Sufficient sample size.  You         11:25:06
13  said yourself.                                   11:25:08
14         Q.   I'm sorry.  But if you had a         11:25:09
15  sufficient sample size, how come you would       11:25:10
16  have run it?                                     11:25:13
17         A.   Okay.  Which report are we           11:25:14
18  talking about?                                   11:25:18
19         Q.   I am sorry.  It got a little         11:25:19
20  bit garbled, and I think that that was my        11:25:20
21  fault.                                           11:25:22
22              I asked you whether or not if        11:25:22
23  you had -- assuming you had a sufficient         11:25:24
24  sample size in Montage to run a proper event     11:25:27
25  study, would you have done it.  You said yes.    11:25:29
```

```
 1                    H. MULCAHEY
 2          A.    I wouldn't call it "proper        11:25:33
 3   event study."                                  11:25:35
 4          Q.    Okay.                             11:25:35
 5          A.    A different style of event        11:25:36
 6   study.  But you have to work with the data     11:25:37
 7   that's available.  Here we had, what,          11:25:40
 8   four-and-a-half months?  Three-and-a-half      11:25:43
 9   months.                                        11:25:45
10          Q.    And my only question was why,     11:25:45
11   if you had had a sufficient sample size, why   11:25:48
12   would you have run this type of an event study 11:25:50
13   that you did in China Agritech, in the Montage 11:25:53
14   case?                                          11:25:56
15          A.    Because I like it.  That's all.   11:25:57
16   I like that test.  I enjoy running that test,  11:26:01
17   when I can.                                     11:26:07
18          Q.    Do you think it's more powerful   11:26:08
19   than the Ferrillo/Dunbar test?                 11:26:10
20          A.    No, I don't.  It's a different    11:26:14
21   style test.  I like the Ferrillo/Dunbar test.  11:26:15
22   Both tests get criticized by, you know,        11:26:19
23   opposing experts.  But I think the -- excuse   11:26:22
24   me -- the Ferrillo/Dunbar test should be       11:26:25
25   criticized less.                               11:26:27
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    Page 80

```
 1                          H. MULCAHEY

 2              Q.    Is the Ferrillo/Dunbar test          11:26:29

 3    here sort of your -- would you refer to that         11:26:31

 4    as your most important direct test in this           11:26:34

 5    case?                                                 11:26:37

 6              A.    No, I wouldn't say it's more          11:26:37

 7    important.  I would say the collection of             11:26:39

 8    tests for the direct cause and effect is a            11:26:42

 9    package of tests that collectively make the           11:26:46

10    case for market efficiency.                           11:26:50

11              Q.    How come you didn't look at           11:26:52

12    earnings surprises in Montage?                        11:26:59

13              A.    Sample size.                          11:27:02

14              Q.    So other than Ferrillo/Dunbar,        11:27:06

15    are there any other tests you ran in this case        11:27:17

16    that you would refer to as an event study?            11:27:20

17              A.    Well, there's one I call a            11:27:22

18    reverse event study.  I think that counts.            11:27:33

19    It's endorsed by academic literature, by              11:27:37

20    scholars.  But it looks at price first and            11:27:40

21    then news to explain, rather than looking at          11:27:43

22    news first and then price to explain.                 11:27:45

23              Q.    So it doesn't look at the event       11:27:47

24    first?                                                11:27:49

25              A.    It does look at the event             11:27:50
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 81

```
 1                    H. MULCAHEY

 2   first.  The reverse event study looks at the      11:27:51

 3   news event before -- I'm sorry.  You're right.    11:27:54

 4   It looks at the price, and then looks for the     11:27:56

 5   news event.                                        11:27:58

 6           Q.    So it's -- I mean, as you said,     11:28:00

 7   it's not an event study, it's a reverse event     11:28:02

 8   study?                                             11:28:06

 9           A.    It's an event study.                11:28:06

10           Q.    Any others that you would refer     11:28:08

11   to as an event study?                             11:28:11

12           A.    You know, I would rather look       11:28:12

13   at the report and make sure.  I don't remember    11:28:16

14   how I characterized these different tests.        11:28:21

15           Q.    Sure, that's fine.  Let's mark      11:28:25

16   the report.                                        11:28:27

17                 MR. MOSS:  This will be             11:28:31

18   Exhibit 3.                                         11:28:33

19                        ---                           11:28:33

20                 (Mulcahey Exhibit 3, Expert

21   Report of Howard J. Mulcahey, October 9, 2015

22   was marked for identification)

23                        ---                           11:29:03

24   BY MR. MOSS:                                       11:29:03

25           Q.    Mr. Mulcahey, I have just           11:29:03
```

```
 1                      H. MULCAHEY
 2   handed you Exhibit 3.  Is that a copy of the          11:29:05
 3   report that you submitted in this case?               11:29:07
 4          A.    It appears to be.                         11:29:14
 5          Q.    Now let's just look at your,              11:29:15
 6   just in the Table of Contents, your direct            11:29:19
 7   tests of market efficiency.                            11:29:21
 8                 You have the cause and effect            11:29:23
 9   analysis.  The reaction to company earnings.          11:29:25
10   The speed of price reaction.  The reverse             11:29:28
11   event study.  On down, correlation,                   11:29:31
12   statistical test for weak-form.                        11:29:35
13                 I think we've talked about the          11:29:38
14   cause and effect of news days versus non-news         11:29:40
15   days.  And we've talked about the reverse             11:29:45
16   event study.  Are there any others in                  11:29:49
17   subsection A that you would refer to as an            11:29:50
18   event study?                                           11:29:54
19          A.    The reaction to earnings                  11:29:54
20   announcements I think would qualify as an             11:29:55
21   event study.  It qualifies -- it objectively          11:29:58
22   defines an event.  It compares the volatility         11:30:03
23   from earnings releases to volatility of               11:30:05
24   nonearnings releases and looks for a                   11:30:10
25   difference in how the stock price reacted.            11:30:12
```

```
 1                      H. MULCAHEY
 2                 It's not your classic event          11:30:16
 3   study, but it's a study of events with a           11:30:19
 4   statistical look at how the price reacts -- or     11:30:22
 5   how the volatility reacts to earnings              11:30:28
 6   announcements.                                     11:30:31
 7           Q.    Any others?                          11:30:31
 8           A.    You know, speed of price             11:30:36
 9   reaction to new information I think is a type      11:30:39
10   of event study.  You're looking at the price      11:30:41
11   and trying to determine if it reacted to news     11:30:47
12   in one day.  If it took more than one day,        11:30:51
13   you're looking for the news event that            11:30:54
14   potentially would have caused price movement      11:30:57
15   on day 2.                                          11:31:00
16                 Lacking the -- lacking some          11:31:01
17   news event on the day 2 of a statistically        11:31:05
18   significant price change, then you have to        11:31:08
19   wonder if the news was incorporated quickly       11:31:12
20   and efficiently.                                   11:31:14
21           Q.    Well, I just want to touch on        11:31:15
22   that for a minute.  You said you're looking at    11:31:17
23   the price and trying to determine if it           11:31:20
24   reacted to news in one day.                        11:31:23
25           A.    Mm-hmm.                              11:31:26
```

```
 1                    H. MULCAHEY
 2          Q.    It's not actually what you're        11:31:26
 3   doing, right?  You're assuming that it reacted    11:31:27
 4   to news on the first day, and then you're         11:31:29
 5   trying to determine what happened on the          11:31:32
 6   second day?                                        11:31:33
 7          A.    You're -- you're expecting it         11:31:35
 8   to, and if it doesn't -- if you find that the     11:31:36
 9   price had a significant change on the second       11:31:40
10   day, you look for news that might explain          11:31:43
11   that.  If there is no news, then it looks like    11:31:45
12   whatever caused this gigantic price change         11:31:48
13   would have taken one or two days -- in this        11:31:52
14   case, taken two days -- to be incorporated in     11:31:56
15   the price.                                         11:31:58
16          Q.    But in that test you are             11:31:58
17   assuming that on the first day the price          11:32:00
18   reacted to news?                                   11:32:04
19          A.    We're expecting it to react in       11:32:07
20   one day.                                           11:32:09
21          Q.    But that's an assumption of the      11:32:10
22   test, isn't it?                                    11:32:11
23          A.    I don't know.  What did I            11:32:15
24   write?  Let's take a look.                         11:32:17
25                 It says on these big return          11:32:30
```

```
 1                    H. MULCAHEY
 2   days I checked the return the following day to      11:32:32
 3   directly test the speed of reaction to             11:32:34
 4   whatever the news is.                               11:32:36
 5              It has the presumption that --           11:32:38
 6   I guess it does have the presumption it would       11:32:48
 7   be incorporated in one day.  Which is              11:32:50
 8   consistent with some of the literature in some      11:32:54
 9   of the courts I cited.                              11:33:01
10        Q.    But it assumes that on the              11:33:02
11   first day the price reacted to news, that          11:33:04
12   test?                                               11:33:06
13        A.    I guess I could agree with              11:33:14
14   that.                                               11:33:15
15        Q.    Well, let's just look at, I             11:33:16
16   mean, paragraph 68 of your report.  On the         11:33:19
17   third line you say -- I'm picking it up in the     11:33:24
18   middle, so you can read the whole thing,           11:33:26
19   but -- "I use an event study that is not           11:33:28
20   confined to any particular kind of new             11:33:30
21   information, but instead assumes that any          11:33:32
22   unusually large one-day change in the              11:33:36
23   net-of-market price of Montage's stock            11:33:39
24   qualifies as a news event."                        11:33:42
25        A.    Yes, but it doesn't assume that         11:33:45
```

```
 1                    H. MULCAHEY
 2  it will just -- it will be fully incorporated      11:33:46
 3  in one day.                                          11:33:49
 4         Q.    Fair enough.                            11:33:52
 5               But it assumes that there's a           11:33:53
 6  news event --                                        11:33:56
 7         A.    That's right.                           11:33:57
 8         Q.    -- on the first day --                  11:33:57
 9         A.    Correct.                                11:33:59
10         Q.    -- that moves the stock price?          11:33:59
11         A.    That's right.                           11:34:00
12               And just for the record, this          11:34:01
13  is -- because when I do the statistics I run        11:34:02
14  this test first, because it's very easy to do.      11:34:04
15  It's to check statistical significance and say      11:34:07
16  if -- look if there's two days in a row with        11:34:10
17  95 percent, 99 percent statistically               11:34:13
18  significant price change, and then you look         11:34:17
19  for the news, if there's -- if it took more         11:34:20
20  than one day -- if there's more than one day        11:34:24
21  in successive statistically significant days.       11:34:26
22         Q.    Understood.  We'll cover that           11:34:31
23  test a little bit later.                             11:34:33
24         A.    Okay.                                    11:34:34
25         Q.    I want to start with                     11:34:34
```

```
 1                      H. MULCAHEY
 2   Ferrillo/Dunbar.  If -- obviously your report      11:34:38
 3   finds that Montage passes the Ferrillo/Dunbar      11:34:40
 4   test; that there's a statistically significant     11:34:44
 5   difference between the two percentages?            11:34:46
 6           A.    Correct.                             11:34:48
 7           Q.    If Montage had failed the test,      11:34:49
 8   would you still be able to offer the opinion       11:34:50
 9   that Montage traded in an efficient market?        11:34:52
10           A.    Probably, based on all of the        11:34:55
11   other evidence.                                    11:35:01
12           Q.    So the methodology for your          11:35:02
13   news/no-news test was set forth in an article      11:35:15
14   by Ferrillo, Dunbar and Tabak in the               11:35:18
15   St. John's Law Review; right?                      11:35:21
16           A.    Correct.                             11:35:25
17           Q.    Who are Ferrillo, Dunbar and         11:35:26
18   Tabak?                                             11:35:30
19           A.    They were at the time all part       11:35:31
20   of another economic consulting firm called        11:35:36
21   NERA.  Dr. Dunbar, who has since passed away,      11:35:43
22   has a Ph.D. in economics, a successful            11:35:47
23   testifying expert.  He was involved in             11:35:49
24   PolyMedica, one that I remember.                   11:35:51
25                      David Tabak is currently with   11:35:54
```

```
 1                    H. MULCAHEY
 2  NERA.  He is a Ph.D. in economics.  Or in        11:35:55
 3  something.                                        11:35:59
 4              And I'm not familiar with             11:35:59
 5  Mr. Ferrillo, but anyways ...                     11:36:03
 6         Q.    Generally you respect the            11:36:09
 7  opinions of the people who wrote this article?    11:36:10
 8         A.    Yeah.  To a certain degree.          11:36:13
 9         Q.    And you consider them all            11:36:16
10  experts in market efficiency?  Well, I guess      11:36:17
11  at least you don't know who Ferrillo is.  But     11:36:20
12  Dunbar and Tabak, you would consider them         11:36:22
13  experts?                                          11:36:25
14         A.    Well, we have been against both      11:36:25
15  Dr. Dunbar and Dr. Tabak in different matters,    11:36:27
16  and I can tell you that they've offered           11:36:32
17  opinions that we have not agreed with,            11:36:34
18  absolutely not agreed with.                       11:36:39
19         Q.    But generally when it comes to       11:36:40
20  market efficiency they know what they're          11:36:42
21  talking about?                                    11:36:43
22         A.    Generally when it comes to           11:36:44
23  market efficiency we've had bitter debates        11:36:45
24  with them both.                                    11:36:48
25         Q.    I'm just trying to understand.       11:36:49
```

```
 1                    H. MULCAHEY
 2   You've relied on their article in one of your        11:36:51
 3   critical tests, right?                               11:36:54
 4          A.    For a couple of reasons.  One,          11:36:55
 5   it's kind of a defense side expert report            11:36:57
 6   group.  It's a published article.  And it does       11:37:00
 7   objectively define how to perform a specific         11:37:02
 8   test, so I follow that methodology.  I think         11:37:06
 9   the methodology makes sense.                         11:37:09
10          Q.    And is there any support in the         11:37:12
11   peer-reviewed academic literature as this --         11:37:15
12   for this Ferrillo/Dunbar test as a test for          11:37:19
13   market efficiency?                                   11:37:21
14          A.    There's a couple of ways to             11:37:22
15   answer that.  One, most of the academic              11:37:31
16   literature does studies on many firms at once.       11:37:34
17   All right?  So it's not a single firm event          11:37:41
18   study.                                               11:37:44
19               So with that said, most of the           11:37:44
20   academic literature, when it does deal with          11:37:47
21   multiple firms over a long period of time, or        11:37:50
22   cross-sectionally, objectively defines a             11:37:53
23   specific news event, like an earnings release,       11:37:58
24   or an analyst report, or earnings guidance, or       11:38:00
25   some other event like this article does, which       11:38:06
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 90

```
 1                     H. MULCAHEY

 2   is one of the key points about the article      11:38:10

 3   that I like.  It objectively defines a news     11:38:12

 4   event to study first.                           11:38:15

 5            Q.     Are there any peer-reviewed     11:38:18

 6   academic papers that use the same               11:38:22

 7   news-versus-no-news technique that Ferrillo     11:38:26

 8   and Dunbar have in the St. John's Law Review    11:38:30

 9   article, as a test for market efficiency?       11:38:33

10            A.     The exact same test, in         11:38:36

11   academic literature?  I don't think so.  I      11:38:40

12   think all of the academic stuff is a lot more   11:38:42

13   statistical.  This is more of a qualitative     11:38:45

14   approach to a test.                             11:38:51

15            Q.     And --                          11:38:52

16            A.     Really it's kind of describing  11:38:53

17   an approach, rather than performing the test,   11:38:55

18   is what I remember the article doing.           11:38:58

19            Q.     First, before we get into it,   11:39:00

20   let me just ask:  Did you change anything       11:39:07

21   about the approach that was set forth in the    11:39:09

22   paper, or did you faithfully apply the          11:39:12

23   approach set forth in the paper?                11:39:15

24            A.     I used the approach, and then   11:39:16

25   used some judgment.  I don't know if it was     11:39:19
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 91

```
 1                    H. MULCAHEY
 2    step-by-step lockstep with what they          11:39:23
 3    suggested.  But I used what I thought was the  11:39:26
 4    best points of the article.                    11:39:28
 5            Q.     Do you remember anything that    11:39:29
 6    you changed?                                    11:39:30
 7            A.     Not off the top of my head, no.  11:39:30
 8            Q.     Nothing significant, that you    11:39:32
 9    remember changing?                              11:39:33
10            A.     Not that I can recall right      11:39:34
11    now, no.  You have to remember the title of     11:39:37
12    the article is "'Less Than' Efficient Capital   11:39:40
13    Markets."                                       11:39:43
14            Q.     Okay.  I am sorry.  Maybe we     11:39:48
15    have a disconnect.  I was just asking whether   11:39:49
16    or not you changed anything significant from    11:39:52
17    the article.                                    11:39:54
18            A.     I don't think I did, no.         11:39:54
19            Q.     Now, your analysis period was    11:39:55
20    September 26, 2013 to February 7, 2014, is      11:40:04
21    that right?                                     11:40:10
22            A.     Correct.                         11:40:10
23            Q.     And what you did, roughly        11:40:10
24    speaking, and I'll maybe garble it a little     11:40:13
25    bit, but you looked at two different sets of    11:40:17
```

```
 1                    H. MULCAHEY
 2  news days, one in which there were primary        11:40:19
 3  analyst reports, as you defined them, one in      11:40:22
 4  which there were all analyst reports, as you      11:40:24
 5  have defined them, and then you determined        11:40:27
 6  whether or not the stock price moved in a         11:40:28
 7  statistically significant way on any of those     11:40:30
 8  days, right, and you arrived at a percentage;     11:40:32
 9  correct?                                          11:40:37
10          A.    Proportion.                         11:40:37
11          Q.    Right.  Proportion.  Fair           11:40:38
12  enough.                                           11:40:39
13                And then you took all of the        11:40:40
14  other days in the class period, the days on       11:40:42
15  which there were no analyst reports --            11:40:45
16          A.    Correct.                            11:40:48
17          Q.    -- you referred to those as         11:40:49
18  non-news days, and you determined the             11:40:50
19  proportion of statistically significant days      11:40:53
20  in which the stock price moved on non-news        11:40:56
21  days, right?                                       11:40:59
22          A.    Correct, mm-hmm.                    11:41:00
23          Q.    And then you compared those         11:41:01
24  proportions?                                      11:41:02
25          A.    Mm-hmm.                             11:41:03
```

1                      H. MULCAHEY

2           Q.    And you found that there was a          11:41:03

3    statistically significant difference between          11:41:05

4    the two of them?                                      11:41:07

5           A.    Correct.                                 11:41:07

6           Q.    Well, not just between the two          11:41:08

7    of them; between both times?  On the primary          11:41:09

8    analyst day and on the secondary, right?             11:41:13

9           A.    Between news and non-news for           11:41:15

10   both sets of analysts.                                11:41:17

11          Q.    That's a better way of doing            11:41:18

12   it.  Yes.  Okay.                                      11:41:20

13                Now, was the statistical                 11:41:26

14   significance important to your finding here?          11:41:32

15          A.    Yes.                                     11:41:36

16          Q.    So if the difference between            11:41:38

17   the two percentages had not been statistically        11:41:39

18   significant you would have had a different            11:41:42

19   result in this test, right?                           11:41:45

20          A.    The test would have had a               11:41:47

21   different result.                                     11:41:48

22          Q.    Okay.  And the authors say in           11:41:48

23   their article that if the difference in              11:41:51

24   percentages is statistically significant, as         11:41:53

25   you found that it was, then the evidence would        11:41:56

```
 1                     H. MULCAHEY
 2   show that on average the defendant's stock          11:41:59
 3   price reacts to news announcements, is that         11:42:02
 4   fair?                                               11:42:05
 5           A.    That's right.  I think that's         11:42:05
 6   right.                                              11:42:07
 7           Q.    And if the difference is not          11:42:07
 8   statistically significant, then there would be      11:42:08
 9   no basis for saying that the defendant's stock      11:42:10
10   price is affected by news; do you agree with        11:42:13
11   that?                                               11:42:16
12           A.    I think that's right.  For that       11:42:16
13   particular test.                                    11:42:17
14           Q.    So if this test had come out          11:42:19
15   the other way, just based on this test there        11:42:21
16   would be no basis for saying that Montage's         11:42:25
17   stock price is affected by news?                    11:42:29
18           A.    No.                                   11:42:34
19           Q.    You disagree with that?               11:42:34
20           A.    Yeah.                                 11:42:35
21           Q.    Okay.  Can you explain?               11:42:35
22           A.    It means it would not have            11:42:37
23   passed one test out of however many tests that      11:42:40
24   I did.                                              11:42:44
25           Q.    Okay.  Well, I'm just asking,         11:42:45
```

```
 1                    H. MULCAHEY
 2   because the authors say that if the difference      11:42:46
 3   is not statistically significant, meaning if        11:42:49
 4   you don't pass the test, then there would be         11:42:51
 5   no basis for saying that the defendant's stock       11:42:53
 6   price is affected by news.  So do you disagree       11:42:56
 7   with that?                                           11:42:58
 8           A.    Absolutely.  I disagree with           11:42:58
 9   that.                                                11:43:00
10                MR. STERN:  Objection.  Do you          11:43:00
11   have a copy of the paper to show him for the         11:43:03
12   full context?                                        11:43:05
13                MR. MOSS:  Sure, I can show             11:43:07
14   him, but -- yeah.  I'm happy to show him the         11:43:08
15   whole paper.                                         11:43:11
16                What is this, 4?                         11:43:16
17                THE REPORTER:  Yes.                      11:43:17
18                      ---                                11:43:18
19                (Mulcahey Exhibit 4, Article
20   entitled "The 'Less Than' Efficient Capital
21   Markets Hypothesis: Requiring More Proof from
22   Plaintiffs in Fraud-on-the-Market Cases" was
23   marked for identification)
24                      ---                                11:43:33
25   BY MR. MOSS:                                          11:43:33
```

```
 1                      H. MULCAHEY

 2           Q.    So this is 120 to 121, but feel      11:43:33

 3    free to look at as much of the paper as you       11:43:36

 4    want.                                             11:43:39

 5                 So Mr. Mulcahey, what I was          11:43:58

 6    reading from is the bottom of page 120.           11:44:00

 7           A.    120, yes.                            11:44:04

 8           Q.    And where they say, "If it is,"      11:44:05

 9    and then it's -- read as much as you want,        11:44:07

10    but, "If it is statistically significant, then    11:44:09

11    the evidence would show that, on average, the     11:44:12

12    defendant's stock price reacts to news            11:44:14

13    announcements."                                   11:44:16

14                 I think you agreed with that?        11:44:17

15           A.    I agree with the test.  But to       11:44:19

16    say that if they don't pass one test there's      11:44:22

17    no way that you can establish that the            11:44:26

18    particular security traded in an efficient        11:44:30

19    market is patently false.  Absolutely wrong.      11:44:32

20           Q.    But you agree that's what the        11:44:37

21    authors are saying?                               11:44:39

22           A.    That's what the author says.         11:44:39

23    So I used the test, but their conclusion, you     11:44:43

24    know, especially given the title of the           11:44:46

25    article, I think is tainted.                      11:44:48
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 97

```
 1                    H. MULCAHEY
 2            Q.    Why don't you turn to page 122.      11:44:52
 3   And I am going to read from the first full         11:44:58
 4   paragraph on the page.                             11:45:02
 5                  "While this test addresses the      11:45:06
 6   question of whether the stock responds to          11:45:07
 7   news, it does not answer the question about        11:45:10
 8   whether the response is of the correct             11:45:12
 9   magnitude."                                         11:45:15
10                  You agree with that, right?          11:45:15
11            A.    It does not --  that's correct.      11:45:16
12            Q.    "Therefore, this test is a           11:45:18
13   threshold step, not a sufficient condition, to     11:45:20
14   show that a stock traded in an efficient           11:45:23
15   market."                                            11:45:26
16                  Do you agree with that?              11:45:26
17            A.    It's not sufficient by itself,       11:45:28
18   no.  If it were I would just run one test and      11:45:32
19   then have a much shorter report.                   11:45:37
20            Q.    And do you agree that it's a         11:45:39
21   threshold step?                                     11:45:40
22            A.    No, I don't think it's a             11:45:42
23   threshold step.  I think it's one of many          11:45:45
24   tests that you can perform.  I mean, if you        11:45:46
25   don't perform this test and you perform a          11:45:52
```

```
 1                    H. MULCAHEY
 2   battery of 20, 25 other tests, some of which    11:45:55
 3   are direct cause-and-effect tests, and it       11:45:58
 4   passes them all, does it fail market            11:46:02
 5   efficiency?  Absolutely not.  That's silly.     11:46:04
 6          Q.    In this case, if you had           11:46:08
 7   assumed, hypothetically, that you had           11:46:09
 8   failed -- that Montage had failed this test,    11:46:11
 9   would you still be opining that Montage         11:46:14
10   traded efficiently?                             11:46:18
11          A.    If this fails this one test and    11:46:18
12   everything else remained unchanged, I would     11:46:20
13   say it's still an efficient stock.              11:46:23
14          Q.    Would it lessen the force of       11:46:25
15   your opinion in any way?                        11:46:27
16          A.    Well, if in doing this            11:46:29
17   analysis, if I found that it didn't pass this   11:46:31
18   test, I would find other tests potentially to   11:46:33
19   try, to see if there's some other              11:46:35
20   reaction-to-news test that made sense, given   11:46:40
21   the very short class period, which is a bit of 11:46:43
22   a challenge.                                    11:46:45
23                But like in Halliburton II, the   11:46:46
24   Supreme Court, they talk about generally        11:46:49
25   efficient market.  And, you know, I think this  11:46:51
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 99

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | proves -- my analysis proves that it's | 11:46:54 |
| 3 | efficient. | 11:46:57 |
| 4 | Q.    Understood.  I just want to see | 11:46:58 |
| 5 | if I can unpack this a little bit. | 11:47:01 |
| 6 | You said:  "If in doing this | 11:47:04 |
| 7 | analysis I found that it didn't pass this | 11:47:06 |
| 8 | test, I would find other tests potentially to | 11:47:08 |
| 9 | try to see if there's some reaction-to-news | 11:47:11 |
| 10 | tests that made sense." | 11:47:14 |
| 11 | Do you mean other tests outside | 11:47:15 |
| 12 | the ones that are already in your report? | 11:47:18 |
| 13 | A.    In addition to, that's correct. | 11:47:19 |
| 14 | Q.    In addition to. | 11:47:20 |
| 15 | Let's say you couldn't find any | 11:47:24 |
| 16 | other tests, and you had to roll with what's | 11:47:25 |
| 17 | in the report, minus Ferrillo/Dunbar.  Would | 11:47:28 |
| 18 | you be able to opine that this was efficient? | 11:47:33 |
| 19 | A.    I think so, yes. | 11:47:35 |
| 20 | Q.    Are you sure? | 11:47:36 |
| 21 | A.    I am sure.  Given the totality | 11:47:39 |
| 22 | of the evidence in here, you take that one | 11:47:42 |
| 23 | test, I still think it passes. | 11:47:44 |
| 24 | Q.    And it doesn't lessen the force | 11:47:48 |
| 25 | of the opinion? | 11:47:49 |

```
 1                    H. MULCAHEY
 2          A.    Well, let's hypothetically just      11:47:51
 3  remove it from the report.  All right?  So I       11:47:55
 4  have the volatility of earnings announcements      11:47:57
 5  and all of the other tests.  I think it still      11:48:00
 6  passes.  I think the totality of the evidence      11:48:02
 7  is still strong.                                   11:48:06
 8          Q.    Can you explain to me how a          11:48:07
 9  stock could fail this test and still be            11:48:24
10  trading in an efficient market?                    11:48:28
11          A.    Well, because there's more than      11:48:30
12  one test, that's all.  I mean, there's only --     11:48:54
13  there isn't one test for market efficiency,        11:49:00
14  despite what these authors say.                    11:49:04
15          Q.    And you think that in your           11:49:08
16  report, without this test, you still have          11:49:09
17  enough to cross the threshold?                     11:49:12
18          A.    Yeah, absolutely I do.  If we        11:49:14
19  were to take that test out, if we were turn        11:49:19
20  that test to fail, it wouldn't change my           11:49:22
21  opinion.                                           11:49:24
22          Q.    What would be your basis for         11:49:24
23  finding that there was a cause and effect          11:49:26
24  satisfying the fifth Cammer factor without         11:49:28
25  this test?                                         11:49:31
```

```
 1                    H. MULCAHEY
 2         A.    There's other cause-and-effect      11:49:31
 3  tests that I performed.                          11:49:32
 4         Q.    And you think those tests are       11:49:34
 5  enough to meet the Cammer factor?               11:49:35
 6         A.    Sure.  I mean, this is one type    11:49:37
 7  of news event, right?  So we're testing the     11:49:39
 8  proportion of statistically significant days    11:49:43
 9  in that one particular test we're talking        11:49:46
10  about now.  We also test the volatility of      11:49:48
11  earnings announcements.  A very small sample,   11:49:50
12  but the test is still valid.  That's another    11:49:53
13  type of event.  We have the reverse event       11:49:57
14  study.  We have the one day.                     11:50:00
15              Again, it goes back to              11:50:01
16  information, competition, and transaction       11:50:02
17  costs.  And we have news events and             11:50:04
18  correlating price changes.  We have -- we have  11:50:08
19  trading volume correlated with price changes.   11:50:12
20  We have the reverse event study which looks at  11:50:14
21  big price changes and is there news to explain  11:50:18
22  it, yes or no.  Those are all good tests.       11:50:21
23         Q.    What if hypothetically you         11:50:25
24  didn't have this test and you took out the      11:50:29
25  f-test; the same opinion?  The f-test being     11:50:31
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | the speed of -- I'm sorry.  The f-test being | 11:50:38 |
| 3 | the reaction to earnings announcements. | 11:50:41 |
| 4 | A.    If in my analysis I found that | 11:50:45 |
| 5 | neither of those tests passed, I would look | 11:50:46 |
| 6 | for some other cause-and-effect test.  I mean, | 11:50:50 |
| 7 | there's lots of other tests that I've looked | 11:50:53 |
| 8 | at over time.  Given a small sample, I would | 11:50:55 |
| 9 | try to find -- like the reaction to a merger | 11:51:00 |
| 10 | announcement.  That's news.  I didn't include | 11:51:04 |
| 11 | that particular test, but there's a merger | 11:51:06 |
| 12 | announcement.  There is a big price reaction. | 11:51:08 |
| 13 | It's outside the class period.  It still | 11:51:10 |
| 14 | counts. | 11:51:12 |
| 15 | Q.    Now -- | 11:51:16 |
| 16 | A.    Let's say hypothetically there | 11:51:25 |
| 17 | were no earnings announcements, there were no | 11:51:26 |
| 18 | analyst reports, over the entire class period. | 11:51:29 |
| 19 | Right?  There are some news stories, but not | 11:51:31 |
| 20 | very many.  Let's say there's no significant | 11:51:33 |
| 21 | days over the entire class period.  How do we | 11:51:35 |
| 22 | know if there's reaction to news?  There's no | 11:51:38 |
| 23 | value-relevant news over the entire class | 11:51:42 |
| 24 | period, all four-and-a-half months, except the | 11:51:44 |
| 25 | corrective disclosures.  You have two | 11:51:46 |

```
 1                      H. MULCAHEY
 2  corrective disclosures.  Two big price          11:51:49
 3  movements at the end when this information      11:51:51
 4  comes out about the Gravity report, and the 27  11:51:53
 5  pages of information that they published.  Two  11:51:57
 6  days that we have of statistically significant  11:52:01
 7  price changes.  Those count as well.            11:52:03
 8            If that's the only news during        11:52:07
 9  the class period, that's sufficient for me to   11:52:09
10  say that it was informationally efficient,      11:52:12
11  given all of the other quantifiable tests, the  11:52:14
12  volume price tests, bid/ask spread, the volume  11:52:17
13  as a percentage of shares outstanding, all of   11:52:23
14  the other indicia of market efficiency is       11:52:24
15  sufficient to pass.                             11:52:26
16            Q.    Let me just make sure I         11:52:28
17  understand.                                     11:52:29
18            So you're saying that if you          11:52:29
19  took out the direct tests, and the only thing   11:52:30
20  you had were the statistically significant      11:52:33
21  movements on February 6 and February 7 to       11:52:36
22  prove cause and effect, that, with all of your  11:52:38
23  other indirect tests, would be enough to find   11:52:41
24  efficiency in this case?                        11:52:43
25            A.    I think it would, yes.          11:52:44
```

```
 1                      H. MULCAHEY
 2           Q.    What if you didn't have any          11:52:46
 3   cause-and-effect tests; could you find             11:52:54
 4   efficiency based on finding all of the             11:52:56
 5   indirect factors?                                  11:53:00
 6           A.    Well, that's close to the            11:53:01
 7   hypothetical I just proposed.  There's no news     11:53:06
 8   over the entire class period except the            11:53:09
 9   corrective disclosures.  So if there's no          11:53:11
10   corrective disclosures, there's no class           11:53:15
11   action lawsuit, correct?  So there has to be a     11:53:18
12   corrective disclosure.                             11:53:20
13                 And there have been many market      11:53:23
14   efficiency reports who relied specifically,        11:53:25
15   solely, completely, on corrective disclosures,     11:53:29
16   no other cause-and-effect news tests, and the      11:53:32
17   courts have accepted them as informationally       11:53:34
18   efficient, supplemented by the other Cammer        11:53:36
19   factors and Krogman factors, et cetera.            11:53:38
20           Q.    Well, just take my example,          11:53:41
21   which is you don't have any direct test of         11:53:43
22   efficiency to satisfy Cammer factor 5, and all     11:53:46
23   you have is everything else:  The analyst          11:53:49
24   reports, the S-3, the bid/ask spread, all of       11:53:52
25   the indirect tests.  Could you find efficiency     11:53:56
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 105

```
 1                    H. MULCAHEY
 2  without satisfying the direct cause and effect      11:53:58
 3  Cammer 5?                                           11:54:02
 4           A.    I doubt it.                          11:54:05
 5           Q.    Now, I think we covered this         11:54:10
 6  before, but now that you have the report in         11:54:15
 7  front of you, you can take a look.  In              11:54:17
 8  paragraph 58 --                                     11:54:21
 9           A.    Mm-hmm.                              11:54:22
10           Q.    -- you say, "A news story            11:54:22
11  analyst report or company disclosure" -- this       11:54:27
12  goes on to the next page -- "will cause an          11:54:29
13  unusually large and statistically significant       11:54:31
14  return only when the information is new and         11:54:33
15  unexpected, and when the information changes        11:54:34
16  the mix of information in the market in an          11:54:36
17  economically significant way."                     11:54:39
18           A.    Mm-hmm.  Correct.                    11:54:42
19           Q.    Did you do any analysis to           11:54:43
20  determine whether any of the analyst reports        11:54:48
21  were new -- had information that was new and        11:54:56
22  unexpected that changed the mix of information      11:54:59
23  in the market in an economically significant        11:55:02
24  way?                                                11:55:03
25           A.    I did for some of the tests.  I      11:55:06
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 106

```
 1                    H. MULCAHEY
 2  did not specifically look at the content of     11:55:28
 3  news.  The content of the analyst reports and   11:55:31
 4  the earnings announcements really aren't        11:55:34
 5  relevant for the proportions test or the        11:55:36
 6  variance test.                                  11:55:40
 7            You make the assumption that          11:55:41
 8  that's value-relevant news.  Analyst            11:55:45
 9  reports -- as I said earlier, analysts are      11:55:47
10  information brokers.  They sell information      11:55:50
11  for a substantial price.  They're highly paid   11:55:53
12  people.  They're highly trained.  They're       11:55:56
13  educated.  They have other certifications,      11:55:59
14  whether it's a securities license, or a CFA,    11:56:01
15  or a CMA.  Some other designation.  And they    11:56:07
16  sell information to their clients and others    11:56:11
17  routinely.                                       11:56:15
18            So their information is               11:56:16
19  valuable to the market, and it generally is     11:56:19
20  not the same from report to report, and it      11:56:22
21  generally has value-relevant analysis and       11:56:27
22  content, including ratings and price targets.   11:56:29
23            And this earnings                     11:56:33
24  announcements, you would expect earnings        11:56:35
25  announcements to have value-relevant            11:56:36
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 107

```
 1                    H. MULCAHEY

 2   information as well.  They would be previously    11:56:38

 3   undisclosed, whether it's guidance, or            11:56:42

 4   earnings results for a quarter, or a fiscal       11:56:45

 5   year.                                             11:56:49

 6                    The same with a merger           11:56:49

 7   announcement.  You know, if there's no reason     11:56:50

 8   to anticipate the market anticipated a merger,    11:56:52

 9   an acquisition, it's going to affect the          11:56:56

10   price.                                            11:56:58

11                    So I make that assumption in     11:56:59

12   those first two tests that I write up in my       11:57:00

13   report.                                           11:57:04

14         Q.    Let me just try it again and         11:57:04

15   see if I can get an answer to my question,        11:57:08

16   which is -- that's okay -- which is whether or    11:57:11

17   not you, yourself, putting aside what you         11:57:14

18   might have assumed about analyst reports          11:57:16

19   generally, whether or not you did any             11:57:19

20   analysis, before you ran Ferrillo/Dunbar, to      11:57:21

21   determine whether or not the primary and          11:57:26

22   secondary analyst reports in your set met your    11:57:27

23   definition of value-relevant news from            11:57:31

24   paragraph 58?                                     11:57:33

25         A.    No.    That was an assumption.        11:57:34
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 108

```
 1                         H. MULCAHEY

 2            Q.    Okay.  So it's possible that        11:57:36

 3   some, all, or none of those analyst reports        11:57:51

 4   met your definition of value-relevant news in      11:57:55

 5   paragraph 58?                                       11:57:58

 6            A.    As a group I don't think it's        11:57:59

 7   possible that there was no value-relevant          11:58:17

 8   information in any of them over time, based on     11:58:19

 9   my experience of studying analyst reports.         11:58:23

10            Q.    But not based on reading these       11:58:26

11   ones, because you did not read them?               11:58:27

12            A.    I did not read those, no.  The       11:58:29

13   economic -- I have -- later in the report I         11:58:31

14   have at least two papers that cite the              11:58:33

15   information content of analyst reports.  All        11:58:36

16   right?  And they cause price changes.               11:58:39

17                  So, I mean, I'm relying on           11:58:42

18   academic research to some degree to say that       11:58:45

19   analyst reports are new and value-relevant.        11:58:48

20            Q.    And my question is very simply:      11:58:50

21   With respect to the analyst reports here you       11:58:54

22   don't know whether or not they contain             11:58:56

23   value-relevant news for a fact, because you        11:58:59

24   didn't read them?                                  11:59:01

25            A.    I did not read them, that's         11:59:04
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 109

```
 1                    H. MULCAHEY
 2   correct.  For this test.                    11:59:06
 3              Q.    Did you read them for another  11:59:08
 4   test?                                        11:59:12
 5              A.    I read them for the reverse  11:59:13
 6   event study, to see what caused the price    11:59:17
 7   change.                                      11:59:19
 8              Q.    You only read some of them, the 11:59:19
 9   ones that were related to the --             11:59:21
10              A.    The ones that were relevant for 11:59:22
11   that test.                                   11:59:25
12              Q.    If an analyst report in your  11:59:25
13   group contained only stale information,      11:59:36
14   meaning information that was already in the  11:59:40
15   market, information that does not meet your  11:59:41
16   definition of value-relevant in paragraph 58, 11:59:43
17   but the stock moved in a statistically       11:59:47
18   significant way when that report came out,   11:59:48
19   that would undercut market efficiency, right? 11:59:51
20              A.    Not necessarily, no.         11:59:54
21              Q.    Why not?                     11:59:55
22              A.    Well, there's other news that 11:59:56
23   can come into the market.  There may be other 11:59:59
24   news reports on a specific day.  And I think I 12:00:01
25   mentioned earlier, volume, trading volume, is 12:00:04
```

```
 1                    H. MULCAHEY
 2  information content as well.  I didn't perform      12:00:08
 3  the tests on volume, but you can -- you can         12:00:11
 4  determine whether or not volume is                  12:00:14
 5  statistically significant as well as the price      12:00:15
 6  changes.  So it's not a given.                      12:00:19
 7            And if you have a report where            12:00:23
 8  all of the language is exactly the same, but        12:00:27
 9  the price target changes, or the rating for         12:00:30
10  the stock changes, that's enough to be new          12:00:33
11  information.                                         12:00:36
12        Q.    And my question is just very           12:00:38
13  simply, assuming that there's no other              12:00:40
14  information coming out that day in the market,      12:00:42
15  if an analyst report contained only old            12:00:44
16  information, but the stock price moved in a         12:00:47
17  statistically significant way, that would          12:00:49
18  undercut market efficiency?                         12:00:51
19        A.    And again my answer is no.             12:00:53
20  Because volume is information.  It didn't have      12:00:55
21  to be published in a news story.  I mean, it's     12:00:59
22  trading volume that all investors are looking      12:01:01
23  at as they decide to trade or not.                 12:01:03
24        Q.    So why even look at analyst            12:01:06
25  reports or any sort of news if you could           12:01:08
```

```
 1                    H. MULCAHEY
 2   just -- if volume is so important?  Why not      12:01:11
 3   just look at trading volume?                     12:01:13
 4           A.    I know there's at least one        12:01:17
 5   report that does that.                           12:01:21
 6           Q.    But you didn't --                  12:01:24
 7           A.    One expert has done that, and      12:01:25
 8   looked at only trading volume to establish       12:01:27
 9   materiality -- I don't think it was market       12:01:30
10   efficiency, but determined that there was        12:01:33
11   information on days.                             12:01:34
12           Q.    Now, on the, what you refer to     12:01:37
13   as no-news days, those are days where there's    12:01:40
14   no analyst report, right?                        12:01:43
15           A.    Specifically what test?            12:01:44
16           Q.    I am sorry.  I'm all on            12:01:47
17   Ferrillo/Dunbar right now.                       12:01:50
18           A.    Okay.  So you're on the f-test?    12:01:51
19           Q.    No.  I'm on the                    12:01:52
20   news-versus-no-news.  Proportion.                12:01:55
21           A.    Proportion.                        12:01:57
22           Q.    Ferrillo/Dunbar, the St. John's    12:01:58
23   article.                                         12:02:00
24           A.    I think that's the f-test?         12:02:01
25           Q.    I think your f-test is your        12:02:01
```

```
 1                      H. MULCAHEY
 2  reaction to --                                    12:02:04
 3           A.    That's right, the z-stat.  I'm     12:02:05
 4  sorry.  You're correct.                           12:02:06
 5           Q.    Okay.  We're clear, we're on       12:02:08
 6  Ferrillo/Dunbar?                                  12:02:09
 7           A.    We're clear.                        12:02:09
 8           Q.    And the question --                12:02:10
 9           A.    Analyst reports.                    12:02:11
10           Q.    Yes.  Your no-news days are        12:02:12
11  days where there were no analyst reports?          12:02:14
12           A.    The no-news days are days          12:02:17
13  without the analyst reports, correct.             12:02:19
14           Q.    Did you do any analysis to         12:02:20
15  determine whether or not value-relevant news      12:02:23
16  was released on any of those so-called no-news    12:02:27
17  days?                                             12:02:31
18           A.    No.                                12:02:31
19           Q.    So it's possible that there was    12:02:32
20  value-relevant news outside of analyst reports    12:02:34
21  that was made public on the days that you         12:02:38
22  refer to as no-news days, right?                  12:02:42
23           A.    I'm sure there was.  And in        12:02:44
24  fact that makes the test more difficult to        12:02:46
25  pass.  I'm saying that analyst reports have       12:02:49
```

1                    H. MULCAHEY

2  value-relevant news, and if there's more days        12:02:53

3  where there are analyst reports and                   12:02:56

4  significant price changes compared to other           12:02:58

5  types of news, and in this case I found three         12:03:01

6  times more likely to be significant with an           12:03:04

7  analyst report versus other types of news,            12:03:06

8  then you have evidence that that type of news          12:03:09

9  moves the stock price in a material way.              12:03:14

10         Q.    Well, but if there was                  12:03:17

11  value-relevant news that came out on days that       12:03:18

12  you referred to as no-news -- right?                  12:03:23

13         A.    Mm-hmm, the control group.              12:03:26

14         Q.    The control group.  That's a            12:03:28

15  better way of saying it.                              12:03:29

16                -- and the stock price moved in        12:03:30

17  response to that value-relevant news -- right?        12:03:32

18         A.    Mm-hmm.                                  12:03:37

19         Q.    -- then that would actually             12:03:38

20  increase the number of days, of no-news              12:03:40

21  days --                                               12:03:43

22         A.    In the control group.                   12:03:43

23         Q.    -- in the control group?                12:03:44

24         A.    That's right.                            12:03:45

25         Q.    And that would change your              12:03:45

```
 1                     H. MULCAHEY
 2  analysis?                                      12:03:46
 3          A.     That would make the test more   12:03:47
 4  difficult to pass.                             12:03:49
 5          Q.     Can you explain why that's the  12:03:50
 6  case?                                          12:03:51
 7          A.     Yeah, because -- I'm going to   12:03:51
 8  draw a little chart for you.  And this first   12:03:54
 9  chart, this first bar is analyst reports.  I'm 12:03:57
10  going to put "A" on it.  And the other one is  12:03:59
11  other news.  I am going to put an "O" on that. 12:04:02
12          So in this particular case            12:04:05
13  we're saying that the analyst reports are      12:04:08
14  three times more likely to have a              12:04:11
15  statistically significant price change.        12:04:13
16          Q.     Right.                          12:04:14
17          A.     Now, in this case, if there    12:04:15
18  are -- in the other -- if the control group    12:04:17
19  has news that caused a big price change, then  12:04:20
20  the number of statistically significant days   12:04:23
21  goes up.  Right?  So then the difference is    12:04:26
22  less.                                          12:04:29
23          In this case I know for a fact,        12:04:30
24  as you know, that the two days following the   12:04:32
25  IPO, September 26 and 27, are in this control  12:04:35
```

```
 1                    H. MULCAHEY
 2  group.  And because they are in the control      12:04:39
 3  group we have more statistically significant     12:04:43
 4  days than would you have otherwise.              12:04:45
 5              If those were out, then instead       12:04:47
 6  of having a 5 percent level of significance,     12:04:49
 7  you'd have a 99.8 percent level of               12:04:51
 8  significance.                                    12:04:53
 9              I made the tests deliberately         12:04:54
10  more difficult to pass, to be more sure that     12:04:57
11  the test is valid.                               12:05:01
12              It's not -- it's probably not a       12:05:02
13  good idea to have them in there, because         12:05:05
14  they're unusual days or -- associated with the   12:05:08
15  IPO.  So if I take them out, which I tested,     12:05:10
16  you know, when I was doing the report, if I      12:05:14
17  take them out, the test of significance goes     12:05:17
18  up considerably.  It's a much more confident     12:05:21
19  test.  And arguably you could take them out.     12:05:25
20              But if I'm a defense expert           12:05:27
21  against someone doing this test, I add them      12:05:29
22  back in, and if it fails this test of            12:05:31
23  significance, now I have a problem.              12:05:33
24              So I left them in, and I looked       12:05:37
25  at the significance with them in, to make sure   12:05:39
```

```
 1                    H. MULCAHEY
 2   we covered all types of other news, so I don't      12:05:41
 3   get accused of cherry-picking.                      12:05:43
 4               Does that make sense?                   12:05:48
 5         Q.    It does.                                12:05:49
 6         A.    Okay.                                   12:05:50
 7         Q.    In this test you didn't make --         12:06:01
 8   the way you did in China Agritech, you didn't       12:06:03
 9   make any ex ante hypothesis here about which        12:06:05
10   way the stock price would move on your news         12:06:08
11   days, right?                                        12:06:10
12         A.    On the analyst report tests?            12:06:11
13         Q.    In Montage -- in the                    12:06:14
14   Ferrillo/Dunbar test in Montage you did not         12:06:15
15   make any ex ante assumptions about the              12:06:18
16   direction in which the stock price would move?      12:06:20
17         A.    I did not.                              12:06:21
18         Q.    Okay.                                   12:06:23
19         A.    Because the analyst reports             12:06:23
20   could have good news and they could have bad        12:06:24
21   news.                                               12:06:27
22         Q.    Right.                                  12:06:27
23         A.    As we know from the corrective          12:06:28
24   disclosure.                                         12:06:30
25         Q.    Well, you could have read them          12:06:31
```

```
 1                    H. MULCAHEY
 2  before and you could have made a determination    12:06:32
 3  if they were good news or bad news before you     12:06:33
 4  ran the tests and made a prediction?              12:06:35
 5           A.    That would be a violation of       12:06:37
 6  how it was laid out in the article.               12:06:38
 7           Q.    Now, you found that the stock      12:06:42
 8  price moved in a statistically significant way    12:06:45
 9  on five of the 16 primary analyst days and on     12:06:48
10  seven of the 30 analyst report days.  It's in     12:06:52
11  paragraph 59 and 60.                              12:06:58
12           A.    And Exhibit 3.                     12:07:00
13           Q.    There you go.                      12:07:02
14                 So I read that right?              12:07:03
15           A.    30 and seven.                      12:07:06
16           Q.    Okay.  So let's say,               12:07:07
17  hypothetically, that all of the analyst           12:07:10
18  reports had new value-relevant positive news      12:07:12
19  for the stock and that the stock price went       12:07:16
20  down on all five of those days, and all seven     12:07:19
21  of those days, instead of up.  That stock         12:07:23
22  would pass your test -- would pass the            12:07:28
23  Ferrillo/Dunbar test, right?                      12:07:30
24           A.    Well, you have to qualify,         12:07:33
25  positive value-relevant news causing a            12:07:38
```

```
 1                      H. MULCAHEY
 2  negative price reaction.  You have to              12:07:41
 3  eliminate all potential sources of confounding     12:07:42
 4  information, including insider trading,             12:07:48
 5  parsing out all of the information in these         12:07:52
 6  analyst reports, and weighing the positive          12:07:54
 7  against the negative.  (Coughing) Excuse me.        12:07:57
 8          Q.    And if you do that, you could         12:08:01
 9  have a situation where the stock price could        12:08:06
10  have moved in what one might determine, one         12:08:08
11  should determine, would be the wrong way on         12:08:13
12  all five of the days or all seven of the days,     12:08:15
13  and that stock price would still pass the           12:08:17
14  test?                                               12:08:20
15          A.    The way that test is set up,         12:08:21
16  it's blind to the news.  The reverse event         12:08:23
17  study -- the reason I do the reverse event         12:08:27
18  study is to test for things like that.  It's a     12:08:29
19  complementary test.                                 12:08:36
20              So no one test is definitively          12:08:37
21  proving market efficiency or not.  It's a           12:08:40
22  combination of tests.                               12:08:43
23              So this test is blind to the            12:08:44
24  news.  The reverse event study is not.             12:08:45
25          Q.    Just stay with me on the             12:08:48
```

```
 1                    H. MULCAHEY
 2  hypothetical.  Okay?                          12:08:49
 3                Five of the 16 days you found   12:08:50
 4  were statistically significant.  Five of the  12:08:52
 5  16 analyst days.  If on those five days        12:08:55
 6  everyone agrees that this was positive,        12:08:58
 7  surprising news, and the stock price went down 12:09:01
 8  in a statistically significant way, your       12:09:04
 9  results would be the same; you would still say 12:09:08
10  five out of 16 had a statistically significant 12:09:10
11  movement, right?                               12:09:13
12        A.    It would, because I do not         12:09:14
13  consider the content of the news in that test. 12:09:16
14        Q.    And in your view would a stock     12:09:19
15  price -- would a stock, in my hypothetical, be 12:09:21
16  trading efficiently?  A stock price where on   12:09:24
17  these days there was clearly value-relevant    12:09:29
18  positive news, and the price went down in a    12:09:32
19  statistically significant way?                 12:09:35
20        A.    You know, you want to put so       12:09:39
21  much leverage on this one test, but that's not 12:09:41
22  the approach.  That's not the analysis.        12:09:47
23  That's not the question.  One test doesn't     12:09:50
24  make a difference.  That's why you run         12:09:53
25  multiple tests.                                12:09:55
```

```
 1                    H. MULCAHEY

 2              So I don't care what the            12:09:56

 3  analyst reports do on this.  Maybe that's       12:09:58

 4  important to you, but it's not important to     12:10:01

 5  me.  I have other tests that look at that.      12:10:02

 6  Okay?  And those other tests, if they fail,     12:10:04

 7  it's part of the mix of all the evidence on     12:10:08

 8  whether or not a stock passes the efficient     12:10:10

 9  market test for the purposes of security        12:10:15

10  litigation or not.                              12:10:18

11              Remember, this is a presumption     12:10:19

12  of efficiency.  And I'm presenting evidence     12:10:20

13  that that presumption is well-founded.  And     12:10:23

14  it's not one test.  I'm not putting all of my   12:10:25

15  opinion in one test.  I run six or seven        12:10:28

16  direct and effect -- cause-and-effect tests,    12:10:33

17  and I run a battery of other tests, and I look  12:10:37

18  at everything together.                         12:10:40

19              So regardless of what those         12:10:42

20  analyst report says, there's other ways to      12:10:44

21  pick up the news of the analyst reports when    12:10:49

22  they cause significant price changes, which is  12:10:51

23  the reverse event study.  Right?  So they're    12:10:53

24  causing any kind of statistically significant   12:10:55

25  price change.  I see it in that test and I can  12:10:57
```

```
 1                    H. MULCAHEY
 2   judge whether or not the news makes sense          12:10:59
 3   given the price reaction.  And that's the          12:11:01
 4   purpose of that test.  It's complementary.         12:11:03
 5              So to answer your question, I            12:11:06
 6   don't care what the analyst reports say in          12:11:08
 7   this particular test, because analyst reports,      12:11:09
 8   by definition, has new valuable information.        12:11:12
 9   And I'm looking at all of them.  Not one.  All      12:11:16
10   of them.  Compared to a control group.             12:11:19
11         Q.   Let me try one more time and            12:11:23
12   see if I can get an answer to my question.          12:11:28
13              And I'm just focussing on               12:11:30
14   Ferrillo/Dunbar for now, and I'm not meaning       12:11:33
15   to suggest that this is the only test we're        12:11:36
16   going to talk about.  But this is the test         12:11:38
17   that I want to talk about right now in this        12:11:40
18   line of questioning.                               12:11:42
19              And I think the question is             12:11:43
20   pretty simple.  Which is:                          12:11:44
21              In your example where there             12:11:48
22   were excess returns on five of 16 days, if you     12:11:50
23   assume with me that on those five days the         12:11:54
24   analyst reports all had value-relevant,            12:11:57
25   surprising, positive news and the stock price      12:12:02
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 122

```
 1                    H. MULCAHEY

 2   went down in a statistically significant way,        12:12:05

 3   that stock would still pass the test, correct?       12:12:10

 4            A.    My answer is I ignore the             12:12:17

 5   content of the analyst reports.  I mean,             12:12:20

 6   that's what I do.  I'm telling you what I do.        12:12:22

 7   You're creating a hypothetical that I cover in       12:12:25

 8   a different test.                                    12:12:28

 9            Q.    But the answer to my question         12:12:30

10   is yes, the stock would pass this particular         12:12:31

11   test, if all of the price movements were in          12:12:34

12   the wrong direction?                                 12:12:39

13            A.    It would -- it would pass the         12:12:41

14   test if all of the price movements were in the       12:12:43

15   wrong direction.  It would pass the test if          12:12:45

16   all of the price movements were in the correct       12:12:46

17   direction.  It would pass it if half -- if           12:12:49

18   half were the correct and half were the wrong.       12:12:52

19   It's completely blind to that.                       12:12:54

20            Q.    And in all of those -- so you         12:12:56

21   just mentioned a few different examples:  All        12:12:58

22   of the price movements were in the wrong             12:13:01

23   direction; all of the price movements were in       12:13:03

24   the right direction; and if half were wrong,        12:13:05

25   and half were right.                                12:13:07
```

```
 1                     H. MULCAHEY
 2               In your view, would all of          12:13:08
 3  those stocks be trading in efficient markets?    12:13:10
 4         A.    It depends on the other tests       12:13:14
 5  you perform.  It's not one test.  I keep         12:13:15
 6  coming back to that.  You know, you're trying    12:13:18
 7  to get me to say something that I am not going   12:13:20
 8  to say.  I mean, this was one test out of a      12:13:22
 9  whole battery of tests, and one test is not      12:13:25
10  going to change my mind one way or the other.    12:13:27
11         Q.    Do you agree that this test can     12:13:39
12  have false positives?                            12:13:41
13         A.    Every statistical test can have     12:13:43
14  Type 1 or Type 2 errors.  False positive or a    12:13:45
15  false negative.                                  12:13:49
16               MR. MOSS:  Why don't we take a      12:13:55
17  five-minute break.                               12:13:57
18               THE VIDEOGRAPHER:  Here now         12:13:59
19  marks the end of Tape 2 of the deposition of     12:14:00
20  Mr. Howard J. Mulcahey.  The time is 12:13       12:14:02
21  p.m.  We're now off the record.                  12:14:07
22                      ---                          12:14:08
23         (Recess from 12:13 to 12:22.)
24                      ---                          12:22:09
25               THE VIDEOGRAPHER:  Here now         12:22:09
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 124

```
 1                    H. MULCAHEY
 2   marks the beginning of Tape 3 of the          12:22:33
 3   deposition of Mr. Howard J. Mulcahey.  The    12:22:35
 4   time is 12:22 p.m.  We're back on the record. 12:22:37
 5   BY MR. MOSS:                                   12:22:43
 6         Q.    Mr. Mulcahey, my last question    12:22:43
 7   was whether or not you agreed that this test  12:22:44
 8   can have false positives, and you answered    12:22:46
 9   that every statistical test can have false    12:22:49
10   positives or false negatives, and I just want 12:22:53
11   to make sure the record's clear.              12:22:55
12                You agree that this test, like   12:22:56
13   other tests, can have false positives?        12:22:58
14         A.    Every statistical test has a      12:23:01
15   risk of what they call Type 1 and Type 2      12:23:03
16   errors, which are, one of them is false       12:23:06
17   positive.                                      12:23:11
18         Q.    Including this test?              12:23:11
19         A.    Including this test.              12:23:12
20         Q.    Are you aware that Dr. Tabak      12:23:15
21   wrote that this method that he has in the     12:23:28
22   St. John's Law Review can fall short because  12:23:30
23   it may not be able to fully distinguish an    12:23:32
24   efficient market from an inefficient one?     12:23:35
25         A.    I don't recall that, no.          12:23:38
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 125

```
 1                        H. MULCAHEY

 2            Q.    You don't know that he has          12:23:39

 3   criticized this test as having the possibility     12:23:40

 4   of false positives?                                12:23:43

 5            A.    Like I said, every test has the     12:23:44

 6   possibility of false positives.                    12:23:50

 7            Q.    You weren't aware that he wrote      12:23:51

 8   an article in 2010 criticizing his own test?       12:23:54

 9            A.    I'm aware of it, but I don't         12:23:57

10   recall the article specifically.  I think he       12:24:00

11   cited it in other expert reports where he was      12:24:03

12   on the plaintiff side.                             12:24:08

13            Q.    Did you read it?                     12:24:10

14            A.    I think at the time I glanced        12:24:12

15   at it, I think it was three years ago, two         12:24:15

16   years ago.  I don't remember it specifically.      12:24:17

17            Q.    But you're aware generally that      12:24:20

18   he wrote an article in which he criticized         12:24:23

19   this method and said that it can fall short        12:24:26

20   because it can generate false positives?           12:24:28

21            A.    Well, I take that with a note        12:24:31

22   of skepticism, that with another well known        12:24:36

23   finance, economics testifying expert wrote an      12:24:43

24   article that makes a lot of sense for a lot of     12:24:47

25   people the way it objectively defines this         12:24:49
```

```
 1                      H. MULCAHEY
 2  test, and then later he criticizes it.  You     12:24:51
 3  know, it's been criticized by other experts as  12:24:53
 4  well.  But every test for market efficiency     12:24:56
 5  gets criticized.                                 12:25:00
 6           Q.   Well, do you think there's         12:25:01
 7  more weight to q criticism when somebody         12:25:02
 8  criticizes his or her own work rather than       12:25:04
 9  when others do it?                               12:25:08
10           A.   No, I don't think so.  Not with    12:25:08
11  Dr. Tabak.                                       12:25:10
12           Q.   Why not?                           12:25:11
13           A.   Let's just say that he -- I        12:25:13
14  think he'll say what's convenient at that        12:25:29
15  time.  What serves his purpose.                  12:25:32
16           Q.   Did you use a -- it's not a        12:25:35
17  trick question.  We can turn to it.              12:25:41
18                You used a z-test --               12:25:42
19           A.   A z-test?                          12:25:44
20           Q.   -- Exhibit 3, in this news         12:25:45
21  versus no news analysis?                         12:25:48
22           A.   I did.  It's to test the           12:25:49
23  difference in proportions.                       12:25:51
24           Q.   Is it your opinion that you        12:25:52
25  have enough observations in your sample set to   12:25:56
```

```
 1                      H. MULCAHEY
 2  perform a z-test?                              12:25:59
 3          A.    Well, it's a small sample size,  12:26:00
 4  but it's all we have.                          12:26:03
 5          Q.    Are there any rules of thumb     12:26:04
 6  that you use as to whether or not -- what      12:26:07
 7  particular sample size you would need to       12:26:11
 8  perform an accurate z-test?                    12:26:13
 9          A.    Generally I look for at least    12:26:14
10  30.  30 samples.  30 in the sample size.       12:26:16
11          Q.    3-0?                             12:26:18
12          A.    3-0.                             12:26:20
13          Q.    And you didn't have that here?   12:26:22
14          A.    Well, I had it in the days with  12:26:23
15  all analysts.                                  12:26:29
16                (Reporter Clarification)         12:26:29
17          A.    With both -- with primary and    12:26:30
18  secondary analysts.  That's called all         12:26:31
19  analysts, in the exhibit.                      12:26:36
20          Q.    Okay.  So you didn't have it on  12:26:37
21  the days with primary analyst reports, but you 12:26:38
22  did have it on the days with all analyst       12:26:41
23  reports?                                       12:26:43
24          A.    Correct.                         12:26:44
25          Q.    And the reason you ran the days  12:26:44
```

```
 1                    H. MULCAHEY
 2  with all analyst reports is because -- well,       12:26:46
 3  why?                                               12:26:51
 4          A.    Easier sample.                        12:26:52
 5          Q.    I'm sorry?                             12:26:55
 6          A.    It's a bigger sample.                 12:26:55
 7          Q.    Do you have more confidence in        12:26:56
 8  the days with all-analyst-reports analysis         12:26:57
 9  than days with all primary reports analysis?       12:27:00
10          A.    I wouldn't say more confidence,       12:27:04
11  but I would say it's less subject to               12:27:06
12  criticism.  Because of the sample size.            12:27:08
13          Q.    Now, on the days with primary         12:27:16
14  reports, on the eleven days where there was a      12:27:19
15  primary analyst report and there was no            12:27:24
16  statistically significant price movement, did      12:27:26
17  you do anything to try to figure out why there     12:27:29
18  was no statistically significant price             12:27:32
19  movement on those eleven days?                     12:27:34
20          A.    I think we've been over this,         12:27:35
21  but it's blind to the news in the analyst          12:27:38
22  reports.  I don't care what the analyst            12:27:41
23  reports say, you know, I'm just trying to          12:27:43
24  figure out, with this test, trying to examine      12:27:45
25  overall price reaction for analyst reports in      12:27:49
```

1                    H. MULCAHEY

2   general, compared to days without analyst          12:27:52

3   reports.  Because analyst reports are a proxy      12:27:54

4   for new information.                               12:27:58

5          Q.    So the answer to my question          12:27:58

6   is no?                                             12:28:00

7          A.    Correct.  It's not the design         12:28:00

8   of the test.  Let me just be clear.  I did not     12:28:03

9   examine the content of any analyst report          12:28:08

10  before performing this test.  Okay?  So there      12:28:11

11  is no analyst report that I looked at, that I      12:28:14

12  evaluated, I didn't cherry-pick.  I just put       12:28:16

13  them all in one group, identified the days         12:28:20

14  where there was any kind of analyst report, as     12:28:22

15  I describe in the report, and performed this       12:28:25

16  statistical test.                                  12:28:28

17         Q.    Right.                                12:28:29

18               And because of that, you had no       12:28:29

19  idea before you ran the test if they contained     12:28:30

20  value-relevant news?                               12:28:33

21         A.    Correct.                              12:28:34

22         Q.    Now let's just talk -- I just         12:28:39

23  want to make sure I understand.  You ran this      12:28:44

24  test from September 25 to February 7th?            12:28:46

25         A.    26th.                                 12:28:51

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 130

```
 1                    H. MULCAHEY
 2         Q.   26th.                              12:28:52
 3         A.   You were really close.             12:28:55
 4         Q.   I guess I have that wrong.         12:28:57
 5  Let's see.                                     12:28:59
 6         A.   I'm looking at the exhibit.        12:28:59
 7         Q.   Okay.  I was taking this off       12:29:02
 8  paragraph 59.  So let me ...  (Pause.)         12:29:03
 9         A.   Footnote 70 says the 26th.         12:29:17
10         Q.   Okay.  September 26th to           12:29:21
11  February 7th.                                  12:29:24
12         A.   Correct.                           12:29:25
13         Q.   So February 6th was included in   12:29:26
14  your analysis?                                 12:29:29
15         A.   Correct.                           12:29:29
16         Q.   And February 7th was included     12:29:30
17  in your analysis?                              12:29:32
18         A.   Mm-hmm.                            12:29:34
19         Q.   Did you have any concerns that    12:29:35
20  including either the beginning of the class   12:30:02
21  period or the end of the class period would   12:30:04
22  bias the results in any way?                   12:30:07
23         A.   The analyst reports that fit      12:30:09
24  the definition don't start until October 21st. 12:30:14
25  And the analyst report at the end of the      12:30:22
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 131

```
 1                        H. MULCAHEY
```

 2   period, obviously February 6th and 7th, are          12:30:25

 3   included.                                             12:30:28

 4            Q.    I am sorry.  Why is that              12:30:29

 5   obvious, that they're included?                       12:30:32

 6            A.    Because they're analyst reports       12:30:33

 7   in that time period, and they're identified in        12:30:36

 8   Exhibit 10.                                           12:30:37

 9            Q.    And you didn't have any concern       12:30:38

10   that including those would bias the results in        12:30:40

11   any way?                                              12:30:42

12            A.    I did not.  Value-relevant            12:30:43

13   news.                                                 12:30:45

14            Q.    Let's talk about -- do you            12:30:48

15   know -- strike that.                                  12:30:56

16                 Let's talk about your reaction         12:30:57

17   to company earnings analysis, which is the, I         12:30:58

18   think it's the next test in the report.               12:31:02

19            A.    Mm-hmm, right.                        12:31:05

20            Q.    And this is where you ran an          12:31:05

21   f-test, is that right?                                12:31:09

22            A.    Correct.                              12:31:11

23            Q.    And this test by itself --           12:31:12

24   you've talked -- we've talked a lot about, you        12:31:15

25   know, a conglomeration of tests.  It's true          12:31:19

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 132

```
 1                    H. MULCAHEY
 2   that this test by itself wouldn't be          12:31:21
 3   sufficient to prove market efficiency, right? 12:31:23
 4          A.    I don't think there is a         12:31:27
 5   single test in here that by itself is         12:31:28
 6   sufficient to -- for a finding of efficiency. 12:31:30
 7          Q.    Fair enough.  Then I can stop     12:31:34
 8   asking you that question when we go through    12:31:36
 9   every test.                                    12:31:37
10          A.    That would be great.             12:31:38
11          Q.    That will speed things along.    12:31:39
12                Does this test have any support  12:31:41
13   in the academic literature as a test for      12:31:42
14   market efficiency?                            12:31:45
15          A.    Sure.  Absolutely.               12:31:46
16          Q.    In which publications; which     12:31:49
17   articles?                                     12:31:52
18          A.    Many.  Footnote 73 has got a     12:31:52
19   host of articles that talk about the annual   12:31:58
20   earnings announcements, quarterly earnings    12:32:05
21   announcements, the volatility associated with 12:32:09
22   earnings announcements, and price changes     12:32:10
23   associated with earnings announcements, and   12:32:13
24   that earnings announcements contain new       12:32:15
25   information.                                  12:32:18
```

```
 1                      H. MULCAHEY
 2            Q.    And I'm just asking, I think a      12:32:18
 3   little bit more narrowly, whether or not the      12:32:20
 4   test that you ran here has support in the         12:32:24
 5   academic literature as a test to determine        12:32:26
 6   whether or not a market is efficient?             12:32:30
 7            A.    I believe it does.  I believe       12:32:32
 8   some of these papers actually do perform          12:32:43
 9   f-tests.                                           12:32:45
10            Q.    Do you know which ones?             12:32:52
11            A.    Well, I cite them for a             12:32:53
12   reason.  I'm sure if I were to go through each    12:33:00
13   one I could find some examples (coughing) --      12:33:02
14   excuse me.                                         12:33:10
15            Q.    Let's look at paragraph 62, the     12:33:11
16   fifth line.  You have a sentence, and read as     12:33:14
17   much of the paragraph as you need, but the        12:33:18
18   sentence I want to focus on says:  "If            12:33:21
19   earnings days on average provide more             12:33:23
20   value-relevant information than other days, as    12:33:26
21   economists naturally expect, then this implies    12:33:30
22   that stock returns in large samples should be     12:33:35
23   more volatile for earnings days than for other    12:33:38
24   days."                                             12:33:38
25                  Do you see that?                    12:33:39
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 134

```
 1                    H. MULCAHEY

 2           A.    Mm-hmm.                          12:33:39

 3           Q.    What, in your view, is a "large  12:33:40

 4  sample"?                                        12:33:43

 5           A.    We've already discussed that.    12:33:45

 6  I like to have a sample size of 30, if that's   12:33:56

 7  possible.                                       12:33:59

 8           Q.    Now, here obviously we have      12:34:01

 9  three earnings days.  I take it from your       12:34:02

10  prior testimony that you don't consider three   12:34:04

11  to be a large sample?                           12:34:06

12           A.    No.  It's as large as is         12:34:07

13  available in this case.  And the test works.    12:34:10

14  So I included it.                               12:34:15

15           Q.    And when you say it works, what  12:34:16

16  do you mean?                                     12:34:17

17           A.    Well, I find the f-statistic     12:34:17

18  is -- the f-test shows that there's a           12:34:23

19  significant difference between the volatility   12:34:26

20  of the excess returns on earnings days versus   12:34:29

21  non-earnings days.                               12:34:32

22           Q.    Isn't having only three         12:34:33

23  observations problematic from a statistical     12:34:35

24  standpoint?                                      12:34:37

25           A.    It's weak.  But it's another     12:34:37
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 135

```
 1                     H. MULCAHEY

 2   data point.                                12:34:39

 3           Q.    And it's weak in part because 12:34:40

 4   each day has a very large effect on the    12:34:42

 5   variance, right?  Each of the three?       12:34:45

 6           A.    Mm-hmm.                       12:34:46

 7           Q.    So one day can skew the results 12:34:47

 8   of a test like this?                       12:34:49

 9           A.    It's possible.               12:34:50

10           Q.    Did you do any analysis here to 12:34:53

11   determine whether or not one day skewed the 12:34:56

12   results?                                   12:34:58

13           A.    I know that of the three days 12:34:58

14   one was a very large return.  I think two of 12:35:02

15   the -- two of the days were significant, I  12:35:04

16   think.  You know, I don't remember exactly. 12:35:08

17           Q.    You can take a look, but I    12:35:10

18   think only one of the days was significant. 12:35:13

19           A.    And that would be probably the 12:35:14

20   guidance on January 9.                     12:35:19

21           Q.    That's right.                12:35:23

22                 So it's true -- I was going to 12:35:32

23   ask you this question anyway -- it's true that 12:35:35

24   of the three earnings days only one of them 12:35:38

25   had a statistically significant return?    12:35:40
```

```
 1                      H. MULCAHEY
 2            A.    I thought it was two, but I        12:35:42
 3  know one for sure.                                 12:35:43
 4            Q.    Why don't we take a look.          12:35:44
 5            A.    All right.                         12:35:47
 6            Q.    I want to make sure I have it      12:35:48
 7  right.  The best way is probably Appendix A.       12:35:50
 8  So you have 11/7, 1/9, and 1/27?                   12:36:06
 9            A.    January 7th is very close.         12:36:10
10  It's a 92 percent level of confidence.            12:36:14
11            Q.    I am sorry.  January 7th?          12:36:18
12            A.    Right.  January 27th.              12:36:19
13            Q.    January 27th.  Okay.               12:36:21
14                  But only one of the three is       12:36:24
15  statistically significant at the 95 percent       12:36:26
16  confidence level?                                 12:36:29
17            A.    Right.  Correct.                   12:36:30
18            Q.    Now let's look --                  12:36:33
19            A.    If that test goes away, if I       12:36:42
20  didn't put that test in here, it wouldn't         12:36:45
21  change my opinion.  It's just another data        12:36:46
22  point.                                            12:36:52
23            Q.    Now, you calculate, I'm looking    12:36:52
24  at Exhibit 4, the variance to be 1.046 for the    12:36:56
25  earnings days percent?                            12:36:59
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015        Page 137

```
 1                    H. MULCAHEY
 2          A.    Mm-hmm, correct.                    12:37:01
 3          Q.    Did you calculate any               12:37:02
 4  confidence interval for that?                     12:37:04
 5          A.    I did.  I don't have it here.        12:37:10
 6          Q.    So you -- is it somewhere else       12:37:13
 7  in your report, or it's not in your report?        12:37:17
 8          A.    No, it's something that I            12:37:19
 9  calculated.  It might be in the discovery I        12:37:20
10  turned over.  The spreadsheets.  But I don't      12:37:22
11  remember off the top of my head.                   12:37:24
12          Q.    But it's not something that you     12:37:24
13  included in your report?                           12:37:26
14          A.    No.                                  12:37:27
15          Q.    And is that because it was at       12:37:27
16  too low of a confidence interval to be            12:37:39
17  helpful?                                           12:37:41
18          A.    No.  I don't normally put the       12:37:42
19  confidence level in.  But I usually check it.      12:37:44
20          Q.    Do you know -- do you remember      12:37:48
21  what the confidence level was?                     12:37:50
22          A.    I don't.                             12:37:51
23          Q.    Does your f-test here assume        12:37:51
24  that the underlying data is normally             12:38:01
25  distributed?                                       12:38:02
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 138

```
 1                    H. MULCAHEY
```

| | | |
|---|---|---|
| 2 | A. I think all of the tests give | 12:38:03 |
| 3 | that assumption. | 12:38:07 |
| 4 | Q. And did you do anything to test | 12:38:07 |
| 5 | whether or not the data underlying this test | 12:38:10 |
| 6 | was normally distributed? | 12:38:13 |
| 7 | A. No. It's an underlying | 12:38:14 |
| 8 | assumption for all of the tests, and for all | 12:38:17 |
| 9 | of the academic literature as well. | 12:38:19 |
| 10 | Q. So for this test it's an | 12:38:21 |
| 11 | underlying assumption, but you didn't test | 12:38:23 |
| 12 | whether or not the assumption is true? | 12:38:26 |
| 13 | A. I don't believe so, no. | 12:38:28 |
| 14 | Q. Do you know whether or not the | 12:38:34 |
| 15 | underlying data is normally distributed? | 12:38:36 |
| 16 | A. I don't recall off the top of | 12:38:38 |
| 17 | my head. | 12:38:41 |
| 18 | Q. So you didn't do any test as to | 12:38:41 |
| 19 | whether or not Montage's residual returns | 12:38:47 |
| 20 | during the period you examined were normally | 12:38:49 |
| 21 | distributed? | 12:38:51 |
| 22 | A. That's a different question. | 12:38:52 |
| 23 | Q. Okay. | 12:38:54 |
| 24 | A. If we're talking about the | 12:38:56 |
| 25 | test, in three days, that's one thing. If | 12:38:58 |

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 139

```
 1                    H. MULCAHEY
 2   you're talking about the returns for Montage       12:39:00
 3   over the entire class period, that's              12:39:02
 4   different.                                          12:39:03
 5             Q.    Did you test whether or not         12:39:04
 6   Montage's residual returns during the whole        12:39:05
 7   period were normally distributed?                  12:39:07
 8             A.    That's a test that I perform        12:39:08
 9   before I embark on the statistical work, or at     12:39:12
10   the same time I do the statistical work, to        12:39:16
11   make sure that it's reasonably close to a          12:39:19
12   normal distribution.  I did that test.            12:39:21
13             Q.    And are the results of that         12:39:23
14   test included anywhere in the report?              12:39:24
15             A.    Underlying assumption in all of     12:39:26
16   these tests.                                        12:39:28
17             Q.    And were Montage's residual         12:39:29
18   returns during the period you examined             12:39:31
19   normally distributed?                              12:39:33
20             A.    I think they approximated a         12:39:35
21   normal distribution.  I don't recall              12:39:38
22   specifically.                                       12:39:39
23             Q.    So you don't know whether or        12:39:40
24   not they were or weren't normally distributed?     12:39:41
25             A.    I just said, I believe that        12:39:43
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 140

1                    H. MULCAHEY

2   they approximated a normal distribution, but I          12:39:44

3   don't remember specifically.                            12:39:47

4           Q.    So sitting here today, just so            12:39:47

5   I'm clear, you can't tell me whether or not             12:39:51

6   they were or weren't normally distributed?              12:39:54

7           A.    Sitting here today, I don't               12:39:55

8   have the spreadsheet in front of me where I             12:39:56

9   performed that, no.                                     12:39:58

10          Q.    If Montage's residual returns             12:39:59

11  during the period were not normally                     12:40:06

12  distributed, what tests, that you ran, would            12:40:08

13  that affect?                                             12:40:11

14          A.    I don't know if it would really           12:40:15

15  require an adjustment to any test, but I can't          12:40:25

16  tell you right now.                                      12:40:30

17          Q.    Well, several of the tests that           12:40:33

18  you ran assume that Montage's residual returns          12:40:35

19  during the time period were normally                    12:40:39

20  distributed, right?                                      12:40:40

21          A.    I think all of the tests, all            12:40:41

22  of the statistical tests, have an underlying           12:40:43

23  assumption that the returns approximate a               12:40:46

24  normal distribution.                                     12:40:49

25          Q.    Did you do any work, any                  12:40:50

```
 1                    H. MULCAHEY

 2   analysis, in this f-test to determine whether      12:40:56

 3   or not any of the three earnings announcements     12:41:01

 4   were new and value-relevant?                       12:41:03

 5           A.    The -- again, the same               12:41:08

 6   assumption, this sets up the test as earnings      12:41:12

 7   days to be value-relevant news.  I did not         12:41:17

 8   examine the news before I performed the test.      12:41:21

 9   I identified days with earnings-related news       12:41:23

10   disclosed by the company as earnings releases.     12:41:27

11           Q.    So, for example, you didn't          12:41:30

12   determine whether or not these were earnings       12:41:31

13   surprises, as you defined that term in China       12:41:33

14   Agritech?                                          12:41:36

15           A.    That's correct.                      12:41:36

16           Q.    And I take it just like with         12:41:37

17   Ferrillo/Dunbar, you didn't have any ex ante       12:41:41

18   assumptions going in about the direction and       12:41:45

19   magnitude of the expected stock price              12:41:46

20   movements?                                         12:41:49

21           A.    The same scenario.  Blind to         12:41:49

22   the news.                                          12:41:50

23           Q.    So you did not have any such         12:41:51

24   assumptions?                                       12:41:53

25           A.    It's blind to the content of         12:41:53
```

1                   H. MULCAHEY

2   the news released on that day, for those            12:41:56

3   earnings releases.                                  12:41:59

4           Q.   Just so the record is clear, I         12:42:00

5   think what you're trying to say is that             12:42:02

6   because it's blind to the news, it's                12:42:04

7   impossible to have any ex ante assumptions?         12:42:06

8           A.   I did not look at the news             12:42:08

9   before performing the test.                         12:42:11

10          Q.   So given that you didn't look          12:42:12

11  at the news, you could not have formed any          12:42:13

12  ex ante assumptions about the direction of          12:42:15

13  magnitude?                                           12:42:17

14          A.   I formed no ex ante assumption         12:42:17

15  about the magnitude or direction.  Again,           12:42:20

16  that's fundamental efficiency.  That's not          12:42:21

17  relevant.                                            12:42:24

18          Q.   If I told you that on one of           12:42:24

19  the earnings days Montage's revenues beat the        12:42:30

20  analyst consensus expectations, and that on          12:42:33

21  that same day Barclays raised its price target       12:42:37

22  by a dollar, would you have any expectation          12:42:41

23  about what would happen to the stock price on        12:42:43

24  a day like that?                                     12:42:45

25          A.   Not without looking at the            12:42:46

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 143

```
 1                    H. MULCAHEY
 2  whole mix of information, no.                    12:42:47
 3         Q.    If I told you that on another       12:42:49
 4  day Montage lowered its estimated operating      12:42:55
 5  costs and another analyst, Topeka, raised its    12:42:59
 6  price target by $7, or about 25 percent, would   12:43:04
 7  you be able to form any opinions about any       12:43:07
 8  ex ante hypotheses about whether or not that     12:43:10
 9  would be likely to move the stock up or down?    12:43:12
10         A.    Not by itself, no.  You've got      12:43:15
11  to look at the mix of information.               12:43:18
12         Q.    Like with the Ferrillo/Dunbar       12:43:24
13  test, this test doesn't test -- I think that     12:43:26
14  may be our lunch.                                12:43:28
15         A.    It sounds like a truck.             12:43:30
16         Q.    Yeah, it's loud.                    12:43:31
17               Like the Ferrillo/Dunbar test,      12:43:32
18  this test doesn't test the direction of the      12:43:35
19  movement, right?                                 12:43:37
20         A.    That's correct.                     12:43:38
21         Q.    I think we're done with the         12:43:39
22  f-tests.  Let's move to the correlation of       12:43:58
23  price changes and trading volume.  I just have   12:44:01
24  a couple of questions about this.                12:44:06
25               Is there any support in the         12:44:07
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 144

```
 1                      H. MULCAHEY
 2    academic literature for this test as a test      12:44:09
 3    for market efficiency?                           12:44:11
 4            A.    What page are we on now?            12:44:13
 5            Q.    I'm referring to the               12:44:16
 6    correlation of price changes and volume test.    12:44:27
 7            A.    Okay.                               12:44:31
 8            Q.    And that would be page 40.          12:44:31
 9            A.    Page 40.  Okay.  I'll jump          12:44:38
10    ahead.  There's a half a dozen papers cited      12:44:40
11    here, which support the use of that type of      12:44:56
12    test.                                            12:45:00
13            Q.    And do any of these tests -- do     12:45:00
14    any of these publications support the test as    12:45:05
15    a test for market efficiency?                    12:45:11
16            A.    You know, I don't know if they     12:45:13
17    specifically say market efficiency.  In fact,    12:45:16
18    they might mention it in the review of           12:45:22
19    research, but what they're actually testing is   12:45:24
20    a large sample study of the price reaction       12:45:32
21    correlated with trading volume.  There's a lot   12:45:37
22    of research on that.  So whether they say it's   12:45:40
23    evidence of efficiency or not, I can't say off   12:45:44
24    the top of my head.  But they validate that      12:45:47
25    this is a representative test.                    12:45:50
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 145

```
 1                      H. MULCAHEY

 2              Q.     In your opinion, can a stock          12:45:54

 3   pass this test and still be inefficient?               12:45:57

 4              A.     It's possible.  It's possible         12:45:59

 5   that a stock could pass any one of these tests         12:46:08

 6   and still be inefficient.  That's why it's the         12:46:12

 7   totality of the evidence.                              12:46:14

 8              Q.     Now let's look at the speed           12:46:18

 9   test.  That's page 33.  I guess we're jumping          12:46:25

10   around a little.                                       12:46:35

11              A.     That's all right.                     12:46:36

12              Q.     Now, first I am going to ask          12:46:41

13   you, actually, about a statement in paragraph          12:46:42

14   19, which is:  "Informational efficiency means        12:46:44

15   that prices of securities rapidly change to           12:46:47

16   reflect new, material, nonpublic information."        12:46:50

17                      Do you see that.                     12:46:53

18              A.     Correct.  I do, yes.                  12:46:53

19              Q.     What is "rapid" in your view?        12:46:54

20              A.     Well, the literature talks           12:46:58

21   about anything between a few minutes and a            12:47:00

22   few days.  Courts have found to be, you know,         12:47:02

23   for -- for Halliburton I think the judge ruled        12:47:09

24   nothing more than a day, and if it takes more         12:47:12

25   than a day it can't be efficient.  But              12:47:15
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 146

```
 1                    H. MULCAHEY
 2   Barclays, they talk about a two-day window.        12:47:16
 3   I've been involved in litigation where the         12:47:19
 4   courts approved, at trial, a five-day window.      12:47:20
 5                    So it depends on the context,      12:47:24
 6   and the complexity of the information, and a       12:47:27
 7   variety of factors.  But, you know, whether        12:47:31
 8   it's a few minutes or a few hours, generally       12:47:33
 9   in one day.                                         12:47:35
10            Q.    Generally one day, in your          12:47:36
11   opinion, should be --                              12:47:39
12            A.    Generally.  Not always, but         12:47:39
13   generally.                                          12:47:40
14            Q.    And does the speed test that        12:47:44
15   you conduct here have any support in the           12:47:46
16   academic literature as a market efficiency         12:47:48
17   test?                                               12:47:52
18            A.    The way I've crafted it, I          12:47:53
19   don't think this specific test is replicated      12:48:00
20   in the academic research.  The same way that      12:48:06
21   volume as a percentage of shares outstanding      12:48:09
22   is not in the scholarly research on market        12:48:11
23   efficiency.  But it's designed to test how        12:48:16
24   long it takes for news that causes very big       12:48:20
25   price changes to be fully reflected in the        12:48:25
```

```
 1                    H. MULCAHEY
 2  stock.  Or the security.  It could be a bond.        12:48:27
 3          Q.    Now, this goes back to a point         12:48:35
 4  we talked about before.  You're using this           12:48:38
 5  test to see if news is incorporated rapidly          12:48:42
 6  into Montage's stock price, correct?                 12:48:46
 7          A.    Within one day.                         12:48:48
 8          Q.    Yes?                                     12:48:51
 9          A.    Yes.                                     12:48:53
10          Q.    And --                                  12:48:53
11          A.    Well, rapidly, if you consider         12:48:54
12  one day.  You know, I'm not gauging it in            12:48:57
13  terms of minutes.                                     12:49:01
14          Q.    Sure.  You're using this test          12:49:02
15  to see if news is incorporated rapidly into          12:49:04
16  Montage's stock price, with "rapidly" being          12:49:06
17  within one day; fair?                                 12:49:08
18          A.    Generally within one day,              12:49:10
19  correct.                                              12:49:11
20          Q.    And this is the part I think we        12:49:12
21  talked about before, but the test assumes that       12:49:15
22  any large one-day change in the net-of-market        12:49:19
23  price qualifies as a news event, right?              12:49:24
24          A.    It does.                                12:49:27
25          Q.    So doesn't this test assume the        12:49:30
```

1                    H. MULCAHEY

2   result that you are trying to prove?                    12:49:32

3          A.    No.                                        12:49:35

4          Q.    Well, you're trying to prove               12:49:37

5   that news is incorporated, let's even forget            12:49:40

6   rapidly for a second, that news is                      12:49:44

7   incorporated into the stock price, right?               12:49:46

8          A.    Mm-hmm.                                    12:49:48

9          Q.    And on the sets of days that               12:49:49

10  you consider, on each of the first days of              12:49:53

11  those two-day sets, you're assuming that the            12:49:55

12  news is actually incorporated into the stock            12:49:59

13  price?                                                  12:50:02

14         A.    That's right.  And I look for              12:50:03

15  evidence that it's not incorporated into the            12:50:05

16  stock price.                                            12:50:07

17         Q.    Explain what you mean by that.             12:50:09

18         A.    Meaning if I see a 99 percent              12:50:13

19  significant return on day one, and a 95                 12:50:15

20  percent significant return on day two, and              12:50:20

21  then day three it looks to me, without new              12:50:22

22  information on day two and three, it looks               12:50:27

23  like that 99 significant day -- 99 percent              12:50:28

24  significant day, that whatever news came out            12:50:33

25  took three days to be fully incorporated in             12:50:36

```
 1                    H. MULCAHEY
 2  the price.  That would cause me some concern.      12:50:38
 3  And if it happened consistently for every 99       12:50:42
 4  percent significant day, it would give me          12:50:45
 5  pause.                                              12:50:48
 6             In this case that didn't               12:50:49
 7  happen.  All the 99 percent significant days,      12:50:52
 8  the news was incorporated during that day.         12:50:55
 9             So it is the speed of reaction,        12:50:57
10  it's how quickly -- whatever the news is --        12:50:59
11  I'm blind to the news, again, I don't care         12:51:01
12  what the news is -- something causes really        12:51:03
13  large, unusually large, 99 percent significant     12:51:07
14  day.                                               12:51:11
15             That means that 99 percent of         12:51:11
16  the time the return is not that big.  So this      12:51:13
17  is a very unusual return.                          12:51:15
18             And whatever news it was --           12:51:16
19  again, it could be earnings, it could be           12:51:17
20  analyst, it could be fraud disclosed, whatever     12:51:19
21  it is -- if there's no news on the second day,     12:51:23
22  and it's still significant, you know, you've       12:51:27
23  got to look.  Why is that?  All right?  Is it      12:51:31
24  really complicated news?                           12:51:34
25             You know, if it's a simple            12:51:36
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | merger announcement with a target price and an | 12:51:38 |
| 3 | expected close date, that should be | 12:51:40 |
| 4 | incorporated pretty quickly.  But if it's a | 12:51:42 |
| 5 | large -- like the Gravity report.  27 pages. | 12:51:44 |
| 6 | It's a complex document with a lot of detail | 12:51:49 |
| 7 | in it. | 12:51:52 |
| 8 | It's reasonable to me, because | 12:51:52 |
| 9 | you have this geographic gap between the | 12:51:54 |
| 10 | U.S. and China.  It's going to take some time | 12:51:59 |
| 11 | for people to try to verify that that report | 12:52:01 |
| 12 | is correct, that it's factually based, that | 12:52:03 |
| 13 | those facts can be verified.  Before I make a | 12:52:06 |
| 14 | bet with my money, positive or negative, I | 12:52:09 |
| 15 | want to find that out. | 12:52:11 |
| 16 | So, you know, that could take | 12:52:12 |
| 17 | two days.  But typical analyst report changing | 12:52:14 |
| 18 | a rating or a price target, something like | 12:52:19 |
| 19 | that, you would expect to be incorporated in | 12:52:21 |
| 20 | one day. | 12:52:27 |
| 21 | So it's not -- you know, it's | 12:52:30 |
| 22 | not the way you characterized it. | 12:52:35 |
| 23 | Q.   I think we're maybe talking | 12:52:38 |
| 24 | past each other a little bit.  You're focused | 12:52:41 |
| 25 | on the second day.  And my question is simply | 12:52:43 |

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | that:  Isn't it true that this test assumes | 12:52:47 |
| 3 | that there's news on the first day? | 12:52:51 |
| 4 | A.    That's right. | 12:52:55 |
| 5 | Q.    And did you do anything to | 12:52:56 |
| 6 | determine whether or not there was actually | 12:52:58 |
| 7 | news on the first day in each of your two-day | 12:53:01 |
| 8 | pairs? | 12:53:05 |
| 9 | A.    Again, this is the first test I | 12:53:06 |
| 10 | perform when I establish a market model and | 12:53:08 |
| 11 | the daily return statistics.  All right?  And | 12:53:12 |
| 12 | I check to see how many 95 percent or 99 | 12:53:15 |
| 13 | percent days follow a 99 percent day.  I don't | 12:53:19 |
| 14 | know what happened. | 12:53:23 |
| 15 | And then I checked the second | 12:53:25 |
| 16 | day, but I also checked the first day. | 12:53:27 |
| 17 | Because, you know, if it's a continuation of | 12:53:29 |
| 18 | the same news, if there's nothing new on the | 12:53:31 |
| 19 | day two, then it gives me pause. | 12:53:34 |
| 20 | But if the 99 percent day is | 12:53:38 |
| 21 | some event and the 95 percent day on day two | 12:53:42 |
| 22 | is completely different, I try to determine | 12:53:46 |
| 23 | that.  That's all. | 12:53:49 |
| 24 | Does that make sense? | 12:53:50 |
| 25 | Q.    It does, and I still think | 12:53:51 |

```
 1                    H. MULCAHEY
 2  maybe I'm not being clear.                      12:53:53
 3            But you say:  If the second day       12:53:55
 4  is a continuation of the same news, if there's  12:53:58
 5  nothing new on day two, that gives me pause.    12:54:01
 6            What I am trying to talk about        12:54:05
 7  is the first day.                               12:54:06
 8       A.    Right.                               12:54:07
 9       Q.    It's possible in this test that      12:54:07
10  there's not even any news on the first day,     12:54:09
11  right?                                          12:54:12
12       A.    Before I -- before I perform         12:54:12
13  the test I don't look.  After I perform the     12:54:14
14  test I will look to see if there's some         12:54:17
15  headline that seems to make sense.  Some news   12:54:19
16  content, whatever it might be.                  12:54:23
17       Q.    Do you always run this at 99         12:54:24
18  percent or do you sometimes run it at 95        12:54:26
19  percent?                                        12:54:29
20       A.    I do it on the 99 percent            12:54:29
21  because I want to look at the largest days      12:54:31
22  that are most likely to take two days to        12:54:32
23  incorporate.  All right?  So if 95 percent,     12:54:34
24  it's not as big a return, it's not as likely    12:54:36
25  to take as long to incorporate.  So I look for  12:54:39
```

```
 1                    H. MULCAHEY
 2  the ones that are the most challenging to        12:54:42
 3  overcome.                                         12:54:44
 4              Does that make sense?                 12:54:45
 5         Q.    It does.                             12:54:46
 6              Let's look at some of the days.       12:54:59
 7  And I think that maybe the best way to do it      12:55:02
 8  is by looking at Exhibit 6, which I think is      12:55:05
 9  tied to the reverse event study, but in your      12:55:13
10  speed test we're only looking at the 2-star      12:55:16
11  t-stats, is that right?                           12:55:24
12         A.    That's right.                        12:55:25
13         Q.    So day one in the first set is       12:55:26
14  9/26, right?                                      12:55:30
15         A.    That's correct.                      12:55:34
16         Q.    What is the new and                  12:55:35
17  value-relevant news on 9/26?                      12:55:37
18         A.    One, there was an IPO.  Two,         12:55:39
19  that there was a big price pop.  The deal was     12:55:43
20  priced between 10 and 11.  It closed at almost    12:55:48
21  $13 a share.  And 7 million shares.  So people    12:55:51
22  who were not privy to the IPO ahead of time       12:55:59
23  are now aware there was an IPO and it had a --    12:56:03
24  almost a 30 percent price increase on day one.    12:56:07
25         Q.    So in your mind the fact that        12:56:11
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    Page 154

```
 1                        H. MULCAHEY

 2   there was an IPO is value-relevant news?        12:56:13

 3            A.    I think so, yeah.  Of course.    12:56:16

 4            Q.    And the fact that it was priced  12:56:19

 5   at the bottom of the range is value-relevant    12:56:21

 6   news?                                           12:56:24

 7            A.    Correct.                         12:56:24

 8            Q.    What about 9/27; what's the      12:56:24

 9   value-relevant news on 9/27?                    12:56:37

10            A.    You know, it extended the        12:56:39

11   initial public offering rally, more            12:56:49

12   double-digit gains, disseminating the news     12:56:54

13   that this had a -- almost a 50 percent         12:56:59

14   increase in price over the two days of the    12:57:02

15   IPO.  Since the IPO.                           12:57:06

16            Q.    So the fact that a company's     12:57:09

17   stock price is going up you believe is         12:57:15

18   value-relevant news?                           12:57:18

19            A.    Sure.  And it's disseminated.    12:57:19

20   Anybody that's not in the IPO now sees this -- 12:57:21

21   this is a new stock on the market, and the     12:57:27

22   price is going up very dramatically.           12:57:30

23            Q.    And that's value-relevant news   12:57:34

24   that you would expect to move the stock        12:57:36

25   price up?                                       12:57:37
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 155

```
 1                    H. MULCAHEY

 2          A.    It's associated with the IPO.        12:57:39

 3   So the IPO is -- and the prospectus, and the      12:57:42

 4   SEC filings and -- that's all part of the IPO.    12:57:46

 5   All right?  So that was part of trading on day    12:57:54

 6   one, the 26th.                                    12:57:57

 7          Q.    Right.  But the information          12:57:59

 8   that was in the public filings relating to the    12:58:00

 9   IPO was in the market before the 26th, right?     12:58:02

10          A.    It was.  And the fact it was         12:58:05

11   effective late in the day on the 25th, and the    12:58:10

12   fact that the price went up so dramatically,      12:58:12

13   disseminated news about the company to other      12:58:15

14   investors.                                        12:58:18

15          Q.    And what news did it                 12:58:19

16   disseminate?                                      12:58:21

17          A.    The stock went up 28 percent         12:58:23

18   day one.  There was a demand for the initial      12:58:37

19   public offering.  The company raised money to     12:58:41

20   fund its operations.  I mean, it's news about     12:58:45

21   the company's successful IPO.  That's             12:58:48

22   value-relevant.                                   12:58:53

23          Q.    Let's look at 11/22.  What's         12:58:55

24   the value-relevant news on 11/22?                 12:59:04

25          A.    (Coughing) Excuse me.                12:59:07
```

```
 1                    H. MULCAHEY
 2               Stifel raised its price target        12:59:15
 3   to $20.  And they hosted investor meetings        12:59:17
 4   with the CFO.  They felt that the company         12:59:23
 5   would -- would expand its operations, increase    12:59:28
 6   its operating margin.  I mean, it's an analyst    12:59:34
 7   collecting information, selling to clients.       12:59:39
 8          Q.    And this is value-relevant           12:59:43
 9   news?                                             12:59:45
10          A.    Yes, a change in price target        12:59:45
11   is value-relevant.                                12:59:47
12          Q.    Your opinion is that                 12:59:48
13   value-relevant news is new information that       12:59:49
14   materially changes the mix of total              12:59:53
15   information, right?  We looked at that, in        12:59:54
16   paragraph 59.                                     12:59:57
17          A.    Mm-hmm.                              12:59:58
18          Q.    Is that fair?                        12:59:59
19          A.    Yes.                                 13:00:00
20          Q.    How can you opine that this is       13:00:01
21   value-relevant news if you haven't read this     13:00:04
22   analyst report and you haven't read all of the   13:00:06
23   other news that's in the market?                 13:00:08
24          A.    On those days I did look at the      13:00:10
25   news in the market, and this jumped out at me    13:00:14
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 157

```
 1                    H. MULCAHEY

 2  as value-relevant.  Change in price target is        13:00:17

 3  considered, in the academic literature, to be        13:00:19

 4  value-relevant news.                                 13:00:22

 5             Q.    When you say on those days you       13:00:23

 6  looked at news in the market, what do you            13:00:25

 7  mean?                                                13:00:26

 8             A.    The days in this exhibit.            13:00:26

 9             Q.    So you looked at all of the          13:00:29

10  news that came out those days?                       13:00:30

11             A.    That's right.                       13:00:31

12             Q.    But you didn't look at the news     13:00:32

13  that came out the day before that or the week        13:00:33

14  before that or two weeks before that, right?         13:00:35

15             A.    No, I didn't.                       13:00:37

16             Q.    Right.  And if the definition       13:00:39

17  of "news" that's value-relevant in your report       13:00:40

18  is information that changes the mix of               13:00:45

19  information in the market in an economically         13:00:53

20  significant way, how do you know what the            13:00:55

21  whole mix of information is in the market and        13:00:59

22  whether or not this new information is going         13:01:01

23  to change it in an economically significant          13:01:03

24  way if the only thing you're doing is looking        13:01:05

25  at the news that was released on that day?           13:01:07
```

```
 1                    H. MULCAHEY
 2        A.    What I say in my report is:  "I      13:01:10
 3   studied the actual news disclosed on the 12     13:01:23
 4   days to evaluate the information disclosed on    13:01:26
 5   those days, and then compared the information    13:01:28
 6   with the direction and magnitude of the excess   13:01:30
 7   return."                                         13:01:32
 8              So what I'm doing is I'm              13:01:34
 9   saying, based on my experience, based on         13:01:36
10   academic literature, the information contained   13:01:40
11   on those days is informative and                 13:01:41
12   value-relevant to investors.  Price changes      13:01:44
13   are.  Remember, we talked about volume.          13:01:46
14   Volume is -- the volume on 9/26 is               13:01:48
15   17-and-a-half times the average daily volume     13:01:56
16   of the class period, so it's a lot of trading    13:01:58
17   volume.                                          13:01:59
18              The information about the IPO         13:01:59
19   was out, people are trading on the IPO, the      13:02:00
20   price is going up.                               13:02:03
21              The same thing on 9/27.  It's         13:02:04
22   almost five times the average trading volume.    13:02:07
23              On November 22nd it's almost          13:02:09
24   two times the average trading volume.            13:02:11
25              There's information content           13:02:13
```

                        H. MULCAHEY

1

2   that came out on that day, not just the volume          13:02:14

3   numbers itself, but the change in price target          13:02:16

4   and the content of Stifel's analyst report.             13:02:21

5           Q.    My question simply is:  How can           13:02:24

6   you testify that this is information that                13:02:26

7   changes the economic mix -- the mix of                  13:02:29

8   information when you don't know what the --             13:02:32

9   sorry, let me just finish the question.                 13:02:35

10          A.    Please, go ahead.                          13:02:36

11          Q.    I cut you off before, so we're             13:02:37

12  even.  Sorry.                                           13:02:40

13          How can you testify that this                   13:02:40

14  Stifel report on 11/22 meets your definition            13:02:46

15  of news in that it changes the economic mix             13:02:48

16  when you don't know what all of the other news          13:02:52

17  is out there?                                           13:02:54

18          A.    I'm not doing a loss causation            13:02:55

19  analysis.  All right?  I'm looking at the               13:02:59

20  price change, and I'm looking for news that             13:03:01

21  could explain the price change.  That's the             13:03:03

22  way I characterize it in my report.                     13:03:05

23          Q.    And I'm just asking you, and              13:03:06

24  I'm asking you simply if -- explain to me how           13:03:08

25  you know that the Stifel report is                      13:03:12

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | value-relevant news as you defined that term | 13:03:16 |
| 3 | in paragraph 59? | 13:03:19 |
| 4 | A.   Because I know the price | 13:03:19 |
| 5 | change -- the price target changes are | 13:03:21 |
| 6 | value-relevant news. | 13:03:22 |
| 7 | This analyst, this highly paid | 13:03:27 |
| 8 | analyst, from this company that was an | 13:03:28 |
| 9 | underwriter in the offering says that the | 13:03:30 |
| 10 | company is worth more, based on today's | 13:03:32 |
| 11 | report, than it was previously.  I think it's | 13:03:34 |
| 12 | worth more.  I'm changing my price target.  I | 13:03:37 |
| 13 | think it's going to go -- it's not going to | 13:03:39 |
| 14 | trade at 18, it's going to trade at 20.  And | 13:03:41 |
| 15 | he's giving all of these reasons in the | 13:03:42 |
| 16 | analyst report.  To me, that's new | 13:03:44 |
| 17 | information. | 13:03:46 |
| 18 | Q.   Did you look at whether or not | 13:03:46 |
| 19 | other analysts had a $20 price target before | 13:03:48 |
| 20 | this Stifel report came out? | 13:03:50 |
| 21 | A.   It doesn't matter about other | 13:03:52 |
| 22 | analysts.  This analyst is changing his | 13:03:53 |
| 23 | opinion. | 13:03:55 |
| 24 | Q.   If this analyst changes his | 13:03:55 |
| 25 | opinion and increases the price target from | 13:03:57 |

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 161

```
 1                    H. MULCAHEY

 2   18 to 20, and all of the other analysts      13:04:01

 3   already have a $20 price target, is this     13:04:04

 4   information that changes the total mix of     13:04:07

 5   information?                                  13:04:09

 6           A.    It is.  I've seen many times    13:04:09

 7   where analysts, they have price targets from 13:04:11

 8   15 to 25.  But one analyst changes a price   13:04:14

 9   target, it changes the mix of information.  It 13:04:18

10   changes the price.  It creates volume.       13:04:20

11           Q.    Is there anything else in this  13:04:22

12   report that -- and by the way, you didn't read 13:04:24

13   this report, did you?  The Stifel report?    13:04:28

14           A.    I did.  That's where I got this 13:04:30

15   information.  I'm sure I did, because I've got 13:04:33

16   it cited.                                     13:04:37

17           Q.    I'm just confused, because it   13:04:39

18   wasn't produced, and I thought that you said  13:04:41

19   that --                                       13:04:43

20           A.    Oh, I'm sorry.  No, this is     13:04:43

21   a -- this is a news story that contained      13:04:45

22   this -- the content from the analyst report.  13:04:48

23           Q.    Got you.                        13:04:49

24           A.    My apologies.  But it's cited   13:04:50

25   here.  I mean, it's cited in the text.        13:04:52
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 162

```
 1                    H. MULCAHEY

 2           Q.     My mistake.                    13:04:53

 3                  So you didn't actually have the  13:04:54

 4   full analyst report?                          13:04:56

 5           A.     Did not have it, no.  That's    13:04:57

 6   correct.                                      13:05:03

 7           Q.     Anything else in this article   13:05:03

 8   reporting on a part of the analyst report that 13:05:04

 9   you think is new value-relevant news, other   13:05:08

10   than the price target?                        13:05:18

11           A.     Well, the company confirms that 13:05:21

12   it's on target to achieve its operating model. 13:05:25

13   That was in the market.  It's confirmed.      13:05:29

14   That's important.  It wouldn't change the     13:05:32

15   price.                                        13:05:33

16           Q.     So it's not value -- it's not   13:05:34

17   value-relevant, as that term is defined in    13:05:36

18   your paragraph 59?                            13:05:38

19           A.     It's part of the mix.  I mean,  13:05:39

20   if it said that the company was going to      13:05:41

21   exceed the operating margin or fall short, it 13:05:43

22   would -- but, again, the content -- the key   13:05:46

23   content I raised here is the price target     13:05:49

24   increase.  And that they confirmed that       13:05:53

25   they're on target.  Confirming guidance,      13:05:56
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 163

```
 1                      H. MULCAHEY

 2   basically.                                    13:05:58

 3          Q.    Confirming guidance is new       13:05:59

 4   information that would change the mix?        13:06:03

 5          A.    It's confirmatory.  Price        13:06:04

 6   target is new.  And the rest of it is         13:06:07

 7   confirmatory.                                 13:06:12

 8          Q.    "Confirmatory" meaning that it   13:06:13

 9   wouldn't change the total mix?                13:06:15

10          A.    Price target is new             13:06:16

11   information, and it's confirming the operating 13:06:23

12   margin.  Confirming the operating margin is   13:06:26

13   confirmatory.  It just confirms what's already 13:06:29

14   known.  A change in the price target is       13:06:33

15   value-relevant.                               13:06:35

16          Q.    Let's look at November -- I'm    13:06:37

17   sorry -- January 8.                           13:06:46

18          A.    Okay.                            13:06:48

19          Q.    What's the new company-specific  13:06:51

20   information here?                             13:06:54

21          A.    Top growth stock, Montage is     13:06:55

22   one of the top growth stocks for Needham.     13:07:15

23   (Coughing) Excuse me.                         13:07:19

24          Q.    So Needham mentioned Montage as  13:07:21

25   a top growth stock along with three other     13:07:25
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 164

```
 1                    H. MULCAHEY

 2   companies, and your opinion is that that's         13:07:28

 3   value-relevant news for Montage?                   13:07:32

 4          A.     Yes.                                  13:07:35

 5          Q.     Did you --                            13:07:35

 6          A.     It is.                                13:07:36

 7          Q.     Did you look at whether Needham       13:07:36

 8   had previously announced Montage as a top          13:07:38

 9   growth stock idea?                                 13:07:41

10          A.     I believe I did, but I don't         13:07:45

11   recall, sitting here.                              13:07:50

12          Q.     So it's possible that this           13:07:51

13   could have just been repeating information         13:07:54

14   that was already in the market?                    13:07:55

15          A.     You have to consider the whole       13:07:57

16   thing in context.  I mean, the content of the      13:07:59

17   analyst report, we did have this one.              13:08:03

18          Q.     But sitting here today you           13:08:09

19   don't know whether or not Needham had              13:08:10

20   previously called out Montage as a top growth      13:08:12

21   stock idea, right?                                 13:08:16

22          A.     I think what they did here is        13:08:17

23   they said that 2014, the new calendar year,        13:08:23

24   will be very positive for Montage's industry,      13:08:27

25   and they've identified Montage and a couple of     13:08:31
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 165

```
 1                         H. MULCAHEY
```

 2   competitors as big beneficiaries of that          13:08:34

 3   industry.                                          13:08:37

 4          Q.    Shouldn't your market model          13:08:37

 5   have taken account of industry changes?           13:08:40

 6          A.    It's not saying -- well, it          13:08:43

 7   says that Montage and a few competitors were      13:08:46

 8   big beneficiaries of the strong market for        13:08:49

 9   this, so the market model happens to be           13:08:52

10   only -- only the market.  The industry            13:08:54

11   component didn't seem to work.                     13:09:00

12          Q.    I am sorry, "The industry            13:09:02

13   component didn't seem to work"?  What do you      13:09:03

14   mean by that?                                      13:09:05

15          A.    This is a one-factor market          13:09:06

16   model.  It's the market.  There's no industry     13:09:08

17   in the market model.  So my point here is that    13:09:10

18   the semiconductor industry, according to this     13:09:15

19   analyst, is poised for another strong year of     13:09:18

20   growth, and Montage is one of a handful of        13:09:24

21   semiconductor companies that would benefit        13:09:26

22   from that.                                         13:09:27

23          Q.    So the first part of this news,      13:09:28

24   "We believe 2014 will be another positive year    13:09:33

25   for semiconductor stocks," did your market        13:09:36

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 166

```
 1                      H. MULCAHEY

 2   model incorporate that information, or not        13:09:40

 3   incorporate that information?                     13:09:44

 4          A.    It's part of the mix for the         13:09:45

 5   market, but there is no industry component in     13:09:48

 6   the market model.                                 13:09:56

 7          Q.    Can you answer -- maybe you          13:10:00

 8   can't.  Can you answer the question yes or no?    13:10:03

 9          A.    I would expect the -- the            13:10:05

10   information to be contained in the market to      13:10:07

11   some degree.                                      13:10:13

12          Q.    And so the company-specific          13:10:15

13   information that would have not been taken        13:10:18

14   care of by your market model is that Needham      13:10:22

15   was viewing Montage as a top growth stock?        13:10:24

16          A.    Yeah, and that means that            13:10:27

17   it's -- it would be a disproportional             13:10:28

18   beneficiary of the semiconductor growth           13:10:34

19   expected in 2014.                                 13:10:36

20          Q.    Now, does the speed test that        13:10:40

21   you ran examine the speed of price reaction to    13:11:04

22   news?                                             13:11:09

23          A.    Clarify that for me?                 13:11:11

24          Q.    Sure.  So certainly what you         13:11:18

25   did was you tried to determine whether or not     13:11:23
```

```
 1                      H. MULCAHEY
 2   the news was incorporated into the stock price      13:11:26
 3   in one day, right?  One day or two days?            13:11:28
 4           A.    Correct.                              13:11:34
 5           Q.    And my question is whether or         13:11:34
 6   not you actually examined the speed of price        13:11:38
 7   reaction to news.  So, for example, you didn't      13:11:41
 8   consider the time of day at which the news was      13:11:44
 9   released, right?                                    13:11:46
10           A.    Well, I did, just to categorize       13:11:48
11   whether or not the return would be expected on      13:11:50
12   one day versus the other.                           13:11:54
13           Q.    But you didn't determine when         13:11:55
14   the stock price reacted versus when the news        13:11:57
15   was released?                                       13:12:00
16           A.    What you're asking, did I look        13:12:01
17   at intraday trades to find out when the first       13:12:04
18   price reaction to news would have occurred,         13:12:08
19   given the timestamp on a specific article?          13:12:10
20   No, I didn't check that for this.                   13:12:14
21           Q.    Let's assume news comes out at        13:12:17
22   9:31 a.m., right before the market opens -- or      13:12:19
23   right after the market opens.  Excuse me.           13:12:23
24           A.    Okay.                                 13:12:26
25           Q.    9:31 a.m.  And that news is           13:12:26
```

```
 1                    H. MULCAHEY

 2  incorporated into the stock price at 9:33        13:12:29

 3  a.m., let's just say.  Okay?                     13:12:32

 4          A.    It's pretty quick, but okay.       13:12:35

 5          Q.    All right.  How about 9:45, is     13:12:37

 6  that better?                                     13:12:40

 7          A.    That's good.                       13:12:40

 8          Q.    9:31 to 9:45.  In one hypo.  In    13:12:41

 9  the other hypo it still comes out at 9:31, but   13:12:46

10  it's incorporated at 4:29 p.m., a minute         13:12:49

11  before the market closes.  The same result in    13:12:52

12  your model, right?                               13:12:54

13          A.    That's true.  Or at 3:59, if       13:12:55

14  the markets close at 4.                          13:12:59

15                But the point of the test is to    13:13:01

16  see if it's incorporated within a trading day.   13:13:03

17  So while some news may be at 9:30 in the         13:13:05

18  morning or before market, some news could be     13:13:09

19  at 3:30, later in the day.  So it's just         13:13:12

20  intended to capture the one day.                 13:13:16

21          Q.    So the only increment of speed     13:13:17

22  that it captures is one day?                     13:13:19

23          A.    That's correct.                    13:13:23

24          Q.    It doesn't capture hour or         13:13:23

25  minute or second?                                13:13:25
```

```
 1                      H. MULCAHEY
 2           A.    That's true.                          13:13:26
 3           Q.    Would you agree that a --             13:13:29
 4           A.    But I did check intraday prices       13:13:33
 5    on a few of these, just because I was curious.     13:13:35
 6           Q.    Is any of that analysis in your       13:13:39
 7    report?                                            13:13:41
 8           A.    No.  It's just something I            13:13:41
 9    looked at.                                         13:13:42
10           Q.    If news came out at 9:31, and,        13:13:43
11    to take your hypo, which is probably better        13:13:50
12    than mine, the stock price incorporated that       13:13:53
13    news at 3:59 p.m., would you view that news to     13:13:55
14    have been incorporated rapidly into the stock      13:13:59
15    price?                                             13:14:01
16           A.    Rapidly enough to pass the            13:14:02
17    test, which is a one-day window.  I haven't        13:14:04
18    defined market efficiency as being fully           13:14:10
19    incorporated within 15 minutes.  As I said         13:14:12
20    earlier, it could be a few minutes, it could       13:14:14
21    be a few hours.  It could be a trading day.        13:14:16
22    It depends on the type of information that's       13:14:18
23    disclosed.                                         13:14:23
24           Q.    I'm just asking you, putting          13:14:23
25    aside what courts have said or what this test      13:14:26
```

```
 1                      H. MULCAHEY

 2   sets up, whether or not a stock price that        13:14:28

 3   incorporates information that came out at 9:31    13:14:31

 4   at 3:59, in your view would that be rapid         13:14:35

 5   incorporation?                                    13:14:38

 6            A.    It would pass the test.  Let's     13:14:40

 7   put it that way.                                  13:14:43

 8            Q.    The test --                        13:14:43

 9            A.    Rapidly enough.                    13:14:44

10            Q.    The test that you set up?          13:14:45

11            A.    That's right.  It's rapid          13:14:46

12   enough.                                           13:14:48

13            Q.    Rapid enough for what?             13:14:49

14            A.    To pass the test.  Rapid enough    13:14:50

15   to be considered informationally efficient.      13:14:53

16   There's no requirement for it to be              13:14:57

17   incorporated in two minutes or 20 minutes, or    13:14:59

18   two hours.  It just has to be incorporated       13:15:01

19   effectively.  Efficiently.                       13:15:06

20            Q.    So in your view it would be        13:15:08

21   rapid?                                            13:15:11

22            A.    Rapid enough.                      13:15:11

23            Q.    All right.  Let's look at the      13:15:24

24   reverse event study.                             13:15:29

25                  MR. MOSS:  How are we doing at    13:15:31
```

```
 1                      H. MULCAHEY

 2  time?                                          13:15:32

 3                 MR. STERN:  It's like 1:15.     13:15:32

 4                 MR. MOSS:  On the tape?          13:15:35

 5                 THE VIDEOGRAPHER:  We have 26    13:15:36

 6  minutes left on the tape.                      13:15:37

 7                 MR. MOSS:  What do you guys      13:15:38

 8  think?  Lunch or keep going?                    13:15:40

 9                 THE WITNESS:  Go for it.         13:15:41

10                 MR. MOSS:  Okay.                 13:15:42

11  BY MR. MOSS:                                    13:15:44

12        Q.   Reverse event study, starts at      13:15:45

13  I think around paragraph 75 of your report.    13:15:47

14                 MR. STERN:  Page 40.             13:15:49

15        A.   Page 36.                             13:15:56

16                 MR. STERN:  Page 36.  Sorry.     13:15:57

17        A.   Which is paragraph 75.               13:15:59

18        Q.   So this looks at all days           13:16:05

19  during the class period when Montage stock had 13:16:06

20  an excess return that was statistically        13:16:08

21  significant at 95 percent confidence, right?   13:16:10

22        A.   Correct.                             13:16:13

23        Q.   And there are twelve of those       13:16:14

24  days?                                           13:16:15

25        A.   Correct.                             13:16:17
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | Q.    I just want to make clear.  The | 13:16:18 |
| 3 | class period here ends on February 6th, right? | 13:16:23 |
| 4 | A.    Correct. | 13:16:26 |
| 5 | Q.    Okay.  And you say that you | 13:16:27 |
| 6 | looked at all days during the class period, | 13:16:29 |
| 7 | but you've included February 7th in those | 13:16:31 |
| 8 | twelve days? | 13:16:33 |
| 9 | A.    I did. | 13:16:34 |
| 10 | Q.    So it's really eleven days | 13:16:34 |
| 11 | during the class period where there were | 13:16:36 |
| 12 | statistically significant price movements? | 13:16:39 |
| 13 | A.    I considered the 7th to be a | 13:16:41 |
| 14 | continuation of the 6th. | 13:16:45 |
| 15 | Q.    But the 7th is a different day | 13:16:47 |
| 16 | than the 6th? | 13:16:50 |
| 17 | A.    I understand that. | 13:16:51 |
| 18 | Q.    And it's a day that's not in | 13:16:52 |
| 19 | the class period. | 13:16:53 |
| 20 | A.    It's not in the class period. | 13:16:54 |
| 21 | It's a continuation of the news that was | 13:16:56 |
| 22 | disclosed in the class period.  I thought it | 13:16:58 |
| 23 | was appropriate to include it. | 13:17:00 |
| 24 | Q.    Because the Gravity report was | 13:17:01 |
| 25 | still being incorporated into the stock on | 13:17:04 |

```
 1                      H. MULCAHEY
 2  February 7th?                                    13:17:07
 3          A.   Right.  There's other news          13:17:08
 4  related to the Gravity report that was still     13:17:13
 5  coming out.  Like the company denial, and some   13:17:16
 6  analysts.                                         13:17:20
 7          Q.   We'll get to that.                   13:17:21
 8          A.   I'm sure we will.                    13:17:22
 9          Q.   You didn't consider any other       13:17:23
10  days outside of the class period in this         13:17:26
11  analysis other than February 7th, right?         13:17:31
12          A.   I did consider putting March        13:17:33
13  7th -- or no -- March 10th in, the day that      13:17:36
14  the merger announcement came out, and there      13:17:40
15  was a significant price change.  But I elected   13:17:41
16  not to put that in.  For this report.            13:17:45
17          Q.   Is there a reason why you           13:17:47
18  elected not to put it in?                        13:17:49
19          A.   Well, it's too far beyond the       13:17:50
20  other class period.  It's a month.               13:17:52
21              A day, the continuation of the       13:17:54
22  same news from the class period, that's one      13:17:55
23  thing.  But a month afterward, I felt that       13:17:57
24  that was out of bounds.                          13:18:00
25          Q.   Is this the first time that you     13:18:02
```

| | |
|---|---|
| 1 | H. MULCAHEY | |
| 2 | have done a reverse event study in a market | 13:18:09 |
| 3 | efficiency class certification case where you | 13:18:14 |
| 4 | were representing -- where you were engaged by | 13:18:17 |
| 5 | private plaintiffs that looks at all | 13:18:20 |
| 6 | statistically significant days at the 95 | 13:18:22 |
| 7 | percent confidence level? | 13:18:25 |
| 8 | A.   I don't think so. | 13:18:26 |
| 9 | Q.   Which other cases have you done | 13:18:27 |
| 10 | that in? | 13:18:30 |
| 11 | A.   Usually I cut off at 10 or 20. | 13:18:31 |
| 12 | You know, I think Radient had less than that. | 13:18:37 |
| 13 | But, you know, I don't remember the other ones | 13:18:40 |
| 14 | off the top of my head. | 13:18:43 |
| 15 | Q.   I think that -- maybe this will | 13:18:44 |
| 16 | refresh your recollection -- based on my | 13:18:47 |
| 17 | reading you didn't do a reverse event study in | 13:18:49 |
| 18 | China Agritech, is that fair?  You can look at | 13:18:54 |
| 19 | the report.  But I don't think you did. | 13:18:57 |
| 20 | A.   I don't think I would have | 13:19:00 |
| 21 | called it reverse event study. | 13:19:01 |
| 22 | Q.   Maybe it's in there and I just | 13:19:03 |
| 23 | missed it. | 13:19:06 |
| 24 | --- | 13:19:49 |
| 25 | (Witness reviewing document.) | |

```
 1                      H. MULCAHEY

 2                         ---                        13:19:50

 3            A.    No, I did not.                    13:19:50

 4            Q.    And in Radient, I think you       13:19:57

 5  were right, you took -- maybe this will           13:20:00

 6  refresh your recollection -- I think you took     13:20:02

 7  the top ten days with the largest return.         13:20:04

 8  Does that seem right?                             13:20:09

 9            A.    I think so.                        13:20:10

10            Q.    And all of those were             13:20:11

11  statistically significant at 99 percent?          13:20:13

12            A.    Okay.  I'll take your word        13:20:15

13  for it.                                           13:20:17

14            Q.    And in Electronic Game Card you   13:20:17

15  did the top 20 days and you found that those      13:20:19

16  were statistically significant at 99 percent?     13:20:21

17            A.    I think I did the top ten and     13:20:24

18  20.  Both.                                        13:20:26

19            Q.    Okay.  So I'm just trying to      13:20:27

20  understand.  It sounds like in the two cases      13:20:29

21  where you've done it before, you've picked a      13:20:32

22  number, the 10 or the 20 days, and here you       13:20:34

23  picked all of the days at the 95 percent          13:20:37

24  level.  And I'm just trying to understand         13:20:40

25  that, why you took a different approach here?     13:20:42
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                Page 176

```
 1                        H. MULCAHEY
 2              A.    Because it was only 12, it was          13:20:45
 3  just reasonable to look at all 12 instead of            13:20:50
 4  cut off at 10.  There wasn't 20, so I couldn't          13:20:53
 5  go to 20.                                                13:20:56
 6              Q.    Okay.  It wasn't because you           13:21:00
 7  were criticized in another report for just             13:21:03
 8  picking 10 or 20 being arbitrary?                       13:21:06
 9              A.    Not really.  I mean, I remember        13:21:09
10  their criticism.  You know, you have to cut it         13:21:13
11  off someplace.  So if I include them all, the          13:21:16
12  criticism goes away, because it's a small              13:21:20
13  sample.  So, I mean, 12 was a reasonable               13:21:23
14  amount.  If there were 50, I think I would cut         13:21:25
15  it off.  But there weren't.                             13:21:28
16              Q.    Can you identify anything in           13:21:32
17  the academic literature saying a reverse event         13:21:35
18  study -- supporting a reverse event study as a         13:21:39
19  test for market efficiency?                             13:21:43
20              A.    Again, the economic literature        13:21:45
21  performs tests like this, and they don't              13:21:47
22  really call it market efficiency, but they're         13:21:51
23  looking for evidence of what we would call             13:21:54
24  efficiency.  And all of the -- all of the              13:21:58
25  articles that I cite, in fact, do that.  Ryan          13:22:02
```

```
 1                    H. MULCAHEY
 2   and Taffler, you know, economically          13:22:07
 3   significant stock returns in trading volumes. 13:22:10
 4                That's not the right one.        13:22:13
 5   Well, Ryan and Taffler did -- this is looking 13:22:24
 6   at the top 12 return days.  There are a number 13:22:28
 7   of studies that look at returns, and then look 13:22:41
 8   at news that maybe have caused these returns.  13:22:43
 9   And that's all I'm doing.                      13:22:47
10                Q.    I understand that.  And my 13:22:48
11   question is just sort of like the other        13:22:50
12   questions that I've asked for the other tests. 13:22:52
13   Is there support in the academic literature    13:22:54
14   for this test as a test of market efficiency?  13:22:56
15                A.    Again, the scholars that write 13:23:02
16   these papers, they don't call this efficiency, 13:23:05
17   but they're looking for evidence either to     13:23:08
18   support or to refute, or to highlight an       13:23:12
19   anomaly of the efficient market hypothesis.    13:23:17
20   So what they do is they set up a test and they 13:23:21
21   look for news events, and they report the      13:23:23
22   statistics on it, and they make an opinion,    13:23:25
23   not that it's a market efficiency test, but a  13:23:29
24   conclusion related to whatever analysis they   13:23:32
25   did.  And a number of academic research        13:23:35
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 178

```
 1                    H. MULCAHEY
 2   reports start with price first and then look          13:23:39
 3   for news events that explain the price, the          13:23:43
 4   price change.                                         13:23:47
 5          Q.     I think there's an answer to my         13:23:49
 6   question somewhere in there, so I'll move on          13:23:51
 7   to the next -- the next question.                     13:23:54
 8                  So in paragraph 82 you say,            13:23:57
 9   with respect to your reverse event study,            13:24:06
10   these results support a finding of market            13:24:10
11   efficiency for Montage's common stock over the       13:24:12
12   class period.                                         13:24:14
13                  And my question is -- I think I        13:24:16
14   know the answer -- but are these results             13:24:18
15   sufficient to establish market efficiency, in        13:24:21
16   your view?                                            13:24:23
17          A.     Didn't we cover this already?          13:24:24
18          Q.     I think the answer is no,               13:24:26
19   right?                                                13:24:27
20          A.     There isn't a single test in my        13:24:27
21   report that by itself, all by itself, would          13:24:31
22   lead to a finding of efficiency.  It's the           13:24:35
23   totality of the evidence.                            13:24:37
24          Q.     Is it true that a stock can            13:24:42
25   pass this test and still be trading in an            13:24:47
```

1                      H. MULCAHEY

2  efficient market -- in an inefficient market?        13:24:50

3  Excuse me.  Let me do it again.                       13:24:56

4                 Is it true that a stock can           13:24:58

5  pass this test and still be trading in an            13:24:59

6  inefficient market?                                  13:25:01

7          A.    I suppose it's possible, but I         13:25:02

8  think it's highly unlikely.                          13:25:08

9          Q.    Why do you think it's highly           13:25:11

10  unlikely?                                            13:25:12

11          A.    Well, because you have all the         13:25:13

12  days that represent statistically significant        13:25:16

13  price changes, and then you're looking for           13:25:18

14  news that can arguably explain those price           13:25:22

15  changes, and then it's -- it sure seems like         13:25:27

16  support for a security trading in an                 13:25:33

17  informationally efficient market, like all of        13:25:37

18  the other tests.                                     13:25:39

19          Q.    Is it possible -- here I'll            13:25:40

20  just use the 12 days because I think you have        13:25:43

21  12 days in your reverse event study.                 13:25:45

22          A.    Correct.                               13:25:48

23          Q.    Is it possible that a stock            13:25:48

24  trading in an efficient market could have            13:25:49

25  statistically significant returns on all --          13:25:54

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 180

```
 1                     H. MULCAHEY

 2   I'm sorry.  Let me do that again.              13:25:59

 3                    Is it possible that a stock   13:26:02

 4   trading in an efficient market would have      13:26:05

 5   value relevant news on all of the              13:26:10

 6   statistically significant return days?         13:26:13

 7                    MR. STERN:  You mean an        13:26:17

 8   efficient, not an --                           13:26:18

 9            A.    Read back the question, if you  13:26:19

10   would.                                         13:26:22

11            Q.    Is it possible that a stock     13:26:22

12   trading in an efficient market would have      13:26:23

13   value -- could have value-relevant news on all 13:26:27

14   of the statistically significant return days?  13:26:30

15            A.    All right.  So the way I        13:26:32

16   understand the question is if a security is    13:26:34

17   trading in an informationally efficient        13:26:37

18   market, is it possible to have news that       13:26:43

19   explains every significant price change.  And  13:26:45

20   that is possible, yes.                          13:26:47

21            Q.    So in other words, just to kind 13:26:48

22   of cut through it, here you had nine out of    13:26:50

23   12, right?  There were nine news events on the 13:26:53

24   12 statistically significant days.  I'm just   13:26:56

25   asking, is it possible to have 12 out of 12    13:27:00
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 181

```
 1                        H. MULCAHEY

 2  for an efficient stock?                          13:27:03

 3            A.    It's possible.  And it's         13:27:04

 4  possible it's three or four out of 12.           13:27:06

 5  It's -- you know, 30 percent is, from the        13:27:12

 6  scholarly research I have, indicates that --     13:27:15

 7  30 percent of the days with statistically        13:27:19

 8  significant price changes could have             13:27:22

 9  economically relevant news that could explain    13:27:25

10  the price change.                                13:27:27

11            Q.    So 12 -- 12 out of 12 is         13:27:29

12  possible?  Three out of 12 is possible?          13:27:31

13            A.    Three or four out of 12.         13:27:34

14            Q.    Zero out of 12 is possible,      13:27:37

15  too, right?                                      13:27:39

16            A.    Yeah, I think it would be more   13:27:40

17  challenging to have a finding of an efficient    13:27:42

18  market for zero out of 12.  But yeah.  All of    13:27:45

19  those scenarios are possible.                    13:27:48

20            Q.    And is it possible that a stock  13:27:50

21  trading in an inefficient market could have a    13:27:59

22  high percentage under this test?                 13:28:03

23            A.    I don't know.  I can't           13:28:06

24  speculate on that.  It would seem very           13:28:12

25  unlikely.                                        13:28:15
```

http://www.youtube.com/jhelp

```
 1                    H. MULCAHEY

 2          Q.    So let's try a hypothetical.          13:28:16

 3   You have a stock that's issued by a company        13:28:18

 4   that released new value-relevant news on           13:28:22

 5   three-quarters of the days in a 250-day            13:28:26

 6   period.  About a year.  But the stock price        13:28:31

 7   never reacted to the news.  Okay?  And then in     13:28:36

 8   that 250-day period you would have 12 to 13,       13:28:41

 9   right, if you had a normal distribution, 5         13:28:47

10   percent, 12 to 13 days where there was a           13:28:49

11   statistically significant price movement.  And    13:28:52

12   by chance 75 percent of those days occurred on    13:28:55

13   days with news, with value-relevant news.          13:28:59

14                    In that case you could have a     13:29:03

15   stock that's trading in an inefficient market     13:29:06

16   that could have a 75 percent success rate on       13:29:09

17   this test, right?                                  13:29:14

18          A.    Or 100 percent.  That's why you       13:29:15

19   do more than one test.                             13:29:19

20          Q.    Now, is it fair to say that           13:29:24

21   this test tells us that sometimes the largest      13:29:28

22   single-day movements in Montage's stock were       13:29:33

23   associated with news and sometimes they            13:29:35

24   weren't?                                            13:29:36

25          A.    Well, "sometimes" is -- is not        13:29:38
```

```
 1                    H. MULCAHEY
 2  very precise.  It says that three-quarters of      13:29:47
 3  the time it is.  And if you take away the          13:29:51
 4  first two days, it's 70 percent that               13:29:54
 5  value-relevant news, that appear to explain        13:29:59
 6  the price change.                                  13:30:03
 7           Q.    Now, if a stock can be trading      13:30:04
 8  efficiently and be at zero percent or 100          13:30:07
 9  percent on this test, as we just talked about,     13:30:11
10  where is the line, in your mind, of a              13:30:14
11  percentage that would counsel for market           13:30:18
12  efficiency?                                        13:30:24
13           A.    I would look at court cases,        13:30:24
14  where stocks have been found to be trading in      13:30:27
15  an efficient market, and see what the courts       13:30:30
16  say.  I would look at academic literature, and     13:30:32
17  see, you know, what -- what have the scholars      13:30:35
18  found to be the percentage of days that are        13:30:39
19  statistically significant that have                13:30:42
20  value-relevant news.  And I think in both          13:30:44
21  cases it's fairly consistent.  Around 30           13:30:48
22  percent.                                           13:30:51
23           Q.    I understand that there is --       13:30:51
24  there are legal opinions out there and there's     13:30:54
25  academic literature out there.  I'm asking         13:30:56
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 184

```
 1                    H. MULCAHEY
 2  you, in your capacity as an expert on            13:30:58
 3  efficient markets, what percentage you think     13:31:01
 4  is the right benchmark?                           13:31:03
 5          A.    I can't disagree with the 30       13:31:06
 6  percent as a threshold.                           13:31:10
 7          Q.    And in this reverse event study    13:31:16
 8  you didn't preselect any events, but first you   13:31:20
 9  looked at the -- you selected the                 13:31:24
10  statistically significant days rather than the  13:31:26
11  news events first, right?                         13:31:29
12          A.    That is correct.                   13:31:30
13          Q.    And you didn't make any ex ante    13:31:30
14  hypotheses about whether the stock should or     13:31:34
15  shouldn't move on particular days, in the        13:31:36
16  context of this particular analysis?              13:31:37
17          A.    No.  I mean, the evidence was      13:31:39
18  that they had very significant price changes,    13:31:42
19  and then I would look for news.                   13:31:44
20          Q.    And once you -- did you read       13:31:46
21  all of the news on these 12 days?                 13:31:50
22          A.    All the news that was in the       13:31:52
23  Appendix A.                                       13:31:55
24          Q.    Once you selected the days and     13:31:58
25  read the news did you form any hypotheses         13:32:02
```

```
 1                     H. MULCAHEY
 2  about the direction or magnitude of the          13:32:05
 3  expected price impact?                            13:32:08
 4          A.    What I did is I checked to see      13:32:12
 5  if the news corresponds with the price change.    13:32:26
 6  "Corresponds with" means effectively seems to     13:32:31
 7  explain.  And then it's indicated in              13:32:35
 8  Exhibit 6.                                        13:32:39
 9          Q.    Sure.  So let's talk about          13:32:39
10  that.  I think you said that the -- I think       13:32:41
11  this is what you're talking about -- the          13:32:49
12  direction -- you determined that the direction    13:32:50
13  of magnitude of the t-statistic is consistent     13:32:51
14  with the news disclosed on each day.              13:32:55
15          A.    Mm-hmm.                             13:32:57
16          Q.    And what methodology did you        13:32:57
17  use to determine that the direction and           13:33:01
18  magnitude of the t-statistic was consistent       13:33:03
19  with the news disclosed on each day?              13:33:05
20          A.    Just my opinion, my judgment on     13:33:07
21  the content of the news that I saw.               13:33:12
22          Q.    So no scientific analysis to        13:33:16
23  determine what the direction or magnitude         13:33:20
24  should be?                                        13:33:22
25          A.    No.  Again, but, you know,          13:33:23
```

```
 1                    H. MULCAHEY
 2   we've been over this already, but I'll say it          13:33:25
 3   again, this is the joint hypothesis problem            13:33:28
 4   that Dr. Fama talks about in his capital               13:33:31
 5   markets research, where nobody, not Fama,              13:33:35
 6   nobody, can come up with a pricing model that          13:33:40
 7   can say precisely what the relevant -- what            13:33:42
 8   the value of news content is on a specific             13:33:47
 9   day.  No one has been able to identify                 13:33:50
10   specifically what the equilibrium price should         13:33:52
11   be, and then compare it to the market                  13:33:55
12   consensus price and say that it's right or             13:33:58
13   it's wrong.  So I don't attempt to do that.            13:34:01
14   All right?  And there's no reasonable                  13:34:04
15   economist that really does.  So I do not try           13:34:07
16   to establish how much, and what direction the          13:34:12
17   news is expected to move the stock price at            13:34:15
18   any specific day.                                      13:34:19
19                    But once I see the significance       13:34:20
20   of the price return and the direction, you             13:34:24
21   know, I can generally tell, through judgment           13:34:27
22   process, if the news can reasonably explain            13:34:30
23   the price change.                                      13:34:36
24              Q.    And when you say you can              13:34:38
25   generally tell through judgment process, is            13:34:40
```

```
 1                    H. MULCAHEY
 2   there something about your particular          13:34:43
 3   expertise that makes you better situated to    13:34:46
 4   make that judgment process than somebody else? 13:34:49
 5          A.    Yeah, I've been doing that a       13:34:52
 6   long time.                                      13:34:54
 7          Q.    So --                              13:34:55
 8          A.    In large cases.  You've seen       13:34:56
 9   the cases in my résumé.  And some of these are  13:34:57
10   very highly contested, complicated cases,       13:35:00
11   everything from Freddie Mac and Fannie Mae to   13:35:03
12   Citigroup, to Countrywide to other cases.       13:35:06
13                You know, it's just judgment       13:35:12
14   that you develop over time.  You know what's    13:35:16
15   important and what isn't.  And I rely on        13:35:19
16   academic studies to say what's important and    13:35:22
17   what isn't.  Like price -- price targets.       13:35:24
18   Like rating changes.  Things of that nature.    13:35:29
19          Q.    So it's your experience in         13:35:33
20   similar cases and your reading of academic      13:35:36
21   literature?                                     13:35:40
22          A.    And reading the content of the     13:35:42
23   news on these specific days.                    13:35:43
24          Q.    Right.  But anyone can read the    13:35:46
25   content of the news.  So what I am asking is,   13:35:49
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | your testimony I think is that because of your | 13:35:52 |
| 3 | experience doing this in other cases and your | 13:35:54 |
| 4 | knowledge of the academic literature, that you | 13:35:56 |
| 5 | bring that to bear when you read the news, and | 13:35:59 |
| 6 | that's what makes you differently situated | 13:36:01 |
| 7 | than somebody else to make a judgment call? | 13:36:03 |
| 8 | A.   And the fact that in my MBA | 13:36:05 |
| 9 | training I had courses from Dr. Jarrell, from | 13:36:08 |
| 10 | Dr. Schwert, I've worked on cases with | 13:36:11 |
| 11 | Dr. Warner.  I mean, these people have a lot | 13:36:14 |
| 12 | of experience in conducting event studies and | 13:36:16 |
| 13 | in identifying value-relevant information. | 13:36:20 |
| 14 | And I learned from those people, and I took | 13:36:22 |
| 15 | courses from them, and I've worked with them | 13:36:24 |
| 16 | on other cases.  So yeah, I consider my | 13:36:26 |
| 17 | experience to be valuable in assessing that. | 13:36:29 |
| 18 | And -- and I'll maybe preempt | 13:36:33 |
| 19 | one of your questions, is it's not always the | 13:36:36 |
| 20 | case that the news explains the price change. | 13:36:39 |
| 21 | All right?  Price change could be in the | 13:36:43 |
| 22 | opposite direction.  And there's no obvious | 13:36:45 |
| 23 | reason why. | 13:36:48 |
| 24 | But that could be done because | 13:36:49 |
| 25 | of a, you know, some trader, some investor has | 13:36:52 |

```
 1                    H. MULCAHEY
 2  got a liquidity problem, and he's trying to          13:36:59
 3  dump shares.  It could be completely unrelated       13:37:01
 4  to the news.  It doesn't make it inefficient.        13:37:07
 5  It makes it a curious anomaly.                        13:37:09
 6            Q.   Do you agree that the academic        13:37:15
 7  literature is clear, that for a proper event         13:37:17
 8  study first one identifies news and then             13:37:20
 9  measures price movements associated with that        13:37:22
10  news?                                                 13:37:24
11            A.   It's one way.  There's also           13:37:26
12  literature that says start with the price            13:37:29
13  reaction and then look for news.  I cite those       13:37:31
14  in my report.                                         13:37:33
15            Q.   Do you think --                        13:37:36
16            A.   And both ways have been               13:37:37
17  accepted by the courts, as well.                      13:37:40
18            Q.   I'm sorry?                             13:37:41
19            A.   Both ways have been accepted by       13:37:41
20  courts.                                               13:37:43
21            Q.   Where has a reverse event study       13:37:43
22  been accepted by the courts?                          13:37:45
23            A.   I believe I cite them.  Did you       13:37:47
24  not see those in my report?                           13:37:50
25            Q.   I'm just asking you whether or         13:37:51
```

```
 1                      H. MULCAHEY
 2  not you can recall.                              13:37:53
 3           A.    I think DVI was one.  I think      13:37:55
 4  Radient.  (Clearing throat)  Excuse me.  I        13:38:00
 5  know there's others.  Pain Therapeutics.          13:38:13
 6                  (Reporter Clarification)          13:38:17
 7           A.    Pain Therapeutics.  I don't        13:38:17
 8  know them all.  It's the name of a company.       13:38:19
 9                  MR. MOSS:  So it looks like        13:38:21
10  we're running out of tape.  Why don't we break    13:38:23
11  for lunch.                                         13:38:24
12                  MR. STERN:  Okay.                  13:38:25
13                  THE VIDEOGRAPHER:  Here now        13:38:25
14  marks the end of Tape 3 of the deposition of      13:38:28
15  Mr. Howard J. Mulcahey.  The time is 1:38 p.m.    13:38:29
16  We're now off the record.                          13:38:34
17                      ---
18      (Lunch recess taken at 1:38 p.m.)             13:38:36
19
20
21
22
23
24
25
```

```
 1                      H. MULCAHEY
 2        A F T E R N O O N   S E S S I O N
 3             (Time Noted:  2:19 p.m.)              14:19:07
 4                  THE VIDEOGRAPHER:  Here now      14:19:07
 5    marks the beginning of Tape 4 of the          14:19:11
 6    deposition of Mr. Howard J. Mulcahey.  The    14:19:13
 7    time is 2:19 p.m.  We're back on the record.  14:19:15
 8                      — — —                        14:19:21
 9    H O W A R D   J.   M U L C A H E Y,
10        resumed as a witness, having been
11        previously sworn by the Notary Public,
12        was examined and testified further as
13        follows:
14    CONTINUED EXAMINATION                          14:19:21
15    BY MR. MOSS:                                   14:19:21
16             Q.   Mr. Mulcahey, we talked earlier  14:19:22
17    about the fact that Montage was included in    14:19:23
18    the index that you used for your market model. 14:19:26
19    Do you remember that discussion?               14:19:28
20             A.   I do.                            14:19:29
21             Q.   And I just want to make sure I   14:19:30
22    understand.  You did not do any adjustment for 14:19:33
23    the fact that Montage was part of the market   14:19:37
24    model, right?                                  14:19:40
25             A.   I don't recall doing an          14:19:42
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 192

```
 1                    H. MULCAHEY
 2  adjustment, but let me just look at this.      14:19:44
 3  (Pause.)  No, I don't believe I did.           14:20:00
 4           Q.    And the reason I'm asking is     14:20:01
 5  because this issue came up in Electronic Game   14:20:02
 6  Card, you were asked whether or not Electronic  14:20:05
 7  Game Card was a member of the market index      14:20:08
 8  that you used there --                          14:20:12
 9           A.    Of the industry.                 14:20:14
10           Q.    Right, of the industry.  Well,   14:20:15
11  I think actually of the market index.  Whether  14:20:17
12  or not the stock was in the index -- the        14:20:19
13  industry index, is that what you're saying?     14:20:21
14           A.    Right.                           14:20:23
15           Q.    Okay.  And you said no,          14:20:23
16  something along the lines of no, it's a good    14:20:26
17  thing that it wasn't, because if it were, the   14:20:28
18  model could be contaminated and you would have  14:20:32
19  to do some sort of an adjustment.               14:20:34
20           A.    Right.                           14:20:37
21           Q.    You would have to subtract the   14:20:37
22  stock effect from the index effect and run the  14:20:39
23  regression?                                     14:20:42
24           A.    Right.                           14:20:42
25           Q.    I just want to understand:       14:20:43
```

DTI Court Reporting Solutions - New York
1-800-325-3376                    www.deposition.com

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 193

```
 1                    H. MULCAHEY
 2  Here you didn't make any adjustment?              14:20:44
 3          A.    I made no adjustment because        14:20:46
 4  whatever percentage they were as part of the      14:20:48
 5  index is not statistically relevant.              14:20:50
 6          Q.    What was the percentage?            14:20:54
 7          A.    I don't remember, but I             14:20:55
 8  remember a percentage point and a couple of       14:20:57
 9  zeros, maybe it was 1/1000th of a percent or      14:20:59
10  something.  It was very small.  It was a very     14:21:05
11  small percentage.                                 14:21:07
12          Q.    When you say it was                 14:21:08
13  statistically significant, did you run any        14:21:09
14  analysis to make that determination, or was       14:21:10
15  that just based on your judgment?                 14:21:12
16          A.    What I do is, is I look at the      14:21:13
17  percentage the security is of the particular      14:21:17
18  index, and generally if it's less than 2          14:21:22
19  percent, maybe 1 percent, I'll adjust the         14:21:25
20  returns of that particular member of the index    14:21:30
21  out and get the uncontaminated return.  But if    14:21:33
22  it's less than 1 percent or less than .1          14:21:37
23  percent, it really doesn't have any effect on     14:21:39
24  the ultimate market model.  So it's not           14:21:42
25  statistically relevant to take it out.  It        14:21:44
```

```
 1                    H. MULCAHEY

 2  doesn't change the parameters.                    14:21:47

 3         Q.    So without doing the                 14:21:49

 4  adjustment, how can you be sure that it           14:21:53

 5  doesn't have any effect on the ultimate market    14:21:54

 6  model?                                            14:21:57

 7         A.    Because I've done so many.           14:21:57

 8  I've done them with and without the               14:22:02

 9  adjustment.                                        14:22:04

10             And, you know, you have this --        14:22:04

11  this multicollinearity problem if it's a          14:22:07

12  meaningful percentage of the index.  If it's      14:22:13

13  not, and if you go through effort of adjusting    14:22:15

14  it out and it doesn't affect the predicted        14:22:18

15  return, you know, it's lost in the rounding.      14:22:21

16  It's well beyond the penny.                       14:22:25

17         Q.    So the reason you know here          14:22:27

18  that it wouldn't have any effect, that the        14:22:30

19  adjustment wouldn't have any effect, is           14:22:32

20  because you've done it before?                    14:22:33

21         A.    That's right.                        14:22:36

22         Q.    But you didn't do it here?           14:22:37

23         A.    I don't recall doing it              14:22:38

24  here, no.                                          14:22:41

25         Q.    Let's talk about the                 14:22:41
```

```
 1                    H. MULCAHEY
 2  autocorrelation test, which you called the        14:22:49
 3  statistical test for weak-form market             14:22:51
 4  efficiency.                                        14:22:54
 5           A.    Okay.                               14:22:55
 6           Q.    Now, a finding that there's no      14:22:55
 7  autocorrelation is necessary for a finding of     14:23:00
 8  weak-form efficiency, right?                       14:23:03
 9           A.    Well, I think I say it in the       14:23:05
10  report, but, you know, just to be really          14:23:10
11  clear, if you -- if you can predict tomorrow's    14:23:13
12  price with historical information, like           14:23:18
13  yesterday's price, then you fail the              14:23:20
14  semi-strong form of efficiency.  But it has to    14:23:26
15  be economically material.  You have to be able    14:23:32
16  to profit by trading on historical information    14:23:36
17  for it to fail the test of the semi-strong        14:23:40
18  form of efficiency.                                14:23:43
19           Q.    So here when you ran your test     14:23:44
20  you found no autocorrelation?                      14:23:47
21           A.    No, I found autocorrelation        14:23:50
22  that went away by taking away day one of the      14:23:52
23  class period, the IPO date, or, I think it's      14:23:57
24  February 6th or 7th, one of those days, and I     14:24:01
25  came to the conclusion that there was no way      14:24:03
```

```
 1                      H. MULCAHEY

 2   to craft a trading strategy to profit from the      14:24:05

 3   historical information, therefore it's not          14:24:12

 4   economically significant, and it -- there's no      14:24:13

 5   economically material autocorrelation over the      14:24:18

 6   class period.                                       14:24:21

 7         Q.    And how did you come to the             14:24:22

 8   conclusion that there's no way to craft a           14:24:23

 9   trading strategy to profit from the historical      14:24:26

10   information?                                         14:24:29

11         A.    Well, I take the class period           14:24:29

12   and I take away September 26th.  And the            14:24:37

13   autocorrelation becomes statistically              14:24:41

14   insignificant; it's not a significant finding.     14:24:45

15   So it goes away.  And then I include the IPO        14:24:49

16   date, but I take away the disclosure date at        14:24:52

17   the end of the class period.  And the              14:24:54

18   autocorrelation goes away.                          14:24:56

19               So the conclusion is that how           14:24:58

20   can a reasonable investor -- I reach the            14:25:01

21   conclusion by posing the question, how can a        14:25:05

22   reasonable investor profit from a trading          14:25:07

23   strategy over the entire class period if the       14:25:10

24   first day is out, and the last day is out.          14:25:19

25               It just doesn't seem reasonable         14:25:23
```

```
 1                    H. MULCAHEY
 2   that any investor could make a systematic          14:25:24
 3   profit over the class period by anticipating       14:25:28
 4   that the IPO date, or the disclosure date,          14:25:30
 5   which was not predictable when that disclosure      14:25:35
 6   would come out, the alleged corrective             14:25:38
 7   disclosure of the Gravity analyst report, and      14:25:40
 8   in the meantime there's no autocorrelation         14:25:45
 9   between those two days.  So I don't see how        14:25:46
10   you could craft a trading strategy to profit      14:25:49
11   from it.  If you can't profit from it, then it    14:25:51
12   really doesn't exist.                              14:25:54
13          Q.    So even if there is significant      14:25:56
14   autocorrelation in a given time period, if in     14:26:01
15   your judgment it doesn't seem reasonable that     14:26:03
16   an investor can make a systematic profit over     14:26:07
17   that period, then the stock would pass the        14:26:09
18   weak-form test of efficiency?                      14:26:14
19          A.    Correct.  Correct.                   14:26:15
20          Q.    Okay.  And so what is that           14:26:16
21   conclusion based on, other than your judgment     14:26:19
22   about whether or not it would be reasonable to    14:26:22
23   craft a trading strategy from which you could     14:26:24
24   profit?                                            14:26:28
25          A.    Well, I challenge you to come       14:26:29
```

```
 1                    H. MULCAHEY
 2  up with a trading strategy that will allow you      14:26:38
 3  to make a profit on historical information          14:26:40
 4  over the class period.  I challenge any             14:26:43
 5  investor to do that.                                14:26:45
 6            Take away the IPO date, and               14:26:48
 7  say, pick all the other days, craft a trading       14:26:50
 8  strategy that will allow you to profit from         14:26:53
 9  information, historical information, over the       14:26:55
10  class period.  And then say, okay, include the      14:26:57
11  IPO date, but forget about February 6th, or         14:27:02
12  7th, craft a trading strategy that will allow       14:27:07
13  you to make a systematic profit, exceeding          14:27:10
14  trading costs over the class period.                14:27:13
15            It's not there.  It's just                14:27:14
16  doesn't pass the sanity test.                       14:27:17
17       Q.    So let me try it again and see           14:27:19
18  if we can focus on my question.                     14:27:21
19            It's your opinion that if you             14:27:25
20  have significant autocorrelation over a given       14:27:28
21  time period, but that an investor, in your          14:27:30
22  judgment, could not craft a profitable trading      14:27:34
23  strategy during that time frame, then the           14:27:37
24  stock would still pass the weak-form test of        14:27:40
25  market efficiency, right?                           14:27:44
```

```
 1                       H. MULCAHEY
 2          A.     That is correct.                     14:27:45
 3          Q.     Okay.  And what I want to            14:27:46
 4   understand is what expertise do you have to        14:27:47
 5   determine whether or not an investor could         14:27:58
 6   reasonably craft a profitable trading strategy     14:28:02
 7   during a particular time frame?                    14:28:05
 8          A.     Let's talk about this case           14:28:08
 9   specifically.  Fair enough?                        14:28:09
10          Q.     I would really appreciate it if      14:28:14
11   you could answer my question.                      14:28:15
12          A.     What expertise do I have?            14:28:16
13          Q.     What expertise do you have to        14:28:17
14   determine whether or not an investor could         14:28:19
15   reasonably craft a profitable trading strategy     14:28:23
16   during a particular time frame?                    14:28:25
17          A.     My coursework as an MBA.  My         14:28:26
18   consulting work as an expert.  And some expert     14:28:32
19   work and trial testimony that I have about         14:28:36
20   fiduciary capacity and investments.                14:28:39
21          Q.     Do you consider yourself an          14:28:42
22   expert in trading strategies?                      14:28:44
23          A.     No.                                  14:28:46
24          Q.     Do you consider yourself an          14:28:47
25   expert in investments?                             14:28:49
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | A.    To some degree. | 14:28:51 |
| 3 | Q.    Explain to me to what degree | 14:28:59 |
| 4 | and how you're an expert in investments? | 14:29:03 |
| 5 | A.    Well, coursework as an MBA, and | 14:29:04 |
| 6 | my consulting work.  I mean, I've consulted on | 14:29:09 |
| 7 | cases where an individual feels that someone, | 14:29:11 |
| 8 | a broker, for example, traded on their | 14:29:21 |
| 9 | account, or were recommended bad investments, | 14:29:24 |
| 10 | and they come to Forensic Economics, and one | 14:29:27 |
| 11 | of the people that works on the case, to look | 14:29:33 |
| 12 | at the investments and look at investments | 14:29:34 |
| 13 | that better fit a specific profile. | 14:29:36 |
| 14 | I mean, that's my expertise.  I | 14:29:42 |
| 15 | don't -- I'm not in the business of advising | 14:29:44 |
| 16 | people on investment strategies, but, you | 14:29:46 |
| 17 | know, let's -- we can cut to the chase.  In | 14:29:49 |
| 18 | this case, I mean a two-year-old can tell you | 14:29:53 |
| 19 | that you can't profit from this trading | 14:29:55 |
| 20 | strategy, because there's no systematic | 14:29:57 |
| 21 | autocorrelation over the class period | 14:30:01 |
| 22 | without the first and last day.  I mean, how | 14:30:04 |
| 23 | can you -- how can anyone craft a trading | 14:30:06 |
| 24 | strategy given those sets of facts? | 14:30:09 |
| 25 | Q.    Well, there is significant | 14:30:13 |

1                    H. MULCAHEY

2  autocorrelation across the time frame that you          14:30:14

3  examined for all of your other tests, right?           14:30:20

4          A.    Say that again?                           14:30:22

5          Q.    There is significant -- well,             14:30:24

6  let's just look at the report, so we're being          14:30:28

7  clear.                                                  14:30:30

8          A.    Let's do that.                            14:30:31

9          Q.    Okay.  Have you got it?  You              14:30:31

10 say:  "For the period from September 27, 2013          14:30:36

11 to February 6, 2014 I found significant                14:30:41

12 autocorrelation for Montage's raw and excess           14:30:45

13 returns at the 95 percent confidence level,"           14:30:49

14 right?                                                  14:30:52

15         A.    Statistically significant,               14:30:52

16 right.                                                  14:30:53

17         Q.    I'm sorry.  Did I read that              14:30:53

18 incorrectly?                                            14:30:55

19         A.    Perhaps not.  I'm just making            14:30:57

20 sure that "significant" is emphasized.                  14:30:58

21         Q.    And you're saying that in the            14:31:01

22 sentence, by "significant" you mean                     14:31:03

23 statistically significant?                              14:31:04

24         A.    Statistically significant                14:31:05

25 doesn't mean economically material.                     14:31:06

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 202

```
 1                    H. MULCAHEY
 2          Q.    So your view is that Montage      14:31:10
 3   stock for the period from September 27 to      14:31:23
 4   February 6 passes the weak-form market         14:31:26
 5   efficiency test even though you found          14:31:30
 6   significant autocorrelation?                   14:31:33
 7          A.    Correct.                          14:31:34
 8          Q.    And that is based on your         14:31:35
 9   judgment that there was no way to have a       14:31:39
10   reasonably profitable strategy during that    14:31:41
11   time?                                          14:31:43
12          A.    That's correct.                   14:31:44
13          Q.    Even though you're not an         14:31:46
14   expert in trading strategies or investment    14:31:48
15   strategies?                                    14:31:51
16          A.    I don't think you have to be.     14:31:52
17   I think you could determine that, or          14:31:54
18   Mr. Stern, or anybody else in this room, given 14:31:57
19   the facts of this case.                        14:32:00
20          Q.    I appreciate the vote of          14:32:02
21   confidence.                                    14:32:04
22                Now, why did you -- so you        14:32:11
23   found significant -- statistically significant 14:32:14
24   autocorrelation from September 27th to         14:32:16
25   February 6th.  And that's consistent with the  14:32:19
```

```
 1                      H. MULCAHEY
 2  analysis period that you looked at in all of        14:32:23
 3  your other tests, right?                            14:32:24
 4            A.    I believe it is.                    14:32:26
 5            Q.    It's actually a little bit          14:32:30
 6  different, because I think for all of your          14:32:31
 7  other tests you looked at September 26th to         14:32:33
 8  February 6th.  But in this one I don't              14:32:36
 9  think -- tell me if I'm wrong -- but I don't        14:32:39
10  think you could because you had to start the        14:32:41
11  day after September 26.  Is that fair?              14:32:43
12            A.    I think that's right.               14:32:45
13            Q.    So the September 27th to            14:32:46
14  February 6th is consistent with the date range     14:32:48
15  you looked at for all of your other direct         14:32:51
16  tests?                                              14:32:54
17            A.    Okay.  It's consistent.  That's    14:32:54
18  right.                                              14:32:55
19            Q.    And the reason you changed it      14:32:55
20  and you shortened the period to September 30       14:32:59
21  is because you wanted to get a better result,      14:33:01
22  right?                                              14:33:04
23            A.    No.  No, that's not the reason.    14:33:05
24            Q.    So why did you change it?          14:33:08
25            A.    Well, let's look at page 43,       14:33:10
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 204

```
 1                      H. MULCAHEY
 2    footnote 97.  Supreme Court, Halliburton II,          14:33:13
 3    "the weak-form of the [efficient markets]             14:33:17
 4    hypothesis provides that an investor cannot           14:33:19
 5    earn an above-market return by trading on             14:33:22
 6    historical price data."                               14:33:24
 7                 So the key is making an                   14:33:28
 8    above-average profit.  Right?  If I look at           14:33:32
 9    the whole class period and I have however many        14:33:36
10    days, 92 days, and if I take one day away, and        14:33:43
11    the autocorrelation becomes not significant,          14:33:51
12    then it can't be economically material.  It's         14:33:53
13    one day.  One day goes away, then shorten the         14:33:55
14    time period to September 30 to February 6, it         14:33:59
15    just -- I guess I'm a little bewildered that          14:34:06
16    you would even wonder why that doesn't make           14:34:10
17    sense.  That the autocorrelation becomes              14:34:13
18    statistically insignificant, and therefore            14:34:15
19    there is no way an investor can make an               14:34:17
20    above-average return on historical                    14:34:19
21    information.                                          14:34:21
22            Q.   Why even run the                         14:34:23
23    autocorrelation analysis if the whole                 14:34:26
24    determination is -- turns on your view, that          14:34:29
25    even I or a two-year-old can make, that there         14:34:35
```

```
 1                    H. MULCAHEY
 2   was no way to profit -- to craft a profitable          14:34:38
 3   trading strategy?  What's the point of even            14:34:41
 4   doing the autocorrelation analysis?                    14:34:43
 5           A.    It's a test.  Right?  So if --            14:34:44
 6   you know, this has happened many times in the          14:34:47
 7   past.  We find autocorrelation, but we find            14:34:50
 8   that very small changes in the time period,            14:34:52
 9   and it goes away.  Therefore, you know --              14:34:56
10   it's like, there has been findings of                  14:34:59
11   autocorrelation over the financial crisis.             14:35:03
12   Okay?  And I cite one of the papers about it,          14:35:05
13   from Ray Ball, who says that over the                  14:35:08
14   financial crisis, you know, maybe asset prices         14:35:11
15   were out of whack, maybe there's serial               14:35:14
16   correlation, but investors could not earn an           14:35:18
17   abnormal rate of return because they can't             14:35:20
18   predict when the financial crisis would               14:35:24
19   happen, or how the stock price would change,           14:35:26
20   in -- the market prices or individual                  14:35:31
21   company's stock prices would change over time.         14:35:33
22                   During the financial crisis I          14:35:35
23   was an expert for GE.  They had significant            14:35:36
24   autocorrelation over a specific time period.           14:35:39
25   But if it changed by a very slight margin, it          14:35:42
```

```
 1                    H. MULCAHEY

 2  went away.  The conclusion is, it's not       14:35:45

 3  economically material.                        14:35:47

 4                  I mean, this is not the first  14:35:48

 5  time I've looked at autocorrelation.  It's not 14:35:49

 6  the first time other experts have looked at    14:35:51

 7  autocorrelation.  And if you take away the     14:35:54

 8  first day of the class period and it goes      14:35:58

 9  away, how can you possibly say that an         14:36:00

10  investor can earn an abnormal rate of return   14:36:05

11  based on historical information?  You can't.   14:36:08

12          Q.    Can you explain for me the       14:36:12

13  basis for shortening the period by one day at  14:36:21

14  the beginning of the class period here?        14:36:28

15          A.    It's a sensitivity test.  We     14:36:29

16  know that the first two days of the class      14:36:33

17  period were very large returns, and they were  14:36:35

18  both positive.  All right?  It's an IPO.  You  14:36:37

19  would expect that, you know, in many IPOs.     14:36:39

20  They're underpriced, you know, a successful    14:36:43

21  IPO, whatever it might be.                     14:36:47

22                  Take away one of those days -- 14:36:48

23  can someone predict on day one of the IPO,     14:36:50

24  that day two or day three is going to have a   14:36:53

25  statistically significant bump in price?       14:36:56
```

1                    H. MULCAHEY

2    That's tough to do.  Right?  Investors try.        14:36:58

3    They bet on those things.  But it doesn't          14:37:01

4    always happen.                                     14:37:04

5                    If you take away one day and it    14:37:04

6    goes away, then all the other days in the          14:37:06

7    class period, all the 92, 91, whatever is          14:37:10

8    left, investors are going to lose money            14:37:13

9    because that autocorrelation doesn't exist.        14:37:15

10                   So you test those things,          14:37:17

11   right, to make sure that that conclusion holds     14:37:18

12   up.  Does that make sense?                         14:37:23

13        Q.    It does.  So is it the same             14:37:27

14   answer that the basis for shortening the end       14:37:29

15   of the class period by one day is to do a          14:37:32

16   sensitivity analysis?                              14:37:34

17        A.    Basically, yes.  Again, there's         14:37:36

18   two days in a row.  Right?  Two days.              14:37:39

19        Q.    And it's because what's                 14:37:41

20   happening on September 26th and 27th and           14:37:42

21   February 6th and 7th are very different from       14:37:44

22   what's happening during the rest of the class      14:37:47

23   period?                                            14:37:49

24        A.    That's true.  And -- that's             14:37:49

25   absolutely true.  But, you know, I don't --        14:37:54

```
 1                    H. MULCAHEY
 2   investors, in the meantime, they can't profit      14:37:57
 3   from historical information, so my opinion is       14:38:01
 4   that the autocorrelation that exists is not         14:38:05
 5   economically material, and its passes this          14:38:08
 6   test.                                               14:38:12
 7            Q.    One of the things that's very        14:38:13
 8   different about September 26th and 27th and         14:38:14
 9   September -- and February 6th and 7th versus        14:38:16
10   the rest of the period is that there's a lot        14:38:18
11   more volatility on those days, right?               14:38:21
12            A.    Well, I think that's true.  I        14:38:25
13   think there was volatility, and there were          14:38:28
14   successive price increases in the same              14:38:31
15   direction.                                          14:38:34
16            Q.    If running a sensitivity             14:38:35
17   analysis to sort of see whether or not there's      14:38:42
18   any outliers driving results is useful, how         14:38:43
19   come you did not do that for any of your other      14:38:48
20   analyses?                                           14:38:50
21            A.    I do look at those days in           14:38:51
22   other analyses.  But, you know, the analyses,       14:39:00
23   they're for a different purpose.  They're           14:39:03
24   apples and oranges.  They're not the same.          14:39:06
25            Q.    In which other analyses did you      14:39:09
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                Page 209

```
 1                    H. MULCAHEY
 2   run the model for a different day other than      14:39:11
 3   September 26th to February 6th?                    14:39:16
 4          A.    Like I say, it's a different          14:39:19
 5   test.  Completely different test, for a            14:39:20
 6   different purpose, run differently.                14:39:22
 7                    But if we look at the             14:39:24
 8   proportions test, the z-test that we talked        14:39:27
 9   about, the f-test, the volatility earnings,        14:39:30
10   those were blind to the news.  You know, I'm       14:39:34
11   aware that some days they have bigger returns      14:39:37
12   than others.  But it's that news as a group        14:39:40
13   that drives the results.                           14:39:45
14          Q.    This is the only test for which       14:39:46
15   you ran a different time frame, right?             14:39:48
16          A.    That's correct.                       14:39:51
17          Q.    It's the only one for which you       14:39:52
18   ran a --                                           14:39:54
19          A.    A different time frame,               14:39:54
20   exactly.                                           14:39:56
21          Q.    And it's the only one for which       14:39:56
22   you ran a sensitivity analysis, as you would       14:39:58
23   call it?                                           14:40:00
24          A.    It's the only one that I              14:40:01
25   shortened by one day, either way, at the           14:40:04
```

1                    H. MULCAHEY

2   beginning or end of the class period.  And          14:40:06

3   it's for a different purpose.  It's to test          14:40:11

4   whether or not an investor can make an               14:40:14

5   above-average return over the entire class           14:40:16

6   period.  That's the purpose of the test.  And        14:40:18

7   if it doesn't pass that test, then -- I'm            14:40:22

8   sorry.  If it does pass that test, then it's a       14:40:28

9   finding -- it supports a finding of                  14:40:31

10  efficiency.                                           14:40:39

11          Q.    A finding of --                         14:40:40

12          A.    Because the purpose of this             14:40:46

13  test is different.  This is a trading                 14:40:48

14  strategy.  All right?  A trading strategy             14:40:51

15  means you don't know what's going to happen           14:40:53

16  the next day.  So if one day in this series of        14:40:54

17  92 days changes, it's just not reasonable to          14:40:58

18  think an investor could craft a strategy that         14:41:02

19  would make an abnormal rate of return over            14:41:05

20  that time period.  I mean, it just doesn't            14:41:07

21  make sense.                                           14:41:10

22          Q.    A finding of significant                14:41:11

23  autocorrelation is more consistent with an           14:41:13

24  inefficient market than an efficient market,         14:41:18

25  right?                                                14:41:20

```
 1                    H. MULCAHEY
 2          A.    No.  That's not right.            14:41:21
 3          Q.    Can you explain why?              14:41:25
 4          A.    It has to be economically         14:41:27
 5  material.  It has to be something where an      14:41:31
 6  investor can make an abnormal profit over that  14:41:33
 7  time period based on historical information.    14:41:35
 8  I say that in the report.  It's right in front  14:41:38
 9  of you.  You see it.                            14:41:40
10          Q.    If you had found that there was   14:41:41
11  no autocorrelation for Montage's raw and        14:41:43
12  excess returns from September 27 to February    14:41:47
13  6, would you still have done a sensitivity      14:41:49
14  analysis?                                       14:41:51
15          A.    No.  The idea is to test          14:41:51
16  whether or not you can make -- you can craft a  14:41:54
17  trading strategy that will allow you to make a  14:41:56
18  profit.  And if the autocorrelation doesn't     14:41:59
19  exist, you don't have anywhere else to go.  If  14:42:01
20  it does exist, how can you make a profit at     14:42:04
21  this over time.  Using hindsight, mind you.     14:42:07
22          Q.    By shortening the class period    14:42:11
23  on either day, how did you test -- how did      14:42:14
24  shortening the class period test whether or     14:42:17
25  not a trader can make a profitable strategy?    14:42:19
```

```
 1                    H. MULCAHEY
 2          A.    Because I did the regression        14:42:21
 3  analysis, and I found that the autocorrelation    14:42:23
 4  became not significant.                           14:42:25
 5          Q.    So it's just simply the fact        14:42:30
 6  that it changed the result of significant         14:42:33
 7  autocorrelation to no autocorrelation?            14:42:35
 8          A.    That's right.  It's not             14:42:38
 9  cherry-picking.  It's a very simple               14:42:41
10  examination.  It's an examination of how          14:42:42
11  someone can make money if there's                 14:42:45
12  autocorrelation over the class period.  That's    14:42:49
13  all it is.  You know, if it exists, how can       14:42:52
14  you make money at it?  If you can't make money    14:42:54
15  at it or if the trading costs would be too        14:42:57
16  large compared to the average return you would    14:42:59
17  get, then you can't make a profitable trading     14:43:04
18  strategy for it.  And if there had been           14:43:07
19  significant autocorrelation over the entire       14:43:10
20  class period and it looks like you could          14:43:12
21  create a trading strategy, then you go to the     14:43:15
22  next step of using the results, the parameters    14:43:17
23  of the regression that come out of the test,      14:43:22
24  and seeing if there's enough potential            14:43:25
25  earnings from the trading strategy to make a      14:43:33
```

```
 1                    H. MULCAHEY
 2  profit.                                        14:43:35
 3              So let's say that you're -- you    14:43:36
 4  know, the results of the autocorrelation say   14:43:41
 5  that there's a .2 percent -- let's make it     14:43:44
 6  easier -- let's say there's a 1 percent -- so  14:43:53
 7  looking at historical data you can predict     14:43:55
 8  whether the stock price in the future will go  14:43:57
 9  up 1 percent or down 1 percent.  If the        14:43:59
10  bid/ask spread is 1 percent, then there's no   14:44:03
11  way to make money at that.  Because you're     14:44:06
12  going to spend 1 percent in trading costs.     14:44:08
13  Right?  So the first thing you look at, is it  14:44:11
14  consistent over the class period.  And in this 14:44:14
15  case it's not.  I stop.                        14:44:16
16         Q.    Well, did you conduct that        14:44:17
17  analysis by looking at the regression results  14:44:20
18  and the bid/ask spread to determine --         14:44:22
19         A.    No.  You don't have to.  You      14:44:26
20  know, if you take one day away, it goes away.  14:44:26
21  There's no way to craft a trading strategy to  14:44:28
22  profit from that, so you don't have to go to   14:44:31
23  the next step.                                 14:44:32
24         Q.    If a stock fails weak-form        14:44:33
25  efficiency, can it pass strong-form            14:44:48
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | efficiency? | 14:44:51 |
| 3 | A.    No.  Not usually. | 14:44:52 |
| 4 | Q.    Are there some circumstances | 14:44:55 |
| 5 | under which a stock could be -- could not | 14:44:57 |
| 6 | be -- not pass the weak-form efficiency but | 14:45:00 |
| 7 | pass semi-strong efficiency? | 14:45:03 |
| 8 | A.    Yes. | 14:45:05 |
| 9 | Q.    Can you explain that? | 14:45:05 |
| 10 | A.    Sure.  Some courts -- I've got | 14:45:06 |
| 11 | one in here.  The finding of autocorrelation | 14:45:09 |
| 12 | in DVI did not deter the court from finding | 14:45:13 |
| 13 | market efficiency for DVI common stock.  The | 14:45:16 |
| 14 | decision was upheld on appeal. | 14:45:18 |
| 15 | There have been other cases | 14:45:21 |
| 16 | where there have been autocorrelation that | 14:45:22 |
| 17 | have been proven to be not economically | 14:45:24 |
| 18 | material, where there has been a finding of an | 14:45:26 |
| 19 | efficient stock. | 14:45:30 |
| 20 | Q.    So I've read the cases, and I | 14:45:30 |
| 21 | understand the legal arguments.  My question | 14:45:32 |
| 22 | for you is whether or not, in your expertise, | 14:45:35 |
| 23 | in your expert opinion, is it possible for a | 14:45:40 |
| 24 | stock to not pass the weak-form efficiency, | 14:45:43 |
| 25 | but actually be efficient in the context of | 14:45:49 |

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 215

```
 1                    H. MULCAHEY
 2  the semi-strong definition?                    14:45:52
 3         A.    Yes.  If you can't make a         14:45:54
 4  trading profit consistently.                   14:45:56
 5         Q.    And you can determine that        14:45:58
 6  based on your judgment?                         14:46:00
 7         A.    I can.  Other experts can.        14:46:03
 8  Academics can.  Yes.                            14:46:06
 9         Q.    And I can, too?                    14:46:08
10         A.    Maybe.                             14:46:11
11         Q.    You just told me Jon and I both   14:46:12
12  could, right?                                   14:46:14
13         A.    Well, what did I say?             14:46:15
14         Q.    I think you did.                   14:46:16
15         A.    What did I say?                    14:46:17
16         Q.    I don't know.  We can have it     14:46:19
17  read back, if you would like.                  14:46:20
18         A.    I said given the particular      14:46:21
19  facts of this case, I said you or Jon, either, 14:46:23
20  could come to the determination that you      14:46:25
21  cannot craft a profitable trading strategy.  I 14:46:29
22  didn't say any case.                            14:46:33
23         Q.    But in this case?                 14:46:35
24         A.    In this case.                      14:46:37
25         Q.    And that's based on the fact     14:46:40
```

DTI Court Reporting Solutions - New York
1-800-325-3376                    www.deposition.com

```
 1                    H. MULCAHEY
 2   that if you cut a day off on either end,        14:46:42
 3   there's no autocorrelation?                     14:46:46
 4           A.    In large part, yes.               14:46:47
 5           Q.    What else is it based on?          14:46:50
 6           A.    Well, if you cut a day off one     14:46:51
 7   side or the other, the significance of the      14:46:53
 8   autocorrelation goes away, but, more            14:46:55
 9   importantly, there's no way you can make an     14:46:57
10   abnormal rate of return, over the class         14:47:00
11   period, investing in Montage common stock, in   14:47:03
12   this case.                                       14:47:10
13           Q.    And you don't think shortening    14:47:10
14   the class period -- the analysis period by one  14:47:24
15   day on either end was an arbitrary choice?      14:47:28
16           A.    Not at all.                        14:47:34
17           Q.    What was the time frame for the   14:47:35
18   autocorrelation -- I'm sorry.  We know the      14:47:43
19   time frame.  The time frame for the             14:47:45
20   autocorrelation was approximately               14:47:46
21   four-and-a-half months, is that right?          14:47:48
22           A.    Class period.  Whatever that      14:47:50
23   is.                                              14:47:53
24           Q.    Well --                            14:47:54
25           A.    It looks like 92 days.  91        14:47:55
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 217

```
 1                    H. MULCAHEY
 2  days.  Something -- I didn't count the          14:47:57
 3  calendar days.  I counted the trading days.     14:48:02
 4  But it's the class period.                      14:48:05
 5           Q.    And -- okay.  Well, the class     14:48:06
 6  period is, just so we're clear on the record,   14:48:08
 7  September 26th to February 6th.                  14:48:12
 8           A.    That's a little over four        14:48:14
 9  months.  Probably not four-and-a-half.          14:48:16
10           Q.    Okay.  Somewhere between four    14:48:19
11  and four-and-a-half months.  In your opinion,   14:48:20
12  is that a sufficient sample size to test        14:48:23
13  autocorrelation in the context of a securities  14:48:27
14  litigation?                                     14:48:29
15           A.    Well, I think it is, because     14:48:30
16  that's all the data that's available in this    14:48:35
17  class period.  This is unusual because you've   14:48:37
18  got an IPO at the front, and a merger -- or an  14:48:41
19  acquisition at the end, and that's all you      14:48:45
20  have.  You know, but I think it's sufficient.   14:48:48
21  It exceeds what I would consider the minimal    14:48:52
22  sample size of 30, and it exceeds a better      14:48:56
23  sample size of 50.  It's something like 90      14:48:59
24  days.  I think it's more than adequate.         14:49:02
25           Q.    You think a                      14:49:07
```

```
 1                     H. MULCAHEY
 2  four-and-a-half-month period is more than      14:49:07
 3  adequate --                                     14:49:10
 4          A.    Yeah.                             14:49:10
 5          Q.    -- in a securities litigation     14:49:11
 6  to run an autocorrelation analysis?            14:49:13
 7          A.    Correct.                          14:49:16
 8          Q.    Do you think a nine-month         14:49:17
 9  period would be adequate?                      14:49:29
10          A.    I think a nine-month period       14:49:32
11  would be great.  A one-year period would be    14:49:33
12  great.  But you work with what you have.       14:49:35
13          Q.    Do you think a three-month        14:49:39
14  period would be adequate?                      14:49:43
15          A.    It depends on the                 14:49:44
16  circumstances.  It could be.  Maybe.           14:49:47
17          Q.    But you think                      14:49:54
18  four-and-a-half -- between four and            14:49:56
19  four-and-a-half months is definitely adequate? 14:49:58
20          A.    In this case, the time period I   14:50:00
21  ran the auto-regression -- the autocorrelation 14:50:02
22  regression I believe to be sufficient.         14:50:05
23          Q.    But three months you're not       14:50:10
24  sure about?                                     14:50:15
25          A.    It depends on the context.        14:50:17
```

```
 1                    H. MULCAHEY

 2          Q.    So it could be, and it could      14:50:19

 3  not be?                                          14:50:21

 4          A.    It depends on the context.         14:50:23

 5  Everything is within context.                    14:50:28

 6          Q.    I understand.  But just -- I       14:50:30

 7  just want to make sure I understand this.        14:50:33

 8              It's possible, in your opinion,      14:50:37

 9  that three months could be a sufficient time     14:50:39

10  to run an autocorrelation analysis in a          14:50:43

11  securities case?                                 14:50:46

12          A.    It depends on the                  14:50:47

13  circumstances.  If you have a three-month        14:50:54

14  class period and that's all the time you've      14:50:55

15  got, and you're trying to find out if an         14:50:56

16  investor can make an abnormal return based on    14:50:58

17  historical information that's already            14:51:02

18  impounded on the stock price, then three         14:51:08

19  months is what you've got and it's probably      14:51:10

20  going to be a sufficient sample size.            14:51:12

21          Q.    So under certain circumstances     14:51:14

22  three months can be sufficient?                  14:51:16

23          A.    Under certain circumstances,       14:51:17

24  yes.                                             14:51:19

25              Now if you're telling me -- if       14:51:20
```

```
 1                    H. MULCAHEY
 2  you ask me if seven days is enough?  Well, now      14:51:21
 3  you're pushing the envelope.  So I don't know       14:51:24
 4  where you're going with this, but it depends        14:51:26
 5  on the circumstances.                               14:51:29
 6            Q.    Why don't we look at your other     14:51:36
 7  indirect tests, and I would like to just start      14:51:45
 8  by looking at Exhibit 12, which is the              14:51:50
 9  summary, I think, of all the cases.                 14:51:52
10            A.    Oh, sure.                           14:51:57
11            Q.    These are court decisions that      14:52:01
12  you obtained from Lexis, within U.S. legal          14:52:02
13  cases, using the search term "cammer,"              14:52:05
14  C-A-M-M-E-R, between Jan 1, '04 and September       14:52:08
15  30, '15, with a class period start date of '04      14:52:12
16  or later, and the decision was regarding            14:52:16
17  common stock.                                       14:52:18
18            And I'm reading from -- I think           14:52:20
19  you're already there with me -- but "Data           14:52:22
20  Sources," footnote 1.                               14:52:24
21            A.    Okay.  You know, I think we got     14:52:25
22  information from Lexis-Nexis and from Pacer,        14:52:31
23  both, I think that's the only thing I would         14:52:37
24  correct.                                            14:52:40
25            But yeah, it's cases where the           14:52:40
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 221

```
 1                    H. MULCAHEY
 2  class certification, Cammer was mentioned.  I      14:52:43
 3  tried to be as inclusive as I could.               14:52:46
 4            Q.    Did you exclude any cases, as      14:52:49
 5  far as you know?                                   14:52:52
 6            A.    Not that fit the criteria, no.     14:52:53
 7            Q.    Have you read all of these         14:52:56
 8  cases?                                             14:52:58
 9            A.    I have.                            14:52:58
10            Q.    And you're not offering any        14:52:59
11  legal opinions with this chart, correct?           14:53:02
12            A.    No legal opinions.                 14:53:05
13            Q.    In other words, you're not         14:53:06
14  opining that because one or more stocks in         14:53:08
15  here were found to be efficient, that Montage      14:53:10
16  is therefore efficient?                            14:53:13
17            A.    I think -- here's what I'm         14:53:18
18  saying.  What I'm doing with this report, just     14:53:20
19  to kind of cut to the chase --                     14:53:23
20            Q.    Sure.                              14:53:25
21            A.    -- I'm presenting comparable       14:53:26
22  statistics for some indicia of market             14:53:30
23  efficiency that the courts have found             14:53:33
24  valuable, economists have found valuable, and     14:53:36
25  because they've been found to be efficient I      14:53:41
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 222

```
 1                    H. MULCAHEY

 2   think they're relevant, and I think they're        14:53:44

 3   relevant for the courts.  I think they're          14:53:46

 4   relevant for economists, and I present that as     14:53:48

 5   a data point.                                      14:53:52

 6                   You know, this is not the only     14:53:57

 7   test I run.  This is just another benchmark.       14:53:59

 8   How does Montage compare to these other stocks     14:54:02

 9   that were efficient, and where does it rank.       14:54:05

10                   And all of them were within the    14:54:07

11   range.  High range, low range, midpoint.  It's     14:54:08

12   within the range.  So to me it's another           14:54:12

13   indication that Montage traded in an               14:54:15

14   efficient -- informationally efficient market.     14:54:19

15             Q.    Well, Montage was also within      14:54:22

16   the range of the stocks that were found to be      14:54:24

17   inefficient, wasn't it?                            14:54:26

18             A.    Yeah.  And actually the ones       14:54:28

19   that were found to be inefficient were within      14:54:30

20   the range of some of these other stocks as         14:54:33

21   well.  So they were found to be inefficient        14:54:35

22   for whatever reason.  I don't opine on that.       14:54:36

23   I show them -- you know, I don't have to show       14:54:42

24   them, but I show them in the interest of full      14:54:45

25   and fair disclosure.  Because they came up in      14:54:47
```

```
 1                    H. MULCAHEY
 2  our search.                                    14:54:50
 3          Q.    And based on this chart would    14:54:50
 4  you agree that there's -- assuming that we're  14:54:53
 5  just looking at these factors on this chart -- 14:54:57
 6  there's actually a better case for Montage     14:54:59
 7  being inefficient than China Automotive?       14:55:03
 8              (Reporter Clarification)           14:55:18
 9          A.    I think I explain it in the      14:55:18
10  footnote or the text, but China Auto was not   14:55:19
11  found to be inefficient because of its trading 14:55:22
12  characteristics.  I think it was because of    14:55:25
13  adequacy of the lead plaintiff, and perhaps    14:55:33
14  some mistakes the expert made or something.    14:55:36
15  I'm not sure.                                  14:55:38
16          Q.    Well, let's just focus on the    14:55:39
17  numbers here, since that's what you have in    14:55:44
18  your chart.  Just purely based on the numbers  14:55:46
19  here, there's a -- if these were the only      14:55:49
20  factors you're looking at, China Automotive    14:55:52
21  actually looks more efficient than Montage,    14:55:56
22  right?                                         14:55:58
23          A.    Just a moment.                   14:56:01
24          Q.    Sure.  You know, maybe we'll     14:56:02
25  just go through it together.  I'll ask you     14:56:13
```

```
 1                    H. MULCAHEY
 2  some questions and we can go through it              14:56:15
 3  together, and then you could tell me your            14:56:17
 4  opinion.  I don't need you to spend too much         14:56:19
 5  time, you know, without me trying to hopefully       14:56:23
 6  walk you through it.                                 14:56:26
 7             So in terms of weekly volume of           14:56:27
 8  shares outstanding, Montage is 3.9 percent and       14:56:29
 9  China Automotive is 8.6 percent.  Right?             14:56:34
10        A.    Fair enough.  True.                      14:56:37
11        Q.    So -- and all things being               14:56:39
12  equal, the higher the weekly trading volume          14:56:41
13  the more efficient, right?                           14:56:45
14        A.    The higher the weekly trading            14:56:47
15  volume, the more trading there is in the             14:56:51
16  stock.                                               14:56:53
17        Q.    And the more trading there is            14:56:58
18  in the stock the more efficient or the less          14:57:00
19  efficient, all things being equal?                   14:57:02
20        A.    Generally -- you know, it's              14:57:03
21  kind of like market-makers.  If you have a           14:57:04
22  sufficient number of market-makers, having           14:57:06
23  more doesn't make you more efficient.  It just       14:57:08
24  reinforces that it's efficient.                      14:57:10
25        Q.    So --                                    14:57:13
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 225

```
 1                    H. MULCAHEY
 2          A.    If this was 300 percent, is        14:57:14
 3   that more efficient?  You know, I don't know.   14:57:18
 4   We'll just say that 8.6 percent is greater,     14:57:21
 5   almost twice, more than twice, of Montage's     14:57:24
 6   average weekly volume.                          14:57:26
 7          Q.    So putting everything else         14:57:27
 8   aside, all things being equal, is it fair to    14:57:29
 9   say there's a better argument, just based on    14:57:33
10   weekly trading volume, that China Automotive    14:57:35
11   is more efficient than Montage?                 14:57:38
12          A.    No, I wouldn't say that.  You      14:57:39
13   want to -- you want to lever the complete       14:57:41
14   finding of the entirety of evidence for market  14:57:45
15   efficiency on one test, and I've already said   14:57:49
16   several times, you know, that's just not        14:57:51
17   proper.                                         14:57:53
18               If you want to say that, based      14:57:54
19   on trading volume, that it traded more, that's  14:57:56
20   what it says.  That's all it says.              14:58:00
21               You know, if you looked at all      14:58:02
22   of these characteristics and you looked at the  14:58:04
23   direct evidence of reaction to news and you     14:58:08
24   looked at, you know, all the other factors      14:58:11
25   presented, now you can do a comparison.  But    14:58:15
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | choosing a single characteristic and saying | 14:58:18 |
| 3 | that's why it's efficient or not efficient, | 14:58:22 |
| 4 | that's improper, and I wouldn't agree with | 14:58:24 |
| 5 | that.  Whether it's this factor, or market | 14:58:29 |
| 6 | cap, or analyst, or market-makers, or bid/ask | 14:58:32 |
| 7 | spread, or any of the other characteristics | 14:58:35 |
| 8 | here, one characteristic doesn't make the | 14:58:37 |
| 9 | case. | 14:58:38 |
| 10 | Q.    I don't think I was suggesting | 14:58:41 |
| 11 | it was.  What I'm trying to understand is, all | 14:58:43 |
| 12 | of these are in a range, right?  All of | 14:58:47 |
| 13 | these -- | 14:58:50 |
| 14 | A.    That's right. | 14:58:50 |
| 15 | Q.    -- are in a range? | 14:58:51 |
| 16 | A.    They're in a range. | 14:58:53 |
| 17 | Q.    And for some of these things, | 14:58:54 |
| 18 | the higher the number, the courts find, the | 14:58:55 |
| 19 | more likely it is to be efficient, and for | 14:58:58 |
| 20 | some of them the lower the number, the more | 14:58:59 |
| 21 | likely it is to be efficient, right? | 14:59:01 |
| 22 | A.    I think if it's over a | 14:59:04 |
| 23 | threshold, it's found to be efficient.  You | 14:59:06 |
| 24 | know, I didn't see an opinion -- I don't | 14:59:08 |
| 25 | remember seeing an opinion where, you know, if | 14:59:11 |

```
 1                    H. MULCAHEY
 2  a stock's trading is -- if the weekly volume          14:59:13
 3  divided by shares outstanding, if it's 10             14:59:19
 4  percent, it's five times more efficient than          14:59:21
 5  someone who trades at 2 percent.  I haven't           14:59:23
 6  seen that opinion.                                    14:59:25
 7           Q.    I understand Cammer says 2             14:59:26
 8  percent on weekly, that's fine -- on weekly           14:59:29
 9  trading volume.  I understand that.  But some         14:59:31
10  of these other ones, it's a sliding scale,            14:59:32
11  right?  And that's the reason you gave us the         14:59:35
12  percentiles?                                          14:59:38
13           A.    To see if it's within the             14:59:39
14  range.                                                14:59:41
15           Q.    So for market cap there's no          14:59:42
16  threshold, for example, right?  There's no --         14:59:45
17  if you have a market cap of X, then you're            14:59:47
18  efficient?                                            14:59:50
19           A.    Not true.  I wouldn't agree           14:59:52
20  with that either.                                     14:59:53
21           Q.    So you think there is some sort       14:59:54
22  of market cap threshold?                              14:59:55
23           A.    No.  You know, Electronic Game        14:59:57
24  Card, the market cap was 41 million, and here         15:00:00
25  you've got First Solar as 11.6 billion.               15:00:03
```

```
 1                    H. MULCAHEY
 2   What's the threshold?  Is it 40 million?  I        15:00:07
 3   don't think there's a threshold for market         15:00:10
 4   cap.  So I wouldn't agree with that.  I'm just     15:00:11
 5   trying to be precise.                              15:00:17
 6                    MR. STERN:  Oh, I think you        15:00:18
 7   said -- you asked there's no threshold, right,     15:00:20
 8   and you said you didn't agree.  But I think        15:00:21
 9   you're saying you agree there is no threshold?     15:00:23
10   Sorry, I just think that there was confusion.      15:00:25
11            A.    Okay.  Maybe I misunderstood        15:00:27
12   that.                                              15:00:31
13                    I don't think there is a          15:00:31
14   threshold for market cap.                          15:00:33
15            Q.    Do you think there's a              15:00:33
16   threshold for number of analysts?                  15:00:33
17            A.    I think there is.  Based on         15:00:35
18   court cases where, I think if there's one          15:00:38
19   analyst it's not efficient.  If there's five,      15:00:42
20   it is.  You know -- but there have been some       15:00:45
21   pattern of finding of efficiency where I think     15:00:48
22   by consensus there's a threshold.                  15:00:51
23            Q.    How about market-makers?            15:01:01
24            A.    I don't recall market-makers.       15:01:02
25            Q.    I just want to be clear,            15:01:09
```

```
 1                    H. MULCAHEY
 2  though.  I'm not asking you -- you know,          15:01:10
 3  you're not a legal expert.  I'm not asking        15:01:11
 4  you --                                            15:01:13
 5          A.    Right.                              15:01:14
 6          Q.    Right, I'm not asking you to        15:01:14
 7  tell me what the cases say.  I'm asking you,      15:01:16
 8  based on your opinion as an expert, do you        15:01:18
 9  think there's some threshold for these things?    15:01:20
10          A.    Okay.  Then maybe I                 15:01:24
11  misinterpreted that.                              15:01:26
12                There may be a threshold for        15:01:28
13  market-makers.  I think for the Nasdaq Select     15:01:33
14  market, the Nasdaq market that Montage is in,     15:01:36
15  I think Nasdaq requires a minimum of three        15:01:40
16  market-makers.  That's probably the right         15:01:44
17  threshold.                                         15:01:46
18          Q.    Three is probably the right         15:01:47
19  market-maker?                                      15:01:48
20          A.    I think so.  And what I also        15:01:49
21  quoted in my report is Nasdaq criteria for        15:01:50
22  listing.  I think it said someplace that there    15:01:53
23  was an average of 14 across this particular       15:01:56
24  market segment for Nasdaq.  You know, maybe       15:02:02
25  that's the right threshold.  Or something less    15:02:05
```

```
 1                       H. MULCAHEY
 2   than 14.  So ...                                    15:02:07
 3            Q.    How about for bid/ask spread?         15:02:10
 4   Is there a threshold, in your mind?                 15:02:14
 5            A.    I don't think there's a              15:02:19
 6   hard-and-fast threshold, no.                        15:02:20
 7            Q.    Is there any rule of thumb?          15:02:22
 8            A.    You know, there's a scale.  5       15:02:24
 9   percent is probably too high, but, you know,        15:02:29
10   the scale depends upon really the volatility       15:02:31
11   of the stock, and the -- you know, other           15:02:36
12   factors related to that particular security.       15:02:42
13   But I don't think there's a hard-and-fast          15:02:45
14   threshold.                                          15:02:47
15            Q.    But you can say that you think      15:02:47
16   5 percent is too high?                              15:02:49
17            A.    Yeah, I think 5 percent is          15:02:51
18   probably too high.  2 percent is probably          15:02:52
19   high, but reasonable.  The lower the better.       15:02:56
20   That means there's lower transaction costs.        15:03:00
21   But that's usually with large cap stocks.  So      15:03:03
22   smaller cap stocks usually have a bigger           15:03:05
23   spread.                                             15:03:10
24            Q.    You think 1 percent is a good       15:03:10
25   rule of thumb, or no?                               15:03:12
```

1                  H. MULCAHEY

2            A.    Depending upon the                    15:03:13

3   circumstances it can be, yeah.                       15:03:20

4            Q.    How about short interest?              15:03:21

5            A.    It also depends on the stock          15:03:24

6   price.  Right?  So 1 percent with a $2 stock         15:03:26

7   price is a very different scenario than 1            15:03:32

8   percent with a hundred dollar stock price.  So       15:03:33

9   the dollar value associated with that percent        15:03:37

10  and the stock price of the security in               15:03:39

11  question, that makes a difference.                   15:03:42

12           Q.    So --                                 15:03:45

13           A.    So sometimes I would look at          15:03:47

14  bid/ask spread in percent.  Sometimes I look         15:03:49

15  at it in dollars.  Because there's probably a        15:03:53

16  minimum threshold.  You know, maybe it's a           15:03:55

17  penny or a tenth of a penny to conduct a             15:03:57

18  trade.  But that percentage related to the           15:03:59

19  stock price equates to a dollar value.  The          15:04:02

20  bid/ask spread has to be in context.                 15:04:07

21           Q.    And here you looked at                15:04:08

22  percentages?                                         15:04:09

23           A.    I did.                                15:04:10

24           Q.    Okay.  As opposed to aggregate        15:04:11

25  values?                                              15:04:15

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | A.     Dollar value. | 15:04:16 |
| 3 | Q.     Dollar values? | 15:04:18 |
| 4 | A.     Correct. | 15:04:19 |
| 5 | Q.     Short interest as a percentage | 15:04:20 |
| 6 | of shares outstanding, is there a rule of | 15:04:23 |
| 7 | thumb, in your opinion? | 15:04:25 |
| 8 | A.     Well, the rule of thumb is | 15:04:27 |
| 9 | there should be some evidence of short | 15:04:29 |
| 10 | selling, so it should be greater than zero. | 15:04:31 |
| 11 | But if there's too much, maybe 50 percent or | 15:04:35 |
| 12 | 60 percent, like in PolyMedica, it creates a | 15:04:38 |
| 13 | constraint to short sales.  They become very | 15:04:46 |
| 14 | expensive and very hard to do because you | 15:04:49 |
| 15 | can't locate shares.  The investor who wants | 15:04:50 |
| 16 | to short, can't locate shares. | 15:04:52 |
| 17 | So it's got to be greater than | 15:04:55 |
| 18 | zero, but it can't be more than some number. | 15:04:57 |
| 19 | But I note here that, you know, one of these | 15:05:01 |
| 20 | short interests goes to 33 percent.  You know, | 15:05:05 |
| 21 | I don't know, that seems like it's a pretty | 15:05:09 |
| 22 | high number.  That would be getting into the | 15:05:11 |
| 23 | short sale constraint area, as far as I'm | 15:05:13 |
| 24 | concerned.  But it depends on the context. | 15:05:15 |
| 25 | Q.    So as long as it's .1 percent | 15:05:18 |

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 233

```
 1                    H. MULCAHEY
 2   or more, if it's .1 percent or more that       15:05:20
 3   should counsel in favor of it being efficient?  15:05:24
 4            A.    Anything greater than zero       15:05:27
 5   mean's there arbitrage activity.  So arbitrage  15:05:29
 6   is enabled, and it's obviously not difficult    15:05:32
 7   to find the shares, it's not too expensive.     15:05:34
 8            Q.    How about institutional          15:05:40
 9   holdings?                                        15:05:42
10            A.    That's a softer number.          15:05:44
11   Institutions -- I mean, they're generally       15:05:47
12   sophisticated investors.  They actually can     15:05:52
13   make shares available for shorting, so it's     15:05:55
14   important that they're in the mix of the        15:05:57
15   people who hold the stock.  You know, it's all  15:06:00
16   over the board on institutions.  So I don't     15:06:05
17   think there's a threshold.                      15:06:11
18            Q.    I understand that it's           15:06:13
19   important, in your view, to look at, you know,  15:06:15
20   sort of a mix of factors.  Can you tell me,     15:06:19
21   based on the seven factors that you have here,  15:06:22
22   how Montage and China Automotive compare in     15:06:25
23   terms of efficiency, in your view?              15:06:30
24            A.    They look comparable.  Montage   15:06:33
25   also looks comparable to several other stocks   15:06:52
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 234

```
 1                    H. MULCAHEY

 2   in here.  Better than some.  Worse than          15:06:54

 3   others.                                           15:06:56

 4           Q.    Is there any, in your view,         15:07:04

 5   that seems more comparable to Montage than        15:07:06

 6   China Automotive?                                 15:07:10

 7           A.    I haven't performed that            15:07:12

 8   analysis.  Do you want me to do it right now?     15:07:15

 9           Q.    If it's going to take you a         15:07:18

10   long time we don't have to do it, but if you      15:07:21

11   can, I'm happy to -- I don't mean for it to be    15:07:23

12   a test, but if you can do it in a minute or       15:07:27

13   two, fine.  If not, then we can move on.          15:07:31

14           A.    Well, in my analysis to prepare     15:07:34

15   the report I looked at where Montage was          15:07:35

16   better or worse than others, to get a sense       15:07:37

17   of, you know, how comparable Montage is to        15:07:41

18   this as a group.  In some companies they're       15:07:43

19   clearly not comparable, like Merck.  Like         15:07:47

20   First Solar.  Prudential.  JPMorgan Chase.  I     15:07:50

21   mean, those are gigantic companies with -- I      15:07:56

22   think they're probably poster childs for          15:08:01

23   market efficiency.                                15:08:03

24                   But there's other companies       15:08:05

25   that, you know, clearly they look like they're    15:08:06
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 235

```
 1                        H. MULCAHEY
 2   better, they're more efficient, like Inyx.        15:08:09
 3   Probably -- you know, Electronic Game Card.       15:08:14
 4   Probably Radient.  It looks -- you know, it       15:08:16
 5   looks similar to a lot of these stocks.  Like     15:08:22
 6   Exide Technologies.                               15:08:26
 7                    I mean, so I don't think they    15:08:28
 8   line up perfectly with any of them, but           15:08:31
 9   they're better than some, in some categories,     15:08:33
10   and they're better -- worse in some               15:08:35
11   categories.  It's kind of a mixed bag.            15:08:39
12                    The whole purpose of this is     15:08:41
13   just to show that they're within the range.       15:08:42
14   That all of these characteristics, they're        15:08:45
15   better than some, they're worse than others,      15:08:47
16   that have been found to be efficient.  It's a     15:08:49
17   benchmark.                                        15:08:52
18                    It's like comparing to Nasdaq.   15:08:53
19   It doesn't mean that if -- if they're in the      15:08:55
20   10th percentile or 90th percentile that           15:09:01
21   they're efficient or not efficient.  It just      15:09:03
22   means that some stocks are higher rated on a      15:09:04
23   particular characteristic, and lower rated on     15:09:08
24   another characteristic.  Benchmarks are           15:09:10
25   useful.                                           15:09:17
```

| | |
|---|---|
| 1 | H. MULCAHEY | |
| 2 | Q.    Fair enough. | 15:09:17 |
| 3 | Now let's talk more | 15:09:19 |
| 4 | specifically about some of these numbers here. | 15:09:21 |
| 5 | So I would like to talk about weekly trading | 15:09:28 |
| 6 | volumes. | 15:09:31 |
| 7 | If you cross the 2 percent | 15:09:39 |
| 8 | Cammer threshold, in your view that indicates | 15:09:42 |
| 9 | an efficient market, is that right? | 15:09:45 |
| 10 | A.    Well, Cammer said 1 percent. | 15:09:48 |
| 11 | Or 2.  So 1 percent is the minimum threshold. | 15:09:51 |
| 12 | Or something very close to it. | 15:09:56 |
| 13 | Q.    Okay.  And if you pass whatever | 15:09:57 |
| 14 | the 1 or 2 percent Cammer threshold is, does | 15:10:01 |
| 15 | that prove, in your mind, an efficient market? | 15:10:03 |
| 16 | A.    You've asked that same question | 15:10:08 |
| 17 | half a dozen times.  There is no one single | 15:10:13 |
| 18 | characteristic that will determine if a | 15:10:16 |
| 19 | security is sufficient or it's not sufficient. | 15:10:18 |
| 20 | I just want to be clear about that.  Okay? | 15:10:21 |
| 21 | They pass the volume threshold.  Does that | 15:10:23 |
| 22 | mean they're efficient?  Well, it depends. | 15:10:26 |
| 23 | What does the rest of the evidence show? | 15:10:27 |
| 24 | Q.    And is it your opinion that, | 15:10:30 |
| 25 | all things being equal, the higher the weekly | 15:10:35 |

```
 1                     H. MULCAHEY
 2   trading volume of a stock, the more likely it        15:10:38
 3   is to be efficient, or is it simply that once        15:10:40
 4   it passes a threshold it's more likely to be         15:10:42
 5   efficient?                                            15:10:45
 6            A.    I think once it passes the            15:10:45
 7   threshold it's more likely to be efficient.          15:10:47
 8   I'm not sure what you prove if -- if the             15:10:49
 9   weekly volume as a percentage of shares              15:10:54
10   outstanding is in the 30 percent range.  That        15:10:57
11   means that there's an awful lot of trading.  A       15:10:59
12   lot of news, or -- does it mean it's                 15:11:05
13   efficient?  More efficient?  Well, it depends        15:11:08
14   on the other characteristics.                         15:11:09
15            You know, I think most                      15:11:11
16   economists would say if it was 5 percent it's       15:11:14
17   probably more efficient than if it's at 1            15:11:16
18   percent.  If it's at 53 percent, like               15:11:18
19   Westinghouse, does that mean it's more              15:11:23
20   efficient?  I don't know.                           15:11:25
21            Q.    Now, when you calculated the         15:11:29
22   average weekly trading volume of Montage as a       15:11:31
23   percentage of shares outstanding you don't          15:11:34
24   include the partial week at the start of the        15:11:40
25   class period, but you do include the partial        15:11:44
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | week at the end of the class period? | 15:11:46 |
| 3 | A.    Correct. | 15:11:49 |
| 4 | Q.    And -- | 15:11:49 |
| 5 | A.    But I also give numbers | 15:11:53 |
| 6 | excluding both. | 15:11:55 |
| 7 | Q.    Right.  And so your number is | 15:11:56 |
| 8 | 3.92, the way you ran it, but if you exclude | 15:11:59 |
| 9 | both, the number is 2.55? | 15:12:03 |
| 10 | A.    Whatever it is. | 15:12:06 |
| 11 | Q.    It's in -- I mean, it's in | 15:12:07 |
| 12 | footnote 108, so -- | 15:12:09 |
| 13 | A.    I know it's in the report.  I | 15:12:10 |
| 14 | take your word for it. | 15:12:12 |
| 15 | Q.    -- in 108, so you can follow | 15:12:13 |
| 16 | along. | 15:12:14 |
| 17 | A.    If you picked it up in the | 15:12:15 |
| 18 | report, I'm sure that's what it says.  Fine. | 15:12:16 |
| 19 | Q.    In prior cases you've actually | 15:12:18 |
| 20 | excluded the partial weeks at both the | 15:12:22 |
| 21 | beginning and the end of the class period, | 15:12:24 |
| 22 | right? | 15:12:26 |
| 23 | A.    Correct. | 15:12:26 |
| 24 | Q.    But you took a different | 15:12:27 |
| 25 | approach here? | 15:12:28 |

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 239

```
 1                    H. MULCAHEY
 2          A.    And you're going to ask why.        15:12:29
 3          Q.    Why?                                 15:12:33
 4          A.    You see, I knew you were going       15:12:34
 5  to say that.                                       15:12:36
 6                Because it's a partial week,         15:12:38
 7  typically it will understate the average          15:12:41
 8  weekly volume.  You know, so at the start of      15:12:43
 9  the class period, and at the end of the class     15:12:47
10  period, we exclude partial weeks because we       15:12:48
11  want a full measure of the weekly trading         15:12:51
12  volume.  Kind of in a normalized fashion.         15:12:53
13                So in this particular case I        15:12:56
14  didn't think it was appropriate to include the    15:12:57
15  IPO.  A lot of trading in IPO, the stocks are     15:12:59
16  very volatile, people are valuing the thing.      15:13:01
17  All the shares hit from the IPO in the first      15:13:04
18  day or two.  So I think it's legitimate to        15:13:06
19  exclude that.                                      15:13:10
20                At the end of the class period,     15:13:10
21  instead of a five-day week we have a four-day     15:13:12
22  week, and, all things being equal, you would      15:13:14
23  expect the four-day week to bring the average     15:13:16
24  down.  So I included it because it doesn't        15:13:18
25  bring the average down.  It actually brings       15:13:22
```

```
 1                    H. MULCAHEY
 2   the average up.                              15:13:24
 3              And why is that relevant?          15:13:26
 4   Because if we included the five-day week,    15:13:28
 5   which would include the 7th, then the average 15:13:30
 6   would be even higher.  But if you -- if you do 15:13:33
 7   exclude that week, like the rest of the       15:13:36
 8   report, full and fair disclosure, it's at     15:13:38
 9   2.55.                                         15:13:42
10              I think it's appropriate to        15:13:42
11   include the last week, the four days of the   15:13:43
12   five, in the volume as a percentage of shares 15:13:46
13   outstanding for the weekly calculation.       15:13:51
14   That's my reasoning.                          15:13:53
15         Q.    Just so I am clear.  In prior     15:13:54
16   reports you've excluded both partial weeks,   15:14:00
17   and in this case you've only excluded one of  15:14:03
18   the partial weeks?                            15:14:05
19         A.    That's not exactly true.          15:14:08
20         Q.    Okay.  Tell me why it's not       15:14:10
21   true.                                         15:14:12
22         A.    I give the numbers for both.      15:14:12
23   Right?                                        15:14:13
24         Q.    You do.                           15:14:14
25         A.    Okay.  So they're both in         15:14:15
```

```
 1                      H. MULCAHEY
 2   there.  Take it whatever way you think is          15:14:17
 3   appropriate, you can interpret it any way you      15:14:19
 4   want.  And the judge can, too.  If you don't       15:14:21
 5   agree with taking the last week, then use the      15:14:30
 6   2.55.                                              15:14:32
 7           Q.    You also mention that your           15:14:33
 8   approach here doesn't reflect any discount for     15:14:37
 9   double-counting due to market-makers.              15:14:40
10   Correct?                                           15:14:45
11           A.    Correct.                             15:14:45
12           Q.    And you say that some estimates      15:14:45
13   is 24.66 percent, to 58 percent, but that you      15:14:47
14   don't believe it's appropriate to do so here,     15:14:52
15   and you outline your reasons for why?              15:14:53
16           A.    Correct.                             15:14:55
17           Q.    And your report doesn't mention      15:14:56
18   any possible discount for high-frequency           15:15:00
19   trading, is that right?                            15:15:02
20           A.    Correct.                             15:15:04
21           Q.    In Electronic Game Card -- why       15:15:05
22   don't we look at that, and that way we can         15:15:10
23   have some more concrete comparison.                15:15:12
24               MR. MOSS:  This is Exhibit 5.          15:15:36
25                      ---                             15:15:37
```

```
 1                    H. MULCAHEY

 2                 (Mulcahey Exhibit 5, Expert

 3  Report of Howard J. Mulcahey, dated March 2,

 4  2015, In re Petrie, et al., versus Electronic

 5  Game Board, et al. was marked for

 6  identification)

 7                    ---                       15:15:40

 8  BY MR. MOSS:                                 15:15:40

 9         Q.    So I am going to look at -- by  15:15:41

10  the way, is this a copy of the report that you 15:15:43

11  submitted in the Electronic Game Card case?    15:15:46

12         A.    It appears to be.  I'm assuming  15:15:48

13  you produced it in its entirety.              15:15:50

14         Q.    Yes, from publicly available    15:15:52

15  sources.                                      15:15:58

16               Now I want to look at footnote  15:15:59

17  26 on page 14.                                15:16:01

18         A.    Mm-hmm.                          15:16:13

19         Q.    You say, six lines down, "I      15:16:13

20  note that some argue that weekly trading      15:16:22

21  volume must be discounted for the volume      15:16:24

22  attributable to high-frequency traders and    15:16:29

23  market-makers, which by some estimates is     15:16:30

24  between 50% and 58%."                          15:16:32

25               Do you see that?                 15:16:34
```

```
 1                      H. MULCAHEY

 2          A.    Mm-hmm.                           15:16:34

 3          Q.    And then in footnote 108 of       15:16:34

 4   your report in the Montage case you have a      15:16:36

 5   very similar sentence, but it's a little bit   15:16:40

 6   different.  And it says:  "I note that some    15:16:44

 7   argue that weekly trading volume must be        15:16:47

 8   discounted for the volume from market-maker     15:16:49

 9   participation in most trades between investors  15:16:53

10   and both trades being reported, which by some   15:16:56

11   estimates is between 24.66% and 58%."           15:16:59

12                Do you see that?                   15:17:05

13          A.    I do.                             15:17:06

14          Q.    Now, in Electronic Game Card       15:17:06

15   you were asked at your deposition about         15:17:15

16   whether it was appropriate to discount for     15:17:17

17   market-makers and high-frequency traders, and  15:17:20

18   you testified that -- you said, "I think it's   15:17:22

19   fair to look at it both ways."                  15:17:24

20                Is that accurate?                  15:17:26

21          A.    Whatever it says.  I don't         15:17:27

22   remember.                                       15:17:29

23          Q.    Well, do you agree with that,      15:17:29

24   sitting here now?  That you think it's fair to  15:17:31

25   look at it both ways?                           15:17:33
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | A.   I'm not sure what that means, | 15:17:34 |
| 3 | now that I am sitting here.  But maybe you'll | 15:17:38 |
| 4 | tell me. | 15:17:42 |
| 5 | Q.   I'm just reading what -- what | 15:17:43 |
| 6 | you were asked -- | 15:17:45 |
| 7 | A.   Oh, both ways.  Okay.  I think | 15:17:46 |
| 8 | what it means is that I think -- as I say in I | 15:17:48 |
| 9 | think in both reports, that -- well, at least | 15:17:52 |
| 10 | in the one you just put into the exhibit, the | 15:17:55 |
| 11 | Electronic Game Card, Exhibit 5, Cammer does | 15:17:58 |
| 12 | not contemplate a discount.  And in fact, | 15:18:02 |
| 13 | Coated Sales was traded over-the-counter, and | 15:18:09 |
| 14 | obviously had intermediaries. | 15:18:11 |
| 15 | So, I mean, to me by | 15:18:14 |
| 16 | discounting for market-makers or high-volume | 15:18:16 |
| 17 | traders, you're really not comparing the same | 15:18:18 |
| 18 | thresholds. | 15:18:21 |
| 19 | But I don't have a really good | 15:18:22 |
| 20 | estimate of what high-volume traders -- how | 15:18:26 |
| 21 | they're double-counted in volume.  I don't | 15:18:30 |
| 22 | have a good estimate of that.  But I think | 15:18:33 |
| 23 | it's fair to look at with discounts and | 15:18:34 |
| 24 | without, which is why I give the numbers both | 15:18:36 |
| 25 | ways in this report. | 15:18:40 |

```
 1                    H. MULCAHEY
 2          Q.   Well, don't you have a pretty      15:18:43
 3  good discount -- way of discounting            15:18:45
 4  high-frequency traders from the Electronic     15:18:48
 5  Game Card case?                                15:18:52
 6          A.   No.                               15:18:53
 7          Q.   Didn't the court apply a 60 to    15:18:53
 8  70 percent discount to your average weekly     15:18:55
 9  trading volume in its opinion in that case?    15:18:57
10          A.   Well, the other expert applied    15:18:59
11  that.  And I think in that case the judge said 15:19:01
12  he doesn't have any reliable basis for using   15:19:05
13  60 to 70 percent.  I think is what he said.    15:19:08
14  But in fact it passed the 1 percent threshold  15:19:11
15  anyways, so it's inconsequential.              15:19:16
16          Q.   Isn't it true that the court      15:19:19
17  actually found the criticism of you            15:19:22
18  persuasive, and that it did apply the 60 to 70 15:19:25
19  percent discount to your analysis in its       15:19:28
20  opinion?                                       15:19:31
21              MR. STERN:  Objection.  The        15:19:31
22  opinion speaks for itself.                     15:19:33
23  BY MR. MOSS:                                   15:19:35
24          Q.   You don't recall that?            15:19:35
25          A.   No.                               15:19:36
```

CONFIDENTIAL

HOWARD J. MULCAHEY - 11/19/2015                Page 246

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | Q.    And if you apply a 60 to 70 | 15:19:43 |
| 3 | percent discount here, then you would get a | 15:19:46 |
| 4 | range -- and you apply it to your 2.55 percent | 15:19:50 |
| 5 | number, you would get a range of .77 to 1.02? | 15:19:53 |
| 6 | Does that seem right? | 15:20:01 |
| 7 | If you discount 2.55 by 60 | 15:20:05 |
| 8 | percent and by 70 percent, by my calculations | 15:20:08 |
| 9 | the range would result in a .77 to a 1.02? | 15:20:12 |
| 10 | A.    That may be true.  But I'll | 15:20:17 |
| 11 | trust your math.  It's simple math. | 15:20:18 |
| 12 | Q.    And would a range of .77 to | 15:20:21 |
| 13 | 1.02, in your view, satisfy market efficiency | 15:20:25 |
| 14 | under Cammer? | 15:20:29 |
| 15 | A.    Again, I don't think any one | 15:20:30 |
| 16 | test will determine whether or not it's | 15:20:33 |
| 17 | efficient or not.  In my opinion, I think it | 15:20:36 |
| 18 | would.  I think this would support a finding | 15:20:39 |
| 19 | of efficiency. | 15:20:42 |
| 20 | Q.    That -- | 15:20:43 |
| 21 | A.    The trading volume. | 15:20:44 |
| 22 | Q.    That a trading volume in a | 15:20:45 |
| 23 | range between .77 and 1.02 would support a | 15:20:47 |
| 24 | finding of efficiency? | 15:20:52 |
| 25 | A.    I think it would.  You know, | 15:20:53 |

| | |
|---|---|
| 1                      H. MULCAHEY | |
| 2   I'm not ready to concede that 2.55 is the | 15:20:56 |
| 3   right starting point either.  That's why I | 15:20:59 |
| 4   used the 3.92.  It's up to the judge to | 15:21:02 |
| 5   determine whatever she thinks is the | 15:21:06 |
| 6   appropriate starting point. | 15:21:09 |
| 7          But I should also say that, I | 15:21:13 |
| 8   cite a paper in here of Larry Harris, that, | 15:21:16 |
| 9   you know, really the double-counting and the | 15:21:20 |
| 10   difference between Nasdaq and the New York | 15:21:22 |
| 11   Stock Exchange has really disappeared over | 15:21:24 |
| 12   time.  Double-counting is really not an issue. | 15:21:28 |
| 13          We actually have a friend at | 15:21:30 |
| 14   Nasdaq, the CFO, his name is Hatheway -- | 15:21:31 |
| 15   anyways, we've had conversations and e-mails | 15:21:37 |
| 16   with him confirming that the | 15:21:39 |
| 17   double-counting -- really they have done | 15:21:42 |
| 18   things to eliminate the double-counting, and | 15:21:44 |
| 19   it's really dramatically reduced. | 15:21:46 |
| 20       Q.  And is that market-maker | 15:21:50 |
| 21   double-counting or high-frequency trading | 15:21:52 |
| 22   double-counting? | 15:21:55 |
| 23       A.  Market-maker double-counting. | 15:21:56 |
| 24       Q.  If you mention high-frequency | 15:21:59 |
| 25   trading discount in Electronic Game Card, and | 15:22:03 |

```
 1                      H. MULCAHEY
 2   the court found persuasive the high-frequency      15:22:07
 3   trading discount, don't you think you should       15:22:12
 4   have mentioned it in this paper?                   15:22:15
 5              MR. STERN:  Objection.                   15:22:17
 6         A.    I don't have a reliable               15:22:18
 7   estimate of what high-frequency trading is.        15:22:19
 8   There's estimates, there's shoot from the hip      15:22:21
 9   guesses.  But, you know, what is it?  Is it        15:22:23
10   70?  Is it 7?  Is it 50 percent?  I don't know     15:22:26
11   what it is.                                        15:22:29
12         Q.    Well, you mentioned it -- you          15:22:31
13   said in your report in Electronic Game Card        15:22:34
14   that weekly trading volume must be -- "Some        15:22:38
15   argue that weekly trading volume must be           15:22:41
16   discounted for the volume attributable to         15:22:43
17   high-frequency traders and market-makers" --       15:22:45
18         A.    Mm-hmm.                                15:22:48
19         Q.    -- "which, by some estimates,          15:22:48
20   is between 50% and 58%."                           15:22:50
21              So you had an estimate months          15:22:52
22   ago on high-frequency trading?                     15:22:55
23         A.    Well, the 50 to 58 percent is         15:22:57
24   just market-makers.  It's not high-frequency      15:22:59
25   traders.  It must be missing a comma in there     15:23:01
```

```
 1                      H. MULCAHEY
 2   or something.                                    15:23:04
 3              But market-makers, I think it's        15:23:04
 4   pretty clear here, the double counting was        15:23:05
 5   estimated to be, you know, up to 58 percent.      15:23:07
 6   But that goes back to a paper done in 2002,       15:23:11
 7   with two people that I've worked with, Frank      15:23:15
 8   Torchio and Mike Barclay.  And I think the 54     15:23:17
 9   percent was the newer guy, Dr. Tabak.  He had     15:23:20
10   a different paper.                                15:23:27
11              But the data used for those            15:23:28
12   analyses and that empirical research goes back    15:23:31
13   to the late '90s, and 2000.  So it's really       15:23:35
14   dated.  And the Exchange has changed, it's        15:23:38
15   evolved over time.  And that's why the Harris     15:23:40
16   paper I cite here, Larry Harris, I think it's     15:23:43
17   2011, that that has really gone away.             15:23:46
18        Q.    Well, the defendants in                15:23:52
19   Electronic Game Card cited to literature for      15:23:54
20   their 60 to 70 percent discount for               15:23:56
21   high-frequency trading.  Do you recall that?      15:23:58
22        A.    I remember that they made that         15:24:01
23   argument, but I didn't think the court gave it    15:24:03
24   much weight.                                      15:24:05
25        Q.    Did you -- sorry.                       15:24:06
```

                          H. MULCAHEY

1

2          A.    And I didn't give it much                    15:24:07

3    weight.                                                   15:24:09

4          Q.    Did you read the literature                  15:24:09

5    that they cited?                                          15:24:11

6          A.    I believe I did.  But I don't                15:24:12

7    recall specifically.  In rebuttal I looked at            15:24:14

8    that very carefully.  I know that.  Do you               15:24:17

9    have my rebuttal report?  If you've got the              15:24:25

10   original?                                                15:24:27

11         Q.    You know, I actually don't.                  15:24:29

12         A.    The question is answered in                  15:24:32

13   there.                                                   15:24:33

14         Q.    Okay.  Thank you.                            15:24:33

15               Have you ever opined that a                  15:24:47

16   stock with a 1 percent weekly trading volume            15:24:50

17   was trading in an efficient market?                      15:24:52

18         A.    Is this a memory test?                       15:24:56

19         Q.    No, I don't -- I don't know the             15:24:59

20   answer, so if you don't recall, you don't                15:25:00

21   recall.                                                  15:25:02

22         A.    You know, some were close to 1              15:25:09

23   percent.  Without the discount for                       15:25:12

24   double-counting.  But I can't tell you which            15:25:14

25   ones.  Because I remember invoking that 1               15:25:19

```
 1                    H. MULCAHEY
 2  percent threshold instead of the 2 percent.        15:25:23
 3          Q.    Are you aware of any court           15:25:27
 4  decision where a stock that had a weekly           15:25:31
 5  trading volume under 1 percent was held to be      15:25:38
 6  found efficient?  As far as I can tell there's     15:25:42
 7  not one in your chart.  I'm just wondering if      15:25:51
 8  you're aware of any other.                         15:25:53
 9          A.    Well, just a moment.  I don't        15:25:55
10  think any -- I'm nearly certain, but I would       15:26:04
11  have to go back and check the data.  I don't       15:26:08
12  believe any of these stocks mentioned here has     15:26:09
13  any discount for double-counting, or               15:26:13
14  high-frequency traders.  Period.  That's why       15:26:16
15  it's an equal-footed comparison.  Whether you      15:26:18
16  use 2.55 or 3.92.                                  15:26:21
17              So if -- for example, if               15:26:23
18  Nature's Sunshine Products had the same            15:26:27
19  discount that you want to apply, they would be     15:26:30
20  less than 1 percent.  And they were found to       15:26:31
21  be efficient.                                      15:26:34
22              Supermedia -- no, not                  15:26:34
23  Supermedia.  There it is.  Caraco -- Caraco        15:26:39
24  Pharmaceutical Laboratories, 1.3.  Take the        15:26:42
25  discount and you're way under 1 percent.  So I     15:26:47
```

```
 1                    H. MULCAHEY
 2  would say yes.                                    15:26:50
 3              And I don't believe these are         15:26:59
 4  all of the stocks found to be efficient in the    15:27:00
 5  universe.  Only the ones that I could identify    15:27:02
 6  with my limited search.                           15:27:06
 7         Q.    When did --                          15:27:07
 8         A.    And also, excuse me --               15:27:09
 9         Q.    Sure.                                 15:27:11
10         A.    -- it doesn't include ADRs.  If      15:27:12
11  you include ADRs it's a whole series of other     15:27:15
12  stocks -- stock-like products that would be       15:27:18
13  efficient.                                         15:27:21
14         Q.    In your opinion, if you have         15:27:22
15  one, when did high-frequency trading become       15:27:23
16  prevalent?                                         15:27:26
17         A.    Really in the mid-2000s,             15:27:33
18  probably ten years ago.  It became fashionable    15:27:35
19  and profitable, there are a couple of books       15:27:43
20  out on it, like Flash Boys.                        15:27:47
21              So I think it's built over            15:27:52
22  time -- built up over time.  But again, I         15:27:54
23  don't think anybody knows with certainty how      15:28:02
24  much the high frequency accounts for trades.      15:28:07
25         Q.    And you didn't agree with the        15:28:14
```

1                    H. MULCAHEY

2   60 to 70 percent estimate in the papers that          15:28:16

3   defendants used in Electronic Game Card?              15:28:19

4            A.    You know, I don't think I              15:28:21

5   agreed with it, and I -- I think I made the           15:28:24

6   argument that there's no credible basis for           15:28:27

7   using 70 percent.  That's what I recall.              15:28:30

8            Q.    You also give the average              15:28:35

9   weekly -- in addition to the average weekly           15:28:44

10  trading volume you give the range during the          15:28:46

11  class period, in paragraph 99?                         15:28:48

12           A.    Mm-hmm.                                15:28:50

13           Q.    And it's .61 to 28.43?                 15:28:51

14           A.    Mm-hmm.                                15:28:56

15           Q.    Now, if you exclude the partial        15:28:56

16  weeks at the beginning and end of the class           15:29:02

17  period, that changes the range to .61 to 12 --        15:29:05

18  it keeps the bottom the same, the .61, but it         15:29:09

19  changes the top end to 12.39.                         15:29:13

20           A.    Okay.                                  15:29:17

21           Q.    And you didn't do any -- you           15:29:21

22  didn't offer that range and do any sensitivity        15:29:24

23  analysis on that range, right?                        15:29:27

24           A.    I did.                                 15:29:28

25           Q.    How did you --                         15:29:31

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 254

```
 1                    H. MULCAHEY
 2          A.    You've already talked about it.        15:29:32
 3          Q.    I'm sorry.  In terms of the --         15:29:33
 4  in terms of the range, you didn't show in your       15:29:36
 5  report the alternate range of .61 to 12.39?          15:29:39
 6          A.    Of course I did.  Absolutely I         15:29:44
 7  did.                                                 15:29:45
 8          Q.    Where is that?                          15:29:45
 9          A.    It's Exhibit 9.  It has every          15:29:46
10  single week.  I'm not hiding anything.  It's         15:29:48
11  all right there.  You want to find out what          15:29:55
12  week was less than 1 percent?  There's one           15:29:57
13  right there.  The week ending November 29.           15:30:00
14          Q.    Right.  All I'm asking you is,          15:30:06
15  in paragraph 99 you have the range there, .61        15:30:08
16  to 28.43.                                            15:30:13
17          A.    The range that I think it's            15:30:15
18  appropriate for the analysis, that's correct.        15:30:16
19          Q.    Okay.                                   15:30:17
20          A.    And I refer to the exhibit,            15:30:18
21  which has got each week individually.  Anybody       15:30:19
22  could check that.                                    15:30:22
23          Q.    And of the 20 weeks, the               15:30:23
24  average weekly trading volume was less than 2        15:30:27
25  percent in eleven of the weeks, right?               15:30:30
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 255

```
 1                      H. MULCAHEY

 2          A.    Could be.                          15:30:33

 3          Q.    Well --                            15:30:35

 4          A.    You've looked at it.  You          15:30:36

 5  counted them up.                                 15:30:39

 6          Q.    I did.  Have you counted them      15:30:40

 7  up?                                              15:30:41

 8          A.    No.  I don't consider it           15:30:42

 9  relevant.                                        15:30:44

10          Q.    You didn't think it was            15:30:44

11  important?                                       15:30:45

12          A.    No.                                15:30:45

13          Q.    Why not?                           15:30:46

14          A.    I don't care what it does in       15:30:46

15  any individual week.  I don't care.  The         15:30:48

16  benchmark is average weekly trading volume as    15:30:52

17  a percentage of shares outstanding.  Any         15:30:56

18  particular -- you know, if we were to divide     15:30:59

19  this class period into individual weeks and we   15:31:01

20  were going to say, ah-ha, the week ending        15:31:04

21  November 18 the weekly volume as a percentage    15:31:08

22  of shares outstanding is .82 percent, that       15:31:10

23  week Montage could not have traded in an         15:31:14

24  efficient market, I mean, that's kind of         15:31:18

25  silly.  I mean, it's the class period in its     15:31:21
```

```
 1                    H. MULCAHEY

 2  entirety.  There's not always going to be        15:31:23

 3  value-relevant news that's going to move the      15:31:26

 4  stock price or create trading volume.             15:31:28

 5                    Investors have -- like I say in  15:31:30

 6  the report, if information is available,           15:31:31

 7  trading costs are reasonable, and investors        15:31:33

 8  are competing for profits, there will be           15:31:36

 9  volume, there will be trading.  There will be      15:31:38

10  an efficient market.                               15:31:41

11                    And in this case some weeks you  15:31:42

12  just don't have much -- much to change the         15:31:44

13  value of the company, so you're not going to       15:31:46

14  have the trading.                                  15:31:48

15          Q.    Well, in this case it was less       15:31:50

16  than 2 percent in the majority of the weeks        15:31:52

17  during the class period.  And my question is       15:31:56

18  simply:  Does that matter to you in your           15:32:00

19  analysis?                                          15:32:01

20          A.    No.                                  15:32:02

21          Q.    Is there any threshold at which      15:32:04

22  that would matter?  If it were less than 2         15:32:06

23  percent in 19 of the 20 weeks, would that          15:32:09

24  matter to you?                                     15:32:12

25          A.    Well, how many weeks was it          15:32:14
```

```
 1                    H. MULCAHEY
 2  less than 1 percent?  Two?  Three?  Two?        15:32:16
 3  Three?                                          15:32:24
 4                  Three.  Does that matter?  I    15:32:26
 5  don't think so.  I'm looking at the average     15:32:28
 6  over the entire time period.  I have no basis   15:32:30
 7  for subdividing the class period into           15:32:33
 8  different time periods.                         15:32:34
 9                  And let's say, for argument's   15:32:36
10  sake, hypothetically, because, you know, I'm    15:32:38
11  interested in you getting through your          15:32:41
12  questions and us tidying this up, that weekly   15:32:42
13  volume was less than 1 percent for the entire   15:32:47
14  class period, and in the case where the         15:32:50
15  company was hiding the ball on its earnings.    15:32:52
16  It's an accounting fraud.  Right?  So there's   15:32:54
17  never any value-relevant news that would        15:32:57
18  change investors' expectations over a full      15:32:59
19  year.  But the last day of the class period     15:33:02
20  they came out and they said, listen, we lied    15:33:05
21  about our financial statements.  We didn't      15:33:07
22  make ten cents a share over this year.  We      15:33:09
23  actually lost ten cents a share over the past   15:33:12
24  year.                                           15:33:15
25                  All that value-relevant news    15:33:15
```

```
 1                      H. MULCAHEY
 2  would be captured in that last week of              15:33:20
 3  trading.  Okay?  Because the company has this       15:33:22
 4  omission over that entire time period.  All         15:33:26
 5  right?  All the volume that would have taken        15:33:30
 6  place if they had accurately reflected their        15:33:32
 7  earnings over the entire class period, whether      15:33:36
 8  it be guidance or earnings announcements,           15:33:37
 9  forecast, analyst reports coming out, all of        15:33:41
10  that news was captured in the very last day,        15:33:44
11  because the company hid the ball.                   15:33:47
12              Would that matter?  Maybe it            15:33:49
13  would, to a judge.  But I think there's a good      15:33:51
14  reason for it.                                      15:33:54
15         Q.   So I appreciate that you want           15:33:57
16  to get through the questions, I do too, and it      15:34:01
17  would --                                            15:34:04
18         A.   I just wanted to fully answer           15:34:04
19  your question, and take care of the                 15:34:06
20  hypotheticals --                                    15:34:07
21         Q.   What question were you                  15:34:08
22  answering?                                          15:34:09
23         A.   Whether or not it would matter          15:34:10
24  if certain number of weeks during the class         15:34:12
25  period had less than 2 percent of shares            15:34:15
```

```
 1                    H. MULCAHEY
 2  traded during that particular week.           15:34:18
 3        Q.    Okay.  And your answer to that     15:34:22
 4  question was that it wouldn't matter to you?   15:34:25
 5        A.    It would not matter to me.         15:34:26
 6        Q.    Okay.                              15:34:27
 7        A.    It's the average.                  15:34:30
 8        Q.    Okay.                              15:34:31
 9        A.    And I report the minimum,          15:34:32
10  maximum, median, and the average, all at the  15:34:34
11  bottom of that exhibit.                        15:34:36
12        Q.    And for all of the seven           15:34:39
13  different tests here Montage falls on the      15:34:44
14  wrong side of the median for efficiency,       15:34:47
15  right?                                         15:34:49
16        A.    Excuse me.  Can you repeat         15:34:50
17  that?                                          15:34:51
18        Q.    Sure.                              15:34:51
19              For all of the seven factors on   15:34:52
20  Exhibit 12 Montage falls on the wrong side of  15:34:55
21  the median for efficiency?                     15:34:59
22        A.    No.                                15:35:03
23        Q.    Which one does it not fall on      15:35:14
24  the wrong side of the median for efficiency?   15:35:21
25        A.    Well, if we're talking about       15:35:23
```

```
 1                    H. MULCAHEY
 2  market caps less than a billion, or all        15:35:26
 3  securities above?                              15:35:30
 4          Q.    I am talking about the median    15:35:30
 5  market cap is 592,624 at 9/17, right?          15:35:32
 6          A.    At the bottom of Exhibit 12      15:35:37
 7  there are two different comparisons.  I have   15:35:39
 8  the efficient small-caps and I have all cases. 15:35:43
 9                 If you're referring to all      15:35:47
10  cases, including the companies that are        15:35:48
11  gigantic, they are below the median in every   15:35:52
12  case.  But they are within the range.          15:35:54
13                 If you compare them to          15:35:55
14  companies that have been found efficient, that 15:35:56
15  are more comparable, with market caps less     15:35:59
16  than a billion, they're not below the median   15:36:02
17  in every category.                             15:36:04
18                 And whether they're above the   15:36:05
19  median or below the median, or above the mean  15:36:06
20  or below the mean, is not the point.  The      15:36:09
21  point is they're within the range.  That's the 15:36:12
22  point.                                         15:36:14
23                 MR. MOSS:  Let's go off the     15:36:17
24  record.                                        15:36:20
25                 THE VIDEOGRAPHER:  Here now     15:36:20
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 261

```
 1                     H. MULCAHEY

 2   marks the end of Tape 4 of the deposition of        15:36:21

 3   Mr. Howard J. Mulcahey.  The time is 3:36 p.m.      15:36:23

 4   We're now off the record.                           15:36:27

 5                     ---                                15:36:29

 6         (Recess from 3:36 to 3:51.)

 7                     ---                                15:51:10

 8              THE VIDEOGRAPHER:  Here now              15:51:10

 9   marks the beginning of Tape 5 of the                15:51:26

10   deposition of Mr. Howard J. Mulcahey.  The          15:51:28

11   time is 3:51 p.m.  We're back on the record.        15:51:31

12   BY MR. MOSS:                                         15:51:34

13         Q.   Mr. Mulcahey, let's talk for a           15:51:35

14   couple of minutes about the analyst coverage        15:51:38

15   factor.                                              15:51:43

16              You include Gravity, the short           15:51:44

17   seller, as an analyst, right?                        15:51:45

18         A.   I do.                                     15:51:48

19         Q.   Do you think it's appropriate            15:51:48

20   to include Gravity as an analyst given that         15:51:50

21   it's a short seller who presumably traded           15:51:55

22   immediately before issuing its report?               15:51:58

23         A.   Well, I don't -- I don't doubt           15:52:01

24   that there's other analysts that short stocks.      15:52:05

25   I don't doubt that, you know, some of the           15:52:08
```

DTI Court Reporting Solutions - New York
1-800-325-3376                    www.deposition.com

```
 1                    H. MULCAHEY
 2  underwriters, maybe not on Montage, but for        15:52:11
 3  other stocks that they follow, you know, if        15:52:14
 4  it's not the analyst, it's somebody in their       15:52:17
 5  firm.  Because they're in it to make money.        15:52:19
 6  Right?  Arbitrage activity is part of an           15:52:22
 7  efficient market.                                  15:52:28
 8              So they're in the count as             15:52:28
 9  average, but in fact, you know, the average of     15:52:30
10  5.3 or whatever it is -- let me just check,        15:52:33
11  before I misspeak -- analyst coverage -- 5.3.      15:52:37
12  So if I take them out, is it going to affect       15:52:41
13  the average?  Because they're going to come in     15:52:46
14  at the end.                                        15:52:49
15         Q.    There's a difference between a        15:52:50
16  short seller like Gravity and an investment        15:52:52
17  bank that has information walls between            15:52:55
18  research and trading, right?                       15:52:59
19         A.    There is a difference, correct.       15:53:00
20  My point is that both types of firms will do       15:53:02
21  what they have to to make money.  And those        15:53:06
22  walls may be walls, but they may not be            15:53:11
23  Chinese walls.  There may be holes in those        15:53:14
24  walls.  You know, I don't know.                    15:53:17
25         Q.    For the first three weeks of          15:53:19
```

```
 1                    H. MULCAHEY
 2   the class period there was a -- the so-called        15:53:21
 3   quiet period that you referred to, right?            15:53:24
 4          A.    Correct.                                15:53:26
 5          Q.    And during those three weeks            15:53:27
 6   there were no analyst reports?                       15:53:29
 7          A.    There were no analyst reports           15:53:30
 8   issued, correct.                                     15:53:32
 9          Q.    Do you agree that for at least          15:53:33
10   those three weeks the analyst report factor          15:53:38
11   would cut against market efficiency?                 15:53:40
12          A.    No, I don't think so.  I don't          15:53:43
13   think it does.                                       15:53:44
14          Q.    Why not?                                15:53:45
15          A.    Well, all five analysts that            15:53:46
16   came out on October 21 were underwriters, and        15:53:49
17   I am absolutely certain that all those               15:53:52
18   underwriters were following the stock in the         15:53:54
19   meantime; whether it's for the benefit of            15:53:57
20   their client or their own traders, I don't           15:53:59
21   know, but they were actively involved in the         15:54:01
22   stock.  I mean, it's common in an IPO that           15:54:04
23   underwriters support the stock in many ways.         15:54:06
24   That's why they have a quiet period.                 15:54:08
25          Q.    Well, I was going to ask you            15:54:10
```

1                       H. MULCAHEY

2  about that, because you say in your report          15:54:11

3  that the underwriters clearly continued to          15:54:13

4  follow the stock during the quiet period.           15:54:15

5           A.    Right.                               15:54:17

6           Q.    And I just want to understand,       15:54:17

7  what's your basis for saying they clearly           15:54:18

8  continued to follow the stock?                      15:54:21

9           A.    They have a vested interest in       15:54:22

10  the success of the IPO and they have also, you     15:54:23

11  know, a number of institutional and retail         15:54:27

12  clients that I'm sure got a piece of the IPO        15:54:30

13  from them, and wanted to make sure that their      15:54:34

14  clients are happy.  They have obligations for      15:54:38

15  price support and other types of trading           15:54:44

16  support, as is common in an IPO.  So -- and        15:54:46

17  they all came out with analyst reports on          15:54:51

18  day 25.                                            15:54:54

19          Q.    You didn't read those analyst        15:54:55

20  reports, though, did you?                          15:54:56

21          A.    No, I don't believe I did.           15:54:57

22          Q.    And you didn't talk to anyone        15:54:58

23  at any of these investment banks?                  15:55:00

24          A.    No.                                  15:55:03

25          Q.    So --                                15:55:05

```
 1                    H. MULCAHEY
 2          A.    It's the common practice.  It         15:55:06
 3   would be extraordinarily unusual for               15:55:07
 4   underwriters involved in an IPO not to follow      15:55:08
 5   the stock intently during that quiet period.       15:55:12
 6          Q.    So when you say that they             15:55:15
 7   clearly continued to follow the stock, it's        15:55:17
 8   not because you know; it's because you assume      15:55:18
 9   that that must be the case based on common         15:55:21
10   practice?                                          15:55:23
11          A.    Correct.                              15:55:25
12          Q.    You can turn, if you want, to         15:55:25
13   paragraph 126, but 77 percent of Nasdaq stocks     15:55:34
14   had a higher average number of market-makers       15:55:40
15   than Montage during the class period.  Does        15:55:44
16   that number sound right to you?                    15:55:46
17          A.    70 what now?                          15:55:49
18          Q.    77 percent of Nasdaq stocks --        15:55:51
19          A.    The paragraph number?  I'm            15:55:54
20   sorry.                                             15:55:55
21          Q.    Oh, sorry.  126.                      15:55:55
22          A.    That sounds reasonable.               15:55:59
23          Q.    And you agree that, based on          15:56:01
24   Exhibit 12, your Exhibit 12, there are only        15:56:06
25   two stocks with a number in the market-maker       15:56:11
```

```
 1                    H. MULCAHEY
 2   column lower than Montage's 27?               15:56:15
 3            A.    You're talking market-makers or   15:56:24
 4   analysts?                                     15:56:26
 5            Q.    Market-makers.                 15:56:27
 6            A.    I thought we were talking about   15:56:29
 7   analysts.  I'm lost.  Weren't we just talking   15:56:30
 8   about analysts?  Now we switched to           15:56:34
 9   market-makers?                                15:56:36
10            Q.    We did, and I didn't give you   15:56:37
11   the usual now we're switching topics, so --   15:56:38
12            A.    Now we're switching topics?    15:56:41
13            Q.    Now we're switching topics.    15:56:43
14            A.    So market-makers.              15:56:45
15            Q.    So my first question was:  77  15:56:46
16   percent of Nasdaq stocks had a higher than    15:56:49
17   average number of market-makers than Montage  15:56:51
18   during the class period, does that number     15:56:53
19   sound right to you.  And you said that seems   15:56:54
20   reasonable.                                   15:56:57
21              It still seems reasonable now      15:56:57
22   that you know we're talking about             15:56:59
23   market-makers?                                15:57:00
24            A.    Yes.                           15:57:00
25            Q.    Okay.  Now the next question is   15:57:01
```

1                          H. MULCAHEY

2    that, based on Exhibit 2 there were only two        15:57:06

3    stocks that have numbers in the market-maker        15:57:08

4    column that were held to be efficient with          15:57:12

5    fewer market-makers than Montage's 27.              15:57:14

6             A.     Okay.                               15:57:20

7             Q.     Is that fair?                       15:57:20

8             A.     Fewer than 27.                      15:57:21

9             Q.     So I see a 14, and a --             15:57:27

10            A.     Well, let's qualify that.           15:57:32

11            Q.     -- 21.                              15:57:34

12            A.     Some have an "n/a," like            15:57:36

13   Electronic Game Card, and there's a whole           15:57:39

14   series that are NYSE, and they have one             15:57:43

15   market-maker, a designated market-maker at          15:57:45

16   NYSE, it's a single -- a single entity, that        15:57:47

17   is charged with making a market, ensuring           15:57:50

18   liquidity for particular stocks.                    15:57:54

19                 Now, the NYSE-designated              15:57:56

20   market-maker and the market-makers on Nasdaq,       15:57:58

21   they don't have to be the same type of firm,        15:58:01

22   but if you're just doing a numerical count,         15:58:05

23   the NYSE is all single digit.                       15:58:07

24            Q.     Fair enough.  What is the           15:58:12

25   "n/a"?  Does that just mean the number wasn't       15:58:14

```
 1                    H. MULCAHEY

 2   in the opinion?                                   15:58:18

 3           A.    Yeah, or wasn't available for       15:58:18

 4   some reason.                                      15:58:20

 5           Q.    Of the -- of all of the ones        15:58:24

 6   with a number, the closest -- and let's say       15:58:27

 7   assume that the NYSE ones are 1, and the "n/a"     15:58:31

 8   ones are unknowable.  Of all of the ones with     15:58:35

 9   a number, which one is the closest to Montage?    15:58:38

10           A.    Just a moment.  (Pause.)  It        15:58:42

11   turns out Electronic Game Card, it's right        15:58:54

12   here, I looked it up, the average is 27.  I       15:58:57

13   don't know why it's an "n/a" here.  It must be    15:58:59

14   an error.  I won't write in it.                   15:59:02

15                So the ones closest to Montage       15:59:05

16   are -- this is an eye test -- Nature's            15:59:07

17   Sunshine Products.  Electronic Game Card.         15:59:15

18   Keyuan Petrochemicals is about half of            15:59:21

19   Montage.  And China MediaExpress Holdings is      15:59:27

20   very close.  And I think Catalyst                 15:59:33

21   Pharmaceutical is quite close.                    15:59:37

22           Q.    So -- I'm sorry.  Maybe I           15:59:39

23   wasn't clear.  I was referring to efficient       15:59:40

24   and inefficient.                                  15:59:42

25           A.    And inefficient.                    15:59:43
```

```
 1                        H. MULCAHEY
 2          Q.    And the question was, which is        15:59:44
 3  the one that's closest to Montage?                  15:59:45
 4          A.    Electronic Game Card.  27.            15:59:47
 5          Q.    Well, that one wasn't on your         15:59:53
 6  chart, right?                                       15:59:57
 7          A.    No, it wasn't.  I didn't make         15:59:59
 8  it up, though.  It's in the report.  For some       16:00:00
 9  reason it's an "n/a" here.  It must have not        16:00:02
10  picked it up, through the same method we            16:00:05
11  picked up the others.                               16:00:07
12          Q.    Well, that was --                     16:00:08
13          A.    Oh, that's because it's               16:00:09
14  over-the-counter.  You have to get that from a      16:00:11
15  different source.  The same with Inyx.              16:00:13
16          Q.    Well, that was your case, you         16:00:17
17  were the expert in that case, right?                16:00:19
18          A.    That's right.  So I know that         16:00:20
19  one.                                                16:00:22
20                But the point is that                 16:00:22
21  over-the-counter -- the source for                  16:00:23
22  over-the-counter market-makers is different         16:00:25
23  from NYSE and Nasdaq, and they're not               16:00:26
24  available from the same sources.  That's why        16:00:30
25  it's an "n/a."  But I know that Electronic          16:00:32
```

1                    H. MULCAHEY

2    Game Card is a 27, because the report is right          16:00:35

3    here, as Exhibit 5.                                      16:00:38

4            Q.    Are there any other -- just               16:00:38

5    sitting here, are there any other errors that           16:00:41

6    jump out at you in this chart?                           16:00:44

7            A.    No.  And, you know, I happen to           16:00:46

8    know the number, but I don't consider it an             16:00:50

9    error, based on the way the data is put                 16:00:52

10   together in the exhibit.  Right?                         16:00:55

11   Over-the-counter, it's consistent.  The two             16:00:58

12   over-the-counter stocks both have "n/a's"               16:01:02

13   because they're not available from the                  16:01:04

14   sources, as identified in the footnotes.                16:01:06

15           Q.    Is there -- we're switching               16:01:09

16   topics.                                                  16:01:14

17                 Is there any support in the               16:01:15

18   academic literature for using bid/ask spread           16:01:16

19   as a test for market efficiency?                         16:01:18

20           A.    The economic literature talks            16:01:21

21   about trading costs, like we talked about               16:01:24

22   earlier today.  Trading costs are an important         16:01:27

23   factor, overcoming trading costs.                       16:01:32

24                 So a finding of market                    16:01:35

25   efficiency, according to Dr. Fama, is when the         16:01:39

```
 1                    H. MULCAHEY
 2  benefits from trading on new information          16:01:42
 3  exceed the costs.  Trading costs are clearly      16:01:46
 4  implied.  So bid/ask spread is a direct           16:01:51
 5  measurement of trading cost.  So I would say      16:01:54
 6  yes.                                              16:01:56
 7          Q.    So because it's a direct            16:01:56
 8  measurement of trading costs, it's important      16:01:58
 9  to market efficiency?                             16:02:00
10          A.    It's implied, and I think it's      16:02:01
11  reasonable to say it's important for              16:02:04
12  efficiency.                                       16:02:06
13          Q.    All of the stocks that were         16:02:06
14  found to be efficient in this chart have          16:02:10
15  spreads that are lower than Montage's, right?     16:02:14
16          A.    You're asking if --                 16:02:19
17          Q.    China Agritech and China            16:02:26
18  Automotive -- Horizon is an "n/a" so we can't     16:02:29
19  tell.  But China Agritech and China Automotive    16:02:31
20  both have bid/ask spreads that are lower than     16:02:33
21  Montage?                                          16:02:36
22          MR. STERN:  I'm sorry.  You had           16:02:36
23  said efficient.  I think you meant                16:02:38
24  inefficient, right?                               16:02:41
25          MR. MOSS:  Yes.                           16:02:42
```

```
 1                     H. MULCAHEY
 2  BY MR. MOSS:                                    16:02:42
 3         Q.    All of the stocks that were        16:02:43
 4  found to be inefficient in this chart have      16:02:44
 5  spreads that are lower than Montage's, is that  16:02:48
 6  right?                                          16:02:50
 7         A.    I don't know about Horizon          16:02:50
 8  Wireless, but two of the three, yes.            16:02:52
 9         Q.    Well, all of the stocks on this     16:02:54
10  chart for which there's an available number     16:02:56
11  for the bid/ask spread are lower?               16:02:58
12         A.    Fair enough.                        16:03:00
13         Q.    And you don't know what the         16:03:01
14  Horizon lines is?                               16:03:03
15         A.    I don't.  It's an NYSE stock.       16:03:06
16  For some reason we couldn't find that data.     16:03:08
17         Q.    And of the 34 that were found       16:03:10
18  to be efficient, only four have a higher        16:03:13
19  spread than Montage's, right?                   16:03:18
20         A.    Yes, that's correct.                16:03:35
21         Q.    And 30 of the 34 that were          16:03:36
22  found to be efficient have a bid/ask spread of  16:03:40
23  less than 1 percent?                            16:03:45
24         A.    I'll take your word for it, but     16:03:47
25  I won't count them.                             16:03:50
```

```
 1                      H. MULCAHEY
 2           Q.    And Montage's bid/ask spread          16:03:51
 3   that you calculate here is more than 1             16:03:54
 4   percent?                                           16:03:56
 5           A.    1.02.  Not a lot more than 1         16:03:56
 6   percent.                                           16:03:58
 7           Q.    But more?                            16:03:58
 8           A.    Objectively, it is more.            16:04:00
 9           Q.    Subjectively, is it less?            16:04:03
10           A.    Subjectively it's more, too.         16:04:05
11   But it's not much different than 1 percent.        16:04:08
12           Q.    Now, you say in paragraph 144        16:04:12
13   that an average bid/ask spread of 1.02 percent     16:04:16
14   during the class period would not be a             16:04:20
15   significant deterrent to investor trading          16:04:23
16   in -- trading activity in Montage's common         16:04:26
17   stock.  Do you see that?                           16:04:29
18           A.    Correct.                             16:04:29
19           Q.    What's that based on?                16:04:30
20           A.    If it were a significant             16:04:32
21   impediment, I think it would affect trading        16:04:34
22   volume as a percentage of shares outstanding,      16:04:37
23   and it's just my opinion based on the -- the       16:04:40
24   comparison to other Nasdaq stocks, and the         16:04:47
25   stocks that are found to be efficient, it          16:04:50
```

```
 1                      H. MULCAHEY
 2  seems to me that it's a reasonable transaction          16:04:52
 3  cost that would not impair the efficiency --            16:04:55
 4  the informational efficiency in Montage stock.          16:05:02
 5  It's not an impediment to trading.                      16:05:05
 6           Q.    When you say based on a                  16:05:06
 7  comparison to other Nasdaq stocks and stocks            16:05:08
 8  that are found to be efficient, are you just            16:05:10
 9  talking about the stocks on this chart, the             16:05:13
10  Nasdaq stocks on this chart?                            16:05:15
11           A.    No.  In paragraph 141.  I did            16:05:16
12  an empirical study of daily bid/ask spreads             16:05:18
13  representing 2,284 securities listed on                 16:05:22
14  Nasdaq, excluding securities with less than 80          16:05:26
15  observations, that were not trading for                 16:05:28
16  whatever reason.  Either they started late or           16:05:30
17  ended early, they're delisted, whatever it              16:05:33
18  might be.                                               16:05:35
19                   But the mean, the average of           16:05:36
20  the mean bid/ask spread was .83.  Not very              16:05:39
21  different from the 1.02.                                16:05:43
22           Q.    But the average of the mean was          16:05:45
23  less than 1 percent and Montage is more than 1          16:05:49
24  percent, right?                                         16:05:53
25           A.    It's less than 1 percent, but,           16:05:54
```

```
 1                     H. MULCAHEY
 2   you know, in hand-grenades and horseshoes, you      16:05:58
 3   know, close is good enough.  And this is            16:06:02
 4   really close to 1 percent, for all 2,300            16:06:04
 5   securities traded on Nasdaq.  Giant stocks and      16:06:07
 6   small stocks.  That's the average.                  16:06:10
 7         Q.    What would be a bid/ask spread          16:06:12
 8   that you would view cuts against market             16:06:14
 9   efficiency?                                         16:06:16
10         A.    You know, it depends on the             16:06:17
11   context.  We talked about this a little while       16:06:24
12   ago.  If the stock is -- if it's a penny stock      16:06:29
13   and it trades $2 or less, you know, maybe a 2       16:06:32
14   or 3 percent bask spread is reasonable,             16:06:38
15   because it represents a very small dollar           16:06:40
16   amount.  Okay?  Does that make sense?               16:06:43
17         Q.    It does.                                16:06:46
18         A.    But if your stock price is 20           16:06:47
19   or 30 or 40 or $50, that 2 or 3 percent is a        16:06:48
20   very substantial amount of money, based on          16:06:53
21   each individual share traded.                       16:06:56
22               So, you know, it's -- I don't           16:06:58
23   know if there's any hard-and-fast rule that,        16:07:02
24   you know, if it's more than 1 percent, if it's      16:07:04
25   more than 5 percent, that, you know, it can't       16:07:05
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 276

```
 1                    H. MULCAHEY
 2   be an efficient market.  It's in context with      16:07:09
 3   the security that you're analyzing.                16:07:15
 4           Q.    So if I understand, is it that       16:07:17
 5   the higher the stock price, the lower the          16:07:19
 6   threshold should be for bid/ask percentage?        16:07:22
 7           A.    You know, I think of it that         16:07:24
 8   way.  I don't know if it's represented like        16:07:26
 9   that in academic literature or not, but -- but     16:07:28
10   intuitively that makes sense.  Does that make      16:07:32
11   sense to you?                                       16:07:37
12           Q.    Yeah, sure.                          16:07:37
13                 And do you know what Montage's       16:07:38
14   stock price was at the time?                       16:07:40
15           A.    It would be the average stock        16:07:42
16   price over the class period, which I believe       16:07:44
17   is in Exhibit 12.  No, sorry.  Exhibit 9.          16:07:47
18   Maybe.  Average price was $17.                      16:07:53
19           Q.    So $17 and 1.0 --                    16:08:03
20           A.    2.                                    16:08:08
21           Q.    -- 2 percent, for you that's         16:08:08
22   efficient?                                          16:08:11
23           A.    That's my opinion, correct.          16:08:12
24           Q.    You haven't done any empirical       16:08:14
25   analysis on that sliding scale of stock prices     16:08:23
```

1                    H. MULCAHEY

2    and average bid/ask spread?                          16:08:30

3          A.     Yeah -- well, not really.               16:08:34

4    That's an intuitive sense.  The empirical            16:08:38

5    analysis I did was benchmarking Nasdaq stocks        16:08:41

6    against Montage, for bid/ask spread.  And            16:08:44

7    several other criteria.                              16:08:46

8          Q.     Right.  I'm just asking the,            16:08:47

9    you know, the test that you articulated, or          16:08:50

10   the standard that you articulated that,              16:08:52

11   roughly speaking, the higher the stock price,        16:08:55

12   the lower -- the higher the bid/ask spread has       16:08:59

13   to be, right?  I just wanted to know whether         16:09:01

14   or not you did any analysis of that.                 16:09:04

15         A.     My point is that you also have          16:09:06

16   to pay attention to the dollar value of the          16:09:07

17   bid/ask spread, and the dollar value of the          16:09:10

18   bid/ask spread is relevant.  So with a very          16:09:13

19   small stock price, a high bid/ask spread may         16:09:15

20   not be an impediment to trading, because it          16:09:18

21   may represent a penny, for example.  But if          16:09:22

22   you're trading, you know, a $50 stock and it         16:09:24

23   represents a buck and a half, it may be a            16:09:26

24   problem.  It would be a 3 percent bid/ask            16:09:29

25   spread.                                              16:09:32

```
 1                      H. MULCAHEY
 2           Q.    So is there a dollar value of        16:09:32
 3   the bid/ask spread that you think is a             16:09:34
 4   benchmark?                                         16:09:36
 5           A.    I don't have a cut-off --            16:09:36
 6   excuse me.  I don't have a cut-off or a            16:09:38
 7   threshold.  It's the bigger the dollar value,      16:09:40
 8   the more of a problem it is for bid/ask            16:09:45
 9   spread.  And in general speaking, the relative     16:09:48
10   terms, the bigger the percentages, the more of     16:09:51
11   a problem it is for bid/ask spread.                16:09:53
12                   But if you benchmark it against    16:09:55
13   all of Nasdaq stocks, how many Nasdaq stocks       16:09:58
14   are efficient?  I don't know.  But if you put      16:10:01
15   them all in the universe, all almost 2,300 of      16:10:03
16   them, and this is within, you know, 19 basis       16:10:07
17   points, the bid/ask spread is within 19 basis      16:10:11
18   points of the average Nasdaq stock, clearly        16:10:14
19   the Nasdaq represents a lot of efficient           16:10:16
20   stocks.                                            16:10:20
21                   It represents something like       16:10:24
22   $7 trillion worth of market cap.  There's a        16:10:26
23   lot of stocks there that obviously have to         16:10:29
24   trade in an efficient market.                      16:10:30
25                   So if it's that close to the       16:10:31
```

```
 1                    H. MULCAHEY
 2  average, I think it's got to be a good sign        16:10:33
 3  for efficiency.                                    16:10:38
 4            Q.    Do you have any percentage of      16:10:39
 5  number of Nasdaq stocks that are efficient?        16:10:41
 6            A.    No, I don't think anybody's got    16:10:44
 7  that.                                              16:10:45
 8            Q.    Ballpark?                           16:10:46
 9            A.    The majority.  I would say the      16:10:47
10  vast majority.                                      16:10:51
11            Q.    And what's that based on?           16:10:53
12            A.    Shoot-from-the-hip guess.           16:10:55
13            Q.    Insider holdings.  New topic.       16:11:00
14  Your view is that the 18.62 percent of insider      16:11:08
15  holdings here supports market efficiency.  And      16:11:14
16  my question for you is simply, what analysis        16:11:17
17  did you do to arrive at that opinion?               16:11:21
18            A.    Which paragraph are we in?  Or      16:11:35
19  page?                                               16:11:37
20            Q.    Page 64.                            16:11:38
21            A.    Yeah, it's just based on my         16:11:55
22  experience benchmarking against other cases        16:11:57
23  found to be efficient, and it seems to me that     16:12:01
24  there are some -- I don't think there's any        16:12:07
25  really good benchmark on that.  What it means      16:12:20
```

```
 1                    H. MULCAHEY
 2  is there's 81 percent, 81.4 percent, held by      16:12:26
 3  the public, the public flow.  26-1/2 million       16:12:29
 4  shares.                                            16:12:34
 5               So if it were reversed I would        16:12:35
 6  say, you know, if 81 percent were held by          16:12:38
 7  insiders, then the investing public doesn't        16:12:41
 8  have a lot of incentive to trade or to follow      16:12:44
 9  the stock because of information asymmetry.        16:12:50
10               In other words, the insiders          16:12:56
11  hold -- (clearing throat) excuse me -- the         16:12:58
12  majority of the shares, they had privileged        16:13:01
13  insider information, better information than       16:13:03
14  the investing public, and some of the             16:13:05
15  incentive goes away to follow the stock.          16:13:10
16               But with 81 percent held by the       16:13:13
17  public it just seems to me it weighs in favor      16:13:15
18  of market efficiency, and it puts some weight      16:13:17
19  on the findings of other securities that were      16:13:20
20  found to be efficient by the courts.              16:13:22
21               Let's see.  No, I don't.              16:13:30
22  That's institutional holdings.  I just think       16:13:35
23  it -- in my experience it seems like it's a        16:13:39
24  reasonable amount in the public domain.  The       16:13:41
25  flow.                                              16:13:45
```

```
 1                    H. MULCAHEY

 2          Q.    And what about your experience?        16:13:46

 3   What experience do you have that leads you to       16:13:50

 4   conclude, apart from just reading other             16:13:53

 5   percentages in cases, but what experience do        16:13:56

 6   you have that leads you to conclude that this       16:14:00

 7   number supports efficiency?                         16:14:01

 8          A.    The experience I have from             16:14:09

 9   doing this for fourteen years, and looking at       16:14:13

10   so many different cases, and working on so          16:14:18

11   many different market efficiency projects.          16:14:21

12   Cases.  And I think it's just kind of a sanity      16:14:25

13   test, that if 80 percent, or 81, or 82, or 85       16:14:29

14   percent, are held by the investing public, a        16:14:33

15   minority of the shares are held by insiders.        16:14:36

16   You know, I don't think it's a strong               16:14:40

17   indicator one way or the other.  I think it's       16:14:42

18   a sliding scale.                                     16:14:45

19          Q.    Let's move on to price impact.         16:14:48

20   And I am going to be starting in paragraph          16:15:06

21   199.  And in 199 you opine, you say:  "In my        16:15:13

22   opinion, the alleged failure to disclose            16:15:20

23   material related-party transactions, including      16:15:23

24   that the company owned and controlled its           16:15:25

25   largest distributor, impacted Montage's stock       16:15:27
```

```
 1                      H. MULCAHEY
 2  price during the class period."                16:15:31
 3             Did I read that correctly?          16:15:36
 4        A.    You did.                            16:15:37
 5        Q.    So in other words,                 16:15:37
 6  Mr. Mulcahey, the alleged failure by Montage   16:15:39
 7  to disclose that LQW was a related party       16:15:43
 8  artificially inflated the stock price, and     16:15:48
 9  when Gravity revealed that there was a         16:15:50
10  relationship between Montage and LQW, or       16:15:52
11  alleged that there was, on February 6, the     16:15:55
12  misrepresentation was corrected, and the stock 16:15:57
13  went down to its true value.  Is that fair?    16:15:59
14             MR. STERN:  Objection.              16:16:02
15  Objection to the use of the word              16:16:06
16  "misrepresentation."                           16:16:08
17             MR. MOSS:  What's the basis for    16:16:13
18  the objection?                                 16:16:18
19             MR. STERN:  That whether this      16:16:20
20  is a misrepresentation or omissions case is at 16:16:22
21  issue.                                         16:16:24
22             MR. MOSS:  How is that an          16:16:27
23  appropriate objection at a deposition?  That's 16:16:28
24  a legal argument.                              16:16:29
25             MR. STERN:  I wasn't going to      16:16:30
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 283

```
 1                      H. MULCAHEY
 2   make -- I tried not to make it an excessively      16:16:31
 3   detailed objection, but it's trying to get him     16:16:34
 4   to acknowledge that it's a misrepresentations      16:16:36
 5   case, implicitly, and I was deliberately not       16:16:38
 6   being too specific on that.                        16:16:45
 7                   MR. MOSS:  All right.  Let me       16:16:46
 8   try it again.  I understand.                       16:16:47
 9   BY MR. MOSS:                                        16:16:49
10            Q.    So the alleged failure by           16:16:50
11   Montage to disclose that LQW was a related         16:16:51
12   party artificially inflated the price, and         16:16:54
13   when Gravity revealed that there was a             16:16:57
14   relationship, or alleged that there was,           16:16:59
15   between Montage and LQW, and corrected the         16:17:02
16   misinformation, the stock price went down to       16:17:05
17   its true value.  That's essentially what          16:17:08
18   you're saying here, in paragraph 199?              16:17:10
19            A.    I think so.  But let me just be     16:17:12
20   really clear.                                      16:17:15
21            Q.    Yes.                                16:17:15
22            A.    I'm saying that from the IPO        16:17:17
23   Montage did not disclose that it had this          16:17:25
24   alleged relationship, ownership, control of        16:17:28
25   LQW, and that violated SEC rules and GAAP          16:17:33
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 284

```
 1                      H. MULCAHEY

 2  accounting.  My understanding is for sure       16:17:39

 3  U.S. accounting, I'm not sure about Chinese.     16:17:42

 4                      And when that information     16:17:47

 5  became public through this Gravity's credible    16:17:51

 6  report that came out on February 6, detailed,   16:17:56

 7  and with sources and all of that, then the       16:17:59

 8  market took that as the revelation of a hidden   16:18:03

 9  fact, and that immediately made the stock more   16:18:14

10  risky to hold.                                    16:18:22

11                      And typically in securities  16:18:24

12  cases it's not the mistake, it's the cover-up.   16:18:25

13  Right?  So by hiding the ball, by failing to     16:18:27

14  make that information known, it damages the      16:18:31

15  reputation and credibility of management, and    16:18:35

16  in this case the senior management.  The most    16:18:37

17  senior management in charge, with the most       16:18:40

18  sensitive and important decisions of the         16:18:43

19  business, you know, hid what may or may not      16:18:47

20  have been a really important fact from the       16:18:52

21  market.                                           16:18:54

22                      And my experience in other   16:18:54

23  cases like this, an omissions case related to    16:18:55

24  disclosure, or accounting, there's a punitive    16:18:59

25  effect in terms of reputational damage.  So      16:19:04
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 285

```
 1                      H. MULCAHEY

 2   there are hundreds or thousands of stocks        16:19:07

 3   available out there that would have the same     16:19:08

 4   type of return as Montage.  So instantly, the    16:19:10

 5   minute that information hits the market,          16:19:14

 6   Montage becomes less desirable because the       16:19:16

 7   risk required to hold that goes up.  And it's    16:19:19

 8   a very simple calculation.  It's the present     16:19:23

 9   value of future cash flows.  The discount        16:19:25

10   rate -- the required rate of return goes up      16:19:27

11   significantly, which reduces the stock price.    16:19:29

12                     It has nothing to do with cash 16:19:31

13   flows, really, as far as I know.  But the risk   16:19:34

14   of holding the stock goes up.                    16:19:38

15                     So I'm thinking that that would 16:19:39

16   answer your question.                            16:19:42

17             Q.    I think if you listen carefully  16:19:43

18   to the questions and try to answer just the      16:19:45

19   question that I am asking, you're going to be    16:19:46

20   able to get out of here -- we're all going to    16:19:48

21   be able to get out of here a little bit          16:19:50

22   faster.  I appreciate that you are trying to     16:19:53

23   be complete and that's fine, and I'm happy to    16:19:55

24   hear what you have to say.  But if you listen    16:19:58

25   carefully to the question and just try to        16:20:00
```

```
 1                    H. MULCAHEY
 2  answer the question, this may move along a          16:20:02
 3  little bit more quickly.                            16:20:03
 4          A.    All right.  Let's try again.          16:20:05
 5          Q.    That's fine.  We've done that          16:20:06
 6  way.                                                16:20:09
 7                You cite Halliburton in your          16:20:09
 8  opinion.  Let me just ask you.  Halliburton II      16:20:11
 9  refers to the price impact with respect to the      16:20:15
10  specific misrepresentation challenged in the        16:20:17
11  suit.  Right?  That's what price impact means?      16:20:19
12          A.    Yeah, I believe so.  Yes.             16:20:24
13          Q.    And you're using the term             16:20:26
14  "price impact" here to mean the price impact        16:20:27
15  related to the specific misrepresentations          16:20:29
16  challenged in this lawsuit against Montage by       16:20:31
17  the plaintiffs?                                     16:20:34
18          A.    I believe that's right.  And I        16:20:37
19  want to make sure I'm consistent with what I        16:20:39
20  wrote, so let me just look at it.                   16:20:41
21          Q.    Sure.  And I think paragraph          16:20:42
22  182 will help you.  And wherever else, 183,         16:20:52
23  whatever you want to look at.                        16:21:00
24          A.    Yeah, I mean, I think that's          16:21:04
25  pretty clear.                                        16:21:05
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 287

```
 1                      H. MULCAHEY

 2           Q.    Sure.  Right.                      16:21:05

 3           A.    182 through 184.  That's what I    16:21:08

 4   am trying to determine.                          16:21:10

 5           Q.    The point here is you're trying    16:21:10

 6   to figure out the price impact when the          16:21:12

 7   alleged misrepresentations or omissions were     16:21:13

 8   corrected by Gravity?                            16:21:16

 9           A.    Correct.                           16:21:17

10           Q.    And you agree that in order to     16:21:18

11   be able to opine on price impact you need to     16:21:21

12   have an understanding of what the specific       16:21:24

13   misrepresentations or omissions that are being   16:21:26

14   alleged are?                                     16:21:29

15           A.    Okay.                              16:21:30

16           Q.    And I just want to ask you:        16:21:31

17   What's your understanding of the alleged         16:21:35

18   omissions or misrepresentations here?            16:21:40

19           A.    The failure to disclose the        16:21:42

20   ownership and relationship with LQW, the         16:21:46

21   distributor, that accounted for the vast         16:21:51

22   majority of its sales.                           16:21:53

23           Q.    And I just want to ask you         16:21:55

24   here, at the end of paragraph 182, and you're    16:22:03

25   citing the complaint, and you say:  "Failure     16:22:10
```

DTI Court Reporting Solutions - New York
1-800-325-3376                    www.deposition.com

```
 1                      H. MULCAHEY
 2  to disclose these material related-party        16:22:12
 3  transactions" -- meaning with LQW -- "is a      16:22:15
 4  violation of generally accepted accounting      16:22:19
 5  principles, which rendered Montage's financial  16:22:23
 6  statements false and misleading at all times."  16:22:26
 7             Do you see that?                      16:22:27
 8        A.   As quoted from the complaint,         16:22:27
 9  right.                                           16:22:29
10        Q.   Yes.  And I just want to get          16:22:29
11  your understanding as to -- is your             16:22:31
12  understanding that plaintiffs are alleging      16:22:38
13  that Montage's financial statements were false  16:22:39
14  and misleading?                                 16:22:42
15        A.   My understanding is it's a           16:22:46
16  violation of GAAP not to report these related  16:22:47
17  parties accurately, and I think it's limited   16:22:50
18  to that.  You know, whether it affects         16:22:53
19  anything else, I don't know.  There was never  16:22:56
20  a restatement, there was never a convincing    16:22:57
21  rebuttal.                                       16:23:00
22             I mean, the truth, I don't           16:23:02
23  think, based on my understanding of the news   16:23:04
24  following the Gravity report, the truth was    16:23:06
25  never really revealed.  They started an        16:23:11
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 289

```
 1                    H. MULCAHEY
 2  investigation with Jones Day, I don't know        16:23:12
 3  what happened to it, they became acquired, and    16:23:14
 4  it's gone.                                         16:23:16
 5          Q.    But as far as your                   16:23:19
 6  understanding is, the allegation here is that     16:23:21
 7  Montage was failing to disclose related-party     16:23:24
 8  transactions, and that violated GAAP?             16:23:29
 9          A.    Correct.                             16:23:31
10          Q.    I think you've said a couple of      16:23:31
11  times, 27 pages.  So I guess you're pretty        16:23:51
12  familiar with the Gravity report?                 16:23:53
13          A.    Correct.                             16:23:55
14          Q.    In your mind, what was the           16:23:56
15  Gravity report's most important and central      16:23:58
16  allegation that it released into the             16:24:02
17  marketplace?                                       16:24:05
18          A.    The central point that it            16:24:06
19  proved, at least in my opinion, is the            16:24:07
20  ownership of LQW was with Montage, which was      16:24:11
21  not previously disclosed.                          16:24:16
22          Q.    And that's the point, in your        16:24:19
23  view, that was most important to the              16:24:21
24  marketplace?                                       16:24:24
25          A.    That's the part that I think         16:24:25
```

```
 1                    H. MULCAHEY
 2   that they made a great argument about.  You      16:24:29
 3   know, I think they mentioned things about        16:24:35
 4   revenue and maybe margin.  But that was          16:24:36
 5   speculation.  They don't know that.  What they   16:24:38
 6   do know, what they contend, is that LQW was      16:24:39
 7   owned through this intricate process of          16:24:42
 8   different relationships to be owned by           16:24:50
 9   Montage, and it was very effectively hidden.     16:24:52
10   That was, I think, the crux of the report.       16:24:55
11            Q.    Now, did they mention things      16:24:58
12   about revenue, or was the central part of        16:24:59
13   their report and the title of their report an    16:25:02
14   accusation that Montage was fabricating its      16:25:06
15   revenues?                                         16:25:09
16            A.    They may have said that.  But     16:25:10
17   they didn't prove that.  What they               16:25:13
18   definitely came out and made a strong            16:25:15
19   argument for was that LQW was owned through      16:25:17
20   this intricate, layered relationship by          16:25:22
21   Montage.  I mean, that's what I got from it.     16:25:25
22            Q.    So the title of the report was,   16:25:29
23   "Is Montage Still 'Fabless' If It is             16:25:32
24   Fabricating Its Revenues," and your view is      16:25:37
25   that the central point of that is that Montage   16:25:40
```

```
 1                    H. MULCAHEY

 2   owned LQW?                                  16:25:41

 3            A.    That's correct.  That's      16:25:42

 4   correct.  You know, headlines, you know, they  16:25:44

 5   can say a lot of things.  They're trying to  16:25:46

 6   catch eyes.  But, you know, what's important  16:25:48

 7   in the report is the distributor, the        16:25:52

 8   relationship with the distributor.  And      16:25:54

 9   investors know that if a relationship with a  16:25:56

10   distributor is misrepresented, it could      16:26:00

11   mean -- it doesn't have to mean -- but it    16:26:03

12   could mean a whole lot of other things.      16:26:05

13            But that's only speculation on     16:26:07

14   any investor's part.  I mean, they're free to  16:26:12

15   speculate, after they make their own judgment  16:26:15

16   about the ownership of LQW by Montage.       16:26:17

17   Because it goes to reputation and credibility.  16:26:22

18            Q.    So you don't think the most  16:26:26

19   important part of the Gravity report, as far  16:26:28

20   as investors were concerned, were the        16:26:30

21   accusation that 71 percent of Montage's      16:26:31

22   revenues had been misreported?               16:26:34

23            MR. STERN:  Objection; asked        16:26:36

24   and answered.                                16:26:38

25            A.    You know, I'm trying to read  16:26:40
```

```
 1                    H. MULCAHEY
 2   the report objectively.  What the report said        16:26:43
 3   to me was that LQW was owned by Montage, and         16:26:46
 4   it was very effectively hidden.  Very                16:26:48
 5   effectively hidden.                                  16:26:52
 6                    It was a very credible exposé,      16:26:53
 7   because of the detail of the sources that they       16:26:56
 8   put in the report.  They mention revenue and         16:27:01
 9   some other things, but, you know, there was no       16:27:03
10   proof about that.  So I discount that.  But          16:27:05
11   the fact that the ownership of LQW was very          16:27:06
12   effectively proven to be Montage, that raised        16:27:11
13   a lot of questions, in my mind.                      16:27:15
14                    And I think the reaction was        16:27:16
15   the risk of holding the stock -- there could         16:27:18
16   be many other things that went wrong -- but          16:27:21
17   the risk of holding the stock went way up.           16:27:23
18   It's not because they don't know what the            16:27:25
19   revenues are.  It may be that, you know,             16:27:27
20   because of the volatility of the stock price         16:27:30
21   after this news came out, and the fact that          16:27:32
22   the underwriters and the company didn't              16:27:35
23   effectively rebut it, that, you know, maybe          16:27:38
24   there's more there.  They started an                 16:27:41
25   investigation with a law firm.  Whatever             16:27:43
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 293

```
 1                       H. MULCAHEY
 2  happened to that, nobody knows.              16:27:46
 3              But what really came out of the   16:27:47
 4  report was the ownership of the              16:27:49
 5  distributorship was misrepresented.          16:27:54
 6         Q.    And why is that important to     16:27:55
 7  investors?                                   16:27:57
 8         A.    Because it goes to credibility  16:27:57
 9  and reputation of management.  If they -- if 16:27:58
10  they had disclosed that properly from day one 16:28:03
11  in the IPO and in the prospectus, would it   16:28:08
12  have caused a problem?  Yeah, it would have  16:28:10
13  created questions.  Maybe people would       16:28:12
14  discount it.  You know, I don't know.  We    16:28:14
15  don't know.  That's a hypothetical that can't 16:28:15
16  be answered.                                 16:28:17
17              But the fact that they hid the   16:28:18
18  ball means that it's reputational damage.  And 16:28:19
19  I don't know what investors would have       16:28:24
20  concluded from the report.  But what it means 16:28:27
21  to me is it was a very effective exposé on the 16:28:29
22  ownership of the distributorship.  That's what 16:28:33
23  was effectively proven.                      16:28:35
24         Q.    You don't know what investors   16:28:37
25  would have thought about a report which was  16:28:39
```

```
 1                     H. MULCAHEY
 2   titled, Is Montage Fabricating Its Revenues?        16:28:41
 3           A.    Well, they might have looked at       16:28:46
 4   the report thinking how did they fabricate          16:28:49
 5   revenues.  But when they read the report,           16:28:51
 6   what's proven is the ownership.  That's what        16:28:52
 7   comes out of the report.                            16:28:54
 8           Q.    And the ownership is important         16:28:58
 9   for reputational purposes, not because 71           16:28:59
10   percent of Montage's revenues were being            16:29:01
11   generated through LQW and Gravity was alleging      16:29:04
12   that those revenues were fabricated because         16:29:08
13   LQW was owned by Montage?                           16:29:11
14           A.    LQW -- or Gravity didn't have         16:29:12
15   any convincing evidence in the report that, as     16:29:17
16   far as I recall, that revenues were                 16:29:22
17   misrepresented.  It did point out                   16:29:24
18   inconsistencies within the prospectus, how         16:29:27
19   revenue levels or concentration of risk from       16:29:30
20   sales to different distributors may have been      16:29:33
21   slightly inconsistent over time.  Well, okay.      16:29:36
22   But is that a crime?  Is that a big problem?       16:29:37
23   Probably not.  Maybe it's sloppy.                   16:29:42
24                 But, you know, they can mention      16:29:45
25   revenues, they can mention operating margin.       16:29:49
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 295

```
 1                    H. MULCAHEY

 2   But without something definitive, it's really      16:29:51

 3   not credible to say that the revenues were          16:29:54

 4   misrepresented.  It may be that they were.          16:29:56

 5   But we don't know.  What was convincing in the      16:29:59

 6   report was the ownership of the                     16:30:03

 7   distributorship.                                    16:30:05

 8         Q.    And that's what you think was          16:30:06

 9   most important to investors?                        16:30:08

10                MR. STERN:  Objection; asked          16:30:09

11   and answered.                                       16:30:10

12         A.    That's what I think was most           16:30:10

13   important, yeah.                                    16:30:11

14                MR. MOSS:  Let's mark the             16:30:12

15   Gravity report Exhibit 6.                           16:30:14

16                      ---                              16:30:15

17                (Mulcahey Exhibit 6, Gravity          16:30:39

18   Research report, "Initiating Coverage on

19   Montage Technology Group Ltd. - Strong Sell"

20   was marked for identification)

21                      ---                              16:30:39

22   BY MR. MOSS:                                        16:30:39

23         Q.    Mr. Mulcahey, is this the              16:30:48

24   Gravity report?                                     16:30:50

25         A.    It appears to be.                       16:30:51
```

```
 1                    H. MULCAHEY
 2          Q.    In your experience in either        16:30:51
 3  writing or reading publications isn't the         16:30:59
 4  title -- doesn't the title usually contain the    16:31:03
 5  central thesis of an article?                      16:31:08
 6               MR. STERN:  Objection; asked          16:31:12
 7  and answered.                                       16:31:13
 8          A.    It depends on the article,            16:31:13
 9  really.  If it's a scientific journal,             16:31:18
10  probably.  If it's an economic journal,            16:31:22
11  probably.  If it's an analyst report,              16:31:25
12  sometimes.  Not always.                             16:31:28
13          Q.    So you don't put any stock in         16:31:33
14  the fact that the title says:  "Is MONT Still      16:31:37
15  'Fabless' If It is Fabricating Its Revenue,"       16:31:40
16  and it doesn't mention LQW or related parties      16:31:42
17  at all; you still think that the central part      16:31:45
18  of this was the LQW relationship?                  16:31:48
19          A.    Not without reading the report,      16:31:53
20  no.  If I see the headline, I don't know --        16:31:54
21  you know, it looks a little sensational.  I        16:31:56
22  don't know until I read it.                         16:32:01
23          Q.    Well, let's look at the              16:32:01
24  introduction.  Do you see the first bolded         16:32:03
25  sentence?  It's the second sentence after they    16:32:07
```

```
 1                    H. MULCAHEY
 2   introduce what Montage is.                      16:32:13
 3           A.    Mm-hmm.                           16:32:14
 4           Q.    "We believe that Montage          16:32:15
 5   Technology Group, Ltd. is committing fraud,     16:32:17
 6   and that MONT's actual revenue is               16:32:20
 7   significantly lower than MONT has reported to   16:32:23
 8   investors, due to overwhelming evidence that    16:32:24
 9   MONT's largest distributor is nothing more      16:32:27
10   than a shell company used to help fabricate     16:32:30
11   MONT's financials."                             16:32:32
12                 Do you see that?                  16:32:33
13           A.    Mm-hmm.  Correct, I do.           16:32:34
14           Q.    And does that sentence fairly     16:32:35
15   summarize the main part of this article, the   16:32:38
16   main thesis of this article?                    16:32:41
17           A.    A part of the sentence does.      16:32:43
18   They believe they're committing fraud -- okay,  16:32:45
19   they can believe whatever they want -- and      16:32:47
20   they believe that the revenue is significantly  16:32:50
21   lower.  They can believe what they want.        16:32:52
22                 "Overwhelming evidence,"          16:32:54
23   that's the part that catches my eye, that       16:32:55
24   Montage's largest distributor is nothing more   16:32:57
25   than a shell company.                           16:33:01
```

```
 1                    H. MULCAHEY
 2              Okay.  So they have --              16:33:01
 3        Q.    A shell company -- sorry.  A        16:33:03
 4   shell company what?                            16:33:06
 5        A.    To fabricate financials.  All       16:33:06
 6   right?                                         16:33:09
 7              But the key point is                16:33:09
 8   overwhelming evidence about the largest        16:33:11
 9   distributor that's a shell company.  All       16:33:13
10   right.  So now they've got my attention.       16:33:15
11        Q.    Well, hold on.  It's                16:33:16
12   overwhelming evidence that the largest         16:33:19
13   distributor is nothing more than a shell       16:33:21
14   company used to help fabricate Montage's       16:33:23
15   financials, right?  That's what it says?       16:33:26
16        A.    That's got my attention.  I'll      16:33:29
17   continue to read.  That's what it says.  It    16:33:31
18   doesn't say that it's found -- it's found      16:33:35
19   fraud, overwhelming evidence that the revenues 16:33:38
20   is significantly lower, overwhelming evidence  16:33:41
21   that the financial statements are wrong.       16:33:43
22              It says overwhelming evidence       16:33:47
23   about the largest distributor, that's a shell  16:33:48
24   company.                                       16:33:51
25        Q.    But it says overwhelming            16:33:52
```

```
 1                    H. MULCAHEY
 2  evidence that the largest distributor is         16:33:55
 3  nothing more than a shell company used to help   16:33:57
 4  fabricate the financials.  Right?                16:34:01
 5          A.    That's what it says.               16:34:03
 6          Q.    So --                              16:34:04
 7          A.    That's what that one sentence      16:34:05
 8  says, correct.                                   16:34:06
 9          Q.    And this sentence doesn't say      16:34:07
10  anything about related parties or GAAP, right?   16:34:13
11          A.    No.  But it's clearly implied.     16:34:19
12  How could a U.S. investor look at this, talk     16:34:26
13  about Montage's largest distributor being a      16:34:30
14  shell company as opposed to an independent       16:34:37
15  company -- I mean, there's a lot implied in      16:34:40
16  that language that a sophisticated investor,     16:34:46
17  or any investor interested in Montage,           16:34:48
18  wouldn't know what that means.                   16:34:50
19              I mean, it means that, whoa,         16:34:52
20  especially if you bought in the IPO, you know    16:34:54
21  that this is a large distributor, big chunk of   16:34:56
22  revenues, and it's a shell company.  You've      16:34:59
23  got to keep reading.                             16:35:01
24          Q.    Well, you can have a shell         16:35:04
25  company that's not a related party, right?       16:35:05
```

```
 1                    H. MULCAHEY
 2         A.    Yeah, but again, I qualified it      16:35:10
 3  by saying you buy the IPO.  You read the          16:35:11
 4  prospectus.  There's no related parties that      16:35:14
 5  are distributorships.  You know instantly this    16:35:17
 6  is potentially an issue.  This is -- I've got     16:35:20
 7  to keep reading.  What is the evidence.           16:35:22
 8         Q.    The issue that this is flagging      16:35:24
 9  is that the shell company was used to help        16:35:27
10  fabricate the financials.  Isn't that right?      16:35:29
11         A.    This one sentence.  Okay.  So        16:35:31
12  I'm projecting a little bit ahead, right,         16:35:34
13  because I've been through this.                   16:35:36
14              So what that sentence says is         16:35:39
15  that they believe Montage is committing fraud,    16:35:43
16  and there's overwhelming evidence that the        16:35:48
17  largest distributor is nothing more than a        16:35:50
18  shell company used to help fabricate financial    16:35:52
19  statements.  That's what it says.                 16:35:56
20         Q.    If this report had said that         16:36:00
21  Montage was fabricating 71 percent of its         16:36:06
22  revenues through other means, for example,        16:36:10
23  through round-trip transactions -- okay?          16:36:13
24         A.    Mm-hmm.                              16:36:17
25         Q.    -- is it your opinion that the       16:36:17
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | price impact would have been the same or | 16:36:19 |
| 3 | different?  If there was credible evidence in | 16:36:20 |
| 4 | here that -- overwhelming evidence, that | 16:36:23 |
| 5 | Montage was using round-trip transactions and | 16:36:26 |
| 6 | was committing fraud because 71 percent of its | 16:36:30 |
| 7 | revenues were false, based on this | 16:36:33 |
| 8 | overwhelming evidence, would the price impact | 16:36:36 |
| 9 | have been the same? | 16:36:39 |
| 10 | MR. STERN:  Objection; calls | 16:36:40 |
| 11 | for speculation. | 16:36:42 |
| 12 | A.    Clearly it does. | 16:36:42 |
| 13 | MR. MOSS:  Sure.  He's an | 16:36:43 |
| 14 | expert.  It's a hypothetical. | 16:36:45 |
| 15 | BY MR. MOSS: | |
| 16 | Q.    Assume for me that this report | 16:36:47 |
| 17 | said what I said, which is that Montage -- | 16:36:50 |
| 18 | A.    Let me ask you a question.  If | 16:36:53 |
| 19 | it said that 71 percent of its revenues were | 16:36:56 |
| 20 | fabricated, there were round-trip | 16:36:59 |
| 21 | transactions, the product was never shipped, | 16:37:01 |
| 22 | all right, it's completely fabricated, then my | 16:37:03 |
| 23 | guess is the stock price reaction would have | 16:37:08 |
| 24 | been far more severe.  Because that says that | 16:37:09 |
| 25 | only 30 percent, at most, of the revenues | 16:37:12 |

```
 1                    H. MULCAHEY
 2  actually exist.  Actually exist.              16:37:15
 3              So what does that mean for         16:37:18
 4  earnings?  Well, you take your earnings, and   16:37:20
 5  you multiply revenues and, you know, use a     16:37:22
 6  percentage approach to try to estimate what    16:37:24
 7  that would be, and you adjust the value of the 16:37:26
 8  company and the shares by that amount.         16:37:29
 9              And there are cases like this,     16:37:32
10  where -- there's a recent case of a Chinese    16:37:33
11  company that, upon investigation, their entire 16:37:36
12  operation was a sham.  The company didn't      16:37:41
13  exist.  The stock price went to zero.          16:37:44
14  Absolutely zero.  All right?  A little         16:37:46
15  different scenario, but the same principle.    16:37:49
16  All right?  Because 100 percent of the         16:37:51
17  revenues were fabricated.  The company had no  16:37:53
18  value.  Boom.  Down to zero.                   16:37:55
19              In this case, 70 percent.          16:37:57
20  Maybe their stock price goes down 70 percent.  16:37:59
21  Maybe it goes down 85, because there's a       16:38:01
22  reputational effect as well.  Or 90 percent.   16:38:04
23              But my guess is, if 70 percent     16:38:07
24  of the revenues were completely fabricated,    16:38:09
25  you would have a far more severe price         16:38:11
```

1                    H. MULCAHEY

2   reaction.  Because the cash flows are in          16:38:14

3   question, not just the risk of holding the        16:38:16

4   stock.                                             16:38:18

5          Q.    Well, the report here, right,         16:38:18

6   is questioning 71 percent of the revenues.         16:38:19

7   That's why I gave you that number.  They say       16:38:22

8   that Gravity -- excuse me -- that LQW              16:38:25

9   accounted for 71 percent of Montage's             16:38:28

10  financials.  And so --                             16:38:31

11         A.    In the first nine months of           16:38:32

12  '13.                                                16:38:34

13         Q.    Sure.                                  16:38:34

14         A.    Before the IPO.                        16:38:35

15         Q.    So if this had said we believe        16:38:35

16  that Montage Technology is committing fraud         16:38:37

17  and that Montage's actual revenue is               16:38:40

18  significantly lower than Montage reported to        16:38:42

19  investors due to overwhelming evidence that        16:38:45

20  Montage is engaging in related-party               16:38:48

21  transactions that account for 71 percent of        16:38:53

22  its revenue, and then the report went on to        16:38:54

23  talk about -- to provide overwhelming evidence     16:38:57

24  about the round-trip transactions --               16:39:00

25                    MR. STERN:  You earlier said     16:39:03

```
 1                      H. MULCAHEY
 2   related-party transactions.                      16:39:05
 3   BY MR. MOSS:                                      16:39:06
 4           Q.    Excuse me.  I meant -- why          16:39:06
 5   don't I start it again.                           16:39:08
 6                  If this had said that we           16:39:09
 7   believe Montage Technology Group is committing    16:39:11
 8   fraud, and that Montage's actual revenue is       16:39:13
 9   significantly lower than Montage has reported     16:39:16
10   to investors due to overwhelming evidence that    16:39:18
11   Montage is engaging in round-trip transactions    16:39:22
12   that account for 71 percent of its revenues in    16:39:26
13   the first nine months of 2013, up from 50         16:39:29
14   percent in 2012, and then the report went on      16:39:33
15   to provide that overwhelming evidence of          16:39:37
16   round-trip transactions, is it your testimony     16:39:40
17   that the stock -- or is it your opinion that      16:39:43
18   the stock price would have -- price impact on     16:39:45
19   February 6th would have been the same or          16:39:49
20   different?                                        16:39:51
21           A.    That's a really long question.      16:39:51
22           Q.    I was trying to make it as          16:39:57
23   complete as possible for you.                     16:39:59
24           A.    I have done the same thing.         16:40:01
25                  Hard to say.  Really hard to       16:40:07
```

```
 1                    H. MULCAHEY
 2  say.  Maybe I could read that question back,        16:40:09
 3  or somebody could read it back.  Or I can read      16:40:17
 4  it off the monitor here?                            16:40:20
 5             MR. STERN:  Can I show -- do             16:40:21
 6  you have any objection to showing the monitor?      16:40:22
 7             MR. MOSS:  Or I can read it.             16:40:24
 8  Whatever you prefer.                                16:40:25
 9             Why don't you read it.                   16:40:26
10             THE WITNESS:  I just want to            16:40:28
11  make sure I have a few things.                      16:40:28
12                    ---                               16:40:35
13                 (Pause.)
14                    ---                               16:40:47
15        A.    If -- to answer your question,          16:40:47
16  if the report went on to definitively prove         16:40:49
17  that 71 percent of the sales of Montage were        16:40:53
18  completely fabricated, round-trip                   16:40:56
19  transactions, that revenue didn't really            16:41:02
20  exist, I would expect the stock price to be         16:41:04
21  more severe -- the stock price reaction more        16:41:06
22  severe, a bigger decline.                           16:41:12
23             What did we say this decline             16:41:15
24  was?  Let me just look at this.                     16:41:16
25             It went down 20 percent.  If             16:41:26
```

```
 1                   H. MULCAHEY
 2   I'm an investor and I -- you know, the          16:41:29
 3   calculation is cash flows -- the stock price    16:41:31
 4   is the present value of future cash flow.  So   16:41:39
 5   if the cash flows are misrepresented by 70      16:41:41
 6   percent, even with the same discount rate, you  16:41:44
 7   know, you're going to have a bigger than 20     16:41:48
 8   percent decline.                                16:41:50
 9             If you compound that decline          16:41:52
10   with a bigger discount rate, because of a       16:41:54
11   reputational problem, you know, this should be  16:41:56
12   four times this, easily.                        16:42:02
13             You know, I'm guessing.  But I        16:42:04
14   don't have a model to predict what the          16:42:05
15   valuation of the company is.  I haven't         16:42:08
16   performed a valuation of the company.  I        16:42:09
17   haven't extracted 71 percent of the revenues    16:42:10
18   and -- to determine what the value of the       16:42:13
19   company would be after that.  There's a lot of  16:42:15
20   variables that come into play.  Discounted      16:42:18
21   cash flow, and a comparables analysis.          16:42:21
22             But all bets are off, if 70           16:42:23
23   percent of the revenues are fictitious.  It's   16:42:26
24   a completely different valuation.  Not 20       16:42:30
25   percent.                                        16:42:33
```

```
 1                   H. MULCAHEY
 2              MR. STERN:  I am sorry.  I've          16:42:33
 3  got to make a call before 5.  It seems like we    16:42:34
 4  won't be done before then.                         16:42:38
 5              MR. MOSS:  We won't.                    16:42:39
 6              MR. STERN:  It will be a                16:42:40
 7  two-minute call.  I've just got to step out.       16:42:41
 8  You want to take a five-minute break?              16:42:43
 9              MR. MOSS:  You want to do it            16:42:45
10  now?                                                16:42:46
11              MR. STERN:  Yeah, if I can just        16:42:46
12  do it now.                                          16:42:49
13              MR. MOSS:  Sure.                        16:42:49
14              THE VIDEOGRAPHER:  Here now             16:42:50
15  marks the end of Tape 5 of the deposition of       16:42:51
16  Mr. Howard J. Mulcahey.  The time is 4:42 p.m.     16:42:52
17  We're now off the record.                           16:42:57
18                   ---                                16:42:58
19         (Recess from 4:42 to 4:53.)
20                   ---                                16:53:14
21              THE VIDEOGRAPHER:  Here now             16:53:14
22  marks the beginning of Tape 6 of the               16:53:30
23  deposition of Mr. Howard J. Mulcahey.  The         16:53:32
24  time is 4:53 p.m.  We're back on the record.       16:53:35
25  BY MR. MOSS:                                        16:53:38
```

```
 1                    H. MULCAHEY
 2        Q.    Mr. Mulcahey, let me start with        16:53:38
 3  another hypothetical out of the break.             16:53:40
 4             What if the Gravity report had          16:53:43
 5  said that Montage had failed to disclose that      16:53:45
 6  LQW was a related party, and it had all of the     16:53:49
 7  "overwhelming" evidence in here that you say,      16:53:53
 8  that Montage and LQW were related, and that        16:53:56
 9  because it had failed to disclose that LQW was     16:53:59
10  a related party it violated GAAP, but Gravity      16:54:04
11  also confirmed in the same report that            16:54:07
12  Montage's previously reported revenues were        16:54:09
13  all correct?  So instead of saying, we think       16:54:11
14  the revenues are wrong, it would say, we think     16:54:14
15  the revenues are right, but just so you know,      16:54:17
16  there's overwhelming evidence that Montage is      16:54:20
17  concealing related-party transactions.            16:54:23
18             In your opinion, would the              16:54:26
19  stock price have moved in the same direction       16:54:28
20  and by the same magnitude if that had been the     16:54:31
21  Gravity report?                                   16:54:34
22        A.    That's really hard to say.  It         16:54:37
23  depends on a lot of factors.  But all things       16:54:47
24  being equal, if they came out and said that        16:54:49
25  they failed to disclose that LQW was a related     16:54:55
```

```
 1                      H. MULCAHEY
 2  party, owned through a labyrinth of different      16:55:02
 3  ownership -- and this is Gravity reporting         16:55:09
 4  this, right, so it's a third-party -- risk of      16:55:12
 5  holding the stock goes up, because you wonder      16:55:17
 6  what else did they not report.                     16:55:19
 7              And if they make no allegations        16:55:20
 8  of misstated revenue, and if they confirm --       16:55:24
 9  it's very unusual, now -- if they confirm that     16:55:29
10  all revenues were correctly stated, you know,      16:55:31
11  and they really can't say that, because -- so      16:55:37
12  it's hard to say what direction.  It would go      16:55:42
13  down.  The stock price would go down, because      16:55:47
14  a third-party has come up with this exposé,        16:55:50
15  and the risk of holding the stock goes up,         16:55:54
16  because what else did they not disclose, what      16:55:56
17  else did they hide from investors, why did         16:55:58
18  they hide it.  A lot of questions come up.  So     16:56:00
19  I don't know.  It would go down.  I don't know     16:56:06
20  by how much.                                       16:56:08
21         Q.    It's a fair point you make.           16:56:09
22  Let's say they don't confirm it.  Let's just       16:56:11
23  say they don't allege it anymore.  So say --       16:56:14
24         A.    They just don't mention               16:56:17
25  revenues.                                          16:56:19
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | Q.    -- the same report but there | 16:56:19 |
| 3 | are no accusations in here.  There's no is it | 16:56:20 |
| 4 | fabricating its revenues.  There's no | 16:56:23 |
| 5 | statement at the end that says we believe that | 16:56:25 |
| 6 | Montage's revenues are not real.  Right? | 16:56:26 |
| 7 | There's nothing in here saying that we believe | 16:56:29 |
| 8 | that Montage is fabricating or making up its | 16:56:32 |
| 9 | revenues. | 16:56:36 |
| 10 | Would the stock price impact, | 16:56:36 |
| 11 | in your opinion, still have been the same? | 16:56:38 |
| 12 | A.    I think it would be very much | 16:56:40 |
| 13 | the same.  And there's really two reasons I | 16:56:41 |
| 14 | say that. | 16:56:44 |
| 15 | One is the market's reading | 16:56:45 |
| 16 | this, and there's a disclosure on the front of | 16:56:47 |
| 17 | this saying, you know, they may now, or in the | 16:56:49 |
| 18 | past, or in the future, may short the stock. | 16:56:51 |
| 19 | So the market understands the incentives of | 16:56:53 |
| 20 | these guys.  Right?  They want to make them | 16:56:57 |
| 21 | look bad.  So they're going to discount | 16:56:59 |
| 22 | allegations that really aren't well supported. | 16:57:03 |
| 23 | The only allegation in here | 16:57:05 |
| 24 | that is really well supported is that LQW is a | 16:57:06 |
| 25 | related party.  And it was hidden through this | 16:57:08 |

```
 1                    H. MULCAHEY
 2    elaborate ownership structure and very        16:57:13
 3    difficult to determine, you know, by an       16:57:15
 4    individual investor.                           16:57:18
 5            Q.    So you think investors weren't   16:57:19
 6    reacting at all to the fact that Gravity was   16:57:21
 7    accusing Montage of fabricating its revenues?  16:57:24
 8            A.    If they were, in a very minor    16:57:28
 9    way.  Because they don't make a -- in my       16:57:33
10    opinion, they don't make a really strong case  16:57:35
11    on revenues.  Because they don't know.  They   16:57:37
12    don't know what revenues -- they're saying     16:57:39
13    that this LQW was a hidden fact from the       16:57:41
14    market, and it looks like it was a sham.  Why  16:57:45
15    it was a sham, is it to fabricate revenues?    16:57:48
16    They don't know.  They don't make a strong     16:57:52
17    case of that.                                   16:57:53
18                 But the fact is, it was -- that   16:57:54
19    information was hidden.  And if I'm an          16:57:57
20    investor, I wonder why.  Why is it hidden, and 16:58:00
21    what else is hidden.                            16:58:04
22            Q.    So if you take out all -- just   16:58:05
23    so I understand.  If you take out all the      16:58:07
24    revenue misstatement accusations in this       16:58:09
25    Gravity report, you think investors would have 16:58:13
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 312

```
 1                    H. MULCAHEY

 2   reacted the exact same way and the price        16:58:15

 3   impact would have been the exact same?          16:58:17

 4         A.    I said similar.  I think I said      16:58:18

 5   similar.  But I meant similar.  I think the      16:58:20

 6   reaction would be very similar.                  16:58:22

 7               And the reason why is if this        16:58:25

 8   same report came out, they had no allegations    16:58:27

 9   about LQW and it just said we think the          16:58:29

10   revenues are overstated, I think the market      16:58:32

11   would yawn.  So what?  What proof do you have?   16:58:34

12               They don't have any convincing       16:58:38

13   evidence about revenue.                          16:58:41

14         Q.    So the price reaction in those       16:58:42

15   two cases would be similar, but it wouldn't be   16:58:45

16   the same?                                        16:58:48

17         A.    It's my opinion that it would        16:58:51

18   be similar if revenues weren't brought up here   16:58:53

19   in the current report, but I can't tell you      16:58:58

20   exactly what it would be.  Again, it's based     16:59:02

21   on the evidence that I think is credible,        16:59:06

22   which is LQW, the ownership of that              16:59:08

23   distributorship, was hidden.  That's all.        16:59:13

24         Q.    So let me try just one more          16:59:16

25   time.  Okay?                                     16:59:18
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 313

```
 1                    H. MULCAHEY
 2           A.    I'm trying to answer your        16:59:19
 3   question.  So if I haven't, tell me.           16:59:20
 4           Q.    Okay.  In the hypothetical that  16:59:22
 5   I gave you, in your opinion would the revenue  16:59:24
 6   impact be different than it was here, or --    16:59:28
 7   excuse me.                                      16:59:35
 8                In my hypothetical would the      16:59:35
 9   stock price impact be different than it was    16:59:37
10   here or would it be the same?                   16:59:41
11           A.    My answer is I don't know.  I    16:59:43
12   said similar.  I don't know if identical.  I   16:59:48
13   don't know if it is going to be exactly the    16:59:52
14   same or not.                                    16:59:54
15                You have a binary -- you're       16:59:55
16   asking for a binary answer, yes/no.  And it's  16:59:56
17   not that simple.                                17:00:02
18           Q.    Well, similar would be on the    17:00:03
19   side of different.                              17:00:05
20           A.    Similar could be 15 to 30        17:00:07
21   percent.  I mean --                             17:00:09
22           Q.    Right.                            17:00:12
23           A.    Because they hid the ball, the   17:00:13
24   market will react negatively.                   17:00:16
25           Q.    And I understand that you think  17:00:19
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 314

```
 1                    H. MULCAHEY
 2   the price reaction would be similar, and I'm        17:00:21
 3   just trying to understand.                          17:00:23
 4              Do you have an opinion as to             17:00:26
 5   whether or not it would be the same,                17:00:28
 6   identical, as it was with the current Gravity       17:00:32
 7   report?                                             17:00:35
 8        A.    My answer is I don't know.               17:00:36
 9   That's my opinion.                                  17:00:38
10        Q.    You talked about what you found          17:00:40
11   credible in the Gravity report.  Do you think       17:00:48
12   the market would have the same reading of the       17:00:52
13   Gravity report as you, in terms of what was         17:00:55
14   important and what was credible?                    17:00:58
15        A.    I expect so.                             17:01:01
16        Q.    And what do you base that on?            17:01:07
17        A.    Just reading the report as an            17:01:09
18   investor.                                           17:01:13
19              And again, to reiterate, what           17:01:15
20   comes across to me is substantial and credible      17:01:18
21   evidence that's well sourced, that there was a      17:01:20
22   significant effort to hide the ownership of         17:01:25
23   LQW, that it was opaque, that it was not easy       17:01:29
24   to find.  And whatever that implies, whether        17:01:33
25   it be revenue, or earnings, or some other           17:01:39
```

```
 1                    H. MULCAHEY
 2  shenanigans, is not proven, it's not              17:01:43
 3  established by evidence.                           17:01:46
 4                So I think the market would          17:01:50
 5  know, would be able to determine that.  That's     17:01:51
 6  all.                                               17:01:54
 7        Q.    Well, let's see what came              17:01:55
 8  across -- I understand what came across to         17:01:57
 9  you.  Let's see what came across to the people     17:02:02
10  who wrote the articles, the press articles         17:02:05
11  that you cited in your report.  Let's look at      17:02:07
12  paragraph 185.                                     17:02:10
13        A.    Paragraph 185?                         17:02:13
14        Q.    Yes.  So this is a -- you're           17:02:14
15  citing to a Fly on the Wall article.  What's       17:02:17
16  the Fly on the Wall?                               17:02:20
17        A.    It's a news source for news            17:02:21
18  related to securities companies.                   17:02:28
19        Q.    Investors?                             17:02:30
20        A.    It's a business press.                 17:02:32
21        Q.    Okay.  And it says, "Montage           17:02:34
22  Sinks After Gravity Questions Revenue."            17:02:36
23        A.    Mm-hmm.                                17:02:38
24        Q.    "Shares of semiconductor               17:02:39
25  solutions company Montage Technology are           17:02:40
```

```
 1                      H. MULCAHEY

 2   sinking after Gravity Research initiated the      17:02:45

 3   stock with a strong sell rating in a report

 4   posted on its website."                          17:02:48

 5                Do you see that?                     17:02:48

 6        A.    Correct.  I see that.                  17:02:49

 7        Q.    And that doesn't say anything          17:02:50

 8   about LQW, right?                                 17:02:54

 9        A.    That's correct.                        17:02:55

10        Q.    What they focused on was that          17:02:56

11   Gravity was questioning Montage's revenues?       17:02:59

12        A.    They focused on the headline.          17:03:02

13        Q.    And --                                 17:03:05

14        A.    The title of the article, I            17:03:07

15   should say.                                       17:03:08

16        Q.    And don't you think a lot of           17:03:08

17   investors would have focused on the title of      17:03:10

18   the article?                                      17:03:12

19        A.    I think a lot of investors             17:03:12

20   would see it and want to know more.  Hard to      17:03:13

21   believe that they would trade on the content      17:03:18

22   of the headline.  That's all.                     17:03:22

23        Q.    Don't you think if the title           17:03:26

24   was different at least some investors would       17:03:29

25   have traded differently?  The investors that      17:03:33
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 317

```
 1                      H. MULCAHEY
 2  would have focused on the headline?              17:03:36
 3       A.    It's hard to believe that             17:03:39
 4  investors, in competition for profits, would     17:03:45
 5  make a serious bet on the stock one way or the   17:03:49
 6  other based on a headline alone.  That's my      17:03:52
 7  opinion.  I know I wouldn't do it.  I don't      17:03:55
 8  think most rational investors will do it.        17:03:57
 9              And the fact that, you know,          17:03:59
10  they have institutional investors involved in    17:04:01
11  this, and sophisticated investors, obviously,    17:04:03
12  81 percent is held by the public, they're        17:04:08
13  going to want to know the content of the         17:04:10
14  article.  Not just the headline.                 17:04:12
15       Q.    You don't think some investors        17:04:18
16  who owned Montage stock sold based on just       17:04:37
17  seeing the headline and not reading the whole    17:04:40
18  article?                                         17:04:42
19       A.    I don't think that they would.        17:04:42
20  It's possible.  I don't know.                    17:04:44
21       Q.    And if the headline of this           17:04:47
22  were different, the stock price impact would     17:04:50
23  have been similar?                               17:04:52
24       A.    I think people trade based on         17:04:55
25  the content of the news.  Not the catchy         17:04:57
```

```
 1                      H. MULCAHEY
 2   headline.  That's my opinion.                    17:05:00
 3            Q.    You didn't interview any          17:05:03
 4   investors in Montage about this, right?          17:05:10
 5            A.    I did not.  And I don't own       17:05:13
 6   that stock myself.  I did not make any trades    17:05:15
 7   on this stock.                                   17:05:19
 8            Q.    So we were just talking about     17:05:23
 9   that Fly on the Wall article that you cited in   17:06:42
10   your report, and I just want to refer you to     17:06:47
11   page 4 of 6 of Exhibit 6.                        17:06:51
12            A.    Mm-hmm.                           17:06:56
13            Q.    So this has actually a little     17:06:56
14   bit more text of the Fly on the Wall article.    17:06:58
15            A.    Okay.                             17:07:03
16            Q.    And it says:  "Shares of          17:07:04
17   semiconductor solutions company Montage          17:07:06
18   Technology are sinking after Gravity research    17:07:08
19   initiated the stock with a strong sell rating    17:07:11
20   in a report posted on its website."             17:07:13
21                  Now there's a little more here    17:07:16
22   than you had in your report.  "Gravity said it   17:07:18
23   does not believe Montage's claimed revenue is    17:07:20
24   real.  Shares of Montage are down 8 percent."    17:07:22
25                  So based on this, it seems to     17:07:25
```

```
 1                    H. MULCAHEY
 2   me that the Fly on the Wall read more than        17:07:26
 3   just the headline.  Is that fair?                 17:07:29
 4        A.    I don't think it is fair.              17:07:32
 5   Because this became available, from my            17:07:33
 6   research, at 10:40 a.m. in the morning.  That     17:07:35
 7   article was dated at 10:46.  That's six           17:07:39
 8   minutes.  That's barely enough to get through     17:07:42
 9   page 1 of 2.  Somebody's going to read this       17:07:44
10   carefully, is going to take the time to read      17:07:47
11   it and understand it, all 27 pages.               17:07:49
12        Q.    But not all investors are going        17:07:58
13   to read all 27 pages, right?                      17:07:59
14        A.    Probably not.  That's fair.            17:08:01
15   But they would probably read more than one.       17:08:11
16        Q.    Sure.  Well, why don't you look        17:08:14
17   at page 27, because on page 27 of the report,     17:08:15
18   the penultimate paragraph starts with a           17:08:23
19   sentence that says, "We do not believe that       17:08:25
20   MONT claimed revenue is real," and that's         17:08:29
21   similar to what Gravity wrote when Gravity        17:08:32
22   said -- I'm sorry -- that's similar to what       17:08:36
23   the Fly on the Wall wrote when they said          17:08:38
24   Gravity said it does not believe Montage's        17:08:40
25   claimed revenue is real.                          17:08:44
```

|    |    |    |
|----|----|----|
| 1  |                    H. MULCAHEY |    |

1                          H. MULCAHEY

2               Do you see that?                         17:08:45

3          A.    Yes.                                    17:08:45

4          Q.    Does that give you some more            17:08:45

5     confidence that the people at Fly on the Wall      17:08:47

6     read more than just the headline of the           17:08:49

7     Gravity report?                                    17:08:50

8          A.    Maybe the headline, and the            17:08:51

9     conclusion in the last page.  I don't know         17:08:53

10    what they read.  I didn't talk to them either.     17:08:57

11               I'm saying, but if you read the         17:08:58

12    report -- the other thing, you know, it was        17:09:00

13    down 8 percent at the time of that article.        17:09:02

14    It was down more than 20 percent on the day.       17:09:05

15    Right?  So it was down 20.16 -- excess return      17:09:08

16    was down 20 percent.                               17:09:12

17               Obviously other people read it,         17:09:13

18    continued to drive the price down.  What they      17:09:16

19    were trading on, I mean, I can't say               17:09:21

20    definitively.  I'm giving you my opinion.          17:09:23

21               If you look at the report and           17:09:25

22    you look at the pictures and you understand        17:09:26

23    its content, it's clear the evidence supports      17:09:29

24    the conclusion that LQW -- the ownership of        17:09:32

25    LQW was hidden in a very elaborate way.  Which     17:09:36

```
 1                    H. MULCAHEY
 2   raises a lot of other questions.  Whether it's     17:09:41
 3   revenue or other things -- it could be             17:09:43
 4   revenue.  It could be earnings.  It could be,      17:09:45
 5   you know, the company's, you know, without         17:09:48
 6   merit at all.  I don't know.                       17:09:52
 7                    But, you know, back to your       17:09:53
 8   other fab -- your other hypothetical.  If the      17:09:55
 9   company were really accused, convincingly, of      17:09:58
10   hiding the ball on 70 percent of its revenue,      17:10:02
11   I think the company is out of business.  I         17:10:06
12   mean, I don't think it really exists.              17:10:09
13                    So that's the basis of my         17:10:11
14   opinion.  That's all.                              17:10:15
15            Q.    What the Fly on the Wall read,      17:10:16
16   and took from the Gravity research report in       17:10:20
17   their six minutes, was that Gravity was            17:10:22
18   claiming that Montage was fabricating its          17:10:25
19   revenues and that Gravity believed Montage's       17:10:27
20   revenues were not real.  Right?                     17:10:30
21            A.    That's what that one article       17:10:31
22   said.  That's correct.                             17:10:32
23            Q.    Well, that one article that you    17:10:33
24   quoted in your paper, right?                       17:10:37
25            A.    In the report.                      17:10:39
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | Q.    In your report? | 17:10:40 |
| 3 | A.    I did, yeah. | 17:10:41 |
| 4 | Q.    Right.  And so you can really | 17:10:42 |
| 5 | tell me that you believe the stock price | 17:10:47 |
| 6 | impact would have been the same if Gravity | 17:10:48 |
| 7 | were not questioning the revenue? | 17:10:52 |
| 8 | A.    You asked a hypothetical, and I | 17:10:56 |
| 9 | gave you my best answer. | 17:10:58 |
| 10 | You know, the fact of the | 17:11:01 |
| 11 | matter is the only convincing evidence they | 17:11:05 |
| 12 | offer in their report, which took me more than | 17:11:07 |
| 13 | six minutes to read -- I mean, I can get | 17:11:10 |
| 14 | through the first page and the last page in | 17:11:12 |
| 15 | six minutes, but the other 25 pages are going | 17:11:14 |
| 16 | to take more time. | 17:11:17 |
| 17 | When I get through that report, | 17:11:19 |
| 18 | there's very convincing evidence about the | 17:11:23 |
| 19 | ownership of the distributorship and that it | 17:11:24 |
| 20 | was very elaborately hidden. | 17:11:28 |
| 21 | The revenue -- it's obvious | 17:11:31 |
| 22 | that these guys were speculating on the | 17:11:33 |
| 23 | revenue piece.  So, you know, does revenue | 17:11:35 |
| 24 | have any impact on the price?  I don't know. | 17:11:38 |
| 25 | The convincing part is the ownership of the | 17:11:41 |

```
 1                    H. MULCAHEY
 2  distributor.                                    17:11:43
 3              Let me finish the question.         17:12:01
 4  Revenue is mentioned, it's in the headline.     17:12:03
 5  Maybe it had an effect.  Maybe.  Maybe.  But     17:12:06
 6  the case they make is about the                 17:12:11
 7  distributorship.  And it's very clear.  That's  17:12:13
 8  the only point I'm trying to make.  I mean,     17:12:19
 9  it's clearly not -- it's only speculating in    17:12:22
10  here about the revenue.  But it's really        17:12:25
11  proving, it's convincing that the ownership of  17:12:28
12  the distributor was hidden in a very elaborate  17:12:32
13  way, and it's very hard to track down.  And     17:12:35
14  the way it's presented here is very credible.   17:12:38
15              So if I had to -- you know, I       17:12:41
16  don't know what it means in terms of revenue,   17:12:44
17  or earnings, or any other implication of        17:12:45
18  shenanigans by management.  But there is a      17:12:51
19  risk of this stock that wasn't there the day    17:12:54
20  before.  And the risk is convincing on the      17:12:55
21  ownership of the distributor.  That's what I'm  17:12:58
22  saying.                                         17:13:01
23                    Revenue's in the headlines,   17:13:01
24  revenue's in here.  You know, they can talk     17:13:04
25  about -- you know, they did talk about the      17:13:06
```

```
 1                    H. MULCAHEY
 2  guy's parents, they talked about the potential      17:13:08
 3  impact on margins, and all of these other           17:13:10
 4  things.  They didn't make the case about that.      17:13:13
 5               So if there's another research         17:13:16
 6  report that comes out the previous week and         17:13:17
 7  says we think revenues are fabricated, and          17:13:20
 8  they don't make a good case, the market yawns.      17:13:22
 9  Because, you know, it's not very credible.          17:13:25
10               Who is credible in this?  This         17:13:26
11  thing is credible when it comes to the              17:13:28
12  elaborate extent to which Montage has tried to      17:13:30
13  hide this, all of these intricate ownership         17:13:35
14  labyrinth -- it really looks like it's              17:13:41
15  intentionally hidden.  And that's my opinion,       17:13:44
16  that's what's moving the stock price.               17:13:46
17        Q.    But the risk that they were             17:13:49
18  identifying was a risk that the revenues were       17:13:51
19  wrong, right?                                        17:13:54
20        A.    No, I think the risk that they          17:13:56
21  identified is the company was hiding the ball;      17:14:01
22  that they went to great efforts to hide the         17:14:04
23  ownership of this distributor.  That's what         17:14:09
24  I -- you know, whether it means revenue or          17:14:13
25  something else, I think each investor is up         17:14:15
```

| | |
|---|---|
| 1                    H. MULCAHEY | |
| 2  to, you know, their own devices to figure out | 17:14:19 |
| 3  if it impacts revenues or something else.  But | 17:14:26 |
| 4  it's the omission, it's the cover-up of the | 17:14:30 |
| 5  ownership that really, in my opinion, is most | 17:14:33 |
| 6  damaging to management. | 17:14:36 |
| 7                    It's like option backdating. | 17:14:37 |
| 8  Okay?  Option backdating.  Maybe it's a | 17:14:39 |
| 9  victimless crime.  Some people say it is.  But | 17:14:43 |
| 10  option backdating was a very distinct effort | 17:14:46 |
| 11  by management to hide extra compensation.  You | 17:14:49 |
| 12  know, if it's disclosed, it doesn't have any | 17:14:53 |
| 13  impact on the company's stock price.  You | 17:14:55 |
| 14  know, it's some dilution, yeah, but it's | 17:14:58 |
| 15  compensation, it's noncash.  Okay.  I get all | 17:15:01 |
| 16  of that.  But why did management hide it?  Why | 17:15:03 |
| 17  did they -- why did they misrepresent it?  Why | 17:15:06 |
| 18  did they omit that information?  Why did they | 17:15:09 |
| 19  cover that up?  Because that's what they did. | 17:15:12 |
| 20  They covered it up by backdating option grant | 17:15:14 |
| 21  dates.  So if they had disclosed it up front, | 17:15:18 |
| 22  no big deal.  But it's not the lie.  It's the | 17:15:20 |
| 23  cover-up that gets people. | 17:15:22 |
| 24                    And in this case it's -- they | 17:15:23 |
| 25  went to great extent to hide this.  And that | 17:15:27 |

```
 1                    H. MULCAHEY
 2  goes to reputation.  That goes to credibility      17:15:30
 3  of management.  The most senior guys.              17:15:32
 4         Q.    Mr. Mulcahey, Gravity said it         17:15:35
 5  went to revenues, right?  They didn't say          17:15:37
 6  anything about credibility.  Gravity said that     17:15:39
 7  it went to revenues.                               17:15:41
 8         A.    They can speculate --                 17:15:42
 9              MR. STERN:  Objection; asked           17:15:43
10  and answered.                                      17:15:44
11         A.    They can speculate wherever it        17:15:44
12  goes.  Maybe other investors thought the same      17:15:46
13  thing.  I don't know what they thought.            17:15:48
14              But the point that I am trying         17:15:49
15  to make, it's very clear, and it's very            17:15:50
16  discrete.  Management hid the ball, and in a       17:15:54
17  very elaborate way.  And why did they do that?     17:15:58
18  I don't know why they did that.  Was it for        17:16:03
19  revenues?  Was it to enrich people off the         17:16:05
20  books?  I mean, it could be a lot of different     17:16:07
21  other ways that they tried to benefit in some      17:16:09
22  way.                                               17:16:12
23              They're speculating in this            17:16:15
24  research report that it's revenues.  Okay.         17:16:17
25  They can speculate.  Other investors may come      17:16:19
```

```
 1                    H. MULCAHEY
 2  to different conclusions.  I don't know.          17:16:21
 3          Q.    And in your view the               17:16:23
 4  speculation by Gravity that LQW -- that the      17:16:25
 5  LQW relationship affected revenues and that      17:16:30
 6  Montage was fabricating its revenues had no      17:16:33
 7  price impact?                                    17:16:35
 8                MR. STERN:  Objection; asked       17:16:36
 9  and answered.                                    17:16:38
10                MR. MOSS:  It's not answered,      17:16:39
11  Jon.  It's asked.                               17:16:40
12                MR. STERN:  Repeatedly            17:16:41
13  answered.  This is getting towards harassment.   17:16:42
14  You've asked this question the same way for      17:16:43
15  half an hour, variations on one question.        17:16:47
16          A.    What they say is Gravity          17:16:49
17  believes Montage is producing less revenues.     17:16:51
18  They don't -- they don't make a credible case    17:16:56
19  that they have.                                  17:16:59
20                The credible case they have is     17:17:00
21  that Montage went to great lengths to hide the   17:17:03
22  ownership of this distributor.  Great lengths.   17:17:06
23  Very intricate interconnection of people that    17:17:12
24  go by different names, and different             17:17:16
25  countries.  They have, you know, parents.        17:17:18
```

```
 1                      H. MULCAHEY
 2   They have facilities.  They have addresses        17:17:21
 3   with padlocks, that people say no one has ever     17:17:24
 4   been there, in and out.  They make a very          17:17:28
 5   credible case that this was an elaborate scam      17:17:30
 6   to hide this -- this ownership.                    17:17:32
 7                 But why?  Is it revenues?  Or        17:17:34
 8   maybe it's to enrich the CEO's -- the              17:17:37
 9   chairman's parents, because they were involved     17:17:40
10   in this as well.  Or maybe it's extra              17:17:42
11   compensation for other people that were            17:17:44
12   involved in this elaborate ruse.  I don't          17:17:47
13   know.                                              17:17:54
14                 But, you know, I think it's          17:17:55
15   reasonable to say that in other cases, where       17:17:59
16   the ownership of a distributor or related          17:18:01
17   party is hidden, sometimes it's manifested as      17:18:06
18   revenues.  Sometimes it's earnings.  Sometimes     17:18:12
19   it's compensation.  There could be a lot of        17:18:13
20   different reasons.                                 17:18:18
21                 It could be that some investors      17:18:18
22   took it to be revenues.  And I think it's          17:18:20
23   likely that it could be interpreted as             17:18:23
24   impacting something else.                          17:18:26
25            Q.   Mr. Mulcahey, if you make a          17:18:28
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                  Page 329

```
 1                     H. MULCAHEY
 2  speech every time I ask you a question it's        17:18:31
 3  going to be really, really hard to get out of      17:18:33
 4  here.  I am trying to be very patient.             17:18:35
 5          A.     Okay.                               17:18:38
 6                 MR. MOSS:  Can we just have the      17:18:38
 7  question read back?  And can you just try to       17:18:39
 8  answer it for me?  Please.                         17:18:42
 9                 THE WITNESS:  I thought I did,       17:18:43
10  but I'll try again.                                17:18:44
11                 (The reporter read back as          17:19:15
12  follows:
13                 "Question:  And in your view
14  the speculation by Gravity that the LQW
15  relationship affected revenues and that
16  Montage was fabricating its revenues had no
17  price impact?")                                    17:19:17
18          A.     And my answer is that it might      17:19:17
19  have.  I don't know.  But the case they made       17:19:21
20  was the cover-up of the ownership.                 17:19:22
21          Q.     You didn't do anything to           17:19:26
22  quantify the price impact of the revenue           17:19:29
23  fabrication accusations as opposed to the          17:19:31
24  accusations that Montage was hiding                17:19:34
25  related-party transactions, right?                 17:19:39
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 330

```
 1                    H. MULCAHEY

 2          A.    Your question is did I?          17:19:41

 3          Q.    Right.                           17:19:42

 4          A.    The answer is no.                17:19:43

 5          Q.    You didn't make any attempt to   17:19:44

 6   disaggregate the price impact?                17:19:46

 7                MR. STERN:  Objection; asked     17:19:48

 8   and answered.                                 17:19:49

 9          A.    Correct.                         17:19:49

10          Q.    Let's look at paragraph 35 --    17:19:49

11   it's probably not paragraph 35.               17:20:05

12                MR. STERN:  Paragraph 35?        17:20:06

13                MR. MOSS:  Nope.  Hold on.       17:20:07

14   Paragraph 189.                                17:20:10

15          A.    Mm-hmm.                          17:20:16

16          Q.    So Montage's, in your            17:20:16

17   opinion -- I think we read this before --     17:20:23

18   "statistically significant negative excess    17:20:25

19   stock price return and heavy trading volume on 17:20:27

20   February 6 were attributable to the           17:20:29

21   information disclosed in the Gravity report,   17:20:31

22   including that its largest distributor, LQW,   17:20:34

23   was effectively controlled by Montage, and    17:20:38

24   corresponds with plaintiffs' allegations that 17:20:41

25   Montage failed to disclose material           17:20:43
```

```
 1                      H. MULCAHEY
 2  related-party transactions."                      17:20:45
 3              I want to ask you about the            17:20:47
 4  word "including."                                 17:20:48
 5              What was the other information         17:20:51
 6  in the Gravity report that contributed to the     17:20:53
 7  statistically significant excess stock price      17:20:57
 8  returns, in addition to the LQW information?       17:20:59
 9        A.    As I already said, the                17:21:04
10  elaborate mechanisms that were used to hide        17:21:07
11  the ownership.                                     17:21:10
12        Q.    How about the revenues; was            17:21:12
13  that part of it?                                   17:21:13
14        A.    I don't believe the revenues          17:21:14
15  had a big impact on the stock price.               17:21:17
16        Q.    Do you believe they had any            17:21:21
17  impact on the stock price?                         17:21:22
18              MR. STERN:  Objection; asked           17:21:24
19  and answered several times.                        17:21:25
20              You can answer again.                  17:21:28
21        A.    May have.  But again, the              17:21:31
22  predominant reason the stock price moved, in       17:21:32
23  my opinion, was the omission of the ownership      17:21:35
24  of LQW and the elaborate way it was hidden.        17:21:39
25        Q.    Can you tell me that the LQW           17:21:45
```

```
 1                      H. MULCAHEY

 2   information accounted for the entirety of the      17:21:50

 3   stock price impact that you calculate on          17:21:53

 4   February 6?                                        17:21:56

 5              MR. STERN:  Objection; asked            17:21:57

 6   and answered.                                      17:21:58

 7         A.    Yeah, you did ask that and I           17:21:58

 8   did not try to separate the price impact from     17:22:00

 9   either effect.  I did not separate price --       17:22:02

10   the price decline based on different words in     17:22:08

11   the Gravity research report.                      17:22:12

12         Q.    I think my question is a little       17:22:16

13   bit different, and I'm not asking whether or      17:22:18

14   not you disaggregated.  I'm just asking you       17:22:21

15   whether or not the LQW disclosure in the          17:22:24

16   Gravity report accounted for the entirety of      17:22:27

17   the stock price impact?  Do you know?             17:22:30

18         A.    I don't.                               17:22:35

19         Q.    Maybe it did; maybe it didn't?        17:22:36

20         A.    I think it's by far the               17:22:43

21   dominant reason for the stock price -- the        17:22:46

22   dominant effect for the stock price decline.      17:22:48

23         Q.    But you don't say it's the only       17:22:50

24   effect?                                            17:22:55

25              MR. STERN:  Objection.  Asked          17:22:55
```

| | | |
|---|---|---|
| 1 | H. MULCAHEY | |
| 2 | and answered. | 17:23:09 |
| 3 | You can answer. | 17:23:10 |
| 4 | Q.    You can answer. | 17:23:10 |
| 5 | A.    I don't know. | 17:23:11 |
| 6 | Q.    If you wanted to disaggregate | 17:23:12 |
| 7 | the stock price impact from the revenue | 17:23:15 |
| 8 | misstatement accusations and the related-party | 17:23:19 |
| 9 | accusations, do you know how you would go | 17:23:22 |
| 10 | about doing that? | 17:23:24 |
| 11 | A.    There are several ways that one | 17:23:26 |
| 12 | can parse out the price effect of different | 17:23:30 |
| 13 | kinds of news.  There is no single definitive | 17:23:33 |
| 14 | way to do it.  It depends on the news, the | 17:23:38 |
| 15 | context of the news, the information available | 17:23:45 |
| 16 | that will dictate the methods you use. | 17:23:48 |
| 17 | Q.    Have you ever done it before? | 17:23:50 |
| 18 | A.    Yes. | 17:23:52 |
| 19 | Q.    In what case? | 17:23:52 |
| 20 | A.    I don't remember the names of | 17:23:55 |
| 21 | the cases, but what I did -- I think it was an | 17:24:00 |
| 22 | option backdating case -- is I used | 17:24:04 |
| 23 | price/earnings multiples before and after an | 17:24:08 |
| 24 | announcement to gauge the effect of -- of | 17:24:11 |
| 25 | misrepresented revenues or earnings, or EPS, | 17:24:19 |

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 334

```
 1                    H. MULCAHEY

 2  or something.  Some other metric.  But you can      17:24:21

 3  do it -- there's other ways to do it as well.       17:24:24

 4            Q.    I think I asked you this            17:24:27

 5  before, but maybe I didn't.  There's no             17:24:34

 6  damages model in your report, right?                17:24:36

 7            A.    That's correct.                     17:24:39

 8            Q.    You didn't consider the 90-day      17:24:39

 9  lookback -- the PSLRA 90-day lookback or            17:24:44

10  anything in this report?                            17:24:48

11            A.    No need, for market efficiency.     17:24:49

12            Q.    Because you weren't doing a         17:24:51

13  damages analysis?                                   17:24:52

14            A.    I was not doing damages,            17:24:53

15  correct.                                            17:24:54

16                  MR. MOSS:  How about this?  Why     17:25:02

17  don't I take a break and let me see what else       17:25:06

18  I have.  I'm very close to being done.              17:25:08

19                  THE VIDEOGRAPHER:  The time is      17:25:12

20  5:25 p.m.                                           17:25:16

21                  ---

22            (Recess from 5:25 to 5:37.)

23                  ---                                 17:37:22

24                  THE VIDEOGRAPHER:  The time is      17:37:22

25  5:37 p.m. We're back on the record.                17:37:39
```

```
 1                    H. MULCAHEY

 2                      ---                        17:37:41

 3              (Mulcahey Exhibit 7, Business

 4   Wire Equity Alert:  "The Rosen Law Firm

 5   Announces Investigation of Securities Claims

 6   Against Montage Technology Group Limited,"

 7   February 6, 2014 was marked for

 8   identification)

 9                      ---                        17:37:42

10   BY MR. MOSS:                                  17:37:42

11           Q.   Mr. Mulcahey, I have handed you  17:37:43

12   a document which is Exhibit 7, and it's The   17:37:48

13   Rosen Law Firm's announcement of the lawsuit  17:37:57

14   it filed against Montage on February 6, the   17:37:59

15   day of the Gravity report.                    17:38:01

16              Do you see that?                   17:38:02

17           A.   I do.                            17:38:02

18           Q.   Excuse me.  It's The Rosen Law   17:38:03

19   Firm's announcement of an investigation of    17:38:06

20   claims against Montage.  Excuse me.           17:38:08

21              Have you seen this before?         17:38:11

22           A.   No, I haven't.  I didn't read    17:38:12

23   that particular article.  Just so you know, I 17:38:15

24   usually discount those things.                17:38:17

25           Q.   You do?                          17:38:19
```

```
 1                    H. MULCAHEY
 2          A.    In terms of news content.           17:38:20
 3   Because the news content is already out.  And   17:38:21
 4   this follows it, kind of confirming that there  17:38:25
 5   is a problem.                                    17:38:27
 6          Q.    So this sort of --                  17:38:28
 7          A.    This doesn't really move the        17:38:30
 8   price, these announcements of investigation.    17:38:31
 9          Q.    This sort of piggybacks on          17:38:34
10   what's already out there in the market?         17:38:36
11          A.    Right.                              17:38:37
12          Q.    Okay.  Now, the first sentence     17:38:38
13   of the second paragraph says:  "On February 6,  17:38:40
14   2014 Gravity Research Group issued a report     17:38:45
15   asserting that Montage Technology has greatly   17:38:47
16   exaggerated its true financial performance."    17:38:51
17                 Do you see that?                   17:38:54
18          A.    I do.                               17:38:55
19          Q.    Does that do anything to change    17:38:56
20   your conclusion that it was the LQW accusation  17:38:59
21   rather than the financial performance           17:39:05
22   accusation that investors found most            17:39:07
23   important?                                       17:39:11
24          A.    You know, I fought this battle      17:39:12
25   before.  You know, the headlines -- the         17:39:17
```

1                    H. MULCAHEY

2   headline-grabbing, attention-grabbing phrases          17:39:19

3   aren't what moves the stock price.  It's the           17:39:24

4   content of the news.  I think I did this in            17:39:26

5   Radient, in the -- you probably read that as           17:39:30

6   well.                                                  17:39:32

7              So, you know, I understand your             17:39:32

8   contention, and I understand your interests in         17:39:35

9   trying to attribute this to things that were           17:39:43

10  not proven in this analyst report, at least in         17:39:46

11  my opinion not proven.  You know, they said            17:39:49

12  what they said.  Okay.  They were repeating            17:39:54

13  the news.  Okay.                                        17:39:57

14              Q.    It doesn't do anything to            17:39:58

15  change your opinion?                                   17:40:00

16              A.    No, it doesn't.  I mean, this        17:40:00

17  doesn't really -- the announcement of                  17:40:02

18  investigations by law firms, the announcement          17:40:06

19  of litigation by law firms, as soon as the             17:40:09

20  market understands -- within that 15,                  17:40:11

21  16-minute time period -- as soon as the market         17:40:15

22  becomes aware of a reputational issue like             17:40:18

23  this, the stock price reflects the future             17:40:21

24  costs of litigation, the future costs to the          17:40:25

25  company of fighting the litigation, of                 17:40:28

1                    H. MULCAHEY

2   settlements, it's instantaneously incorporated          17:40:31

3   into the stock price by investors.  That whole          17:40:35

4   process of the volatility of a stock price              17:40:37

5   changes in a short period of time, which                17:40:39

6   establishes a market consensus, an equilibrium          17:40:42

7   price.  Whether it's right or wrong, that's             17:40:44

8   the market price.  That's what investors                17:40:47

9   believe is the true value of the information            17:40:49

10  that changed the stock price from its previous          17:40:52

11  level.                                                  17:40:55

12                My opinion is that what really            17:41:00

13  changed it -- it's also contained in this,              17:41:02

14  that the report states, among other things,             17:41:06

15  that the largest distributor is a shell                 17:41:08

16  company.  Boom.  And the rest is reiterating            17:41:10

17  kind of the headline-grabbing stuff, in the             17:41:14

18  last page of the 27 pages.                              17:41:17

19                But the content of the 27 pages           17:41:19

20  is really about the elaborate way this                  17:41:23

21  distributor was -- the ownership of this                17:41:27

22  distributor was hidden.  It's very elaborate.           17:41:29

23  I mean, it's almost like a spy movie.  I mean,          17:41:32

24  that's the way I would characterize it.                 17:41:36

25                So as an investor that would              17:41:38

```
 1                    H. MULCAHEY
 2  alarm me.  What else are they hiding?  Maybe        17:41:40
 3  it's revenue, maybe it's something else.  I         17:41:43
 4  don't know what it is.                              17:41:45
 5          Q.    And in your experience you            17:41:45
 6  think most investors in Montage's stock would       17:41:47
 7  have read the full Gravity report as opposed        17:41:51
 8  to just reading, you know, the                      17:41:52
 9  headline-grabbing part of it?                       17:41:55
10          A.    Well, most of this is done by a       17:41:56
11  computer.  They look for keywords.  You know,       17:41:59
12  there are some human intervention where they        17:42:02
13  give it a good look, and it doesn't take long       17:42:05
14  to figure out that it's about the distributor.      17:42:09
15  So that's my opinion.                               17:42:16
16          Q.    Let's move back very quickly to       17:42:20
17  Exhibit 12.  I just have something I want to        17:42:31
18  clarify.  On short interest.                        17:42:34
19          A.    Yes.                                  17:42:45
20          Q.    Montage's percentile is 97.0,         17:42:45
21  do you see that, for the group percentile for       17:42:51
22  all efficient securities, and it's 94.1 for         17:42:55
23  the efficient securities with the market cap        17:42:58
24  of less than a billion?                             17:43:04
25          A.    I do see that.                        17:43:05
```

```
 1                    H. MULCAHEY
 2          Q.   Should that actually be 3 and      17:43:05
 3   5.9 percent, as opposed to 97 and 94.1         17:43:08
 4   percent?                                       17:43:14
 5          A.   Well, six of one, a half-dozen     17:43:14
 6   of the other.  I mean, it means that whether   17:43:18
 7   you consider low good or high good, it's --    17:43:20
 8   it's within the range of all of these other    17:43:23
 9   securities that were found efficient, and      17:43:26
10   there's very few that are lower.  There's a    17:43:31
11   whole lot that are higher.                     17:43:35
12          Q.   I'm just asking, to make this      17:43:36
13   consistent with the way the numbers are        17:43:41
14   running in your others, in your other columns, 17:43:42
15   should -- I think it should be 3 and 5.9.  But 17:43:46
16   tell me if I'm wrong.                          17:43:53
17          A.   That's not how I see it, but       17:43:56
18   that's okay.                                   17:43:58
19          Q.   Okay.  Fair enough.                17:44:00
20          A.   But, you know, as I say, six of    17:44:02
21   one, half a dozen of the other.  You can look  17:44:05
22   at bid/ask spread the other way, too.  I mean, 17:44:08
23   what percentile is lower versus higher.        17:44:10
24          I mean -- so as long as it's            17:44:12
25   clear to you and the judge that .04 is low, an 17:44:14
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 341

```
 1                    H. MULCAHEY
 2  indication of some arbitrage activity.  But     17:44:19
 3  clearly not an impediment to short interest --  17:44:22
 4  or to shorting a stock.                          17:44:25
 5          Q.    I'm just trying to remember if     17:44:27
 6  you testified -- you say "clearly not an         17:44:34
 7  impediment."                                     17:44:36
 8          A.    I did say that already.            17:44:37
 9          Q.    I think you already told me why    17:44:38
10  you think it's "clearly not an impediment,"      17:44:39
11  and I think -- just tell me again, in case I     17:44:41
12  didn't ask the question?                          17:44:44
13          A.    Because the process of shorting    17:44:46
14  a stock means you have to find someone who is    17:44:48
15  willing to loan you a share to sell, and then    17:44:50
16  later on you have to be able to cover it in      17:44:54
17  the open market.  So you buy it at a lower        17:44:55
18  price and give it back, and make the profit.     17:44:58
19              So if short interest is very         17:45:00
20  high, let's say it's in the 50 percent range,   17:45:02
21  finding the share to short is going to be a      17:45:05
22  problem.  It's also going to be more            17:45:07
23  expensive.  The fewer shares that are           17:45:10
24  available to loan for short interest means      17:45:11
25  they're more scarce, and more valuable, and     17:45:16
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 342

```
 1                    H. MULCAHEY
 2   the fee for borrowing the stock goes up as         17:45:19
 3   well.                                              17:45:24
 4           Q.    You say in paragraph 198 that        17:45:25
 5   the stock price drop on February 7 you             17:45:30
 6   attribute to a continuation of the market's        17:45:33
 7   analysis of the news in the Gravity report.        17:45:35
 8           A.    Correct.                             17:45:39
 9           Q.    And my question is:  If Montage       17:45:39
10   was trading in an efficient market, why did it     17:45:43
11   take two days for Montage stock to react to        17:45:47
12   the news in the Gravity report?                    17:45:51
13           A.    I think I say it in here, but        17:45:53
14   the company came out, and had a fairly weak        17:45:59
15   response to this, that they don't think it's       17:46:05
16   accurate, but, you know, they'll correct it in     17:46:08
17   due time.  Something to that effect.               17:46:11
18                 The two underwriter analysts         17:46:13
19   came out and said, you know, they did              17:46:16
20   diligence -- effectively is what they said,        17:46:18
21   I'm paraphrasing now -- that they did due          17:46:19
22   diligence, they don't think there's a problem,     17:46:23
23   they maintain the ratings.                         17:46:24
24                 Neither one was a very               17:46:26
25   effective rebuttal of the very detailed            17:46:28
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 343

```
 1                    H. MULCAHEY
 2   evidence that the Gravity report had about the        17:46:33
 3   elaborate way that the ownership of this              17:46:39
 4   distributor was hidden.  And I think because          17:46:42
 5   of that, the market gave the Gravity report           17:46:44
 6   more credibility.                                     17:46:48
 7                    You know, usually the                17:46:50
 8   company -- the company comes out -- and the           17:46:51
 9   company is pretty credible, okay, and analysts        17:46:53
10   are pretty credible.  Analysts, they make a           17:46:55
11   business -- they make their money on selling          17:46:58
12   information.  They come out and they stand            17:47:00
13   behind a stock.  Especially if they're in the         17:47:02
14   IPO, I mean, they have a lot at stake.                17:47:04
15   They've got to make sure it's right.  And if          17:47:06
16   they misrepresent it in the marketplace, it           17:47:10
17   will come back to haunt them.  They're easy to        17:47:12
18   find.  All right.  It's not like they can             17:47:14
19   hide.                                                 17:47:16
20                    So the market saw these -- my        17:47:16
21   interpretation is the market saw these                17:47:19
22   rebuttals as weak, and they thought that the          17:47:21
23   Gravity report was more credible, there's no          17:47:26
24   effective rebuttal, and they gave it more             17:47:29
25   weight, maybe more consideration, and the             17:47:31
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 344

```
 1                    H. MULCAHEY
```

 2   stock price declined on day two.  That's how I          17:47:34

 3   interpret that.                                          17:47:37

 4          Q.    So you don't --                             17:47:38

 5          A.    But it's not that it took two              17:47:39

 6   days to be incorporated.  The new information            17:47:41

 7   is the company and the analysts came out, and            17:47:43

 8   they had a weak rebuttal.  What does that                17:47:46

 9   mean?  Well, maybe there's a lot more to this            17:47:48

10   than they originally expected.  So the                   17:47:51

11   credibility went up.  Reputational effect was            17:47:56

12   more damage to the company.  In my opinion.              17:48:00

13          Q.    So your view is that the                    17:48:04

14   company and analysts rebutting the Gravity               17:48:06

15   report was actually negative news because in             17:48:10

16   your opinion it was a weak rebuttal?                      17:48:14

17          A.    Yeah, it was not specific.  It              17:48:15

18   wasn't forceful.  It was the polar opposite of           17:48:18

19   the Gravity report, in terms of being specific           17:48:25

20   and credible, and sourcing exactly where they            17:48:27

21   got their information.                                   17:48:30

22          Q.    Did you read any commentary in              17:48:35

23   the market that was casting down -- or that              17:48:36

24   was taking the same opinion you did, which was           17:48:38

25   that this was a weak rebuttal?                            17:48:41

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          Page 345

```
 1                    H. MULCAHEY
 2            A.    No, I don't think so.              17:48:43
 3            Q.    So this is just simply based on    17:48:43
 4   your own opinion, based on reading the report?    17:48:46
 5            A.    Simply based on reading the        17:48:48
 6   lack of specificity, and the lack of specifics    17:48:50
 7   in the rebuttal.                                  17:48:57
 8                  And they didn't come out and       17:48:58
 9   forcefully say that, you know, this was wrong,    17:48:59
10   this was absolutely wrong, there is no attempt    17:49:01
11   to hide the ownership of this distributor.        17:49:03
12   They didn't say that.                             17:49:05
13            Q.    And you said -- I'm sorry.  Go     17:49:07
14   ahead.  Were you finished?                        17:49:09
15            A.    They said that it will come out    17:49:10
16   over time.                                        17:49:12
17                  It just didn't seem very           17:49:12
18   effective.                                        17:49:14
19            Q.    And you think the average          17:49:14
20   investor would sort of read this as critically   17:49:17
21   as did you and find it to be negative news?       17:49:20
22            A.    I think so.                         17:49:23
23            Q.    The same way you think the         17:49:24
24   average investor would have read the whole        17:49:26
25   Gravity report and not just reacted to the        17:49:28
```

```
 1                    H. MULCAHEY
 2  title?                                           17:49:29
 3            A.    You know, I don't want you to     17:49:30
 4  get the wrong impression.  I think               17:49:34
 5  investors -- you know, if they didn't read       17:49:39
 6  every word of it, they got enough out of it to   17:49:41
 7  understand that there was this elaborate way     17:49:43
 8  that the ownership of this distributor was       17:49:48
 9  hidden.  You know, whether they read the whole   17:49:52
10  thing or they looked at the pictures and         17:49:56
11  caption I can't tell you.  But I'm sure some     17:49:58
12  investors read the whole thing.  Perhaps some    17:50:03
13  didn't.  But I think the impact is clear.  As    17:50:07
14  I've already said.                               17:50:12
15            MR. MOSS:  No further questions        17:50:13
16  from me.                                         17:50:20
17            THE VIDEOGRAPHER:  Mr. Stern?          17:50:21
18            MR. STERN:  Let me just go off         17:50:22
19  the record.                                      17:50:26
20            THE VIDEOGRAPHER:  One moment.         17:50:26
21  The time is 5:50 p.m.  We're now off the         17:50:27
22  record.                                          17:50:30
23                    ---                            17:50:31
24        (Recess from 5:50 to 5:53.)
25                    ---                            17:53:14
```

```
 1                    H. MULCAHEY

 2               THE VIDEOGRAPHER:  The time is        17:53:14

 3  5:53 p.m.  We're back on the record.              17:53:25

 4               MR. STERN:  I don't have any          17:53:28

 5  questions.                                         17:53:29

 6               MR. MOSS:  I think you're all         17:53:31

 7  done.  Thanks for your time, Mr. Mulcahey.        17:53:32

 8                      ---

 9          (Continued on following page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    H. MULCAHEY

 2              THE VIDEOGRAPHER:  One moment,      17:53:34

 3  please, gentlemen.                             17:53:35

 4              Here now marks the end of Tape     17:53:36

 5  6 of the deposition of Mr. Howard J. Mulcahey. 17:53:37

 6  The time is 5:53 p.m.  We're now off the       17:53:41

 7  record.  One moment.  The recording has        17:53:44

 8  stopped.                                       17:53:46

 9                    ---                          17:53:48

10         (Time noted:  5:53 p.m.)

11

12              _____

13              HOWARD J. MULCAHEY

14

15  Sworn and subscribed to before

16  me, this _____day

17  of _____, 2015,

18  in the jurisdiction aforesaid.

19

20  _____

21      NOTARY PUBLIC

22

23

24

25
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                Page 349

```
 1                        ***

 2        ACKNOWLEDGMENT OF DEPONENT

 3    I,_____, do hereby

 4  acknowledge that I have read and examined the

 5  foregoing testimony, and the same is a true,

 6  correct and complete transcription of the

 7  testimony given by me, and any corrections

 8  appear on the attached Errata sheet signed by

 9  me.

10

11

12

13

14  _____    _____

15  (DATE)                   (SIGNATURE)

16

17

18

19

20

21

22

23

24

25
```

```
 1              C E R T I F I C A T E

 2  STATE OF NEW YORK        )

 3                           ) ss:

 4  COUNTY OF NEW YORK       )

 5

 6              I, FRANK J. BAS, a Registered

 7  Professional Reporter, Certified Realtime

 8  Reporter and Notary Public within and for the

 9  State of New York, do hereby certify:

10              That HOWARD J. MULCAHEY, the witness

11  whose testimony is hereinbefore set forth, was

12  duly sworn by me and that such testimony given

13  by the witness was taken down stenographically

14  by me and then transcribed.

15              I further certify that I am not

16  related by blood or marriage, to any of the

17  parties in this matter and that I am in no way

18  interested in the outcome of this matter.

19              IN WITNESS WHEREOF, I have hereunto

20  set my hand this 20th of November, 2015.

21                      Frank J. Bas

22                  FRANK J. BAS, RPR CRR

23              Notary Public No. 01BA6260327

24

25
```

```
 1  STATE OF NEW YORK  )
                  ss:
 2  COUNTY OF NEW YORK )
        I wish to make the following
 3  changes, for the following reasons:

 4  PAGE   LINE(S)   CHANGE              REASON

 5  ____|_____|_____|_____

 6  ____|_____|_____|_____

 7  ____|_____|_____|_____

 8  ____|_____|_____|_____

 9  ____|_____|_____|_____

10  ____|_____|_____|_____

11  ____|_____|_____|_____

12  ____|_____|_____|_____

13  ____|_____|_____|_____

14  ____|_____|_____|_____

15  ____|_____|_____|_____

16  ____|_____|_____|_____

17  ____|_____|_____|_____

18  ____|_____|_____|_____

19  ____|_____|_____|_____

20              _____
                    HOWARD J. MULCAHEY
21  SUBSCRIBED AND SWORN TO BEFORE ME
    THIS___DAY OF _____, 2015.
22
    _____   _____
23   (NOTARY PUBLIC)       MY COMMISSION EXPIRES:

24

25
```

 1  --------------- I N D E X -----------------

 2  WITNESS          EXAMINATION BY          PAGE

 3  H. MULCAHEY     MR. MOSS                  4

 4  --------------- EXHIBITS------------------

 5  MULCAHEY                           FOR ID

 6     Exhibit 1, One-page document       30

 7     headed "Market Efficiency

 8     Statistics"

 9

10     Exhibit 2, Declaration of Howard   74

11     J. Mulcahey dated August 5, 2013,

12     In Re Smyth, et al., v. China

13     Agritech, et al.

14

15     Exhibit 3, Expert Report of        81

16     Howard J. Mulcahey, October 9,

17     2015

18

19     Exhibit 4, Article entitled "The   95

20     'Less Than' Efficient Capital

21     Markets Hypothesis: Requiring

22     More Proof from Plaintiffs in

23     Fraud-on-the-Market Cases"

24

25

```
 1      ----- EXHIBITS CONTINUED -----

 2   Exhibit 5, Expert Report of       242

 3   Howard J. Mulcahey, dated March

 4   2, 2015, In re Petrie, et al.,

 5   versus Electronic Game Board,

 6   et al.

 7

 8   Exhibit 6, Gravity Research       295

 9   report, "Initiating Coverage on

10   Montage Technology Group Ltd. -

11   Strong Sell"

12

13   Exhibit 7, Business Wire Equity   335

14   Alert:  "The Rosen Law Firm

15   Announces Investigation of

16   Securities Claims Against Montage

17   Technology Group Limited,"

18   February 6, 2014

19

20

21

22

23

24

25
```

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i1

**$**

**$13**
153:21

**$17**
276:18,19

**$2**
231:6 275:13

**$20**
156:3 160:19 161:3

**$50**
275:19 277:22

**$7**
143:6 278:22

**0**

**04**
220:14,15 340:25

**1**

**1**
30:7,9 31:10,11 68:19
123:14 124:15 193:19,
22 213:6,9,10,12
220:14,20 230:24
231:6,7 232:25 233:2
236:10,11,14 237:17
245:14 250:16,22,25
251:5,20,25 254:12
257:2,13 268:7 272:23
273:3,5,11 274:23,25
275:4,24 319:9

**1,500**
34:9

**1.0**
276:19

**1.02**
246:5,9,13,23 273:5,13
274:21

**1.046**
136:24

**1.3**
251:24

**1/1000th**
193:9

**1/27**
136:8

**1/9**
136:8

**10**
13:23 14:20 41:22
56:22 64:9 131:8
153:20 174:11 175:22
176:4,8 227:3

**100**
182:18 183:8 302:16

**10036**
3:13

**10105**
3:8

**108**
238:12,15 243:3

**10:40**
319:6

**10:46**
319:7

**10th**
173:13 235:20

**11**
11:19 153:20

**11.6**
227:25

**11/22**
155:23,24 159:14

**11/7**
136:8

**11:02**
68:20,23

**11:13**
68:23 69:4

**12**
30:14 158:3 176:2,3,13
177:6 179:20,21
180:23,24,25 181:4,11,
12,13,14,18 182:8,10
184:21 220:8 253:17
259:20 260:6 265:24
276:17 339:17

**12.39**
253:19 254:5

**120**
96:2,6,7

**121**
96:2

**122**
97:2

**126**
265:13,21

**12:13**
123:20,23

**12:22**
123:23 124:4

**13**
182:8,10 303:12

**1345**
3:7

**14**
229:23 230:2 242:17
267:9

**141**
274:11

**144**
273:12

**15**
11:24 34:6,8 161:8
169:19 220:15 313:20
337:20

**16**
117:9 119:3,5,10
121:22

**16-minute**
337:21

**17-and-a-half**
158:15

**18**
160:14 161:2 255:21

**18.62**
279:14

**182**
286:22 287:3,24

**183**
286:22

**184**
287:3

**185**
315:12,13

**189**
330:14

**19**
3:2,9 145:14 256:23
278:16,17

**198**
342:4

**199**
281:21 283:18

**1:15**
171:3

**1:38**
190:15,18

**2**

**2**
68:5 69:2 74:21,23 75:5
83:15,17 123:14,19
124:15 193:18 213:5
227:5,7 230:18 236:7,
11,14 242:3 251:2
254:24 256:16,22
258:25 267:2 275:13,19
276:20,21 319:9

**2,284**
274:13

**2,300**
275:4 278:15

**2-star**
153:10

**2.55**
238:9 240:9 241:6
246:4,7 247:2 251:16

**20**
62:12 98:2 160:14
161:2 170:17 174:11
175:15,18,22 176:4,5,8
254:23 256:23 275:18
305:25 306:7,24
320:14,16

**20.16**
320:15

**2000**
249:13

**2002**
249:6

**2006**
7:21

**2010**
125:8

**2011**
249:17

**2012**
304:14

**2013**
56:22 57:2 74:25 91:20
201:10 304:13

**2014**
56:23 91:20 164:23
165:24 166:19 201:11
335:7 336:14

**2014-cv-0722(si)**
3:19

**2015**
3:2,9 81:21 242:4
348:17

**21**
263:16 267:11

**21st**
130:24

**22nd**
158:23

**24.66**
241:13

**24.66%**
243:11

**25**
59:3 98:2 129:24 143:6
161:8 264:18 322:15

**250-day**
182:5,8

**25th**
155:11

**26**
57:2 60:20 91:20
114:25 171:5 203:11
242:17

**26-1/2**
280:3

**26th**
57:3 129:25 130:2,9,10
155:6,9 196:12 203:7
207:20 208:8 209:3
217:7

**27**
27:17 103:4 114:25
150:5 201:10 202:3
211:12 266:2 267:5,8
268:12 269:4 270:2
289:11 319:11,13,17
338:18,19

**27th**
136:12,13 202:24
203:13 207:20 208:8

**28**
155:17

**28.43**
253:13 254:16

**29**
254:13

**2:19**
191:3,7

---

**3**

**3**
33:3,4 81:18,20 82:2
117:12 124:2 126:20
190:14 275:14,19
277:24 340:2,15

**3-0**
127:11,12

**3.9**
224:8

**3.92**
238:8 247:4 251:16

**30**
29:22,23 62:15 65:19
117:10,15 127:10 134:6
153:24 181:5,7 183:21
184:5 203:20 204:14
217:22 220:15 237:10
272:21 275:19 301:25
313:20

**300**
225:2

**33**

145:9 232:20

**330**
28:24 29:9,23

**34**
272:17,21

**35**
330:10,11,12

**36**
75:15,16 171:15,16

**3:30**
168:19

**3:36**
261:3,6

**3:51**
261:6,11

**3:59**
168:13 169:13 170:4

---

**4**

**4**
95:16,19 136:24 168:14
191:5 261:2 318:11

**4.5**
57:19

**40**
144:8,9 171:14 228:2
275:19

**41**
227:24

**43**
203:25

**46**
76:9

**4:29**
168:10

**4:42**
307:16,19

**4:53**
307:19,24

---

**5**

**5**
74:25 104:22 105:3

115:6 182:9 230:8,16,
17 237:16 241:24 242:2
244:11 261:9 270:3
275:25 307:3,15

**5.3**
262:10,11

**5.9**
340:3,15

**50**
20:11 45:24 154:13
176:14 217:23 232:11
248:10,23 304:13
341:20

**50%**
242:24 248:20

**500**
67:16,17,18

**51**
27:24

**53**
237:18

**54**
249:8

**58**
105:8 107:24 108:5
109:16 241:13 248:23
249:5

**58%**
242:24 243:11 248:20

**59**
117:11 130:8 156:16
160:3 162:18

**592,624**
260:5

**5:25**
334:20,22

**5:37**
334:22,25

**5:50**
346:21,24

**5:53**
346:24 347:3 348:6,10

---

**6**

**6**

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015          i3

103:21 153:8 185:8
201:11 202:4 204:14
211:13 282:11 284:6
295:15,17 307:22
318:11 330:20 332:4
335:7,14 336:13 348:5

**60**
20:11 117:11 232:12
245:7,13,18 246:2,7
249:20 253:2

**61**
253:13,17,18 254:5,15

**62**
133:15

**64**
279:20

**68**
85:16

**6th**
130:13 131:2 172:3,14,
16 195:24 198:11
202:25 203:8,14 207:21
208:9 209:3 217:7
304:19

---

**7**

**7**
3:12 31:10,12 56:23
57:22 62:17,22 91:20
103:21 153:21 248:10
335:3,12 342:5

**70**
20:12 130:9 183:4
245:8,13,18 246:2,8
248:10 249:20 253:2,7
265:17 302:19,20,23
306:5,22 321:10

**71**
291:21 294:9 300:21
301:6,19 303:6,9,21
304:12 305:17 306:17

**73**
132:18

**75**
171:13,17 182:12,16

**77**
246:5,9,12,23 265:13,
18 266:15

**7th**
129:24 130:11,16 131:2
136:9,11 172:7,13,15
173:2,11,13 195:24
198:12 207:21 208:9
240:5

---

**8**

**8**
13:23 14:19 41:23
163:17 318:24 320:13

**8.6**
224:9 225:4

**80**
274:14 281:13

**81**
280:2,6,16 281:13
317:12

**81.4**
280:2

**82**
178:8 255:22 281:13

**83**
274:20

**85**
281:13 302:21

---

**9**

**9**
81:21 135:20 254:9
276:17

**9/17**
260:5

**9/26**
153:14,17 158:14

**9/27**
154:8,9 158:21

**90**
217:23 302:22

**90-day**
334:8,9

**90s**
249:13

**90th**

235:20

**91**
207:7 216:25

**92**
136:10 204:10 207:7
210:17 216:25

**94.1**
339:22 340:3

**95**
86:17 136:15 148:19
151:12,21 152:18,23
171:21 174:6 175:23
201:13

**97**
204:2 340:3

**97.0**
339:20

**99**
86:17 148:18,23 149:3,
7,13,15 151:12,13,20
152:17,20 175:11,16
253:11 254:15

**99.8**
115:7

**9:30**
168:17

**9:31**
167:22,25 168:8,9
169:10 170:3

**9:33**
168:2

**9:45**
168:5,8

**9:56**
3:10

---

**A**

**a.m.**
3:10 68:21 69:4 167:22,
25 168:3 319:6

**ability**
5:16 6:3,7 72:5

**able**
30:18 46:22 87:8 99:18
124:23 143:7 186:9
195:15 285:20,21

287:11 315:5 341:16

**abnormal**
205:17 206:10 210:19
211:6 216:10 219:16

**abnormalities**
66:3,5

**above-average**
204:8,20 210:5

**above-market**
204:5

**abroad**
50:14

**absolutely**
29:11 88:18 95:8 96:19
98:5 100:18 132:15
207:25 254:6 263:17
302:14 345:10

**academic**
9:5 25:9 63:3,5,12
64:14 71:21 73:24
76:15,17,22 80:19
89:11,15,20 90:6,11,12
108:18 132:13 133:5
138:9 144:2 146:16,20
157:3 158:10 176:17
177:13,25 183:16,25
187:16,20 188:4 189:6
270:18 276:9

**Academics**
215:8

**accept**
13:4

**accepted**
65:7 104:17 189:17,19,
22 288:4

**accident**
45:23

**account**
165:5 200:9 303:21
304:12

**accounted**
287:21 303:9 332:2,16

**accounting**
257:16 284:2,3,24
288:4

**accounts**
252:24

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                                    i4

**accurate**
  127:8 243:20 342:16

**accurately**
  5:23 25:7 26:14,18
  258:6 288:17

**accusation**
  290:14 291:21 336:20,
  22

**accusations**
  310:3 311:24 329:23,24
  333:8,9

**accused**
  116:3 321:9

**accusing**
  311:7

**achieve**
  162:12

**acknowledge**
  283:4

**acquired**
  62:20 289:3

**acquisition**
  107:9 217:19

**action**
  10:3 104:11

**actions**
  11:5 12:21 76:9,11,12

**actively**
  263:21

**activity**
  33:24 34:16 54:13
  233:5 262:6 273:16
  341:2

**actual**
  158:3 297:6 303:17
  304:8

**add**
  115:21

**added**
  57:22

**addition**
  13:21 99:13,14 253:9
  331:8

**address**
  51:25

**addresses**
  97:5 328:2

**adequacy**
  223:13

**adequate**
  217:24 218:3,9,14,19

**adjust**
  64:5 193:19 302:7

**adjusting**
  194:13

**adjustment**
  68:11 140:15 191:22
  192:2,19 193:2,3 194:4,
  9,19

**administration**
  7:12

**ADRS**
  252:10,11

**advising**
  200:15

**affect**
  46:7 60:10 107:9
  140:13 194:14 262:12
  273:21

**aforesaid**
  348:18

**afterward**
  173:23

**agency**
  47:24

**aggregate**
  231:24

**ago**
  39:21 51:7 63:9 125:15,
  16 248:22 252:18
  275:12

**agree**
  12:7 38:11 39:6 50:13
  52:15 69:6,17 71:8,13
  85:13 94:10 96:15,20
  97:10,16,20 123:11
  124:12 169:3 189:6
  223:4 226:4 227:19
  228:4,8,9 241:5 243:23
  252:25 263:9 265:23
  287:10

**agreed**
  19:3,5 39:5 43:9,11
  88:17,18 96:14 124:7
  253:5

**agrees**
  119:6

**Agritech**
  10:6 11:11 12:10 13:11
  74:17 75:2,9 77:3,4,10
  79:13 116:8 141:14
  174:18 271:17,19

**ah-ha**
  255:20

**ahead**
  144:10 153:22 159:10
  300:12 345:14

**air**
  34:7

**airplane**
  45:24

**alarm**
  339:2

**Alert**
  335:4

**all-analyst-reports**
  128:8

**allegation**
  289:6,16 310:23

**allegations**
  309:7 310:22 312:8
  330:24

**allege**
  309:23

**alleged**
  197:6 281:22 282:6,11
  283:10,14,24 287:7,14,
  17

**alleging**
  288:12 294:11

**allow**
  198:2,8,12 211:17

**alternate**
  254:5

**amended**
  26:22

**amount**
  67:15,16 176:14
  275:16,20 280:24 302:8

**analogy**
  37:2

**analyses**
  19:9,14,18,21,25
  208:20,22,25 249:12

**analysis**
  19:16 21:21 28:23
  40:15 53:14 54:9 56:9,
  16 64:5,7 65:13 76:2,16
  82:9 91:19 98:17 99:2,7
  102:4 105:19 106:21
  107:20 112:14 114:2
  119:22 126:21 128:8,9
  130:14,17 131:17
  135:10 141:2 159:19
  169:6 173:11 177:24
  184:16 185:22 193:14
  203:2 204:23 205:4
  207:16 208:17 209:22
  211:14 212:3 213:17
  216:14 218:6 219:10
  234:8,14 245:19 253:23
  254:18 256:19 276:25
  277:5,14 279:16 306:21
  334:13 342:7

**analyst**
  27:19,24 49:21 60:24
  72:20 76:8 89:24 92:3,
  4,15 93:8 102:18
  104:23 105:11,20
  106:3,8 107:18,22
  108:3,9,15,19,21
  109:12 110:15,24
  111:14 112:9,11,13,20,
  25 113:3,7 114:9,13
  116:12,19 117:9,10,17
  118:6 119:5 120:3,20,
  21 121:6,7,24 122:5
  127:21,22 128:2,15,21,
  22,25 129:2,3,9,11,14
  130:23,25 131:6 142:20
  143:5 149:20 150:17
  156:6,22 159:4 160:7,8,
  16,22,24 161:8,22
  162:4,8 164:17 165:19
  197:7 226:6 228:19
  258:9 261:14,17,20
  262:4,11 263:6,7,10
  264:17,19 296:11
  337:10

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i5

**analysts**
34:24 35:2,14 50:5
93:10 106:9 127:15,18,
19 160:19,22 161:2,7
173:6 228:16 261:24
263:15 266:4,7,8
342:18 343:9,10 344:7,
14

**analysts'**
50:3

**analyze**
22:14 56:11

**analyzing**
276:3

**announced**
62:20 164:8

**announcement**
54:25 74:4 102:10,12
107:7 150:2 173:14
333:24 335:13,19
337:17,18

**announcements**
72:21 77:16 82:20 83:6
94:3 96:13 100:4
101:11 102:3,17 106:4,
24,25 132:20,21,22,23,
24 141:3 258:8 336:8

**Announces**
335:5

**annual**
132:19

**anomalies**
63:14

**anomaly**
177:19 189:5

**answer**
5:14 6:21 14:14 15:2
24:10 27:5 32:21 36:15
45:9 46:12 51:4 89:15
97:7 107:15 110:19
121:5,12 122:4,9 129:5
166:7,8 178:5,14,18
199:11 207:14 250:20
258:18 259:3 285:16,18
286:2 305:15 313:2,11,
16 314:8 322:9 329:8,
18 330:4 331:20 333:3,
4

**answered**
147:8

5:16 51:17 58:2 61:18
124:8 250:12 291:24
293:16 295:11 296:7
326:10 327:9,10,13
330:8 331:19 332:6
333:2

**answering**
258:22

**ante**
71:16 72:15 75:23
76:11 116:9,15 141:17
142:7,12,14 143:8
184:13

**anticipate**
107:8

**anticipated**
107:8

**anticipating**
197:3

**anybody**
47:12 154:20 202:18
252:23 254:21

**anybody's**
279:6

**anymore**
309:23

**anyway**
135:23

**anyways**
88:5 245:15 247:15

**apart**
281:4

**apologies**
161:24

**appeal**
214:14

**appear**
183:5

**appears**
75:11 82:4 242:12
295:25

**Appendix**
58:11 66:7 136:7
184:23

**appendixes**
20:22

**apples**
208:24

**applied**
245:10

**apply**
90:22 245:7,18 246:2,4
251:19

**appreciate**
199:10 202:20 258:15
285:22

**approach**
90:14,17,21,23,24
119:22 175:25 238:25
241:8 302:6

**appropriate**
60:6 172:23 239:14
240:10 241:3,14 243:16
247:6 254:18 261:19
282:23

**approved**
146:4

**approximate**
140:23

**approximated**
139:20 140:2

**approximately**
14:19 20:8 216:20

**arbitrage**
34:16,18,19,22 54:12
233:5 262:6 341:2

**arbitrary**
19:8,20 176:8 216:15

**area**
47:9 232:23

**areas**
9:16

**aren't**
21:4 36:18 37:5 50:10
106:4 310:22 337:3

**arguably**
59:8 115:19 179:14

**argue**
242:20 243:7 248:15

**argument**
25:19 225:9 249:23
253:6 282:24 290:2,19

**argument's**
257:9

**arguments**
17:23 214:21

**arrive**
24:2 279:17

**arrived**
92:8

**article**
7:22 8:23 9:4 78:2
87:13 88:7 89:2,6,25
90:2,9,18 91:4,12,17
93:23 95:19 96:25
111:23 117:6 125:8,10,
18,24 162:7 167:19
296:5,8 297:15,16
315:15 316:14,18
317:14,18 318:9,14
319:7 320:13 321:21,23
335:23

**articles**
8:20 20:15 28:25
132:17,19 176:25
315:10

**articulated**
277:9,10

**artificially**
282:8 283:12

**arts**
6:11,14

**aside**
72:16 107:17 169:25
225:8

**asked**
44:5 51:18,19 61:17
78:22 177:12 192:6
228:7 236:16 243:15
244:6 291:23 295:10
296:6 322:8 326:9
327:8,11,14 330:7
331:18 332:5,25 334:4

**asking**
36:15 38:18 44:12
47:14 91:15 94:25
132:8 133:2 159:23,24
167:16 169:24 180:25
183:25 187:25 189:25
192:4 229:2,3,6,7
254:14 271:16 277:8
285:19 313:16 332:13,

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i6

14 340:12

**aspect**
18:14 49:14

**aspects**
47:22

**asserting**
336:15

**assess**
43:21

**assessing**
188:17

**assessment**
45:13

**asset**
205:14

**assets**
25:16

**associated**
59:9 115:14 132:21,23
155:2 182:23 189:9
231:9

**assume**
5:5,15 85:25 121:23
137:23 140:18 147:25
167:21 265:8 268:7
301:16

**assumed**
98:7 107:18

**assumes**
85:10,21 86:5 147:21
151:2

**assuming**
78:23 84:3,17 110:13
148:11 223:4 242:12

**assumption**
84:21 106:7 107:11,25
138:3,8,11,12 139:15
140:23 141:6 142:14

**assumptions**
75:23 116:15 141:18,24
142:7,12

**astrophysics**
6:19

**asymmetry**
72:23 280:9

**attacked**
16:13,19,23

**attempt**
186:13 330:5 345:10

**attention**
32:12 47:16 277:16
298:10,16

**attention-grabbing**
337:2

**attorney**
9:7

**attributable**
242:22 248:16 330:20

**attribute**
337:9 342:6

**August**
20:5 74:24

**author**
96:22

**authors**
93:22 95:2 96:21
100:14

**Auto**
223:10

**auto-regression**
218:21

**autocorrelation**
55:3,10,16,21 56:7
195:2,7,20,21 196:5,13,
18 197:8,14 198:20
200:21 201:2,12 202:6,
24 204:11,17,23 205:4,
7,11,24 206:5,7 207:9
208:4 210:23 211:11,18
212:3,7,12,19 213:4
214:11,16 216:3,8,18,
20 217:13 218:6,21
219:10

**Automotive**
223:7,20 224:9 225:10
233:22 234:6 271:18,19

**available**
25:8 38:3,9,12 44:20,21
50:14 51:14 79:7
134:13 217:16 233:13
242:14 256:6 268:3
269:24 270:13 272:10
285:3 319:5 333:15

341:24

**Avenue**
3:8

**average**
94:2 96:11 133:19
158:15,22,24 212:16
225:6 229:23 237:22
239:7,23,25 240:2,5
245:8 253:8,9 254:24
255:16 257:5 259:7,10
262:9,13 265:14 266:17
268:12 273:13 274:19,
22 275:6 276:15,18
277:2 278:18 279:2
345:19,24

**avoid**
29:10

**aware**
18:3 124:20 125:7,9,17
153:23 209:11 251:3,8
337:22

**awful**
237:11

_____

                  B

**back**
13:17 18:23 49:18 69:4
70:18 101:15 115:22
123:6 124:4 147:3
180:9 191:7 215:17
249:6,12 251:11 261:11
305:2,3 307:24 321:7
329:7,11 334:25 339:16
341:18 343:17 347:3

**backdating**
7:22 325:7,8,10,20
333:22

**background**
20:16

**bad**
116:20 117:3 200:9
310:21

**bag**
235:11

**ball**
46:21 205:13 257:15
258:11 284:13 293:18
313:23 321:10 324:21

326:16

**ballpark**
28:13 279:8

**bank**
262:17

**banks**
264:23

**bar**
114:9

**Barclay**
249:8

**Barclays**
142:21 146:2

**barely**
67:16 319:8

**Bas**
4:9,13

**base**
314:16

**based**
16:4,7 40:2 43:8 53:13
55:5 60:2 63:3 87:10
94:15 104:4 108:8,10
150:12 158:9 160:10
174:16 193:15 197:21
202:8 206:11 211:7
215:6,25 216:5 219:16
223:3,18 225:9,18
228:17 229:8 233:21
265:9,23 267:2 270:9
273:19,23 274:6 275:20
279:11,21 288:23 301:7
312:20 317:6,16,24
318:25 332:10 345:3,4,
5

**baseline**
56:3 65:20

**bases**
22:5,22

**basic**
5:6 20:16

**basically**
57:23 163:2 207:17

**basis**
65:13 94:9,16 95:5
100:22 206:13 207:14
245:12 253:6 257:6

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                     i7

264:7 278:16,17 282:17
321:13

**bask**
275:14

**battery**
98:2 120:17 123:9

**battle**
336:24

**Bausch**
47:10,19

**bear**
188:5

**beat**
41:16,17 142:19

**beginning**
69:2 124:2 130:20
191:5 206:14 210:2
238:21 253:16 261:9
307:22

**believe**
61:4,21 69:25 133:7
138:13 139:25 154:17
164:10 165:24 189:23
192:3 203:4 218:22
241:14 250:6 251:12
252:3 264:21 276:16
286:12,18 297:4,18,19,
20,21 300:15 303:15
304:7 310:5,7 316:21
317:3 318:23 319:19,24
322:5 331:14,16 338:9

**believed**
64:16 321:19

**believes**
327:17

**benchmark**
56:2 65:5,16 66:2 67:18
184:4 222:7 235:17
255:16 278:4,12 279:25

**benchmarking**
277:5 279:22

**Benchmarks**
235:24

**beneficiaries**
165:2,8

**beneficiary**
166:18

**benefit**
165:21 263:19 326:21

**benefits**
38:14 271:2

**Berman**
14:4

**Bernile**
8:7

**Bernstein**
14:4

**best**
5:11,16 25:24 91:4
136:7 153:7 322:9

**bet**
150:14 207:3 317:5

**bets**
306:22

**better**
77:18,22 93:11 113:15
168:6 169:11 187:3
200:13 203:21 217:22
223:6 225:9 230:19
234:2,16 235:2,9,10,15
280:13

**bewildered**
204:15

**beyond**
173:19 194:16

**bias**
130:22 131:10

**bid/ask**
32:7,13,23 34:12 35:12,
24 54:12 103:12 104:24
213:10,18 226:6 230:3
231:14,20 270:18
271:4,20 272:11,22
273:2,13 274:12,20
275:7 276:6 277:2,6,12,
17,18,19,24 278:3,8,11,
17 340:22

**big**
45:21 71:5 84:25
101:21 102:12 103:2
114:19 146:24 149:16
152:24 153:19 165:2,8
294:22 299:21 325:22
331:15

**bigger**

128:6 209:11 230:22
278:7,10 305:22 306:7,
10

**Bill**
26:5 72:2

**billion**
227:25 260:2,16 339:24

**binary**
31:23 313:15,16

**bit**
39:21 42:5 78:20 86:23
91:25 98:21 99:5 133:3
150:24 203:5 243:5
285:21 286:3 300:12
318:14 332:13

**bitter**
88:23

**blind**
118:16,23 122:19
128:21 141:21,25 142:6
149:11 209:10

**block**
72:21

**board**
233:16 242:5

**bolded**
296:24

**bond**
147:2

**bookends**
58:19

**books**
252:19 326:20

**Boom**
302:18 338:16

**borrow**
34:21

**borrowing**
342:2

**bottom**
33:4 96:6 154:5 253:18
259:11 260:6

**bought**
299:20

**bounds**
173:24

**Boys**
252:20

**break**
68:16 123:17 190:10
307:8 308:3 334:17

**bring**
37:13 188:5 239:23,25

**brings**
239:25

**broader**
17:5

**broker**
200:8

**brokers**
49:22 106:10

**brought**
47:15 312:18

**buck**
277:23

**bucks**
41:22

**building**
51:9

**built**
252:21,22

**bump**
206:25

**business**
7:11 17:25 41:4 47:11,
23 200:15 284:19
315:20 321:11 335:3
343:11

**buy**
300:3 341:17

**buying**
37:3 72:25

---

C

---

**C-a-m-m-e-r**
220:14

**calculate**
26:14,18 136:23 137:3
273:3 332:3

**calculated**
137:9 237:21

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i8

**calculation**
240:13 285:8 306:3

**calculations**
246:8

**calendar**
164:23 217:3

**California**
3:19

**call**
49:23 73:13,15 76:20
79:2 80:17 124:15
176:22,23 177:16 188:7
209:23 307:3,7

**called**
4:12 47:23 87:20
127:18 164:20 174:21
195:2

**calls**
63:6 301:10

**cammer**
51:25 52:8,16 100:24
101:5 104:18,22 105:3
220:13 221:2 227:7
236:8,10,14 244:11
246:14

**can't**
11:13 25:5,19 31:14
39:24 43:20 46:3,14
54:15 62:22 64:2 68:13
72:8 140:5,15 144:23
145:25 166:8 181:23
184:5 197:11 200:19
204:12 205:17 206:11
208:2 212:14,17 215:3
232:15,16,18 250:24
271:18 275:25 293:15
309:11 312:19 320:19
346:11

**cancel**
26:7

**cap**
32:11,15,24 35:18
36:11 37:18 226:6
227:15,17,22,24 228:4,
14 230:21,22 260:5
278:22 339:23

**capacity**
5:2 184:2 199:20

**capital**

91:12 95:20 186:4

**capitalization**
32:6

**caps**
260:2,15

**caption**
346:11

**capture**
168:20,24

**captured**
258:2,10

**captures**
168:22

**Caraco**
251:23

**Card**
10:6 11:12 12:10 13:11
175:14 192:6,7 227:24
235:3 241:21 242:11
243:14 244:11 245:5
247:25 248:13 249:19
253:3 267:13 268:11,17
269:4 270:2

**care**
120:2 121:6 128:22
149:11 166:14 255:14,
15 258:19

**career**
15:17

**carefully**
250:8 285:17,25 319:10

**case**
3:19 9:14,25 10:16
11:7,17 12:16,17 13:4,8
17:13,17 20:4,21 21:5,
14 22:7 26:22 37:10
53:10 58:18 60:12,15,
17 73:6 76:3 78:9 79:14
80:5,10,15 82:3 84:14
98:6 103:24 113:5
114:6,12,17,23 134:13
149:6 174:3 182:14
188:20 199:8 200:11,18
202:19 213:15 215:19,
22,23,24 216:12 218:20
219:11 223:6 226:9
239:13 240:17 242:11
243:4 245:5,9,11
256:11,15 257:14

260:12 265:9 269:16,17
282:20 283:5 284:16,23
302:10,19 311:10,17
323:6 324:4,8 325:24
327:18,20 328:5 329:19
333:19,22 341:11

**cases**
12:11,19 13:9,24 15:14
30:17,20 95:22 174:9
175:20 183:13,21
187:8,9,10,12,20 188:3,
10,16 200:7 214:15,20
220:9,13,25 221:4,8
228:18 229:7 238:19
260:8,10 279:22 281:5,
10,12 284:12,23 302:9
312:15 328:15 333:21

**cash**
285:9,12 303:2 306:3,4,
5,21

**casting**
344:23

**Catalyst**
268:20

**catch**
291:6

**catches**
297:23

**catchy**
317:25

**categories**
36:8 235:9,11

**categorize**
167:10

**category**
260:17

**causation**
23:10 159:18

**cause**
52:4,6,22 53:8,13,18,21
54:2,3,19 70:2 80:8
82:8,14 100:23 103:22
105:2,12 108:16 120:22
149:2

**cause-and-effect**
52:2,9 54:9 98:3 101:2
102:6 104:3,16 120:16

**caused**

83:14 84:12 109:6
114:19 177:8 293:12

**causes**
25:15 40:7 48:8 146:24
149:12

**causing**
117:25 120:24

**caveat**
69:18

**central**
289:15,18 290:12,25
296:5,17

**cents**
257:22,23

**CEO**
47:10,21

**CEO'S**
328:8

**certain**
9:19 30:18,19 34:6
67:10 72:18 73:2 88:8
219:21,23 251:10
258:24 263:17

**certainly**
166:24

**certainty**
252:23

**certification**
10:4,15 11:7,18,20
12:2,6,19 13:2,10 20:20
21:5,13 22:2 75:10
174:3 221:2

**certifications**
106:13

**cetera**
22:20 104:19

**CFA**
106:14

**CFO**
156:4 247:14

**chairman's**
328:9

**challenge**
15:23 98:22 197:25
198:4

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                 i9

**challenged**
286:10,16

**challenges**
16:2

**challenging**
153:2 181:17

**chance**
182:12

**change**
42:4 64:5,7 69:24 83:18
84:9,12 85:22 86:18
90:20 100:20 109:7
113:25 114:15,19
120:25 123:10 136:21
145:15 147:22 156:10
157:2,23 159:3,20,21
160:5 162:14 163:4,9,
14 173:15 178:4 180:19
181:10 183:6 185:5
186:23 188:20,21 194:2
203:24 205:19,21
256:12 257:18 336:19
337:15

**changed**
11:24 69:23 91:6,16
105:22 203:19 205:25
212:6 249:14 338:10,13

**changes**
40:9 56:12 70:5 77:6,17
101:18,19,21 103:7
105:15 108:16 110:6,9,
10 113:4 120:22 132:22
143:23 144:6 146:25
156:14 157:18 158:12
159:7,15 160:5,24
161:4,8,9,10 165:5
179:13,15 181:8 184:18
187:18 205:8 210:17
253:17,19 338:5

**changing**
59:6 91:9 150:17
160:12,22

**channels**
29:16

**characteristic**
226:2,8 235:23,24
236:18

**characteristics**
13:18 223:12 225:22
226:7 235:14 237:14

**characterize**
159:22 338:24

**characterized**
81:14 150:22

**charge**
284:17

**charged**
48:22 267:17

**chart**
31:3 114:8,9 221:11
223:3,5,18 251:7 269:6
270:6 271:14 272:4,10
274:9,10

**chase**
200:17 221:19 234:20

**check**
16:11 49:13 86:15
137:19 151:12 167:20
169:4 251:11 254:22
262:10

**checked**
85:2 151:15,16 185:4

**chemistry**
6:19

**cherry-pick**
129:12

**cherry-picking**
116:3 212:9

**childs**
234:22

**China**
10:6 11:11 12:9 13:11
45:23 49:13 50:8 74:17,
25 75:9 77:3,4,10 79:13
116:8 141:13 150:10
174:18 223:7,10,20
224:9 225:10 233:22
234:6 268:19 271:17,19

**Chinese**
262:23 284:3 302:10

**choice**
216:15

**choices**
19:8,13,20,24

**choosing**
226:2

**chose**
77:24

**chronology**
58:11

**chunk**
299:21

**circumstances**
214:4 218:16 219:13,
21,23 220:5 231:3

**cite**
72:2,3 108:14 133:11
176:25 189:13,23
205:12 247:8 249:16
286:7

**cited**
20:15 26:4 27:19 28:24
40:3 85:9 125:11
144:10 161:16,24,25
249:19 250:5 315:11
318:9

**Citigroup**
187:12

**citing**
23:19 287:25 315:15

**City**
3:8,13

**claim**
11:19

**claimed**
318:23 319:20,25

**claiming**
321:18

**claims**
335:5,20

**clarification**
18:10 127:16 190:6
223:8

**clarify**
5:10 166:23 339:18

**class**
10:2,3,14 11:6,17,20
12:2,5,19,21,25 13:10
20:20 21:5,13 22:2 23:2
25 63:10,20 64:22,23
65:10,11 66:23 75:10
92:14 98:21 102:13,18,

21,23 103:9 104:8,10
130:20,21 139:3 158:16
171:19 172:3,6,11,19,
20,22 173:10,20,22
174:3 178:12 195:23
196:6,11,17,23 197:3
198:4,10,14 200:21
204:9 206:8,14,16
207:7,15,22 210:2,5
211:22,24 212:12,20
213:14 216:10,14,22
217:4,5,17 219:14
220:15 221:2 237:25
238:2,21 239:9,20
253:11,16 255:19,25
256:17 257:7,14,19
258:7,24 263:2 265:15
266:18 273:14 276:16
282:2

**classic**
83:2

**clear**
6:22 15:10 25:14 73:17
76:25 77:8 112:5,7
124:11 129:8 140:5
142:4 152:2 172:2
189:7 195:11 201:7
217:6 228:25 236:20
240:15 249:4 268:23
283:20 286:25 320:23
323:7 326:15 340:25
346:13

**clearing**
190:4 280:11

**clearly**
119:17 234:19,25
264:3,7 265:7 271:3
278:18 299:11 301:12
323:9 341:3,6,10

**client**
263:20

**clients**
106:16 156:7 264:12,14

**close**
104:6 130:3 136:9
139:11 150:3 168:14
236:12 250:22 268:20,
21 275:3,4 278:25
334:18

**closed**
153:20

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i10

**closer**
76:22

**closes**
168:11

**closest**
268:6,9,15 269:3

**CMA**
106:15

**co-wrote**
8:5

**Coated**
244:13

**cohesive**
50:2

**collecting**
156:7

**collection**
31:22 37:11 80:7

**collectively**
80:9

**College**
6:10

**colleges**
7:17

**collocated**
49:16

**colors**
37:9

**column**
266:2 267:4

**columns**
340:14

**combination**
118:22

**come**
21:22 64:2 71:15 78:11,
15 80:11 94:14 109:23
186:6 196:7 197:6,25
200:10 208:19 212:23
215:20 262:13 306:20
309:14,18 326:25
343:12,17 345:8,15

**comes**
9:22 39:16 42:23 47:18
88:19,22 103:4 167:21
168:9 294:7 314:20

324:6,11 343:8

**coming**
110:14 123:6 173:5
258:9

**comma**
248:25

**commentary**
344:22

**committing**
297:5,18 300:15 301:6
303:16 304:7

**common**
23:2,7,8 59:24 62:7
178:11 214:13 216:11
220:17 263:22 264:16
265:2,9 273:16

**companies**
164:2 165:21 234:18,
21,24 260:10,14 315:18

**company**
40:12,23 41:9,17 42:9
45:18,22 46:7,14,15,17
49:9 54:25 59:5,9,12
62:19 82:9 105:11
131:17 141:10 155:13,
19 156:4 160:8,10
162:11,20 173:5 182:3
190:8 256:13 257:15
258:3,11 281:24 292:22
297:10,25 298:3,4,9,14,
24 299:3,14,15,22,25
300:9,18 302:8,11,12,
17 306:15,16,19 315:25
318:17 321:9,11 324:21
337:25 338:16 342:14
343:8,9 344:7,12,14

**company's**
154:16 155:21 205:21
321:5 325:13

**company-specific**
38:25 163:19 166:12

**comparable**
221:21 233:24,25
234:5,17,19 260:15

**comparables**
306:21

**compare**
186:11 222:8 233:22
260:13

**compared**
56:8 65:15 92:23 113:4
121:10 129:2 158:5
212:16

**compares**
30:15 82:22

**comparing**
235:18 244:17

**comparison**
225:25 241:23 251:15
273:24 274:7

**comparisons**
260:7

**compensation**
325:11,15 328:11,19

**competing**
256:8

**competition**
35:7 101:16 317:4

**competitors**
165:2,7

**complaint**
26:22 27:10 287:25
288:8

**complementary**
118:19 121:4

**complete**
28:12 46:6 225:13
285:23 304:23

**completely**
46:11 56:9 104:15
122:19 151:22 189:3
209:5 301:22 302:24
305:18 306:24

**complex**
59:8 150:6

**complexity**
146:6

**complicated**
149:24 187:10

**component**
165:11,13 166:5

**compound**
306:9

**computer**
339:11

**concealing**
308:17

**concede**
247:2

**concentration**
294:19

**concern**
131:9 149:2

**concerned**
232:24 291:20

**concerns**
130:19

**conclude**
281:4,6

**concluded**
293:20

**conclusion**
37:13 96:23 177:24
195:25 196:8,19,21
197:21 206:2 207:11
320:9,24 336:20

**conclusions**
327:2

**concrete**
241:23

**condition**
97:13

**conduct**
71:8 73:5 77:12 146:15
213:16 231:17

**conducting**
188:12

**confidence**
25:6 49:8 58:6 128:7,10
136:10,16 137:4,16,19,
21 171:21 174:7 201:13
202:21 320:5

**confident**
13:13,15 115:18

**confidential**
14:14 15:2,12

**confined**
85:20

**confirm**
69:14 75:25 309:8,9,22

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i11

**confirmatory**
163:5,7,8,13

**confirmed**
162:13,24 308:11

**confirming**
162:25 163:3,11,12
247:16 336:4

**confirms**
162:11 163:13

**confounding**
118:3

**confused**
18:18 161:17

**confusion**
228:10

**conglomeration**
131:25

**consensus**
25:17,22 59:15 142:20
186:12 228:22 338:6

**consider**
9:17 10:8 32:16 36:9
40:5 63:21,25 64:6
88:9,12 119:13 134:10
147:11 148:10 164:15
167:8 173:9,12 188:16
199:21,24 217:21 255:8
270:8 334:8 340:7

**considerably**
115:18

**consideration**
343:25

**considered**
24:20 37:20 64:4 157:3
170:15 172:13

**consistent**
16:10 17:13,17 85:8
183:21 185:13,18
202:25 203:14,17
210:23 213:14 270:11
286:19 340:13

**consistently**
149:3 215:4

**consolidated**
26:21

**constraint**
232:13,23

**consulted**
13:22 14:6 200:6

**consulting**
14:10 17:15 87:20
199:18 200:6

**contain**
108:22 132:24 296:4

**contained**
20:21 109:13 110:15
129:19 158:10 161:21
166:10 338:13

**contaminated**
67:18,25 192:18

**contamination**
67:12

**contemplate**
244:12

**contend**
290:6

**content**
35:4,15 39:10,11 72:20
106:2,3,22 108:15
110:2 119:13 122:5
129:9 141:25 152:16
158:25 159:4 161:22
162:22,23 164:16
185:21 186:8 187:22,25
316:21 317:13,25
320:23 336:2,3 337:4
338:19

**contention**
337:8

**Contents**
75:13 82:6

**contested**
10:22 187:10

**context**
34:25 36:16 48:11
95:12 146:5 164:16
184:16 214:25 217:13
218:25 219:4,5 231:20
232:24 275:11 276:2
333:15

**continuation**
151:17 152:4 172:14,21
173:21 342:6

**continue**
4:16 59:11 298:17

**continued**
191:14 264:3,8 265:7
320:18 347:9

**continuing**
60:25

**contributed**
331:6

**control**
113:13,14,22,23
114:18,25 115:2 121:10
283:24

**controlled**
281:24 330:23

**convenient**
126:14

**convention**
59:25

**conversations**
247:15

**conveys**
72:22,25

**convincing**
288:20 294:15 295:5
312:12 322:11,18,25
323:11,20

**convincingly**
321:9

**copy**
75:8 82:2 95:11 242:10

**Cornerstone**
4:5

**corporate**
6:25

**correct**
5:3,4 6:24 7:3,14,24,25
8:13 9:2,8,9,12 12:23,
24 21:2 22:4 23:4,11,
14,16,23 24:12,15
29:24 44:11 53:8 57:10,
20 71:12 73:4 76:12,13
86:9 87:6,16 91:22
92:9,16,22 93:5 97:8,11
99:13 104:11 105:18
109:2 112:4,13 122:3,
16,18 127:24 129:7,21
130:12,15 131:22
136:17 137:2 141:15
143:20 145:18 147:6,19

150:12 153:15 154:7
162:6 167:4 168:23
171:22,25 172:4 179:22
184:12 197:19 199:2
202:7,12 209:16 218:7
220:24 221:11 232:4
238:3,23 241:10,11,16,
20 254:18 262:19
263:4,8 265:11 272:20
273:18 276:23 287:9
289:9,13 291:3,4
297:13 299:8 308:13
316:6,9 321:22 330:9
334:7,15 342:8,16

**corrected**
282:12 283:15 287:8

**corrective**
24:23,25 65:22 102:25
103:2 104:9,10,12,15
116:23 197:6

**correctly**
63:6 282:3 309:10

**correlated**
101:19 144:21

**correlating**
101:18

**correlation**
55:4,9,17,22 65:3 82:11
143:22 144:6 205:16

**corresponds**
185:5,6 330:24

**cost**
32:14 50:8,10 271:5
274:3

**costs**
34:13 35:7 38:13
101:17 143:5 198:14
212:15 213:12 230:20
256:7 270:21,22,23
271:3,8 337:24

**coughing**
118:7 133:13 155:25
163:23

**couldn't**
53:7,16,19 99:15 176:4
272:16

**counsel**
3:20 183:11 233:3

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i12

**count**
9:24 12:8 29:23 103:7
217:2 262:8 267:22
272:25

**counted**
10:18 14:2,16 217:3
255:5,6

**counting**
249:4

**countries**
327:25

**country**
44:25 45:2 47:7 48:17

**Countrywide**
187:12

**counts**
80:18 102:14

**couple**
27:10 30:2 74:18 89:4,
14 143:24 164:25 193:8
252:19 261:14 289:10

**course**
7:18 154:3 254:6

**courses**
6:12 188:9,15

**coursework**
199:17 200:5

**court**
3:18 4:8 16:12,17,25
17:9 18:6 19:3,7,12,19,
23 26:8 30:21 31:18
98:24 183:13 204:2
214:12 220:11 228:18
245:7,16 248:2 249:23
251:3

**courts**
85:9 104:17 145:22
146:4 169:25 183:15
189:17,20,22 214:10
221:23 222:3 226:18
280:20

**cover**
86:22 122:7 178:17
325:19 341:16

**cover-up**
284:12 325:4,23 329:20

**coverage**

261:14 262:11 295:18

**covered**
105:5 116:2 325:20

**craft**
196:2,8 197:10,23
198:7,12,22 199:6,15
200:23 205:2 210:18
211:16 213:21 215:21

**crafted**
146:18

**create**
24:17 212:21 256:4

**created**
293:13

**creates**
161:10 232:12

**creating**
40:8 122:7

**credibility**
16:14,19,23 17:5 18:11
284:15 291:17 293:8
326:2,6 343:6 344:11

**credible**
253:6 284:5 292:6
295:3 301:3 312:21
314:11,14,20 323:14
324:9,10,11 327:18,20
328:5 343:9,10,23
344:20

**crime**
294:22 325:9

**crisis**
205:11,14,18,22

**criteria**
61:25 221:6 229:21
277:7

**critical**
89:3

**critically**
345:20

**criticism**
17:12 18:12 126:7
128:12 176:10,12
245:17

**criticisms**
17:3 18:7

**criticized**
79:22,25 125:3,18
126:3,5 176:7

**criticizes**
126:2,8

**criticizing**
125:8

**cross**
100:17 236:7

**cross-sectional**
71:5 74:3

**cross-sectionally**
89:22

**crossing**
47:8 71:20

**crux**
290:10

**curious**
169:5 189:5

**current**
312:19 314:6

**currently**
87:25

**cut**
159:11 174:11 176:4,
10,14 180:22 200:17
216:2,6 221:19 263:11

**cut-off**
278:5,6

**cuts**
275:8

___

**D**

**daily**
65:4,15 151:11 158:15
274:12

**damage**
12:3 284:25 293:18
344:12

**damages**
9:19 11:2 12:4 23:15,
20,21 24:18 25:20
26:14,18 284:14 334:6,
13,14

**damaging**

325:6

**Dan**
4:4

**data**
58:5 79:6 135:2 136:21
137:24 138:5,15 204:6
213:7 217:16 220:19
222:5 249:11 251:11
270:9 272:16

**date**
150:3 195:23 196:16
197:4 198:6,11 203:14
220:15

**dated**
74:24 242:3 249:14
319:7

**dates**
325:21

**Daubert**
15:23 16:2,5

**daunting**
72:7

**David**
87:25

**day**
57:3,6,8 62:3 63:19,20
64:9 65:18 83:12,15,17,
24 84:4,6,10,17,20
85:2,7,11 86:3,8,20
93:8 101:14 109:24
110:14 135:4,7,11
142:2,21,24 143:4
145:24,25 146:9,10
147:7,12,17,18 148:19,
20,21,22,23,24 149:4,8,
14,21 150:20,25 151:3,
7,13,16,19,20,21 152:3,
5,7,10 153:13,24 155:5,
11,18 157:13,25 159:2
167:3,8,12 168:16,19,
20,22 169:21 172:15,18
173:13,21 185:14,19
186:9,18 195:22 196:24
200:22 203:11 204:10,
13 206:8,13,23,24
207:5,15 209:2,25
210:16 211:23 213:20
216:2,6,15 239:18
257:19 258:10 264:18
289:2 293:10 320:14
323:19 335:15 344:2

348:16

**days**
57:5,15 58:8,12,15,16
59:3,18,23 60:5,8,9,12
61:3,6,10,20,22 62:3,6,
10,16,17,24 63:10
64:15,17 65:25 66:4
82:14,15 84:13,14 85:2
86:16,21 92:2,8,14,18,
19,21 101:8 102:21
103:6 111:11,13
112:10,11,12,17,21,22
113:2,11,20,21 114:20,
24 115:4,14 116:11
117:9,10,20,21 118:12
119:3,5,17 121:22,23
127:14,21,22,25 128:8,
9,13,14,19 129:2,13
133:19,20,23,24 134:9,
20,21 135:13,15,18,24
136:25 138:25 141:7,9
142:19 145:22 148:9,
10,25 149:7 150:17
151:13 152:21,22 153:6
154:14 156:24 157:5,8,
10 158:4,5,11 167:3
171:18,24 172:6,8,10
173:10 174:6 175:7,15,
22,23 177:6 179:12,20,
21 180:6,14,24 181:7
182:5,10,12,13 183:4,
18 184:10,15,21,24
187:23 195:24 197:9
198:7 204:10 206:16,22
207:6,18 208:11,21
209:11 210:17 216:25
217:2,3,24 220:2
240:11 342:11 344:6

**deal**
89:20 153:19 325:22

**debate**
25:9

**debates**
88:23

**decide**
110:23

**decision**
62:24 63:2 214:14
220:16 251:4

**decisions**
220:11 284:18

**Declaration**
74:24

**decline**
305:22,23 306:8,9
332:10,22

**declined**
344:2

**defendant**
16:13,15

**defendant's**
94:2,9 95:5 96:12

**defendants**
4:2,24 249:18 253:3

**defense**
89:5 115:20

**Defensive**
21:20

**define**
73:7 76:10 89:7

**defined**
78:3 92:3,5 141:13
160:2 162:17 169:18

**defines**
82:22 89:22 90:3
125:25

**definitely**
218:19

**definition**
38:2,7,15 46:21 107:23
108:4 109:16 121:8
130:24 157:16 159:14
215:2

**definitive**
295:2 333:13

**definitively**
118:20 290:18 305:16
320:20

**degree**
6:15 7:5,10 9:11 31:24
88:8 108:18 166:11
200:2,3

**deliberately**
115:9 283:5

**delisted**
274:17

**demand**
155:18

**denial**
173:5

**Depending**
231:2

**depends**
21:16,21 36:16,17
40:16 43:16 44:8 123:4
146:5 169:22 218:15,25
219:4,12 220:4 230:10
231:5 232:24 236:22
237:13 275:10 296:8
308:23 333:14

**deposed**
4:25

**deposition**
3:14 5:7 13:23 68:19
69:3 123:19 124:3
190:14 191:6 243:15
261:2,10 282:23
307:15,23 348:5

**depository**
8:20

**describe**
129:15

**described**
43:5 74:7

**describing**
90:16

**design**
129:7

**designated**
267:15

**designation**
106:15

**designed**
146:23

**desirable**
285:6

**despite**
100:14

**detail**
150:6 292:7

**detailed**
48:18 283:3 284:6

342:25

**deter**
214:12

**determinable**
43:11

**determination**
40:18 42:15 117:2
193:14 204:24 215:20

**determine**
62:10 64:6 67:24 83:11,
23 84:5 105:20 107:21
110:4 112:15 118:10,11
133:5 135:11 141:2,12
151:6,22 166:25 167:13
185:17,23 199:5,14
202:17 213:18 215:5
236:18 246:16 247:5
287:4 306:18 311:3
315:5

**determined**
60:4 92:5,18 111:10
185:12

**determining**
32:8

**deterrent**
273:15

**Devalerio**
14:4

**develop**
187:14

**devices**
325:2

**dictate**
333:16

**didn't**
6:16,18 13:24 14:11
20:11 28:20 44:15
50:25 60:13 61:24 63:9
65:24 66:5 68:10 76:2
77:12,15,16 80:11
98:17 99:7 101:24
102:10 104:2 108:24
110:2,20 111:6 116:7,8
127:13,20 129:12 131:9
136:20 138:11,18
141:11,17 142:10 149:6
157:12,15 161:12 162:3
165:11,13 167:7,13,20
173:9 174:17 178:17

184:8,13 193:2 194:22
215:22 217:2 226:24
228:8 239:14 245:7
249:23 250:2 252:25
253:21,22 254:4 255:10
257:21 264:19,22
266:10 269:7 290:17
292:22 294:14 302:12
305:19 318:3 320:10
324:4 326:5 329:21
330:5 332:19 334:5,8
335:22 341:12 345:8,
12,17 346:5,13

**difference**
34:5 46:9 51:3,15 76:23
82:25 87:5 93:3,16,23
94:7 95:2 114:21
119:24 126:23 134:19
231:11 247:10 262:15,
19

**different**
17:7 29:5,22 31:2,7,10
32:4 37:12 39:13,18,19
44:17 48:22 49:18 55:9,
10,12,13,18,24 56:9,16
59:13 60:3,5 62:2 64:19
74:5 76:18 77:23 78:6
79:5,20 81:14 88:15
91:25 93:18,21 122:8,
21 138:22 139:4 151:22
172:15 175:25 203:6
207:21 208:8,23 209:2,
4,5,6,15,19 210:3,13
231:7 238:24 243:6
249:10 257:8 259:13
260:7 269:15,22 273:11
274:21 281:10,11 290:8
294:20 301:3 302:15
304:20 306:24 309:2
313:6,9,19 316:24
317:22 326:20 327:2,24
328:20 332:10,13
333:12

**differently**
188:6 209:6 316:25

**difficult**
25:18 34:20 36:15 53:2
54:6,21,22 72:5 112:24
114:4 115:10 233:6
311:3

**digit**
267:23

**diligence**
48:23 49:4,6 342:20,22

**dilution**
325:14

**direct**
32:13 33:6,9,23,25
34:2,10,12,15,23 35:4,
10,12,23 36:2,7,20,23
37:23 51:22,23 52:6
54:23 80:4,8 82:6 98:3
103:19 104:21 105:2
120:16 203:15 225:23
271:4,7

**direction**
39:6 40:6 72:12,17
116:16 122:12,15,17,
23,24 141:18 142:12,15
143:18 158:6 185:2,12,
17,23 186:16,20 188:22
208:15 308:19 309:12

**directly**
10:19 85:3

**directors**
46:18

**disaggregate**
330:6 333:6

**disaggregated**
332:14

**disagree**
50:13 94:19 95:6,8
184:5

**disappeared**
247:11

**disclose**
48:19 281:22 282:7
283:11,23 287:19 288:2
289:7 308:5,9,25
309:16 330:25

**disclosed**
45:19 48:7 50:19 51:2,
6,15 69:20,21 141:10
149:20 158:3,4 169:23
172:22 185:14,19
289:21 293:10 325:12,
21 330:21

**disclosure**
24:23 25:2 104:12
105:11 116:24 196:16
197:4,5,7 222:25 240:8

284:24 310:16 332:15

**disclosures**
65:23 102:25 103:2
104:9,10,15

**disconnect**
91:15

**discount**
241:8,18 243:16 244:12
245:3,8,19 246:3,7
247:25 248:3 249:20
250:23 251:13,19,25
285:9 292:10 293:14
306:6,10 310:21 335:24

**discounted**
242:21 243:8 248:16
306:20

**discounting**
244:16 245:3

**discounts**
244:23

**discovery**
137:9

**discrete**
326:16

**discussed**
134:5

**discussion**
191:19

**disproportional**
166:17

**disseminate**
155:16

**disseminated**
29:22 43:19,24 45:10
46:4 154:19 155:13

**disseminating**
154:12

**dissemination**
29:12,17 45:8

**distinct**
325:10

**distinguish**
124:23

**distributed**
137:25 138:6,15,21
139:7,19,24 140:6,12,

20

**distribution**
139:12,21 140:2,24
182:9

**distributor**
49:15 281:25 287:21
291:7,8,10 297:9,24
298:9,13,23 299:2,13,
21 300:17 323:2,12,21
324:23 327:22 328:16
330:22 338:15,21,22
339:14 343:4 345:11
346:8

**distributors**
294:20

**distributorship**
293:5,22 295:7 312:23
322:19 323:7

**distributorships**
300:5

**District**
3:18

**divide**
255:18

**divided**
227:3

**dividend**
71:3 74:4

**dividing**
61:25

**document**
30:10 59:10 150:6
174:25 335:12

**doesn't**
23:20 29:15 34:8 44:15,
22 45:2 48:15 68:6
80:23 84:8 85:25 99:24
119:23 143:13,18
147:25 160:21 168:24
189:4 193:23 194:2,5,
14 196:25 197:12,15
198:16 201:25 204:16
207:3,9 210:7,20
211:18 224:23 226:8
235:19 239:24 241:8,17
245:12 252:10 280:7
291:11 296:4,16 298:18
299:9 316:7 325:12
336:7 337:14,16,17

339:13

**doing**
15:11 40:4 50:5 67:20
84:3 90:18 93:11 98:16
99:6 115:16,21 157:24
158:8 159:18 170:25
177:9 187:5 188:3
191:25 194:3,23 205:4
221:18 267:22 281:9
333:10 334:12,14

**dollar**
142:22 231:8,9,19
232:2,3 275:15 277:16,
17 278:2,7

**dollars**
15:5,17 231:15

**domain**
48:6 280:24

**dominant**
332:21,22

**don't**
5:9 7:4,9,13 9:10 12:7
13:5,19 14:17 15:11,18,
21,24,25 16:2,22,23,24
19:15,22 20:2 21:15
22:11 24:6,10,20 26:14,
25 27:5 28:18,19 31:24,
25 33:11,14 35:20
37:17,19 39:14 40:5
41:2 42:14 43:2 44:2
46:8,19 48:3 49:2 50:7
53:9 54:4 56:13 60:18
62:3,16 63:10 68:7,13
70:15 72:12 73:15,23
78:4 79:20 81:13 84:23
88:11 90:11,25 91:18
95:4 96:16 97:2,22,25
104:21 108:6,22 111:9
116:2 120:2 121:6
123:16 124:25 125:2,9,
16 126:10 128:22
130:24 132:4 134:10
135:16 136:4 137:5,10,
18,22 138:13,16
139:21,23 140:3,7,14
144:16 146:19 149:11
151:13 152:13 159:8,16
164:10,19 174:8,13,19,
20 176:21 177:16
181:23 186:13 190:7,10
191:25 192:3 193:7
194:23 197:9 200:15

202:16 203:8,9 207:25
210:15 211:19 213:19,
22 215:16 216:13
220:3,6 222:22,23
224:4 225:3 226:10,24
228:3,13,24 230:5,13
232:21 233:16 234:10,
11 235:7 237:20,23
241:4,14,22 243:21
244:19,21 245:2,24
246:15 248:3,6,10
250:6,11,19,20 251:9,
11 252:3,23 253:4
255:8,14,15 256:12
257:5 261:23,25 262:24
263:12,20 264:21
267:21 268:13 270:8
272:7,13,15 275:22
276:8 278:5,6,14 279:6,
24 280:21 281:16
288:19,22 289:2 290:5
291:18 292:18 293:14,
15,19,24 295:5 296:13,
20,22 304:5 305:9
306:14 309:19,22,23,24
311:9,10,11,12,16
312:12 313:11,12,13
314:8 316:16,23 317:7,
15,19,20 318:5 319:4,
16 320:9 321:6,12
322:24 323:16 324:8
326:13,18 327:2,18
328:12 329:19 331:14
332:18,23 333:5,20
334:17 339:4 342:15,22
344:4 345:2 346:3
347:4

**doodler**
33:21

**doors**
49:17

**double**
249:4

**double-counted**
244:21

**double-counting**
241:9 247:9,12,17,18,
21,22,23 250:24 251:13

**double-digit**
154:12

**doubt**
21:15 60:14 105:4

261:23,25

**dozen**
144:10 236:17 340:21

**Dr**
8:9,12 26:6 38:15 87:21
88:15 124:20 126:11
186:4 188:9,10,11
249:9 270:25

**dramatically**
154:22 155:12 247:19

**draw**
114:8

**drew**
39:23

**drive**
320:18

**drives**
209:13

**driving**
208:18

**drop**
342:5

**DTI**
3:7 4:9

**due**
241:9 297:8 303:19
304:10 342:17,21

**duly**
4:12

**dump**
189:3

**Dunbar**
87:14,17,21 88:12,15
90:8

**duplication**
29:10

**DVI**
190:3 214:12,13

---

**E**

---

**e-mails**
247:15

**earlier**
4:21 18:10 106:9
109:25 169:20 191:16

270:22 303:25

**early**
274:17

**earn**
204:5 205:16 206:10

**earnings**
41:17,18,20,23 54:25
72:21 75:17,22 77:5,16
80:12 82:9,19,23 83:5
89:23,24 100:4 101:11
102:3,17 106:4,23,24
107:4 131:17 132:20,
22,23,24 133:19,23
134:9,20 135:24 136:25
141:3,6,10,12 142:3,19
149:19 209:9 212:25
257:15 258:7,8 302:4
314:25 321:4 323:17
328:18 333:25

**earnings-related**
141:9

**easier**
36:23 75:15 128:4
213:6

**easily**
306:12

**easy**
35:13 86:14 314:23
343:17

**economic**
19:21,25 70:9,19 87:20
108:13 159:7,15 176:20
270:20 296:10

**economically**
70:6 105:17,23 157:19,
23 177:2 181:9 195:15
196:4,5 201:25 204:12
206:3 208:5 211:4
214:17

**economics**
6:16,18,23 7:7,10 8:13,
15,17 9:18 11:25 47:24
87:22 88:2 125:23
200:10

**economist**
186:15

**economists**
133:21 221:24 222:4
237:16

**educated**
106:13

**Edward**
3:24 4:22

**effect**
7:22 47:20 49:23 52:4,
7,23 53:8,13,18,21
54:2,3,20 69:9 80:8
82:8,14 100:23 103:22
105:2 120:16 135:4
192:22 193:23 194:5,
18,19 284:25 302:22
323:5 332:9,22,24
333:12,24 342:17
344:11

**effective**
155:11 293:21 342:25
343:24 345:18

**effectively**
170:19 185:6 290:9
292:4,5,12,23 293:23
330:23 342:20

**efficiencies**
10:20

**efficiency**
10:14,22,25 11:10 12:4
23:6 25:5,11,21 26:9,19
30:3,10,16 31:12,16
32:9 34:23 35:5 37:24
38:2,8,16,23 39:7,9
40:5 44:14,19 51:23
54:5 63:22 71:18,19
72:10 77:19 80:10 82:7
88:10,20,23 89:13 90:9
98:5 100:13 103:14,24
104:4,14,22,25 109:19
110:18 111:10 118:21
120:12 126:4 132:3,6,
14 142:16 144:3,15,17,
23 145:14 146:16,23
169:18 174:3 176:19,
22,24 177:14,16,23
178:11,15,22 183:12
195:4,8,14,18 197:18
198:25 202:5 210:10
213:25 214:2,6,7,13,24
221:23 225:15 228:21
233:23 234:23 246:13,
19,24 259:14,21,24
263:11 270:19,25
271:9,12 274:3,4 275:9
279:3,15 280:18 281:7,

11 334:11

**efficient**
12:22 13:6,14 20:25
21:7 23:3 24:2,4,8,17
26:16 30:21 31:20 35:8
37:15 38:11,22,24
40:14,25 41:19 42:13
43:14 44:6 45:9,14
52:10,17,24 53:12,17,
20 60:13 61:5,9,12
64:23 65:11 87:9 91:12
95:20 96:18 97:14
98:13,25 99:3,18
100:10 103:10 104:18
120:8 123:3 124:24
133:6 145:25 170:15
177:19 179:2,17,24
180:4,8,12,17 181:2,17
183:15 184:3 204:3
210:24 214:19,25
221:15,16,25 222:9,14
223:21 224:13,18,19,
23,24 225:3,11 226:3,
19,21,23 227:4,18
228:19 233:3 235:2,16,
21 236:9,15,22 237:3,5,
7,13,17,20 246:17
250:17 251:6,21 252:4,
13 255:24 256:10
260:8,14 262:7 267:4
268:23 271:14,23
272:18,22 273:25 274:8
276:2,22 278:14,19,24
279:5,23 280:20
339:22,23 340:9 342:10

**efficiently**
43:6,23 44:16 47:5
48:12,13 50:17 53:7
58:24 59:18,21 61:19
64:17 83:20 98:10
119:16 170:19 183:8

**effort**
48:19 194:13 314:22
325:10

**efforts**
324:22

**either**
130:20 177:17 209:25
211:23 215:19 216:2,15
227:20 247:3 274:16
296:2 320:10 332:9

**elaborate**

311:2 320:25 323:12
324:12 326:17 328:5,12
331:10,24 338:20,22
343:3 346:7

**elaborately**
322:20

**elected**
173:15,18

**Electric**
45:21 46:3

**Electronic**
10:6 11:12 12:10 13:11
175:14 192:5,6 227:23
235:3 241:21 242:4,11
243:14 244:11 245:4
247:25 248:13 249:19
253:3 267:13 268:11,17
269:4,25

**element**
39:7,8

**eleven**
128:14,19 172:10
254:25

**eliminate**
118:3 247:18

**embark**
139:9

**emphasized**
201:20

**empirical**
249:12 274:12 276:24
277:4

**employees**
46:19

**enabled**
233:6

**ended**
274:17

**endorsed**
80:19

**ends**
59:3 172:3

**engaged**
16:18 20:3 174:4

**engagements**
14:10,24

**engaging**
303:20 304:11

**enjoy**
79:16

**enrich**
326:19 328:8

**ensuring**
267:17

**entire**
15:11 61:12 102:18,21,
23 104:8 139:3 196:23
210:5 212:19 257:6,13
258:4,7 302:11

**entirety**
225:14 242:13 256:2
332:2,16

**entitled**
95:20

**entity**
267:16

**entrusted**
47:22

**enunciated**
71:23

**envelope**
220:3

**EPS**
333:25

**equal**
58:3 224:12,19 225:8
236:25 239:22 308:24

**equal-footed**
251:15

**equates**
231:19

**equilibrium**
25:17 39:20 59:14
64:11 72:6 186:10
338:6

**Equity**
335:4

**error**
268:14 270:9

**errors**
123:14 124:16 270:5

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i17

**especially**
96:24 299:20 343:13

**essence**
52:10

**essentially**
283:17

**establish**
64:11,25 65:3,25 96:17
111:8 151:10 178:15
186:16

**established**
315:3

**establishes**
338:6

**establishing**
65:14,20

**estimate**
25:24 32:13 244:20,22
248:7,21 253:2 302:6

**estimated**
143:4 249:5

**estimates**
241:12 242:23 243:11
248:8,19

**estimation**
56:22 57:5,12,17

**et**
22:20 104:19

**et al**
74:25 75:2 242:4,5

**evaluate**
158:4

**evaluated**
129:12

**evaluation**
32:17

**event**
9:18 27:19 55:3,7,15
56:19 70:10,11,20,21
71:5,6,9,10 72:9 73:6,
11,13,16,20 74:4,6,12,
19 75:17,20 76:7,8,15,
21,22 78:4,5,9,24 79:3,
5,12 80:16,18,23,25
81:2,3,5,7,9,11 82:11,
16,18,21,22 83:2,10,13,
17 85:19,24 86:6 89:17,

23,25 90:4 101:7,13,20
109:6 118:16,17,24
120:23 147:23 151:21
153:9 170:24 171:12
174:2,17,21 176:17,18
178:9 179:21 184:7
188:12 189:7,21

**events**
58:12 71:12 73:3 76:19
77:2,5,6 83:3 101:17
177:21 178:3 180:23
184:8,11

**everybody's**
42:11

**evidence**
31:17,22 87:11 93:25
96:11 99:22 100:6
113:8 120:7,12 144:23
145:7 148:15 176:23
177:17 178:23 184:17
225:14,23 232:9 236:23
294:15 297:8,22 298:8,
12,19,20,22 299:2
300:7,16 301:3,4,8
303:19,23 304:10,15
308:7,16 312:13,21
314:21 315:3 320:23
322:11,18 343:2

**evolved**
249:15

**ex**
71:16 72:15 75:23
76:11 116:9,15 141:17
142:7,12,14 143:8
184:13

**exact**
68:7 90:10 312:2,3

**exactly**
110:8 135:16 209:20
240:19 312:20 313:13
344:20

**exaggerated**
336:16

**examination**
4:17 191:14 212:10

**examine**
128:24 129:9 141:8
166:21

**examined**
4:14 138:20 139:18

167:6 191:12 201:3

**example**
32:5,11,22 34:7 47:10
48:4,16 64:19 69:12
71:2 104:20 121:21
141:11 167:7 200:8
227:16 251:17 277:21
300:22

**examples**
48:14 63:16 122:21
133:13

**exceed**
38:13 162:21 271:3

**exceeding**
198:13

**exceeds**
42:11 217:21,22

**excess**
121:22 134:20 158:6
171:20 201:12 211:12
320:15 330:18 331:7

**excessively**
283:2

**Exchange**
247:11 249:14

**exclude**
58:7 59:23 60:6 62:5,
15,24 221:4 238:8
239:10,19 240:7 253:15

**excluded**
16:4,7 62:11 238:20
240:16,17

**excluding**
238:6 274:14

**excuse**
19:10 79:23 118:7
133:14 155:25 163:23
167:23 179:3 190:4
252:8 259:16 278:6
280:11 303:8 304:4
313:7 335:18,20

**exhibit**
30:4,7,9,14 31:5,6
74:21,23 75:5 81:18,20
82:2 95:19 117:12
126:20 127:19 130:6
131:8 136:24 153:8
157:8 185:8 220:8
241:24 242:2 244:10,11

254:9,20 259:11,20
260:6 265:24 267:2
270:3,10 276:17
295:15,17 318:11
335:3,12 339:17

**exhibits**
20:22 28:15

**Exide**
235:6

**exist**
197:12 207:9 211:19,20
302:2,13 305:20

**existed**
69:22

**exists**
208:4 212:13 321:12

**expand**
156:5

**expect**
22:13 47:2 48:9 72:19
106:24 133:21 150:19
154:24 166:9 206:19
239:23 305:20 314:15

**expectation**
41:22 142:22

**expectations**
42:12 69:14 76:11
142:20 257:18

**expected**
38:14 41:20 59:12 69:7,
15,24 141:19 150:3
166:19 167:11 185:3
186:17 344:10

**expecting**
84:7,19

**expensive**
34:21 49:19,20 50:4
232:14 233:7 341:23

**experience**
108:9 158:9 187:19
188:3,12,17 279:22
280:23 281:2,3,5,8
284:22 296:2 339:5

**expert**
5:2 9:17 10:8,13,19
13:24 14:11 17:14,21
18:5,8 19:3,5 81:20
87:23 89:5 111:7

115:20 125:11,23 184:2
199:18,22,25 200:4
202:14 205:23 214:23
223:14 229:3,8 242:2
245:10 269:17 301:14

**expert's**
17:12

**expertise**
187:3 199:4,12,13
200:14 214:22

**experts**
17:20 79:23 88:10,13
126:3 206:6 215:7

**explain**
55:19 75:22 80:21,22
84:10 94:21 100:8
101:21 114:5 148:17
159:21,24 178:3 179:14
181:9 183:5 185:7
186:22 200:3 206:12
211:3 214:9 223:9

**explains**
180:19 188:20

**exposed**
48:17

**exposé**
292:6 293:21 309:14

**extended**
154:10

**extensive**
60:22

**extent**
43:23 324:12 325:25

**extra**
325:11 328:10

**extracted**
306:17

**extraordinarily**
265:3

**exuberance**
26:2

**eye**
268:16 297:23

**eyes**
291:6

---
**F**

**f-statistic**
134:17

**f-test**
55:2 56:18 101:25
102:2 111:18,24,25
131:21 134:18 137:23
141:2 209:9

**f-tests**
133:9 143:22

**fab**
321:8

**Fabless**
290:23 296:15

**fabricate**
294:4 297:10 298:5,14
299:4 300:10,18 311:15

**fabricated**
294:12 301:20,22
302:17,24 305:18 324:7

**fabricating**
290:14,24 294:2 296:15
300:21 310:4,8 311:7
321:18 327:6 329:16

**fabrication**
47:17 329:23

**facilities**
328:2

**fact**
18:18 108:23 112:24
114:23 144:17 153:25
154:4,16 155:10,12
176:25 188:8 191:17,23
212:5 215:25 244:12
245:14 262:9 284:9,20
292:11,21 293:17
296:14 311:6,13,18
317:9 322:10

**factor**
31:21 49:6 51:25 52:9,
16 56:13 100:24 101:5
104:22 226:5 261:15
263:10 270:23

**factors**
31:10 33:6 35:23 36:18
52:19,20,21 104:5,19
146:7 223:5,20 225:24

230:12 233:20,21
259:19 308:23

**facts**
150:13 200:24 202:19
215:19

**factually**
150:12

**fail**
54:20 98:4 100:9,20
120:6 195:13,17

**failed**
49:3 87:7 98:8 308:5,9,
25 330:25

**failing**
284:13 289:7

**fails**
54:17 98:11 115:22
213:24

**failure**
281:22 282:6 283:10
287:19,25

**fair**
5:12,13,17,18 8:21,22
13:25 16:16 20:13 67:9
69:25 70:14 73:9 76:16
86:4 92:11 94:4 132:7
147:17 156:18 174:18
182:20 199:9 203:11
222:25 224:10 225:8
236:2 240:8 243:19,24
244:23 267:7,24 272:12
282:13 309:21 319:3,4,
14 340:19

**fairly**
183:21 297:14 342:14

**faithfully**
90:22

**fall**
124:22 125:19 162:21
259:23

**falls**
47:19 259:13,20

**false**
47:17 96:19 123:12,14,
15 124:8,9,10,13,16
125:4,6,20 288:6,13
301:7

**Fama**

25:11 26:6 71:25 186:4,
5 270:25

**Fama's**
38:15

**familiar**
63:12 88:4 289:12

**Fannie**
187:11

**far**
21:24 40:19 60:22 68:8
173:19 221:5 232:23
251:6 285:13 289:5
291:19 294:16 301:24
302:25 332:20

**farfetched**
41:5

**fashion**
239:12

**fashionable**
252:18

**faster**
285:22

**father**
25:10

**fault**
78:21

**favor**
233:3 280:17

**February**
91:20 103:21 129:24
130:11,13,16 131:2
172:3,7 173:2,11
195:24 198:11 201:11
202:4,25 203:8,14
204:14 207:21 208:9
209:3 211:12 217:7
282:11 284:6 304:19
330:20 332:4 335:7,14
336:13 342:5

**federal**
10:2 11:5

**fee**
342:2

**feel**
18:9 37:9 96:2

**feels**
200:7

felt
  156:4 173:23

Ferrillo
  87:14,17 88:5,11 90:7

Ferrillo/dunbar
  79:19,21,24 80:2,14
  87:2,3 89:12 99:17
  107:20 111:17,22 112:6
  116:14 117:23 121:14
  141:17 143:12,17

Ferrillo/dunbar/tabak
  73:19

fewer
  267:5,8 341:23

fictitious
  306:23

fiduciary
  199:20

fifth
  51:25 52:9,16 100:24
  133:16

fighting
  337:25

figure
  128:17,24 287:6 325:2
  339:14

figures
  15:15

filed
  335:14

filing
  37:18

filings
  155:4,8

finance
  7:2 8:15 125:23

financial
  205:11,14,18,22 257:21
  288:5,13 298:21 300:18
  336:16,21

financials
  297:11 298:5,15 299:4
  300:10 303:10

financing
  37:8

find
  30:18 42:19 46:15
  47:13 53:7 54:15 84:8
  98:18 99:8,15 102:9
  103:23 104:3,25 133:13
  134:17 150:15 167:17
  205:7 219:15 226:18
  233:7 254:11 272:16
  314:24 341:14 343:18
  345:21

finding
  31:11 47:14 53:17
  93:14 100:23 104:4
  132:6 178:10,22 181:17
  195:6,7 196:14 210:9,
  11,22 214:11,12,18
  225:14 228:21 246:18,
  24 270:24 341:21

findings
  205:10 280:19

finds
  25:11 87:3

fine
  33:22 68:15 81:15
  227:8 234:13 238:18
  285:23 286:5

finish
  27:10,17 159:9 323:3

finished
  345:14

firm
  3:23 12:11,12,14,15,20
  13:10,22 14:11,23
  87:20 89:17 262:5
  267:21 292:25 335:4

Firm's
  335:13,19

firms
  14:5 74:2 89:16,21
  262:20 337:18,19

first
  18:15 20:3 57:3,5 58:12
  60:12 62:2,15 63:20
  70:10,20 71:9 74:16
  80:20,22,24 81:2 84:4,
  17 85:11 86:8,14 90:4,
  19 97:3 107:12 114:8,9
  145:12 148:10 151:3,7,
  9,16 152:7,10 153:13
  165:23 167:17 173:25

178:2 183:4 184:8,11
189:8 196:24 200:22
206:4,6,8,16 213:13
227:25 234:20 239:17
262:25 266:15 296:24
303:11 304:13 322:14
336:12

fiscal
  107:4

fit
  130:23 200:13 221:6

five
  34:4 48:21 57:13 60:24
  62:11 117:9,20 118:12
  119:3,4,5,10 121:22,23
  158:22 227:4 228:19
  240:12 263:15

five-day
  146:4 239:21 240:4

five-minute
  123:17 307:8

flagging
  300:8

Flash
  252:20

flip
  75:21

Florida
  51:9

flow
  280:3,25 306:4,21

flows
  285:9,13 303:2 306:3,5

Fly
  315:15,16 318:9,14
  319:2,23 320:5 321:15

focus
  133:18 198:18 223:16

focused
  150:24 316:10,12,17
  317:2

focussing
  121:13

follow
  89:8 151:13 238:15
  262:3 264:4,8 265:4,7
  280:8,15

following
  59:18 63:14 64:10 66:4
  85:2 114:24 263:18
  288:24 347:9

follows
  4:14 191:13 329:12
  336:4

footnote
  23:18 130:9 132:18
  204:2 220:20 223:10
  238:12 242:16 243:3

footnotes
  270:14

force
  98:14 99:24

forceful
  344:18

forcefully
  345:9

forecast
  258:9

foreign
  48:17

Forensic
  11:25 200:10

forget
  148:5 198:11

form
  44:18 72:9 143:7
  184:25 195:14,18

formed
  21:24 142:11,14

forming
  63:21

forth
  87:13 90:21,23

forthright
  13:7

fought
  336:24

found
  12:21 17:2 18:6,12
  19:7,12,19,24 30:20
  48:10 53:13 93:2,25
  98:17 99:7 102:4 113:5
  117:7 119:3 145:22

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                i20

175:15 183:14,18
195:20,21 201:11
202:5,23 211:10 212:3
221:15,23,24,25
222:16,19,21 223:11
226:23 235:16 245:17
248:2 251:6,20 252:4
260:14 271:14 272:4,
17,22 273:25 274:8
279:23 280:20 298:18
314:10 336:22 340:9

**foundation**
52:11

**four**
10:12,13 12:18 13:9,21
181:4,13 217:8,10
218:18 240:11 272:18
306:12

**four-and-a-half**
79:8 102:24 216:21
217:9,11 218:18,19

**four-and-a-half-
month**
218:2

**four-day**
239:21,23

**fourteen**
281:9

**fourth**
9:25

**frame**
30:19 198:23 199:7,16
201:2 209:15,19
216:17,19

**frank**
4:8,13 17:20 249:7

**frankly**
60:18

**fraud**
149:20 257:16 297:5,18
298:19 300:15 301:6
303:16 304:8

**fraud-on-the-market**
52:11 95:22

**Freddie**
187:11

**free**
96:3 291:14

**frequency**
252:24

**friend**
247:13

**front**
31:4 105:7 140:8 211:8
217:18 310:16 325:21

**full**
95:12 97:3 162:4
222:24 239:11 240:8
257:18 339:7

**full-length**
7:17

**fully**
86:2 124:23 146:25
148:25 169:18 258:18

**fund**
155:20

**fundamental**
25:4,20 26:9,19 39:9
72:11 142:16

**fundamentally**
24:4,7,17 26:16

**fundamentals**
62:18,21

**further**
191:12 346:15

**future**
213:8 285:9 306:4
310:18 337:23,24

---

## G

**GAAP**
283:25 288:16 289:8
299:10 308:10

**gains**
154:12

**Game**
10:6 11:12 12:10 13:11
175:14 192:5,7 227:23
235:3 241:21 242:5,11
243:14 244:11 245:5
247:25 248:13 249:19
253:3 267:13 268:11,17
269:4 270:2

**gap**

150:9

**garble**
91:24

**garbled**
78:20

**Garrett**
4:4 56:5

**gather**
49:24

**gathering**
50:9

**gauge**
333:24

**gauging**
147:12

**GE**
67:15,17 205:23

**general**
32:23 45:21 46:3 68:5
129:2 278:9

**generally**
9:18 31:20 35:22 36:20
88:6,19,22 98:24
106:19,21 107:19
125:17 127:9 146:8,10,
12,13 147:18 186:21,25
193:18 224:20 233:11
288:4

**generate**
69:8 125:20

**generated**
294:11

**Gennaro**
8:7

**gentlemen**
348:3

**geographic**
150:9

**get all**
325:15

**getting**
29:13 44:13 232:22
257:11 327:13

**Giant**
275:5

**Gibbs**
3:7

**gigantic**
84:12 234:21 260:11

**give**
33:3,20 64:18 138:2
149:4 238:5 240:22
244:24 250:2 253:8,10
266:10 320:4 339:13
341:18

**given**
17:11 32:6 63:19 96:24
98:20 99:21 102:8
103:11 110:6 121:3
142:10 167:19 197:14
198:20 200:24 202:18
215:18 261:20

**gives**
57:23,24 65:13 151:19
152:5

**giving**
160:15 320:20

**gladly**
50:6

**glanced**
125:14

**global**
3:7 4:9 45:22 66:11

**go**
13:17 25:16 29:16 37:5
40:21 41:4 48:23 49:13
50:7 57:8 62:22 66:7
74:7 117:13 132:8
133:12 159:10 160:13
171:9 176:5 194:13
211:19 212:21 213:8,22
223:25 224:2 251:11
260:23 309:12,13,19
327:24 333:9 345:13
346:18

**goes**
22:15 29:14,17 41:7,8,
14,24,25 42:6 49:10
101:15 105:12 114:21
115:17 136:19 147:3
176:12 196:15,18
204:13 205:9 206:8
207:6 213:20 216:8
232:20 249:6,12 280:15
285:7,10,14 291:17

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i21

293:8 302:20,21 309:5,
15 326:2,12 342:2

**going**
14:13 21:12,16 25:10
29:15 34:9,19 35:8
36:5,24 39:23 42:21,22
45:23 47:13,25 49:13
50:8,10,11 57:22,25
61:4 68:17 74:17 97:3
107:9 114:7,10,11
121:16 123:7,10 135:22
141:18 145:12 150:10
154:17,22 157:22
158:20 160:13,14
162:20 171:8 206:24
207:8 210:15 213:12
219:20 220:4 234:9
239:2,4 242:9 255:20
256:2,3,13 262:12,13
263:25 281:20 282:25
285:19,20 306:7 310:21
313:13 317:13 319:9,
10,12 322:15 329:3
341:21,22

**good**
3:5 4:19,20 32:10 37:2
47:10 62:9 65:20 66:2
101:22 115:13 116:20
117:3 168:7 192:16
230:24 244:19,22 245:3
258:13 275:3 279:2,25
324:8 339:13 340:7

**graduating**
47:11

**grant**
325:20

**Gravity**
27:13 48:17 50:21,22
103:4 150:5 172:24
173:4 197:7 261:16,20
262:16 282:9 283:13
287:8 288:24 289:12,15
291:19 294:11,14
295:15,17,24 303:8
308:4,10,21 309:3
311:6,25 314:6,11,13
315:22 316:2,11
318:18,22 319:21,24
320:7 321:16,17,19
322:6 326:4,6 327:4,16
329:14 330:21 331:6
332:11,16 335:15
336:14 339:7 342:7,12

343:2,5,23 344:14,19
345:25

**Gravity's**
284:5

**gray**
47:9

**great**
54:19 132:10 218:11,12
290:2 324:22 325:25
327:21,22

**greater**
225:4 232:10,17 233:4

**greatly**
336:15

**Gregg**
8:5 17:20

**ground**
5:6

**group**
3:16 89:6 108:6 109:13
113:13,14,22,23 114:18
115:2,3 121:10 129:13
209:12 234:18 295:19
297:5 304:7 335:6
336:14 339:21

**growth**
41:23 163:21,22,25
164:9,20 165:20
166:15,18

**guess**
12:5 22:10 85:6,13
88:10 130:4 145:9
204:15 279:12 289:11
301:23 302:23

**guesses**
248:9

**guessing**
306:13

**guest**
7:16

**guidance**
89:24 107:3 135:20
162:25 163:3 258:8

**guy**
33:21 249:9

**guy's**
324:2

**guys**
171:7 310:20 322:22
326:3

─────────────

**H**

**half**
15:16 66:23,25 122:17,
18,24,25 144:10 236:17
268:18 277:23 327:15
340:21

**half-dozen**
340:5

**Halliburton**
26:9 31:18 98:23
145:23 204:2 286:7,8

**hand-grenades**
275:2

**handed**
82:2 335:11

**handful**
165:20

**happen**
48:15 71:7 142:23
149:7 205:19 207:4
210:15 270:7

**happened**
84:5 149:3 151:14
205:6 289:3 293:2

**happening**
207:20,22

**happens**
41:21 165:9

**happy**
66:7 95:14 234:11
264:14 285:23

**harassment**
327:13

**hard**
232:14 304:25 308:22
309:12 316:20 317:3
323:13 329:3

**hard-and-fast**
230:6,13 275:23

**Harris**
247:8 249:15,16

**hasn't**
45:18 72:7

**Hatheway**
247:14

**haunt**
343:17

**haven't**
10:18 13:16 14:2 15:3
24:19 25:20 26:18 27:7
156:21,22 169:17 227:5
234:7 276:24 306:15,17
313:3 335:22

**he'll**
126:14

**he's**
8:14,16 47:24 160:15
189:2 301:13

**head**
11:13 12:8 63:18 91:7
137:11 138:17 144:24
174:14

**headed**
30:10

**headline**
152:15 296:20 316:12,
22 317:2,6,14,17,21
318:2 319:3 320:6,8
323:4

**headline-grabbing**
337:2 338:17 339:9

**headlines**
291:4 323:23 336:25

**hear**
285:24

**heavy**
330:19

**held**
16:12,17 251:5 267:4
280:2,6,16 281:14,15
317:12

**help**
10:5 60:25 286:22
297:10 298:14 299:3
300:9,18

**helpful**
137:17

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i22

**here's**
47:9 221:17

**hid**
258:11 284:19 293:17
313:23 326:16

**hidden**
44:24 45:12,17 46:13,
16 48:2 284:8 290:9
292:4,5 310:25 311:13,
19,20,21 312:23 320:25
322:20 323:12 324:15
328:17 331:24 338:22
343:4 346:9

**hide**
309:17,18 314:22
324:13,22 325:11,16,25
327:21 328:6 331:10
343:19 345:11

**hiding**
45:18 46:14,21 254:10
257:15 284:13 321:10
324:21 329:24 339:2

**high**
34:19 58:17,22 66:6
181:22 222:11 230:9,
16,18,19 232:22 252:24
277:19 340:7 341:20

**high-frequency**
241:18 242:22 243:17
245:4 247:21,24 248:2,
7,17,22,24 249:21
251:14 252:15

**high-volume**
244:16,20

**higher**
224:12,14 226:18
235:22 236:25 240:6
265:14 266:16 272:18
276:5 277:11,12
340:11,23

**highlight**
177:18

**highly**
10:22 50:4 60:19
106:11,12 160:7 179:8,
9 187:10

**hindsight**
211:21

**hinted**

**77:11**

**hip**
248:8

**hired**
13:8

**historical**
195:12,16 196:3,9
198:3,9 204:6,20
206:11 208:3 211:7
213:7 219:17

**hit**
44:22 239:17

**hits**
285:5

**Hobart**
6:9

**hold**
43:2,20 233:15 280:11
284:10 285:7 298:11
330:13

**holder**
22:16

**holding**
49:10 285:14 292:15,17
303:3 309:5,15

**holdings**
35:3 233:9 268:19
279:13,15 280:22

**holds**
207:11

**holes**
262:23

**homes**
51:10,11

**hopefully**
224:5

**hoping**
22:12

**Horizon**
271:18 272:7,14

**horseshoes**
275:2

**host**
132:19

**hosted**

156:3

**hour**
67:21 68:17 168:24
327:15

**hours**
20:8 146:8 169:21
170:18

**house**
37:3,5

**Howard**
3:14 68:20 69:3 74:24
81:21 123:20 124:3
190:15 191:6 242:3
261:3,10 307:16,23
348:5,13

**huge**
50:10

**human**
339:12

**humor**
41:6

**hundred**
15:9 231:8

**hundred-and-
something**
57:15

**hundred-some-odd**
62:17

**hundreds**
25:22 285:2

**hypo**
168:8,9 169:11

**hypotheses**
143:8 184:14,25

**hypothesis**
25:12 71:16,22 72:4
95:21 116:9 177:19
186:3 204:4

**hypothetical**
41:5 43:8 104:7 119:2,
15 122:7 182:2 293:15
301:14 308:3 313:4,8
321:8 322:8

**hypothetically**
98:7 100:2 101:23
102:16 117:17 257:10

**hypotheticals**
258:20

---

**I**

**I'll**
5:11,15 10:17 23:17
36:24 66:18 74:14
91:24 144:9 175:12
178:6 179:19 186:2
188:18 193:19 223:25
246:10 272:24 298:16
329:10

**I'm**
4:22 6:22 8:10,14 11:4
13:6 14:7,13 15:12,25
16:21 18:3,17 20:12
21:10 31:8 33:13,16,21
36:5,24 38:18,19,23
40:4 56:5 60:9 64:24,25
66:7 76:16 78:14 81:3
85:17 88:4,25 94:25
95:14 102:2 108:17
111:16,19 112:3,23,25
114:7,9 115:20 120:12,
14 121:9,13,14 122:6
125:9 128:5,23 130:6
133:2,12 136:23 140:5
144:5 147:12 149:11
152:2 158:8 159:18,19,
20,23,24 160:12
161:15,17,20 163:16
169:24 173:8 175:19,24
177:9 180:2,24 183:25
189:18,25 192:4 200:15
201:17,19 203:9 204:15
209:10 210:7 216:18
220:18 221:17,18,21
223:15 226:11 228:4
229:2,3,6,7 232:23
234:11 237:8 238:18
242:12 244:2,5 247:2
251:7,10 254:3,10,14
257:5,10 264:12 265:19
266:7 268:22 271:22
277:8 283:22 284:3
285:15,23 286:19
291:25 300:12 306:2,13
311:19 313:2 314:2
319:22 320:11,20
323:8,21 332:13,14
334:18 340:12,16 341:5
342:21 345:13 346:11

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i23

I've
10:18 11:25 14:6 17:10,
13 19:2,4 31:4 62:13,14
63:8 102:7 146:3,18
161:6,15 177:12 187:5
188:10,15 194:7,8
200:6 206:5 214:10,20
225:15 249:7 300:6,13
307:2,7 346:14

idea
115:13 129:19 164:9,21
211:15

identical
33:20 313:12 314:6

identification
30:11 75:3 81:22 95:23
242:6 295:20 335:8

identified
129:13 131:7 141:9
164:25 270:14 324:21

identifies
70:10,20 189:8

identify
71:9,11 72:5 176:16
186:9 252:5

identifying
188:13 324:18

Ignite
11:17

ignore
122:4

II
26:9 31:18 98:23 204:2
286:8

imagine
68:13

immediately
261:22 284:9

impact
24:23 68:14 185:3
281:19 286:9,11,14
287:6,11 301:2,8
304:18 310:10 312:3
313:6,9 317:22 322:6,
24 324:3 325:13 327:7
329:17,22 330:6
331:15,17 332:3,8,17
333:7 346:13

impacted
281:25

impacting
328:24

impacts
325:3

impair
6:3,7 45:23 274:3

impediment
273:21 274:5 277:20
341:3,7,10

implication
323:17

implicitly
283:5

implied
271:4,10 299:11,15

implies
133:21 314:24

importance
37:12

important
31:11,13,21 32:2,3,7,
18,24 33:25 34:14 36:2,
3,6,9,10,11,12,21,25
37:4,21 45:12 47:22
52:18 54:2 80:4,7 93:14
111:2 120:4 162:14
187:15,16 233:14,19
255:11 270:22 271:8,11
284:18,20 289:15,23
291:6,19 293:6 294:8
295:9,13 314:14 336:23

importantly
216:9

impossible
54:22 142:7

impounded
219:18

impression
346:4

improbable
60:19

improper
226:4

incentive

280:8,15

incentives
310:19

include
65:25 102:10 172:23
176:11 196:15 198:10
237:24,25 239:14
240:5,11 252:10,11
261:16,20

included
22:23 130:13,16 131:3,
5 134:14 137:13 139:14
172:7 191:17 239:24
240:4

including
20:22 106:22 118:4
124:18,19 130:20
131:10 260:10 281:23
330:22 331:4

inclusive
221:3

inconsequential
245:15

inconsistencies
294:18

inconsistent
294:21

incorporate
46:24 152:23,25 166:2,
3

incorporated
47:4 50:15 83:19 84:14
85:7 86:2 147:5,15
148:5,7,12,15,25 149:8
150:4,19 167:2 168:2,
10,16 169:12,14,19
170:17,18 172:25 338:2
344:6

incorporates
170:3

incorporating
25:7

incorporation
170:5

incorrectly
201:18

increase

71:4 113:20 153:24
154:14 156:5 162:24

increases
160:25 208:14

increment
168:21

independent
299:14

index
56:2 65:5 66:11,22,25
67:6,10,11 68:2,4
191:18 192:7,11,12,13,
22 193:5,18,20 194:12

indicated
185:7

indicates
181:6 236:8

indication
35:18 42:25 222:13
341:2

indicator
281:17

indicators
54:11

indicia
103:14 221:22

indirect
30:3 33:7 36:21 103:23
104:5,25 220:7

individual
200:7 205:20 255:15,19
275:21 311:4

individually
254:21

industry
164:24 165:3,5,10,12,
16,18 166:5 192:9,10,
13

inefficient
13:3 30:22,24 124:24
145:3,6 179:2,6 181:21
182:15 189:4 210:24
222:17,19,21 223:7,11
268:24,25 271:24 272:4

inefficiently
50:18

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i24

**inflated**
282:8 283:12

**information**
25:8,15,23 34:25 35:4,
6,15 38:4,9,12 39:2,9,
11,12,16,18 40:2,7
42:2,15,16,23 44:20,25
45:8,10 46:23 47:3,6
48:10,16 49:19,22,25
50:3,6,8,9,14,23,25
51:5,13 54:2,19 59:8
60:23 69:13,19,21,23
70:4,5,6,11,21,24 71:23
72:6,23,24,25 83:9
85:21 101:16 103:3,5
105:14,15,16,21,22
106:10,16,18 107:2
108:8,15 109:13,14,15
110:2,11,14,16,20
111:11 118:4,5 121:8
129:4 132:25 133:20
143:2,11 145:16 146:6
148:22 155:7 156:7,13,
15 157:18,19,21,22
158:4,5,10,18,25 159:6,
8 160:17 161:4,5,9,15
163:4,11,20 164:13
166:2,3,10,13 169:22
170:3 188:13 195:12,16
196:3,10 198:3,9
204:21 206:11 208:3
211:7 219:17 220:22
256:6 262:17 271:2
280:9,13 284:4,14
285:5 311:19 325:18
330:21 331:5,8 332:2
333:15 338:9 343:12
344:6,21

**informational**
54:5 71:19 72:11
145:14 274:4

**informationally**
23:3,25 37:14 45:14
53:20 103:10 104:17
170:15 179:17 180:17
222:14

**informative**
158:11

**initial**
154:11 155:18

**initiated**
316:2 318:19

**Initiating**
295:18

**inputs**
56:16

**insider**
44:24 72:22 118:4
279:13,14 280:13

**insiders**
72:22,23 280:7,10
281:15

**insignificant**
196:14 204:18

**instances**
25:25 42:20

**instantaneously**
338:2

**instantly**
285:4 300:5

**institution**
35:14

**institutional**
22:16,17,19,20 35:2
233:8 264:11 280:22
317:10

**institutions**
233:11,16

**intended**
168:20

**intentionally**
324:15

**intently**
265:5

**interconnection**
327:23

**interest**
34:15,17 35:12,15,19,
25 54:12 222:24 231:4
232:5 264:9 339:18
341:3,19,24

**interested**
257:11 299:17

**interests**
232:20 337:8

**intermediaries**
244:14

**interpret**
241:3 344:3

**interpretation**
343:21

**interpreted**
39:12 328:23

**interval**
137:4,16

**intervention**
339:12

**interview**
318:3

**intraday**
167:17 169:4

**intricate**
290:7,20 324:13 327:23

**introduce**
3:20 297:2

**introduction**
296:24

**intuitive**
277:4

**intuitively**
276:10

**investigation**
289:2 292:25 302:11
335:5,19 336:8

**investigations**
337:18

**investing**
216:11 280:7,14 281:14

**investment**
200:16 202:14 262:16
264:23

**investments**
199:20,25 200:4,9,12

**investor**
29:15 46:14 156:3
188:25 196:20,22
197:2,16 198:5,21
199:5,14 204:4,19
206:10 210:4,18 211:6
219:16 232:15 273:15
299:12,16,17 306:2
311:4,20 314:18 324:25
338:25 345:20,24

**investor's**
291:14

**investors**
22:17,19 25:23 26:3
29:19 39:12 40:8 43:18,
20,25 44:9,13,15,21
46:8,20,22 48:25 49:5,8
50:10 59:4,13 64:11
110:22 155:14 158:12
205:16 207:2,8 208:2
233:12 243:9 256:5,7
291:9,20 293:7,19,24
295:9 297:8 303:19
304:10 309:17 311:5,25
315:19 316:17,19,24,25
317:4,8,10,11,15 318:4
319:12 326:12,25
328:21 336:22 338:3,8
339:6 346:5,12

**investors'**
47:16 257:18

**invoking**
250:25

**involved**
17:11,14,18 87:23
146:3 263:21 265:4
317:10 328:9,12

**Inyx**
235:2 269:15

**IPO**
22:10 48:21 49:4,6
50:12 57:2 58:8,10,14,
19,23,25 59:4,19 60:21
61:2 62:15 63:7,14,19
64:10,15 65:18 66:4
114:25 115:15 153:18,
22,23 154:2,15,20
155:2,3,4,9,21 158:18,
19 195:23 196:15 197:4
198:6,11 206:18,21,23
217:18 239:15,17
263:22 264:10,12,16
265:4 283:22 293:11
299:20 300:3 303:14
343:14

**IPOS**
206:19

**irrational**
26:2,3

**irrelevant**
24:9

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i25

**isn't**
24:14 43:22 84:22
100:13 134:22 151:2
178:20 187:15,17
245:16 296:3 300:10

**issue**
192:5 247:12 282:21
300:6,8 337:22

**issued**
182:3 263:8 336:14

**issues**
21:21

**issuing**
261:22

**it's**
8:15 13:6 15:19,20 16:2
17:6,16,22 22:12 24:13
25:18 28:22 29:17,18
31:5,6,18,20,22,25
33:25 34:5,20 35:4,18
37:2,6,10 39:3,4,8 40:2,
16,17,20 41:15,19 42:2,
22,24 43:4,7,10,11
44:20,22,23,24 46:5,6,
15 47:16,17,20,23
48:17,18 49:7,12,15,19
50:19 51:13,14 52:18
53:2,25 55:13,14,17
56:4,9,15 57:14 58:20
60:16,19 61:4 62:7,13,
14,17 65:7 67:14,16,21
71:3 72:7,13 73:22
76:18,21 77:22,23 78:2,
6 79:18,20 80:6,19
81:6,7,9 83:2,3 84:2
86:14,15 89:5,6,17
90:16 96:9 97:17,20,22,
23 98:13 99:2 102:13
106:14 107:3,9 108:2,6
110:6,21 112:19
115:12,18 117:10
118:16,18,21 120:4,7,
14 121:4 122:19 123:5
126:3,16,22 127:3,4
128:6,11,21 129:7
131:18,25 134:12,25
135:3,9,22,23 136:10,
21 137:7,8,12 138:7,10
139:11 141:25 142:6
143:16 144:22 145:4,6
146:8,23 148:15
149:10,22,25 150:4,6,8,
10,12,21 151:17 152:9,

24 154:19 155:2,20
156:6 158:16,21,23
160:11,13,14 161:24,25
162:12,13,16,19 163:5,
11 164:12 165:6,16
166:4,17 168:4,10,16,
19 169:8 170:11 171:3
172:10,18,20,21
173:19,20 174:22
176:12 177:23 178:22
179:7,8,9,15 181:3,4,5
183:4,21 185:7 186:12,
13 187:13,19 188:19
189:11 190:8 192:16
193:18,22,24 194:11,
12,15,16 195:23 196:3,
14 198:15,19 203:5,17
204:12 205:5,10 206:2,
5,15,18 207:19 209:4,
12,17,21,24 210:3,8,17
211:8 212:5,8,9,10
213:15 217:4,20,23,24
219:8,19 220:25
222:11,12 224:20,24
226:3,5,22,23 227:3,4,
10,13 228:19 231:16
232:17,21,25 233:2,6,7,
13,15,18 234:9 235:11,
16,18 236:19 237:4,7,
12,16,17,18,19 238:11,
13 239:6,18 240:8,10,
20 241:14 243:5,18,24
244:23 245:15 246:11,
16 247:4,19 248:24
249:3,13,14,16 251:15
252:11,21 253:13
254:9,10,17 255:25
257:16 259:7 261:19,21
262:4 263:19,22 265:2,
7,8 267:16 268:11,13
269:8,9,13,25 270:11
271:7,8,10,11 272:15
273:10,11,23 274:2,5,
25 275:12,22,24 276:2,
8 278:7,25 279:2,21
280:23 281:12,16,17
283:3,4 284:12 285:7,8
288:15,17 289:4 292:18
293:18 294:23 295:2
296:9,10,11,25 298:11,
18 299:11,22 301:14,22
306:23 309:4,9,12,21
312:17,20 313:16
315:2,17,20 317:3,20
320:23 321:2 322:21

323:4,7,9,10,11,13,14
324:9,14 325:4,7,8,12,
14,15,22,24 326:15,24
327:10,11 328:8,10,14,
17,18,19,22 329:2
330:11 332:20,23
335:12,18 337:3 338:2,
7,13,22,23 339:3,14,22
340:7,8,24 341:10,20,
22 342:15 343:15,18
344:5

**item**
69:7

**its**
58:14 67:11 142:21
143:4,5 155:20 156:2,5,
6 162:12 208:5 223:11
242:13 245:9,19 255:25
257:15 261:22 281:24
282:13 283:17 287:22
290:14,24 294:2 296:15
300:21 301:6,19 302:2
304:12 310:4,8 311:7
316:4 318:20 320:23
321:10,18 327:6 329:16
330:22 336:16 338:10

---

**J**

**Jan**
220:14

**January**
135:20 136:9,11,12,13
163:17

**Jarrell**
8:6,8,9,12 17:21 188:9

**Jensen's**
38:15

**Jerry**
17:22

**John's**
87:15 90:8 111:22
124:22

**joint**
25:12 71:22 72:4 186:3

**Jon**
215:11,19 327:11

**Jonathan**
3:22

**Jones**
289:2

**journal**
9:5 296:9,10

**JPMORGAN**
234:20

**judge**
17:23 56:3 121:2
145:23 241:4 245:11
247:4 258:13 340:25

**judgment**
90:25 185:20 186:21,25
187:4,13 188:7 193:15
197:15,21 198:22 202:9
215:6 291:15

**jump**
144:9 270:6

**jumped**
156:25

**jumping**
145:9

**jurisdiction**
348:18

---

**K**

**keep**
14:17 15:11,24 123:5
171:8 299:23 300:7

**keeps**
253:18

**key**
90:2 162:22 204:7
298:7

**Keyuan**
268:18

**keywords**
339:11

**kind**
33:21 34:25 44:24 56:2
85:20 89:5 90:16
120:24 129:14 180:21
221:19 224:21 235:11
239:12 255:24 281:12
336:4 338:17

**kinds**
49:24 333:13

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i26

**knew**
239:4

**know**
4:25 5:25 6:5 9:15
10:18 12:6 13:5,8 14:3
15:18,21,24,25 16:2,22,
24 17:21,22 20:10
21:15 26:2 27:21 28:18,
20 32:10 34:16 35:5,17,
19 36:19 37:8,20 39:15
40:4,16 42:14 43:2
44:21 45:13 46:17,18,
19,20 47:17 48:3,24,25
49:2,14,16,17 54:11
58:16 60:19 66:7,16
67:14 68:5,7 69:17
71:20 73:22,23 77:25
79:22 81:12 83:8 84:23
88:11,20 90:25 96:24
98:25 102:22 107:7
108:22 111:4 114:23,24
115:16 116:23 119:20
123:6 125:2 126:3
128:23 131:15,25
133:10 135:13,16 136:3
137:20 138:14 139:23
140:14 144:16 145:22
146:7 147:12 149:22,25
150:16,21 151:14,17
154:10 157:20 159:8,
16,25 160:4 164:19
174:12,13 176:10 177:2
178:14 181:5,23 183:17
185:25 186:21 187:13,
14 188:25 190:5,8
194:10,15,17 195:10
200:17 205:6,9,14
206:16,19,20 207:25
208:22 209:10 210:15
212:13 213:4,20 215:16
216:18 217:20 220:3,21
221:5 222:6,23 223:24
224:5,20 225:3,16,21,
24 226:24,25 227:23
228:20 229:2,24 230:8,
9,11 231:16 232:19,20,
21 233:15,19 234:17,25
235:3,4 237:15,20
238:13 239:8 246:25
247:9 248:9,10 249:5
250:8,11,19,22 253:4
255:18 257:10 261:25
262:3,9,24 263:21
264:11 265:8 266:22
268:13 269:18,25

270:7,8 272:7,13 275:2,
3,10,13,22,23,24,25
276:7,8,13 277:9,13,22
278:14,16 280:6 281:16
284:19 285:13 288:18,
19 289:2 290:3,5,6
291:4,6,9,25 292:9,18,
19,23 293:14,15,19,24
294:24 295:5 296:20,
21,22 299:18,20 300:5
302:5 306:2,7,11,13
308:15 309:10,19
310:17 311:3,11,12,16
313:11,12,13 314:8
315:5 316:20 317:7,9,
13,20 320:9,12 321:5,6,
7 322:10,23,24 323:15,
16,24,25 324:9,24
325:2,12,14 326:13,18
327:2,25 328:13,14
329:19 332:17 333:5,9
335:23 336:24,25
337:7,11 339:4,8,11
340:20 342:16,19 343:7
345:9 346:3,5,9

**knowledge**
16:6,9 17:2 188:4

**known**
48:6,7 49:11 125:22
163:14 284:14

**knows**
46:2,8 56:6 252:23
293:2

**Krogman**
52:20 104:19

———————————

**L**

———————————

**Labaton**
14:3

**Laboratories**
251:24

**labyrinth**
309:2 324:14

**lack**
345:6

**lacking**
83:16

**laid**
117:6

**land**
51:8

**landscape**
11:23

**language**
20:16 110:8 299:16

**large**
70:2 85:22 105:13
133:22 134:3,11,12
135:4,14 144:20 147:22
149:13 150:5 187:8
206:17 212:16 216:4
230:21 299:21

**large-scale**
73:25

**larger**
57:24

**largest**
152:21 175:7 182:21
281:25 297:9,24 298:8,
12,23 299:2,13 300:17
330:22 338:15

**Larry**
247:8 249:16

**late**
155:11 249:13 274:16

**law**
3:23 9:10 12:11,14,15,
20 13:10,22 14:23
87:15 90:8 124:22
292:25 335:4,13,18
337:18,19

**lawsuit**
51:12 104:11 286:16
335:13

**layered**
290:20

**lead**
61:4 178:22 223:13

**leads**
281:3,6

**learned**
188:14

**lecturer**
7:16

**Lee**
4:4

**left**
115:24 171:6 207:8

**legal**
9:13 183:24 214:21
220:12 221:11,12 229:3
282:24

**legalese**
27:2

**legitimate**
239:18

**lengths**
327:21,22

**lessen**
98:14 99:24

**let's**
18:16 21:8 37:23 45:20,
22 47:9 51:22 67:15
74:14 75:14 81:15 82:5
84:24 85:15 99:15
100:2 102:16,20 117:16
126:13 129:22 130:5
131:14,16 133:15
136:18 143:22 145:8
148:5 153:6 155:23
163:16 167:21 168:3
170:6,23 182:2 185:9
194:25 199:8 200:17
201:6,8 203:25 213:3,5,
6 223:16 236:3 257:9
260:23 261:13 267:10
268:6 280:21 281:19
286:4 295:14 296:23
309:22 315:7,9,11
330:10 339:16 341:20

**level**
25:13 34:17,19 115:6,7
136:10,16 137:19,21
174:7 175:24 201:13
338:11

**levels**
294:19

**lever**
225:13

**leverage**
119:21

**Lexis**
220:12

**Lexis-nexis**
220:22

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i27

**liberal**
6:11,14

**license**
106:14

**lie**
325:22

**lied**
257:20

**light**
64:13

**Lillian**
4:4

**limit**
18:16 51:16

**limited**
3:16 34:22 252:6
288:17 335:6

**line**
15:11 39:23 71:21
85:17 121:18 133:16
183:10 235:8

**lines**
192:16 242:19 272:14

**liquid**
34:10

**liquidity**
34:3 189:2 267:18

**list**
36:4 52:21 54:13 63:16

**listed**
36:18 274:13

**listen**
257:20 285:17,24

**listing**
229:22

**lists**
31:6

**literature**
63:4,5,13 70:9,19 71:2
76:17 80:19 85:8 89:11,
16,20 90:11 132:13
133:5 138:9 144:2
145:20 146:16 157:3
158:10 176:17,20
177:13 183:16,25
187:21 188:4 189:7,12

249:19 250:4 270:18,20
276:9

**litigation**
3:17 4:24 26:10 51:7
75:10 120:10 146:3
217:14 218:5 337:19,
24,25

**Litowitz**
14:5

**little**
6:20 39:21 42:5 49:25
78:19 86:23 91:24 99:5
114:8 133:3 145:10
150:24 203:5 204:15
217:8 243:5 275:11
285:21 286:3 296:21
300:12 302:14 318:13,
21 332:12

**LLP**
3:12

**loan**
341:15,24

**locate**
232:15,16

**located**
49:15

**lockstep**
91:2

**Lomb**
47:10,19

**long**
50:20 89:21 146:24
152:25 187:6 232:25
234:10 304:21 339:13
340:24

**longer**
58:3 62:18 63:6

**look**
13:5 31:9 43:12 60:13
61:22,24 74:14 80:11,
23,25 81:12 82:5 83:4
84:10,24 85:15 86:16,
18 96:3 102:5 105:7
106:2 110:24 111:3
120:5,17 127:9 133:15
135:17 136:4,18 142:8,
10 143:11 145:8 148:14
149:23 152:13,14,21,25
153:6 155:23 156:24

157:12 160:18 163:16
164:7 167:16 170:23
174:18 176:3 177:7,21
178:2 183:13,16 184:19
189:13 192:2 193:16
200:11,12 201:6 203:25
204:8 208:21 209:7
213:13 220:6 231:13,14
233:19,24 234:25
241:22 242:9,16
243:19,25 244:23
286:20,23 296:23
299:12 305:24 310:21
315:11 319:16 320:21,
22 330:10 339:11,13
340:21

**lookback**
334:9

**looked**
20:11 61:14 68:3 91:25
102:7 111:8 115:24
129:11 156:15 157:6,9
169:9 172:6 184:9
203:2,7,15 206:5,6
225:21,22,24 231:21
234:15 250:7 255:4
268:12 294:3 346:10

**looking**
24:24,25 59:4,5 68:2
74:3 80:21 83:10,13,22
110:22 121:9 130:6
136:23 142:25 153:8,10
157:24 159:19,20
176:23 177:5,17 179:13
213:7,17 220:8 223:5,
20 257:5 281:9

**looks**
56:7 80:20 81:2,4 82:24
84:11 101:20 148:21,22
171:18 174:5 190:9
212:20 216:25 223:21
233:25 235:4,5 296:21
311:14 324:14

**lose**
207:8

**loss**
23:10 159:18

**lost**
194:15 257:23 266:7

**lot**
20:13 26:25 27:6 34:18

35:20 36:17 37:17 43:2
48:19 51:6,8 52:3 58:9
60:10 61:3 90:12
125:24 131:24 144:21
150:6 158:16 188:11
208:10 235:5 237:11,12
239:15 273:5 278:19,23
280:8 291:5,12 292:13
299:15 306:19 308:23
309:18 316:16,19 321:2
326:20 328:19 340:11
343:14 344:9

**lots**
48:14 102:7

**loud**
143:16

**low**
34:17 35:7 137:16
222:11 340:7,25

**lower**
226:20 230:19,20
235:23 266:2 271:15,20
272:5,11 276:5 277:12
297:7,21 298:20 303:18
304:9 340:10,23 341:17

**lowered**
143:4

**LQW**
282:7,10 283:11,15,25
287:20 288:3 289:20
290:6,19 291:2,16
292:3,11 294:11,13,14
296:16,18 303:8 308:6,
8,9,25 310:24 311:13
312:9,22 314:23 316:8
320:24,25 327:4,5
329:14 330:22 331:8,
24,25 332:15 336:20

**lunch**
143:14 171:8 190:11,18

**luxury**
62:16 63:9

**lying**
47:25

---
**M**
---

**Mac**
187:11

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i28

**Mae**
   187:11

**magnitude**
   40:6 72:13,17 97:9
   141:19 142:13,15 158:6
   185:2,13,18,23 308:20

**main**
   297:15,16

**maintain**
   342:23

**major**
   6:9,13,16,22

**majority**
   256:16 279:9,10 280:12
   287:22

**makers**
   35:24

**making**
   201:19 204:7 267:17
   310:8

**Malkiel's**
   72:3

**manage**
   61:2

**management**
   46:7,17 47:21 284:15,
   16,17 293:9 323:18
   325:6,11,16 326:3,16

**manifested**
   328:17

**March**
   56:22 57:22 62:17,22
   173:12,13 242:3

**margin**
   156:6 162:21 163:12
   205:25 290:4 294:25

**margins**
   324:3

**mark**
   14:14,25 74:16,17
   81:15 295:14

**marked**
   30:11 75:2 81:22 95:23
   242:5 295:20 335:7

**market**
   10:14,20,21,25 11:9

12:3,22 13:3,6,14 20:25
21:6 25:11,17,21 30:2,
10,16 31:12,16,19 32:6,
8,11,15,24 34:3,10,23
35:8,17,24 36:11 37:14,
18,24,25 38:2,6,8,16
39:7,20 40:5,25 41:20
42:13 43:14 44:6 45:9,
14 51:23 52:10,17,25
53:20 55:5,8,15,20,25
56:2,13,18,21 59:6,15,
23 60:7,10,13 61:5,9,12
62:6 63:7,22 64:14,21
65:2,5,7,9,16,17 66:10,
24 67:12,18,19,24
69:13,15,19,21 70:6
71:18 72:10 77:19
80:10 82:7 87:9 88:10,
20,23 89:13 90:9 96:19
97:15 98:4,25 100:10,
13 103:14 104:13
105:16,23 106:19 107:8
109:15,19,23 110:14,18
111:9 118:21 120:9
124:24 126:4 132:3,14
133:6 144:3,15,17
146:16,22 151:10
154:21 155:9 156:23,25
157:6,19,21 162:13
164:14 165:4,8,9,10,15,
16,17,25 166:5,6,10,14
167:22,23 168:11,18
169:18 174:2 176:19,22
177:14,19,23 178:10,15
179:2,6,17,24 180:4,12,
18 181:18,21 182:15
183:11,15 186:11
191:18,23 192:7,11
193:24 194:5 195:3
198:25 202:4 205:20
210:24 214:13 221:22
222:14 225:14 226:5
227:15,17,22,24 228:3,
14 229:14,24 234:23
236:9,15 246:13 250:17
255:24 256:10 260:2,5,
15 262:7 263:11 267:17
270:19,24 271:9 275:8
276:2 278:22,24 279:15
280:18 281:11 284:8,21
285:5 310:19 311:14
312:10 313:24 314:12
315:4 324:8 334:11
336:10 337:20,21
338:6,8 339:23 341:17

342:10 343:5,20,21
344:23

**market's**
   56:10 310:15 342:6

**market-maker**
   34:4 229:19 243:8
   247:20,23 265:25
   267:3,15,20

**market-makers**
   34:2 35:11 60:20
   224:21,22 226:6
   228:23,24 229:13,16
   241:9 242:23 243:17
   244:16 248:17,24 249:3
   265:14 266:3,5,9,14,17,
   23 267:5,20 269:22

**marketplace**
   289:17,24 343:16

**markets**
   91:13 95:21 123:3
   168:14 184:3 186:5
   204:3

**marking**
   15:12

**marks**
   68:19 69:2 123:19
   124:2 190:14 191:5
   261:2,9 307:15,22
   348:4

**master's**
   7:4,7,10,11

**material**
   20:14 39:3,4 40:12
   41:12,13 45:11 67:15
   113:9 145:16 195:15
   196:5 201:25 204:12
   206:3 208:5 211:5
   214:18 281:23 288:2
   330:25

**materiality**
   23:13 111:9

**materially**
   156:14

**math**
   246:11

**matter**
   3:15 22:9 31:20 34:8
   45:2 68:6 160:21
   256:18,22,24 257:4

258:12,23 259:4,5
322:11

**matters**
   11:3 17:10 88:15

**maximum**
   259:10

**MBA**
   6:25 7:8 47:12,25 188:8
   199:17 200:5

**mean**
   12:7 16:15,22 17:16
   18:25 25:21 27:6 29:12,
   13,15 31:17 32:2 33:10
   34:9 36:14 37:10 39:9
   40:16,17 44:18 45:17
   46:13 48:18 49:13
   56:12 58:20,24 59:2
   60:21 65:10 67:17 72:8
   73:23,24 77:3 81:6
   85:16 97:24 99:11
   100:12 101:6 102:6
   108:17 110:21 122:5
   123:8 134:16 148:17
   155:20 156:6 157:7
   161:25 162:19 164:16
   165:14 176:9,13 180:7
   184:17 188:11 200:6,
   14,18,22 201:22,25
   206:4 210:20 233:11
   234:11,21 235:7,19
   236:22 237:12,19
   238:11 244:15 255:24,
   25 260:19,20 263:22
   267:25 274:19,20,22
   286:14,24 288:22
   290:21 291:11,12,14
   299:15,19 302:3 313:21
   320:19 321:12 322:13
   323:8 326:20 337:16
   338:23 340:6,22,24
   343:14 344:9

**mean's**
   233:5

**meaning**
   44:21 95:3 109:14
   121:14 148:18 163:8
   288:3

**meaningful**
   194:12

**means**
   34:17,19 39:18 44:19

94:22 145:14 149:15
166:16 185:6 210:15
230:20 235:22 237:11
244:2,8 279:25 286:11
293:18,20 299:18,19
300:22 323:16 324:24
340:6 341:14,24

**meant**
38:20 51:24 271:23
304:4 312:5

**measurable**
67:16 68:14

**measure**
24:22 25:19 32:4 33:24,
25 34:3,11,13,16,23
35:5,9,15 67:11 239:11

**measurement**
271:5,8

**measurements**
33:7,10

**measures**
35:10 36:2,7,19,21,22,
23 37:20 189:9

**measuring**
24:18

**mechanisms**
331:10

**media**
29:4,5

**Mediaexpress**
268:19

**median**
259:10,14,21,24 260:4,
11,16,19

**medications**
6:3

**meet**
101:5 109:15

**meetings**
156:3

**meets**
37:25 38:7 159:14

**member**
192:7 193:20

**memory**
31:6 250:18

**mention**
7:15 23:21 144:18
241:7,17 247:24 290:11
292:8 294:24,25 296:16
309:24

**mentioned**
35:11 38:17 109:25
122:21 163:24 221:2
248:4,12 251:12 290:3
323:4

**Merck**
234:19

**merger**
74:4 102:9,11 107:6,8
150:2 173:14 217:18

**merit**
321:6

**merits**
18:13

**met**
4:21 107:22 108:4

**method**
124:21 125:19 269:10

**methodology**
87:12 89:8,9 185:16

**methods**
333:16

**metric**
334:2

**mid-2000s**
252:17

**middle**
33:4 85:18

**midpoint**
222:11

**Mike**
249:8

**million**
15:17 153:21 227:24
228:2 280:3

**mind**
9:22 123:10 153:25
183:10 211:21 230:4
236:15 289:14 292:13

**mine**
169:12

**minimal**
217:21

**minimum**
229:15 231:16 236:11
259:9

**minor**
311:8

**minority**
281:15

**minus**
99:17

**minute**
83:22 168:10,25 234:12
285:5

**minutes**
63:9 145:21 146:8
147:13 169:19,20
170:17 171:6 261:14
319:8 321:17 322:13,15

**misinformation**
283:16

**misinterpreted**
229:11

**misleading**
288:6,14

**misreported**
291:22

**misrepresent**
325:17 343:16

**misrepresentation**
282:12,16,20 286:10

**misrepresentations**
283:4 286:15 287:7,13,
18

**misrepresented**
291:10 293:5 294:17
295:4 306:5 333:25

**missed**
174:23

**missing**
248:25

**misspeak**
262:11

**misstated**
309:8

**misstatement**
311:24 333:8

**mistake**
162:2 284:12

**mistakes**
223:14

**misunderstood**
228:11

**mix**
37:6 70:5 105:16,22
120:7 143:2,11 156:14
157:18,21 159:7,15
161:4,9 162:19 163:4,9
166:4 233:14,20

**mixed**
235:11

**mm-hmm**
11:8 25:3 29:7 42:8
57:7 63:15 75:19 83:25
92:22,25 105:9,18
113:13,18 130:18
131:19 134:2 135:6
137:2 148:8 156:17
185:15 242:18 243:2
248:18 253:12,14
297:3,13 300:24 315:23
318:12 330:15

**model**
55:6,8,12,15,20,25
56:18,21 59:23 60:7,10
62:6 63:8 64:15,21
65:2,7,9,17 66:10,24
67:13,19,24 151:10
162:12 165:4,9,16,17
166:2,6,14 168:12
186:6 191:18,24 192:18
193:24 194:6 209:2
306:14 334:6

**moment**
223:23 251:9 268:10
346:20 348:2,7

**money**
14:23 150:14 155:19
207:8 212:11,14 213:11
262:5,21 275:20 343:11

**monitor**
305:4,6

**MONT**
296:14 297:7 319:20

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i30

**MONT'S**
297:6,9,11

**Montage**
3:16 10:7 13:12 20:25
21:7 22:17,25 23:6,25
24:7 37:14 48:16,20
64:19 66:21 67:5,25
68:4 77:14,21,24 78:24
79:13 80:12 87:3,7,9
98:8,9 116:13,14 139:2
143:4 163:21,24 164:3,
8,20,25 165:7,20
166:15 171:19 191:17,
23 202:2 216:11 221:15
222:8,13,15 223:6,21
224:8 225:11 229:14
233:22,24 234:5,15,17
237:22 243:4 255:23
259:13,20 262:2 265:15
266:17 268:9,15,19
269:3 271:21 274:4,23
277:6 282:6,10 283:11,
15,23 285:4,6 286:16
289:7,20 290:9,14,21,
23,25 291:16 292:3,12
294:2,13 295:19 297:2,
4 299:17 300:15,21
301:5,17 303:16,18,20
304:7,9,11 305:17
308:5,8,16 310:8 311:7
315:21,25 317:16
318:4,17,24 321:18
324:12 327:6,17,21
329:16,24 330:23,25
335:6,14,20 336:15
342:9,11

**Montage's**
30:15 56:25 65:3,15,21
85:23 94:16 138:19
139:6,17 140:10,18
142:19 147:6,16 164:24
178:11 182:22 201:12
211:11 225:5 266:2
267:5 271:15 272:5,19
273:2,16 276:13 281:25
288:5,13 291:21 294:10
297:24 298:14 299:13
303:9,17 304:8 308:12
310:6 316:11 318:23
319:24 321:19 330:16
339:6,20

**month**
57:23 58:17 173:20,23

**months**
45:25 57:13,19 79:8,9
102:24 216:21 217:9,11
218:19,23 219:9,19,22
248:21 303:11 304:13

**morning**
3:6 4:19,20 168:18
319:6

**mosaic**
49:23

**Moss**
3:24 4:16,18,20,22
14:15 15:13 17:6 18:15,
22 30:6,13 33:18 51:16
67:22 68:15 69:5 74:21
75:5,7 81:17,24 95:13,
25 123:16 124:5 170:25
171:4,7,10,11 190:9
191:15 241:24 242:8
245:23 260:23 261:12
271:25 272:2 282:17,22
283:7,9 295:14,22
301:13,15 304:3 305:7
307:5,9,13,25 327:10
329:6 330:13 334:16
335:10 346:15 347:6

**move**
39:10 69:15 70:12,22
71:17 72:15 116:10,16
143:9,22 154:24 178:6
184:15 186:17 234:13
256:3 281:19 286:2
336:7 339:16

**moved**
92:6,20 109:17 110:16
113:16 117:8 118:10
308:19 331:22

**movement**
71:24 75:24 83:14
119:11 128:16,19
143:19 182:11

**movements**
67:11 103:3,21 122:11,
14,16,22,23 141:20
172:12 182:22 189:9

**moves**
86:10 113:9 337:3

**movie**
338:23

**moving**

40:16,17 324:16

**mulcahey**
3:1,15 4:1,19 5:1 6:1
7:1 8:1 9:1,16 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1,4 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1,9,15
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1,23 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1,20 69:1,3,6
70:1 71:1 72:1 73:1
74:1,23,24 75:1,6 76:1
77:1 78:1 79:1 80:1
81:1,20,21,25 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1,19
96:1,5 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1,20
124:1,3,6 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1

184:1 185:1 186:1
187:1 188:1 189:1
190:1,15 191:1,6,16
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1,2,3
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1,3,10,13 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1,6 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1,17,
23 296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1,16,
23 308:1,2 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1 322:1
323:1 324:1 325:1
326:1,4 327:1 328:1,25
329:1 330:1 331:1
332:1 333:1 334:1
335:1,3,11 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1

347:1,7 348:1,5,13

**multi-firm**
71:6

**multicollinearity**
194:11

**multiple**
29:16 89:21 119:25

**multiples**
333:23

**multiply**
302:5

**Myers**
3:12,25 4:23

---

**N**

**n/a**
267:12,25 268:7,13
269:9,25 271:18

**n/a's**
270:12

**name**
4:22 190:8 247:14

**names**
327:24 333:20

**narrowly**
133:3

**Nasdaq**
229:13,14,15,21,24
235:18 247:10,14
265:13,18 266:16
267:20 269:23 273:24
274:7,10,14 275:5
277:5 278:13,18,19
279:5

**naturally**
133:21

**nature**
54:13 187:18

**Nature's**
251:18 268:16

**nearly**
251:10

**necessarily**
109:20

**necessary**
29:19 52:16 53:24
195:7

**need**
18:23 42:17 127:7
133:17 224:4 287:11
334:11

**Needham**
163:22,24 164:7,19
166:14

**needs**
18:10

**negative**
118:2,7 123:15 150:14
330:18 344:15 345:21

**negatively**
313:24

**negatives**
124:10

**neither**
102:5 342:24

**NERA**
87:21 88:2

**net-of-market**
85:23 147:22

**Network**
7:23 8:20

**never**
9:3 12:25 53:5 182:7
257:17 288:19,20,25
301:21

**new**
3:3,8,13 21:18,21
25:15,23 38:25 39:16
40:2,12,23 41:9,11
42:2,10 59:8 70:4,11,21
83:9 85:20 105:14,21
108:19 110:10 117:18
121:8 129:4 132:24
141:4 145:16 148:21
151:18 152:5 153:16
154:21 156:13 157:22
160:16 162:9 163:3,6,
10,19 164:23 182:4
247:10 271:2 279:13
344:6

**newer**
249:9

**news**
28:25 29:14,22 35:3
40:13,24 41:10,11,13,
16 42:10,25 43:14,17,
19,21,24 44:7,8,13,14
46:4 54:24 56:18 60:21
65:22 69:7 70:2 71:11
72:15,19 73:3,18 76:10
80:21,22 81:3,5 82:14
83:11,13,17,19,24 84:4,
10,11,18 85:4,11,24
86:6,19 89:23 90:3 92:2
93:9 94:3,10,17 95:6
96:12 97:7 101:7,17,21
102:10,19,22,23 103:8
104:7,16 105:10 106:3,
8 107:23 108:4,23
109:22,24 110:21,25
112:15,20 113:2,5,7,8,
11,17 114:11,19 116:2,
10,20,21 117:3,18,25
118:16,24 119:7,13,18
120:21 121:2,25
126:20,21 128:21
129:20 131:13 141:7,8,
9,22 142:2,6,8,11
146:24 147:5,15,23
148:5,6,12,24 149:8,10,
11,12,18,21,24 151:3,7,
18 152:4,10,15 153:17
154:2,6,9,12,18,23
155:13,15,20,24 156:9,
13,21,23,25 157:4,6,10,
12,17,25 158:3 159:15,
16,20 160:2,6 161:21
162:9 164:3 165:23
166:22 167:2,7,8,14,18,
21,25 168:17,18
169:10,13 172:21
173:3,22 177:8,21
178:3 179:14 180:5,13,
18,23 181:9 182:4,7,13,
23 183:5,20 184:11,19,
21,22,25 185:5,14,19,
21 186:8,17,22 187:23,
25 188:5,20 189:4,8,10,
13 209:10,12 225:23
237:12 256:3 257:17,25
258:10 288:23 292:21
315:17 317:25 333:13,
14,15 336:2,3 337:4,13
342:7,12 344:15 345:21

**news-versus-no-news**
90:7 111:20

**news/no**
56:18

**news/no-news**
87:13

**newspapers**
46:5

**newswires**
44:23

**nine**
180:22,23 303:11
304:13

**nine-month**
218:8,10

**no-news**
54:24 73:18 111:13
112:10,12,16,22
113:12,20

**non-earnings**
134:21

**non-news**
82:14 92:18,20 93:9

**noncash**
325:15

**nonearnings**
82:24

**nonpublic**
145:16

**Nope**
330:13

**normal**
139:12,21 140:2,24
182:9

**normalized**
239:12

**normally**
137:18,24 138:6,15,20
139:7,19,24 140:6,11,
19

**Northern**
3:18

**Notary**
4:13 191:11 348:21

**note**
125:21 232:19 242:20
243:6

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i32

**noted**
191:3 348:10

**November**
3:2,9 158:23 163:16
254:13 255:21

**number**
14:5 28:13 29:9 34:7,24
35:2 62:25 113:20
114:20 175:22 177:6,25
224:22 226:18,20
228:16 232:18,22
233:10 238:7,9 246:5
258:24 264:11 265:14,
16,19,25 266:17,18
267:25 268:6,9 270:8
272:10 279:5 281:7
303:7

**numbers**
159:3 223:17,18 236:4
238:5 240:22 244:24
267:3 340:13

**numerical**
267:22

**NYSE**
267:14,16,23 268:7
269:23 272:15

**NYSE-DESIGNATED**
267:19

                    **O**

**O'melveny**
3:12,25 4:4,23

**oath**
5:20

**objection**
16:20 17:4 50:24 61:17
95:10 245:21 248:5
282:14,15,18,23 283:3
291:23 295:10 296:6
301:10 305:6 326:9
327:8 330:7 331:18
332:5,25

**objections**
18:16 51:17

**objective**
61:25 77:25

**objectively**
71:12 73:3 78:3 82:21

89:7,22 90:3 125:25
273:8 292:2

**obligations**
264:14

**observations**
126:25 134:23 274:15

**observing**
4:3

**obtained**
47:3 220:12

**obvious**
11:15 131:5 188:22
322:21

**obviously**
12:15 13:7 74:8 87:2
131:2 134:8 233:6
244:14 278:23 317:11
320:17

**occurred**
167:18 182:12

**October**
56:22 81:21 130:24
263:16

**offer**
21:18 53:16,19 87:8
253:22 322:12

**offered**
11:6 53:6 88:16

**offering**
9:13 20:20 21:3,12,24
22:6 154:11 155:19
160:9 221:10

**offices**
3:11

**Oh**
29:11 161:20 220:10
228:6 244:7 265:21
269:13

**okay**
5:9,14 7:9 12:9,18
13:20 15:13 16:25 17:6,
8 27:12 30:25 31:15
33:2 37:3 38:21 41:6,7,
16 52:8 66:21 71:13
78:17 79:4 86:24 91:14
93:12,22 94:21,25
107:16 108:2 111:18
112:5 116:6,18 117:16

119:2 120:6 127:20
129:10 130:7,10 136:13
138:23 144:7,9 163:18
167:24 168:3,4 171:10
172:5 175:12,19 176:6
182:7 190:12 192:15
195:5 197:20 198:10
199:3 201:9 203:17
205:12 217:5,10 220:21
228:11 229:10 231:24
236:13,20 240:20,25
244:7 250:14 253:20
254:19 258:3 259:3,6,8
266:25 267:6 275:16
287:15 294:21 297:18
298:2 300:11,23 312:25
313:4 315:21 318:15
325:8,15 326:24 329:5
336:12 337:12,13
340:18,19 343:9

**old**
110:15

**omission**
45:11 46:21 47:16
258:4 325:4 331:23

**omissions**
282:20 284:23 287:7,
13,18

**omit**
325:18

**once**
89:16 184:20,24 186:19
237:3,6

**one-day**
85:22 147:22 169:17

**one-factor**
165:15

**One-page**
30:9

**one-year**
218:11

**ones**
28:11 36:12 73:13
99:12 108:11 109:9,10
133:10 153:2 174:13
222:18 227:10 250:25
252:5 268:5,7,8,15

**online**
8:20

**opaque**
314:23

**open**
341:17

**opens**
167:22,23

**operating**
143:4 156:6 162:12,21
163:11,12 294:25

**operation**
302:12

**operations**
155:20 156:5

**operator**
3:6

**opine**
99:18 156:20 222:22
281:21 287:11

**opined**
12:25 250:15

**opining**
23:5,9,12,15 98:9
221:14

**opinion**
11:6 21:10,13 22:25
23:24 24:2,6,11,16,21
26:11,12,15 32:6 35:21,
22 37:24 38:6 40:13,21
42:13 43:5 52:23 53:6,
17,19 54:6,7,21 59:16
61:8,11,15 63:22 77:19
87:8 98:15 99:25
100:21 101:25 120:15
126:24 136:21 145:2
146:11 156:12 160:23,
25 164:2 177:22 185:20
198:19 208:3 214:23
217:11 219:8 224:4
226:24,25 227:6 229:8
232:7 236:24 245:9,20,
22 246:17 252:14 268:2
273:23 276:23 279:17
281:22 286:8 289:19
300:25 304:17 308:18
310:11 311:10 312:17
313:5 314:4,9 317:7
318:2 320:20 321:14
324:15 325:5 330:17
331:23 337:11,15
338:12 339:15 344:12,

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i33

16,24 345:4

**opinions**
9:14 13:21 17:10 19:2
20:19,24 21:4,18,20,23
22:6,22 59:7,13 88:7,17
143:7 183:24 221:11,12

**opportunity**
34:18

**opposed**
62:11,25 231:24 299:14
329:23 339:7 340:3

**opposing**
16:18 17:2,12 18:6 19:5
79:23

**opposite**
188:22 344:18

**option**
325:7,8,10,20 333:22

**options**
7:22

**oranges**
208:24

**order**
54:9 287:10

**original**
250:10

**originally**
344:10

**outlet**
29:4

**outlets**
29:5,22

**outliers**
208:18

**outline**
241:15

**outside**
43:15,17 44:7 99:11
102:13 112:20 173:10

**outstanding**
103:13 146:21 224:8
227:3 232:6 237:10,23
240:13 255:17,22
273:22

**over-the-counter**
244:13 269:14,21,22

270:11,12

**overall**
128:25

**overcome**
153:3

**overcoming**
270:23

**overstated**
312:10

**overwhelming**
297:8,22 298:8,12,19,
20,22,25 300:16 301:4,
8 303:19,23 304:10,15
308:7,16

**owned**
51:8 281:24 290:7,8,19
291:2 292:3 294:13
309:2 317:16

**ownership**
49:17 283:24 287:20
289:20 291:16 292:11
293:4,22 294:6,8 295:6
309:3 311:2 312:22
314:22 320:24 322:19,
25 323:11,21 324:13,23
325:5 327:22 328:6,16
329:20 331:11,23
338:21 343:3 345:11
346:8

**owning**
41:24

---

**P**

**p.m.**
123:21 124:4 168:10
169:13 190:15,18
191:3,7 261:3,11
307:16,24 334:20,25
346:21 347:3 348:6,10

**Pacer**
220:22

**package**
80:9

**padlocks**
49:16 328:3

**page**
75:15,16 76:9 96:6

97:2,4 105:12 144:4,8,9
145:9 171:14,15,16
203:25 242:17 279:19,
20 318:11 319:9,17
320:9 322:14 338:18
347:9

**pages**
27:17 103:5 150:5
289:11 319:11,13
322:15 338:18,19

**paid**
14:23 15:16 50:5
106:11 160:7

**Pain**
190:5,7

**pairs**
151:8

**paper**
8:3,24 23:19 40:3 71:25
72:2,3 90:22,23 95:11,
15 96:3 247:8 248:4
249:6,10,16 321:24

**papers**
26:4 90:6 108:14 133:8
144:10 177:16 205:12
253:2

**paragraph**
85:16 97:4 105:8
107:24 108:5 109:16
117:11 130:8 133:15,17
145:13 156:16 160:3
162:18 171:13,17 178:8
253:11 254:15 265:13,
19 273:12 274:11
279:18 281:20 283:18
286:21 287:24 315:12,
13 319:18 330:10,11,
12,14 336:13 342:4

**parameters**
30:18 65:12 194:2
212:22

**paraphrasing**
342:21

**pardon**
3:15

**parents**
324:2 327:25 328:9

**parse**
333:12

**parsing**
118:5

**part**
17:24 18:12 29:13
32:17 43:22 44:13 45:8,
12 49:3 66:22,24 67:6,
10,25 87:19 120:7
135:3 147:20 155:4,5
162:8,19 165:23 166:4
191:23 193:4 216:4
262:6 289:25 290:12
291:14,19 296:17
297:15,17,23 322:25
331:13 339:9

**partial**
237:24,25 238:20
239:6,10 240:16,18
253:15

**participation**
243:9

**particular**
32:12 49:9 56:4 58:18
72:15 85:20 94:13
96:18 101:9 102:11
114:12 121:7 122:10
127:7 184:15,16 187:2
193:17,20 199:7,16
215:18 229:23 230:12
235:23 239:13 255:18
259:2 267:18 335:23

**parties**
288:17 296:16 299:10
300:4

**party**
16:18 17:24 282:7
283:12 299:25 308:6,10
309:2 310:25 328:17

**party's**
17:2 18:7

**pass**
54:4,8 95:4 96:16 98:17
99:7 103:15 112:25
114:4 115:10 117:22
118:13 122:3,10,13,15,
17 145:3,5 169:16
170:6,14 178:25 179:5
197:17 198:16,24
210:7,8 213:25 214:6,7,
24 236:13,21

**passed**
87:21 94:23 102:5

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i34

245:14

**passes**
87:3 98:4 99:23 100:6
120:8 202:4 208:5
237:4,6

**patently**
96:19

**patient**
329:4

**pattern**
228:21

**pause**
130:8 149:5 151:19
152:5 192:3 268:10
305:13

**pay**
50:6 277:16

**peer-reviewed**
8:24,25 9:5 89:11 90:5

**penny**
194:16 231:17 275:12
277:21

**penultimate**
319:18

**people**
37:21 39:19 49:18 50:5
59:7 62:15 72:8 88:7
106:12 125:25 150:11
153:21 158:19 188:11,
14 200:11,16 233:15
239:16 249:7 293:13
315:9 317:24 320:5,17
325:9,23 326:19 327:23
328:3,11

**percent**
45:24 68:6 86:17 115:6,
7 136:10,15,25 143:6
148:18,20,23 149:4,7,
13,15 151:12,13,20,21
152:18,19,20,23 153:24
154:13 155:17 171:21
174:7 175:11,16,23
181:5,7 182:10,12,16,
18 183:4,8,9,22 184:6
193:9,19,22,23 201:13
213:5,6,9,10,12 224:8,9
225:2,4 227:4,5,8
230:9,16,17,18,24
231:6,8,9,14 232:11,12,
20,25 233:2 236:7,10,

11,14 237:10,16,18
241:13 245:8,13,14,19
246:3,4,8 248:10,23
249:5,9,20 250:16,23
251:2,5,20,25 253:2,7
254:12,25 255:22
256:16,23 257:2,13
258:25 265:13,18
266:16 272:23 273:4,6,
11,13 274:23,24,25
275:4,14,19,24,25
276:21 277:24 279:14
280:2,6,16 281:13,14
291:21 294:10 300:21
301:6,19,25 302:16,19,
20,22,23 303:6,9,21
304:12,14 305:17,25
306:6,8,17,23,25
313:21 317:12 318:24
320:13,14,16 321:10
340:3,4 341:20

**percentage**
67:8 68:4,8 92:8 103:13
146:21 181:22 183:11,
18 184:3 193:4,6,8,11,
17 194:12 231:18 232:5
237:9,23 240:12
255:17,21 273:22 276:6
279:4 302:6

**percentages**
87:5 93:17,24 231:22
278:10 281:5

**percentile**
235:20 339:20,21
340:23

**percentiles**
227:12

**perfectly**
235:8

**perform**
42:18 89:7 97:24,25
110:2 123:5 127:2,8
133:8 139:8 151:10
152:12,13

**performance**
336:16,21

**performed**
53:14 101:3 129:15
140:9 141:8 234:7
306:16

**performing**
90:17 129:10 142:9

**performs**
176:21

**period**
23:2 25:21 27:24 56:22
57:5,11,12,18 58:3 59:3
60:11 61:3,13,15,23
62:2 63:11,14,20 64:22,
23 65:2,9,10,11 66:23
89:21 91:19 92:14
98:21 102:13,18,21,24
103:9 104:8 130:21
131:2,7 138:20 139:3,7,
18 140:11,19 158:16
171:19 172:3,6,11,19,
20,22 173:10,20,22
178:12 182:6,8 195:23
196:6,11,17,23 197:3,
14,17 198:4,10,14,21
200:21 201:10 202:3
203:2,20 204:9,14
205:8,24 206:8,13,14,
17 207:7,15,23 208:10
210:2,6,20 211:7,22,24
212:12,20 213:14
216:11,14,22 217:4,6,
17 218:2,9,10,11,14,20
219:14 220:15 237:25
238:2,21 239:9,10,20
251:14 253:11,17
255:19,25 256:17
257:6,7,14,19 258:4,7,
25 263:2,3,24 264:4
265:5,15 266:18 273:14
276:16 282:2 337:21
338:5

**periods**
62:2 257:8

**personally**
35:20 37:17

**persuasive**
17:3 18:8,14 245:18
248:2

**Petrie**
242:4

**Petrochemicals**
268:18

**Ph.d.**
7:13 8:12,14 87:22 88:2

**Pharmaceutical**
251:24 268:21

**phase**
10:4,15 12:3 20:20
21:5,13 22:3 75:10

**philosophy**
6:20

**phrases**
337:2

**physics**
6:19

**pick**
29:5 34:7 45:20 120:21
198:7

**picked**
60:11 175:21,23 238:17
269:10,11

**picking**
85:17 176:8

**pictures**
51:11 320:22 346:10

**piece**
54:3 72:15 264:12
322:23

**piggybacks**
336:9

**place**
258:6

**plaintiff**
10:2,15 11:5 52:22,24
125:12 223:13

**plaintiffs**
3:23 95:22 174:5
286:17 288:12

**plaintiffs'**
12:11,15 330:24

**play**
36:13 306:20

**please**
3:20 4:9 5:10 18:15
51:16 70:18 159:10
329:8 348:3

**point**
22:16 25:25 38:13 40:6,
7 73:9 135:2 136:22
147:3 165:17 168:15

193:8 205:3 222:5
247:3,6 260:20,21,22
262:20 269:20 277:15
287:5 289:18,22 290:25
294:17 298:7 309:21
323:8 326:14

**points**
58:5 90:2 91:4 278:17,
18

**poised**
165:19

**polar**
344:18

**Polymedica**
87:24 232:12

**pop**
153:19

**posing**
196:21

**positive**
40:24 41:15,21 42:2,10,
23 117:18,25 118:6
119:6,18 121:25 123:14
124:17 150:14 164:24
165:24 206:18

**positives**
123:12 124:8,10,13
125:4,6,20

**possession**
28:5

**possibility**
125:3,6

**possible**
15:19,20 24:13,14
40:20 41:19 43:4,10
53:3 60:16 108:2,7
112:19 134:7 135:9
145:4 152:9 164:12
179:7,19,23 180:3,11,
18,20,25 181:3,4,12,14,
19,20 214:23 219:8
241:18 304:23 317:20

**possibly**
206:9

**posted**
316:4 318:20

**poster**
234:22

**potential**
118:3 212:24 324:2

**potentially**
83:14 98:18 99:8 300:6

**powerful**
77:24 79:18

**practice**
59:24 62:7,9,23 65:8
265:2,10

**precise**
183:2 228:5

**precisely**
186:7

**predict**
56:3 65:21 72:8,12,14,
17 195:11 205:18
206:23 213:7 306:14

**predictable**
197:5

**predicted**
65:14 194:14

**prediction**
117:4

**predictions**
70:13,23

**predicts**
70:12,22

**predominant**
331:22

**preempt**
188:18

**prefer**
305:8

**preferable**
58:4

**prepare**
13:24 234:14

**preponderance**
31:17

**preselect**
184:8

**present**
222:4 285:8 306:4

**presented**
43:8 225:25 323:14

**presenting**
120:12 221:21

**press**
28:24 315:10,20

**presumably**
261:21

**presumption**
85:5,6 120:11,13

**pretty**
32:10 41:4 121:20
150:4 168:4 232:21
245:2 249:4 286:25
289:11 343:9,10

**prevalent**
252:16

**previous**
324:6 338:10

**previously**
69:22 107:2 160:11
164:8,20 191:11 289:21
308:12

**price**
24:22,25 25:2,6,17,21,
22 37:8 39:16,17,20
40:9 41:8,25 46:7 47:5,
19 48:8 50:16 55:4,9,
17,22 56:4,8,12 58:13,
14 59:6,15 62:20 63:13
64:12 65:4,14,15,21
66:3 69:9,24 71:4,17,23
72:7 75:23 80:20,22
81:4 82:10,25 83:4,8,
10,14,18,23 84:9,12,15,
17 85:11,23 86:10,18
92:6,20 94:3,10,17 95:6
96:12 101:18,19,21
102:12 103:2,7,12
106:11,22 107:10
108:16 109:6 110:5,9,
16 113:4,9,16 114:15,
19 116:10,16 117:8,19
118:2,9,13 119:7,15,16,
18 120:22,25 121:3,25
122:11,14,16,22,23
128:16,18,25 132:22
141:19 142:21,23
143:6,23 144:6,20
146:25 147:6,16,23
148:7,13,16 149:2
150:2,18 153:19,24
154:14,17,22,25 155:12

156:2,10 157:2 158:12,
20 159:3,20,21 160:4,5,
12,19,25 161:3,7,8,10
162:10,15,23 163:5,10,
14 166:21 167:2,6,14,
18 168:2 169:12,15
170:2 172:12 173:15
178:2,3,4 179:13,14
180:19 181:8,10 182:6,
11 183:6 184:18 185:3,
5 186:10,12,17,20,23
187:17 188:20,21
189:9,12 195:12,13
204:6 205:19 206:25
208:14 213:8 219:18
231:6,7,8,10,19 256:4
264:15 275:18 276:5,
14,16,18 277:11,19
281:19 282:2,8 283:12,
16 285:11 286:9,11,14
287:6,11 292:20 301:2,
8,23 302:13,20,25
304:18 305:20,21 306:3
308:19 309:13 310:10
312:2,14 313:9 314:2
317:22 320:18 322:5,24
324:16 325:13 327:7
329:17,22 330:6,19
337:7,15,17,22 332:3,8,
9,10,17,21,22 333:7,12
336:8 337:3,23 338:3,4,
7,8,10 341:18 342:5
344:2

**price-stabilize**
61:2

**price/earnings**
333:23

**priced**
153:20 154:4

**prices**
25:13 38:3,8,11 39:10
145:15 169:4 205:14,
20,21 276:25

**pricing**
186:6

**primary**
92:2 93:7 107:21 117:9
127:17,21 128:9,13,15

**principle**
302:15

**principles**

288:5

**prior**
20:17 134:10 238:19
240:15

**private**
10:2,15 11:5 174:5

**privileged**
280:12

**privy**
153:22

**probability**
62:19

**probably**
32:15,25 36:11,12 53:4,
21 87:10 115:12 135:19
136:7 169:11 217:9
219:19 229:16,18
230:9,18 231:15 234:22
235:3,4 237:17 252:18
294:23 296:10,11
319:14,15 330:11 337:5

**problem**
47:24 115:23 186:3
189:2 194:11 277:24
278:8,11 293:12 294:22
306:11 336:5 341:22
342:22

**problematic**
134:23

**problems**
24:18 48:25

**process**
49:4,24 50:12 186:22,
25 187:4 290:7 338:4
341:13

**produce**
66:8

**produced**
161:18 242:13

**producing**
327:17

**product**
40:15 301:21

**production**
28:2 45:24

**products**
251:18 252:12 268:17

**professor**
8:16

**profile**
200:13

**profit**
195:16 196:2,9,22
197:3,10,11,16,24
198:3,8,13 200:19
204:8 205:2 208:2
211:6,18,20 213:2,22
215:4 341:18

**profitable**
198:22 199:6,15 202:10
205:2 211:25 212:17
215:21 252:19

**profits**
256:8 317:4

**projecting**
300:12

**projects**
281:11

**proof**
95:21 292:10 312:11

**proper**
78:24 79:2 189:7
225:17

**properly**
293:10

**property**
37:7

**proportion**
92:10,11,19 101:8
111:20,21

**proportions**
92:24 106:5 126:23
209:8

**proposed**
104:7

**prospectus**
59:5,10 60:22 155:3
293:11 294:18 300:4

**prove**
52:22,24 103:22 132:3
148:2,4 236:15 237:8
290:17 305:16

**proved**
289:19

**proven**
25:20 26:19 214:17
292:12 293:23 294:6
315:2 337:10,11

**proves**
99:2

**provide**
133:19 303:23 304:15

**provides**
204:4

**proving**
52:16 118:21 323:11

**proxy**
32:11 129:3

**Prudential**
234:20

**PSLRA**
334:9

**psychology**
6:19

**public**
4:13 46:23 47:3,6,18
48:6 49:12 50:22,25
51:5,13 112:21 154:11
155:8,19 191:11 280:3,
7,14,17,24 281:14
284:5 317:12 348:21

**publications**
7:21 132:16 144:14
296:3

**publicly**
25:8 38:3,9,12 44:19,20
48:6,7,8 50:14,19 51:2,
6,14 69:20,21 242:14

**published**
9:3,4 46:5 89:6 103:5
110:21

**Pudong**
57:9

**punitive**
284:24

**purchasers**
22:10

**purely**
223:18

**purpose**

121:4 126:15 208:23
209:6 210:3,6,12
235:12

**purposes**
120:9 294:9

**pushing**
220:3

**put**
28:13 31:4 34:25 35:20
36:8 37:17 44:17
114:10,11 119:20
129:12 136:20 137:18
170:7 173:16,18 244:10
270:9 278:14 292:8
296:13

**putative**
10:2

**puts**
280:18

**putting**
72:16 107:17 120:14
169:24 173:12 225:7

**puzzlement**
19:16

**puzzling**
19:13,24

----

**Q**

**qualified**
300:2

**qualifier**
38:10

**qualifies**
82:21 85:24 147:23

**qualify**
82:20 117:24 267:10

**qualitative**
90:13

**quantifiable**
103:11

**quantify**
36:24 329:22

**quarter**
107:4

**quarterly**

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                     i37

132:20

**question**
5:15 6:21 8:11 11:10
16:16 17:7 18:11 19:23
21:17 24:20 36:14 44:3
45:7 46:12 47:14 51:4,
18 70:18 79:10 97:6,7
107:15 108:20 110:12
112:8 119:23 121:5,12,
19 122:9 124:6 126:17
129:5 132:8 135:23
138:22 150:25 159:5,9
166:8 167:5 177:11
178:6,7,13 180:9,16
196:21 198:18 199:11
214:21 231:11 236:16
250:12 256:17 258:19,
21 259:4 266:15,25
269:2 279:16 285:16,
19,25 286:2 301:18
303:3 304:21 305:2,15
313:3 323:3 327:14,15
329:2,7,13 330:2
332:12 341:12 342:9

**questioning**
121:18 303:6 316:11
322:7

**questions**
5:10 18:19,21 30:2
143:24 177:12 188:19
224:2 257:12 258:16
285:18 292:13 293:13
309:18 315:22 321:2
346:15 347:5

**quick**
13:5 41:4 68:16 168:4

**quickly**
29:25 48:10 50:15
83:19 149:10 150:4
286:3 339:16

**quiet**
59:3 263:3,24 264:4
265:5

**quite**
268:21

**quote**
52:12

**quoted**
229:21 288:8 321:24

---

**R**

**Radient**
10:6 11:11 12:9 13:11
174:12 175:4 190:4
235:4 337:5

**raised**
142:21 143:5 155:19
156:2 162:23 292:12

**raises**
321:2

**rally**
154:11

**ran**
73:19 80:15 107:20
117:4 127:25 129:19,23
131:20 133:4 140:12,18
166:21 195:19 209:15,
18,22 218:21 238:8

**range**
154:5 203:14 222:11,
12,16,20 226:12,15,16
227:14 235:13 237:10
246:4,5,9,12,23 253:10,
17,22,23 254:4,5,15,17
260:12,21 340:8 341:20

**rank**
13:12,19 31:9 222:9

**ranking**
32:18

**rapid**
145:19 170:4,11,13,14,
21,22

**rapidly**
145:15 147:5,11,15,16
148:6 169:14,16 170:9

**rate**
41:23,24 182:16 205:17
206:10 210:19 216:10
285:10 306:6,10

**rated**
235:22,23

**rating**
77:6,17 110:9 150:18
187:18 316:3 318:19

**ratings**
76:9,10,12 106:22

342:23

**rational**
317:8

**raw**
201:12 211:11

**Ray**
205:13

**reach**
29:18 196:20

**reaching**
23:24

**react**
38:24 43:14 44:7 84:19
313:24 342:11

**reacted**
82:25 83:11,24 84:3,18
85:11 167:14 182:7
312:2 345:25

**reacting**
311:6

**reaction**
48:8 54:25 65:22 82:9,
10,19 83:9 85:3 102:3,
9,12,22 112:2 118:2
121:3 128:25 131:16
144:20 149:9 166:21
167:7,18 189:13 225:23
292:14 301:23 303:2
305:21 312:6,14 314:2

**reaction-to-news**
98:20 99:9

**reacts**
83:4,5 94:3 96:12

**read**
18:23 26:21 27:7,8,9,
12,16,18 28:7,18,20
70:18 74:8 85:18 96:9
97:3 108:11,12,24,25
109:3,5,8 116:25
117:14 125:13 133:16
156:21,22 161:12 180:9
184:20,25 187:24 188:5
201:17 214:20 215:17
221:7 250:4 264:19
282:3 291:25 294:5
296:22 298:17 300:3
305:2,3,7,9 319:2,9,10,
13,15 320:6,10,11,17
321:15 322:13 329:7,11

330:17 335:22 337:5
339:7 344:22 345:20,24
346:5,9,12

**reading**
96:6 108:10 174:17
187:20,22 220:18 244:5
281:4 296:3,19 299:23
300:7 310:15 314:12,17
317:17 339:8 345:4,5

**ready**
247:2

**real**
310:6 318:24 319:20,25
321:20

**really**
24:19 25:5,14 34:8,25
37:4 48:5 68:6 90:16
106:4 130:3 140:14
149:12,24 172:10
176:9,22 186:15 193:23
195:10 197:12 199:10
230:10 244:17,19
247:9,11,12,17,19
249:13,17 252:17 275:4
277:3 279:25 283:20
284:20 285:13 288:25
293:3 295:2 296:9
304:21,25 305:19
308:22 309:11 310:13,
22,24 311:10 321:9,12
322:4 323:10 324:14
325:5 329:3 336:7
337:17 338:12,20

**reason**
5:22 6:6,8 16:8 59:2
64:8 65:24 76:5 77:12
107:7 118:17 127:25
133:12 173:17 188:23
192:4 194:17 203:19,23
222:22 227:11 258:14
268:4 269:9 272:16
274:16 312:7 331:22
332:21

**reasonable**
62:4 150:8 176:3,13
186:14 196:20,22,25
197:15,22 210:17
230:19 256:7 265:22
266:20,21 271:11 274:2
275:14 280:24 328:15

**reasonably**
139:11 186:22 199:6,15

202:10

**reasoning**
240:14

**reasons**
57:16 89:4 160:15
241:15 310:13 328:20

**rebut**
292:23

**rebuttal**
21:17,19 250:7,9
288:21 342:25 343:24
344:8,16,25 345:7

**rebuttals**
343:22

**rebutting**
344:14

**recall**
19:11,22 20:2 63:6 67:5
91:10 124:25 125:10
138:16 139:21 164:11
190:2 191:25 194:23
228:24 245:24 249:21
250:7,20,21 253:7
294:16

**recess**
68:23 123:23 190:18
261:6 307:19 334:22
346:24

**recollection**
174:16 175:6

**recommended**
200:9

**record**
3:21 4:22 39:22 68:21
69:4 86:12 123:21
124:4 142:4 190:16
191:7 217:6 260:24
261:4,11 307:17,24
334:25 346:19,22 347:3
348:7

**record's**
76:25 124:11

**recording**
348:7

**reduced**
247:19

**reduces**

285:11

**refer**
8:3 66:15 67:3 73:11,20
74:9,12,19 75:17 76:5,
6,7 78:4 80:3,16 81:10
82:17 111:12 112:22
254:20 318:10

**reference**
7:20 77:25

**referred**
92:17 113:12 263:3

**referring**
70:25 77:8,9 144:5
260:9 268:23

**refers**
286:9

**reflect**
38:3,9,12 145:16 241:8

**reflected**
45:3 146:25 258:6

**reflects**
337:23

**refresh**
174:16 175:6

**refute**
177:18

**regarding**
20:24 220:16

**regardless**
120:19

**regression**
19:9,13,16,17 55:10,11
57:24 64:9 192:23
212:2,23 213:17 218:22

**reinforces**
224:24

**reiterate**
314:19

**reiterating**
338:16

**related**
109:9 173:4 177:24
230:12 231:18 282:7
283:11 284:23 286:15
288:16 296:16 299:10,
25 300:4 308:6,8,10,25

310:25 315:18 328:16

**related-party**
281:23 288:2 289:7
303:20 304:2 308:17
329:25 331:2 333:8

**relates**
65:21

**relating**
10:14 11:9 155:8

**relationship**
52:2 282:10 283:14,24
287:20 290:20 291:8,9
296:18 327:5 329:15

**relationships**
290:8

**relative**
278:9

**relatively**
57:19

**release**
89:23

**released**
40:12 43:14 112:16
142:2 157:25 167:9,15
182:4 289:16

**releases**
28:25 40:23 41:9 42:10
82:23,24 141:10 142:3

**relevant**
11:2 26:10 28:23 36:19
65:19 106:5 109:10
142:17 180:5 181:9
186:7 193:5,25 222:2,3,
4 240:3 255:9 277:18

**reliable**
37:19 245:12 248:6

**relied**
55:8 89:2 104:14

**rely**
49:5 50:11 187:15

**relying**
108:17

**remained**
98:12

**remarkably**
67:7

**remember**
19:15 28:19 68:7 81:13
87:24 90:18 91:5,9,11
120:11 125:16 135:16
137:11,20 140:3 158:13
174:13 176:9 191:19
193:7,8 226:25 243:22
249:22 250:25 333:20
341:5

**remove**
100:3

**rendered**
288:5

**repeat**
69:13 259:16

**Repeatedly**
327:12

**repeating**
164:13 337:12

**rephrase**
5:11

**replicated**
146:19

**report**
11:18 13:2,25 18:13
20:9,14,21 21:4,10,12,
19,25 22:3,6,8,12,14,23
23:10,17,20 26:5 27:13
29:14 30:5,15 40:3,19
48:18 50:21,22 51:24
52:12,21 54:14 55:20
57:17 58:11 60:24 65:8
66:8,16,19,22 67:4
69:11 72:2,3,4 73:14
74:7,12,14,17 75:8
77:21 78:17 81:13,16,
21 82:3 85:16 87:2
89:5,24 97:19 99:12,17
100:3,16 103:4 105:6,
11 106:20 107:13
108:13 109:12,18
110:7,15 111:5,14
113:7 115:16 116:12
117:10 120:20 128:15
129:9,11,14,15 130:25
131:18 137:7,13 139:14
150:5,11,17 156:22
157:17 158:2 159:4,14,
22,25 160:11,16,20
161:12,13,22 162:4,8
164:17 169:7 171:13

172:24 173:4,16 174:19
176:7 177:21 178:21
189:14,24 195:10 197:7
201:6 211:8 221:18
229:21 234:15 238:13,
18 240:8 241:17 242:3,
10 243:4 244:25 248:13
250:9 254:5 256:6
259:9 261:22 263:10
264:2 269:8 270:2
284:6 288:16,24 289:12
290:10,13,22 291:7,19
292:2,8 293:4,20,25
294:4,5,7,15 295:6,15,
18,24 296:11,19 300:20
301:16 303:5,22 304:14
305:16 308:4,11,21
309:6 310:2 311:25
312:8,19 314:7,11,13,
17 315:11 316:3
318:10,20,22 319:17
320:7,12,21 321:16,25
322:2,12,17 324:6
326:24 330:21 331:6
332:11,16 334:6,10
335:15 336:14 337:10
338:14 339:7 342:7,12
343:2,5,23 344:15,19
345:4,25

**report's**
289:15

**reported**
243:10 297:7 303:18
304:9 308:12

**reporter**
4:8 95:17 127:16 190:6
223:8 329:11

**reporting**
162:8 309:3

**reports**
10:8,13,19 12:19 14:12
20:17 27:19,24 28:4,8
50:4 69:12 72:20 92:3,
4,15 102:18 104:14,24
105:20 106:3,9 107:18,
22 108:3,9,15,19,21
109:24 110:25 112:9,
11,13,20,25 113:3
114:9,13 116:19 117:18
118:6 120:3,21 121:6,7,
24 122:5 125:11
127:21,23 128:2,9,14,
22,23,25 129:3 130:23

131:6 178:2 240:16
244:9 258:9 263:6,7
264:17,20

**represent**
4:23 23:17 66:18
179:12 277:21

**representative**
144:25

**represented**
276:8

**representing**
3:23,25 174:4 274:13

**represents**
39:25 275:15 277:23
278:19,21

**republication**
29:12

**republished**
29:18

**reputation**
47:20 284:15 291:17
293:9 326:2

**reputational**
284:25 293:18 294:9
302:22 306:11 337:22
344:11

**requested**
22:11

**require**
140:15

**required**
21:16 285:7,10

**requirement**
170:16

**requires**
229:15

**Requiring**
95:21

**research**
4:5 7:23 8:19 63:17,21,
24 64:14 108:18
144:19,22 146:20,22
177:25 181:6 186:5
249:12 262:18 295:18
316:2 318:18 319:6
321:16 324:5 326:24
332:11 336:14

**residual**
138:19 139:6,17
140:10,18

**respect**
88:6 108:21 178:9
286:9

**responds**
97:6

**response**
97:8 113:17 342:15

**responsibility**
49:3

**rest**
163:6 207:22 208:10
236:23 240:7 338:16

**restatement**
288:20

**result**
14:11 93:19,21 148:2
168:11 203:21 212:6
246:9

**results**
107:4 119:9 130:22
131:10 135:7,12 139:13
178:10,14 208:18
209:13 212:22 213:4,17

**resumed**
191:10

**retail**
264:11

**return**
70:3 84:25 85:2 105:14
135:14,25 148:19,20
149:16,17 151:11
152:24 158:7 167:11
171:20 175:7 177:6
180:6,14 186:20 193:21
194:15 204:5,20 205:17
206:10 210:5,19 212:16
216:10 219:16 285:4,10
320:15 330:19

**returns**
65:4,15 121:22 133:22
134:20 138:19 139:2,6,
18 140:10,18,23 177:3,
7,8 179:25 193:20
201:13 206:17 209:11
211:12 331:8

**revaluation**
25:15

**revalue**
46:3

**revealed**
282:9 283:13 288:25

**revelation**
284:8

**revenue**
290:4,12 292:8 294:19
296:15 297:6,20
303:17,22 304:8 305:19
309:8 311:24 312:13
313:5 314:25 315:22
318:23 319:20,25
321:3,4,10 322:7,21,23
323:4,10,16 324:24
329:22 333:7 339:3

**revenue's**
323:23,24

**revenues**
142:19 290:15,24
291:22 292:19 294:2,5,
10,12,16,25 295:3
298:19 299:22 300:22
301:7,19,25 302:5,17,
24 303:6 304:12
306:17,23 308:12,14,15
309:10,25 310:4,6,9
311:7,11,12,15 312:10,
18 316:11 321:19,20
324:7,18 325:3 326:5,7,
19,24 327:5,6,17 328:7,
18,22 329:15,16
331:12,14 333:25

**reverse**
55:3 56:19 80:18 81:2,7
82:10,15 101:13,20
109:5 118:16,17,24
120:23 153:9 170:24
171:12 174:2,17,21
176:17,18 178:9 179:21
184:7 189:21

**reversed**
280:5

**review**
13:17 87:15 90:8
124:22 144:18

**reviewing**
174:25

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i40

**right**
6:17 8:10 9:22 10:7
12:12,13,16 14:20
20:23 22:18 23:3,22
24:23 25:2,8 29:2,3
33:8 36:9 39:17,25
43:7,10 44:5,10 45:10
46:4 47:12,17 48:13
49:23 51:21,25 52:13
53:15 55:6,14 56:20,23,
24 57:4 58:10 62:21
64:3 66:9,12,13,17,25
67:2 69:20 70:8,15
71:3,13,24 76:3 77:7
81:3 84:3 86:7,11 87:15
89:3,17 91:10,21 92:8,
11,21 93:8,19 94:5,6,12
97:10 100:3 101:7
102:19 108:16 109:19
111:14,17 112:3,22
113:12,17,24 114:16,21
116:11,22 117:14,23
119:11 120:23 121:17
122:24,25 129:17
131:19,21 132:3 135:5,
21 136:5,7,12,17
140:16,20 143:19
145:11 147:23 148:7,14
149:23 151:4,11 152:8,
11,23 153:11,12,14
155:5,7,9 156:15
157:11,14,16 159:19
164:21 167:3,9,22,23
168:5,12 170:11,23
171:21 172:3 173:3,11
175:5,8 177:4 178:19
180:15,23 181:15
182:9,17 184:4,11
186:12,14 187:24
188:21 191:24 192:10,
14,20,24 194:21 195:8
198:25 201:3,14,16
203:3,12,18,22 204:8
205:5 206:18 207:2,11,
18 208:11 209:15
210:14,25 211:2,8
212:8 213:13 215:12
216:21 223:22 224:9,13
226:12,14,21 227:11,16
228:7 229:5,6,16,18,25
231:6 234:8 236:9
238:7,22 240:23 241:19
246:6 247:3 253:23
254:11,13,14,25 257:16
258:5 259:15 260:5

261:17 262:6,18 263:3
264:5 265:16 266:19
268:11 269:6,17,18
270:2,10 271:15,24
272:6,19 274:24 277:8,
13 283:7 284:13 286:4,
11,18 287:2 288:9
298:6,10,15 299:4,10,
25 300:10,12 301:22
302:14,16 303:5 308:15
309:4 310:6,20 313:22
316:8 318:4 319:13
320:15 321:20,24 322:4
324:19 326:5 329:25
330:3 334:6 336:11
338:7 343:15,18

**risk**
41:24 49:9 124:15
285:7,13 292:15,17
294:19 303:3 309:4,15
323:19,20 324:17,18,20

**risky**
43:2 284:10

**Robert**
3:7

**roll**
99:16

**room**
202:18

**Rosen**
3:23 12:12,14,20 13:10,
22 14:3,8,11,23 335:4,
13,18

**roughly**
91:23 277:11

**round-trip**
300:23 301:5,20 303:24
304:11,16 305:18

**rounding**
194:15

**routinely**
106:17

**row**
86:16 207:18

**rule**
68:5 230:7,25 232:6,8
275:23

**ruled**
145:23

**rules**
5:6 127:5 283:25

**run**
78:8,16,24 79:12 86:13
97:18 119:24 120:15,17
152:17,18 192:22
193:13 204:22 209:2,6
218:6 219:10 222:7

**running**
47:23 79:16 190:10
208:16 340:14

**ruse**
328:12

**Ryan**
176:25 177:5

**résumé**
7:15,21 11:14 47:11
187:9

___

**S**

**S&p**
66:11 67:16,17,18

**S-3**
37:18 104:24

**safe**
5:5

**sake**
257:10

**sale**
232:23

**sales**
72:22 232:13 244:13
287:22 294:20 305:17

**sample**
57:24 76:23 77:17 78:8,
12,15,24 79:11 80:13
101:11 102:8 126:25
127:3,7,10 128:4,6,12
134:4,6,11 144:20
176:13 217:12,22,23
219:20

**samples**
127:10 133:22

**sanity**
198:16 281:12

**satisfy**

104:22 246:13

**satisfying**
100:24 105:2

**saw**
185:21 343:20,21

**saying**
32:21 36:25 44:5 64:22,
24 94:9,16 95:5 96:21
103:18 112:25 113:15
114:13 158:9 165:6
176:17 192:13 201:21
221:18 226:2 228:9
264:7 283:18,22 300:3
308:13 310:7,17 311:12
320:11 323:22

**says**
26:9 31:19 84:25 96:22
120:20 130:9 133:18
160:9 165:7 183:2
189:12 205:13 225:20
227:7 238:18 243:6,21
296:14 298:15,17,22,25
299:5,8 300:14,19
301:24 310:5 315:21
318:16 319:19 324:7
336:13

**scale**
31:25 227:10 230:8,10
276:25 281:18

**scam**
328:5

**scarce**
341:25

**scenario**
141:21 231:7 302:15

**scenarios**
181:19

**scholarly**
146:22 181:6

**scholars**
80:20 177:15 183:17

**school**
7:2 47:12,13

**Schwert**
26:5 188:10

**Schwert's**
72:2

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i41

**Science**
7:23 8:19

**scientific**
185:22 296:9

**search**
220:13 223:2 252:6

**SEC**
11:3 155:4 283:25

**second**
18:17 48:21 84:6,9
148:6 149:21 150:25
151:15 152:3 168:25
296:25 336:13

**secondary**
93:8 107:22 127:18

**secret**
46:6

**Section**
11:19

**securities**
3:17 9:19 10:3 11:5
12:21 25:16 26:10
106:14 145:15 217:13
218:5 219:11 260:3
274:13,14 275:5 280:19
284:11 315:18 335:5
339:22,23 340:9

**security**
23:6 25:24 31:19 35:19
36:17 38:3,8,11 46:25
49:10 56:4 96:18 120:9
147:2 179:16 180:16
193:17 230:12 231:10
236:19 276:3

**see**
28:2 29:15 37:5,19
39:17 73:16,17 75:13,
21 98:19 99:4,9 107:15
109:6 120:25 121:12
130:5 133:25 145:17
147:5,15 148:18 151:12
152:14 168:16 183:15,
17 185:4 186:19 189:24
197:9 198:17 208:17
211:9 226:24 227:13
239:4 242:25 243:12
267:9 273:17 280:21
288:7 296:20,24 297:12
315:7,9 316:5,6,20
320:2 334:17 335:16

336:17 339:21,25
340:17

**seeing**
212:24 226:25 317:17

**seen**
161:6 187:8 227:6
335:21

**sees**
154:20

**segment**
229:24

**Select**
229:13

**selected**
184:9,24

**sell**
50:3 106:10,16 295:19
316:3 318:19 341:15

**seller**
261:17,21 262:16

**selling**
72:24 156:7 232:10
343:11

**semi-strong**
37:25 38:7,19,20,21,23
44:18 195:14,17 214:7
215:2

**semiconductor**
165:18,21,25 166:18
315:24 318:17

**senior**
47:21 284:16,17 326:3

**sensational**
296:21

**sense**
14:9,22 32:19 45:4,15
46:10,11 73:22 89:9
98:20 99:10 116:4
121:2 125:24 151:24
152:15 153:4 204:17
207:12 210:21 234:16
275:16 276:10,11 277:4

**sensitive**
284:18

**sensitivity**
206:15 207:16 208:16
209:22 211:13 253:22

**sentence**
133:16,18 201:22 243:5
296:25 297:14,17
299:7,9 300:11,14
319:19 336:12

**separate**
18:19,20 332:8,9

**September**
20:5 57:2 91:20 114:25
129:24 130:10 196:12
201:10 202:3,24 203:7,
11,13,20 204:14 207:20
208:8,9 209:3 211:12
217:7 220:14

**serial**
205:15

**series**
17:22 210:16 252:11
267:14

**serious**
317:5

**served**
19:3

**serves**
126:15

**set**
41:21 78:2 87:13 90:21,
23 107:22 118:15
126:25 153:13 170:10
177:20

**sets**
91:25 93:10 141:6
148:9,11 170:2 200:24

**settle**
59:15

**settlements**
338:2

**seven**
31:2,7 36:4 60:8
117:10,15,20 118:12
120:15 220:2 233:21
259:12,19

**severe**
301:24 302:25 305:21,
22

**sham**
302:12 311:14,15

**share**
41:22 153:21 257:22,23
275:21 341:15,21

**shares**
34:21 103:13 146:21
153:21 189:3 224:8
227:3 232:6,15,16
233:7,13 237:9,23
239:17 240:12 255:17,
22 258:25 273:22
280:4,12 281:15 302:8
315:24 318:16,24
341:23

**shell**
297:10,25 298:3,4,9,13,
23 299:3,14,22,24
300:9,18 338:15

**shenanigans**
315:2 323:18

**shipped**
301:21

**shoot**
248:8

**Shoot-from-the-hip**
279:12

**short**
34:15,17,22 35:12,24
36:25 54:12 57:19
61:23 98:21 124:22
125:19 162:21 231:4
232:5,9,13,16,20,23
261:16,21,24 262:16
310:18 338:5 339:18
341:3,19,21,24

**shorten**
204:13

**shortened**
203:20 209:25

**shortening**
206:13 207:14 211:22,
24 216:13

**shorter**
40:19 57:18 97:19

**shorting**
233:13 341:4,13

**shouldn't**
64:7 165:4 184:15

**show**

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i42

94:2 95:11,13,14 96:11
97:14 222:23,24 235:13
236:23 254:4 305:5

**showing**
63:13 305:6

**shows**
134:18

**side**
89:5 125:12 216:7
259:14,20,24 313:19

**sides**
17:23

**sign**
279:2

**significance**
86:15 93:14 115:6,8,17,
23,25 186:19 216:7

**significant**
34:5 40:11,22 41:8 42:7
58:13 69:8 70:3,7 83:18
84:9 86:18,21 87:4
91:8,16 92:7,19 93:3,
18,24 94:8 95:3 96:10
101:8 102:20 103:6,20
105:13,17,23 109:18
110:5,17 113:4,6
114:15,20 115:3 117:8
119:4,8,10,19 120:22,
24 122:2 128:16,18
134:19 135:15,18,25
136:15 148:19,20,23,24
149:4,7,13,22 157:20,
23 171:21 172:12
173:15 174:6 175:11,16
177:3 179:12,25 180:6,
14,19,24 181:8 182:11
183:19 184:10,18
193:13 196:4,14 197:13
198:20 200:25 201:5,
11,15,20,22,23,24
202:6,23 204:11 205:23
206:25 210:22 212:4,6,
19 273:15,20 314:22
330:18 331:7

**significantly**
58:15 285:11 297:7,20
298:20 303:18 304:9

**silly**
98:5 255:25

**similar**

187:20 235:5 243:5
312:4,5,6,15,18 313:12,
18,20 314:2 317:23
319:21,22

**Simon**
7:2

**simple**
42:3 121:20 149:25
212:9 246:11 285:8
313:17

**simply**
31:6 108:20 110:13
150:25 159:5,24 212:5
237:3 256:18 279:16
345:3,5

**single**
40:22 60:24 72:9 89:17
132:5 178:20 226:2
236:17 254:10 267:16,
23 333:13

**single-day**
182:22

**single-firm**
74:6

**sinking**
316:2 318:18

**Sinks**
315:22

**sitting**
28:17 140:4,7 164:11,
18 243:24 244:3 270:5

**situated**
187:3 188:6

**situation**
118:9

**six**
15:14 45:25 120:15
242:19 319:7 321:17
322:13,15 340:5,20

**Sixth**
3:8

**size**
76:23 77:17 78:8,12,15,
24 79:11 80:13 127:3,7,
10 128:12 134:6
217:12,22,23 219:20

**skepticism**

125:22

**skew**
135:7

**skewed**
135:11

**sliding**
31:25 227:10 276:25
281:18

**slight**
205:25

**slightly**
294:21

**sloppy**
294:23

**small**
67:8 101:11 102:8
127:3 176:12 193:10,11
205:8 275:6,15 277:19

**Small-cap**
66:11

**small-caps**
260:8

**smaller**
230:22

**smattering**
6:11

**Smith**
6:10

**Smyth**
74:25

**so-called**
112:16 263:2

**Social**
7:23 8:19

**softer**
233:10

**Solar**
227:25 234:20

**sold**
317:16

**solely**
10:20 104:15

**solutions**
315:25 318:17

**somebody**
51:8 126:7 187:4 188:7
262:4 305:3

**Somebody's**
319:9

**someplace**
176:11 229:22

**soon**
337:19,21

**sophisticated**
233:12 299:16 317:11

**sorry**
8:10 33:13,16 38:19
76:16 78:14,19 81:3
91:14 102:2 111:16
112:4 128:5 131:4
136:11 159:9,12 161:20
163:17 165:12 171:16
180:2 189:18 201:17
210:8 216:18 228:10
249:25 254:3 265:20,21
268:22 271:22 276:17
298:3 307:2 319:22
345:13

**sort**
20:14 71:16 80:3
110:25 177:11 192:19
208:17 227:21 233:20
336:6,9 345:20

**sound**
14:20 23:22 28:25
56:23 66:17 67:2
265:16 266:19

**sounds**
23:23 143:15 175:20
265:22

**source**
269:15,21 315:17

**sourced**
314:21

**sources**
46:23 47:4,6 118:3
220:20 242:15 269:24
270:14 284:7 292:7

**sourcing**
344:20

**speaking**
3:7 18:16 51:17 91:24
277:11 278:9

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i43

**speaks**
245:22

**specific**
89:7,23 109:24 146:19
167:19 186:8,18 187:23
200:13 205:24 283:6
286:10,15 287:12
344:17,19

**specifically**
10:20 60:14 104:14
106:2 111:15 125:10,16
139:22 140:3 144:17
186:10 199:9 236:4
250:7

**specificity**
345:6

**specifics**
345:6

**speculate**
181:24 291:15 326:8,
11,25

**speculating**
322:22 323:9 326:23

**speculation**
290:5 291:13 301:11
327:4 329:14

**speech**
329:2

**speed**
55:2 56:19 82:10 83:8
85:3 102:2 132:11
145:8 146:14 149:9
153:10 166:20,21 167:6
168:21

**spend**
20:9 26:25 27:6 213:12
224:4

**split**
74:5

**spread**
32:8,13,23 34:12 35:24
54:12 103:12 104:24
213:10,18 226:7 230:3,
23 231:14,20 270:18
271:4 272:11,19,22
273:2,13 274:20 275:7,
14 277:2,6,12,17,18,19,
25 278:3,9,11,17
340:22

**spreads**
271:15,20 272:5 274:12

**spreadsheet**
140:8

**spreadsheets**
137:10

**spy**
338:23

**Square**
3:12

**St**
87:15 90:8 111:22
124:22

**stage**
11:7

**stake**
343:14

**stale**
109:13

**stand**
343:12

**standard**
56:5 277:10

**standpoint**
134:24

**start**
27:10,17 63:7 64:8,13,
20,21,23 75:13,14
86:25 130:24 178:2
189:12 203:10 220:7,15
237:24 239:8 304:5
308:2

**started**
56:25 57:4 60:20 64:14
274:16 288:25 292:24

**starting**
247:3,6 281:20

**starts**
65:18 171:12 319:18

**stated**
309:10

**statement**
145:13 310:5

**statements**
257:21 288:6,13 298:21
300:19

**states**
3:17 43:15,17 44:7
338:14

**statistical**
55:13 56:15 65:13
82:12 83:4 86:15 90:13
93:13 123:13 124:9,14
129:16 134:23 139:9,10
140:22 195:3

**statistically**
40:11,22 41:8 42:7
58:13 69:8 70:3 83:17
86:17,21 87:4 92:7,19
93:3,17,24 94:8 95:3
96:10 101:8 103:6,20
105:13 109:17 110:5,17
114:15,20 115:3 117:8
119:4,8,10,19 120:24
122:2 128:16,18 135:25
136:15 171:20 172:12
174:6 175:11,16
179:12,25 180:6,14,24
181:7 182:11 183:19
184:10 193:5,13,25
196:13 201:15,23,24
202:23 204:18 206:25
330:18 331:7

**statistics**
30:3,10,16 31:3,7 86:13
151:11 177:22 221:22

**stay**
118:25

**step**
97:13,21,23 212:22
213:23 307:7

**step-by-step**
91:2

**Stern**
3:22 14:13,25 15:10
16:20 17:4,8 18:9
33:11,14 39:22 50:24
61:17 67:20 95:10
171:3,14,16 180:7
190:12 202:18 228:6
245:21 248:5 271:22
282:14,19,25 291:23
295:10 296:6 301:10
303:25 305:5 307:2,6,
11 326:9 327:8,12
330:7,12 331:18 332:5,
25 346:17,18 347:4

**Stifel**
156:2 159:14,25 160:20
161:13

**Stifel's**
159:4

**stock**
12:22 13:2,13 20:25
21:7 22:17 23:2,7,8,25
24:3,16 26:15 32:7,8,12
35:16 37:14 38:22,24
39:16,17 40:10,14,21,
25 41:7,24 42:6,12,21,
25 43:4,13,19,20,23
44:6,16,19 45:3 46:7
47:4,5,18 48:11,12
50:16,17 53:6,12 58:13
59:17 61:8,11,16 63:13
64:16 65:4,15 66:3
67:10 69:8,16 70:13,23
71:17 72:16 75:23
82:25 85:23 86:10 92:6,
20 94:2,9,17 95:5 96:12
97:6,14 98:13 100:9
109:17 110:10,16
113:9,16 116:10,16
117:7,19,21 118:9,13
119:7,14,15,16 120:8
121:25 122:3,10 133:22
141:19 142:23 143:9
145:2,5 147:2,6,16
148:7,12,16 154:17,21,
24 155:17 163:21,25
164:9,21 166:15 167:2,
14 168:2 169:12,14
170:2 171:19 172:25
177:3 178:11,24 179:4,
23 180:3,11 181:2,20
182:3,6,15,22 183:7
184:14 186:17 192:12,
22 197:17 198:24 202:3
205:19,21 213:8,24
214:5,13,19,24 216:11
219:18 220:17 224:16,
18 230:11 231:5,6,8,10,
19 233:15 237:2 247:11
250:16 251:4 256:4
263:18,22,23 264:4,8
265:5,7 272:15 273:17
274:4 275:12,18 276:5,
14,15,25 277:11,19,22
278:18 280:9,15 281:25
282:8,12 283:16 284:9
285:11,14 292:15,17,20
296:13 301:23 302:13,

**20** 303:4 304:17,18
305:20,21 306:3 308:19
309:5,13,15 310:10,18
313:9 316:3 317:5,16,
22 318:6,7,19 322:5
323:19 324:16 325:13
330:19 331:7,15,17,22
332:3,17,21,22 333:7
337:3,23 338:3,4,10
339:6 341:4,14 342:2,5,
11 343:13 344:2

**stock's**
58:24 227:2

**stock-like**
252:12

**stocks**
123:3 163:22 165:25
183:14 221:14 222:8,
16,20 230:21,22 233:25
235:5,22 239:15 251:12
252:4,12 261:24 262:3
265:13,18,25 266:16
267:3,18 270:12 271:13
272:3,9 273:24,25
274:7,9,10 275:5,6
277:5 278:13,20,23
279:5 285:2

**stones**
48:24

**stop**
36:25 62:21 132:7
213:15

**stopped**
348:8

**stories**
35:3 102:19

**story**
29:6,21 50:2 105:10
110:21 161:21

**strategies**
199:22 200:16 202:14,
15

**strategy**
196:2,9,23 197:10,23
198:2,8,12,23 199:6,15
200:20,24 202:10 205:3
210:14,18 211:17,25
212:18,21,25 213:21
215:21

**strike**
74:10 131:15

**strong**
100:7 165:8,19 281:16
290:18 295:19 311:10,
16 316:3 318:19

**strong-form**
213:25

**structure**
20:16 311:2

**studied**
158:3

**studies**
9:19 73:6,14,16,25
74:13,19 76:22 89:16
177:7 187:16 188:12

**study**
27:19 55:3,7,15 56:19
70:10,20 71:6,9 72:10
73:12,20 74:6 75:17,20
76:7,8,15,20,21 77:3,5,
13 78:4,5,9,25 79:3,6,
12 80:16,18 81:2,7,8,9,
11 82:11,16,18,21 83:3,
10 85:19 89:18 90:4
101:14,20 109:6
118:17,18,24 120:23
144:20 153:9 170:24
171:12 174:2,17,21
176:18 178:9 179:21
184:7 189:8,21 274:12

**studying**
108:9

**stuff**
27:2 90:12 338:17

**style**
76:18 78:6 79:5,21

**subdividing**
257:7

**subject**
15:23 128:11

**Subjectively**
273:9,10

**submitted**
20:22 75:9 82:3 242:11

**subscribed**
348:15

**subsection**
82:17

**substantial**
59:10 106:11 275:20
314:20

**subtract**
192:21

**success**
182:16 264:10

**successful**
87:22 155:21 206:20

**successfully**
16:13,19,22

**successive**
86:21 208:14

**sufficient**
78:7,12,15,23 79:11
97:13,17 103:9,15
132:3,6 178:15 217:12,
20 218:22 219:9,20,22
224:22 236:19

**suggest**
44:15 121:15

**suggested**
91:3

**suggesting**
226:10

**suit**
286:11

**summarize**
297:15

**summary**
220:9

**Sunshine**
251:18 268:17

**Supermedia**
251:22,23

**supplement**
22:14

**supplemented**
104:18

**support**
17:19 89:10 132:12
133:4 143:25 144:11,14
146:15 177:13,18
178:10 179:16 246:18,

**23** 263:23 264:15,16
270:17

**supported**
310:22,24

**supporting**
176:18

**supports**
210:9 279:15 281:7
320:23

**suppose**
179:7

**Supreme**
26:8 31:18 98:24 204:2

**sure**
8:14 14:7,15 15:25
16:21 18:3,17 20:12
27:4 48:25 56:5 60:9
76:6,25 81:13,15 95:13
99:20,21 101:6 103:16
112:23 115:10,25
124:11 129:23 132:15
133:12 136:3,6 139:11
147:14 154:19 161:15
166:24 173:8 179:15
185:9 191:21 194:4
201:20 207:11 214:10
218:24 219:7 220:10
221:20 223:15,24 237:8
238:18 244:2 252:9
259:18 264:12,13
276:12 284:2,3 286:19,
21 287:2 301:13 303:13
305:11 307:13 319:16
343:15 346:11

**surprise**
42:24 75:22

**surprises**
75:18 80:12 141:13

**surprising**
40:12,24 42:11 119:7
121:25

**swear**
4:9

**switched**
266:8

**switching**
266:11,12,13 270:15

**sworn**
4:13 191:11 348:15

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i45

**systematic**
  197:2,16 198:13 200:20

---

          **T**

---

**t-statistic**
  185:13,18

**t-stats**
  153:11

**Tabak**
  87:14,18,25 88:12,15
  124:20 126:11 249:9

**Tabak/dunbar**
  78:2

**Table**
  75:13 82:6

**Taffler**
  177:2,5

**tainted**
  96:25

**take**
  3:13 10:17 13:5 14:21
  31:9 51:11 67:15 68:16
  84:24 99:22 100:19
  104:20 105:7 115:15,
  17,19 123:16 125:21
  134:9 135:17 136:4
  141:16 150:10,16
  152:22,25 169:11
  175:12 183:3 193:25
  196:11,12,16 198:6
  204:10 206:7,22 207:5
  213:20 234:9 238:14
  241:2 251:24 258:19
  262:12 272:24 302:4
  307:8 311:22,23 319:10
  322:16 334:17 339:13
  342:11

**taken**
  20:17 84:13,14 165:5
  166:13 190:18 258:5

**takeover**
  58:20

**takes**
  48:19 59:14 145:24
  146:24

**talk**
  11:4 31:3 51:22 98:24
  121:16,17 129:22

**131**:14,16 132:19 146:2
  152:6 185:9 194:25
  199:8 236:3,5 261:13
  264:22 299:12 303:23
  320:10 323:24,25

**talked**
  39:21 82:13,15 131:24
  147:4,21 158:13 183:9
  191:16 209:8 254:2
  270:21 275:11 314:10
  324:2

**talking**
  14:7 38:23 42:20 46:9
  48:20 50:21 78:18
  88:21 101:9 138:24
  139:2 150:23 185:11
  259:25 260:4 266:3,6,7,
  22 274:9 318:8

**talks**
  145:20 186:4 270:20

**tallied**
  15:3

**tape**
  68:19 69:2 123:19
  124:2 171:4,6 190:10,
  14 191:5 261:2,9
  307:15,22 348:4

**target**
  110:9 142:21 143:6
  150:2,18 156:2,10
  157:2 159:3 160:5,12,
  19,25 161:3,9 162:10,
  12,23,25 163:6,10,14

**targets**
  106:22 161:7 187:17

**taught**
  7:17

**technique**
  56:5 90:7

**Technologies**
  235:6

**Technology**
  3:16 295:19 297:5
  303:16 304:7 315:25
  318:18 335:6 336:15

**tell**
  14:18 58:10 88:16
  140:5,16 186:21,25
  200:18 203:9 224:3

**229**:7 233:20 240:20
  244:4 250:24 251:6
  271:19 312:19 313:3
  322:5 331:25 340:16
  341:11 346:11

**telling**
  122:6 219:25

**tells**
  182:21

**ten**
  57:5 58:7,16 59:18,23
  60:5,8,12 61:5,9,19,22
  62:3,6,10,24 64:15,17
  65:18,25 66:4 175:7,17
  252:18 257:22,23

**ten-day**
  60:11 61:15

**Tens**
  15:7

**tenth**
  231:17

**term**
  141:13 160:2 162:17
  220:13 286:13

**terms**
  13:13 31:10 147:13
  224:7 233:23 254:3,4
  278:10 284:25 314:13
  323:16 336:2 344:19

**terribly**
  36:10,11

**test**
  31:6 51:23 54:24 55:2,
  4,5,14 56:19 73:18,19
  77:19 79:16,19,21,24
  80:2,4 82:12 84:16,22
  85:3,12 86:14,23 87:4,
  7,13 89:8,12 90:9,10,
  14,17 93:19,20 94:13,
  14,15,23 95:4 96:15,16,
  23 97:5,12,18,25 98:8,
  11,18,20 99:8,23 100:9,
  12,13,16,19,20,25
  101:9,10,12,24 102:6,
  11 104:21 106:5,6
  109:2,4,11 111:15
  112:24 114:3 115:11,
  17,19,21,22 116:7,14
  117:22,23 118:14,15,
  18,19,20,23 119:13,21,

**23** 120:9,14,15,25
  121:4,7,15,16 122:3,8,
  11,14,15 123:5,8,9,11,
  13 124:7,9,12,14,18,19
  125:3,5,8 126:2,4,22
  128:24 129:8,10,16,19,
  24 131:18,23 132:2,5,9,
  12,13 133:4,5 134:13
  135:8 136:19,20 138:4,
  5,10,11,18,25 139:5,8,
  12,14 140:15 141:6,8
  142:9 143:13,17,18
  144:2,6,12,14,15,25
  145:3,9 146:14,17,19,
  23 147:5,14,21,25
  151:2,9 152:9,13,14
  153:10 166:20 168:15
  169:17,25 170:6,8,10,
  14 176:19 177:14,20,23
  178:20,25 179:5 181:22
  182:17,19,21 183:9
  195:2,3,17,19 197:18
  198:16,24 202:5 205:5
  206:15 207:10 208:6
  209:5,8,14 210:3,6,7,8,
  13 211:15,23,24 212:23
  217:12 222:7 225:15
  234:12 246:16 250:18
  268:16 270:19 277:9
  281:13

**tested**
  115:15

**testified**
  4:14 9:25 11:4 14:19
  53:9,12 191:12 243:18
  341:6

**testify**
  5:23 6:4,7 159:6,13

**testifying**
  5:20 18:5,8 87:23
  125:23

**testimony**
  10:9 15:22 134:10
  188:2 199:19 304:16

**testing**
  72:11 101:7 144:19

**tests**
  28:12 30:3 37:24 42:19
  51:23 52:3,6 53:22,23
  54:5,8,16,18,23 70:13,
  23 73:10 74:2,11,18
  77:20,23 79:22 80:8,9,

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                i46

15 81:14 82:7 89:3
94:23 97:24 98:2,3,18
99:8,10,11,16 100:5
101:3,4,22 102:5,7
103:11,12,19,23 104:3,
16,25 105:25 107:12
110:3 115:9 116:12
117:4 118:22 119:25
120:5,6,16,17 123:4,9
124:13 131:25 138:2,8
139:16 140:12,17,21,22
144:13 145:5 176:21
177:12 179:18 201:3
203:3,7,16 220:7
259:13

**text**
161:25 223:10 318:14

**Than'**
91:12

**Thank**
250:14

**Thanks**
4:6 347:7

**theory**
52:11

**Therapeutics**
190:5,7

**there's**
7:20 10:11 14:3,4,5
15:25 25:4 26:2 34:18
42:14,24 43:2,12 45:11
49:22 51:3,6,15 52:3,24
58:9,17,22 59:9 60:3
62:14 64:9,10 69:18
71:3 80:17 86:5,16,19,
20 87:4 89:14 96:16
98:19 99:9 100:11,12
101:2 102:7,11,20,22
104:7,9,10 107:7
109:22 110:13 111:4,13
113:2 120:20 126:6
134:18 144:10,21
149:21 151:3,18 152:4,
10,14 158:25 165:16
170:16 173:3 178:5
183:24 186:14 188:22
189:11 190:5 195:6
196:4,8 197:8 200:20
205:15 207:17 208:10,
17 212:11,24 213:5,6,
10,21 216:3,9 223:4,6,
19 225:9 227:15,16

228:3,7,15,18,19,22
229:9 230:5,8,13,20
231:15 232:11 233:17
234:24 237:11 248:8
251:6 253:6 254:12
256:2 257:16 258:13
261:24 262:15 267:13
272:10 275:23 278:22
279:24 280:2 284:24
292:24 299:15 300:4,16
302:10,21 306:19
308:16 310:3,4,7,13,16
318:21 322:18 324:5
334:3,5 340:10 342:22
343:23 344:9

**thesis**
296:5 297:16

**they'd**
41:22

**they'll**
342:16

**they're**
11:14 18:20 32:3 36:6,
19,25 37:20,21 41:3
48:22 50:11 72:24 74:3
88:20 106:11,12 115:14
120:23 131:5,6,7
144:19 162:25 176:22
177:17 206:20 208:23,
24 222:2,3 226:16
233:11,14 234:18,22,25
235:2,9,10,13,14,15,19,
21 236:22 240:25
244:21 260:16,18,21
262:5,8,13 269:23
270:13 274:17 291:5,14
297:18 310:21 311:12
317:12 326:23 341:25
343:13,17

**they've**
19:6 88:16 164:25
221:25 298:10 343:15

**thing**
26:24 27:3,7,8,9,15,17
62:4 85:18 103:19
138:25 157:24 158:21
164:16 173:23 192:17
213:13 220:23 239:16
304:24 320:12 324:11
326:13 346:10,12

**things**
19:4,6 24:24 26:7 32:4

35:9 37:3,4,11 39:19
43:12 49:7 50:2,12
54:10,13 58:3 61:3
118:18 132:11 187:18
207:3,10 208:7 224:11,
19 225:8 226:17 229:9
236:25 239:22 247:18
290:3,11 291:5,12
292:9,16 305:11 308:23
321:3 324:4 335:24
337:9 338:14

**think**
6:6 10:11,24 11:10,22
12:13 13:6,19,22 15:16
17:9,13 19:2 20:10 24:9
25:18 26:17,19 27:23
28:16 29:3 30:17 31:25
32:11,20 34:4,13 35:17
39:8 41:5 43:9 44:4
45:5,7 46:12 51:20
52:18 53:2,9,10,15
54:5,21 56:20,24 57:14
59:20 60:19 62:4 66:13
67:7 70:8,15,25 71:12
73:15,21 77:11,24 78:3,
20 79:18,23 80:18
82:13,20 83:9 89:8
90:11,12 91:18 94:5,12
96:14,25 97:22,23
98:25 99:19,23 100:5,6,
15 101:4 103:25 105:5
108:6 109:24 111:9,24,
25 121:19 125:10,14,15
126:6,10,14 128:20
131:18 132:4 133:2
135:14,16,18 138:2
139:20 140:21 142:5
143:13,21 145:23
146:19 147:20 150:23
151:25 153:7,8 154:3
160:11,13 162:9 164:22
171:8,13 174:8,12,15,
19,20 175:4,6,9,17
176:14 178:5,13,18
179:8,9,20 181:16
183:20 184:3 185:10
188:2 189:15 190:3
192:11 195:9,23
202:16,17 203:6,9,10,
12 208:12,13 210:18
215:14 216:13 217:15,
20,24,25 218:8,10,13,
17 220:9,18,21,23
221:17 222:2,3 223:9,
12 226:10,22 227:21

228:3,6,8,10,13,15,17,
18,21 229:9,13,15,20,
22 230:5,13,15,17,24
233:17 234:22 235:7
237:6,15 239:14,18
240:10 241:2 243:18,24
244:7,8,9,22 245:11,13
246:15,17,18,25 248:3
249:3,8,16,23 251:10
252:21,23 253:4,5
254:17 255:10 257:5
258:13 261:19 263:12,
13 268:20 271:10,23
273:21 276:7 278:3
279:2,6,24 280:22
281:12,16,17 283:19
285:17 286:21,24
288:17,23 289:10,25
290:3,10 291:18 292:14
295:8,12 296:17
308:13,14 310:12
311:5,25 312:4,5,9,10,
21 313:25 314:11 315:4
316:16,19,23 317:8,15,
19,24 319:4 321:11,12
324:7,20,25 328:14,22
330:17 332:12,20
333:21 334:4 337:4
339:6 340:15 341:9,10,
11 342:13,15,22 343:4
345:2,19,22,23 346:4,
13 347:6

**thinking**
285:15 294:4

**thinks**
247:5

**third**
85:17

**third-party**
309:4,14

**thought**
13:16 91:3 136:2
161:18 172:22 266:6
293:25 326:12,13 329:9
343:22

**thousands**
15:5,6,7 25:22 285:2

**three**
30:23 113:5 114:14
125:15 134:9,10,22
135:5,13,24 136:14
138:25 141:3 148:21,

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i47

22,25 163:25 181:4,12,
13 206:24 218:23
219:9,18,22 229:15,18
257:2,3,4 262:25 263:5,
10 272:8

**Three-and-a-half**
79:8

**three-month**
218:13 219:13

**three-quarters**
182:5 183:2

**threshold**
34:6 54:4,8,16 97:13,
21,23 100:17 184:6
226:23 227:16,22
228:2,3,7,9,14,16,22
229:9,12,17,25 230:4,6,
14 231:16 233:17
236:8,11,14,21 237:4,7
245:14 251:2 256:21
276:6 278:7

**thresholds**
244:18

**throat**
190:4 280:11

**thumb**
68:5 127:5 230:7,25
232:7,8

**tidbits**
49:25

**tidying**
257:12

**tied**
153:9

**time**
3:10 22:24 25:25 26:6
27:2,6 30:19 40:11,23
41:9,14,17,21 42:9,23
48:19 53:11 58:23,25
59:14 61:23 65:2,9 67:6
68:16,20 69:4 87:19
89:21 102:8 108:8
121:11 123:20 124:4
125:14 126:15 131:7
139:10 140:19 149:16
150:10 153:22 167:8
171:2 173:25 183:3
187:6,14 190:15 191:3,
7 197:14 198:21,23
199:7,16 201:2 202:11

204:14 205:8,21,24
206:5,6 209:15,19
210:20 211:7,21
216:17,19 218:20
219:9,14 224:5 234:10
247:12 249:15 252:22
257:6,8 258:4 261:3,11
276:14 294:21 307:16,
24 312:25 319:10
320:13 322:16 329:2
334:19,24 337:21 338:5
342:17 345:16 346:21
347:2,7 348:6,10

**times**
3:12 5:2 27:11 41:3
93:7 113:6 114:14
158:15,22,24 161:6
205:6 225:16 227:4
236:17 288:6 289:11
306:12 331:19

**timestamp**
167:19

**title**
23:20 91:11 96:24
290:13,22 296:4,14
316:14,17,23 346:2

**titled**
294:2

**today**
3:9 5:24 28:17 140:4,7
164:18 270:22

**today's**
56:8 160:10

**told**
142:18 143:3 215:11
341:9

**tomorrow's**
195:11

**top**
11:13 12:8 33:3 63:18
91:7 137:11 138:16
144:24 163:21,22,25
164:8,20 166:15 174:14
175:7,15,17 177:6
253:19

**Topeka**
143:5

**topic**
279:13

**topics**
9:20 266:11,12,13
270:16

**Torchio**
17:20 249:8

**total**
15:17 27:23 156:14
161:4 163:9

**totality**
37:6 53:25 54:18 99:21
100:6 145:7 178:23

**touch**
83:21

**touched**
10:21

**tough**
207:2

**tracing**
49:17

**track**
14:17 15:24 323:13

**trade**
40:8 59:11 110:23
160:14 231:18 278:24
280:8 316:21 317:24

**traded**
53:6 87:9 96:18 97:14
98:10 200:8 222:13
225:19 244:13 255:23
259:2 261:21 275:5,21
316:25

**trader**
188:25 211:25

**traders**
242:22 243:17 244:17,
20 245:4 248:17,25
251:14 263:20

**trades**
44:19 72:22 167:17
227:5 243:9,10 252:24
275:13 318:6

**trading**
12:22 13:2,6,14 22:20
25:23 32:14 33:24
34:13 35:7 38:13 40:8,
25 42:12 43:6,13,18,23
44:6,16 47:5 48:11,12
50:16,17 55:4,17,22

56:11 57:3,6 58:8,24
59:7,17,20 60:13 61:5,
9,12,16 62:18 64:16,20
66:3 100:10 101:19
109:25 110:22 111:3,8
118:4 119:16 123:3
143:23 144:21 155:5
158:16,19,22,24 168:16
169:21 177:3 178:25
179:5,16,24 180:4,12,
17 181:21 182:15
183:7,14 195:16 196:2,
9,22 197:10,23 198:2,7,
12,14,22 199:6,15,22
200:19,23 202:14 204:5
205:3 210:13,14 211:17
212:15,17,21,25
213:12,21 215:4,21
217:3 223:11 224:12,
14,15,17 225:10,19
227:2,9 236:5 237:2,11,
22 239:11,15 241:19
242:20 243:7 245:9
246:21,22 247:21,25
248:3,7,14,15,22
249:21 250:16,17 251:5
252:15 253:10 254:24
255:16 256:4,7,9,14
258:3 262:18 264:15
270:21,22,23 271:2,3,5,
8 273:15,16,21 274:5,
15 277:20,22 320:19
330:19 342:10

**traditional**
73:5,8,22,23,24 78:9

**trained**
106:12

**training**
188:9

**transaction**
57:9 101:16 230:20
274:2

**transactions**
281:23 288:3 289:8
300:23 301:5,21
303:21,24 304:2,11,16
305:19 308:17 329:25
331:2

**trial**
146:12 199:19

**trick**
126:17

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i48

**tried**
166:25 221:3 283:2
324:12 326:21

**trillion**
278:22

**truck**
143:15

**true**
20:18 26:20 131:25
135:22,23 138:12 151:2
168:13 169:2 178:24
179:4 207:24,25 208:12
224:10 227:19 240:19,
21 245:16 246:10
282:13 283:17 336:16
338:9

**trump**
32:15

**trust**
246:11

**truth**
288:22,24

**truthfully**
5:23

**try**
26:13 45:5 64:11 98:19
99:9 102:9 107:14
121:11 128:17 150:11
151:22 182:2 186:15
198:17 207:2 283:8
285:18,25 286:4 302:6
312:24 329:7,10 332:8

**trying**
11:4 21:10 51:21 64:25
65:12,25 83:11,23 84:5
88:25 123:6 128:23,24
142:5 148:2,4 152:6
175:19,24 189:2 219:15
224:5 226:11 228:5
283:3 285:22 287:4,5
291:5,25 304:22 313:2
314:3 323:8 326:14
329:4 337:9 341:5

**turn**
29:25 48:24 97:2
100:19 126:17 265:12

**turned**
137:10

**turns**

204:24 268:11

**twelve**
171:23 172:8

**twice**
225:5

**two**
18:19 36:8 37:16 58:12,
15 60:9 62:2,11 84:13,
14 86:16 87:5 91:25
93:4,6,17 102:25 103:2,
5 107:12 108:14 114:24
125:15 135:14,15 136:2
148:20,22 150:17
151:19,21 152:5,22
153:18 154:14 157:14
158:24 167:3 170:17,18
175:20 183:4 197:9
206:16,24 207:18
234:13 239:18 249:7
257:2 260:7 265:25
267:2 270:11 272:8
310:13 312:15 342:11,
18 344:2,5

**two-day**
146:2 148:11 151:7

**two-minute**
307:7

**two-year-old**
200:18 204:25

**type**
76:2,14 77:13 79:12
83:9 101:6,13 113:8
123:14 124:15 144:11
169:22 267:21 285:4

**types**
72:18 73:2 113:5,7
116:2 262:20 264:15

**typical**
150:17

**typically**
58:9,15 74:2 239:7
284:11

_____

_____

U

**U.S.**
150:10 220:12 284:3
299:12

**ultimate**
193:24 194:5

**um**
63:5

**unchanged**
98:12

**uncontaminated**
193:21

**uncover**
48:23,24 49:7,19 50:12

**undercut**
109:19 110:18

**underlying**
137:24 138:5,7,11,15
139:15 140:22

**undermines**
49:8

**underpriced**
206:20

**understand**
5:6,9,19 10:25 11:2
18:5 21:11 22:15 27:5
28:3 29:8,20 32:21 44:2
56:17 88:25 103:17
129:23 172:17 175:20,
24 177:10 180:16
183:23 191:22 192:25
199:4 214:21 219:6,7
226:11 227:7,9 233:18
264:6 276:4 283:8
311:23 313:25 314:3
315:8 319:11 320:22
337:7,8 346:7

**understanding**
284:2 287:12,17
288:11,12,15,23 289:6

**understands**
310:19 337:20

**understate**
239:7

**understood**
5:15 86:22 99:4

**underwriter**
160:9 342:18

**underwriters**
48:22 49:6 60:25 262:2
263:16,18,23 264:3

265:4 292:22

**undisclosed**
107:3

**unexpected**
70:4 105:15,22

**United**
3:17 43:15,17 44:7

**universe**
252:5 278:15

**unknowable**
268:8

**unknown**
43:7

**unknowns**
43:3

**unpack**
99:5

**unrelated**
189:3

**untestable**
25:12

**unusual**
115:14 149:17 217:17
265:3 309:9

**unusually**
70:2 85:22 105:13
149:13

**upheld**
214:14

**use**
65:7,9 85:19 90:6
126:16 127:6 144:11
179:20 185:17 241:5
251:16 282:15 302:5
333:16

**useful**
208:18 235:25

**uses**
55:25

**usual**
266:11

**usually**
137:19 174:11 214:3
230:21,22 296:4 335:24
343:7

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i49

---

**V**

**vague**
16:20

**valid**
101:12 115:11

**validate**
144:24

**valuable**
106:19 121:8 188:17
221:24 341:25

**valuation**
9:20 46:25 59:6 306:15,
16,24

**value**
25:24 59:12 72:6
162:16 180:5,13 186:8
231:9,19 232:2 256:13
277:16,17 278:2,7
282:13 283:17 285:9
302:7,18 306:4,18
338:9

**value-relevant**
38:25 39:11 40:7,13,23
41:10,11,13,16 42:10
43:21 70:11,21 72:20
73:4 102:23 106:8,21,
25 107:23 108:4,7,19,
23 109:16 112:15,20
113:2,11,17 117:18,25
119:17 121:24 129:20
131:12 133:20 141:4,7
153:17 154:2,5,9,18,23
155:22,24 156:8,11,13,
21 157:2,4,17 158:12
160:2,6 162:9,17
163:15 164:3 180:13
182:4,13 183:5,20
188:13 256:3 257:17,25

**values**
37:12 231:25 232:3

**valuing**
59:5 239:16

**variables**
306:20

**variance**
106:6 135:5 136:24

**variations**

327:15

**variety**
146:7

**various**
7:16

**vast**
279:10 287:21

**verified**
150:13

**verify**
150:11

**versus**
34:4 50:17 54:24 73:18
82:14 113:7 126:21
134:20 167:12,14 208:9
242:4 340:23

**vested**
264:9

**vetting**
50:11

**victimless**
325:9

**video**
3:6

**VIDEOGRAPHER**
3:5 4:6,15 68:18,25
123:18,25 171:5 190:13
191:4 260:25 261:8
307:14,21 334:19,24
346:17,20 347:2 348:2

**videotaped**
3:14

**view**
119:14 123:2 134:3
145:19 169:13 170:4,20
178:16 202:2 204:24
233:19,23 234:4 236:8
246:13 275:8 279:14
289:23 290:24 327:3
329:13 344:13

**viewing**
166:15

**violated**
283:25 289:8 308:10

**violation**
117:5 288:4,16

**volatile**
133:23 239:16

**volatility**
40:2 58:10,17,23 64:9,
10 66:6 82:22,23 83:5
100:4 101:10 132:21
134:19 208:11,13 209:9
230:10 292:20 338:4

**volume**
33:23 35:11,23 40:8,9
54:11 55:5,9,17,22
56:11 101:19 103:12
109:25 110:3,4,20,22
111:2,3,8 143:23 144:6,
21 146:21 158:13,14,
15,17,22,24 159:2
161:10 224:7,12,15
225:6,10,19 227:2,9
236:21 237:2,9,22
239:8,12 240:12 242:21
243:7,8 244:21 245:9
246:21,22 248:14,15,16
250:16 251:5 253:10
254:24 255:16,21
256:4,9 257:13 258:5
273:22 330:19

**volumes**
177:3 236:6

**vote**
202:20

---

**W**

**walk**
66:9 74:15,20 224:6

**Wall**
315:15,16 318:9,14
319:2,23 320:5 321:15

**walls**
262:17,22,23,24

**want**
14:25 18:5 27:4 28:2
29:8,25 33:19 39:14
60:11 66:8 69:17 74:19
75:25 76:24 83:21
86:25 96:4,9 99:4
119:20 121:17 124:10
129:23 133:18 136:6
150:15 152:21 172:2
191:21 192:25 199:3
219:7 225:13,18 228:25

234:8 236:20 239:11
241:4 242:16 251:19
254:11 258:15 264:6
265:12 286:19,23
287:16,23 288:10
297:19,21 305:10
307:8,9 310:20 316:20
317:13 318:10 331:3
339:17 346:3

**wanted**
16:11 76:6 77:8 203:21
258:18 264:13 277:13
333:6

**wants**
232:15

**Warner**
17:22 188:11

**wasn't**
10:22 161:18 176:4,6
192:17 222:17 267:25
268:3,23 269:5,7
282:25 323:19 344:18

**way**
19:18 32:3 35:9 39:10
40:11,22 41:9 42:7
44:18 45:6 49:10 62:13,
14 70:7,12,22 71:17
92:7 93:11 94:15 96:17
98:15 105:17,24 109:18
110:17 113:9,15 116:8,
10 117:8 118:11,15
119:8,19 122:2 123:10
125:25 130:22 131:11
136:7 146:18,20 150:22
153:7 157:20,24 159:22
161:12 170:7 180:15
189:11 195:25 196:8
202:9 204:19 205:2
209:25 213:11,21 216:9
238:8 241:2,3,22
242:10 245:3 251:25
270:9 276:8 281:17
286:6 292:17 311:9
312:2 317:5 320:25
323:13,14 326:17,22
327:14 331:24 333:14
338:20,24 340:13,22
343:3 345:23 346:7

**ways**
89:14 120:20 189:16,19
243:19,25 244:7,25
263:23 326:21 333:11

CONFIDENTIAL
HOWARD J. MULCAHEY - 11/19/2015                    i50

334:3

**we'll**
66:8 86:22 173:7
223:24 225:4

**we're**
50:21 68:21 71:20
72:10 84:19 101:7,9
112:5,7 114:13 121:15
123:21 124:4 138:24
143:21 145:9 150:23
153:10 159:11 190:10,
16 191:7 201:6 217:6
223:4 259:25 261:4,11
266:11,12,13,22 270:15
285:20 307:17,24
334:25 346:21 347:3,6
348:6

**we've**
68:16 82:13,15 88:23
128:20 131:24 134:5
186:2 247:15 286:5

**weak**
134:25 135:3 342:14
343:22 344:8,16,25

**weak-form**
38:10,18 82:12 195:3,8
197:18 198:24 202:4
204:3 213:24 214:6,24

**website**
316:4 318:20

**week**
58:16 157:13 237:24
238:2 239:6,21,22,23
240:4,7,11 241:5
254:10,12,13,21
255:15,20,23 258:2
259:2 324:6

**weekly**
33:23 35:23 54:11
224:7,12,14 225:6,10
227:2,8 236:5,25 237:9,
22 239:8,11 240:13
242:20 243:7 245:8
248:14,15 250:16 251:4
253:9 254:24 255:16,21
257:12

**weeks**
157:14 238:20 239:10
240:16,18 253:16
254:23,25 255:19
256:11,16,23,25 258:24

262:25 263:5,10

**weighing**
118:6

**weighs**
280:17

**weight**
17:11 35:20 37:18
126:7 249:24 250:3
280:18 343:25

**well-founded**
120:13

**Wellcome**
37:9

**went**
27:3 40:10 51:10 58:14
117:19 119:7,18 122:2
155:12,17 195:22 206:2
282:13 283:16 292:16,
17 302:13 303:22
304:14 305:16,25
324:22 325:25 326:5,7
327:21 344:11

**weren't**
51:11 125:7 139:24
140:6 176:15 182:24
266:7 311:5 312:18
334:12

**Westinghouse**
237:19

**whack**
205:15

**what's**
21:16 37:2 47:23 59:7
60:2 65:19 66:18 99:16
126:14 154:8 155:23
163:13,19 187:14,16
205:3 207:19,22 210:15
228:2 264:7 273:19
279:11 282:17 287:17
291:6 294:6 315:15
324:16 336:10

**whoa**
299:19

**William**
6:10

**willing**
341:15

**window**

63:6 146:2,4 169:17

**Wire**
335:4

**Wireless**
272:8

**witness**
4:9,12 5:3 33:13,16
171:9 174:25 191:10
305:10 329:9

**won't**
74:7 268:14 272:25
307:4,5

**wonder**
83:19 204:16 309:5
311:20

**wondering**
31:8 251:7

**word**
10:17 14:21 23:19,21
29:13 175:12 238:14
272:24 282:15 331:4
346:6

**words**
44:14 180:21 221:13
280:10 282:5 332:10

**work**
17:3 18:7 31:24 58:21
71:21 79:6 126:8 139:9,
10 140:25 165:11,13
199:18,19 200:6 218:12

**worked**
188:10,15 249:7

**working**
8:3,24 23:19 281:10

**works**
134:13,15 200:11

**world**
49:21

**worse**
234:2,16 235:10,15

**worth**
160:10,12 278:22

**wouldn't**
13:8 46:22 77:22 79:2
80:6 100:20 128:10
132:2 136:20 162:14
163:9 194:18,19 225:12

226:4 227:19 228:4
259:4 299:18 312:15
317:7

**write**
33:11,14,19 39:15
84:24 107:12 177:15
268:14

**writing**
296:3

**written**
12:20

**wrong**
96:19 118:11 122:12,
15,18,22,24 130:4
186:13 203:9 259:14,
20,24 292:16 298:21
308:14 324:19 338:7
340:16 345:9,10 346:4

**wrote**
33:17 88:7 124:21
125:7,18,23 286:20
315:10 319:21,23

---

Y

**yawn**
312:11

**yawns**
324:8

**yeah**
17:12 26:17 27:2 57:14
67:15 68:3 71:13 72:18
73:21 76:20 77:15 88:8
94:20 95:14 100:18
114:7 143:16 154:3
166:16 181:16,18 187:5
188:16 218:4 220:25
222:18 230:17 231:3
268:3 276:12 277:3
279:21 286:12,24
293:12 295:13 300:2
307:11 322:3 325:14
332:7 344:17

**year**
20:6,7 64:21,22 107:5
164:23 165:19,24 182:6
257:19,22,24

**years**
10:22 11:25 12:2 25:10
51:7 64:20 71:7 125:15,

16 252:18 281:9

**yes/no**
313:16

**yesterday's**
56:8 195:13

**York**
3:3,8,13 247:10

**you'd**
115:7

**you'll**
75:20 244:3

**you're**
5:19 6:2 8:10 9:7 16:21
18:3,18 20:19 21:3,24
22:6 23:5,12,15,18
24:24 34:9 35:7 36:14
42:20 44:4 47:8 56:12
65:12 70:25 77:9 81:3
83:10,13,22 84:2,3,4,7
103:18 111:18 112:4
122:7 123:6 125:17
139:2 142:5 147:4,14
148:4,11 150:24 157:24
167:16 179:13 185:11
192:13 200:4 201:21
202:13 213:3,11 218:23
219:15,25 220:3,4,19
221:10,13 223:20
227:17 228:9 229:3
239:2 244:17 251:8,25
256:13 260:9 266:3
267:22 271:16 276:3
277:22 283:18 285:19
286:13 287:5,24 289:11
306:7 313:15 315:14

**you've**
4:25 7:16 9:3,25 11:6
12:20,21,25 13:21
14:10,18 17:17 18:4
19:8,20 27:7 53:11
58:2,20 74:8 89:2
131:24 143:10 149:22
172:7 175:21 187:8
194:20 217:17 219:14,
19 227:25 236:16
238:19 240:16,17 250:9
254:2 255:4 289:10
299:22 327:14

---

### Z

**z-stat**
112:3

**z-test**
126:18,19 127:2,8
209:8

**zero**
41:4 181:14,18 183:8
232:10,18 233:4
302:13,14,18

**zeros**
193:9