SETH ARONSON (S.B. #100153)
saronson@omm.com
BRITTANY ROGERS (S.B. #274432)
brogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:     (213) 430-6000
Facsimile:      (213) 430-6407

CHARLES E. BACHMAN
(admitted *pro hac vice*)
cbachman@omm.com
EDWARD N. MOSS
(admitted *pro hac vice*)
emoss@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:     (212) 326-2000
Facsimile:      (212) 326-2061

Attorneys for Defendants
MONTAGE TECHNOLOGY GROUP
LIMITED, HOWARD C. YANG,
STEPHEN TAI, AND MARK VOLL

LAURENCE M. ROSEN (SBN 219683)
lrosen@rosenlegal.com
JONATHAN STERN (admitted *pro hac vice*)
jstern@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MONTAGE TECHNOLOGY GROUP LIMITED SECURITIES LITIGATION | Master File No 3:2014-cv-0722 (SI) |
| | CLASS ACTION |
| This Document Relates To:  All Actions | STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR OPPOSITION TO MOTION TO EXCLUDE AND REPLY |

This stipulation is entered into by and between Plaintiff and Defendants (collectively, the "Parties"), by and through their respective counsel of record, based on the following:

WHEREAS the following time modifications have been ordered in this case:

- May 15, 2014: Order authorizing stipulation to postpone Case Management Conference and to set deadlines for filing Consolidated Amended Complaint ("CAC") and for Motion to Dismiss briefing (Docket No. 35);

- August 19, 2014: Order authorizing stipulation to extend deadline for mediation (Docket No. 40);

- March 9, 2015: Order authorizing stipulation to extend deadline for Plaintiffs to file Motion to Strike Defendants' Answer to CAC (Docket No. 65);

- March 24, 2015: Order authorizing stipulation to extend deadline for Plaintiffs to file Motion to Strike Defendants' Answer to CAC or, in the alternative, for Defendants to file an Amended Answer (Docket No. 67); and

- November 3, 2015: Order authorizing stipulation to extend deadline for Defendants to file Opposition to Motion for Class Certification and for Plaintiffs to file Reply (Docket No. 79).

WHEREAS on December 18, 2015, Defendants filed a Motion to Exclude the Expert Report of Howard J. Mulcahey (the "Motion to Exclude") (Docket No. 83), returnable March 4, 2016;

WHEREAS Plaintiffs' opposition to the Motion to Exclude is due on January 4, 2016;

WHEREAS the Motion to Exclude relies in part on a report by Dr. Paul A. Gompers;

WHEREAS the Parties will be unable to schedule and complete the deposition of Dr. Gompers by the January 4, 2016 deadline;

WHEREAS Plaintiffs' Motion for Class Certification will be fully briefed by February 19, 2015;

WHEREAS the proposed modification for the opposition and reply to the Motion to Exclude would have no other effect on the schedule for the case:

1. The Parties Stipulate and Agree, and request that the Court authorize, that Plaintiffs' deadline to file an opposition to the Motion to Exclude shall be extended to January 29, and the deadline to file a reply shall be extended to February 19, 2015.

Dated: December 29, 2015                    Respectfully submitted,

                                            THE ROSEN LAW FIRM, P.A.


                                            /s/ Jonathan Stern
                                            Laurence M. Rosen (SBN 219683)
                                            lrosen@rosenlegal.com
                                            THE ROSEN LAW FIRM, P.A.
                                            355 South Grand Avenue, Suite 2450
                                            Los Angeles, CA 90071
                                            Telephone: (213) 785-2610
                                            Facsimile: (213) 226-4684

                                            Jonathan Stern (admitted *pro hac vice*)
                                            Phillip Kim (admitted *pro hac vice*)
                                            275 Madison Avenue, 34th Floor
                                            New York, New York 10016
                                            Tel: (212) 686-1060
                                            Fax: (212) 202-3827
                                            Email: jstern@rosenlegal.com
                                            Email: pkim@rosenlegal.com

                                            *Counsel for Lead Plaintiff and the Class*

1

2

O'MELVENY & MYERS LLP

By: ___/s/ Edward N. Moss_____
Edward N. Moss

3

4

5

6

Seth Aronson (S.B. #100153)
Brittany Rogers (S.B. #274432)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: saronson@omm.com
Email: brogers@omm.com

7

8

9

10

11

Charles E. Bachman (admitted *pro hac vice*)
Edward N. Moss (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: cbachman@omm.com
Email: emoss@omm.com

12

13

Attorneys for Defendants
MONTAGE TECHNOLOGY GROUP LIMITED,
HOWARD C. YANG, STEPHEN TAI, AND
MARK VOLL

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Jonathan Stern, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Opposition to Motion to Exclude and Reply. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendant, Edward Moss, concurs in this filing.

/s/ Jonathan Stern
Jonathan Stern

STIPULATION AND [PROPOSED] ORDER
NO. 3:14-CV-00722 (SI)

1

2                                  **ORDER**

3          Based on the stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY

4   ORDERED that Plaintiffs' deadline to file an opposition to the Motion to Exclude shall be extended

5   to January 29, and the deadline to file a reply shall be extended to February 19, 2015.

6          IT IS SO ORDERED

7

8   Dated:_____              _____
                                        THE HONORABLE SUSAN ILLSTON
9                                       UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                         STIPULATION AND [PROPOSED] ORDER
                                                         NO. 3:14-CV-00722 (SI)