Laurence M. Rosen (SBN 219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-2684

*Counsel for Lead Plaintiff and the Class*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MONTAGE TECHNOLOGY GROUP LIMITED SECURITIES LITIGATION | Master File No 3:2014-cv-0722 (SI) |
| | CLASS ACTION |
| This Document Relates To:  All Actions | Judge: Hon. Susan Illston |
| | Courtroom: 10 |
| | Complaint Filed:  Feb. 14, 2014 |
| | Hearing Date:  March 4, 2016 |
| | Trial Date:   None set |

### DECLARATION OF JONATHAN STERN IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE

I, Jonathan Stern, declare, under penalty of perjury as follows:

1.      I am an attorney admitted *pro hac vice* before this Court. I am an attorney of The Rosen Law Firm, P.A., attorneys for Martin Graham and Shaun Shen ("Plaintiffs"). I make this declaration in opposition to Defendants' motion to exclude the expert report of Howard Mulcahey. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:  Transcript of Deposition of Paul Gompers, Dated January 20, 2016

Exhibit 2:  Report of Howard Mulcahey in Opposition to Motion to Exclude, Dated January 29, 2016

1  Exhibit 3:  Excerpts of Expert Report of Paul Gompers, (Docket No. 100-2) *Luman v.*
2      *Anderson*, 08-00514-HFS (W.D. Mo., October 24, 2011).

3  Exhibit 4:  Excerpts of Expert Report of Paul Gompers, (Docket No. 83-1) *In re MiMedx*
4      *Group, Inc. Securities Litigation*, 08-00514-HFS (N.D. GA., May 15, 2015).

5  Exhibit 5:  Excerpts of Expert Rebuttal Report of Paul Gompers, (Docket No. 109-2) *Luman*
6      *v. Anderson*, 08-00514-HFS (W.D. Mo., January 13, 2012).

7  Exhibit 6:  Excerpts of Amended Complaint, (Docket No. 22) *Luman v. Anderson*, 08-00514-
8      HFS (W.D. Mo., September 25, 2009).

9  Exhibit 7:  Excerpts of Expert Report of Bjorn Steinholt, (Docket No. 108-1) *Luman v.*
10      *Anderson*, 08-00514-HFS (W.D. Mo., December 9, 20122).

11      I declare under penalty of perjury of the laws of the United States of America that the
12  foregoing is true and correct.

13

14  Executed  29th Day of January, 2016

15

16                                          /s/ Jonathan Stern
17                                          Jonathan Stern

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JONATHAN STERN