UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE KENNY, et al., <br><br>              Plaintiffs, <br><br>    v. <br><br>MONTAGE TECHNOLOGY GROUP LIMITED, et al., <br><br>              Defendants. | Case No. 14-cv-00722-SI  (SI) <br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 9, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 31, 2017.

DESIGNATION OF EXPERTS: April 28, 2017; REBUTTAL: May 22, 2017;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: June 30, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; July 14, 2017;
    Opp. Due: July 28, 2017; Reply Due: August 4, 2017;
    and set for hearing no later than August 18, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 26, 2017 at 3:30 PM.

JURY TRIAL DATE: October 10, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By June 17, 2016, counsel shall provide to the Court the proposed Class Notice and scheduling plan.
The deadline to file discovery motions is  December 22, 2016.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 5/9/16

SUSAN ILLSTON
United States District Judge

2