UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re :<br>MONTAGE TECHNOLOGY GROUP,<br>LTD. SECURITIES LITIGATION | Case No. 3:14-cv-00722-SI<br><br>**SCHEDULING ORDER** |

This Court held a Further Case Management Conference with counsel for all parties on September 9, 2016. At the conference, the status of document production, deposition discovery and other trial preparation was explored.

At the conclusion of the conference, it was determined that a further mediation session should occur <u>before the end of January, 2017</u>. The parties were directed to make the necessary arrangements to select an appropriate mediator and to arrange for date(s) for mediation. The parties were further directed to assure that all necessary participants, including insurers and appropriate corporate decision-makers, were present for and participate in the mediation.

A further Case Management Conference was scheduled for <u>February 17, 2017 at 3:00 p.m.</u>

**IT IS SO ORDERED.**

Dated: September 9. 2016

SUSAN ILLSTON
United States District Judge