Seth Aronson (S.B. #100153)
saronson@omm.com
Brittany Rogers (S.B. #274432)
brogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Charles E. Bachman (admitted *pro hac vice*)
cbachman@omm.com
Edward N. Moss (admitted *pro hac vice*)
emoss@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Counsel for Defendants Montage Technology Group Limited, Howard C. Yang, Stephen Tai, and Mark Voll*

Laurence M. Rosen (S.B. #219683)
lrosen@rosenlegal.com
Phillip Kim (admitted *pro hac vice*)
pkim@rosenlegal.com
Jonathan Stern (admitted *pro hac vice*)
jstern@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

*Counsel for Lead Plaintiff Martin Graham, Plaintiff Shaun Shen, and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MONTAGE TECHNOLOGY GROUP LIMITED SECURITIES LITIGATION | Case No. 3:14-cv-00722-SI <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Susan Illston <br> Courtroom: 10 <br> Complaint Filed: February 14, 2014 <br> Trial Date: January 29, 2018 |

1  IT IS HEREBY STIPULATED AND AGREED by and between Lead Plaintiff Martin Graham and Plaintiff Shaun Shen (collectively, "Plaintiffs") and Defendants Montage Technology Group Limited, Howard C. Yang, Stephen Tai, and Mark Voll (collectively, "Defendants"), pursuant to Rule 6-1(b) of the Local Civil Rules of the United States District Court for the Northern District of California, that:

WHEREAS the following time modifications have been ordered in this case:

- May 15, 2014: Order authorizing stipulation to postpone Case Management Conference and to set deadlines for filing Consolidated Amended Complaint ("CAC") and for Motion to Dismiss briefing (Docket No. 35);

- August 19, 2014: Order authorizing stipulation to extend deadline for mediation (Docket No. 40);

- March 9, 2015: Order authorizing stipulation to extend deadline for Plaintiffs to file Motion to Strike Defendants' Answer to CAC (Docket No. 65);

- March 24, 2015: Order authorizing stipulation to extend deadline for Plaintiffs to file Motion to Strike Defendants' Answer to CAC or, in the alternative, for Defendants to file an Amended Answer (Docket No. 67);

- October 13, 2015: Order extending deadlines for Opposition to Motion for Class Certification and Reply (Docket No. 79);

- January 4, 2016: Order extending deadlines for Opposition to Motion to Exclude and Reply (Docket No. 85); and

- December 13, 2016: Order continuing pretrial deadlines and trial date (Docket No. 112).

WHEREAS, on September 9, 2016, the Court entered a Scheduling Order directing that a further mediation session should occur before the end of January 2017 and setting a further case management conference for February 17, 2017 (Docket No. 108);

WHEREAS, on December 13, 2016, at the Parties' request, the Court continued the deadline for a further mediation session until the end of March 2017 (Docket No. 112);

WHEREAS, the Parties have scheduled a further mediation session for March 24, 2017;

WHEREAS, the Parties have conferred and have identified no pressing issues requiring the Court's attention on February 17, 2017; and

1   WHEREAS, the Parties respectfully request a continuance of the further case management
2   conference until after the scheduled mediation.
3   NOW THEREFORE, in light of the above, the Parties hereby stipulate and agree, and
4   request that the Court authorize, that the further case management conference currently scheduled
5   for February 17, 2017 be continued until April 14, 2017.

**IT IS SO STIPULATED.**

- 3 -   STIPULATION AND [PROPOSED] ORDER
NO. 3:14-CV-00722-SI

| | |
|---|---|
| Dated: February 15, 2017 | Respectfully submitted, |
| | O'MELVENY & MYERS LLP |
| | By: /s/ Edward N. Moss |
| |       Edward N. Moss |

Seth Aronson (S.B. #100153)
Brittany Rogers (S.B. #274432)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Charles E. Bachman (admitted *pro hac vice*)
Edward N. Moss (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Counsel for Defendants Montage Technology Group Limited, Howard C. Yang, Stephen Tai, and Mark Voll*

THE ROSEN LAW FIRM, P.A.

By: /s/ Jonathan Stern
      Jonathan Stern

Laurence M. Rosen (S.B. #219683)
Phillip Kim (admitted *pro hac vice*)
Jonathan Stern (admitted *pro hac vice*)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

*Counsel for Lead Plaintiff Martin Graham, Plaintiff Shaun Shen, and the Class*

**ATTESTATION**

I, Edward N. Moss, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Further Case Management Conference. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, Jonathan Stern, concurs in this filing.

Dated: February 15, 2017

/s/ Edward N. Moss

Edward N. Moss

1 **[PROPOSED] ORDER**

2   The Court having reviewed the foregoing Stipulation of the Parties, and good cause
3 appearing therefore, hereby continues the further case management conference currently
4 scheduled for February 17, 2017, until April 14, 2017.

5   IT IS SO ORDERED.

7 Dated:   2/16/17

8   THE HONORABLE SUSAN ILLSTON
9   UNITED STATES DISTRICT JUDGE