# EXHIBIT 3

Laurence M. Rosen (SBN 219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-2684

*Counsel for Class Representatives and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re MONTAGE TECHNOLOGY GROUP LIMITED SECURITIES LITIGATION | Master File No 3:2014-cv-0722 (SI) |
|---|---|
|  | <u>CLASS ACTION</u> |
| This Document Relates To:  All Actions | Judge: Hon. Susan Illston<br>Courtroom: 10<br>Complaint Filed:  Feb. 14, 2014<br>Hearing Date:  March 4, 2016<br>Trial Date:  None set |

**DECLARATION OF MARTIN GRAHAM IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES. AND CLASS REPRESENTATIVES' REQUEST TO RECOVER REASONABLE COSTS AND EXPENSES**

I, Martin Graham, hereby declare under penalty of perjury as follows:

1. I am a class representative in the above-captioned action (the "Action").[1] I submit this declaration in support of: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; (b) Class Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) approval of my request to recover

---

[1] Unless otherwise defined herein, all capitalized terms have the meaning ascribed to them in the Stipulation and Agreement of Settlement ("Stipulation") dated May 22, 2017. Dkt. No. 121-1.

1

DECLARATION OF MARTIN GRAHAM

the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this litigation.

2. I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge of the matters set forth in this Declaration, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.  OVERSIGHT OF THE LITIGATION

3. Throughout the litigation, I received periodic status reports from attorneys working for the Rosen Law Firm on case developments, and participated in regular discussions with attorneys from the Rosen Law Firm concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, throughout the course of this Action, I: (a) regularly communicated with the Rosen Law Firm by email and telephone regarding the posture and progress of the case; (b) reviewed the significant pleadings and briefs filed in the Action; (c) reviewed the Court's orders and discussed them with the Rosen Law Firm; (d) attended a deposition in connection with my motion for class certification; (e) consulted with Rosen Law Firm regarding the settlement negotiations; (f) evaluated and approved of the proposed Settlement; (g) reviewed the significant filings and order related to preliminary approval of the Settlement.

## II. APPROVAL OF THE SETTLEMENT

4. I was kept informed of the progress of the settlement negotiations in this litigation. I approve this Action. In making the determination that the Settlement represented a fair, reasonable and adequate result for the Settlement Class, I weighed the benefits to the Settlement Class against the significant risks and uncertainties of continued litigation. After doing so, I

concluded that the Settlement represents a highly favorable recovery, and believe that final approval of the Settlement is in the best interest of the Settlement Class.

### III. CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

5. I believe that Class Counsel's request for an award of attorneys' fees in the amount of 1/3 of the Settlement Fund is fair and reasonable in light of the work Class Counsel performed on behalf of the Settlement Class. I have evaluated Class Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action.

6. I further believe that the litigation expenses being requested for reimbursement to Class Counsel are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Class Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

7. I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4). For this reason, in connection with Class Counsel's request for reimbursement of litigation expenses, I am seeking reimbursement for the costs and expenses that I incurred directly relating to my representation of the Settlement Class in the Action.

8. The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent on other professional activities and, thus, represented a cost to me. I seek reimbursement in the amount of $10,000 for the time that I devoted to participating in this Action.

## IV. CONCLUSION

9. In conclusion, I respectfully request that the Court approve: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the Plan of Allocation; (b) Class Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in prosecuting the action on behalf of the Settlement Class.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 14 day of November, 2017

Martin Graham