UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MONTAGE TECHNOLOGY GROUP LIMITED SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No 3:2014-cv-0722 (SI)<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. Susan Illston<br>Courtroom: 1-17th Floor<br>Complaint Filed: Feb. 14, 2014<br>Hearing Date: December 15, 2017 |

### [PROPOSED] ORDER GRANTING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO CLASS REPRESENTATIVES

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Class Counsel, The Rosen Law Firm, P.A., appointed by the Court as lead counsel for the purposes of the Settlement and have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Class Representatives and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and an award to Class Representatives, to be paid out of the Gross Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement filed with the Court on July 10, 2017 (the "Stipulation")(Dkt. No. 130-1); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Lead Plaintiff's Counsel during the final approval hearing on the 15th day of December, 2017, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. The Rosen Law Firm P.A. is awarded one-third of the Gross Settlement Fund, or $2,416,666.67, as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2. Class Counsel shall be reimbursed out of the Gross Settlement Fund in the amount of $433,719.65 for its expenses and costs. The Court finds that the amount of fees awarded is fair and reasonable in light of the time and labor required, the novelty and difficulty of the case, the skill required to prosecute the case, the experience and ability of the attorneys, awards in similar cases, the contingent nature of the representation and the result obtained for the Class.

3. Class Representatives Martin Graham and Shaun Shen shall be awarded $20,000 in total, or $10,000 each, for reimbursement for their lost time in connection with his prosecution of this action.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Class Representatives shall be paid in the manner and procedure provided for in the Stipulation.

Dated: _____, 2017

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE