THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-2684
Email: lrosen@rosenlegal.com

*Class Counsel for Class Representatives and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re MONTAGE TECHNOLOGY GROUP LIMITED SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | Master File No 14-cv-0722 (SI)<br><br><u>CLASS ACTION</u> |

**REPLY IN FURTHER SUPPORT OF CLASS REPRESENTATIVES' MOTIONS FOR: (1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) FOR AN AWARD OF ATTORNEYS' FEES, <u>REIMBURSEMENT OF EXPENSES, AND AWARD TO CLASS REPRESENTATIVES</u>**

Class Representatives Martin Graham and Shaun Shen ("Class Representatives") respectfully submits this reply in further support of Class Representatives' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation and Class Representatives' Motion for Attorneys' Fees, Reimbursement of Expenses, and Award to Class Representatives' filed on November 15, 2017 (Dkt. Nos. 141, 142).

**I.      Preliminary Statement**

Over 12,000 copies of the Notice have been mailed to potential class members—which include sophisticated institutional and professional investors. *See* Supplemental Declaration of Josephine Bravata Concerning the Mailing of the Notice and Claim Form, Requests for

1

Exclusion Received and Objections Submitted ("Supplemental Bravata Decl.") at ¶3 attached hereto. Additionally, on September 20, 2017, Summary Notice was published through *GlobeNewswire* and *PR Newswire*. Declaration of Josephine Bravata Concerning the Mailing of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form ("Bravata Decl.") at ¶9 (Dkt. No. 142-2). The Notice and Claim Form were also posted at the Claims Administrator's website, www.strategicclaims.net, on September 14, 2017. *Id*. at ¶5. Although the Claims Administrator has not yet completed the process of quality assurance with respect to submitted claims, the Claims Administrator currently estimates that it has received 2,046 with recognized losses of $16,825,819, and 34 deficient claims with losses of $635,744 if all such deficiencies are cured. Bravata Supplemental Decl. at ¶6.

<u>Exclusions</u>: In response to this extensive notice program, no requests for exclusion have been received. Supplemental Bravata Decl. at ¶4. The deadline to seek exclusion was November 27, 2017. *Id*.

<u>Objections</u>: No objections to the Settlement, any part of the Settlement, the Plan of Allocation, Class Counsel's motion for Attorneys' Fees and Expenses, or the request for an Award to Class Representatives have been received. Supplemental Bravata Decl. at ¶5. The deadline to object to the Settlement was November 27, 2017. *Id*.

## II.    The Reaction of the Class Overwhelmingly Supports Final Approval of the Settlement and Requested Fees and Expenses

In summary, 12,141 copies of the Notice were mailed to potential Class Members as well as 1,454 letters were mailed or e-mailed to large brokerage firms and other institutions believed likely to have names and addresses of potential class members. Supplemental Bravata Decl. at ¶3. The lack of any objections and request for exclusions demonstrates the Class's positive reaction to the Settlement and provides strong support for final approval. *See Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998) (that the "overwhelming majority" stayed in the class is "objective positive commentary as to its fairness"); *In re Omnivision Techs., Inc.*,

2

Reply In Further Support Class Representatives' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation and Class Representatives' Motion for Attorneys' Fees, Reimbursement of Expenses, and Award to Class Representatives,
Case No. 14-cv-00722-(SI)

559 F. Supp. 2d 1036, 1043 (N.D. Cal. 2008) ("the absence of a large number of objections to a proposed class action settlement raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members."); *Martin v. AmeriPride Servs., Inc.*, No. 08CV440-MMA JMA, 2011 WL 2313604, at *7 (S.D. Cal. June 9, 2011) ("The absence of any objector strongly supports the fairness, reasonableness, and adequacy of the settlement"); *Destefano v. Zynga, Inc.*, No. 12-CV-04007-JSC, 2016 WL 537946, at *13 (N.D. Cal. Feb. 11, 2016)("'court may appropriately infer that a class action settlement is fair, adequate, and reasonable when few class members object to it.'").

The fact that there were no objections to Class Counsel's Fee Request also supports an award of one-third of the Settlement Fund. *Destefano*, 2016 WL 537946, at *18 (fact that there were no objections supported fee award); *In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) ("the lack of objection from any Class Member supports the attorneys' fees award"); *Cordy v. USS-POSCO Indus.*, No. 12-CV-00553-JST, 2014 WL 1724311, at *2 (N.D. Cal. Apr. 28, 2014) (same).

### III. Expense Update

Subsequent to filing the Motion for Attorneys' Fees, Reimbursement of Expenses and Award to Class Representatives, Plaintiffs received a reimbursement of $4,400 from their accounting expert. Declaration of Laurence Rosen ¶3. Plaintiffs also incurred $40.18 in transit costs. *Id.* Thus, Plaintiffs have updated their Proposed Order Granting Attorneys' Fees, Reimbursement of Expenses and Award to Class Representatives submitted previously, to reflect a $4,359.82 in expenses incurred, for total expenses of $429,359.83.

3

Reply In Further Support Class Representatives' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation and Class Representatives' Motion for Attorneys' Fees, Reimbursement of Expenses, and Award to Class Representatives,
Case No. 14-cv-00722-(SI)

## IV. Conclusion

For all of the foregoing reasons, Class Representatives respectfully request that the Court give final approval to the Settlement and grant the motion for award of attorneys' fees, reimbursement of expenses, and Award to Class Representatives.

Dated: December 4, 2017             Respectfully Submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen, Esq.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-2684
Email: lrosen@rosenlegal.com

Jonathan Stern, Esq. (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jstern@rosenlegal.com

*Class Counsel for Class Representatives and the Class*

4

Reply In Further Support Class Representatives' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation and Class Representatives' Motion for Attorneys' Fees, Reimbursement of Expenses, and Award to Class Representatives,
Case No. 14-cv-00722-(SI)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28