THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-2684
Email: lrosen@rosenlegal.com

*Class Counsel for Class Representatives and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MONTAGE TECHNOLOGY GROUP LIMITED SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | Master File No 14-cv-0722 (SI)<br><br>CLASS ACTION |

### DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF CLASS REPRESENTATIVES' MOTIONS FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND (2) APPROVAL OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO CLASS REPRESENTATIVES

I, Laurence M. Rosen, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:[1]

1.      I am Class Counsel for Class Representatives Martin Graham ("Graham") and Shaun Shen ("Shen" and with Graham, "Class Representatives"), in the above-referenced action. I am duly admitted to practice in California and before this Court. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement (the "Stipulation"), filed with the Court on July 10, 2017 (Dkt. No. 130-1).

2. I submit this Declaration in further support of Class Representatives' Motions For (1) Final Approval of Class Action Settlement and Plan of Allocation and (2) Approval of Attorneys' Fees, Reimbursement of Expenses, and Award to Class Representatives.

3. Subseuqent to the filing of the Motion for Plaintiffs' Motion for Fees, Reimbursement of Expenses and Award to Class Representatives, Plaintiffs received a refund of $4,400 from our accouting expert and incurred $40.18 in transit costs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 4, 2017                                   Respectfully Submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-2684
Email: lrosen@rosenlegal.com

Jonathan Stern, Esq. (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jstern@rosenlegal.com

*Class Counsel for Class Representatives and the Class*