UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re MONTAGE TECHNOLOGY
GROUP LIMITED SECURITIES
LITIGATION

Master File No 14-cv-0722 (SI)

CLASS ACTION

This Document Relates To: All Actions

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
CONCERNING THE MAILING OF THE NOTICE AND CLAIM FORM, REQUESTS
FOR EXCLUSION RECEIVED, AND OBJECTIONS SUBMITTED**

I, Josephine Bravata, declare:

1. I submit this supplemental declaration in order to provide the Court and the parties to the above-captioned litigation (the "Action") with information regarding the mailing of the Notice and Claim Form, the requests for exclusion received, and objections submitted. I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein.

2. I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over sixteen years of experience specializing in administration of class action cases. SCS was established in April 1999 and has administered over three-hundred fifty (350) class action cases since its inception.

3. As noted in the Declaration of Josephine Bravata Concerning the Mailing of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release (the "Bravata Declaration") dated November 15, 2017, SCS mailed or e-mailed 1,454 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. SCS then mailed 11,517 Notice and Claim Forms to potential Class Members or nominees. The

1

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
[Master File No. 14-cv-0722 (SI)]

11,517 Notice and Claim Forms mailed represent 454 directly mailed to individuals and organizations from the shareholders' list provided by the transfer agent and 11,063 were requested by, and provided to, the Nominee Account Holders and Institutional Groups and other individuals. Since the Bravata Declaration, there have been 624 additional Notice and Claim Forms mailed to potential Class Members or nominees. In total, 12,141 Notice and Claim Forms were mailed to potential Class Members or nominees.

4. To date, SCS has received no requests for exclusion. The deadline to submit an exclusion request was November 27, 2017.

5. To date, SCS has not received any objections to the Settlement, any part of the Settlement, the Plan of Allocation, Class Counsel's motion for Attorneys' Fees and Expenses, or the request for an Award to Class Representatives. The deadline for objections was November 27, 2017.

6. Below is a preliminary estimate of the recognized losses to date, which does not include the results of the cure/rejection process, quality assurance, and late claims:

| Type of Claims | Number of Claims | Dollar Amount of the Recognized Losses |
|---|---|---|
| Valid | 2,046 | $16,825,819 |
| Deficient (limited or no proof) | 34 | $   635,744 |
|  |  | $17,461,563 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of December 2017, in Media, Pennsylvania.

*Josephine Bravata*
Josephine Bravata

2

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
[Master File No. 14-cv-0722 (SI)]