8 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 12/14/17

Case No.   C-14-0722 SI            Judge:   SUSAN ILLSTON

Title: KENNY  -v- MONTAGE TECHNOLOGY

Attorneys: Laurence Rosen          Seth Aronson, Brittany Rogers

Deputy Clerk:  Tracy Kasamoto Court Reporter: Belle Ball

## PROCEEDINGS

1)    Motion for Final Approval of Class Settlement - [141]  HELD AND GRANTED
2)    Motion for Attorney Fees - SUBMITTED
3)

Order to be prepared by:  (  )Pltf   (  )Deft   ( X  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                  PART

ORDERED AFTER HEARING: