UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE KENNY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MONTAGE TECHNOLOGY GROUP LIMITED, et al.,<br><br>    Defendants. | Case No. 14-cv-00722-SI<br><br>**ORDER RE MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO CLASS REPRESENTATIVES**<br><br>Re: Dkt. No. 142 |

In connection with the parties' motion seeking final approval of the parties' settlement (Dkt. No. 141), plaintiffs' counsel moves pursuant to Federal Rule of Civil Procedure 23(e) for an order awarding attorneys' fees, reimbursement of expenses of $429,359.83, and awards of $10,000 to each of the two class representatives (totaling $20,000). Dkt. No. 142. The Court finds the requested expense reimbursement and class representative awards are reasonable and appropriate.

As for attorneys' fees, plaintiffs' counsel seek one-third of the Gross Settlement Fund, or $2,416,666. Based on a lodestar of $1,347,967, the requested fees amount to a 1.79 multiplier. However, in light of the length of this case, risks of the litigation and skill required for the work, the Court finds a 1.5 multiplier to be more appropriate. Therefore, plaintiffs' counsel is awarded attorneys' fees in the amount of $2,021,950.50. Consistent with this adjustment, the Court GRANTS the motion for attorneys' fees, reimbursement of expenses, and award to class representatives.

**IT IS SO ORDERED**.

Dated: January 3, 2018

                                                                                                  *Susan Illston*
SUSAN ILLSTON
United States District Judge